IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. _____ |
| v. | ) ) | |
| SICOR INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) ) | |
| Defendants. | | |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Item Development AB makes the following disclosure on behalf of said party:

1. The party has a parent corporation: Item Development, S.A., a Luxemburg entity.

2. There is no publicly held corporation that owns 10% or more of the party's stock.

Dated: May 26, 2005

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
Attorneys for Plaintiff
Item Development AB

OF COUNSEL:
Dimitrios Drivas
John Scheibeler
WHITE & CASE
1155 Avenue of the Americas
New York, NY 10036

(212) 819-8200