N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD.<br><br>Defendants. | CIVIL ACTION NO. |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. certifies that:

(1)  Astellas US Holding, Inc. is the sole shareholder of Astellas US LLC and Astellas Pharma US, Inc.;

(2)  Astellas Pharma Inc. is the sole shareholder of Astellas US Holding, Inc.

Dated: May 26, 2005

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Of counsel:
Charles E. Lipsey
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Susan H. Griffen
David P. Frazier
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Attorneys for Plaintiffs
Astellas US LLC and
Astellas Pharma US, Inc.