IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 05-336 SLR |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of David P. Frazier, Esquire, Susan H. Griffen, Esquire, Antigone G. Kriss, Esquire, Charles E. Lipsey, Esquire, John L. Marquardt, Jr., Esquire and Michele L. Mayberry, Esquire of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. in this matter.

Dated: August 12, 2005         /s/ Richard K. Herrmann_____
                                Richard K. Herrmann (#405)
                                MORRIS JAMES HITCHENS & WILLIAMS LLP
                                222 Delaware Avenue, 10th Floor
                                Wilmington, Delaware 19801
                                302.888.6800
                                rherrmann@morrisjames.com
                                Attorneys for Plaintiffs Astellas US LLC
                                and Astellas Pharma US, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the States of Pennsylvania and Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:   July 5, 2005              Signed: _____
                                  David P. Frazier, Esq.
                                  Finnegan, Henderson, Farabow, Garrett
                                    & Dunner, LLP
                                  901 New York Ave, NW
                                  Washington, DC 20001-4413
                                  (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:   July 5, 2005                    Signed: _____
                                                Susan H. Griffen, Esq.
                                                Finnegan, Henderson, Farabow, Garrett
                                                  & Dunner, LLP
                                                901 New York Ave, NW
                                                Washington, DC 20001-4413
                                                (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  July 5, 2005                    Signed: _____
                                               Antigone G. Kriss, Esq.
                                               Finnegan, Henderson, Farabow, Garrett
                                                 & Dunner, LLP
                                               901 New York Avenue, N.W.
                                               Washington, DC  20001-4413
                                               (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  August __2__, 2005          Signed: _/s/ Charles E. Lipsey_
                                   Charles E. Lipsey, Esq.
                                   Finnegan, Henderson, Farabow, Garrett
                                    & Dunner, LLP
                                   Two Freedom Square
                                   11955 Freedom Drive
                                   Reston, VA  20190-5675
                                   (571) 203-2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  June 30, 2005          Signed: _____
                                      John L. Marquardt, Jr., Esq.
                                      Finnegan, Henderson, Farabow, Garrett
                                        & Dunner, LLP
                                      901 New York Avenue, N.W.
                                      Washington, DC  20001-4413
                                      (202) 408-4000

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  June 30, 2005

Signed: _____
Michele L. Mayberry, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE  19801 |

Additionally, I hereby certify that on the 12th day of August, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | David M. Hashmall, P.C. |
| White & Case, LLP | Annemarie Hassett |
| 1155 Avenue of the Americas | Goodwin Proctor LLP |
| New York, NY  10036 | 599 Lexington Avenue |
| jscheibeler@whitecase.com | New York, NY  10022 |
| | dhashmall@goodwinproctor.com |
| | ahassett@goodwinproctor.com |

_____/s/ Richard K. Herrmann_____
Richard K. Herrmann (#405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
Attorneys for Plaintiffs Astellas US LLC
and Astellas Pharma US, Inc.