# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-336 SLR

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which plaintiffs shall respond to Defendants Sicor Pharmaceuticals, Inc.'s and Sicor Inc.'s Motion to Dismiss Count III of the Complaint is hereby extended to and including August 29, 2005.

| | |
|---|---|
| _/s/ Richard K. Herrmann_ | _/s/ Josy W. Ingersoll_ |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | John W. Shaw #3362 |
| MORRIS JAMES HITCHENS & WILLIAMS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 222 Delaware Avenue, 10th Floor | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street |
| (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | (302) 571-6672 |
| mmatterer@morrisjames.com | jingersoll@ycst.com |
| *Attorneys for Plaintiffs* | jshaw@ycst.com |
| *Astellas US LLC and* | *Attorneys for Defendants* |
| *Astellas Pharma US, Inc.* | *Sicor Inc. and* |
| | *Sicor Pharmaceuticals, Inc.* |

    */s/ David E. Brand*
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*


          **SO ORDERED** this _____ day of August, 2005.


                                          The Honorable Sue L. Robinson