IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-336 SLR |

### MOTION FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of David M. Hashmall, Annemarie Hassett, Anastasia M. Fernands, and Melanie R. Rupert of Goodwin Procter LLP to represent Sicor Inc. and Sicor Pharmaceuticals, Inc. in this matter.

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen E. Keller
_____
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Dated: 8/29/05

### ORDER

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of David M. Hashmall, Annemarie Hassett, Anastasia M. Fernands, and Melanie R. Rupert is GRANTED.

Dated:_____        _____
The Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

David M. Hashmall
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: Aug 18 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of New York and Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Dated: 8/23/05

Annemarie Hassett
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Anastasia M. Fernands
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: 8/23/05

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Melanie R. Rupert
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: 8/23/05

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 30, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul M. Lukoff, Esquire
PRICKETT JONES & ELLIOT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

I further certify that on August 30, 2005, I caused copies of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following in the manner indicated:

### BY FEDERAL EXPRESS

Charles E. Lipsey, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendants*