IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC, and<br>ASTELLAS PHARMA US, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-0336-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that Item Development AB's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were served on September 23, 2005, as noted below on the following:

**VIA HAND DELIVERY & FACSIMILE**

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

**VIA HAND DELIVERY & FACSIMILE**

Richard J. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

**VIA FEDERAL EXPRESS**

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

**VIA FEDERAL EXPRESS**

Susan H. Griffin, Esquire
Finnegan, Henderson, Farabow
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

19620.1\285876v1

**VIA FEDERAL EXPRESS**

David M. Hashmall, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

                                  PRICKETT, JONES & ELLIOTT, P.A.

BY: _/s/ Paul M. Lukoff_____
     PAUL M. LUKOFF (I.D. No. 96)
     DAVID E. BRAND (I.D. No. 201)
     1310 King Street
     P. O. Box 1328
     Wilmington, DE 19899
     (302) 888.6500
     pmlukoff@prickett.com
     debrand@prickett.com
     Attorneys for Co-Plaintiff,
     Item Development AB