**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB, | ) |
| ASTELLAS US LLC, and | ) |
| ASTELLAS PHARMA US, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Civil Action No.:  05-0336-SLR |
| | ) |
| SICOR INC. and | ) |
| SICOR PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 23rd day of September, 2005, copies of the

following document, **INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

**OF ASTELLAS US LLC AND ASTELLAS PHARMA US, INC.,** were served on counsel as

indicated:

**VIA EMAIL AND HAND DELIVERY**          **VIA EMAIL AND FEDERAL EXPRESS**

Paul M. Lukoff                                    John Scheibeler
David E. Brand                                    White & Case, LLP
Prickett, Jones & Elliott, P.A.                   1155 Avenue of the Americas
1310 King Street                                  New York, NY  10036
Wilmington, DE  19801                             jscheibeler@whitecase.com

Josy W. Ingersoll                                 Annemarie Hassett
John W. Shaw                                       Goodwin Proctor LLP
Young Conaway Stargatt & Taylor, LLP              599 Lexington Avenue
The Brandywine Building                           New York, NY  10022
1000 West Street, 17th Floor                 ahassett@goodwinproctor.com
Wilmington, DE  19801

Dated:  September 25, 2005

_____ */s/ Richard K. Herrmann* _____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2005, I electronically filed the

foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:

Paul M. Lukoff                          Josy W. Ingersoll
David E. Brand                          John W. Shaw
Prickett, Jones & Elliott, P.A.         Young Conaway Stargatt & Taylor, LLP
1310 King Street                        The Brandywine Building
Wilmington, DE  19801                   1000 West Street, 17th Floor
                                        Wilmington, DE  19801


Additionally, I hereby certify that on the 25th day of September, 2005, the foregoing

document was served via email on the following non-registered participants:

John Scheibeler                         Annemarie Hassett
White & Case, LLP                       Goodwin Proctor LLP
1155 Avenue of the Americas             599 Lexington Avenue
New York, NY  10036                     New York, NY  10022
jscheibeler@whitecase.com               ahassett@goodwinproctor.com


                                /s/ Richard K. Herrmann
                        Richard K. Herrmann (#405)
                        Mary B. Matterer (#2696)
                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                        222 Delaware Avenue, 10th Floor
                        Wilmington, Delaware 19801
                        (302) 888-6800
                        rherrmann@morrisjames.com
                        mmatterer@morrisjames.com

                        Attorneys for Plaintiffs
                        ASTELLAS US LLC and
                        ASTELLAS PHARMA US, INC.