IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. & SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | C. A. NO. 05-336 SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **JOHN P. SCHEIBELER** of White & Case, 1155 Avenue of the Americas, New York, New York 10036-2787, to represent Plaintiff Item Development AB in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

BY: _/s/ Paul M. Lukoff_
PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tel. 302.888.6500
Fax: 302.888-6331

*Attorneys for Plaintiff,*
*Item Development AB*

DATE: September 27, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of John P. Scheibeler is granted.

_____
United States District Judge

19620.1\282618v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

John P. Scheibeler, Esquire
White & Case
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8830

Date: September 27, 2005

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed **THE MOTION AND ORDER FOR ADMISSION *PRO HAC* VICE OF JOHN P. SCHEIBELER** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

Richard J. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

I hereby certify that on September 27, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffin, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

David M. Hashmall, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

_____
PAUL M. LUKOFF (Bar I.D. #96)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6520
E-MAIL: PMLukoff@prickett.com

19620.1\286049v1