IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-336-SLR |
| SICOR INC., and SICOR PHARMACEUTICALS, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Sicor Inc. and Sicor Pharmaceuticals, Inc., hereby certify that copies of Sicor's E-Discovery Disclosures were caused to be served on September 26, 2005 by electronic mail to the counsel listed below. The undersigned, also hereby certifies that copies of Sicors Initial Disclosures were caused to be served on September 23, 2005 by facsimile and Federal Express to the counsel listed below:

>Richard K. Herrmann, Esquire
>Morris James Hitchens & Williams
>222 Delaware Avenue, 10th Fl.
>P.O. Box 2306
>Wilmington, DE 19899-2306

>Paul M. Lukoff, Esquire
>Prickett Jones & Elliott, P.A.
>1310 King Street
>P.O. Box 1328
>Wilmington, DE 19899

>Charles E. Lipsey, Esquire
>Finnegan Henderson Farabow Garrett & Dunner LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA 20190-5675

        Susan H. Griffen, Esquire
        Finnegan Henderson Farabow Garrett & Dunner LLP
        901 New York Avenue, N.W.
        Washington, DC 20001-4413

        John Scheibeler, Esquire
        White & Case LLP
        1155 Avenue of the Americas
        New York, NY 10036

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 27, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

        Richard K. Herrmann, Esquire
        Morris James Hitchens & Williams
        222 Delaware Avenue, 10th Fl.
        P.O. Box 2306
        Wilmington, DE 19899-2306

        Paul M. Lukoff, Esquire
        Prickett Jones & Elliott, P.A.
        1310 King Street
        P.O. Box 1328
        Wilmington, DE 19899

**BY FEDERAL EXPRESS**

        Charles E. Lipsey, Esquire
        Finnegan Henderson Farabow Garrett & Dunner LLP
        Two Freedom Square
        11955 Freedom Drive
        Reston, VA 20190-5675

        Susan H. Griffen, Esquire
        Finnegan Henderson Farabow Garrett & Dunner LLP
        901 New York Avenue, N.W.
        Washington, DC 20001-4413

John Scheibeler, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

Attorneys for Sicor Inc. and
Sicor Pharmaceuticals, Inc.

OF COUNSEL
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: September 27, 2005

DB01:1861424.1                                                                                    058956.1016