IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. & SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | C. A. NO. 05-336 SLR |

**ITEM DEVELOPMENT AB'S STATEMENT OF
COMPLIANCE WITH E-DISCOVERY STANDARDS**

I hereby certify that Plaintiff Item Development AB is in compliance with the document retention procedures set forth in Paragraph 7 of the Default Standard for Discovery of Electronic Documents in the District of Delaware.

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tel. 302.888.6500
Fax: 302.888-6331

*Attorneys for Plaintiff,
Item Development AB*

Date:   October 4, 2005

19620.1\286712v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, I electronically filed **ITEM DEVELOPMENT AB'S STATEMENT OF COMPLIANCE WITH E-DISCOVERY STANDARDS** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

Richard J. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

I hereby certify that on October 4, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffin, Esquire
Finnegan, Henderson, Farabow
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

David M. Hashmall, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

_____
PAUL M. LUKOFF (Bar I.D. #96)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6520
E-MAIL: PMLukoff@prickett.com

19620.1\286049v1