IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC, and<br>ASTELLAS PHARMA US, INC.,<br><br>                Plaintiffs,<br><br>          v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-0336-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that Item's Responses to Sicor's First Set of Requests for Production of Documents and Things (Nos. 1-59) and a copy of this Notice of Service were served on November 8, 2005, as noted below on the following:

**VIA HAND DELIVERY**

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

**VIA HAND DELIVERY**

Richard J. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

**VIA FAX (202) 408-4400**

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

**VIA FAX (202) 408-4494**

Susan H. Griffin, Esquire
Finnegan, Henderson, Farabow
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

19620.1\289869v1

**VIA FAX (212) 355-3333**

David M. Hashmall, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

                                        PRICKETT, JONES & ELLIOTT, P.A.

BY: _/s/ Paul M. Lukoff_____
      PAUL M. LUKOFF (I.D. No. 96)
      DAVID E. BRAND (I.D. No. 201)
      1310 King Street
      P. O. Box 1328
      Wilmington, DE 19899
      (302) 888.6500
      pmlukoff@prickett.com
      debrand@prickett.com
      Attorneys for Co-Plaintiff,
      Item Development AB

19620.1\289869v1