IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-336-SLR |
| SICOR, INC. and SICOR PHARMACEUTICALS, INC., | : : : | |
| Defendants. | : : | |
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-337-SLR |
| SICOR, INC. and SICOR PHARMACEUTICALS, INC., | : : : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **15th** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, December 15, 2005 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the availability of the principals for the mediation May 19 and/or May 25, 2006 and the mechanics of the mediation process. **Counsel for Astellas shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

<u>/s/ Mary Pat Thynge</u>
UNITED STATES MAGISTRATE JUDGE