IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., and SICOR PHARMACEUTICALS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-336-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Sicor Inc. and Sicor Pharmaceuticals, Inc., hereby certify that copies of Defendants' Supplemental Preliminary Non-infringement Contentions Regarding U.S. Patent No. 5,731,296 were caused to be served on January 17, 2006 on the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL AND FEDERAL EXPRESS**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Paul M. Lukoff, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

John Scheibeler, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on January 19, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Paul M. Lukoff, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

John Scheibeler, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      */s/ Karen E. Keller*

                                      Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

Attorneys for Sicor Inc. and
Sicor Pharmaceuticals, Inc.

OF COUNSEL
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: January 19, 2006