# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No.: 05-0336-SLR ) ) ) ) ) ) |

## NOTICE OF DEPOSITION OF CRAIG LEA
## PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US, LLC, Astellas Pharma US, Inc., and Item Development AB shall take the deposition of Craig Lea, current employee of Sicor Pharmaceuticals, Inc.

The deposition shall take place at 9:00 AM on March 15, 2006 at the offices of Jones Day, 3 Park Plaza, Suite 1100, Irvine, California 92614-8505.  The deposition will be conducted before a notary public or other officer authorized to administer oaths.  The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

|  |  |
|---|---|
| Dated:  March 9, 2006 | */s/ Mary B. Matterer* |
|  | Richard K. Herrmann #405 |
|  | Mary B. Matterer #2696 |
|  | MORRIS, JAMES, HITCHENS & |
|  |   WILLIAMS LLP |
|  | 222 Delaware Avenue, 10th Floor |
|  | Wilmington, DE  19899 |
|  | (302) 888-6800 |
|  | mmatterer@morrisjames.com |

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C.  20001-4413
(202) 408-4000

Paul M. Lukoff #96
David E. Brand #201
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE  19899
(302) 888-6500

John Scheibeler
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
(212) 819-8200

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF CRAIG LEA PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 9th day of March, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Melanie Rupert |
| 1155 Avenue of the Americas | Goodwin Proctor LLP |
| New York, NY 10036 | 599 Lexington Avenue |
| jscheibeler@whitecase.com | New York, NY 10022 |
| | ahassett@goodwinproctor.com |

   */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Plaintiffs*