IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No.: 05-0336-SLR ) ) ) ) ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that Item's Objections to Sicor's First Notice of Rule 30(b)(6) Deposition of Item Development AB and Item's Objections to Sicor's Second Notice of Rule 30(b)(6) Deposition of Item Development AB were served on March 14, 2006 as noted below:

**VIA EFILING**

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

**VIA FAX (202) 408-4400**

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

**VIA EFILING**

Richard J. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

**VIA FAX (202) 408-4494**

Susan H. Griffin, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

19620.1\299597v1

**VIA FAX (212) 355-3333**

David M. Hashmall, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

                                      PRICKETT, JONES & ELLIOTT, P.A.

                                      BY: _____
                                      PAUL M. LUKOFF (I.D. No. 96)
                                      DAVID E. BRAND (I.D. No. 201)
                                      1310 King Street
                                      P. O. Box 1328
                                      Wilmington, DE 19899
                                      (302) 888.6500
                                      pmlukoff@prickett.com
                                      debrand@prickett.com
                                      Attorneys for Co-Plaintiff,
                                      Item Development AB

DATE: MARCH 14, 2006