# TAB 1

1

1                    IN THE UNITED STATES DISTRICT COURT

2                    IN AND FOR THE DISTRICT OF DELAWARE

3                              - - -
     IN RE:  '318 PATENT                    :
4    INFRINGEMENT LITIGATION,               :    CIVIL ACTION
                                            :    NO. 05-356 (KAJ)
5                                           :    (Consolidated)
                                   - - -
6
                          Wilmington, Delaware
7              Friday, March 3, 2006 at 9:30 o'clock, a.m.
                         TUTORIAL CONFERENCE
8
                                   - - -
9
     BEFORE:        HONORABLE **KENT A. JORDAN**, U.S.D.C.J.
10
                                   - - -
11   APPEARANCES:

12

13             ASHBY & GEDDES
               BY:  STEVEN J. BALICK, ESQ.

14                  -and-

15             COVINGTON & BURLING
               BY:  GEORGE F. PAPPAS, ESQ.,
16                  CHRISTOPHER N. SIPES, ESQ., and
                    JOSEPH H. HUYNH, ESQ.
17                  (Washington, District of Columbia)

18                  -and-

19             JOHNSON & JOHNSON
               OFFICE OF THE GENERAL COUNSEL
20             BY:  STEVEN P. BERMAN, ESQ.
                    (New Brunswick, New Jersey)
21
                         Counsel for Janssen Pharmaceutica
22                       N.V., Janssen, L.P. and Synaptech Inc.

23

24
                              Brian P. Gaffigan
25                            Registered Merit Reporter

```
 1    APPEARANCES:   (Continued)

 2

 3              YOUNG CONAWAY STARGATT & TAYLOR
              BY:  MONTE' SQUIRE, ESQ.
 4
                    -and-
 5
              KIRKLAND & ELLIS, LLP
 6              BY:  EDWARD C. DONOVAN, ESQ., and
                   CORLEY J. MANLEY, ESQ.
 7                 (Washington, District of Columbia)

 8                     Counsel for Teva Pharmaceuticals
                      USA, Inc. and Teva Pharmaceutical
 9                     Industries, Ltd.

10

11              MORRIS JAMES HITCHENS & WILLIAMS, LLP
              BY:  MARY MATTERER, ESQ.
12
                    -and-
13
              RAKOCZY MOLINO MAZZOCHI SIWIK
14              BY:  WILLIAM A. RAKOCZY, ESQ.
                   (Chicago, Illinois)
15
                      Counsel for Mylan Pharmaceuticals,
16                     Inc. and Mylan Laboratories, Inc.

17

18              POTTER ANDERSON & CORROON
              BY:  DAVID E. MOORE, ESQ.
19
                    -and-
20
              BUDD LARNER
21              BY:  DMITRY SHELUHO, ESQ.
                   (Short Hills, New Jersey)
22
                      Counsel for Dr. Reddy's Laboratories,
23                     Inc. and Dr. Reddy's Laboratories Ltd.

24

25
```

1    APPEARANCES: (Continued)

2

3                RICHARDS LAYTON & FINGER
             BY:  ANNE SHEA GAZA, ESQ.
4
                     -and-
5
             CAESAR RIVISE BERNSTEIN COHEN & POKOTILOW, LTD.
6            BY:  ALAN H. BERNSTEIN, ESQ., and
                  MONA GUPTA, ESQ.
7                 (Philadelphia, Pennsylvania)

8                     Counsel for Alpharma Pty., Ltd.

9

10           THE BAYARD FIRM
             BY:  RICHARD D. KIRK, ESQ.
11
                     Counsel for Alpharma Inc. and
12                   Purepac Pharmaceutical Co.

13

14           PHILLIPS GOLDMAN & SPENCE, P.A.
             BY:  JOHN C. PHILLIPS, JR., ESQ.
15
                     Counsel for Barr Laboratories, Inc.
16                   and Barr Pharmaceuticals Inc.

17

18           POTTER ANDERSON & CORROON
             BY:  PHILIP A. ROVNER, ESQ.
19
                     Counsel for Par Pharmaceutical, Inc.
20                   and Par Pharmaceutical Companies, Inc.

21

22

23

24

25

1

2                                   - oOo -

3                         P R O C E E D I N G S

4                    (REPORTER'S NOTE:   The following tutorial

5      conference was held in open court, beginning at 9:30 a.m.)

6                    THE COURT:   Good morning.   Please be seated.

7                    We have a couple things to deal with today.

8      This has been on the calendar for some time for a tutorial.

9      I appreciate everybody being here.

10                   Before we get the cameras rolling on us for the

11     tutorial, I did want to -- and I gave a heads up to you kind

12     of late in the day but I gave a head's up yesterday that I

13     was wanting to talk to you about the motions to strike the

14     willfulness or the motion to dismiss the willfulness claim.

15     And I am going to go ahead and nobody has to say anything

16     more than they have said in the papers if they don't want to

17     but if there is something you want to add to the papers,

18     this is a pretty straightforward issue, I'll hear you on it.

19                   Ms. Matterer, is there anything from your side?

20     I believe it's Mylan's motion.

21                   MS. MATTERER:   That's correct, Your Honor.   This

22     is William Rakoczy from Rakoczy Molino Mazzochi Siwik.

23                   MR. RAKOCZY:   Good morning, judge.

24                   THE COURT:   Good morning.

25                   MR. RAKOCZY:   Should I approach the podium?

1          THE COURT:  Sure, that's fine.  Please.

2          MR. RAKOCZY:  William Rakoczy for the Mylan

3   defendants on the motion in which all the defendants have

4   joined.  We would just add, we just want to confirm the

5   Court in fact got the last citation we submitted.

6          THE COURT:  I did.  I got that Northern District

7   of Georgia case a couple days ago.

8          MR. RAKOCZY:  Unless Your Honor has any

9   questions for us, we have nothing outside what is in our

10  papers.

11         THE COURT:  I don't.

12         Mr. Pappas.

13         MR. RAKOCZY:  Thank you, Judge.

14         MR. PAPPAS:  Good morning, Your Honor.  George

15  Pappas on behalf of the plaintiffs.

16         I would just say in slight addition to our

17  papers that having reviewed the authorities that have been

18  cited by the defendants, it's clear to us that this is an

19  issue on which District Courts throughout the country

20  disagree.  The Federal Circuit has not clearly spoken to it

21  and we believe that the willfulness claim should proceed and

22  particularly on our particular facts, we have to develop a

23  full record.

24         THE COURT:  Okay.  Thanks.  Well, there is going

25  to be plenty on this case for me to be writing memoranda

1   orders and opinions and holding forth at length on various

2   aspects of patent law.   I don't think I need to add to the

3   written opinions that already exist on this.   I'm granting

4   the motion.

5          Judge Sleet has already spoken on this subject

6   in this District.   I think the Glaxo case is clearer than

7   some people might think it is.   When they say mere fact that

8   a company has filed an ANDA application or certification

9   cannot support a finding of willfulness, I don't think that

10  leaves the door open the way the plaintiffs seem to say,

11  well, this isn't a mere filing, it's a baseless filing and;

12  therefore, it's somehow more problematic than that.

13         And that argument was specifically addressed the

14  in the Lupin case, which was an Eastern District of Virginia

15  case that came out just last month, January of this year.

16  And I don't think I can say it better than this.   That Court

17  noted that -- headnote one, it's page seven of the slip

18  opinion -- that even a baseless ANDA filing could not

19  constitute an act of willful infringement, although a

20  baseless ANDA filing could constitute an exceptional case.

21  I think that Court has it right.

22         I'm saying nothing about whether or not there

23  may be some litigation, misconduct or purpose or a found-

24  ation for sanction at some point.   I'm just not getting into

25  that.   I'm making a statement solely on the issue of whether

1    there is a claim for willfulness; and I think the courts,

2    the authority is steadily building against the plaintiffs'

3    position.  I accept the authority that says they don't have

4    a claim in this case for willfulness.

5         So I'll issue an order that says for the reasons

6    stated in open court, the motion to dismiss willfulness

7    claim is granted.  And, again, I reiterate I'm basing this

8    and adopting the logic set forth in Lupin and Judge Sleet's

9    opinion, the Allergan vs. Alcon case as well as the more

10   recent, I guess it's a February 28th decision coming out of

11   the Northern District of California that was submitted.

12        Okay.  Since we were all together, I thought it

13   would be productive to get that taken of.  That way we know

14   what we're dealing with going forward.

15        This is also now my opportunity to have you

16   folks take me to school and I appreciate your all being here

17   and prepared and ready to do that for me.  And why don't I

18   give the podium first to Mr. Pappas to speak on behalf of

19   the plaintiffs.

20        MR. PAPPAS:  Your Honor, again George Pappas on

21   behalf of the plaintiffs.

22        Your Honor, this is our chance to give you the

23   tutorial on the basic fundamental technology we think will

24   assist you in this case.  We have chosen to proceed

25   electronically today.  We had advised the other side we

1  would proceed with an electronic presentation.  I wanted to

2  tell the Court we're doing it for a very basic reason.  We

3  have a number of graphics that demonstrate to you what

4  happens in the brain and in order for that to live and be

5  meaningful for you, we needed to join that with the text.

6  So we will begin playing that in a minute.

7          I have notebooks with the transcript of my

8  remarks, Your Honor, as well as the pictures you will see

9  and would like to hand them to you and your clerks and

10 the other side so you can make notes as the presentation

11 proceeds and then I will be back up ready to respond

12 hopefully thoroughly and completely to any questions you

13 may have.

14          THE COURT:  Okay.

15          MR. PAPPAS:  I would just say, Your Honor, you

16 may see some pictures in here of an Alzheimer's patient.  It

17 comes from a special called Quick Brown Fox and we obtained

18 approval from the producer and the production company before

19 including this.  So I just wanted to comfort Your Honor

20 that you're not viewing something in your courtroom in an

21 intellectual property case for which approval has not been .

22 obtained.

23          So with that, Your Honor, I'd like to hand up

24 the notebooks and proceed.

25          THE COURT:  Thank you.

1           MR. PAPPAS:  I can tell Your Honor the

2  presentation you are about to see will take exactly

3  30 minutes.

4           THE COURT:  All right.

5           (Documents passed forward.)

6           MR. RAKOCZY:  Your Honor?

7           THE COURT:  Yes.

8           MR. RAKOCZY:  May we sit over in the box so that

9  we can see the screen?

10          THE COURT:  Sure, that is fine, if you will have

11  a rough time seeing it.

12          MR. RAKOCZY:  Thank you, Judge.

13          THE COURT:  Sit where you need to sit.

14          MR. PAPPAS:  We ready to go.  Your Honor, for

15  the record, so you know what we've handed you, you will see

16  hard copies of all of the graphics that you will see for the

17  Court's further use and for the law clerks, your clerks as

18  well.  Now and perhaps next year.  I don't know when your

19  clerks change, Your Honor.  In addition, there is a CD in

20  the front so that it can be replayed as often as you would

21  like.

22          THE COURT:  All right.

23          MR. PAPPAS:  Thank you.

24          (Digital video disc played.)

25          "Mr. Pappas:  Good day, Your Honor.  I'm George

1    Pappas, a partner at Covington & Burling in Washington, DC.

2    We submit this DVD technical tutorial on behalf of Janssen

3    Pharmaceuticals and Synaptech Inc. --"

4            MR. PAPPAS:  Excuse me, Your Honor.  Could we

5    dim the lights?

6            THE COURT:  Yes, we'll take care of it.

7            MR. PAPPAS:  Thank you.

8            "Mr. Pappas:  -- in the matter of the '318

9    Patent Infringement Litigation, Consolidated, Case No.

10   05-356-KAJ.

11           Alzheimer's Disease is a degenerative disease of

12   the brain that produces progressive dementia characterized

13   by memory loss, disorientation, language loss and loss of

14   self-care functions.  Ultimately, Alzheimer's Disease causes

15   death, but the terrible disease at the center of this

16   dispute is even more than that.

17           It slowly destroys people's ability to function,

18   leaving them lost, confused and angry.  It cruelly separates

19   couples in the twilight of their years, rendering them often

20   alone.  It robs caregivers of their freedom, stripping

21   patients of their dignity.  Ultimately, it takes away

22   lives -- the lives of its victims and their loved ones.

23           Alzheimer's Disease is a major public health

24   problem for the United States today because it has such a

25   huge impact on individuals, families, the healthcare system

1    and society.  It is estimated that up to 4 million people

2    now have Alzheimer's Disease.

3              Yet Alzheimer's Disease has proven extraordinary

4    hard to attack, in part because it involves an extremely

5    complicated cascade of processes affecting the most complex

6    structure known -- the human brain.

7              It triggers a series of biochemical processes

8    that are difficult to interrupt without harming the patient.

9    And, importantly, the disease kills tissue that our bodies

10   cannot regenerate:  the nerve cells, or neurons, of the

11   brain.

12             Despite the resources dedicated to the

13   addressing this disease, there is no cure for Alzheimer's

14   today.  In fact, sadly, the last quarter century of

15   concerted scientific effort has yielded only five drugs

16   approved by the FDA to treat Alzheimer's.

17             By contrast, there are over 125 drugs approved

18   for treating cancer patients and many of those patients are

19   cured -- yet not one single Alzheimer's patient has ever

20   been cured.

21             The dispute before Your Honor concerns one of

22   the treatments that offer help for these patients and their

23   caregivers -- Razadyne, a galantamine-based treatment for

24   Alzheimer's Disease.

25             Now, to understand Alzheimer's Disease, it is

1    important to understand how the brain functions.  The brain

2    is comprised of interconnected anatomical compartments

3    called lobes.  Within these anatomical structures are

4    billions of nerve fibers, called neurons.  These inter-

5    connected cells are the means by which messages in the

6    brain are communicated.  Each neuron has a cell body

7    which contains a nucleus that controls all of the cell's

8    activities.

9            The neuron also has a long process called an

10    axon.  Axons contain micro-tubules that work like tiny

11    pipelines connecting the cell body to the nerve endings.

12    These delicate tubules are supported and held open by tau

13    proteins woven into their walls.

14            Dendrites also branch out from the cell body

15    and receive messages from the axons of other nerve cells.

16    As a neuron receives messages from surrounding cells, an

17    electrical charge or nerve impulse builds up.  The charge

18    then travels down the axon until it reaches the end and a

19    structure called the presynaptic bouton.  This is where

20    chemical messengers called neurotransmitters are stored,

21    ready to carry impulse to the next neuron.

22            Here, the bouton releases neurotransmitters

23    which move across a tiny gap called the synapse.  The

24    neurotransmitters bind to specific receptor sites on the

25    far side of the synapse, continuing the impulse in the

1   post-synaptic neuron.

2          During any one moment, millions of these signals

3   are speeding through the pathways in the brain, allowing it

4   to receive and process information, make adjustments and

5   send out instructions to various parts of the body.  There

6   are many types of neurotransmitters at work in the brain,

7   perhaps 100.

8          Some neurotransmitters inhibit nerve cell

9   function making it less likely that a nerve cell will send

10  an electric signal down its axon.  Other neurotransmitters

11  stimulate nerve cells priming the receiving cell to become

12  active or send an electronic signal down the axon.  However,

13  individual neurons use only one neurotransmitter each, so

14  they are distinguishable by type.

15         By far the most numerous are neurons that use

16  the two neurotransmitters, GABA and glutamate, between them

17  accounting for about the 90 percent of the brain's neurons.

18         At issue in this case is another neuron, the

19  cholinergic neuron and its neurotransmitter called

20  acetylcholine, which is critical to attention and memory.

21         It is also important that there are two kinds

22  of neurotransmitter receptors associated with cholinergic

23  neurons -- nicotinic and muscarinic receptors.  Muscarinic

24  receptors are associated with recent memory (also known as

25  short term memory).  Nicotinic receptors are associated with

1    attention.

2              It has long been known that Alzheimer's brain

3    tissue is characterized by two particular pathologic

4    features, "plaques" and "tangles."  Understanding the

5    nature of these plaques and tangles sheds light on the

6    pathophysiology of the disease.

7              Plaques are small accumulations of protein,

8    surrounded by a zone of inflammation.  We can think of them

9    as lesions that "form" scars in the brain, disrupting normal

10   impulses and harming adjacent cells.

11             Plaque formation begins with a normal protein we

12   all have called APP or amyloid precursor protein.  It is

13   present in certain brain cells, lodged in the membrane,

14   partially inside the cell and partially outside.

15             In Alzheimer's, something causes an enzyme to

16   metabolize or clip-off the ends of the APP, and the middle

17   or "beta" section is released outside of the nerve cell.

18   These beta amyloid pieces tend to aggregate or clump

19   together -- and that is the genesis of a plaque.  Plaques

20   grow and begin to impinge on and irritate adjacent cells,

21   provoking an immune response.

22             Microglial and other immune cells release

23   fibrous material and oxidants -- as to if to combat

24   infection -- but these actions initiate a vicious cycle:

25             More cells are irritated, and more immune cells

1    are summoned.

2              A zone of inflammation forms around the

3    plaque.  It grows to displace normal tissue, and disrupts

4    transmission of impulses through surrounding nerve

5    junctions.

6              Neurotransmitter supply is also disrupted in

7    the axons of these adjacent neurons.  This is caused by

8    formation of the second earmark of Alzheimer's:

9    neuro-fibrillary tangles.

10             It is currently believed that beta amyloids

11   lead to tau proteins becoming detached from the walls of

12   micro-tubules and are released into the body of the neuron.

13   Micro-tubules collapse and no longer transport critical

14   elements like neurotransmitters and their synthesizing

15   enzymes to the nerve ending.

16             The tau proteins distort and aggregate, forming

17   tangles characteristic of Alzheimer's.

18             Tangles pose a double threat to nerve cells:

19   neurotransmitter protein production that sustains the neuron

20   is hampered or stopped altogether, and transport along the

21   axon is obstructed.

22             The result is poor conduction -- there is not

23   enough neurotransmitter at the nerve ending, so impulses are

24   not propagated normally.  Other vital cell functions are

25   compromised, until the cell fails entirely and dies.

1               A wide variety of neurotransmitter systems are

2      compromised by the disease, including norepinephrine,

3      serotonin, somatostatin, vasopressin, beta-endorphin and

4      "substance P."  Slowly, the symptoms of disease begin.

5               Alzheimer's Disease begins insidiously.  Often,

6      Alzheimer's is first recognized by the loss of recent

7      memory, with the patient repeating questions minutes after

8      asking them or forgetting visits or phone calls.  Depression

9      and apathy are common signs.  Loss of brain tissue may be

10     substantial.

11              Patients also exhibit a decline in what is known

12     as "executive" function or the ability to get things done.

13     Patients lose the ability to do complicated tasks like

14     balancing their checkbook, finding the right key among

15     several on a key-ring or preparing a meal.  Patients also

16     experience a loss of empathy, and lose interest in people

17     and subjects they used to be passionate about.

18              Even in the early stages, the burden on the

19     caregiver can be overwhelming, since the patient rapidly

20     becomes increasingly dependent on the caregiver.

21              With advancing disease, there is a progressive

22     worsening of the early symptoms and the emergence of

23     new ones.  Language ability suffers, and aphasia, or

24     forgetting words and their meanings, combines with language

25     confusion -- a compromise in the ability to follow the

1    meaning of a conversation.

2              As disease progresses, patients lose the ability

3    to monitor and control their own behavior.  Many patients

4    become disruptive and agitated irritability often gives way

5    to angry uncooperativeness.  Personal grooming and hygiene

6    suffers, even among the formerly fastidious.

7              Disrupted sleep cycle, delusions and aggressive

8    outbursts can overwhelm the caregiver.  It is often around

9    the patient's refusal to bathe that upsets often become

10    more than the caregiver can handle, and families turn to

11    institutionalization.

12              Institutionalization or close supervision is

13    essential as patients tend to wander off and become lost or

14    injured.  The outlook at this point in the disease is bleak.

15    The cerebral cortex, including a wide range of neurons, is

16    severely affected.

17              At its advance stages, Alzheimer's patients

18    experience breakdown of motor control, and lose

19    coordination, their limbs becoming rigid.  They are bed or

20    wheelchair-ridden, unable to move and eventually unable

21    even to swallow.  Urinary and bower incontinence occur.  It·

22    is often the difficulty with eating, accompanied by food

23    aspiration and pneumonia that is the cause of death.

24              As destructive as the disease is on the mind of

25    its victim, it is equally devastating to those people, often

1    family members, who care for these patients.  Caregivers

2    often must provide round-the-clock supervision and care to

3    Alzheimer's Disease patients.  In return, they are often

4    subject to inappropriate and sometimes aggressive behavior.

5    Treatments for Alzheimer's like Razadyne can

6    alleviate the caregiver burden and help not only the patient

7    but also the caregiver as well.  By improving a patient's

8    cognitive abilities, these treatments enable the patient to

9    handle more tasks, freeing the caregiver and providing them

10   time to escape his or her burden from time to time.

11   It is thought that such treatments not only

12   provide the caregiver with relief but also may delay

13   institutionalization.  "Senility" simply means being old,

14   and for centuries, diminished mental capacity and loss of

15   memory were thought to be a normal part of aging.

16   Alzheimer's was first described as a distinct

17   disease in pre-senile individuals -- that is, those under

18   65 -- in 1907 by the German researcher Alois Alzheimer.

19   While examining the brain tissue of a woman who in her 50s

20   had died of a dementing illness, Dr. Alzheimer recorded the

21   plaques and tangles that marked the disease that came to

22   bear his name.

23   By the 1960s, science recognized that

24   Alzheimer's appears in several forms, including the rare

25   early-onset disease that runs in families, and the more

1    common form in the elderly often referred to as "senile
2    dementia of the Alzheimer's type."

3        Today we know that Alzheimer's is far from rare.
4    It is recognized as an epidemic that strikes almost half of
5    us who live into our mid 80s.  And, the over 85 age group
6    is the fastest-growing segment of the U.S. population.  As
7    more in our society live longer, it is inevitable that
8    Alzheimer's will emerge as an increasingly urgent public
9    health challenge.

10        By 1985 -- just over 20 years ago -- there
11    was significant awareness in the scientific and medical
12    community of the disease, tremendous demand for help from
13    medical science, yet not a single FDA-approved treatment.

14        At that time, there was only the most primitive
15    understanding of the biologic chain of events that leads to
16    cell death and loss of brain tissue in Alzheimer's Disease.
17    Understandably, without clear strategies for attacking the
18    disease process, there could be very little agreement among
19    scientists about where to begin looking for a treatment.

20        Dr. Gene Cohen of Cold Spring Harbor Laboratory
21    and the eventual director of the National Institute of
22    Mental Health, wrote in 1983:  "no treatment is presently
23    available that can prevent or arrest the underlying
24    pathologic process of the disorder ... a present-day mystery
25    within medicine in the whodunit sense)."

1    Indeed, researchers report a bleak prospect for
2 finding any pharmacologic treatment.  Dr. David Drachman, a
3 leading neuroscience researcher wrote in 1985, and I quote,
4 "Despite sporadic reports of barely detectable improvements
5 with various drugs or drug combinations, therapeutic efforts
6 have, in general, failed to produce improvement of clinical
7 value."

8    A look at the work that was being done at that
9 time and in the years since shows a wide ranging field of
10 study, with some studies in direct theoretical opposition
11 to others.  For example, because of the prevalence of
12 depression amongst Alzheimer's patients, researchers tried
13 treating with antidepressants.  The antidepressants in use
14 had an anticholinergic effect, reversing the effect of
15 acetylcholine at the neural synapses.

16    Drs. Burton Reifler and Belinda Teri at the
17 University of Washington tried unsuccessfully tried to treat
18 Alzheimer's patients with Tofranil.  As we will see, other
19 researchers at the time tried to add choline to make more
20 acetylcholine -- also without success.

21    Dr. G.M. Petracca at the Institute of
22 Neurological Institute in Buenos Aires tried serotonin
23 reuptake inhibitors like Prozac to compensate for the
24 serotonin deficiency we see in the Alzheimer's brain --
25 and it didn't work.

1        Similarly, norepinephrine agonists should work

2    to counteract the deficit we see in Alzheimer's for

3    norepinephrine.  Researchers, including Dr. Thomas Chase, at

4    the National Institute of Neurological and Communicative

5    Disorders and Stroke in Maryland tried guanfacine, a

6    norepinephrine agonist, and it didn't work either.

7        Yohimbine, a drug that blocks a norepinephrine

8    receptor, should have been effective in restoring the

9    norepinephrine deficit.  Researchers like Dr. Gerry Yesavage

10   tried it, and it was not.

11       There was great hope for a class of drugs called

12   monoamine oxidase inhibitors or MAO inhibitors.  They had

13   been shown to not only increase norepinephrine at the neural

14   synapses, but also increases dopamine and serotonin.

15   Dr. Mary Sano, an investigator with the National Institute

16   on aging-supported Alzheimer's Disease cooperative study or

17   ADCS tested selegiline.

18       Unfortunately, it just didn't work in treating

19   Alzheimer's -- and no MAO inhibitor has yet to be approved

20   for the treatment of Alzheimer's Disease.

21       Researchers such as Dr. Don Crapper-McLachlan at

22   the University of Toronto tried chelation -- a therapy to

23   remove aluminum from patient blood and tissue.  There was

24   a belief that aluminum from cookware had accumulated in

25   Alzheimer's patients bodies and hope that its removal could

1    arrest or reverse the disease.  However, both the theory and

2    the therapy were disproved, though only after a national

3    scare about aluminum pots and pans.

4            Researchers like Dr. Steven Dekosky with the

5    University of Pittsburgh had been investigating reported

6    benefits from the herbal remedy, ginkgo biloba.  It appears

7    that those benefits were also either illusory or too small

8    to measure -- another false hope.

9            Prednisone has been called a miracle drug, and

10   it has earned that reputation as a most effective weapon

11   in fighting inflammation.  Alzheimer's is a disease that

12   destroys tissue, at least in part, through inflammation.

13   So researchers, such as Dr. Paul Aisen, at Georgetown

14   University, believed that prednisone should work.  Once

15   again, it didn't help.  In fact, patients in the study

16   got worse.

17           Similarly, a retrospective study of

18   non-steroidal anti-inflammatories looked good, but when

19   tested on patients by the ADCS, proved ineffective.  No

20   NSAID has been approved for treatment for Alzheimer's

21   Disease.

22           Researchers like Ruth Mulnard at the University

23   of California, Irvine, directing the ADCS multi-site study,

24   tried estrogen as a therapy.  This large study showed it to

25   be ineffective in Alzheimer's.  In addition, the Women's

1    Health Initiative study demonstrated that estrogen may even
2    harm cognitive function in older women.
3             Based on evidence that blow flow is reduced in
4    Alzheimer's patients, scientists in Europe and elsewhere
5    have tried vasodilators, like papaverine, cyclandelate, and
6    isoxsuprine -- without success.
7             There was also interest in a group of drugs
8    called "metabolic enhancers" that were believed to improve
9    nerve cell function.  These included ergaloid mesylates and
10   nootropics such as Piracetam.  A review of these studies
11   by Dr. Pierre Tariot at the University of Rochester
12   demonstrated these treatments are in effective against
13   Alzheimer's.
14            With time, none of these once promising
15   therapies has proven effective in the United States.  Even
16   those researchers who focused on the cholinergic system
17   still went in wrong directions and encountered multiple dead
18   ends.
19            The first strategy tried to increase
20   acetylcholine was to enhance the supply of precursors or the
21   chemical ingredients the body uses to make acetylcholine.  A
22   variety of precursors was tried, such as choline and
23   lecithin -- none helped.
24            A second way was to directly stimulate the
25   cholinergic receptor.  As noted, there are two types of

1    cholinergic receptors -- nicotinic and muscarinic.

2            The prominence of memory problems in Alzheimer's

3    Disease led many researchers to focus on the muscarinic

4    receptor.  The drug company Lilly, for example, devoted

5    resources to the development of the drug xanomeline.  This

6    proved to be another dry hole in search for an effective

7    treatment -- the drug did not work.

8            Two other agonists, arecoline and bethanechol

9    failed as well.

10            A third way to enhance acetylcholine would be

11    to find a way to reduce the brain's normal breakdown of

12    acetylcholine that is released by an neuron.

13            The body releases the enzyme cholinesterase to

14    break down acetylcholine in the synapse.

15            Use of a cholinesterase inhibitor may help to

16    increase the effective levels of acetylcholine in the brain

17    by interfering with this breakdown of acetylcholine in the

18    synapse, thereby giving the acetylcholine released into the

19    synapse more time to stimulate receptors.

20            However, there were a number of reasons many

21    experts didn't expect cholinesterase inhibitors to work.    -

22            First, as many as 100 neurochemical pathways

23    are affected in Alzheimer's.  Acetylcholine is only one,

24    representing only a few percent of neurons in the brain and

25    a small minority of the neurons in the temporal cortex where

1    Alzheimer's strikes first.

2              Another problem was that for a cholinesterase

3    inhibitor to work, there has to be a sufficient number of

4    functioning cholinergic neurons.  A cholinesterase inhibitor

5    cannot increase the amount of acetylcholine produced in the

6    brain.  Rather, it works to protect the acetylcholine that

7    is produced by blocking its removal.

8              Hence, if the cholinergic system were

9    selectively attacked by Alzheimer's Disease or otherwise too

10   degraded by it, the drug would be targeting cells that were

11   no longer capable of functioning.  And cholinesterase

12   inhibitors could be quite toxic.  Indeed, researchers were

13   discouraged by the difficulty of finding one with a

14   sufficiently broad therapeutic index to be safe for elderly

15   patients.

16             Dr. R.J. Wurtman at MIT writes in 1985, and I

17   quote, "A drug that inhibited acetylcholinesterases

18   everywhere, as physostigmine apparently does, and thus

19   enhanced cholinergic transmission everywhere, would have

20   too many side-effects to be used clinically ..."

21             Thus, there was substantial controversy over the

22   potential use of cholinesterase inhibitors in the scientific

23   community.  But the utter failure of so many other avenues

24   led a number of researchers in the late 1980s and the early

25   1990s to focus on them as a potential therapy.

1    Drug companies joined this search, and by 1996

2    there were at least 13 cholinesterase inhibitors in clinical

3    trials.

4    Of all these cholinesterase inhibitors tried in

5    humans 10 years ago, only four:  tacrine, donepezil,

6    rivastigmine and galantamine -- were ultimately approved by

7    the FDA.  The approaches may have varied but the results

8    were generally the same -- failure.  Thus, for many

9    researchers since 1985, being in the right haystack didn't

10   help to find the needle.

11   In the 1980s, galantamine was by no means the

12   most promising cholinesterase inhibitor.  It had several

13   significant disadvantages over other candidate drugs:

14   It is a weaker cholinesterase inhibitor than

15   many and indeed has essentially no effect on one of the

16   types of cholinesterase inhibitors in the brain -- namely,

17   butyrylcholinesterase.  It is a natural product, and there

18   was no technology to synthesize it in the 1980s.  This

19   raised concerns for purity, toxicity and source of supply --

20   critical for commercialization of a drug.

21   Unlike some of the other candidates, galantamine

22   is metabolized in the liver, a less-desirable drug for

23   elderly patients.

24   Ezio Giacobini, a leading researcher on

25   cholinesterase inhibitors, writes as late as 2000, and I

1   quote, "This difference is clinically important since

2   elderly patients show decreased hepatic metabolism, and

3   therefore drugs that are not hepatically metabolized are

4   preferred."

5              In the late 1970s and early 1980s, Dr. Bonnie

6   Davis was a medical doctor, studying the so-called

7   "neuroendocrine window," the way in which hormones in the

8   blood can shed light on what is going on in the brain.

9              Using this novel approach to the problem, she

10  came to understand the unique properties that galantamine

11  offered and invented a method for treading Alzheimer's using

12  galantamine or galantamine acid salts in a range of dosages.

13  She applied for a patent in January of 1986.

14             But even after issuance of the '318 patent,

15  skepticism of galantamine as a treatment for Alzheimer's

16  Disease continued.  Dr. Davis' method was rejected by

17  numerous drug companies that she approached.  For example,

18  Wyeth, Upjohn, and Bristol-Myers Squibb turned her down.

19             Dr. William Cressman, Assistant Vice President

20  for Licensing and Business Development for Wyeth declared

21  that "the potential for success of tacrine and physostigmine

22  and other anti-cholinesterase products is not very

23  positive."

24             Dr. Norman Pollack, Contract Consultant and

25  Research Liaison for Upjohn stated it was "already fully

1   committed to other mechanistic approaches to Alzheimer's
2   Disease which we consider more promising than that offered
3   by galantamine."
4           And Gary King, Associate Scientific Director
5   for what is now Bristol-Myers Squibb stated that "the
6   therapeutic benefit and long term safety and tolerability
7   of galantamine is still a matter of speculation."
8           Additionally, Ciba, who initially licensed it
9   for the U.S., terminated the license after a first clinical
10  trial.
11          After years of effort, Dr. Davis finally saw her
12  invention brought to market and the patients who needed it
13  when Janssen's galantamine drug Reminyl, now Razadyne, was
14  approved in by the FDA in 2001.
15          Galantamine works in at least two ways to
16  reduce or delay symptoms of Alzheimer's:
17          First, it interferes with the breakdown of
18  acetylcholine at the synapse by inhibiting
19  acetylcholinesterase.
20          Secondly, and separate from its cholinesterase
21  activity, galantamine enhances the response of nicotinic
22  receptors to stimulation by acetylcholine.  This specific-
23  ally enhances the nicotinic function in Alzheimer's
24  patients, helping to compensate for the reduced levels of
25  acetylcholine in Alzheimer's patients.

1        Clinical studies have shown that patients who

2   start treatment with galantamine and remain on it for an

3   extended period of time generally have better cognition

4   and ability to function than those who do not.

5        Through the past 20 years, thousands of

6   compounds examined, hundreds tested and 30 approved for

7   clinical trials, there are only five drugs approved by

8   the FDA for treating Alzheimer's.

9        One, memantine, is an NMDA antagonist that

10  reduces glutamate toxicity, and the other four are

11  cholinesterase inhibitors.

12       Galantamine is the only one that acts directly

13  on both the nicotinic and muscarinic systems and is the only

14  one shown in FDA reviewed pivotal trials to be effective in

15  all four major trial outcomes -- global, cognitive,

16  functional, and behavioral.

17       Razadyne is a resounding commercial success with

18  over $200 million in sales in the U.S. last year alone.  It

19  is the fastest-growing cholinesterase inhibitor in the

20  marketplace.

21       Galantamine is, according to authorities and  -

22  certainly for many patients, a long-awaited and much-valued

23  treatment choice for today.

24       We look forward to arguing the merits of this

25  case before you.  Thank you, Your Honor, for your attention

1    to this tutorial brief."

2                   (Digital video disk recording ends.)

3                   THE COURT:  Thank you very much.  Let's go ahead

4    and have the lights up.

5                   And let me ask who on the defense side is

6    prepared to go forward with the tutorial.

7                   MR. SQUIRE:  Good morning, Your Honor.  It's

8    Monte' Squire from Young Conaway.  And I'm joined by Ed

9    Donovan and Corey Manley from Kirkland & Ellis and

10   Mr. Donovan is going to do the presentation.

11                  THE COURT:  All right.  Thank you.

12                  MR. DONOVAN:  Good morning, Your Honor.

13                  THE COURT:  Mr. Donovan.

14                  MR. DONOVAN:  If we can have a second to bring

15   up our presentation?

16                  (Pause.)

17                  MR. DONOVAN:  May I hand them up to the Court?

18                  THE COURT:  That would be helpful.  Thanks.

19                  (Documents passed forward.)

20                  THE COURT:  Please proceed.

21                  MR. DONOVAN:  Good morning, Your Honor.  My name

22   is Ed Donovan from Kirkland & Ellis and I am representing

23   the Teva defendants in this case.  I'll be doing the joint

24   presentation on behalf of all of the defendants.

25                  The defendants are presenting their presentation

1    in a little different way than the plaintiffs did.  We have

2    a PowerPoint presentation that I'll present as we go along.

3                THE COURT:  That's fine.

4                MR. DONOVAN:  At the outset, I should say there

5    was quite a bit in the presentation of the plaintiffs that

6    we can agree with, particularly as it relates to technology.

7    Obviously, there is some argument in there that we disagree

8    with.  Among those things would be the arguments as to

9    commercial success, failure of others.  Whether or not

10   galantamine acts in two different ways, that is something

11   that at least the FDA is not saying in their papers.  So

12   there are disagreements, and I should say that at the

13   outset.

14               THE COURT:  Well, you know what will be helpful

15   to me is -- and I will give Mr. Pappas a chance to respond

16   to this.

17               You don't have to talk about the obviousness

18   criteria.

19               The secondary considerations, I think I may be

20   able to pick up on that piece of it and anticipate that you

21   would disagree with it.

22               The technical stuff, that is what we're here

23   for.  So if there is disagreement with any of the technical

24   scientific information that was portrayed, that's helpful

25   for me to know.

1          And the last point you just made, why don't

2    you make sure you touch on that in the course of your

3    presentation then.  And then I will give Mr. Pappas an

4    opportunity on behalf of plaintiffs to respond to anything

5    you say on that; all right?

6          MR. DONOVAN:  I will.  Thank you.

7          Much of what the disagreement was about with

8    plaintiffs, our presentation, simply what is relevant to the

9    issues in this case.  We can agree on a lot of things.  The

10   brain is very complex.  Alzheimer's is a very serious

11   disorder.  Much of the details about that are not important

12   to the case.  And,

13          So to begin our presentation, we started at the

14   outset with the patent in this case.  This is a patent

15   infringement lawsuit.  It's not a lawsuit about the standard

16   for getting a drug approved with the FDA.  That is a very

17   different standard.

18          There is one patent-in-suit in this case, filed

19   in January 1986.  That is an important date.  It's only two

20   columns long.  One patent, two columns long.  That is the

21   entire specification.

22          What is the relevant technology for this one

23   patent-in-suit?

24          I know Your Honor doesn't want to talk about

25   claim construction and I don't intend to do so here but it

1    is important to know there are only two claims at issue in

2    this case.  The first is an independent method claim.  It's

3    a method for treating Alzheimer's by administering

4    pharmaceutically a therapeutically effective amount of

5    galanthamine or its salt.

6              The second claim is a method claim that is

7    dependent from the first and it claims to administering it

8    orally and within a specific range.

9              So those are the two claims at issue in this

10   case.

11             There is no dispute, we saw this in plaintiffs'

12   presentation, that galantamine is a known drug.  So the

13   compound galantamine itself is really not at issue in terms

14   of the synthesize or creation of this compound.  This is a

15   compound that has been known for a long time.

16             So if we boil it down, we're in a patent

17   infringement lawsuit.  One patent, very short patent, two

18   claims at issue.  What is really at issue here is the

19   alleged invention.  It's a new use for an old drug:

20   Treating Alzheimer's Disease or related dimensions with

21   galantamine or one of its salts.  And then, more

22   specifically, administering that drug galantamine orally

23   within a range, albeit a large range.

24             Our technology tutorial today will focus on

25   those subjects and specifically Alzheimer's Disease and

1    related dimensions.  That is certainly relevant in a broad

2    sense since this is a patent that relates to a drug for

3    treating Alzheimer's.  Drugs for treating Alzheimer, but

4    more specifically, the type of drugs in this case are

5    acetylcholinesterase inhibitors.  Not all drugs are treating

6    Alzheimer's.

7            I think we saw in the plaintiff's presentation,

8    and we can get into a little more date, there is no

9    treatment for Alzheimer's.  So this is a class of drugs,

10   acetylcholinesterase inhibitors, for treating certain

11   symptoms.

12           And then, lastly, galantamine.  What do we know

13   about galantamine by 1985?  That is an important concept

14   in this case.  Because the claims are directed toward

15   galantamine, and galantamine is something that was known

16   in the first column of the patent.  That it candidly

17   acknowledges galantamine was known for certain

18   pharmacological uses.

19           Alzheimer's Disease, that was certainly known by

20   1985, the time of the patent.  Dr. Alzheimer in Germany was

21   the first to observe it.  The disease wasn't given that name

22   until much later, but Dr. Alzheimer is the one who is

23   credited with knowing it, finding it.

24           No one knows what causes Alzheimer's Disease.

25   That is true today.  This isn't a case about the cause of

1    Alzheimer's Disease.  Dr. Davis doesn't claim, she did not

2    find the cause of Alzheimer's Disease.  We don't know.

3            There is no cure for Alzheimer's Disease.  This

4    is not a case about the cure for Alzheimer's Disease.

5    Dr. Davis's invention doesn't purport to cure Alzheimer's

6    Disease.  It is a treatment for a symptom of Alzheimer's

7    Disease.

8            What do we know about Alzheimer's Disease?  We

9    can look at it clinically and we can look at it from its

10   pathological sense, pathology sense.  Clinically, it is

11   characterized by dementia.  An important part of dementia is

12   loss of memory.  A famous example of this, and we saw this

13   in the plaintiffs' presentation, is President Reagan.

14           Pathology, how do we know it's Alzheimer's?  The

15   hallmark of Alzheimer's Disease are the so-called plaques

16   and tangles.  There is no good way to find the plaques and

17   tangles until a patient is dead; but what happens is, -- and

18   we saw an animation of that in plaintiffs' video -- there is

19   progressive fallout of neurons.

20           What is a neuron?  It's a nerve cell in the

21   brain and the nerve cells in the brain start to die.  There.

22   is no way to stop them from dying.  Those nerve cells

23   make acetylcholine; and we agree with the statements in

24   plaintiffs' presentation about that.  These nerve cells

25   create acetylcholine, eventually they die, and we don't have

1   acetylcholine.  So that is the pathology of Alzheimer's

2   Disease.  There is no stopping it.  Once it starts, it will

3   eventually kill you unless you die of some other causes.

4            So certainly that is a point of agreement

5   between plaintiffs and defendants.  This is a very serious

6   disorder.

7            Clinically, it's a brain disorder.  This is a

8   disease of the brain.  It starts with mild memory loss --

9   and I'll try to speed with some of this because we saw quite

10  a bit of this.  Changes in personality.  Decline in thinking

11  abilities.  Progresses to a loss of speech and then

12  eventually to death.

13           Alzheimer's Disease.  One important

14  characteristic of it is dementia.  This is the scientific

15  definition taken from the Merck manual, but essentially it

16  relates to loss of cognitive ability, loss of memory.

17           Pathology, Alzheimer's Disease.  How do we know

18  it's Alzheimer's Disease?  Well, if you look into a patient

19  with Alzheimer's, you will find the plaques and tangles.  I

20  won't spend a lot of time on this.  But we see in the bottom

21  corner healthy cells and those healthy cells, you can see  -

22  they're sort of tangled.  There are dendrites that hang

23  down.

24           If I may move to the --

25           THE COURT:  Sure.

1            (Mr. Donovan approaches the screen.)

2            MR. DONOVAN:   I've got a pointer but the pointer

3    doesn't always work so well.

4            This is a nerve cell.  This is another nerve

5    cell.  These nerve cells need to speak to one another.  They

6    speak to one another through the neurotransmitters.

7            Alzheimer's patients have a blocking of that

8    communication; and I'm speaking generally here.  They have

9    tangles and plaques.  The plaques and tangles, they relate

10   to protein building that we saw in plaintiffs' video.  So

11   this is the signature of Alzheimer's Disease in the brain,

12   the plaques and tangles.

13           Those plaques and tangles block the normal

14   transport of electrical messages.  As they die, the brain

15   shrinks and the ability to function deteriorates.  This is a

16   quote right out of the FDA consumer magazine.  Much of the

17   presentation is from that.

18           Excuse me.

19           Treatments for Alzheimer's Disease.  How do we

20   treat this very serious disorder?  There is no cure for

21   Alzheimer's Disease.  There are some drugs to treat the       -

22   symptoms.

23           One of the drugs to treat the symptoms are

24   the acetylcholinesterase inhibitors.  That is a class of

25   drugs used to treat certain symptoms.  What do those

1  acetylcholinesterase inhibitors do with respect to the

2  plaques and tangles? Nothing.  They don't do anything.  It

3  treats a symptom.  Ultimately, there is no drug that treats

4  the plaques and tangles.  There are significant research

5  going on about that and people are spending millions of

6  dollars to try to find a way to either slow Alzheimer's or

7  cure Alzheimer's but that is not what is going on with these

8  particular drugs.

9           THE COURT:  Well, help me out when you say

10 that's not what is happening here.

11          Do these galantamine and salts of it, do they

12 not have the effect of slowing the progression of the

13 disease?

14          MR. DONOVAN:  ·That is a very good question, and

15 I'm going to get to a slide on that; but let me answer it

16 upfront now.  The answer is there is no evidence that they

17 do.  And it's a very difficult thing.  What happens is the

18 acetylcholinesterase inhibitors has, as plaintiffs say, it

19 suppresses the destruction of acetylcholine in the brain.

20 The brain generates acetylcholine.  Alzheimer's has a

21 deficit of acetylcholine.  These inhibitors prevent the

22 destruction of the acetylcholine that is there.  Whether

23 that does anything to stop the Alzheimer's or just treats

24 the deficit is not clear and the FDA won't say, and I don't

25 believe there is anything that will say definitively right

1    now whether these drugs actually effect the organic causes

2    of the disease itself as opposed to treating a symptom.

3    It's certainly clear that at some point they don't work

4    anymore.

5              They're indicated from mild to moderate

6    Alzheimer's Disease.  And once that disease starts taking

7    its course, these drugs can help you.  These drugs can help

8    you.  These drugs, the acetylcholinesterase inhibitors can

9    sort of help you get your affairs in order.  You know, buy

10   you some time.  But eventually the disease keeps on going

11   and it will kill you.  And I don't think there is any

12   dispute about that.

13             THE COURT:  So the science of this is it doesn't

14   slow the destruction in the brain associated with fibrillary

15   plaques and tangles.  It does enough to save that neuro-

16   transmitter while the destruction is going on.  The symptoms

17   are retarded even though the disease progression is not.

18   Have I understood you correctly?

19             MR. DONOVAN:  Yes, you said it better.  Yes.

20   That's correct.  Now, it certainly is the case that nobody

21   knows everything about the science of these drugs but it is.

22   the case that they're not -- there is no evidence and the

23   FDA won't say that these drugs effect the organic cause of

24   Alzheimer's Disease.

25             THE COURT:  Thank you.

1           MR. DONOVAN:  So if we summarize some of the

2    topics here on Alzheimer's Disease:  Cause is unknown.

3    It's not a case about the cause of Alzheimer's.  It's

4    characterized by plaques and tangles in the brain in this

5    case.  An understanding of plaques and tangles and the

6    details of that isn't necessary for this case.  There is

7    nothing about that in the patent.  There is nothing about

8    galantamine that cures plaques and tangles.  That is the

9    indicia of Alzheimer's Disease.  But this isn't a plaques

10   and tangles case.

11           No cure yet for Alzheimer's.  We're not talking

12   about the cure-all for Alzheimer's, stop the research, no

13   reason to spend any more money.  That is certainly not the

14   case.  It's at best a treatment for symptoms of this

15   disease.  And --

16           THE COURT:  That's not bad; right?

17           MR. DONOVAN:  No, it's not.  I don't mean to

18   diminish the drug's beneficial effect.

19           The next topic is the acetylcholinesterase

20   inhibitor drugs for treating the symptoms of Alzheimer's

21   Disease.  And acetylcholinesterase inhibitor drugs have been

22   in clinical use, and we'll show you this, for Alzheimer's

23   Disease since 1970s.

24           And this is a class of drugs -- and my clicker

25   stopped.

1          THE COURT:  Does someone want to help this man

2     out?

3          MR. DONOVAN:  Can you go to the next screen,

4     please?

5          THE COMPUTER OPERATOR:  It's frozen up.

6          MR. DONOVAN:  Our computer is frozen.

7          THE COURT:  You know what?  I actually have the

8     hard copy in front of me, so I'm happy to turn manually to

9     page 16.

10         MR. DONOVAN:  If you would take it down,

11    PowerPoint full screen, and bring it back up.

12         THE COURT:  While he is doing that, why don't

13    you talk to me about Acetylcholinesterase Inhibitors Treat

14    Ad Symptoms.

15         MR. DONOVAN:  We're on page 16 of the

16    presentation.

17         THE COURT:  Right.

18         MR. DONOVAN:  And there are four different

19    approved FDA drugs right now that are acetylcholinesterase

20    inhibitors.  And what they are indicated for use by --

21    "indicated for use" is a technical term used by the FDA -- .

22    is mild to moderate Alzheimer's Disease.

23         THE COURT:  Let me stop you for a second just to

24    make sure.

25         MR. DONOVAN:  Sure.

1          THE COURT:  This Reminyl, that's the generic

2    name for the Razadyne, which is the brand name.  Have I got

3    that right or wrong?

4          MR. PAPPAS:  If I may.  Your Honor, it was

5    originally called Reminyl.  That was the brand name.  And

6    then for reasons having to do with the name, the FDA asked

7    us to change the name, and that is how it became Razadyne.

8    So when you see Reminyl, it's Razadyne.

9          THE COURT:  Razadyne.

10          MR. PAPPAS:  Yes.

11          THE COURT:  I want to make sure I don't

12    mispronounce it.  Ra-za-dyne (phonetic).  Razadyne is

13    Reminyl.  Reminyl is Razadyne.

14          MR. PAPPAS:  That's correct.

15          MR. DONOVAN:  That's right.  And there is no

16    dispute about it.

17          THE COURT:  All right.

18          MR. DONOVAN:  Galantamine would be the generic

19    name.

20          THE COURT:  All right.

21          MR. DONOVAN:  Oh, it's back.

22          (Computer presentation unfrozen.)

23          MR. DONOVAN:  There are four that are approved.

24    They're approved for mild to moderate Alzheimer's Disease --

25    The Reminyl being the last that's approved.  One of these

1    FDA drugs has since been withdrawn from the market due to

2    side effects.

3                One of the things that did come up in

4    plaintiffs' presentation that we should note here is that

5    there is a significant difference between the standard for

6    getting an FDA approved drug to clinicals to test for side

7    effects, to test for side effects and toxicity, all those

8    things as compared to what it takes to get a patent.

9                THE COURT:  I'm with you.

10               MR. DONOVAN:  Okay.  In the FDA's words, all

11   four of these drugs work by the same mechanism.  And that is

12   a distinction I think on the technical side, as we alluded

13   to at the beginning of the presentation.

14               Plaintiffs I know were making the claim that

15   galantamine works through a second mechanism, and that is by

16   how it effects the receptors as well as acetylcholinesterase

17   inhibitors.  We'll get to that in a little more detail.

18   They stop the destruction of acetylcholine.  In addition,

19   they're making a second claim, it effects certain receptors.

20   We would take exception to that.  I don't know whether that

21   has been scientifically proved at this point.

22               THE COURT:  And the name of those receptors

23   sound suspiciously like nicotine?

24               MR. DONOVAN:  Exactly.  Nicotinics and

25   muscarinics.  There are two receptors.  I'm probably

1    mispronouncing them but that's correct.

2            THE COURT:  Okay.

3            MR. DONOVAN:  From our perspective, that is sort

4    of a red herring issue.  I know they disagree.  That will be

5    a disputed issue as to the relevance of that, perhaps not as

6    to the technology.

7            How do these acetylcholinesterase inhibitors

8    work?  And this is taken directly from the FDA.  The drugs

9    increase the level in the brain of acetylcholine, a chemical

10   that nerves use to communicate with each other.

11           And there is really four important points we

12   want to bring out about the acetylcholinesterase inhibitors:

13           The first is acetylcholine.  And that is

14   something we've heard a fair amount about.  What is

15   acetylcholine?  Acetylcholine is a neurotransmitter that

16   sends a message from one nerve to another.  Acetylcholine is

17   both in the brain and outside the brain, but in the brain

18   it's associated with memory and cognitive function.

19           It's probably easier if I demonstrate it quickly

20   on the next slide.  When we see here a representation of a

21   brain cells -- if I could walk over here.

22           THE COURT:  Fine.

23           (Mr. Donovan approaches the screen.)

24           MR. DONOVAN:  These are nerve cells in the

25   brain.  As I said before, this is one nerve, this is another

1   nerve.  They've got to talk to one another.  They're not

2   connected.  There is a space between them.  This is the end

3   of the nerve.  This is the end of another nerve.

4           Again, I'm summarizing.  This space, it's called

5   a synapse.  And what happen is nerves work through an

6   electrical charge.  The electrical charge comes down to the

7   end.  Then it has to send that message to the next nerve.

8   It does so chemically by releasing a neurotransmitter.

9   These little globs here are neurotransmitters represented.

10          They are released.  They come over here to

11  the receptors.  The receptors are specific for the

12  neurotransmitter.  That receptor comes over here, hits the

13  transmitter, and that triggers another electrical release

14  and, boom, down goes the electrical pulse the other way.

15          So we go electrical -- sorry, chemical to

16  electrical and back down.  These are the neurotransmitters.

17  There are lots of neurotransmitters.  The one we're talking

18  about in this case is acetylcholine.  That is one of the

19  neurotransmitters.

20          If we go back the neurotransmitter acetylcholine

21  it's commonly found in nerve-to-nerve connection, so you   .

22  have a nerve to another nerve.  Sometimes, you have a nerve

23  to an organ.  A nerve-to-nerve connection that sends a

24  connection from one nerve to the other.

25          And in the brain, blocking that or those

1    connections are related to cognitive function and memory.
2    So that is the first concept: acetylcholine neurotransmitter
3    in the brain.

4            The next concept is what do you do with the
5    acetylcholine after you are done?  And that is the last
6    bullet.  That's the last bullet.  When the message is com-
7    pleted, excess acetylcholine is eliminated by, among other
8    things, an enzyme -- an enzyme called acetylcholinesterase.
9    And I'm shorthanding it there.

10           What is acetylcholinesterase?  I don't have a
11   good picture of acetylcholinesterase.

12           THE COURT:  I'm with you.  I think I got the
13   picture.

14           MR. DONOVAN:  It's natural, it's in the body,
15   and it's like people depict them as Pacman.  They'll eat up
16   this neurotransmitter.  So after the message is sent, it's
17   destroyed by, among other things, acetylcholinesterase and
18   in healthy humans you have a balance of this.  So that's the
19   second concept.

20           The third concept, acetylcholinesterase
21   inhibitors.  What are these?  These are compounds, and they
22   have been known for a long time, long before the filing of
23   the patent, that suppresses the action of the enzyme.  So
24   the acetylcholine sends the message, the enzyme destroys it.
25   If you put an inhibitor in there, you will end up keeping

1    more acetylcholine longer.  It doesn't add acetylcholine, it

2    prevents its destruction.

3                They've been known for a while and there are a

4    couple different types.  One is irreversible, and those are

5    commonly insecticides or toxins.  They can be very

6    dangerous.  Some are reversible.  Galantamine is one of

7    them.  And they are used as pharmaceuticals and they have

8    various uses.

9                The fourth concept is that it was found

10   Alzheimer's Disease have an acetylcholine deficiency.  By

11   the 1970s, people had found one of the characteristics

12   of Alzheimer's Disease patients, they are missing

13   acetylcholine.  That caused researchers to investigate

14   various ways how to get or keep the acetylcholine in the

15   brain.

16               One of the ways that was discussed -- and this

17   is from a textbook or chapter in the textbook -- is to try

18   acetylcholinesterase inhibitors, and trials were ongoing

19   in the 1970s trying to see if these would work.  And in

20   fact, many of them did work, and that is essentially how

21   acetylcholinesterase inhibitors work.  It goes into the

22   brain, suppresses the enzyme and increases or prevents the

23   destruction of acetylcholine in the brain and this helps

24   Alzheimer's patients at least temporarily to increase

25   their cognitive and memory functions.

1            The 1970 test in the United States, among the

2   most famous of them were up in the Bronx, the Mt. Sinai

3   Hospital, and they showed the validity of the approach; not

4   just talking about it, they did it with Alzheimer's patients

5   in the 1970s showing that physostigmine was effective in

6   Alzheimer's patients in increasing their memory.

7            So what do these acetylcholinesterase inhibitors

8   do?  They all use work by the same mechanism, at least so

9   says the FDA.  The drugs temporarily delay the symptoms,

10  they don't necessary cure them or don't cure Alzheimer's

11  Disease.  And again, this is the FDA speaking here, their

12  consumer magazine.

13           There is no evidence these drugs have any affect

14  on the underlying progression of the disease.  I don't mean

15  to diminish the importance of the drugs but they are not a

16  cure for Alzheimer's.

17           In summary, Alzheimer's patients are lacking

18  acetylcholine.  Acetylcholine is a neurotransmitter,

19  important for cognitive function.  Acetylcholinesterase

20  inhibitors suppress the destruction of acetylcholine.  The

21  drugs are believed to delay dementia symptoms such as

22  Alzheimer's.

23           THE COURT:  Let me ask a question here.  And

24  I'll just use your Pacman analogy.  If I understand

25  acetylcholinesterase to be Ms. Pacman up there, the

1   acetylcholine, galantamine is somehow like the ghosts that

2   go out there and eliminate or reduce the effectiveness of

3   Ms. Pacman.  Have I got your analogy correct?

4              MR. DONOVAN:  That is a good analogy.

5              THE COURT:  It hits those enzymes?

6              MR. DONOVAN:  (Nodding yes.)

7              THE COURT:  Is the disease process -- I

8   understand you both to be saying the disease process is

9   somehow, the deletions, it's the tangles and the plaques and

10  the death affects or it disturbs the normal brain chemistry

11  so you've got like, what, too much of this enzyme breaking

12  down?

13             MR. DONOVAN:  I would put it a little

14  differently.

15             THE COURT:  So somehow it gets out of balance I

16  guess that is what I'm trying to get at.  How does it get

17  out of balance?  And this may be neither here nor there.

18  I'm just trying to gets my hands around the science.

19             MR. DONOVAN:  Let me address that.  And if

20  plaintiffs want to address that, they can do that as well.

21             In Alzheimer's patients, these patients get the-

22  plaques and tangles.  Among they things the do, they block

23  the neurotransmitter acetylcholine.  Eventually, it kills

24  the brain cells itself.  So there is no stopping them.  You

25  eventually will have no acetylcholine, you will have dead

1    brain cells.

2              THE COURT:  So it's not that you get too much

3    enzymes, it's that you don't get enough of the

4    neurotransmitters.

5              MR. DONOVAN:  Exactly.

6              THE COURT:  Is that it?

7              MR. DONOVAN:  That's right.

8              THE COURT:  Okay.  You guys agree?

9              MR. PAPPAS:  Yes, Your Honor.  Basically what

10   happens is, God forbid anybody in this room contracts

11   Alzheimer's disease, we know that your brain stops producing

12   as much acetylcholine.  Now add to that the already

13   existing acetylcholinesterase that destroys the

14   acetylcholine is still out there pumping.  So your

15   Alzheimer's, you are getting less acetylcholine and the

16   little bit, much much less you are getting is now being

17   attacked by the acetylcholinesterase, breaking it down

18   further.

19             THE COURT:  That's fine.  Thank you.  That helps

20   me understand how the imbalance is.

21             MR. DONOVAN:  The next topic we wanted to talk

22   about is galantamine, specifically.  And again, there is no

23   dispute that galantamine is not a new drug or a new

24   compound.  It's quoted here from a famous Russian

25   scientist Luria, we're talking about 1951.  Galantamine

1    was studied, and had been shown to be the strongest known

2    acetylcholinesterase inhibitors.  So there is no dispute

3    people know about acetylcholinesterase inhibitors long

4    before the patent.  They knew about galantamine being an

5    acetylcholinesterase inhibitor long before the patent.

6          Where does galantamine come from?  This is a

7    natural compound.  This comes from daffodils, the same

8    daffodils you have growing in your front yard.  It's a

9    natural compound extracted from daffodils and certain other

10   forms.

11         That has some interesting side lights we'll talk

12   about in a minute.  But one of the things is that since it

13   is a natural drug, people didn't know about it, it's been

14   sold in Eastern Europe since before the filing of the 1985

15   under the trade name Nivalin.  And it's continued to sell

16   today under trade name Nivalin.  Type in the name "Nivalin"

17   and you will get lots and lots of hits about galantamine.

18   Nivalin was a drug administered in Eastern Europe that was

19   known to be an acetylcholinesterase inhibitor.  It

20   degrades -- inhibits the enzymes that degrade acetylcholine.

21   None of this was new as of 1985.

22         What was it used for?  It was used as a drug.

23   It was used as a drug in patients and humans prior to '85.

24   And it was used, among other things, for patients coming out

25   of anesthesia.  Coming out of anesthesia, you are kind of in

1    a stupor or fog.  And this was used as a way to start of

2    bring your cognitive abilities back out a little quicker.  I

3    don't think there is proof of that in the United States but

4    they did use it in Eastern Europe.

5           As well as, again this is the Luria textbook

6    talking about galantamine being used in a wide variety of

7    functions in the central nervous system.  What is the

8    central nervous system?  That is your brain and spinal cord.

9    People knew you could administer this to humans and it would

10   get into your brain.

11          People administered it.  Again, this is old

12   stuff.  You could know that it was administered

13   parenterally, intravenously or orally.

14          How old is galantamine?

15          THE COURT:  What exactly is parenteral

16   administration?

17          MR. DONOVAN:  Parenteral administration includes

18   intravenous, so it included intramuscular as well.

19          THE COURT:  All right.

20          MR. DONOVAN:  I got prepared on that last night.

21   I am glad you asked.

22          Galantamine, it's been postulated that people

23   have known about this since the time of Homer.  I should say

24   up front I'm not a Greek scholar but it's been postulated to

25   be the molly that was given to Odysseus to overcome Circe

1    poison.   If you know Homer, you probably know better than I.

2                But this is an old natural drug and the other

3    interesting side light about this particular article was one

4    of the authors was one of the scientists at Mt. Sinai

5    working on that physostigmine clinical trials in the 1970s.

6                How does galantamine stack up vs. other

7    acetylcholinesterase inhibitors?  Well, it's certainly known

8    to reach the brain because people are using it for central

9    nervous system disorders.   It is also known to have a long

10   duration of action and less toxicity as compared to other

11   acetylcholinesterase inhibitors.  And specifically with

12   respect to physostigmine, one of the big advantages of

13   galantamine, it lasts longer in the brain.  Physostigmine

14   would have a shorter duration of action.

15               So if we sum up on our galantamine, what was

16   known prior to 1985?  Well, it was certainly known as a

17   pharmaceutical used in humans.

18               It certainly known to reach the brain through

19   normal modes of administration, including orally.

20               It was an established acetylcholinesterase

21   inhibitor.  There is no dispute about that.

22               Effective inhibiting the enzymes in the central

23   nervous system.  Long duration of system and less toxicity

24   as well than other acetylcholinesterase inhibitors.

25               Those are the points, Your Honor, that

1    defendants wanted to discuss in terms of the technology

2    tutorial:  Alzheimer's Disease and dementia,

3    acetylcholinesterase inhibitors and galantamine.

4              If Your Honor has any questions, we'll be happy

5    to address them.

6              THE COURT:  No.  Thank you very much.  I

7    appreciate it, Mr. Donovan.

8              Mr. Pappas, I did tell I'd give you an

9    opportunity, if you wanted it, to say something with respect

10   to the one point that I take is in dispute on the technology

11   front.  I understand there is plenty of dispute about some

12   of these other things, whether it was known as galantamine,

13   whether secondary considerations, a bunch of stuff that you

14   could go back and forth and argue about; but on this one

15   scientific point about whether the drug in question Razadyne

16   acts both to inhibit the breakdown of the acetylcholine and

17   also somehow acts on the receptor.  Have I got you right?

18   That's the point?

19             MR. DONOVAN:  That's correct.

20             MR. PAPPAS:  Yes, Your Honor.  Can I address

21   that?

22             THE COURT:  Sure.

23             MR. PAPPAS:  Thank you.  And, Your Honor, while

24   I trust you understand that we have numerous disagreements

25   with basically the approach as to arguing whether it's

1   obvious or not, I'm going to stick just to scientific points
2   and the one you had specifically.
3           First of all, everyone -- and this is
4   established scientifically -- everyone agrees that
5   galantamine preserves the function.  And, that is, it
6   extends the cognitive function in patients with Alzheimer's.
7   So while there is no known cure for the plaques and tangles,
8   those in the know, those skilled artisans, all agree that it
9   does extend the cognitive function of Alzheimer's patients.
10          THE COURT:  And I didn't hear -- let me just
11  point out I don't hear any disagreement with that; correct?
12          MR. DONOVAN:  There is no disagreement with
13  that.
14          MR. PAPPAS:  There is some evidence also that
15  you will hear at trial that it slows the disease progression
16  but that has been difficult to measure, but we maintain that
17  it does, but you will hear more about that later.
18          Now, the second point.  It is clear that
19  galantamine that is used in Razadyne works in two ways.  It
20  inhibits the acetylcholinesterase and it also enhances the
21  nicotinic receptors.  We'll show this to you at trial.
22          But the FDA has allowed the company, Janssen,
23  to represent to doctors both of these mechanisms of action.
24  What is unclear to the FDA at this time is how to apportion
25  the clinical benefits of galantamine among these two

1    mechanisms.  And, therefore, out of an abundance of caution

2    they simply refer to galantamine as a cholinesterase

3    inhibitor.  But they do permit Janssen to tell doctors that

4    galantamine works in both ways:  inhibiting the production

5    of acetylcholinesterase which, of course, destroys the

6    already-reduced amount of acetylcholine and also enhances

7    the nicotinic receptor which is one of the two receptors

8    that allows a more robust production of acetylcholine which

9    then fires the synapses, carries the message and makes your

10   brain work better.

11          Second, Your Honor, or third, I want to contrast

12   the matter of science for you.  And I'm going to try and

13   stay short of argument, but I want to, I think it's

14   important to contrast this issue of science today.

15          The defendants have focused strictly on the

16   cholinergic hypothesis in galantamine, in other words,

17   have done the Monday Morning Quarterback Look Back on

18   Dr. Davis's invention.  What we've shown you as a matter of

19   science is how many different varied hypotheses there were

20   in science, as a matter of science, as many of the best

21   physicians tried to solve of the disease.

22          THE COURT:  Okay.

23          MR. PAPPAS:  Your Honor, there is a fourth

24   point we disagree with scientifically.  Mr. Donovan

25   suggested that there was -- referred to reversible

1   cholinesterase inhibitors and irreversible and said
2   irreversible cholinesterase inhibitors were insecticides
3   but that pharmaceuticals were reversible.  That is not
4   correct.  There is an irreversible inhibitor that has
5   been tried in Europe; specifically, metrifonate.  It was
6   irreversible and it was tried as a cholinesterase inhibitor,
7   irreversibly, it was an irreversible one, to treat
8   Alzheimer's but it failed in phase three.
9          Finally, while we don't disagree that the
10  drug galantamine was known in Europe for the treatment of
11  anesthesia patients, on this point as far as we know from
12  the literature there can be no disagreement.  Prior to 1985,
13  when Dr. Davis filed her application, no one had discovered
14  or said that galantamine could be used for the treatment of
15  Alzheimer's Disease.
16          THE COURT:  All right.
17          MR. PAPPAS:  Thank you, Your Honor.
18          THE COURT:  Thanks.
19          Look, I appreciate everybody coming in today
20  very much.  This is a big help to me to learn about this.
21          Can we go ahead and shut off now?
22          Thanks.  Is the tape and everything off?
23          (Video camera operator nods her head yes.)
24             *    *    *
25          (Sealed by the Court, bound separately.)

58

1                         *    *    *

2                    THE COURT:  Okay.  Is there anything else we

3     ought to address while we're all here together?  From the

4     plaintiffs' side, Mr. Pappas?

5                    MR. PAPPAS:  Nothing from the plaintiffs, Your

6     Honor.  You have our notebook and our CD -- or our DVD, I

7     think is the correct term.

8                    THE COURT:  Yes.  Thank you very much.

9                    Mr. Donovan?

10                    MR. DONOVAN:  Nothing on behalf of the

11    defendants, Your Honor.

12                    THE COURT:  Okay.  I thank you for your time

13    today and attendance.

14                    (Tutorial Hearing ends at 10:49 a.m.)

15

16

17

18

19

20

21

22

23

24

25