IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., and SICOR PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 05-336-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 13, 2006, copies of Sicor's First Set of Interrogatories to Item Development AB were caused to be served upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & E-MAIL**

John Scheibeler, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

**BY HAND DELIVERY, FEDERAL EXPRESS, & E-MAIL**

Paul M. Lukoff, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 16, 2006, upon the following counsel of record in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Paul M. Lukoff, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

**BY FEDERAL EXPRESS**

John Scheibeler, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
D. Fon Muttamara-Walker (#4646)
Monté T. Squire (#4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6670

*Attorneys for Defendants*

OF COUNSEL:
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: March 16, 2006