IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC and<br>ASTELLAS PHARMA US, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 05-336 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Sarah J. Chickos, Esquire of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. in this matter.

Dated: March 22, 2006

          */s/ Richard K. Herrmann*
          Richard K. Herrmann (#405)
          MORRIS JAMES HITCHENS & WILLIAMS LLP
          222 Delaware Avenue, 10th Floor
          Wilmington, Delaware 19801
          302.888.6800
          rherrmann@morrisjames.com
          Attorneys for Plaintiffs Astellas US LLC
          and Astellas Pharma US, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____

          _____
          The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the Bars of the District of Columbia and the State of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: March 21, 2006

Signed: _Sarah J. Chickos_
Sarah J. Chickos, Esq.
Finnegan, Henderson, Farabow, Garrett
 & Dunner, LLP
901 New York Ave, NW
Washington, DC 20001-4413
(202) 408-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul M. Lukoff
David E. Brand
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 22nd day of March, 2006, the foregoing document was served via email on the following non-registered participants:

John Scheibeler
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
jscheibeler@whitecase.com

David M. Hashmall, P.C.
Annemarie Hassett
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
dhashmall@goodwinproctor.com
ahassett@goodwinproctor.com

_____/s/ Richard K. Herrmann_____
Richard K. Herrmann (#405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
Attorneys for Plaintiffs Astellas US LLC
and Astellas Pharma US, Inc.