**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br>        Plaintiffs, <br><br>    v. <br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 05-0336-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 23rd day of March, 2006, copies of the following document, **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6),** were served on counsel as indicated:

| **VIA EMAIL AND VIA HAND DELIVERY** | **VIA EMAIL AND FIRST CLASS MAIL** |
|---|---|
| Josy W. Ingersoll <br> John W. Shaw <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br><br> Paul M. Lukoff <br> David E. Brand <br> Prickett, Jones & Elliott, P.A. <br> 1310 King Street <br> Wilmington, DE 19801 | Annemarie Hassett <br> Goodwin Proctor LLP <br> 599 Lexington Avenue <br> New York, NY 10022 <br><br> John Scheibeler <br> White & Case, LLP <br> 1155 Avenue of the Americas <br> New York, NY 10036 <br> jscheibeler@whitecase.com |

Dated: March 23, 2006

        */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 23rd day of March, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Goodwin Proctor LLP |
| 1155 Avenue of the Americas | 599 Lexington Avenue |
| New York, NY 10036 | New York, NY 10022 |
| jscheibeler@whitecase.com | ahassett@goodwinproctor.com |

　　　　　　　　　　　　　　　　　　　　　*/s/ Mary B. Matterer*
　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　	　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　ASTELLAS US LLC and
　　　　　　　　　　　　　　　　　　　ASTELLAS PHARMA US, INC.