**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No.: 05-0336-SLR ) ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 27th day of March, 2006, copies of the following document, **PLAINTIFFS' JOINT STATEMENT REGARDING CLAIM TERMS REQUIRING CONSTRUCTION,** were served on counsel as indicated:

<u>VIA EMAIL AND VIA HAND DELIVERY</u>

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Paul M. Lukoff
David E. Brand
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

Annemarie Hassett
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

John Scheibeler
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
jscheibeler@whitecase.com

Dated: March 27, 2006

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 27th day of March, 2006, the foregoing document was served via email and via first class mail on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Goodwin Proctor LLP |
| 1155 Avenue of the Americas | 599 Lexington Avenue |
| New York, NY 10036 | New York, NY 10022 |
| jscheibeler@whitecase.com | ahassett@goodwinproctor.com |

      */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.