IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>          Plaintiffs,<br><br>    v.<br><br>SICOR INC., and SICOR PHARMACEUTICALS, INC.,<br><br>          Defendants. | Civil Action No. 05-336-SLR |

### NOTICE OF DEPOSITION OF MR. JERRY OLSZEWSKI

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1), Fed. R. Civ. P., Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor"), by and through their counsel, shall take the deposition of Mr. Jerry Olszewski, a current employee of Astellas Pharma US, Inc.

The deposition will begin at 9:00 a.m. on Tuesday, April 4th, at the Crowne Plaza Chicago Silversmith Hotel, located at 10 South Wabash Avenue, Chicago, Illinois. The deposition will be conducted before a notary public or other officer authorized to administer oaths.

The deposition will be recorded stenographically and by video.

You are invited to attend and cross-examine.


/s/ *[signature]*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc.*

Of Counsel:
David M. Hashmall, P.C. (admitted *pro hac vice*)
Annemarie Hassett (admitted *pro hac vice*)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on March 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul M. Lukoff, Esquire
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

I further certify that on March 28, 2006, I caused copies of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

Charles E. Lipsey, Esquire
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Defendants*