IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-336 SLR |
| v. | ) ) | |
| SICOR INC., and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**Statement Pursuant to Local Rule 7.1.1**

Pursuant to Local Rule 7.1.1 of this Court, Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") hereby state that counsel for Sicor attempted to reach agreement with counsel for Item Development AB, Astellas US LLC, and Astellas Pharma US LLC (collectively "plaintiffs") on the matters set forth in Sicor's Motion for Leave to Amend its Answer by circulating an email request on March 30, 2006. Plaintiffs responded to Sicor's counsel that plaintiffs oppose the proposed clarifying amendments.