IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-336 SLR |
| v. | ) ) | |
| SICOR INC., and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") Motion For Leave To Amend Its Answer pursuant to Rule 15(a) be GRANTED.

_____
United States District Judge