IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. )<br><br>Plaintiffs, )<br><br>v. )<br><br>SICOR INC., and<br>SICOR PHARMACEUTICALS, INC. )<br><br>Defendants. ) | Civil Action No. 05-336-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 31, 2006, copies of Defendants' Second Supplemental Preliminary Non-Infringement Contentions Regarding U.S. Patent No. 5,731,296, attached hereto as Exhibit A, were caused to be served upon the following counsel of record in the manner indicated below:

**BY CM/ECF & HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE  19899-2306

Paul M. Lukoff, Esquire
Prickett Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19801

**BY E-MAIL & FEDERAL EXPRESS**

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
11955 Freedom Drive
Reston, VA 20190-5675

John Scheibeler, Esquire
White & Case LLP
1155 Avenue of the Avenues
New York, NY 10036

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 31, 2006, upon the following counsel of record in the manner indicated:

**BY CM/ECF**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Paul M. Lukoff, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY E-MAIL**

Susan H. Griffen, Esquire
Finnegan Henderson Farabow
  Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow
  Garrett & Dunner LLP
11955 Freedom Drive
Reston, VA 20190-5675

John Scheibeler, Esquire
White & Case LLP
1155 Avenue of the Avenues
New York, NY 10036

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Montè T. Squire*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
D. Fon Muttamara-Walker (#4646)
Monté T. Squire (#4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6670

*Attorneys for Defendants*

OF COUNSEL:
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
 (212) 813-8800