IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-336 SLR |

### NOTICE OF DEPOSITION OF MR. J. GEORGE SARMIENTO

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1), Fed. R. Civ. P., Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor"), by and through their counsel, shall take the deposition of Mr. J. George Sarmiento, a current employee of Astellas.

The deposition will begin at 9:00 a.m. on Wednesday, April 12th, at the Crowne Plaza Chicago Silversmith Hotel, located at 10 South Wabash Avenue, Chicago, Illinois. The deposition will be conducted before a notary public or other officer authorized to administer oaths.

The deposition will be recorded stenographically and by video.

You are invited to attend and cross-examine.

Dated: April 3, 2006

/s/ *[signature]*
_____
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Of Counsel:
David M. Hashmall, P.C. (admitted *pro hac vice*)
Annemarie Hassett (admitted *pro hac vice*)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

*Attorneys for Defendants Sicor Inc.*
*and Sicor Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on April 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Paul M. Lukoff, Esquire | Richard K. Herrmann, Esquire |
| Prickett Jones & Elliot, P.A. | Morris James Hitchens & Williams |
| 1310 King Street | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1328 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899-2306 |

I further certify that on April 3, 2006, I caused copies of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following in the manner indicated:

**BY E-MAIL & FEDERAL EXPRESS**

| | |
|---|---|
| Charles E. Lipsey, Esquire | Susan H. Griffen, Esquire |
| FINNEGAN, HENDERSON, FARABOW, | FINNEGAN, HENDERSON, FARABOW, |
|   GARRETT & DUNNER, LLP |   GARRETT & DUNNER, LLP |
| Two Freedom Square | 901 New York Avenue, N.W. |
| 11955 Freedom Drive | Washington, DC 20001-4413 |
| Reston, VA 20190-5675 | |

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendants*