IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 05-0336-SLR |

**NOTICE OF DEPOSITION OF ROSALIE LOWE
PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US, LLC and Astellas Pharma US, Inc. shall take the deposition of Rosalie Lowe.

The deposition shall take place at 1:00 PM on April 20, 2006 at the offices of Jones Day, 3 Park Plaza, Suite 1100, Irvine, California 92614-8505. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

Dated: April 14, 2006                     /s/ Richard K. Herrmann
                                          Richard K. Herrmann #405
                                          Mary B. Matterer #2696
                                          MORRIS, JAMES, HITCHENS &
                                            WILLIAMS LLP
                                          222 Delaware Avenue, 10th Floor
                                          Wilmington, DE  19899
                                          (302) 888-6800
                                          mmatterer@morrisjames.com

                                          Susan H. Griffen
                                          David P. Frazier
                                          FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP
                                          901 New York Avenue
                                          Washington, D.C.  20001-4413
                                          (202) 408-4000

                                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF ROSALIE LOWE PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 14th day of April, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Melanie Rupert |
| 1155 Avenue of the Americas | Goodwin Proctor LLP |
| New York, NY 10036 | 599 Lexington Avenue |
| jscheibeler@whitecase.com | New York, NY 10022 |
| | ahassett@goodwinproctor.com |

  */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Plaintiffs*