IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, <br> ASTELLAS US LLC, and <br> ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and <br> SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 05-0336-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that Item's Responses and Objections to Defendants' First Set of Interrogatories to Item Development AB were served on April 19, 2006 as noted below:

**VIA EMAIL**

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899
jingersoll@ycst.com

**VIA EMAIL**

Richard J. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com

**VIA EMAIL**

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
charles.lipsey@finnegan.com

**VIA EMAIL**

Susan H. Griffin, Esquire
Finnegan, Henderson, Farabow
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
susan.griffin@finnegan.com

**VIA EMAIL**

David M. Hashmall, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
dhashmall@goodwinprocter.com

                                        PRICKETT, JONES & ELLIOTT, P.A.

                                 BY: _/s/ David E. Brand_____
                                        PAUL M. LUKOFF (I.D. No. 96)
                                        DAVID E. BRAND (I.D. No. 201)
                                        1310 King Street
                                        P. O. Box 1328
                                        Wilmington, DE 19899
                                        (302) 888.6500
                                        pmlukoff@prickett.com
                                        debrand@prickett.com
                                        Attorneys for Co-Plaintiff,
                                        Item Development AB

DATE: APRIL 19, 2006