**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>          Plaintiffs,<br>   v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-0336-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of the following document, **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO ASTELLAS US LLC AND ASTELLAS PHARMA US, INC.,** were served on counsel as indicated:

| **VIA EMAIL ON 4/19/2006 AND**<br>**VIA HAND DELIVERY ON 4/20/2006** | **VIA EMAIL 4/19/2006 AND**<br>**VIA FIRST CLASS MAIL ON 4/20/2006** |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br><br>Paul M. Lukoff<br>David E. Brand<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19801 | Annemarie Hassett<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>John Scheibeler<br>White & Case, LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>jscheibeler@whitecase.com |

|  |  |
|---|---|
| Dated: April 19, 2006 | /s/ Richard K. Herrmann |
|  | Richard K. Herrmann (#405) |
|  | Mary B. Matterer (#2696) |
|  | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|  | 222 Delaware Avenue, 10th Floor |
|  | Wilmington, Delaware 19801 |
|  | (302) 888-6800 |
|  | rherrmann@morrisjames.com |
|  | mmatterer@morrisjames.com |
|  |  |
|  | Attorneys for Plaintiffs |
|  | ASTELLAS US LLC and |
|  | ASTELLAS PHARMA US, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 19th day of April, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Goodwin Procter LLP |
| 1155 Avenue of the Americas | 599 Lexington Avenue |
| New York, NY 10036 | New York, NY 10022 |
| jscheibeler@whitecase.com | ahassett@goodwinprocter.com |

  */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.