IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | ) | |
| | ) | Civil Action No. 05-336 SLR |
| Plaintiffs, | ) | |
| v. | ) | |
| SICOR INC. AND SICOR PHARMACEUTICALS, INC., | ) | |
| Defendants. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS plaintiffs Item Development AB, Astellas US LLC and Astellas Pharma US, Inc. (collectively "Plaintiffs") and defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Defendants") collectively seek and jointly request to extend the discovery deadlines set forth below; and

WHEREAS, in order to facilitate the just, speedy, and inexpensive determination of the litigation, the parties have agreed to extend certain dates that impact discovery between the parties but that do not impact the Court's schedule for claim construction or any other dates or deadlines set by the Court.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. The deadline by which Plaintiffs and Defendants shall exchange expert reports on issues for which the parties have the burdens of proof is extended through and including May 26, 2006.

2. The deadline by which Plaintiffs and Defendants shall exchange rebuttal expert reports is extended through and including June 23, 2006.

3. The deadline by which Plaintiffs and Defendants shall conclude expert discovery is extended through and including August 18, 2006.

4. The deadline by which Plaintiffs and Defendants shall respond to interrogatories and requests for admissions is extended through and including April 28, 2006.

5. The deadline by which Plaintiffs shall produce Final Infringement Contentions is extended through and including May 2, 2006.

6. The deadline by which Defendants shall produce Final Invalidity and Non-Infringement Contentions is extended through and including May 5, 2006.

7. The deadline by which Plaintiffs shall produce Final Validity Contentions is extended through and including May 12, 2006.

MORRIS JAMES HITCHENS & WILLIAMS

/s/ Richard K. Herrmann
Richard K. Herrmann (No. 405)
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302)-888-6816
rherrmann@morrisjames.com
*Attorneys for Astellas US LLC and Astellas Pharma US, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Monté T. Squire
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
msquire@ycst.com
*Attorneys for Sicor, Inc. and Sicor Pharmaceuticals, Inc.*

PRICKETT JONES & ELLIOTT, P.A.

_/s/ David E. Brand____________________
Paul M. Lukoff, (No. 96)
David E. Brand (No. 201)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
Telephone: (302)-888-6520
pmlukoff@prickett.com
*Attorneys for Item Development AB*

SO ORDERED this ________ day of _______, 2006.

_________________________________________
United States District Judge