IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., SICOR PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 05-336-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 28, 2006 copies of Sicor's Responses to Astellas's Requests for Admission (Nos. 1-9) and Interrogatories (Nos. 1-21) were caused to be served upon the following counsel of record in the manner indicated:

### BY HAND

Paul M. Lukoff, Esquire
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

### BY FEDERAL EXPRESS

Charles E. Lipsey, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

          YOUNG CONAWAY STARGATT
           & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc.*

Of Counsel:

David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: May 1, 2006

2

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on May 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Paul M. Lukoff, Esquire | Richard K. Herrmann, Esquire |
| Prickett Jones & Elliot, P.A. | Morris James Hitchens & Williams |
| 1310 King Street | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1328 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899-2306 |

I further certify that on May 1, 2006, I caused copies of the foregoing document to be served on the following in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Charles E. Lipsey, Esquire | Susan H. Griffen, Esquire |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| Two Freedom Square | 901 New York Avenue, N.W. |
| 11955 Freedom Drive | Washington, DC 20001-4413 |
| Reston, VA 20190-5675 | |

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendants*