**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br>　　　　Plaintiffs, <br>　　v. <br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) Civil Action No.: 05-0336-SLR ) ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 2nd day of May, 2006, copies of the following document, **PLAINTIFFS' FINAL INFRINGEMENT CONTENTIONS REGARDING U.S. PATENT NO. 5,731,296,** were served on counsel as indicated:

| VIA EMAIL AND VIA HAND DELIVERY | VIA EMAIL AND FEDEX |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br><br>Paul M. Lukoff<br>David E. Brand<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19801 | Annemarie Hassett<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022<br><br>John Scheibeler<br>White & Case, LLP<br>1155 Avenue of the Americas<br>New York, NY  10036<br>jscheibeler@whitecase.com |

Dated: May 2, 2006

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of May, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE  19801 |

Additionally, I hereby certify that on the 2nd day of May, 2006, the foregoing document was served via email and via FedEx on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Goodwin Procter LLP |
| 1155 Avenue of the Americas | 599 Lexington Avenue |
| New York, NY  10036 | New York, NY  10022 |
| 212.819.8830 | 212.813.8800 |
| jscheibeler@whitecase.com | ahassett@goodwinprocter.com |

　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann
　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　ASTELLAS US LLC and
　　　　　　　　　　　　　　ASTELLAS PHARMA US, INC.