### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No.: 05-0336-SLR |

### NOTICE OF DEPOSITION OF MICHAEL BURTON
### PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US, LLC and Astellas Pharma US, Inc. shall take the deposition of Michael Burton.

The deposition shall take place at 8:00 AM on May 5, 2006 at the offices of Jones Day, 3 Park Plaza, Suite 1100, Irvine, California 92614-8505. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

Dated: May 3, 2006                    /s/ Richard K. Herrmann
                                      Richard K. Herrmann #405
                                      Mary B. Matterer #2696
                                      MORRIS, JAMES, HITCHENS &
                                        WILLIAMS LLP
                                      222 Delaware Avenue, 10th Floor
                                      Wilmington, DE 19899
                                      (302) 888-6800
                                      mmatterer@morrisjames.com

                                      Susan H. Griffen
                                      David P. Frazier
                                      FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, LLP
                                      901 New York Avenue
                                      Washington, D.C. 20001-4413
                                      (202) 408-4000

                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF MICHAEL BURTON PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE  19801 |

Additionally, I hereby certify that on the 3rd day of May, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Melanie Rupert |
| 1155 Avenue of the Americas | Goodwin Proctor LLP |
| New York, NY  10036 | 599 Lexington Avenue |
| jscheibeler@whitecase.com | New York, NY  10022 |
| | ahassett@goodwinproctor.com |

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Plaintiffs*