IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., SICOR PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 05-336-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 5, 2006 copies of 1) Defendants' Final Invalidity Contentions Regarding U.S. Patent No. 5,731,296, and 2) Defendants' Final Non-Infringement Contentions Regarding U.S. Patent No. 5,731,296 were caused to be served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Paul M. Lukoff, Esquire
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**BY E-MAIL AND FEDERAL EXPRESS**

Charles E. Lipsey, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

          YOUNG CONAWAY STARGATT
            & TAYLOR, LLP

          /s/ Monté T. Squire
          _____
          Josy W. Ingersoll (No. 1088)
          John W. Shaw (No. 3362)
          Monté T. Squire (No. 4764)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE 19801
          (302) 571-6600
          msquire@ycst.com

          *Attorneys for Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc.*

Of Counsel:

David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: May 5, 2006

2

DB01:2088030.1                058956.1016

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on May 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Paul M. Lukoff, Esquire | Richard K. Herrmann, Esquire |
| Prickett Jones & Elliot, P.A. | Morris James Hitchens & Williams |
| 1310 King Street | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1328 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899-2306 |

I further certify that on May 5, 2006, I caused copies of the foregoing document to be served by hand delivery on the above-listed counsel and on the following in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Charles E. Lipsey, Esquire | Susan H. Griffen, Esquire |
| FINNEGAN, HENDERSON, FARABOW, | FINNEGAN, HENDERSON, FARABOW, |
|   GARRETT & DUNNER, LLP |   GARRETT & DUNNER, LLP |
| Two Freedom Square | 901 New York Avenue, N.W. |
| 11955 Freedom Drive | Washington, DC 20001-4413 |
| Reston, VA 20190-5675 | |

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Monté T. Squire
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendants*