IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-336-SLR |
| SICOR, INC. and SICOR PHARMACEUTICALS, INC., | : : : | |
| Defendants. | : : | |
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-337-SLR |
| SICOR, INC. and SICOR PHARMACEUTICALS, INC., | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **9th** day of **May, 2006,**

IT IS ORDERED that the mediation conference scheduled for Thursday, May 25, 2006 at 9:00 a.m. has been rescheduled for **Tuesday, December 5, 2006 at 9:00 a.m.** Submissions of the parties shall now be due on or before **Friday, November 17, 2006.** All other provisions of the Court's December 15, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE