**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC, and<br>ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR, INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No.: 05-0336-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 12th day of May 2006, copies of **PLAINTIFFS' FINAL VALIDITY CONTENTIONS REGARDING U.S. PATENT NO. 5,731,296**, were served on counsel as indicated:

**<u>VIA EMAIL AND HAND DELIVERY</u>**

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*jingersoll@ycst.com*
*jshaw@ycst.com*

Paul M. Lukoff
David E. Brand
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6500
*pmlukoff@prickett.com*
*debrand@prickett.com*

**<u>VIA EMAIL AND FEDEX OVERNIGHT</u>**

Annemarie Hassett
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800
*ahassett@goodwinproctor.com*

John Scheibeler
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
*jscheibeler@whitecase.com*

Dated: May 12, 2006

*/s/ Mary B. Matterer*

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
*rherrmann@morrisjames.com*
*mmatterer@morrisjames.com*

OF COUNSEL:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C. 20001-4413
(202) 408-4000

**Attorneys for Plaintiffs**
**ASTELLAS US LLC and**
**ASTELLAS PHARMA US, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May, 2006, I electronically filed the foregoing **NOTICE OF SERVICE of PLAINTIFFS' FINAL VALIDITY CONTENTIONS REGARDING U.S. PATENT NO. 5,731,296** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul M. Lukoff
David E. Brand
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
*pmlukoff@prickett.com*
*debrand@prickett.com*

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*jingersoll@ycst.com*
*jshaw@ycst.com*

Additionally, I hereby certify that on the 12th day of May, 2006, the foregoing document was served via email and Federal Express overnight delivery on the following non-registered participants:

John Scheibeler
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
*jscheibeler@whitecase.com*

Annemarie Hassett
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
*ahassett@goodwinproctor.com*

Dated: May 12, 2006

*/s/ Mary B. Matterer*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
*rherrmann@morrisjames.com*
*mmatterer@morrisjames.com*

**Attorneys for Plaintiffs ASTELLAS US LLC and ASTELLAS PHARMA US, INC.**