IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-336-SLR |
| SICOR INC., and SICOR PHARMACEUTICALS, INC. | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Sicor Inc. and Sicor Pharmaceuticals, Inc., hereby

certify that copies of (1) Expert Report of Philip F. Binkley, M.D., M.P.H., and (2) Expert

Report of Dr. Keith B. Leffler were caused to be served on June 9, 2006 by electronic mail and

Federal Express to the counsel listed below:

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE  19899-2306

Paul M. Lukoff, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

> Susan H. Griffen, Esquire
> Finnegan Henderson Farabow Garrett & Dunner LLP
> 901 New York Avenue, N.W.
> Washington, DC  20001-4413
>
> John Scheibeler, Esquire
> White & Case LLP
> 1155 Avenue of the Americas
> New York, NY  10036

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on June 12, 2006 upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING & HAND DELIVERY

> Richard K. Herrmann, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Fl.
> P.O. Box 2306
> Wilmington, DE  19899-2306
>
> Paul M. Lukoff, Esquire
> Prickett Jones & Elliott, P.A.
> 1310 King Street
> P.O. Box 1328
> Wilmington, DE  19899

### BY FEDERAL EXPRESS

> Susan H. Griffen, Esquire
> Finnegan Henderson Farabow Garrett & Dunner LLP
> 901 New York Avenue, N.W.
> Washington, DC  20001-4413
>
> John Scheibeler, Esquire
> White & Case LLP
> 1155 Avenue of the Americas
> New York, NY  10036

DB01:1912115.1                                                            058956.1016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Karen E Keller_

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com

Attorneys for Sicor Inc. and
Sicor Pharmaceuticals, Inc.

OF COUNSEL
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: June 12, 2006

3