IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)  Civil Action No.  05-336 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS plaintiffs Item Development AB, Astellas US LLC and Astellas Pharma US, Inc. (collectively "Plaintiffs") and defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Defendants") collectively seek and jointly request to extend the discovery deadlines set forth below, and

WHEREAS, in order to facilitate the just, speedy, and inexpensive determination of the litigation. the parties have agreed to extend certain dates that impact discovery between the parties but that do not impact the Court's schedule for claim construction or any other dates or deadlines set by the Court.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1.  The deadline by which Plaintiffs shall serve their expert reports concerning validity and Defendants shall serve their expert report concerning noninfringement is extended through and including July 20, 2006.

2.  The deadline by which Defendants shall serve their rebuttal expert report(s) on

secondary indicia is extended through and including August 25, 2006.

3. The deadline by which Plaintiffs and Defendants shall conclude expert discovery is extended through and including October 20, 2006.


   */s/ Richard K. Herrmann*  
Richard K. Herrmann #405  
Mary B. Matterer # 2696  
MORRIS JAMES HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19801  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com  
*Attorneys for Plaintiffs*  
*Astellas US LLC and*  
*Astellas Pharma US, Inc.*

   */s/ Karen Keller*  
Josy W. Ingersoll #1088  
John W. Shaw #3362  
Karen E. Keller #4489  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
The Brandywine Building  
1000 West Street  
Wilmington, DE 19801  
(302) 571-6672  
jingersoll@ycst.com  
jshaw@ycst.com  
*Attorneys for Defendants*  
*Sicor Inc. and*  
*Sicor Pharmaceuticals, Inc.*


   */s/ David E. Brand*  
Paul M Lukoff #96  
David E. Brand #201  
PRICKETT JONES & ELLIOTT, P.A.  
1310 King Street  
Wilmington, DE 19801  
(302) 888-6520  
pmlukoff@prickett.com  
debrand@prickett.com  
*Attorneys for Plaintiff*  
*Item Development AB*


           **SO ORDERED** this _____ day of July, 2006.

                                                _____  
                                                The Honorable Sue L. Robinson