IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC and<br>ASTELLAS PHARMA US, INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:  05-0336-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT PROPOSED CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Rule 16 Scheduling Order in this matter, the parties hereby submit the following claim chart to present their respective, proposed constructions of disputed claim terms of the patent in suit, namely, U.S. Patent No. 5,731,296 ("the '296 patent").

Defendants, Sicor Inc. and Sicor Pharmaceuticals Inc., object to Plaintiffs' proffer of any proposed constructions because, as will be discussed in more detail in Defendants' claim construction brief, Plaintiffs' proposed constructions were not timely disclosed to Defendants pursuant to Paragraph 5 of the October 12, 2005 Scheduling Order in this case.

Plaintiffs disagree that there was untimely disclosure and continue to contend that the terms for which Sicor seeks a construction should be construed according to their ordinary meaning.

<u>Item Development AB, et al. v. Sicor Inc. and Sicor Pharmaceuticals, Inc.,</u> C.A. No. 05-336-SLR

**Proposed Constructions of Disputed Claim Terms in the '296 Patent**

| U.S. Patent No. 5,731,296 | Item and Astellas' Proposed Construction of Disputed Terms | Sicor's Proposed Construction of Disputed Terms |
|---|---|---|
| "Method of selectively vasodilating the arteries . . . without inducing significant venous dilation"<br><br>"Selectively vasodilating the arteries"<br><br>"Without inducing significant venous dilation"<br><br>(claims 1, 3, and 7) | "Method of selectively vasodilating the arteries . . . without inducing significant venous dilation"<br><br>The claim term "Method of selectively vasodilating the arteries . . . without inducing significant venous dilation" must be read as a single phrase and given its ordinary meaning.<br><br>Accordingly, the phrase refers to a method of causing vasodilation characterized by selective action on arteries without inducing "significant" (i.e., an "important, weighty, or notable" amount of) vasodilation of veins.<br><br>*See e.g.* **"Selective"**--of, relating to, or characterized by selection; selecting or tending to select  < buyers of retail stores have become more and more ~ - Glen Fowler> <some dyes were highly ~ in their action  - S. F. Mason> < monetary controls may be either general or ~ - Jules Backman> < an exceptionally quick and ~ reader - John Mason Brown>. *Webster's Third New International Dictionary of the* | "Selectively vasodilating the arteries"<br>In view of the specification, this phrase is properly construed "as dilating only arteries and not veins." *See* '296 Patent, Col. 2, lines 39-42.<br><br><br>"Without inducing significant venous dilation"<br>This phrase is properly construed as "the veins are not dilated to any extent that is detectable by conventional means." |

1

| U.S. Patent No. 5,731,296 | Item and Astellas' Proposed Construction of Disputed Terms | Sicor's Proposed Construction of Disputed Terms |
|---|---|---|
| | *English Language Unabridged, Volume III, S to Z* 2058 (Encyclopedia Britannica, Inc. 1981) (1961).<br><br>*See also* **"Significant"**--having or likely to have influence or effect: deserving to be considered: important, WEIGHTY, NOTABLE < even though the individual results may seem small, the total of them is ~ - F. D. Roosevelt>. *Webster's Third New International Dictionary of the English Language Unabridged, Volume III, S to Z* 2116 (Encyclopedia Britannica, Inc. 1981) (1961). | |

2

| U.S. Patent No. 5,731,296 | Item and Astellas' Proposed Construction of Disputed Terms | Sicor's Proposed Construction of Disputed Terms |
|---|---|---|
| **"Inducing a reduced afterload . . . without reducing the preload"**<br><br>**"Inducing a reduced afterload"**<br><br>**"Without reducing the preload"**<br><br>(claim 9) | **"Inducing a reduced afterload . . . without reducing the preload"**<br><br>The phrase "inducing a reduced afterload . . . without reducing the preload" must be read as a single phrase and given its ordinary meaning.<br><br>Accordingly, the claim refers to a method of causing vasodilation of the arteries with little or no effect as a dilator of veins. '296 Patent, Col. 2, lines 39-42. | **"Inducing a reduced afterload"**<br>The phrase "inducing a reduced afterload" is recited in asserted claim 9 of the '296 patent. In view of the specification, this phrase is properly construed as equivalent to the phrase "activity of adenosine is limited to dilation of arteries." *See* '296 Patent, Col. 2, lines 39-42.<br><br>**"Without reducing the preload"**<br>The phrase "without reducing the preload" is recited in asserted claim 9 of the '296 patent. In view of the specification, this phrase is properly construed as equivalent to the phrase "adenosine has little or no effect as a dilator of veins." *See* '296 Patent, Col. 2, lines 39-42. |

3

| | |
|---|---|
|    */s/ Richard K. Herrmann* |    */s/ Monté T. Squire* |

Richard K. Herrmann #405  
MORRIS JAMES HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19801  
(302) 888-6800  
rherrmann@morrisjames.com  

Susan H. Griffen  
David P. Frazier  
FINNEGAN, HENDERSON, FARABOW,  
  GARRETT & DUNNER, LLP  
901 New York Avenue  
Washington, D.C. 20001-4413  
(202) 408-4000  

*Attorneys for Plaintiffs*  
*Astellas US LLC and*  
*Astellas Pharma US, Inc.*  

Josy W. Ingersoll #1088  
John W. Shaw #3362  
Monté T. Squire #4764  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
The Brandywine Building  
1000 West Street  
Wilmington, DE 19801  
(302) 571-6672  
msquire@ycst.com  

David M. Hashmall, P.C.  
Annemarie Hassett  
GOODWIN PROCTER LLP  
599 Lexington Avenue  
New York, NY 10022  
(212) 813-8800  

*Attorneys for Defendants*  
*Sicor Inc. and*  
*Sicor Pharmaceuticals, Inc.*  


   */s/ David E. Brand*  

Paul M Lukoff #96  
David E. Brand #201  
PRICKETT JONES & ELLIOTT, P.A.  
1310 King Street  
Wilmington, DE 19801  
(302) 888-6520  
pmlukoff@prickett.com  
debrand@prickett.com  

John Scheibeler  
WHITE & CASE LLP  
1155 Avenue of the Americas  
New York, NY 10036  
(212) 819-8200  

*Attorneys for Plaintiff*  
*Item Development AB*