**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) Civil Action No. 05-336 SLR ) ) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the deadline for the parties to file their opening claim construction briefs is extended by one business day to August 21, 2006.


  /s/ Richard K. Herrmann                           /s/ Karen E. Keller
Richard K. Herrmann #405                         Josy W. Ingersoll #1088
Mary B. Matterer # 2696                          John W. Shaw #3362
MORRIS JAMES HITCHENS & WILLIAMS LLP             Karen E. Keller #4489
222 Delaware Avenue, 10th Floor                  YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, DE 19801                             The Brandywine Building
(302) 888-6800                                   1000 West Street
rherrmann@morrisjames.com                        Wilmington, DE 19801
mmatterer@morrisjames.com                        (302) 571-6672
*Attorneys for Plaintiffs*                       jingersoll@ycst.com
*Astellas US LLC and*                            jshaw@ycst.com
*Astellas Pharma US, Inc.*                       kkeller@ycst.com
                                                 *Attorneys for Defendants*
                                                 *Sicor Inc. and*
                                                 *Sicor Pharmaceuticals, Inc.*

   */s/ David E. Brand*
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*

          **SO ORDERED** this _____ day of August, 2006.

                                                      The Honorable Sue L. Robinson