## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-336 SLR |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the following deadlines shall be extended as indicated:

(1) Defendants' rebuttal expert reports on secondary indicia shall be served on September 1, 2006;

(2) Simultaneous opening claim construction briefs shall be filed on August 23, 2006.

|  |  |
|---|---|
|   */s/ Richard K. Herrmann*<br>Richard K. Herrmann #405<br>Mary B. Matterer # 2696<br>MORRIS JAMES HITCHENS & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>*Attorneys for Plaintiffs*<br>*Astellas US LLC and*<br>*Astellas Pharma US, Inc.* |   */s/ Karen E. Keller*<br>Josy W. Ingersoll #1088<br>John W. Shaw #3362<br>Karen E. Keller #4489<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 571-6672<br>jingersoll@ycst.com<br>jshaw@ycst.com<br>kkeller@ycst.com<br>*Attorneys for Defendants*<br>*Sicor Inc. and*<br>*Sicor Pharmaceuticals, Inc.* |

  */s/ David E. Brand*
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*


          **SO ORDERED** this _____ day of August, 2006.

                                                        _____
                                                        The Honorable Sue L. Robinson