# SEALED DOCUMENT