# EXHIBIT A



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**October 21, 2005**

**THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:**

**U.S. PATENT:** *5,731,296*
**ISSUE DATE:** *March 24, 1998*

By Authority of the

**Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office**

**E. BORNETT**

**Certifying Officer**

AST0055552



US005731296A

# United States Patent [19]

## Sollevi

[11] **Patent Number:** 5,731,296

[45] **Date of Patent:** Mar. 24, 1998

[54] **SELECTIVE VASODILATION BY CONTINUOUS ADENOSINE INFUSION**

[75] Inventor: **Alf Sollevi**, Bromma, Sweden

[73] Assignee: **Item Development AB**, Stocksund, Sweden

[21] Appl. No.: **31,666**

[22] Filed: **Mar. 15, 1993**

### Related U.S. Application Data

[62] Division of Ser. No. 821,395, Jan. 14, 1992, Pat. No. 5,231,086, which is a continuation of Ser. No. 630,413, Dec. 19, 1990, Pat. No. 5,104,859, which is a continuation of Ser. No. 138,306, Dec. 28, 1987, abandoned, which is a continuation-in-part of Ser. No. 30,245, Mar. 24, 1987, abandoned, which is a continuation-in-part of Ser. No. 779,516, Sep. 24, 1985, abandoned.

[51] Int. Cl.[6] ............................................. A61K 31/70
[52] U.S. Cl. .......................... 536/46; 514/47; 536/27.6
[58] Field of Search ............................................ 514/46

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,364,922 | 12/1982 | Berne et al. | 424/9 |
| 4,673,563 | 6/1987 | Berne et al. | 424/9 |
| 5,070,877 | 12/1991 | Mohiuddin et al. | 128/653.4 |
| 5,104,859 | 4/1992 | Sollevi | 514/46 |
| 5,231,086 | 7/1993 | Sollevi | 514/46 |

#### OTHER PUBLICATIONS

Sollevi et al., "Cardiovascular Effects of Adenosine in Man," *Acta Physiologica Scandinavica*, 120(2), p. 11A, Abstract C16 (Feb. 1984).

Sollevi et al., "Cardiovascular Effects of Adenosine During Controlled Hypotension in Cerebral Aneurysm Surgery," *Anesthesiology(Circulation II)*, 59(3), p. A9 (Sep. 1983).

Sollevi et al., "Relationship between Arterial and Venous Adenosine Levels and Vasodilation During ATP–and Adenosine–Infusion in Dogs," *Acta Physiol. Scand.*, 120, 171–176 (1984).

Olsson et al., "Coronary Vasoactivity of Adenosine in the Conscious Dog," *Circulation Res.*, 45, 468–478 (1979).

Drury et al., "The Physiological Activity of Adenine Compounds with Especial Reference to Their Action Upon the Mammalian Heart," *J. Physiol. (Cambridge)*, 68, 213–237 (1929).

Fukunaga et al. (I), "Hypotensive Effects of Adenosine and Adenosine Triphosphate Compared with Sodium Nitroprusside," *Anesthesia and Analgesia*, 61(3), 273–278 (Mar. 1982).

Fukunaga et al. (II), "ATP–Induced HypotensiveAnesthesia During Surgery," *Anesthesia and Anesthesiology*, 57(3), A65 (1982).

Kassell et al., "Cerebral and Systemic Circulatory Effects of Arterial Hypotension Induced by Adenosine," *J. Neurosurgery*, 58, 69–76 (1983).

Pantely & Bristow, "Adenosine—Renewed Interest in an Old Drug," *Circulation*, 82(5), 1854–1856 (1990); supplied by applicant.

Raymond H. Vaerhaeghe, "Action of Adenosine and Adenine Nucleotides on Dogs' Isolated Veins," *Am. J. Physiol.*, 33(1), H114–H121, 1977.

J.G. De Mey and P.M. Vanhoutte, "Heterogeneous Behavior of the Canine Arterial and Venous Wall," *Circulation Research*, vol. 51, No. 4, Oct. 1982, pp. 439–447.

C.M. Brown and M.G. Collis, "Adenosine A[1] Receptor Inhibition of Nerve Stimulation–Induced Contractions of the Rabbit Portal Vein," *European Journal of Pharmacology*, 93 (1983) 277–282.

Arthur C. Guyton, "Textbook of Medical Physiology," 8th Edition, Ch. 20, pp. 221–223, 1991.

Edlund et al., "Haemodynamic and Metabolic Effects of Infused Adenosine in Man," *Clinical Science*, 79, pp. 131–138, 1990.

Gustafsson et al. (I), "Effect of System Adenosine Infusion on Capillary Flow and Oxygen Pressure Distributions in Skeletal Muscle of the Rabbit," *Int. J. Microcirc. Clin. Exp.* 13: 1–12, 1993.

Sylvén et al., "Flow and Pressure Responses of Coronary Arteries and Veins to Vasodilating Agents," *Can. J. Physiol. Pharmacol.*, vol. 62, pp. 1365–1373, 1984.

*Primary Examiner*—John Kight
*Assistant Examiner*—L. Eric Crane
*Attorney, Agent, or Firm*—White & Case

[57] **ABSTRACT**

This invention is concerned with the use of adenosine as an agent for the treatment of human beings. More particularly, this invention is concerned with the administration of adenosine to human patients by continuous intravenous infusion for, inter alia, control of blood pressure, use as a selective vasodilator, decreasing pulmonary vascular resistance, treating acute pulmonary hypertension in conjunction with idiopathic respiratory distress syndrome, in diagnosing pulmonary hypertension in conjunction with cardiac septum defects, in percutaneous transluminal angioplasty (PTCA), in coronary thrombolysis (CTL) and in radionucleide scintography.

**9 Claims, No Drawings**

AST0055553

5,731,296

1

# SELECTIVE VASODILATION BY CONTINUOUS ADENOSINE INFUSION

This application is a divisional of Ser. No. 07/821,395, filed Jan. 14, 1992, now U.S. Pat. No. 5,231,086, which is a continuation of Ser. No. 07/630,413, filed Dec. 19, 1990, now U.S. Pat. No. 5,104,859, which is a continuation of Ser. No. 138,306, filed Dec. 28, 1987, now abandoned, which is a continuation-in-part of Ser. No. 030,245, filed Mar. 24, 1987, now abandoned, which is a continuation-in-part of Ser. No. 779,516, filed Sep. 24, 1985, now abandoned.

This invention is concerned with the use of adenosine as an agent for the treatment of human beings. More particularly, this invention is concerned with the administration of adenosine to human patients by continuous intravenous infusion for, inter alia., control of blood pressure, use as a selective vasodilator, decreasing pulmonary vascular resistance, treating acute pulmonary hypertension, treating pulmonary hypertension in conjunction with idiopathic respiratory distress syndrome, and in diagnosing pulmonary hypertension in conjunction with cardiac septum defects.

Adenosine is a naturally occurring nucleoside composed of the purine, adenine, and the sugar, D-ribose. Normal basal plasma levels of adenosine are from about 0.1 to about 0.2 μmol per liter. In addition, it is commonly present in the body in the form of adenosine monophosphate (AMP), adenosine diphosphate (ADP) and adenosine triphosphate (ATP). Adenosine has been reported to have a variety of biological effects, depending on whether the adenosine is endogenous or exogenously administered, including sedative and anti-epileptic effects on the central nervous system and inhibitory effects on respiration, cardio-vascular effects, including prolongation of atrio-ventricular conduction time and impulse formation in the sinus node, vasodilation, antiaggregatory effect, decreased release of free fatty acids, anti-secretory effect in the stomach, and anti-diuretic effect.

As a general rule, however, adenosine and its biological effects have been largely of physiological interest. To the extent adenosine was of interest as a pharmaceutical product, that interest has centered primarily on its phosphate derivative, which now is known to be rapidly metabolized to yield adenosine and phosphate in the circulation. See Sollevi et al., Acta. Physiol. Scand. 120:171–6 (1984). However, phosphate may cause undesired side effects. For example, high levels of phosphate may cause arrhythmias secondary to chelation of magnesium and calcium. (See Dedrick, et al., Anesthesiology, 57:3A, 66 (1982)).

Furthermore, adenosine is known to produce heart block through blockage of the atrioventricular (A-V) node. As a consequence, methylxanthines such as theophylline have been proposed by Berne, et al., in U.S. Pat. No. 4,364,922 for use in preventing heart block caused by adenosine, in particular adenosine released as a consequence of cardiac ischemia or hypoxia.

In addition, it has been proposed to take advantage of adenosine's ability to block atrioventricular conductance by using it to treat tachyarrhythmias. For such use, adenosine is administered as an injectable intravenous bolus containing from about 37.5 micrograms/kg up to about 45.0 micrograms/kg of adenosine. In such a use, the adenosine has little detectable vasodilating action. Adenosine has a very short plasma half-life, of the order of 10–20 seconds (see, Fredholm and Sollevi, J. Physiol., 313:351–62 (1981)), and thus the concentration of injected adenosine is rapidly reduced to normal serum levels (about 0.15μ mol per liter). The transitory presence of the injected adenosine precludes all but the most transitory vasodilation.

2

Accordingly, for adenosine to be of practical value for use as a vasodilator, it must be administered continuously to maintain plasma levels sufficiently high to achieve vasodilation. The problem, however, is that such continuous administration could lead to undesired side effects, such as the above-noted heart blockage.

It also should be noted that compounds commonly used as vasodilators, such as sodium nitroprusside, nitroglycerine, isoflurane, hydralazine, prazosin and the like, have various side effects. For example, sodium nitroprusside has the drawbacks of tachyphylaxis and rebound hypertension, apparently caused by autogenous generation of angiotensin to counteract the hypotensive effect of the nitroprusside. As a consequence, the dosage of nitroprusside must be progressively increased with continued use to overcome the hypertensive effect of angiotensin, and there is a risk of rebound due to the presence of residual excess angiotensin. Nitroglycerine and prazosin suffer from the drawbacks of slow onset and unpredictable action. Isoflurane and sodium nitroprusside both have a tendency to reduce cardiac blood flow, while nitroprusside, hydralazine and prazosin increase heart rate.

Accordingly, there remains a need for a vasodilator suitable for administration by continuous intravenous infusion.

The present invention is based upon the discovery that adenosine can be administered to human patients under conditions such that significant vasodilation is achieved without the occurrence of significant heart blockage. It is based on the further discovery that adenosine has a unique, and heretofore unappreciated, activity profile in humans which differs significantly from the profiles of heretofore commonly used vasodilators. As a consequence of this discovery, it has been discovered that adenosine may be employed for the treatment of a variety of conditions by continuous intravenous infusion techniques. In particular, and as will be illustrated in greater detail below, adenosine has been found to have the following characteristics:

1. It has selective vasodilation activity, in that its effect is limited to a cardiac after-load effect. That is, its activity is limited to dilation of arteries and it has little or no effect on cardiac pre-load, i.e. as a dilator of veins.

2. Although adenosine has significant action in blocking atrio-ventricular (A-V) conductance by bolus injection, it can be administered by continuous infusion and have significant useful vasodilating action at dosages below those at which it has significant A-V activity.

3. Adenosine has significant hypotensive activity without the occurrence of significant tachyphylaxis, apparently because adenosine blocks the renin-angiotensin system of the kidney, thus preventing hypertension due to the formation of angiotensin in response to hypotension.

4. Adenosine's effect is readily controlled because it is active at relatively small doses and because of its short plasma half-life (10–20 seconds). In addition, its activity quickly ceases when adenosine administration is terminated.

5. Adenosine is capable of significantly increasing cardiac output without significantly increasing cardiac work.

6. Adenosine, in the amounts used in accordance with the invention, is essentially non-toxic. It is rapidly taken up by the body to form ATP, and upon degradation its metabolites are present at or below levels normally resulting from physical exercise.

The foregoing activity profile permits continuous infusion of adenosine for controlled hypotension during surgery, for control of various forms of hypertensive crisis, to improve coronary circulation during surgery in patients with

AST0055554

5,731,296

**3**

ischemic heart disease, for reducing the incidence of coronary graft occlusion by increasing graft flow following coronary bypass surgery, and for reducing platelet loss during cardiac bypass surgery. It has also been found that adenosine may be used for decreasing pulmonary vascular resistance, for treating acute pulmonary hypertension, for treating acute pulmonary hypertension in conjunction with idiopathic respiratory distress syndrome (IRDS) and for diagnosing the operability of the pulmonary vasculature in patients with pulmonary hypertension in conjunction with cardiac septum defects. Adenosine also is useful in inhibiting clot formation during percutaneous transluminal coronary angioplasty (PTCA) and coronary thrombolysis (CTL), as well as an aid in visualizing miocardial irrigation for radionucleotide scintigraphy.

In accordance with this invention, adenosine may be administered to human patients by continuous intravenous infusion to provide significant vasodilation and without significant heart blockage under two conditions. First, the heart blocking action of adenosine is not detected during anesthesia when the rate of administration is 0.35 milligrams of adenosine per kilogram of body weight per minute or less. Second, the heart blocking action of adenosine is not detected, even in conscious patients, at rates of administration of about 0.10 milligram of adenosine per kilogram of body weight per minute or less.

For purposes of this invention, adenosine can be administered to the patient in any pharmaceutically acceptable form suitable for use in continuous, intravenous infusion. A preferred form is an aqueous solution of adenosine, and more preferably adenosine in isotonic saline. The concentration of adenosine in the solution is not narrowly critical, although concentrations of at least about 5 millimol (or about 1.5 milligrams) per milliliter of solution are desired to avoid the need for excessive infusion rates to achieve desired serum levels. When administering adenosine to small children, however it is possible to use concentrations as low as about 0.1 mg/ml. The concentration may be as high as the solubility limit of adenosine (about 20 millimols per liter or 5.5 to 6 milligrams per milliliter), if desired.

When used for continuous infusion in accordance with this invention, the unit dosage form typically has a volume of at least 250 milliliters, and preferably in the range of 250 to 500 milliliters, to provide an adequate supply of adenosine. Consequently, the unit dosage form generally will contain from about 0.4 to about 3 grams of adenosine. In small children, the unit dose will, of course, be correspondingly smaller than it is for adults.

The adenosine solution should be sterile and free from fungi and bacteria. Such solutions have been found to be stable at room temperature for at least two years.

Such solutions are prepared by mixing adenosine with the aqueous carrier, e.g. water or an isotonic solution, and other desired ingredients, to achieve a solution having the desired concentration, and thereafter sterilizing the solution.

Continuous infusion can be performed using any technique known to the art. Because adenosine has such a short plasma half-life and it is active at relatively low concentrations, it is desired that the method be one which minimizes or avoids fluctuations of serum adenosine levels. Accordingly use of high precision roller pumps is preferred.

As is noted above, the present invention has numerous specific applications, depending upon adenosine dosage levels and whether or not adenosine is administered to anesthesized or conscious patients. The first general category of applications is that in which adenosine is continuously administered to a patient undergoing surgery under

**4**

general anesthesia at doses that do not induce heart block. Specific applications include controlled hypotension during surgery, in particular dissection and clipping of cerebral arterial aneurysms; control of hypertension crisis during surgery, for example due to release of catecholamines in the course of pheochomocytoma surgery; and improved coronary circulation and after-load reduction during abdominal aortic aneurysm surgery, especially in patients with ischemic heart disease. For such uses, dosage rates of the order of 0.05 to about 0.3 milligrams per kilogram of body weight per minute are effective amounts.

The second general category of continuous adenosine infusion applications is that in which adenosine is administered to conscious patients, also at levels below which adenosine exhibits significant heart blocking action. These levels are typically achieved at administration rates of 0.05 milligram of adenosine per kilogram per minute or less. Specific examples of conditions which may be treated with adenosine in conscious patients include prevention of occlusion of cardiac bypass grafts following bypass surgery, increased cardiac output in patients with low cardiac output, and use of adenosine as an adjunct to dopamine treatment for shock.

Blood levels of adenosine which result from an administration rate of about 10–30 micrograms per kilogram of body weight per minute (0.010–0.030 mg. per kg. per minute) minute can be used in a number of additional ways, e.g., to decrease pulmonary vascular resistance, to treat acute pulmonary hypertension and acute pulmonary hypertension in conjunction with idiopathic respiratory distress syndrome (IRDS), and to diagnose pulmonary hypertension in conjunction with cardiac septum defects.

The following examples illustrate in greater detail specific applications of continuous intravenous infusion of adenosine in accordance with this invention.

### EXAMPLE I

#### CONTROLLED HYPOTENSION DURING ANESTHESIA

It is frequently desired to reduce the blood pressure of patients during surgery. For example, in the case of dissection and clipping of cerebral arterial aneurysms, controlled hypotension is desired to reduce the aneurysm wall tension in order to minimize the risk of rupture and bleeding. Controlled hypotension is also used to reduce bleeding during other forms of surgery.

Prior to this invention, vasodilators, such as sodium nitroprusside and nitroglycerine, were used for this purpose, but both have drawbacks. For example, sodium nitroprusside suffers from tachyphylaxis, or the need to increase the dose of nitroprusside with time due to the release of angiotensin. In addition, rebound hypertension also has been observed following use of nitroprusside. Nitroglycerine is characterized by Slow onset of action and unpredictable action.

Adenosine has been found to be a remarkably effective agent for inducing controlled hypotension during surgery. Adenosine, when administered in effective amounts, has a very rapid hypotensive effect which can be rapidly terminated due to its short half-life. Moreover, adenosine does not cause tachyphylaxis, apparently because it blocks the renin-angiotensin system of the kidney, thereby preventing formation of angiotensin which tends to counteract the hypotension. For the same reason, rebound hypertension is avoided after discontinuation of infusion.

For this indication, adenosine typically is administered intravenously via the left basilic vein or via a central vein in

AST0055555

5,731,296

5

an amount (or at a rate) sufficient to achieve the desired hypotensive effect. It has been found that lowering of mean arterial blood pressure to as low as 40 millimeters of mercury, as measured by a cannula in the left radial artery, is readily achieved without significant side effects. In particular, so long as the patient is under anesthesia, no blockage of atrio-ventricular conductance is observed.

The actual plasma levels of adenosine employed for controlled hypotension will vary, depending upon such factors as the particular patient, the age of the patient and the desired degree of hypotension. As a general rule, however, a reduction of mean arterial blood pressure to 40 to 50 mm Hg is achieved by administration of adenosine at a rate of from about 0.2 to about 0.35 milligrams of adenosine per kilogram of body weight per minute. The amount of adenosine required to achieve a given degree of hypotension can be *reduced if adenosine uptake inhibitors, such as dipyridamole, are also administered* to the patient. The possibility that adenosine might be useful for inducing controlled hypotension in humans was suggested by Kassell et al., J. Neurosurg., 58: 69–76 (1983), based upon tests in dogs. However, this study was performed during the administration of dipyridamole, another vasodilator that potentiates the effect of adenosine by inhibiting cellular uptake of adenosine. The dose of dipyridamole (1 mg/kg) was high, and it in fact induced a 20% reduction of the mean arterial blood pressure. The hypotensive effect of adenosine was then studied upon this hypotensive dose of dipyridamole. It was reported that hypotension to a mean arterial pressure of 40 mm/Hg could be induced and maintained with an infusion of 0.4 gram of adenosine per 100 milliliters of normal saline, at a dose of 50 μg/kg/minute. When dipyridamole was excluded in a pilot study, as much as 5–10 mg/kg/ minute was required for the induction of hypotension, thereby creating an excessive fluid load. Kassel et al. noted that induction of hypotension in dogs is difficult, and speculated that "adenosine alone, without the potentiating effects of dipyrimadole, may be sufficient to produce hypotension in man without excessive volumes of fluid". As noted above, effective induction of hypotension in man is achieved at adenosine dose levels of only 0.2 to 0.35 mg/kg/minute, or 30 to 50 times lower levels than effective levels in the dog. Such low rates are hardly predictable from the information of Kassel et al.

In a study intended to demonstrate use of continuous infusion of adenosine to effect controlled hypotension in man, ten patients with no known history of cardiopulmonary diseases (seven men and three women, ages 35–58 years), scheduled for intracerebral aneurysm surgery, were selected.

One hour before the operation the patients were premedicated orally with diazepam (10–20 mg.) Atropine (0.5 mg) and droperidol (0.1 mg. per kg.) were given intravenously before induction of anesthesia. Induction was started with thiopental (5 mg. per kg) followed by phenoperidine (1–2 mg), a synthetic opiate with pharmacodymanics resembling fentanyl but with a longer duration of action and ⅒ of its analgesic potency.

Pancuronium bromide (0.1 mg per kg) was given to facilitate endotracheal intubation. Anesthesia was maintained by supplementary doses of phenoperidine and droperidol, as required. The total dose of droperidol did not exceed 0.2 mg. per kg. and was administered within the first 2 hours of anesthesia. Phenoperidine was supplemented regularly to prevent the blood pressure from exceeding the preanesthetic level (approx. 1 mg/30–60 min). Controlled hyperventilation was employed with a humidified gas mixture of 60% $N_2O$ in oxygen to maintain $PaCO_2$ values at

6

approximately 30 mmHg (±1.5/SSM). Mannitol (1–1.5 g. per kg) was given routinely at the start of the operation (e.g., 1–2 hours prior to the controlled hypotension). The patients were operated on in the horizontal supine position.

A 1.2-mm plastic cannula was introduced into the left radial artery to monitor systemic arterial blood pressure (MABP) and collect arterial blood. A balloon-tipped, flow-directed, quadruple lumen Swan-Ganz catheter (Model 93A-831-7.5 F, VIP) was inserted percutaneously via the left basilic vein, and its correct position in the pulmonary artery was determined by pressure tracings. The catheter was used for the monitoring of mean right atrial pressure (RAP), mean pulmonary artery pressure (PAP), and mean pulmonary capillary wedge pressure (PCWP) for the determination of cardiac output and collection of mixed venous blood and for the infusion of adenosine. Another plastic cannula was introduced percutaneously, in a retrograde direction, into the right jugular bulb for the collection of blood. The correct position was verified by x-ray.

The ECG was monitored with a standard chest (V5) lead. Heart rate was determined from the R-R interval. Blood pressures were measured by transducers placed at the midthoracic level. Cardiac output (QT) was determined in triplicate according to the thermodilution technique with a cardiac output computer (Edwards Lab, model 9510). Isotonic glucose, 10 ml at 1° C., was used as a thermal indicator. The ECG, heart rate, blood pressures, and thermodilution curves were recorded on a Grass® polygraph.

Blood gases were measured with appropriate electrodes for pH, $PCO_2$, and $PO_2$ (Radiometer, Copenhagen). The hemoglobin concentration was determined spectrophotometrically. Samples for the determination of adenosine and its metabolites were collected as described by Sollevi et al., Acta Physiol. Scand., 120: 171–76 (1984). Adenosine and inosine were purified and analyzed by HPLC as described by Fredholm and Sollevi., J. Physiol. (London), 313: 351–67 (1981). Hypoxanthine, xanthine, and uric acid were analyzed by HPLC according to the method of Schweinsberg and Loo., J. Chromatogr., 181: 103–7 (1980). Arterial levels of dipyridamole were determined by HPLC. J. Chromatogr., 162: 98–103 (1979). Blood lactate was measured according to Tfelt-Hansen and Siggard-Andersen. Scand. Clin. Lab. Invest., 27:15–19 (1971).

Measurements and blood samplings were performed immediately before hypotension, as late as possible during hypotension (1–5 min before terminating the infusion) and approximately 30 min after the hypotensive period.

Dipyridamole (5 mg. per ml) was infused iv (0.3–0.4 mg. per kg, over a period of 5–10 min) approximately 20 minutes prior to the induction of controlled hypotension. This dose of dipyridamole produced clinically relevant drug levels in the plasma (1.2±0.3 μM, SEM) during the hypotensive periods. (See Pedersen, J. Chromatogr., 162: 98–103 (1979).

Adenosine (5 mM, 1.34 mg. per ml in isotonic saline) was administered by continuous infusion (Critikon roller pump, 2102A, superior vena cava) for 12–71 minutes ($\bar{x}=33±3$ SEM) at a rate of 0.01–0.32 mg. per kg per min ($\bar{x}=0.14±0.04$ SEM, corresponding to 8.0±2.7 mg. per min). The infusion was started at a rate of 0.01 mg. per kg. per minute, which was doubled at 15 second intervals until the desired MABP level of 40–50 mmHg was reached. The corresponding volume of infused adenosine solution ranged from 0.5 to 17 mL per min ($\bar{x}=6±2$ SEM). The mean hypotensive period was 32±8 min. The total adenosine dose did not exceed 1.5 grams. Serum creatinine was determined before and on two consecutive days after operation. The standard ECG was recorded the day before and the day after operation.

5,731,296

**7**

Systemic vascular resistance (SVR) was derived from the formula

$$SVR(mmHg. \ per \ liter \ min) = \frac{MABP - RAP}{QT}$$

and pulmonary vascular resistance (PVR) from the formula

$$PVR = \frac{PAP - PCWP}{QT} \ .$$

Oxygen content was derived from the formula $SO_2^* \times 1.34 \times Hb + PO_2 \times 0.03$. Foex et al., Br. J. Anesth., 42: 803–4 (1970). The arteriovenous oxygen content difference ($AVDO_2$) was determined and used to calculate total oxygen consumption ($VO_2$) as the product of $AVDO_2$ and QT.

*$SO_2$=Oxygen saturation.

The results of this work are summarized in Tables I–IV, in which data are presented as means ±SEM. The statistical significance (control 1 vs. adenosine and control 1 vs. control 2) was determined by Student's t test for paired data. A P value of <0.05 was regarded as significant.

The purine levels of nine of the patients were determined prior to, during and after adenosine-induced controlled hypotension. The results are summarized in Table I.

**TABLE I**

Purine Levels (μM) in Arterial Plasma Before, During, and After Adenosine-induced Controlled Hypotension in Nine Patients.

| | Control 1 | Hypotension | 3–9 Min | 20–40 Min |
|---|---|---|---|---|
| | | | After Hypotension | |
| Adeno-sine | 0.15 ± 0.02 (9) | 2.45 ± 0.65 (9) | 0.24 ± 0.06 (6) | 0.19 ± 0.03 (7) |
| Inosine | 0.04 ± 0.01 (8) | 3.01 ± 1.48 (8) | 0.69 ± 0.26 (5) | 0.29 ± 0.15 (7) |
| Hypo-xan-thine | 1.94 ± 0.55 (9) | 6.28 ± 2.33 (9) | — | 3.25 ± 1.00 (8) |
| Xan-thine | 5.93 ± 2.04 (7) | 6.10 ± 1.67 (7) | — | 5.49 ± 1.56 (7) |
| Uric Acid | 185.2 ± 14.2 (9) | 198.1 ± 22.7 (9) | — | 199.5 ± 28.8 (8) |

*P < 0.01
**P < 0.05, denotes significantly different from the control 1 levels.
Number of observation in parentheses.

As is evident from Table I, adenosine is present in the $10^{-7}$M range during basal conditions. Continuous infusion of adenosine increased the arterial adenosine level to 2.45±0.65 μM. The adenosine metabolites inosine and hypoxanthine were increased during the infusion, whereas xanthine and uric acid levels were unaffected. Once the desired blood pressure level was reached, the infusion rate could be kept constant throughout the hypotensive period. After termination of the infusion, the arterial adenosine levels returned to control values within 3–9 min. Inosine was eliminated more slowly from the circulation and remained slightly above basal levels 20–40 minutes after the infusion.

The central hemodynamic variables were measured in all 10 patients before, during and 30 minutes after controlled hypotension and are summarized in Table II.

**8**

**TABLE II**

Central Hemodynamic Variables Before, During and 30 Min After Adenosine-induced Controlled Hypotension in Ten Patients.

| | Control 1 | Adenosine | Control 2 |
|---|---|---|---|
| Systolic blood pressure (mmHg) | 115 ± 6 | 78 ± 6* | 130 ± 7** |
| Diastolic blood pressure (mmHg) | 61 ± 3 | 34 ± 2* | 71 ± 3** |
| Mean arterial blood pressure (mmHg) | 82 ± 3 | 46 ± 2* | 91 ± 4** |
| Right atrial pressure (mmHg) | 6.8 ± 1.1 | 7.2 ± 0.7 | 5.6 ± 0.8 |
| Pulmonary artery pressure (mmHg) | 14.4 ± 1.0 | 16.5 ± 0.9 | 14.7 ± 1.4 |
| Pulmonary capillary wedge pressure (mmHg) | 9.6 ± 1.1 | 11.0 ± 1.0 | 9.9 ± 1.4 |
| Heart rate (beats per min) | 54 ± 2 | 63 ± 3* | 58 ± 3 |
| Cardiac output (liters per min) | 4.93 ± 0.51 | 6.86 ± 0.71* | 5.17 ± 0.54 |
| Systemic vascular resistance (mmHg per min) | 16.65 ± 1.95 | 6.22 ± 0.60* | 17.70 ± 1.72 |
| Pulmonary vascular resistance (mmHg per liter min) | 0.97 ± 0.15 | 0.82 ± 0.08 | 0.97 ± 0.15 |

*P < 0.01
**P < 0.05, denotes significantly different from control 1.

The infusion of dipyridamole decreased MABP by approximately 10 mmHg in five of the patients. At the start of the adenosine infusion, MABP was not significantly different from the predipyridamole level (82±3 vs. 86±3 mmHg as shown in Table II. Adenosine induced a decrease in MABP to 46 mmHg (43±3%) within 1–2 minutes.

The decrease in MABP was caused by a parallel decrease in both systolic and diastolic pressure. The MABP was stable throughout the hypotensive period. Cardiac output increased from 4.9 to 6.9 l per minute (44±9%) in parallel with a small increase in heart rate of 9±2 beats per minute. The SVR decreased from 16.7 to 6.2 mmHg per liter a minute, corresponding to a decrease of 61±3%, whereas PVR was unchanged. RAP, PAP, and PCWP were not influenced by adenosine.

After discontinuation of the infusion, MABP was restored within 1–5 minutes. Rebound hypertension did not occur, although the MABP was persistently approximately 10 mmHg higher after hypotension than during the control period. However, the posthypotensive MABP was not significantly higher than the MABP before administration of dipyridamole. Heart rate, QT, and SVR returned rapidly to control levels concurrently with the restoration of MABP.

Oxygen contents, consumptions and lactate concentrations in nine patients before, during and 30 minutes after controlled hypotension are summarized in Table III.

AST0055557

5,731,296

9

10

### TABLE III

Total Arteriovenous Oxygen Content Difference (AVDTO2), Jugular Arteriovenous Oxygen Content Difference (AVDjO2), Total Oxygen Consumption (V$_T$O$_2$), Arterial Lactate Concentration (La) and Jugular Arteriovenous Lactate Content Differences (AVDjLa) before, during, and after Adenosine-induced Hypotension in Nine Patients.

|  | Control 1 | Adenosine | Control 2 |
|---|---|---|---|
| AVD$_T$O$_2$ (ml per liter) | 46.3 ± 2.3 | 29.3 ± 2.5* | 46.8 ± 3.2 |
| AVD$_j$O$_2$ (ml. per liter) | 85.2 ± 10.5 | 58.1 ± 14.1** | 74.9 ± 7.7 |
| V$_T$O$_2$ (ml per mm.) | 220 ± 15 | 193 ± 16** | 235 ± 16 |
| Pa$_{O_2}$ (mmHg) | 111.0 ± 9.8 | 97.5 ± 9.0 | 93.0 ± 5.2 |
| La (mmol per liter) | 1.46 ± 0.17 | 1.73 ± 0.20 | 1.82 ± 0.20** |
| AVD$_j$La (mmol per liter) | 0.02 ± 0.04 | −0.05 ± 0.05 | −0.06 ± 0.04 |

*P < 0.01
**P < 0.05, denotes significantly different from control 1.

From Table III, it can be seen that arterial oxygen tension remained unchanged during adenosine-induced hypotension. VO$_2$ was decreased by 13±4%, with a decrease in AVDO$_2$ of 37±5%. The arterial lactate concentration was not affected by hypotension. The cerebral AVDO$_2$ decreased similarly by 37±13%, while the arterio-jugular lactate content difference was unaltered.

After the hypotensive period, the metabolic variables returned to the control levels, except for a minor increase in the arterial lactate concentration.

The ECG the day after the operation was unchanged. The mean serum creatinine level was 83±4 μM before operation and 70±3 and 71±4 μM on the first 2 postoperative days.

Adenosine infusion rate was constant during the hypotension, which suggests the absence of tachyphylaxis.

Subsequent to the tests described above, a 20 mM solution of adenosine in isotonic saline was administered to 50 surgical patients employing techniques similar to those described, except that pretreatment with dipyridamole was omitted. Hemodynamic effects similar to those described above were observed at adenosine dosages of 0.2–0.35 mg per kg per minute. The enhanced cardiac output obtained with adenosine, in combination with the maintained right and left heart filling pressures, is in contrast with the hemodynamic effects of controlled hypotension with sodium nitroprusside or nitroglycerine, as is shown in Table IV.

### TABLE IV

Hemodynamic Effects of Adenosine and Nitroglycerine-(TNG), and Nitroprusside-(SNP) Induced Controlled Hypotension during Cerebral Aneurysm Surgery with Similar Anesthetic Techniques (Data Presented as Percent from Control)

|  | ADENOSINE n = 10 | SNP** n = 17 | TNG*** n = 20 |
|---|---|---|---|
| MABP | −43* | −36* | −36* |
| RAP | +6 | −39* | −45* |
| PAP | +15 | −27* | −34* |
| PCWP | +14 | −44* | −45* |
| HR | +9* | +22* | +19* |
| QT | +44* | −15* | −24* |

### TABLE IV-continued

Hemodynamic Effects of Adenosine and Nitroglycerine-(TNG), and Nitroprusside-(SNP) Induced Controlled Hypotension during Cerebral Aneurysm Surgery with Similar Anesthetic Techniques (Data Presented as Percent from Control)

|  | ADENOSINE n = 10 | SNP** n = 17 | TNG*** n = 20 |
|---|---|---|---|
| SVR | −61* | −29* | −16* |
| PVR | −15 | +11 | +12 |

*P < 0.01
**Data from Lagerkranser et al., Acta. Anesth. Scand., 24: 426-32 (1980).
***Data from Lagerkranser, Acta. Anesth. Scand., 26: 453-7 (1982).

From the foregoing it is evident that continuous infusion of adenosine during anesthesia is capable of significantly reducing blood pressure without evidence of tachyphylaxis while, at the same time, causing a decrease in peripheral vascular resistance, an increase in cardiac output and a moderate increase in heart rate. This suggests that adenosine acts as a hypotensive agent through dilation of the arterial resistance vasculature. In contrast, sodium nitroprusside and nitroglycerine induce hypotension by both pre- and post-capillary dilatation. In addition, controlled hypotension with adenosine better preserves oxygen tissue pressures than hypotension induced by nitroprusside.

It should be noted that, at the levels of adenosine used, blockage of atrio-ventricular conductance does not occur in these persons during anesthesia. Indeed, adenosine is used in bolus form specifically to block A-V conductance. Apparently the peak plasma concentration of adenosine is considerably higher when giving bolus injections than the steady state levels obtained during these continuous infusions.

### EXAMPLE II

#### CONTROL OF HYPERTENSIVE CRISIS

Continuous infusion of adenosine can also be employed to control hypertensive crises occurring during surgery. Such crises can occur, for example, as a result of release of catecholamines during surgery on pheochromocytoma—a tumor characterized by the presence of catecholamine—which can cause pulmonary edema and death. At present, this situation is treated prophylactically by pre-administration of alpha- and beta-adrenoceptor blockers or vasodilators, but the effect is often insufficient. It has now been found that, in the case of a catecholamine-induced hypertensive crisis, prompt infusion of adenosine will rapidly restore blood pressure to normal, and will easily maintain normal pressure until the crisis has passed. Amounts of adenosine which are effective in controlling such hypertensive crises will depend on the degree of hypertension. However, as a general rule they are about half of the amounts found useful for controlled hypotension, i.e., in the range of from about 0.1 to about 0.2 mg adenosine per kilogram of body weight per minute.

### EXAMPLE III

#### IMPROVED CORONARY CIRCULATION IN ISCHEMIC HEART DISEASE

Patients requiring abdominal vascular surgery, such as surgery for an aortic aneurysm, frequently also suffer from ischemic heart disease, or insufficient blood flow to the heart tissue, which may present undesirable complications in such

AST0055558

5,731,296

11

surgery. Accordingly, drugs with vasodilator properties, such as isoflurane and nitroprusside, have been investigated for possible use to increase myocardial blood flow and to reduce peripheral vascular resistance (after-load reduction) during such surgery; however, they have been found to have no beneficial effect with respect to coronary flow and, indeed, may reduce coronary blood flow. In contrast, adenosine administered by continuous infusion has been found very effective in increasing myocardial blood flow and, in such use, is accompanied by an increase in cardiac output.

For such application, the rate of adenosine administration should be such that there is no more than a 10–20 percent reduction in blood pressure. As a general rule, this is achieved by use of rates of administration of the order of 0.05 to about 0.1 mg. adenosine per kilogram per minute. In such a case myocardial blood flow has been found to be doubled, cardiac output has been increased by 10 to 20 percent, and blood pressure has been reduced by 10 to 20 percent, all without change in oxygen consumption and without ECG signs of ischemia.

### EXAMPLE IV

#### CORONARY VASODILATION

It has been further found that when adenosine is administered by infusion at rates which do not induce significant hypotension, it has clinically useful regional effects in unanesthetized patients.

For example, adenosine at dosages of the order of 10 to 15 percent of hypotensive levels (e.g. 0.02 to 0.05 mg. per kg. per minute) can be a useful adjunct to coronary by-pass surgery, apparently due to a preferential coronary vasodilation. It has been reported that coronary artery grafts occlude more frequently during the postoperative period when low graft-flow values are obtained during surgery. See Groudin et al. Circulation, 42: Suppl 3: 106–111 (1970). It has been found that low doses of adenosine administered postoperatively increase graft blood flow without significant effect on atrio-ventricular conductance. The administration of low doses of adenosine for this purpose can be carried out for as long as is necessary to afford appropriate graft flows and reduce risk of occlusion, but ordinarily the period need not exceed 48 hours following surgery.

In a study designed to investigate the use of adenosine to inhibit occlusion of coronary grafts, nine patients (age 45–65, all taking beta-blockers) were studied during coronary artery surgery. After premedication, morphine (10–15 mg) and scopolamine (0.4–0.6 mg), anesthesia was induced by fentanyl (30 mcg/kg.b.w.). Pancuronium (0.1 mg/kg b.w.) was given to facilitate endotracheal intubation. Anesthesia was maintained with fentanyl 0.5 mg/hour, N₂O (50%) in oxygen and droperidol (0.1 mg/kg b.w.). During bypass thiomebumal (5 mg/kg b.w.) was given. Nitrous oxide was not used after bypass. Extracorporeal circulation (ECC) was performed with a roller pump and a Shiley bubble oxygenator primed with crystalloid solution (modified V₂), an arterial line and a Swan-Ganz Catheter were used for monitoring and for hemodynamic measurements. Blood flow in 60 bypass grafts (n=15, internal mammary and venous grafts), was measured with appropriate sized square wave electromagnetic flow probes (Nycotron 732). The study was performed 20–30 minutes after the termination of ECC. After a control period (5 min), adenosine (5.3 mg/mL clinical solution) was continuously infused in a central vein in order to induce approximately 10% reduction of mean arterial

12

blood pressure (about 30 to 50 µg per kg. per min.). Graft flow was continuously measured before and during a 10 or 30 minute infusion of adenosine and finally during the following 5 minute control period. Data are expressed as mean ±SEM and differences were tested with Student's paired t-test against the preceding period.

The results of this study are summarized in Table V.

TABLE V

| | CONTROL BEFORE | ADENOSINE | CONTROL AFTER |
|---|---|---|---|
| Mean Arterial Pressure (mmHg) | 84 ± 3 | 74 ± 3 P < 0.01 | 85 ± 3 P < 0.01 |
| Heart Rate (beats/min) | 82 ± 5 | 82 ± 15 | 81 ± 6. |
| Cardiac Output (l/min) | 4.8 ± 0.4 | 5.6 ± 0.3 P < 0.05 | 5.3 ± 0.3 n.s. |
| Pulmonary Artery Pressure (mean) (mmHg) | 16.7 ± 1.2 | 18.8 ± 1.2 | 19.9 ± 1.0 |
| RAP (mean) (mmHg) | 4.7 ± 0.5 | 5.3 ± 0.4 | 5.8 ± 0.7 |
| Stroke Index (ml/m²) | 35.6 ± 2.6 | 38.8 ± 2.0 | 39.6 ± 2.5 |
| Left Ventricular Stroke Index (Joule/m²) | 0.44 ± 0.03 | 0.41 ± 0.03 | 0.49 ± 0.04 |
| Graft flow ml/min (n = 15) | 40 ± 5 | 77 ± 7 P < 0.001 | 99 ± 5 P < 0.001 |

As is evident from Table V, adenosine in a dose of 49±4 µg/kg/minute, a level which reduced mean arterial pressure 12%, increased cardiac output 12%, and doubled graft flow. At the same time, heart rate, mean pulmonary artery pressure, central venous pressure, stroke index and left ventricular stroke work index remained essentially unchanged. Graft flow rate was restored to its original value on termination of adenosine. No arrhythmias were observed.

This demonstrates that i.v. adenosine at low rates (30–50 µg per kg per min) induces a marked and reproducible increase in graft flow without increased myocardial work, apparently due to preferential vasodilatory effect of adenosine in the coronary vasculature.

### EXAMPLE V

#### INCREASED CARDIAC OUTPUT

As is evident from the foregoing data, intravenously infused adenosine has the ability to increase cardiac output without increasing heart work. This is in contrast to other vasodilators, such as sodium nitroprusside, which may reduce cardiac output, depending on the hemodynamic status of the patient. As a consequence, adenosine can be used to stimulate cardiac output in patients with low cardiac output states, due, for example, to heart surgery, infarct and the like. This apparently is due to adenosine's ability to reduce after-load, without having significant effect on pre-load. In contrast, nitroprusside reduces both after-load and pre-load, and nitroglycerine is effective principally (90%) on reducing pre-load, and has only a marginal effect on after-load.

For this application, effective dosages are intermediate those used for increased graft flow and controlled hypotension. Typically the effective dose is of the order of 40–80 µg/kg/per minute. The duration of treatment can be as long as required to support the heart. It also has been found that, on termination of the adenosine, cardiac output, although less than that during treatment with adenosine, frequently remains above the cardiac output prior to treatment.

In this respect, adenosine is of value as an adjunct to dopamine treatment for cardiogenic shock. Dopamine is

5,731,296

| 13 | 14 |

frequently given to patients in shock to stimulate heart action and thereby increase blood pressure. Adenosine can be administered with dopamine to modulate peripheral resistance without compromising systemic blood pressure, and thus increase cardiac output.

Adenosine is unique in its activity in this respect, because it is able to reduce after-load without significantly increasing heart rate. In contrast, agents previously used to reduce cardiac after-load, for example, hydralazine and prazosin, increase heart rate.

### EXAMPLE VI

#### PLATELET PROTECTION DURING CARDIOPULMONARY BYPASS

Continuous infusion of adenosine also has been found of use in protecting platelets during cardiopulmonary bypass. For such use, it is desired to maintain the adenosine dosage below that affording significant vasodilation, and a rate of about 100 μg/kg/min has been found effective. In contrast, prostacyclin, a prostaglandin used to inhibit platelet aggregation, is associated with severe systemic vasodilation and hypotension during coronary bypass surgery.

Twenty-five patients scheduled for coronary artery bypass surgery were randomly assigned to two groups—one with adenosine infusion (n=13) and the other with placebo infusion (n=12).

Routine tests of coagulation status were normal in all patients, and none was taking drugs known to affect platelet function. Intravenous anesthesia was used, either high-dose fentanyl (100–150 μg/kg) or balanced anesthesia (thiopental, fentanyl, diazepam and $N_2O/O_2$).

During cardiopulmonary bypass (CPB), mean arterial blood pressure (MABP) above 70 mmHg was treated with the vasodilator sodium nitroprusside (SNP), except in the final phase or rewarming. CPB was performed with SARN roller pump and a Shiley oxygenator (100A) primed with 2000 ml crystalloid solution (75 mg heparin). The perfusion rate was kept at approximately 1.8 ml/m$^2$ body surface. Moderate hypothermia (25° C.) was induced. Cardioplegia was obtained with Ringer's solution (with added potassium up to 20 mM/l). Heparin (3 mg/kg) was administered as a bolus injection before cannulation. The heparin effect was controlled by measurements of activated clotting time, (Hemocron® Int. Technidyne Corp, USA). This time (ACT) was >400 seconds in all patients during CPB. At the termination of CPB, the heparin effect was antagonized with protamine (c. 1.3 mg/mg heparin). ACT was checked 10–20 min after the protamine injection. ACT values 120 sec were considered satisfactory.

Platelet count (Linson 431 A cell counter) and hematocrit were determined in arterial samples before anesthesia, after thoracotomy, during CPB at 10, 20, 40, 60, 80 and 100 min, 30 min after CPB and on the postoperative day. Platelet

counts were expressed in percentage of preanesthesia levels and were corrected for hemodilution MABP was monitored continuously via a catheter introduced in the radial artery. All patients received hypertonic mannitol (1–1.5 g/kg) during CPB and urine production was calculated as ml/min of CPB (Table VI).

Peroperative blood loss and blood transfusions could not be compared between the groups, due to the smallness of the series and the involvement of many surgeons in the study. Postoperative bleeding was measured as the blood loss from the tube drainage from the end of operation until the postoperative morning. One patient in the adenosine group was excluded because of reoperation for surgical reasons (for massive bleeding due to suture insufficiency in a graft anastomosis) within 6 hours after CPB.

Adenosine (5.3 mg/ml, clinical solution) was infused at a rate of 100 μg/kg/min into the superior vena cava throughout CPB. The adenosine dose was based on five pilot cases in which a vasodilation dose-response was observed. The highest infusion rate that did not induce systemic vasodilation was chosen for this study. In six cases the plasma adenosine levels were determined by high performance liquid chromatography (HPLC) (Fredholm and Sollevi, J. Physiol. (London), 313: 351–67 (1981) in arterial and in venous (venous lines to the oxygenator) blood. The adenosine metabolites inosine, hypoxanthine and uric acid were also determined by HPLC. The samples were collected as previously described (Sollevi, Acta. Physiol. Scand., 121: 165–72 (1984) at the intervals of 10, 20, 40 and 80 minutes during CPB and 20 minutes after CPB.

Results are summarized in Tables VI and VII, below, in which data are presented as means ±SEM. Statistical significance (controls v. adenosine group) was determined with Student's t-test for unpaired data. For significance within the groups the Wilcoxon Rank Sum test was used. p<0.05 was regarded as significant.

TABLE VI

| PATIENT DATA | | |
|---|---|---|
| | Adenosine (mg per kg per min) | |
| | 0 | 0.1 |
| Age, years | 57 (range 47–66) | 57 (range 42–74) |
| Males/females | 11/1 | 12/1 |
| CPB-time (min) | 95 ± 10 | 120 ± 10 |
| Preoperative platelet counts (x 10$^6$ cells/l) | 162 (range 107–235) | 158 (range 106–251) |
| Preoperative urine production (ml/min CPB) | 9.7 (2.1–20) | 4.1 (1.1–9.5) |
| Postoperative blood loss (ml) | 630 ± 60 | 640 80 |

AST0055560

5,731,296

15

16

## TABLE VII

| | Arterial and Venous Concentrations (µM) of Adenosine and its Metabolites (n = 6), Before, During and After Adenosine Infusion (0.1 mg × kg−1 × min−1 | | | | | |
| | | CPB | | | | CPB 20′ |
| | pre-CBP | 10′ | 20′ | 40′ | 80′ | post |
| **Vein** | | | | | | |
| Adenosine | 0.3 ± 0.2 | 3.7 ± 1.3* | 5.7 ± 2.1* | 4.5 ± 1.1* | 3.0 ± 1.0* | 0.4 ± 0.1 |
| Inosine | 0.2 ± 0.1 | 0.9 ± 0.3* | 2.4 ± 1.2* | 1.6 ± 0.5* | 1.6 ± 0.4* | 0.4 ± 0.1 |
| **Artery** | | | | | | |
| Adenosine | 0.3 ± 0.1 | 0.7 ± 0.3 | 0.8 ± 0.4* | 0.6 ± 0.3 | 0.4 ± 0.2 | 0.3 ± 0.1 |
| Inosine | 0.2 ± 0.1 | 1.3 ± 0.7* | 2.5 ± 1.0* | 1.2 ± 0.3* | 1.4 ± 0.4* | 0.4 ± 0.1 |
| Hypoxanthine | 3.2 ± 0.8 | 5.3 ± 1.2 | 7.7 ± 1.4* | 5.3 ± 1.0 | 5.0 ± 0.9 | 4.2 ± 0.9 |
| Uric Acid | 250 ± 30 | 260 ± 32 | 269 ± 35 | 250 ± 32 | 249 ± 30 | 260 ± 34 |

*significantly different from pre-CPB value.

## TABLE VIII

| Platelet Count; % of Awake Count | | |
| --- | --- | --- |
| Time of count | Control | Adenosine |
| Awake | 100 | 100 |
| Pre CPB | 95 | 97 |
| During CPB (Duration 100 minutes) | | |
| 10 minutes | 80 | 96 |
| 20 minutes | 75 | 87 |
| 40 minutes | 65 | 85 |
| 60 minutes | 80 | 91 |
| 80 minutes | 78 | 100 |
| 100 minutes | 77 | 97 |
| Post CPB, time after infusion of CPB | | |
| 30 minutes | 70 | 88 |
| 24 hours | 60 | 60 |

As shown in Table VIII, platelet count was similar in the two groups before anesthesia and was unaltered by anesthesia and thoracotomy. In the control group the platelet count fell rapidly and markedly during the first 40 minutes of CPB and remained significantly reduced during and after CPB. During adenosine infusion the initial platelet reduction was small, and was significant only at 20 and 40 minutes on CPB. From 60 minutes to the end of CPB and at 30 minutes after CPB the platelet counts were not significantly different from those before anesthesia. Throughout CPB and 30 minutes after CPB there was significant intergroup difference in platelet counts. On the day after operation the platelet counts were markedly reduced in both groups, with no significant intergroup difference.

As shown in Table VII, the arterial and venous adenosine levels were in the normal range of 0.3 µM prior to CPB. The adenosine infusion raised the venous plasma concentration to 2–10 µM, while the arterial levels were approximately doubled during the initial CPB period. Only the first adenosine metabolite, inosine, was consistently elevated during the infusion.

All parameters had returned to control levels within 20 minutes after CPB.

The mean arterial blood pressure (MABP) did not differ significantly between the two groups during CPB. In the placebo group, however, seven patients required sodium nitroprusside infusion (<5 µg/kg/min) to keep MABP below 70 mmHg. No patient in the adenosine group required vasodilator treatment. After CPB the patients in the adenosine group had slightly lower MABP, but at the end of operation there was no intergroup difference. The urine production during CPB was 250 ml/h in the adenosine group and 500 ml/h in the controls (p<0.01, Table VI). Transient elevation of serum creatinine levels (10–20% above normal range) was found in two patients in the adenosine group and one control patient during two postoperative days. The postoperative blood loss did not differ between the groups.

All patients were extubated within 24 hours after the operation and all recovered normally. There were no clinical signs of neurologic complications and all the patients were discharged from the hospital.

### EXAMPLE VII

#### ADDITION OF ADENOSINE TO CARDIOPLEGIA SOLUTION

Cardioplegia is induced during open heart surgery in order to arrest the heart and to reduce myocardial oxygen consumption during cardiopulmonary bypass. This is at present generally obtained by ice-cooled solution containing high concentration of potassium (20 mmol/liter, four times the normal serum level) that is infused into the coronary vessels. It is well known that high concentrations of potassium effectively induce asystole, but also cause damage on vascular endothelium. The latter may lead to permanent stenosis of coronary vessels.

The foregoing data has clearly demonstrated in human patients that adenosine is effective as coronary vasodilator and preserves circulating platelets. Adenosine is also known to be incorporated into high energy phosphates (ATP) in various tissues. In addition, it is well known since the early work of Drury and SZent Gyorgyi (J. Physiol (London) 68:213 (1929)) that high concentration of adenosine can produce heart block.

These four effects of adenosine are all useful during the induction of cardioplegia in human patients. First, the vasodilatory effect can counteract the vasoconstrictor effect of potassium and thereby reduce the time required for administration of cardioplegia solution. This will give a more rapid cooling and thereby more rapid asystoli. Secondly, the inhibitory effect of adenosine on platelet activation can prevent platelet aggregation in the coronary circulation during this cooling phase. Third, adenosine can

AST0055561

5,731,296

**17**

serve as a substrate and be incorporated into myocardial ATP during this condition, when the heart is beating without obtaining adequate oxygen supply. Finally, the well known A-V blocking effect of high concentrations of adenosine can be used for the induction of asystoli. Then, the potassium concentration of the cardioplegia solution can be reduced to a level that do not damage the vascular endothelium.

These four effects of adenosine can all be achieved with a cardioplegia solution containing 0.5–1.5 mg/ml of adenosine, administered into the coronary circulation during the induction of cardioplegia. Ordinarily, when adenosine is administered for this purpose through the aortic root, the cardioplegia solution will be administered at the rate of 50 to 150 ml./min. over a period of about 10 to about 20 minutes.

### EXAMPLE VIII

#### DECREASING ACUTE PULMONARY VASCULAR RESISTANCE

Increased pulmonary resistance, e.g., pulmonary hypertension may clinically manifest as a severe disturbance of myocardial function of the right ventricle, a myocardial insufficiency, and an impaired whole body oxygenation. Increased pulmonary resistance may be chronic or acute, ie., occur as a consequence of surgery, or pulmonary disease. The present invention is also directed to decreasing or normalizing acute pulmonary vascular resistance and pulmonary hypertension.

Pharmacological treatment of increased pulmonary vascular resistance or acute pulmonary hypertension has focused on using traditional vasodilating agents. These agents have been shown to have limited effects on pulmonary hypertension. The vasodilatory and hypotensive effects of these agents are primarily systemic, not localized in the pulmonary vasculature.

The endogenous vasodilator adenosine, in contrast to these traditional agents, has been shown to be most effective as a dilator of blood vessels in the organs in animal models as well as in humans. In animal and clinical studies, systemic vasodilator doses of adenosine have had negligible or at most, minor effect on normal pulmonary vascular resistance. Surprisingly, however, in animal models (pig) where pulmonary hypertension has been induced by hypoxic ventilation during anesthesia, intravenous adenosine administration unexpectedly produces a marked reduction in this higher-than-normal pulmonary vascular resistance. Even more surprising is the fact that this decrease in pulmonary vascular resistance occurs at a dosage of adenosine lower than that which exhibits systemic vasodilator effects. This effect is obtained at doses of adenosine that commonly do not result in detectable vasodilator effects or effects on cardiac output or arterial oxygen function.

It is believed that adenosine can exert its vasodilatory hypotensive effects in the pulmonary circulation without inducing systemic vasodilation because of its extremely rapid elimination in the blood stream (T1/2 less than 10 seconds). Thus, a dose titration of adenosine can be performed, producing effects in the pulmonary vasculature without producing systemic effects at least in part because the adenosine is eliminated before it reaches the resistance vessels of the systemic vasculature.

The expected suitable infusion rate of adenosine in humans to normalize pulmonary vascular resistance is typically 10–30 micrograms per kilogram of body weight (0.010–0.030 mg. per kg. per minute). As a general rule, the

**18**

concentration of the adenosine in the infusion solution is at least about 5 millimol (1.5 mg/ml) and may be as high as the solubility limit of adenosine (about 20 millimol or 5.5–6 mg/ml). However, in small children, the concentration of adenosine in solution may be as low as 0.1 mg/ml.

Preferably, to effectuate the maximum pulmonary hypotensive effect, the adenosine solution is administered by infusion through a catheter to maximize the exposure of the pulmonary vasculature to adenosine. This is done by infusing the adenosine solution into a central vein such as the superior vena cava, or alternatively, into the right atrium. As the adenosine solution is infused, the pulmonary vascular resistance is monitored to determine the effect of the adenosine. Infusion of adenosine is maintained until pulmonary vascular resistance returns to normal levels or until there is no further evidence of decreasing pulmonary vascular resistance. Adenosine infusion may, of course, be continued for periods of time within practical limits in particularly difficult cases of higher-than-normal pulmonary vascular resistance. Using this selective pulmonary effect of adenosine, low infusion rates may be used for the treatment of acute postoperative pulmonary hypertension that occurs in patients after heart transplant surgery or in other surgeries.

### EXAMPLE IX

#### DECREASING PULMONARY VASCULAR RESISTANCE IN CONJUNCTION WITH IDIOPATHIC RESPIRATORY DISTRESS SYNDROME

Adenosine infusion as described in example VIII may also be used to normalize pulmonary vascular resistance (pulmonary hypertension) in children with idiopathic respiratory distress syndrome (IRDS).

Such treatment may be performed by infusing the low doses of adenosine as described in example VIII into the patient's pulmonary vasculature, e.g. via catheter introduced in the pulmonary artery for a period sufficient to lower pulmonary vascular resistance. The catheter's position should be distal to the ductus arteriosus. This way, adenosine does not enter the systemic circulation. Preferably, pulmonary vascular resistance should be lowered to within normal ranges. Thus, adenosine infusion should be maintained for a period sufficient to normalize pulmonary vascular resistance. This can be done by monitoring pulmonary vascular resistance during the infusion process, and maintaining infusion until pulmonary vascular resistance levels fall to normal. In difficult cases, adenosine infusion may be maintained for periods of time within practical limits.

### EXAMPLE X

#### A METHOD OF DIAGNOSING THE OPERABILITY OF THE PULMONARY VASCULATURE IN PATIENTS EXHIBITING PULMONARY HYPERTENSION IN CONJUNCTION WITH CARDIAC SEPTUM DEFECTS

In children with myocardial septum defects (Vitium Organicum Cordis, VOC), who also exhibit pulmonary hypertension, adenosine infusion provides a means by which the value of surgically repairing septum defects can be determined. Adenosine induced reduction of pulmonary vasculature resistance may be a rapid and simplified technique for the evaluation of the usefulness of surgical repair of septum defects. This technique is a welcome diagnostic

AST0055562

5,731,296

19

tool since patients with septum defects having severe morphological damage of the pulmonary vasculature caused by pulmonary hypertension would not normally be responsive to adenosine vasodilation. This condition is not improved by surgical repair of the VOC.

The methodology comprises infusing an adenosine solution (infusion rate of 0.010–0.030 mg. per kg. per minute with a concentration of about 1.5 mg./ml. to about 5.5–6.0 mg./ml.) into the blood stream of a patient to maximize the exposure of the patient's pulmonary vasculature to adenosine. This can be done by infusing a solution of adenosine into a central vein, for example, the superior vena cava, or alternatively, into the right atrium. The blood pressure in the lung artery is then measured before and after administration of the adenosine as per the previously described technique in examples I and VI (cannula introduced in the artery). A decrease of arterial blood pressure is indicative of a reduction of the pulmonary vascular resistance and this, in turn, is an indication that the pulmonary vasculature will respond to surgical repair of the VOC. On the other hand, if there is no decrease in arterial pressure, then this would be indicative of morphological damage of the type that would not be improved by surgery.

An alternative to measuring a decrease in mean arterial pressure is to measure heart minute volume. In this technique, the heart minute volume is measured (same technique as described above in Example I) during administration of adenosine for a time period long enough to observe the pressure or flow change in heart volume. An increase in heart minute volume would indicate that the operability of the pulmonary vasculature had not been impaired, and that the cardiac septum defects could be corrected with surgery. No change would indicate the septum defects could not be corrected with surgery.

EXAMPLE XI

ADENOSINE IN PERCUTANEOUS
TRANSLUMINAL CORONARY ANGIOPLASTY

A new method of treating coronary artery disease in human beings is effected by inserting a special catheter, equipped with an inflatable balloon, into a coronary artery which has an angiographically demonstrable stenosis. The procedure, known as percutaneous transluminal coronary angioplasty (PTCA), is executed as follows: under radiological control, the balloon of the catheter is placed in the stenosed part of the vessel. The balloon is inflated several times, each time with increasing pressures, and for a duration of 1 minute. Thereafter, the catheter is withdrawn from coronary circulation and the flow through the so treated vessel is checked by means of coronary agniography. The resultant widening of the diseased part of the coronary vessel leads to cracks in the intimal cell layer of the vessel. This trauma leads to activation of biochemical processes leading to local production of substances able to constrict the vessel, as well as activating platelets, which are circulating in the blood, in such a way that they are more easily deposited on the site of the previous stenosis. Such a platelet deposition is the first initiation of the coagulation process, which ultimately can lead to the formation of a blood clot. All these events act in conjunction to counter the intended effect of the PTCA treatment, and may ultimately lead to a re-occlusion of the vessel. During the period the PTCA procedure has been in widespread use, re-occlusions have been found to occur within 6 months of treatment in 25% or more of the cases. It is generally agreed that 5–10% or more occur in the first few days after treatment.

20

In order to lessen or prevent the negative effects of PTCA described above, vasodilating substances such as nitroglycerine, sodium nitroprusside, and the like, as well as platelet inhibiting substances and substances preventing blood coagulation such as acetylsalicylic acid, dipyridamol, heparin, coumarin and warfarin, have been administered to the patient before and after the procedure. However, all these substances have actions that are either too potent to be safe in conjunction with the PTCA procedure, since bleeding complications from the catheter puncture sites may occur, or too weak or unpredictable to be fully effective.

Adenosine may be used effectively in conjunction with PTCA because it possesses a unique combination of beneficial properties which all work to antagonize the complicating reactions described above. It has a potent vasodilatory effect on the coronary circulation which enables good blood flow through the treated vessel, which in turn prevents platelet deposition on the traumatized vessel site. In addition, adenosine antagonizes the action of locally produced vaso-constrictor substances. Adenosine also has an inhibiting effect on platelet aggregation, which further inhibits the chances of clot formation in the treated vessel. These effects are further enhanced by the ability of adenosine to inhibit presynaptic neural mechanisms regulating the release of catecholamines from nerve endings of the sympathetic nervous system which, as is well known, have consequences that all work for clot formation.

The adenosine dosage anticipated to be effective in this context is typically from 10 to 100 microgram of adenosine per kilogram per minute. Since the PTCA procedure is performed in an awake patient higher doses will generally not be employed, since such doses produce symptoms such as facial flushing, neck and chest oppression, palpitation and increased rate of respiration in an awake patient which, although not harmful or life-threatening, nonetheless should be avoided because they may induce anxiety.

Adenosine is preferably administered into a peripheral vein such as the femoral vein or brachial vein. Preferably, administration is begun shortly, e.g., a few minutes, before PTCA and continued for the duration of the PTCA and for several hours, e.g., 24 hours after PTCA.

The adenosine treatment may be given to patients undergoing the PTCA treatment under current medication with other anti-anginal drugs, such as adrenergic blocking drugs, calcium antagonists, diuretics, digitalis glycosides, angiotension converting enzyme inhibitors, antihyperlipidemic drugs, nitrate compounds including nitroglycerin or other vasodilatory compounds.

EXAMPLE XII

ADENOSINE IN CORONARY THROMBOLYSIS

A recent advance in the treatment of acute myocardial infarction is by means of introducing substances in the bloodstream to dissolve the clot(s) in the coronary circulation, which in most cases are the cause of the diseased state. This procedure, which is generally referred to as coronary thrombolysis (CTL), is performed by introducing streptokinase, urokinase or tissue plasminogen activator, either intravenously or directly into the coronary circulation. All of the advantages noted above for use of adenosine in PTCA are also applicable to the CTL procedures now in use, or which may be used in the future, since the same vascular and platelet reactions which occur with PTCA also occur in CTL once the thrombolysis has been achieved. In the CTL context, however, it may be advantageous to administer the

AST0055563

5,731,296

21

adenosine concomitantly with the thrombolytic agent, either separately or premixed with it in a fixed solution, such premixed solution being a further aspect of this invention. When the two agents are administered separately, it is desirable but not essential that the initiation of administration of each be simultaneous. For example, administration of the adenosine may be initiated before administration of the thrombolytic agent.

IN CTL, as in PTCA, adenosine may be administered intravenously at the same dosage as with PTCA. It is recognized that, due to the very brief half-life of adenosine, the dose is dependent on the site of administration. For example, a 30-milligram dose of adenosine per kilogram per minute given in the right atrium of the heart provides very similar effects to a 50-milligram dose of adenosine per kilogram per minute given in a forearm vein. It is conceivable that in CTL procedures, adenosine may be given directly in the coronary circulation. The dose then needed to achieve the same effects as described with intravenous administration would then be expected to lie in the range of 5 to 30 microgram of adenosine per kilogram per minute.

EXAMPLE XIII

ADENOSINE IN THE DIAGNOSIS OF
CORONARY HEART DISEASE BY
RADIONUCLEIDE SCINTIGRAPHY

In the diagnosis of coronary heart disease, modern techniques include visualization of myocardial irrigation by means of injecting short-lived radio-isotopes, such as thallium-201, into the blood-stream and record, by means of a gamma-radiation detector, the activity over the heart muscle.

It has been shown that an injection of the vasodilator dipyridamole can augment the redistribution of flow within the heart muscle so that those areas irrigated by stenosed vessels may be better visualized. The mechanism behind this is the so-called "steal" phenomenon: with a generalized maximal vaso-dilation of the heart muscle, relatively more blood will flow through the vessels not stenosed or constricted in any other way, thereby "stealing" the flow from the area supplied through a stenosed vessel.

Dipyridamol is an adenosine uptake inhibitor, which means it prevents adenosine from crossing the cell/membranes of the red blood cells from the plasma to the interior (the normal, rapid main pathway for adenosine elimination from plasma), thereby increasing the adenosine levels in plasma. Most data concerning the mechanism of action of dipyridamole's vasodilatory effect in fact support the view that it is solely due to adenosine vasodilation.

In a further aspect of this invention, adenosine can be used instead of dipyridamole in the diagnostic test described. It would in fact be an advantage to use adenosine insofar as it can be dosed exactly and dose-titrated to a precise effect, whereas with dipyridamole, the adenosine levels are unpredictable. Thus, a safer and more reliable test can be expected if adenosine is used.

The exact dose will normally have to be titrated individually but should lie in the range of 10 to 150 micrograms per kilogram per minute.

This invention has been described in terms of specific embodiments set forth in detail herein, but it is to be

22

understood that these are by way of illustration and the invention is not necessarily limited thereto. Modifications and variations will be apparent from the disclosure and may be resorted to without departing from the spirit of the invention as those of skill in the art will readily understand. Accordingly, such variations and modifications are considered to be within the purview and scope of the invention and the following claims.

What is claimed is:

1. A method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole, comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less.

2. A method according to claim 1 in which adenosine is administered to an anesthetized patient undergoing surgery.

3. A method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole, comprising continuously administering into the blood stream of said patient by intravenous administration about 0.05 milligrams to about 0.30 milligrams of adenosine per kilogram body weight per minute.

4. A method according to claim 3 in which adenosine is administered to an anesthetized patient undergoing surgery.

5. In a surgical method carried out on a patient under general anesthesia the improvement comprising continuously administering into the blood stream of said patient adenosine in an amount sufficient to selectively vasodilate the arteries of said patient without pretreatment with dipyridamole, at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less.

6. In a method as claimed in claim 5, the improvement further comprising continuously administering into the blood stream of said patient adenosine at a rate of from 0.05 to about 0.3 milligrams of adenosine per kilogram of body weight per minute.

7. A method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole, comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.01 to 0.15 milligrams of adenosine per kilogram body weight per minute.

8. A method for selectively vasodilating the arteries of an anesthetized human patient without inducing significant venous dilation and without pretreatment with dipyridamole comprising continuously administering into the blood stream of said patient by intravenous administration about 0.2 milligrams to about 0.35 milligrams of adenosine per kilogram body weight per minute.

9. A method for inducing a reduced afterload in the vascular system of a human without reducing the preload and without pretreatment with dipyridamole, the method comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less.

* * * * *

AST0055564



AST0055565

PTO-1683
(Rev. 7-96)

AST0055566

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC, and<br>ASTELLAS PHARMA US, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>SICOR, INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.:  05-0336-SLR |

## PLAINTIFFS' JOINT STATEMENT REGARDING
## CLAIM TERMS REQUIRING CONSTRUCTION

Pursuant to the October 12, 2005 Scheduling Order in this case, Plaintiffs Astellas US, LLC, Astellas Pharma US, Inc., and Item Development AB jointly provide this statement regarding the identification of claim terms in U.S. Patent No. 5,731,296 ("the '296 patent") for which the parties seek a construction by the Court.  The Defendants have not provided adequate contentions in this matter on either infringement or validity issues.  At this time, and in view of Defendants' current contentions, Plaintiffs do not believe any claim construction is required for the asserted claims of the '296 patent.  However, Plaintiffs reserve the right to seek construction of terms in response to more detailed contentions or claim construction issues raised by Sicor and, in particular, any new theories of invalidity or noninfringement that Sicor may raise.

Dated:  March 27, 2006


_____ /s/ Richard K. Herrmann_____

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue
10th Floor
Wilmington, DE  19899
(302) 888-6800

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C.  20001-4413
(202) 408-4000

*Attorneys for Plaintiffs*


_____ /s/ Paul M. Lukoff_____

Paul M. Lukoff #96
David E. Brand #201
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE  19899
(302) 888-6500

John Scheibeler
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
(212) 819-8200

*Attorneys for Plaintiffs*

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC and<br>ASTELLAS PHARMA US, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.:  05-0336-SLR<br>)<br>)<br>)<br>)<br>) |

## <u>JOINT PROPOSED CLAIM CONSTRUCTION STATEMENT</u>

Pursuant to the Court's Rule 16 Scheduling Order in this matter, the parties hereby submit the following claim chart to present their respective, proposed constructions of disputed claim terms of the patent in suit, namely, U.S. Patent No. 5,731,296 ("the '296 patent").

Defendants, Sicor Inc. and Sicor Pharmaceuticals Inc., object to Plaintiffs' proffer of any proposed constructions because, as will be discussed in more detail in Defendants' claim construction brief, Plaintiffs' proposed constructions were not timely disclosed to Defendants pursuant to Paragraph 5 of the October 12, 2005 Scheduling Order in this case.

Plaintiffs disagree that there was untimely disclosure and  continue to contend that the terms for which Sicor seeks a construction should be construed according to their ordinary meaning.

<u>**Item Development AB, et al. v. Sicor Inc. and Sicor Pharmaceuticals, Inc.,**</u> C.A. No. 05-336-SLR

**Proposed Constructions of Disputed Claim Terms in the '296 Patent**

| U.S. Patent No. 5,731,296 | Item and Astellas' Proposed Construction of Disputed Terms | Sicor's Proposed Construction of Disputed Terms |
|---|---|---|
| **"Method of selectively vasodilating the arteries . . . without inducing significant venous dilation"**<br><br><br><br>**"Selectively vasodilating the arteries"**<br><br><br><br>**"Without inducing significant venous dilation"**<br><br><br><br>(claims 1, 3, and 7) | **"Method of selectively vasodilating the arteries . . . without inducing significant venous dilation"**<br><br>The claim term "Method of selectively vasodilating the arteries . . . without inducing significant venous dilation" must be read as a single phrase and given its ordinary meaning.<br><br>Accordingly, the phrase refers to a method of causing vasodilation characterized by selective action on arteries without inducing "significant" (i.e., an "important, weighty, or notable" amount of) vasodilation of veins.<br><br>*See e.g.* **"Selective"**--of, relating to, or characterized by selection; selecting or tending to select  < buyers of retail stores have become more and more ~ - Glen Fowler> <some dyes were highly ~ in their action  - S. F. Mason> < monetary controls may be either general or ~ - Jules Backman> < an exceptionally quick and ~ reader - John Mason Brown>. *Webster's Third New International Dictionary of the* | **"Selectively vasodilating the arteries"**<br>In view of the specification, this phrase is properly construed "as dilating only arteries and not veins." *See* '296 Patent, Col. 2, lines 39-42.<br><br><br><br>**"Without inducing significant venous dilation"**<br>This phrase is properly construed as "the veins are not dilated to any extent that is detectable by conventional means." |

| U.S. Patent No. 5,731,296 | Item and Astellas' Proposed Construction of Disputed Terms | Sicor's Proposed Construction of Disputed Terms |
|---|---|---|
| | *English Language Unabridged, Volume III, S to Z* 2058 (Encyclopedia Britannica, Inc. 1981) (1961).<br><br>*See also* **"Significant"**--having or likely to have influence or effect: deserving to be considered: important, WEIGHTY, NOTABLE < even though the individual results may seem small, the total of them is ~ - F. D. Roosevelt>.  *Webster's Third New International Dictionary of the English Language Unabridged, Volume III, S to Z* 2116 (Encyclopedia Britannica, Inc. 1981) (1961). | |

| U.S. Patent No. 5,731,296 | Item and Astellas' Proposed Construction of Disputed Terms | Sicor's Proposed Construction of Disputed Terms |
|---|---|---|
| **"Inducing a reduced afterload . . . without reducing the preload"**<br><br><br>**"Inducing a reduced afterload"**<br><br><br>**"Without reducing the preload"**<br><br>(claim 9) | **"Inducing a reduced afterload . . . without reducing the preload"**<br><br>The phrase "inducing a reduced afterload . . . without reducing the preload" must be read as a single phrase and given its ordinary meaning.<br><br>Accordingly, the claim refers to a method of causing vasodilation of the arteries with little or no effect as a dilator of veins. '296 Patent, Col. 2, lines 39-42. | **"Inducing a reduced afterload"**<br>The phrase "inducing a reduced afterload" is recited in asserted claim 9 of the '296 patent. In view of the specification, this phrase is properly construed as equivalent to the phrase "activity of adenosine is limited to dilation of arteries." *See* '296 Patent, Col. 2, lines 39-42.<br><br><br>**"Without reducing the preload"**<br>The phrase "without reducing the preload" is recited in asserted claim 9 of the '296 patent. In view of the specification, this phrase is properly construed as equivalent to the phrase "adenosine has little or no effect as a dilator of veins." *See* '296 Patent, Col. 2, lines 39-42. |

_/s/ Richard K. Herrmann_

Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C.  20001-4413
(202) 408-4000

_Attorneys for Plaintiffs_
_Astellas US LLC and_
_Astellas Pharma US, Inc._

_/s/ Monté T. Squire_

Josy W. Ingersoll #1088
John W. Shaw #3362
Monté T. Squire #4764
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801
(302) 571-6672
msquire@ycst.com

David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8800

_Attorneys for Defendants_
_Sicor Inc. and_
_Sicor Pharmaceuticals, Inc._

_/s/ David E. Brand_

Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com

John Scheibeler
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
(212) 819-8200

_Attorneys for Plaintiff_
_Item Development AB_

# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. )<br>)<br>) | |
| Plaintiffs, ) | Civil Action No. 05-336 SLR |
| )<br>v. )<br>) | |
| SICOR INC. and )<br>SICOR PHARMACEUTICALS, INC., )<br>) | |
| Defendants. )<br>)<br>) | |

## DECLARATION OF PHILIP F. BINKLEY, M.D., M.P.H.

I, Philip F. Binkley, M.D., M.P.H., hereby submit this declaration on behalf of defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") concerning issues of claim construction.

## I.    INTRODUCTION

### A.    Qualifications and Credentials

1.    I am currently the James Hay and Ruth Jansson Wilson Professor of Medicine in the Division of Cardiology at The Ohio State University ("OSU"), where I have been a member of the faculty since 1984. In addition to my faculty appointment, I have been the Director of Cardiovascular Research in the Division of Cardiology at OSU since 1998. I also served as the section head of heart failure and transplantation from 1998 to 2003. A complete list of my positions and professional credentials is set forth in my *curriculum vitae*, which is attached hereto at Tab 1.

2.      I have been a practicing physician and cardiologist for over twenty-one years. In addition, I am board-certified in the fields of cardiology and internal medicine.

3.      In 1976, I was awarded my Bachelors of Arts degree *summa cum laude* in Mathematics and Premedical Studies from Ohio Wesleyan University in Delaware, Ohio. I was awarded my Doctor of Medicine degree *cum laude* from The OSU College of Medicine in Columbus, Ohio in 1979. In addition, I was awarded a Master of Public Health degree, with an emphasis in biostatistics and epidemiology, from The OSU School of Public Health in 2004.

4.      Following my graduation from medical school, I completed a one-year medical internship in Internal Medicine and a two year medical residency in Internal Medicine at The OSU College of Medicine. In addition, I completed a three-year fellowship in Cardiovascular Medicine in the Division of Cardiology at The OSU College of Medicine.

5.      I have conducted extensive research in the field of cardiology and authored over 140 published articles in this field. One of the focuses of my research is the use of vasodilators in the treatment of congestive heart failure, and I have published investigations in which non-invasive determinations of ventricular loading conditions were performed in patients with dilated cardiomyopathy. I have also authored several chapters in medical textbooks, including a chapter in <u>Congestive Heart Failure</u> (Hosenpud & Greenber, eds.) that is entitled "The Non-ACE Inhibitor Vasodilators." In addition, I have presented various abstracts at numerous conferences throughout the United States.

6.      I am a member of the editorial boards of the *American Heart Journal* and the *Journal of Cardiac Failure.* In addition, I have served as a peer reviewer on a number of other journals, including *Circulation, Journal of the American College of Cardiology*, and *Journal of Arteriosclerosis, Thrombosis, and Vascular Biology.*

2

7.      I have received numerous honors and awards in connection with my work in the field of cardiology. Representative awards include the Henry Christian Award for Clinical Research, which was presented to me by the American Federation for Clinical Research, and the Unverferth Award for Research and Career Excellence, which is given to the member of the Department of Internal Medicine who has idealized the role of clinician scholar, mentor, and investigator. Moreover, I received a Mid-Career Scientist Award in Patient-Oriented Research from the National Institutes of Health, which recognizes accomplishments in clinical research and mentorship of developing clinical scientists and provides funding for patient-oriented research, mentorship, and further career development.

8.      I have served as a witness before the Cardiorenal Advisory Panel of the U.S. Food & Drug Administration, and my testimony there regarded flosequinan, a pharmacological drug that is used as a vasodilator.

9.      I have consulted for a number of pharmaceutical companies, including Boots Pharmaceuticals and Otsuka Pharmaceuticals. In addition, I have received research grants from both pharmaceutical companies and governmental organizations, including Wyeth Laboratories, SmithKline Beecham, Pfizer, Myogen, the National American Heart Association, and the National Institutes of Health.

**B.      Materials Considered**

10.     In addition to my knowledge, training, and experience, my opinion is based on the materials cited herein, which are listed at Tab 2.

## II.      BACKGROUND OF THE CASE

11.     I understand that Sicor has been sued for infringement of U.S. Patent No. 5,731,296 ("the '296 patent") based upon the filing of Sicor's Abbreviated New Drug

3

Application No. 77-425 ("Sicor's ANDA") for a 3 mg/ml injectable adenosine product for use as an adjunct to thallium-201 myocardial perfusion scintigraphy in patients unable to exercise adequately. I have been informed that plaintiffs Item Development AB, Astellas US LLC, and Astellas Pharma US, Inc. (collectively "plaintiffs") are asserting claims 1, 3, 7, and 9 of the '296 patent against Sicor in this action.

12.     I understand that the parties dispute the construction of certain terms of the asserted claims of the '296 patent, and I have been asked to provide my opinion concerning the proper construction of these terms.

13.     My opinions are based upon my review of the '296 patent, as well as my review of relevant publications and my general knowledge and experience in the field of cardiology.

14.     In my opinion, a person of ordinary skill in the art to whom the '296 patent pertains in 1985 would be a cardiologist with a residency in internal medicine and two years of a cardiology fellowship, whose experience could also include nuclear cardiology imaging.

## III.     TECHNICAL BACKGROUND

15.     The '296 patent is directed to, *inter alia*, the use of adenosine as a vasodilator to dilate the arteries of a human patient. In order to discuss the various claim construction issues raised in this case, I believe that a brief overview of the relevant technical subject matter would be useful.

16.     Vasodilators are compounds that dilate blood vessels (*e.g.*, veins and arteries). Different types of vasodilators may dilate either veins or arteries, or both. For example, oral nitrate compounds (*e.g.*, isosorbide mononitrate or dinitrate) principally dilate veins, while hydralazine dilates mainly arteries and arterioles. In contrast, nitroprusside dilates both arteries

and veins.  In addition, some vasodilators, including calcium channel blockers, may dilate primarily arteries but also give rise to measurable venous dilation.

17.    Adenosine has been known to be an arterial vasodilator for nearly 80 years.[1] Dipyridamole has also long been used as a selective arterial vasodilator.  In fact, the administration of dipyridamole and the administration of adenosine have a final common pathway that results in the same net effect: an increase in the concentration of adenosine in the blood.

18.    Changes in various hemodynamic parameters may be evaluated to determine whether arterial vasodilation has occurred following the administration of an arterial vasodilator. In particular, a physician may choose to evaluate some or all of the following parameters: systolic blood pressure (SP), diastolic blood pressure (DP), mean arterial blood pressure (MABP), cardiac output, pulmonary artery pressure (PAP), systemic vascular resistance (SVR), and pulmonary vascular resistance (PVR).

19.    In contrast, measurement of a reduction in venous resistance (*i.e.*, venodilation) is more difficult.  In general, venodilation is inferred from a reduction in right atrial pressure, which would indicate decreased venous resistance and an associated decrease in venous pressure.

20.    Venous capacitance and venous pressure contribute indirectly to "cardiac preload."[2]  Rough estimates of cardiac preload are usually calculated by analyzing reductions in

---

[1]    A 1929 publication noted that adenosine lowered general cardiac pressure, in part due to general arterial dilation.  *See* A.N. Drury *et al.*, *The physiological activity of adenine compounds with especial reference to their action upon the mammalian heart*, J. Physiol., 68:213-237 (1929) ("Drury," attached hereto at Tab 3).  By the early 1980s, the use of adenosine as a potent vasodilator was well-known and accepted in the scientific community.  *See, e.g.*, R.M. Berne, *The Role of Adenosine in the Regulation of Coronary Blood Flow*, Circulation Research, 47(6): 807-813 (Dec. 1980) ("Berne," attached hereto at Tab 4).

[2]    I understand that Dr. Sollevi uses the terms "cardiac after-load" and "cardiac pre-load" in the specification of the '296 patent.  However, in my opinion, a person of ordinary skill would understand that the terms afterload and preload are usually described in terms of the left or right ventricle, and thus the use of the more general term "cardiac" is imprecise.  However, for purposes of my declaration, I will use these terms in a manner that is consistent with their use in the specification.

5

either right atrial pressure ("RAP," with respect to right ventricular preload) or left atrial pressure ("LAP," with respect to left ventricular preload). In turn, LAP is often determined by changes in the pulmonary capillary wedge pressure ("PCWP"). A decrease in either RAP or LAP can imply a decrease in ventricular preload. A more conclusive determination of preload requires measurement of ventricular pressure/volume relationships or peak filling rates of the ventricle.

21.    "Cardiac afterload" is estimated by measuring systemic arterial resistance and related hemodynamic parameters. Arterial resistance contributes to the load imposed on the ventricle during systolic contraction. Therefore, reduction of systemic vascular resistance implies a reduction in afterload. More definitive measurement of afterload requires more sophisticated analysis of ventricular pressure/volume relations. In addition, the aortic input impedance spectrum and characteristic impedance of the aorta also provide more complex (and perhaps more complete) measures of the vascular loading conditions that contribute to ventricular afterload. Both of these hemodynamic parameters require the use of high fidelity catheters and instrumentation for correct measurement.

22.    To a significant degree, each of the measurements discussed in paragraph 21 contributes to an assessment of the load imposed by the arterial vasculature on the ejecting left ventricle, and therefore contributes to cardiac afterload. In addition, in certain disease states (*e.g.*, aortic valve stenosis), the valve itself also contributes significantly to afterload.

## IV.    CONSTRUCTION OF DISPUTED CLAIM TERMS

23.    I understand that the Court has been asked to construe the following four claim terms in this case: (1) "selectively vasodilating the arteries;" (2) "without inducing significant venous dilation;" (3) "inducing a reduced afterload;" and (4) "without reducing the preload."

6

A.    **Claims 1, 3, and 7**

24.    Claims 1, 3, and 7 of the '296 patent recite, *inter alia*, "a method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation" by the continuous intravenous administration of adenosine.  Therefore, I understand that the terms "selectively vasodilating the arteries" and "without inducing significant venous dilation" are each set forth in these claims.

25.    As a preliminary matter, I understand the terms "selectively vasodilating the arteries" and "without inducing significant venous dilation" to refer to two separate properties of vasodilators.  As discussed above, some arterial vasodilators (*e.g.*, calcium channel blockers) dilate primarily the arteries, but also dilate veins to an appreciable extent.  In contrast, other vasodilators (*e.g.*, hydralazine) dilate only arteries, with no detectable venous dilation.  Therefore, in my opinion, a person of ordinary skill in the art in 1985 would not consider the terms "selectively vasodilating the arteries" and "without inducing significant venous dilation" to refer to a single concept, and instead would view these terms as representing two independent effects of vasodilators.

1.    **"Selectively Vasodilating The Arteries"**

26.    A person of ordinary skill in the art in 1985 who had reviewed the '296 patent would understand the phrase "selectively vasodilating the arteries," as recited in claims 1, 3, and 7, to refer to an effect that may result from the continuous intravenous administration of a vasodilator.

27.    Moreover, a person of ordinary skill would understand that the specification of the '296 patent had defined the phrase "selectively vasodilating the arteries" to mean that adenosine dilates only arteries, and does not dilate veins.  The specification states as follows:

[A]denosine has been found to have the following characteristics . . . .

7

> It has selective vasodilation activity . . . . That is, its activity is limited to dilation of arteries . . .

*See* col. 2, lines 37-41. In other words, and in my opinion, a person of ordinary skill would understand the specification to expressly limit the physiological effects of adenosine to arterial dilation, and that adenosine therefore does not also dilate veins.

### 2.    "Without Inducing Significant Venous Dilation"

28.    A person of ordinary skill in the art who had reviewed the '296 patent would understand the phrase "without inducing significant venous dilation," as recited in claims 1, 3, and 7, to refer to another effect that may result from the continuous intravenous administration of a vasodilator.

29.    A person of ordinary skill of the art would understand the meaning of the phrase "without inducing significant venous dilation" in view of the context in which that phrase was used in the specification of the '296 patent. The specification states as follows:

> [A]denosine has been found to have the following characteristics . . . .
>
> That is, its activity is limited to the dilation of arteries and it has little or no effect . . . as a dilator of veins.

*See* col. 2, lines 37-42. The phrase "has little or no effect on veins" would thus be understood in a manner consistent with the statements immediately preceding that phrase in the specification: "[Adenosine's] activity is *limited to dilation of arteries . . .*" (*see id.*) (emphasis added).

30.    I note further that a person of ordinary skill in the art in 1985 would understand the term "significant" to have various meanings within the field of cardiology. For example, "significant" could refer to clinical significance, which is any observation in the condition of a patient or population of patients that would be regarded as having practical meaning in terms of symptoms or disease. The term "significant" could also refer to physiological significance, which is a change in the function of some organ system in a patient or experimental model (*e.g.*,

a decrease in arterial pressure would reflect a "physiologically significant" change in the arterial vasculature). In addition, the term "significant" could also refer to statistical significance, which represents the probability that a change in a given value is greater than would be expected by chance.

31.     In the context of the patent specification, however, a person of ordinary skill in the art in 1985 would understand the term "significant" to mean "detectable," given that the term "significant" is used to compare a measurable effect on arterial dilation to the lack of an effect on venous dilation. A person of ordinary skill in the art would subsequently conclude that adenosine would not cause any dilation of veins to an extent that was detectable or inferred by conventional means (*e.g.*, measurement of a change in right atrial pressure following adenosine administration).

**B.     Claim 9**

32.     Claim 9 of the '296 patent recites, *inter alia*, "a method for inducing a reduced afterload in the vascular system of a human patient without reducing the preload" by the continuous intravenous administration of adenosine. Therefore, I understand that the terms "inducing a reduced afterload" and "without reducing the preload" are each set forth in this claim.

33.     As a preliminary matter, the terms "inducing a reduced afterload" and "without reducing the preload" refer to two separate physiological concepts. While a person of ordinary skill in the art would understand that "afterload" and "preload" are interrelated, such a person would know that afterload and preload reflect different aspects of the "load" encountered by the ventricles at different times in the cardiac cycle. Therefore, a person of ordinary skill in the art in 1985 would not consider the terms "inducing a reduced afterload" and "without reducing the

preload" to refer to a single event, but instead would view them as referring to two independent occurrences.

### 1.    "Inducing A Reduced Afterload"

34.    As stated above, determination of afterload is a complex process that may be estimated by measuring systemic arterial resistance and related hemodynamic parameters, or calculated somewhat more accurately by measuring the aortic input impedance spectrum and characteristic impedance of the aorta. Thus, a general definition for the term afterload may be defined in different ways and with varying degrees of complexity and accuracy by the scientific community, a fact that would be known by a person of ordinary skill in the art in 1985.

35.    However, the specification defines the term "afterload" in the context of the '296 patent. In particular, the specification states as follows:

> [A]denosine has been found to have the following characteristics . . . .
>
> It has selective vasodilation activity, in that its effect is limited to cardiac after-load effect. That is, its activity is limited to dilation of arteries . . . .

See col. 2, lines 37-41.

36.    In my opinion, the specification oversimplifies the complex nature of the term "afterload," and its unsupported discussion of this term is not sufficient to draw certain conclusions – including that the effect of adenosine is "limited to cardiac after-load effect" (col. 2, lines 39-40). However, in this case, I understand these terms within the context of the specification, and as Dr. Sollevi has defined them.

37.    Furthermore, person of ordinary skill would understand that the use of the limiting phrase "in that its" means that "afterload effect" should be equated with "selective vasodilation activity." And as discussed above, the specification defines "selective vasodilation activity" to mean that adenosine dilates only arteries, not veins.

38.    Therefore, and in my opinion, the phrase "inducing a reduced afterload" would be understood by a person of ordinary skill the art in the context of the '296 patent to mean "limited to dilation of arteries."

### 2.    "Without Reducing The Preload"

39.    As stated above, estimation of preload is a complicated process. In fact, "preload" has been and is still regarded as a concept that does not have a universal definition:

> The term *preload* is intimately linked to the Frank-Starling concept, although no exact definition of preload is universally accepted. Most authorities define preload as the actual sarcomere stretch that exists at the end of diastole. However, others define preload as the force that causes this sarcomere stretch. ***The difference in definition can lead to real discrepancies in the concept of preload.***

*See, e.g.,* Jeffrey D. Hosenpud & Barry H. Greenberg, <u>Congestive Heart Failure</u>, 68 (2d ed., 2000) ("Hosenpud," attached hereto at Tab 5) (emphasis added).

40.    However, the specification defines "preload" in the context of the '296 patent. In particular, the specification states as follows:

> [A]denosine has been found to have the following characteristics . . . .
>
> That is, its activity is limited to dilation of arteries and it has little or no effect on cardiac preload, *i.e.*, as a dilator of veins.

*See* col. 2, lines 37-42. A person of ordinary skill in the art would be forced to look to the specification for the meaning of the term "preload," given that the term "preload" is regarded by persons of ordinary skill as a concept that does not have a universal definition.

41.    In my opinion, the specification oversimplifies the complex nature of the term "preload," and its unsupported discussion of this term is not sufficient to draw certain conclusions – including that adenosine "has little or no effect on cardiac preload" (col. 2, lines

11

41-42). However, in this case, I understand this term within the context of the specification and as Dr. Sollevi has defined it.

42.    Therefore, and in my opinion, the phrase "without reducing the preload" would be understood by a person of ordinary skill in the art in the context of the '296 patent to mean that adenosine does not dilate veins in a manner that can be detected or inferred by conventional means.

## V.    CONCLUSION

43.    I hereby declare that the foregoing is true and correct to the best of my knowledge.

_____8/23/06_____          _Philip F. Binkley, MD, MPH_
Date                                          Philip F. Binkley, M.D., M.P.H.

# TAB 1

**CURRICULUM VITAE**

**PHILIP FREDERICK BINKLEY, MD, MPH**

**ADDRESSES:**

**Home:** 2661 Berwyn Road          **Work:** The Ohio State University
      Columbus, Ohio 43221                Department of Internal Medicine
      614.488.7606                Division of Cardiovascular Medicine
                        221 Means Hall
                        1654 Upham Drive
                        Columbus, Ohio 43210
                        614.293.9222; 614.293.5118 FAX

Date of Birth: August 13, 1954

Ohio Wesleyan University:  B.A.  Suma Cum Laude 1976
Ohio State University:  M.D.  Cum Laude 1979
The Ohio State University School of Public Health:  Master of Public Health with Emphasis in Biostatistics and Epidemiology  December, 2004

## POST GRADUATE TRAINING, TEACHING ASSIGNMENTS, STAFF APPOINTMENTS

| | |
|---|---|
| Medical Internship, Ohio State University, Columbus, Ohio | 1979-1980 |
| Medical Residency, Ohio State University Columbus, Ohio | 1980-1982 |
| Fellowship, Ohio State University, Division of Cardiology, Columbus, Ohio | 1982-1985 |
| Clinical Instructor, Ohio State University Department of Medicine, Columbus, Ohio | 1982-1985 |
| Assistant Professor of Medicine, Ohio State University, Division of Cardiology, Columbus, Ohio | 1985-1991 |
| Associate Professor of Medicine, Ohio State University, Division of Cardiology, Columbus, Ohio | 1991-1997 |
| Professor of Medicine, Ohio State University, Division of Cardiology, Columbus, Ohio | 1997 - Present |
| Director, Cardiovascular Research, Division of Cardiology, Ohio State University | 1998 - Present |
| Section Head, Heart Failure/Transplantation Division of Cardiology, Ohio State University | 1998 – 2003 |
| Graduate Faculty—Biomedical Engineering and Department Pathology—Advisor Status | 1999-Present |
| The James Hay and Ruth Jansson Wilson Professor of Medicine,  Division of Cardiology, | 2000-Present |

          Ohio State University
Vice Chair for Academic Affairs, Ohio State University        2002-Present

Associate Director of Training and Faculty Development,
the Davis Heart and Lung Research Institute                        2002- Present

**LICENSURE**
Ohio #35-04-6746

**COMMITTEES -  Department/Division**

1. Department of Medicine Library Committee - 1985 to present

2. Division of Cardiology Fellowship Committee - 1985 to present

3. Division of Cardiology Research Committee - 1990 to present

4. Department of Medicine Research Advisory Committee - 1990 to present

5. Chairman Department of Medicine Research Advisory Committee - 1993 to present

6. Department of Medicine Promotion and Tenure Committee – elected 1998

7. Chairman Department of Medicine Research Committee - 1998 to present

8. Chairman Department of Medicine Promotion and Tenure Committee -elected 7/1999

**College**

Roessler Committee on Student Research
Medical Scientist Training Program Committee
College of Medicine Research Committee
College of Medicine General Research Committee - 1999 to present
College of Medicine Appointments, Promotion & Tenure Committee – 2005 to present

**Professional**

1.        Grant Peer Review Committee.  The Central Ohio Service Area of the American Heart
          Association.  1985 to present.

2.        Research Appropriations Committee. The Ohio Affiliate of the American H Association.
          1989.

3.        Research Advisory Committee.  The Central Ohio Service Area of the American Heart
          Association.  1989 to present.

4.        Board of Trustees.  Franklin County, American Heart Association.  Elected 1990-1993.

Philip F. Binkley                                                                                    3

5.      Community Resource Committee.  Franklin County, American Heart Association.  Elected 1990.

6.      Vice President - Research Advisory Committee. The Central Ohio Service Area of the Ohio Affiliate of the American Heart Association. 1991-1992.

7.      Chairman - Community Resource Committee. Franklin County, American Heart Association. 1991-1992.

8.      Executive Committee - Board of Trustees. Franklin County, American Heart Association. 1991 to present.

9.      Chairman - Central Ohio Service Area Research Committee. The Ohio Affiliate of the American Heart Association. 7/92 to present.

10.     Research Steering Committee. Ohio Affiliate of the American Heart Association.   7/92 to present.

11.     Board of Trustees - The Ohio Affiliate of the American Heart Association. 6/92 to present.

12.     President - Franklin County Board. The Ohio Affiliate of the American Heart Association. 1994-1995.

13.     Vice Chairman - Research Steering Committee of the Ohio Affiliate of the American Heart Association. 1994-1995.

14.     Chairman - Peer Review Committee of the Ohio Affiliate of the American Heart Association. 1994-1995.

15.     Chairman - The Diversity Awareness Subcommittee of the Research Steering Committee of the Ohio Affiliate of the American Heart Association. 1994-1995.

16.     Chairman -  Volunteer Resources Committee - Franklin County Division of  the American Heart Association. 1995 to present.

17.     Executive Committee of the State of Ohio Affiliate of the American Heart Association. 1995 to present.

18.     Chairman - Ohio-West Virginia Affiliate of the American Heart Association Research Committee. 1995 to 1997.

19.     Immediate Past Chair - Research Committee of the Ohio-West Virginia Affiliate of the American Heart Association.  1997 to present.

20.     Secretary - Board of Directors, Ohio-West Virginia Affiliate of the American Heart Association.  1997 to present.

Philip F. Binkley                                                                                              4

21.    National Research Committee of the American College of Cardiology. 1996 to present.

22.    American Heart Association the Ohio Valley Affiliate - President Elect 7/1999 to present

23.    Member North American Steering Committee of the NIH sponsored STICH Trial 2003 to present.

## OTHER PROFESSIONAL SERVICES

Chief Proctor - American Board of Internal Medicine Certifying Examination in Internal Medicine.  1987-1992.

## MEMBERSHIPS

Fellow of the American College of Cardiology
American College of Physicians - Associate Member
American Heart Association
American Federation for Clinical Research
Central Society for Clinical Research - Elected 1993
American Heart Association Council on Circulation
Heart Failure Society of America - Elected 1996

## CONSULTANCY

1. Consultant to Boots Pharmaceuticals - 1992-1993
2. Consultant to Otsuka Pharmaceuticals - 1994 to present
3. Consultant to Premier Research World Wide - 1993 to present
4. Consultant to Medtronic Corporation, Heart Failure Division - 1996

## JOURNAL PEER REVIEW AND ABSTRACT REVIEW

Ad Hoc Reviewer for:
Hypertension
Circulation
Journal of the American College of Cardiology
American Heart Journal
Diabetes
Journal of Arteriosclerosis, Thrombosis, and Vascular Biology
American College of Cardiology
        Scientific Sessions Abstract Reviewer - Heart Failure 1995-96, 1996-97
Editorial Board, The American Heart Journal
Editorial Board, The Journal of Cardiac Failure

## HONORS AND AWARDS

Summa cum Laude - Ohio Wesleyan University - 1976
Chi Gamma Nu Chemistry Honorary - Ohio Wesleyan University
Pi Mu Epsilon Mathematics Honorary - Ohio Wesleyan University
Lease Prize in Mathematics
Phi Beta Kappa - Ohio Wesleyan University (Junior elect)
Cum Laude - Ohio State University College of Medicine
AOA - Ohio State University
Central Ohio Heart Chapter Fellowship - 1983-1984
Central Ohio Heart Chapter Fellowship - 1984-1985

Philip F. Binkley                                                                                6

      (Franklin County Fellow)
Young Investigator of the Central Ohio
      Heart Chapter of American Heart Assoc.  1986-1987
Young Investigator of the Central Ohio
      Heart Chapter of American Heart Assoc.  1987-1988
Clinical Associate Physician of the General
      Clinical Research Center of the
      National Institutes of Health -  1987-1990
Nominated as 1993 Physician of the Year by the Ohio Affiliate of the American Heart
      Association
Listed in Best Physicians in Midwest, Specialist in Heart Failure, 1996
Henry Christian National Award For Clinical Research - Presented by the American Federation
      for Clinical Research at its Annual National Scientific Meetings 1996, Washington, DC
Entered in 6th edition of "The Best Doctors in America," 1998
Mid-Career Investigator Award in Patients Oriented Research (K-24)
      Granted by the NIH (see grants and awards)
Selected as "The Best Doctors in America" in 2002
Unverferth Award for Research and Career Excellence, 2002
Elected to Phi Kappa Phi Graduate Honorary Society 2003
Faculty mentor to Soma Mandal—winner of the 2004 Denman Research Day Award for Health
Sciences Research (the Denman awards are the premiere undergraduate research awards of the
Ohio State University).


## GRANTS AND AWARDS

1.  Central Ohio Heart Chapter. "Aortic Impedance in CHF: Response to Therapeutic Agents",
    7/1/85 - 12/31/86. $18,000.00

2.  Pfizer Pharmaceuticals. Analysis of Impedance in a Congestive Heart Failure Population.
    Pfizer Scholar Award application.  6/86 (not funded).

3.  University Seed Grant:  Aortic Impedance in Congestive Heart Failure:  Response to
    Therapeutic Agents: 7/1/85-6/30/87.  $7,100.00

4.  Central Ohio Heart Chapter: Impedance in CHF: Response to Therapeutic Agents", 7/1/86-
    6/30/87. $18,270.00 Grant.

5.  Young Investigator Award/Central Ohio Heart Chapter.  Impedance in Congestive Heart
    Failure: Response to Therapeutic Agents: 7/1/86-6/30/87. $26,000.00 Stipend.

6.  Central Ohio Heart Chapter, Influence of Isordil and Hydralazine on Circulatory Power,
    1/1/88-6/30/88. $23,000.00 Grant.

7.  Young Investigator Award/Central Ohio Heart Chapter. Influence of Isordil and Hydralazine
    on Circulatory Power. 7/1/88-6/30/87. $25,000.00 Stipend.

8.  Central Ohio Heart Chapter, Total Artificial Heart:  Central & Peripheral Vascular Effects.

Kevin Murray - PI, **Philip Binkley - CoI**. 7/1/87-6/30/88.  $22,475.00

9.   Central Ohio Heart Chapter. Doppler Indices of Diastolic Function:  Effects of Heart Rate. Steven Hirsch - PI, **Philip Binkley - Sponsor,** 7/1/87-6/30/88.  $18,000.00 Stipend.

10.  National Institutes of Health.  Specialized Center of Research in Heart Failure. Determinants of Vasodilator Efficacy in Heart Failure.  5/88 (approved but not funded)

11.  Central Ohio Heart Chapter.  Total Artificial Heart:  Central & Peripheral Vascular Effects. Kevin Murray - PI, **Philip Binkley - CoI**. 7/1/88-6/30/89.  $22,475.00

12.  Central Ohio Heart Chapter.  Diastolic Function in Cardiac Transplant Recipients and its Relation to Allograft Rejection, Assem Farhat - PI, **Philip Binkley - Sponsor,** $15,000.00 7/1/88-12/31/89

13.  Central Ohio Heart Chapter, Total Hydraulic Load in Congestive Heart Failure - (Supplemental to National American Heart Association Grant) - 7/1/88-6/30/89. $15,000.00

14.  Syntex, Mechanisms of Vascular Response to Positive Inotropic Intervention. January 1989, (approved but not funded).

15.  Clinical Associate Professor Award, through General Clinical Research Center of the National Institutes of Health.  7/1/87-6/30/89. $96,400.00 Grant.  3rd Year Competitive Application. $40,000.00 Stipend.

16.  Wyeth Laboratories.  An Open Label Study of the Effects of Anaritide on Central Hemodynamics and the Regional Blood Flow in Patients with Severe Decompensated Congestive Heart Failure.  1/1/87-12/30/90.  $20,000.00

17.  National Institutes of Health, General Clinical Research Center - Clinical Associate Physician Award.  3rd Year Competitive Application.  Approved and renewed 7/1/89-6/30/90. $48,200.00

18.  American Heart Association - National Chapter, Total Hydraulic Load in Congestive Heart Failure - 7/1/88-6/30/91.  $60,000.00

19.  Galaxo Corp. Modulation of Ventricular-Vascular Interactions by Positive Inotropic Intervention.  1/89.  (approved but not funded).

20.  Ohio Affiliate of the American Heart Association: Autonomic Control of Ventricular-Vascular Coupling in Congestive Heart Failure. 7/1/90-6/30/91. $19,972.00

21.  Ohio Affiliate of the American Heart Association:  Fellowship Award to Greg Eaton, M.D., **Philip Binkley,MD**. Faculty Sponsor.  7/1/90-6/30/91.  $20,000.00

22.  Ohio Affiliate of the American Heart Association: Autonomic Control of Ventricular-Vascular Coupling in Congestive Heart Failure. (2nd year approval) 7/91-6/92. $30,000.00

23. Smith Kline & French: A Double-Blind Positive Controlled Crossover Assessment of Renal Response to Intravenous Infusion of Corlopam Compared to Sodium Nitroprusside at Doses That Increase Cardiac Outpatient in Patients with Congestive Heart Failure. 7/1/90-6/30/91. $169,244.00

24. Boots Pharmaceuticals.  Spectral Analysis of Heart Rate Variability in a Population of Patients Treated with Vasodilator Flosequinan Compared to a Placebo Treated Population.  10/90-5/91.  $45,000.00

25. Ohio Affiliate of the American Heart Association: Selective Autonomic Modulation of Ventricular Coupling in Congestive Heart Failure. 7/92-6/93. $30,000.00

26. Smith-Kline Beecham - "A Double-Blind Positive Controlled Cross-Over Assessment of Renal Responses to Intravenous Infusion of Corlopam Compared to Sodium Nitroprusside in Doses that Increase Cardiac Output in Patients with Congestive Heart Failure" 1990-1991 Total Award: $169,244

27. Merck Sharp and Dohme - "Open label Pilot Study of the Hemodynamic Effects of Intravenous Enalaprilat Administered as an  Extended Infusion to patients with Heart Failure: 1991 Total Award:$70,500

28. Merck Sharp and Dohme - Multicenter Double-Blind Randomized Parallel Multiple-Dose Placebo Controlled Study of Hemodynamic and Clinical Effects of Mk-954 (Losartan, DUP753) in Patients with Congestive Heart Failure" 1992 Total Award: $35,571

29. Otsuka Pharmaceuticals - "A Phase 2 Stepwise Open Titration Study of the Pharmacodynamics and Pharmacokinetics of OPC-18790 in Subjects with Heart Failure: 1992-1993 Total Award:$120,500

30. "Spironolactone Dose-Ranging Study in Symptomatic Heart Failure: 1993-1994 Total Award: $77,890

31. Wyeth-Ayerst - "A Randomized Multi-Center Study Comparing the Efficacy and Safety of Intravenous Milrinone and Intravenous Nitroglycerin in Patients with Severe Heart Failure" 1993 Total Award: $134,432

32. Smith-Kline and Beecham - "Prospective Randomized Evaluation of Carvedilol on Symptoms and Exercise in Heart Failure: 1993-1994 Total Award: $87,000

33. Otsuka Pharmaceuticals - "A Randomized Multiple Dose Study of the Chronic Administration of Vesnarinone (OPCC-8212) in Heart Failure" 1993-1994 Total Award: $31,500

34. Boots Pharmaceuticals - Autonomic Response to Flosequinan in Congestive Heart Failure - A Placebo Controlled Analysis. **Philip F. Binkley – PI**. 6/92-7/93. $14,000.00

35. Boots Pharmaceuticals - Autonomic Response to Sibutramine in Normal Subjects. **Philip F. Binkley - PI**. 7/93-12/93. $11,500.00

36. Boots Pharmaceutical - Autonomic Response to Combination Therapy with Flosequinan and an ACE Inhibitor Compared to an ACE Inhibitor Alone. **Philip F. Binkley - PI.** 7/93-12/93.

37. Ohio Affiliate of American Heart Association. Nagaraja HN-Principal Investigator. Philip Binkley Co-Investigator. Markov Chain Modeling as Noval Means to Assess Heart Rate Variability. 7/1/93-6/30/95. $30,000.00 per year.

38. Pfizer Pharmaceuticals--The influence of Amlodipine on Autonomic Tone in Patients with Congestive Heart Failure--$43,0000

39. Merck Sharp and Dohme--Influence of Losartan  on Autonomic Tone in Congestive Heart Failure--Dr. Binkley Director of Core Laboratory  For Spectral Analysis of Data Acquired in International Trial--$17,000.

40. Merck Medical School Grant. Influence of an Angiotensin II Antagonist on Large Vessel Compliance and Autonomic Tone in the Early Stages of Ventricular Failure. $30,000.00

41. Ohio Affiliate of the American Heart Association Fellowship Restoration of  Baroreflex Sensitivity with Augmented Myocardial Stimulation in Congestive Heart Failure.  . Steven Boyer, M.D., Fellow Awardee, **Philip F. Binkley, M.D., Mentor** 1994 - 1995 $34,020.00

42. Ohio Affiliate of the American Heart Association Fellowship. Evaluation of Myocardial Metabolism in CHF via 13C Magnetic Resonance Spectroscopy. Brian Foley, M.D. Fellow Awardee, **Philip F. Binkley, M.D. Mentor** 1995 - 1996.  $35,208.00

43. Ohio Affiliate of the American Heart Association Grant in Aid.Differential  Regional Conduit Vessel Response to Ventricular Dysfunction in a Paced Canine Model of Heart Failure. Gregory Eaton PI, **Philip F. Binkley CoI**. 1994 - 1996.  $90,000.00

44. National American Heart Association. Mechanisms Governing Ventriculoarterial Coupling in Congestive Heart Failure. **Philip F. Binkley PI.**  7/93-6/96. $120,000.00

45. National Institutes of Health. Heart Failure Induced by Targeted MCP-1 Expression. P.E. Kolattukudy PI, **Philip F. Binkley CoI**. 9/1/98-8/31/03. $250,000 per year. Funded 2002.

46. Parke-Davis- "A 12-Week, Double-Blind, Placebo-Controlled, Multicenter Study of Oral YM087 (CI-1025) to Assess Functional Capacity in Patients With Class III Chronic Heart Failure (Protocol 1025-014)" 1999-2000 **Philip Binkley OSU PI.** Total Award: $ 67,368

47. Parke-Davis- "A Double-Blind, Placebo-Controlled Study of the IV Dose Response of YM087 on Cardiopulmonary Hemodynamics in Patients with Class III/IV Heart Failure." 1999-2000 **Philip Binkley OSU PI** Total award $97,700

48. Immunex- "Multicenter Double-Blind, Randomized, Placebo-Controlled, Phase II/III Study of the Effects of Recombinant Human Tumor Necrosis Factor Receptor (p75): Fc Fusion Protein (Etanercept) on Improvement in Patients with Chronic Heart Failure" 1999-2000 **Philip Binkley OSU PI** Total award $87,000

49. Astra- "Candesartan Cilexetil (Candesartan) in Heart Failure Assessment of Reduction in Mortality and Morbidity (CHARM)" 1999- 2001 **Philip Binkley OSU PI** Total Award $100,000

50.  National American Heart Association. Altered Cerebral Vasoregulation in Hypertension and Transient Ischemic Attacks. Vera Novak PI, **Philip Binkley CoI**. 1/1999-12/2002. $225,000.

51. National Institutes of Health Mid Career Investigator Award in Patient Oriented Research (R-21). National Institute of Health. Depsipeptide: A Novel Histone Deacytlase Inhibitor in Leukemia. John Byrd, **Philip Binkley (CoI).** 1/1/02-12/31/03. $656,098.00 total award.

52.  National Heart,Lung and Blood Institute. Mechanisms of Chronic Pathobiology in Allografts. Charles Orosz/Clay Marsh PI, **Philip Binkley CoI**. 9/30/01-8/31/06. $ $6,268,314 total award

53. National Institute of Health. Pharmacogenetic Antiplatelet Strategies in CHD Patients (K23) Glenn Cooke PI, **Philip Binkley-Mentor**. 12/01/00-11/30/05. $670,339.00 total award.

54. National Institute of Health & Duke Univ. Surgical treatment for ischemic heart failure (STICH). Robert Michler/Ben Sun PI, **Philip Binkley (CoI)**. 06/17/2002 - 05/31/2009. $181,890 total award.

55. National Institute of Health. Preoperative Treatment of Lung Cancer with rhuMAb VEGF (R21). Gregory Otterson PI, **Philip Binkley (CoI)** 6/2002-6/2004. $656,098.00 total award.

56. State of Ohio. BRTT Tobacco Grant, Cardiovascular Bioengineering Enterprise. Mauro Ferrari PI, **Philip Binkley, CoI**. 02/01/2003 - 01/31/2006. $6,500,000.00 total award.

57. Pfizer Pharmaceuticals—Statin Induced Augmentation Of Circulating Endothelial Progenitor Cells and Myocardial Viability In Patients With Ischemic Cardiomyopathy.  **Philip F. Binkley, PI.**  12/20/2005 - 06/01/2007, $86,342.

58. CHF Solutions—The Inpact of Ultrafiltration verves Standard IV Diuretic Therapy on Heart Rate Variability in Congestive Heart Failure. 06/09/2005 - 06/30/2006 **Philip F. Binkley, PI.** $47,195.

59. Scios, Inc. Follow-Up Serial Infusions of natrecor (nesiritide) for the Management of Patients with Heart Failure (FUSION II). **Philip F. Binkley, PI** 07/22/2004 - 06/30/2006. $27,088.

60. Myogen, Inc. Study of oral enoximone versus placebo in advanced chronis heart failure subjects.  **Philip F. Binkley, PI.**  11/15/01 - 06/30/06.   $129,781 total reimbursements to date.

61. Myogen, Inc. Enoximone plus extended-release metoprol succinate in subjects with advanced chronic heart failure (EMPOWER) **Philip F. Binkley, PI** .10/01/03 - 06/30/06. $11,667.50 total reimbursements to date.

62. Myogen, Inc. An open label enoximone extension study for subjects who clinically deteriorate

during the enoximone withdrawl phase (Phase B) of EMPOWER (MY-023) **Philip F. Binkley, PI.** 10/18/04 - 09/15/06. $5,005.00 total reimbursements to date.

63. National Institutes of Health. Iron and atherosclerosis (R21), Subha Raman PI, **Philip Binkley, CoI.** 08/01/2005 - 07/31/2006. $411,125.00

64. National Institutes of Health. Eliminating Barriers to Effective Training in Clinical Investigation (T32). **Philip F. Binkley, PI.** 09/30/05 - 08/31/10. $3,348,925 total award.

65. National Institutes of Health. Ohio valley heart failure clinical research network (U01) William Abraham PI, **Philip Binkley, CoI** . 07/01/06 - 06/30/11. $2,518,254, pending

66. National Institute of Health. Molecular and Cellular Mechanisms of Cardiovascular Disease (T32). Jay Zweier, PI, **Philip Binkley, COI**. Cardiology Training Grant, 4/1/07-3/31/12. $200,729, pending

## PUBLICATIONS

1. Walker S, **Binkley PF**, Neiger D, Fulkerson P, Bush C, Unverferth D, Leier C: Right Ventricular Aneurysm:  Clinical and Laboratory Features.  Catheterization and Cardiovascular Diagnosis 8(2):137-43, 1982.

2. **Binkley PF**, Bush C, Kolibash A, Magorien R, Hamlin R, Leier C:  The Anatomic Relationship of the Esophageal Lead to the Left Atrium. PACE 5:853-859, 1982.

3. Hermiller JB, Walker SS, **Binkley PF**, Kidwell G, Schaal S, Wooley CF, Stang JM, Leier CV:  The Electrophysiologic Effects of Upright Posture.  American Heart Journal 108(5):1250-4, 1984.

4. **Binkley PF**: Neurohumoral Mechanisms on Congestive Heart Failure in: Dilated Cardio-myopathies.  Unverferth D. (ed). Futura Publishing Co., Inc., New York. pp 115-133, 1985.

5. Sullivan M, **Binkley PF**, Unverferth D, Ren J, Boudoulas H, Bashore T, Leier C: Prevention of Bedrest-Induced Physical Deconditioning by Daily Dobutamine Infusions: Implications for Drug-Induced Physical Conditioning.  Journal of Clinical Investigation 76(4):1632-1642, 1985.

6. **Binkley PF**, Lewe R, Lima J, Parrish D, Leier CV: Enhanced Ventricular Ectopy Following Pindolol:  An Adverse Effect of a Beta-Blocker with Intrinsic Sympathomimetic Activity. American Heart Journal 112(2):424-426, 1986.

7. Leier CV, **Binkley PF**, Unverferth DV:  Alpha$_1$-Adrenergic Blockade Redistributes Cardiac Output to the Hepatic-Splanchnic Region in Congestive Heart Failure: Regional Hemodynamic Studies with Indoramin.  Heart Failure 2(5):231-235, 1986.

8. Shields BJ, Lima JJ, **Binkley PF**, Leier CV, MacKichan JJ: Determination of Pindolol in Human Plasma and Urine by High-Performance Liquid Chromatography with Ultraviolet Detection.  Journal of Chromatography 378(1):163-171, 1986.

9.  Lima JJ, **Binkley PF**, Johnson J, Leier CV: Dose and Time-Dependent Binding and Kinetics of Pindolol in Patients with Congestive Heart Failure.  Journal of Clinical Pharmacology 26(4):253-257, 1986.

10. **Binkley PF**, Lewe RF, Lima JJ, Al-Awwa A, Unverferth DV, Leier CV:  Hemodynamic-Inotropic Response to a Beta-Blocker with Intrinsic Sympathomimetic Activity in Patients with Congestive Cardiomyopathy.  Circulation 74(6):1390-1398, 1986.

11. Leier CV, Huss P, Parrish D, **Binkley PF**, Unverferth DV:  Preliminary Observations of Chronic Indoramin Therapy in Congestive Heart Failure.  Journal of Cardiovascular Pharmacology  8(Suppl 2):S112-116, 1986.

12. **Binkley PF**, Bush C, Fleishman B, Leier C: In Vivo Validation of the Origin of the Esophageal Electrogram.  Journal of the American College of Cardiology 7(4):813-818, 1986.

13. **Binkley PF**, Boudoulas H:  The Measurement of Myocardial Inotropy.  Cardiotonic Drugs: A Clinical Survey.  Carl V. Leier, M.D. (ed) Marcel Dekker Inc., New York p.5-48, 1986.

14. Leier CV, Majetich N, **Binkley PF**, Unverferth DV:  Hemodynamic Responses to Indoramin at Rest and During Exercise in Congestive Heart Failure.  Pharmacotherapy 7(3):61-68, 1987.

15. **Binkley PF**, Bonagura JD, Olson SM, Boudoulas H, Wooley CF: The Equilibrium Position of the Mitral Valve:  Non-Invasive Confirmation of a Model of Diastolic Mitral Valve Motion and Transmitral Flow.  American Journal of Cardiology 59(1):109-113, 1987.

16. Sullivan MJ, **Binkley PF**, Unverferth DV, Leier CV:  Hemodynamic and Metabolic Responses of the Exercising Lower Limb of Humans.  Journal of Laboratory and  Clinical Medicine 110(2):145-152:1987.

17. Leier CV, **Binkley PF**, Randolph PH, Unverferth DV: Long-Term Indoramin Therapy in Congestive Heart Failure:  A Double-Blind, Randomized, Parallel Placebo-Controlled Trial. Journal of the American College of Cardiology 9(2):426-32, 1987.

18. **Binkley PF**, Lewe RF, Unverferth DV, Leier CV: Preservation of the End-Systolic Pressure/End-Systolic Dimension Relation Following Pindolol in Congestive Heart Failure. American Heart Journal 115(6):1245-1250, 1988.

19. Leier CV, **Binkley PF**, Carpenter J, Randolph P, Unverferth DV:  Cardiovascular Pharmacology of Dopexamine in Low Output Congestive Heart Failure.  American Journal of  Cardiology 62(1):94-99,1988.

20. **Binkley PF**:  Mitral Valve Function:  Normal Transmitral Flow.  In: Mitral Valve Prolapse and the Mitral Valve Prolapse Syndrome.  Wooley C. and Boudoulas H. (eds), Futura Publishing Co. New York. p 89-106, 1988.

21. **Binkley PF**, Galbraith TA, Shaffer PB, Starling RC, Murray KD, Howanitz EP, Watson KM, Myerowitz PD:  Influence of an Extracorporeal Artificial Ventricle on Native Ventricular

Performance. American Heart Journal 115(5):1119-1121, 1988.

22. Starling RC, Galbraith TA, Baker PB, Howanitz EP, Murray KD, **Binkley PF**, Watson KM, Unverferth DV, Myerowitz PD:  Successful Management of Acute Myocarditis with Biventricular Assist Devices and Cardiac Transplantation.  American Journal of Cardiology 62(4):341-343, 1988.

23. **Binkley PF**, Lewe R, Lima JJ, Unverferth DV, Leier CV: Neurohumoral Profile in Congestive Heart Failure:  Response to Beta-Blockade.  Journal of Laboratory and Clinical Medicine  111(4):393-398, 1988.

24. **Binkley PF**, Lewe R, Unverferth D, Leier CV:  Late Systolic Indices of Ventricular Function: Non-invasive Derivation in Congestive Heart Failure.  American Heart Journal 116(5 Pt 1):1276-82, 1988.

25. Nicolozakes AW, **Binkley PF**, Leier CV: Hemodynamic Effects of Smoking in Congestive Heart Failure.  The American Journal of Medical Sciences 296(6):377-380, 1988.

26. **Binkley PF**: New Onset of Dyspnea in a Middle-Aged Man.  In: Contemporary Internal Medicine, Vol 1.  Bower J and Mazzaferri EL (eds), Plenum Medical Book Company, New York, pp 290-300, 1988.

27. **Binkley PF**, Lewe R, Unverferth DV, Leier CV: Pindolol in Congestive Heart Failure. Cardiology Board Review 6(4):42-48, 1989.

28. Leier CV, **Binkley PF**, Starling RC, Huss-Randolph P: Disparity Between Improvement in Left Ventricular Function and Changes in Clinical Status and Exercise Capacity During Chronic Enoximone Therapy.  American Heart Journal 117(5):1092-1098, 1989.

29. **Binkley PF**, Shaffer P, Ryan JM, Leier CV: Augmentation of Diastolic Function with Phosphodiesterase Inhibition in Congestive Heart Failure.  Journal of Laboratory and Clinical Medicine 114(3):266-71, 1989.

30. Starling RC, Baker PB, Hirsch SC, Myerowitz PD, Galbraith TA, **Binkley PF**:  The Donor Recipient Atrial Anastomosis After Orthotopic Cardiac Transplantation:  An Echocardiographic and Anatomic Description.  American Journal of Cardiology 64(1):109-111, 1989.

31. Haas GJ, **Binkley PF**, Carpenter JA, Leier CV: Central and Regional Hemodynamic Effects of Flosequinan on Congestive Heart Failure.  American Journal of Cardiology 63(18):1354-1359, 1989.

32. Krukemyer JJ, Boudoulas H, **Binkley PF**, Lima JJ:  Biphasic Pattern of Hypersensitivity Following Acute Propranolol Withdrawal in Normal Subjects.  Life Sciences 45(17):1547-1551, 1989.

33. **Binkley PF**, Murray KD: Circulatory Assist Devices:  Advances and Limitations in Their Short and Long Term Use for the Therapy of Ventricular Failure.  Current Opinion in

Philip F. Binkley                                                                                            14

Cardiology, 4:372-376, 1989.

34. Nunziata E, Malone MT, Mccorkle PB, **Binkley PF**:  A PC-Based System for the Analysis of Sympathetic and Parasympathetic Limbs of the Autonomic Nervous System.  Proceedings of the Southern Biomedical Engineering Conference, 1989

35. Rome MP, Majetich N, **Binkley PF**, Huss-Randolph P, Leier CV: Left Ventricular Performance During the Course of a Day and Meals in Dilated Cardiomyopathy and Heart Failure.  American Journal of Medical Sciences.  296(7):289-294, 1989.

36. Haas GJ, **Binkley PF**, Leier CV: Chronic Vasodilator Therapy  with Flosequinan in Congestive Heart Failure. Clinical Cardiology 13:414-420, 1990.

37. **Binkley PF**, Van Fossen DB, Nunziata E, Unverferth DV, Leier CV: Influence of Positive Inotropic Therapy on Pulsatile Hydraulic Load and Ventricular-Vascular Coupling in Congestive Heart Failure.  Journal of the American College of  Cardiology 15:5, 1127-35, 1990.

38. Kalanges LK, Murray KD, **Binkley PF**, Myerowitz PD: The Role of Beta Receptors in the Peripheral Vasculature in Calves with a Total Artificial Heart (TAH).  Current Surgery, 47(1): 33-34, 1990.

39. Tice FD, **Binkley PF**, Cody RJ, Mocscberger ML, Mohrland JS, Wolf DL, Leier CV: Hemodynamic Effects of Oral Nicorandil in Congestive Heart Failure.  American Journal of Cardiology  65(27):1361-1367, 1990.

40. Krukemyer JJ, Boudoulas H, **Binkley PF**, Lima JJ: Comparison of Hypersensitivity to Adrenergic Stimulation Following Abrupt Withdrawal of Propranolol and Nadolol: Influence of Half-Life Differences.  American Heart Journal 120(3):572-579, 1990.

41. Leier CV, **Binkley PF**, Cody RJ: Alpha-Adrenergic Component of the Sympathetic Nervous System in Congestive Heart Failure.  Circulation 82(2):168-176,1990.

42. Babbitt DG**, Binkley PF**, Schaal SF:  Clinical Significance of Terminal QRS Abnormalities in the Setting of Inferior Myocardial Infarction.  Journal of Electrocardiology. 24(1):85-90;1991.

43. **Binkley PF**, Murray KD, Watson KM, Myerowitz PD, Leier CV: Dobutamine Increases Cardiac Output of the Total Artificial Heart:  Implications for the Vascular Contribution of Inotropic Agents to Augmented Ventricular Function.  Circulation 84:1210-1215, 1991.

44. Krukemyer JJ, Boudoulas H, **Binkley PF**, Lima JJ: Comparison of Single Dose and Steady State Nadolol Plasma Concentrations.  Pharmacology Research 7(9):953-6;1990.

45. Krukemyer JJ, Boudoulas H, **Binkley PF**, Lima JJ: Relationship Between Lymphocyte B-Receptor Density and Physiologic Response During and After Propranolol and Nadolol Treatment.  Pharmacology.(Life Sci. Adv) 1990,9:385-391.

46. **Binkley PF**, Boudoulas H:  The Measurement of Myocardial Inotropy in Cardiotonic Drugs:

Philip F. Binkley                                                                                      15

A Clinical Survey.  Carl V. Leier, M.D. (ed) Marcel Dekker, Inc.  New York. Second Edition, 1991.

47. Leier CV, **Binkley PF**:  Acute Positive Inotropic Intervention:  The Catecholamines. American Heart Journal. 121(6):1866-1870,1991

48. Murray KD, Kalanges LK, Weiland JE, **Binkley PF**, Howanitz EP, Galbraith TA, Myerowitz PD:  Platypnea-Orthodeoxia: An Unusual Indication for Surgical Closure of a Patent Foramen Ovale: Journal of  Cardiac Surgery.  6(1):62-67, 1991.

49. **Binkley PF**, Nunziata E, Haas GJ, Nelson SD, Cody RJ: Parasympathetic Withdrawal is an Integral Component of Autonomic Imbalance in Congestive Heart Failure: Demonstration in Human Subjects and Verification in a Paced Canine Model of Ventricular Failure. Journal of the American College of  Cardiology, 18:464-72,1991.

50. **Binkley PF**: Featured Research and Update on Congestive Heart Failure Mortality Trials Presented at the 1990 Scientific Session of the American Heart Association. Congestive Heart Failure Index and Reviews III(Supplement):48;December 1990.

51. Babbitt DG, **Binkley PF**, Schaal SF: Clinical Significance of Terminal QRS Abnormalities in the Setting of Inferior Myocardial Infarction. Journal of Electrocardiology 1991 Jan;24(1):85-90.

52. **Binkley PF**:  Role of Surgery in the Management of Congestive Heart Failure. Progress in Cardiology 4/2 (ed) Douglas P. Zipes, Derek J. Rowlands 1991.

53. **Binkley PF**, Starling RC, Hammer DF, Leier CV: Usefulness of Hydralazine to Withdraw from Dobutamine in Severe Congestive Heart Failure. American Journal of Cardiology 68:1103-1106, 1991.

54. Starling RC, Hammer DF, **Binkley PF**, Galbraith TA, Howanitz EP, Murray KD, Watson KM, Myerowitz PD:  Adenine Nucleotide Content in Cold Preserved Human Donor Hearts and Subsequent Cardiac Performance After Orthotopic Heart Transplantation. Journal of Heart and Lung Transplantation. Jul-Aug;10(4):508-16,1991.

55. Leier CV, **Binkley PF**.  Acute Positive Inotropic Intervention: The Catecholamines. American Heart Journal 1991 Jun;121(6) Pt 1):1866-70.

56. **Binkley PF**, Murray KD, Watson KM, Myerowitz PD, Leier CV. Dobutamine Increases Cardiac Output of the Total Artificial Heart. Implications for Vascular Contribution of Inotropic Agents to Augmented Ventricular Function. Circulation 1991 Sept;84(3):1210-5.

57. **Binkley PF**: Assessing Sympathetic Nervous System Activity in Congestive Heart Failure. Congestive Heart Failure Index and Reviews. IV(4):1-24;1991.

58. Cody RJ, Haas GJ, **Binkley PF**, Caper Q, Kelley R:  Plasma Endothelin Correlates with the Extent of Pulmonary Hypertension in Patients with Chronic Congestive Heart Failure. Circulation 1992;85:504-509.

59. Murray K, **Binkley PF**, Howanitz EP, Ross P, Myerowitz PD,  Watson K:  Remnant Atrial Function in Human and Animal Recipients of a Total Artificial Heart. Journal of  Heart and Lung Transplantation. 11(6)1066-1072, 1992.

60. Pasierski TJ, **Binkley PF**, Pearson AC:  Evaluation of Aortic Distensibility with Transesophageal Echocardiography. American Heart Journal. 1992;123(5):1288-1292.

61. **Binkley PF**, Cody RJ:  Measurement of the Autonomic Profile in Congestive Heart Failure by Spectral Analysis of Heart Rate Variability. Heart Failure 1992;8(4):154-166.

62. Haas GJ, **Binkley PF**, Wooding-Scott M, Cody RJ:  Effects of Successful Cardiac Transplantation on Plasma Endothelin. American Journal of  Cardiology. 1993;71:237-240.

63. Tice FD, Jungbluth L, **Binkley PF**, MacKichan JJ, Mohrland S, Wolf D, Leier CV: Clinical Pharmacology of Nicorandil in Patients with Congestive Heart Failure. Clinical Pharmacology and Therapeutics. 1992;52:496-503.

64. **Binkley PF**, Haas GJ, Starling RC, Nunziata E, Hatton PA, Leier CV, Cody RJ: Sustained Augmentation of Parasympathetic Tone with Angiotensin Converting Enzyme Inhibition in Patients with Congestive Heart Failure. Journal of the American College of  Cardiology. 1993;21:655-61.

65. Starling RC, **Binkley PF**, Haas GJ, Hatton PS, Wooding-Scott M: Thermodilution Measures of Right Ventricular Ejection Fraction and Volumes in Heart Transplant Recipients: A Comparison with Radionuclide Angiography. Journal of  Heart and Lung Transplantation. 1992;11:1140-6.

66. Cody RJ, Haas GJ, **Binkley PF**:. Endothelin as a Vasoconstrictor Substance in Congestive Heart Failure. Heart Failure.1992;8(4):135-141.

67. Eaton GM, Cody RJ, **Binkley PF**: Increased Aortic Impedance Precedes Peripheral Vasoconstriction at the Early State of Ventricular Failure in the Paced Canine Model. Circulation. 1993:88:2714-2221.

68. **Binkley PF**: Perspectives on Afterload and Preload Reduction for the Management of Congestive Heart Failure. Cardiac Chronicle 1993;7(6):1-8.

69. Murray KD, **Binkley PF**: Research Use of the Artificial Heart. [Letter]. Journal of Heart and Lung Transplantation. 1993 Jan-Feb;12:154-155.

70. Pasierski TJ, Starling RC, **Binkley PF**, Pearson AC: Echocardiographic Evaluation of Pulmonary Artery Distensibility. Chest 1993 Apr:183(4)1080-3.

71. Murray KD, **Binkley PF**, Dumond DA, Watson KM, Howanitz EP, Ross P, Myerowitz PD: The Significance and Prevention of Air Emboli with the Total Artificial Heart. Artificial Organs 1993 Aug:17(8):734-40.

72. Eaton GM, Cody RJ, **Binkley PF**: Increased Aortic Impedance Precedes Peripheral

Vasoconstriction at The Early Stage of Ventricular Failure in the Paced Canine Model. Circulation 1993 Dec;88 (6):2714-21.

73. Eaton GM, Cody RJ, **Binkley PF**: Aortic Impedance in the Paced Canine Model of CHF. (Letter) Circulation 1994 June;89(6):2945-7.

74. Pearson AC, Guo R, Orsinelli DA, **Binkley PF**, Pasierski TJ: Transesophageal Echocardiographic Assessment of the Effects of Age, Gender, and Hypertension on Thoracic Aortic Wall Size, Thickness, and Stiffness. American Heart Journal. 1994 Aug;128(2):344-51.

75. Constable PD, Muir WW, **Binkley PF**: Hypertonic Saline is a Negative Inotropic Agent in Normovolumic Dogs. American Journal of Physiology. 1994 Aug;267 (2 pt 2):H667-677.

76. Khot UN**, Binkley PF**, Haas GJ, Starling RC: Restoration of Diurnal Blood Pressure Variability After Cardiac Transplantation. Transplant Proceedings.1994 Oct:26(5):2736-7.

77. Bernston GG, Cacioppo JT, **Binkley PF**, Uchino BN, Quigley KS, Fieldstone A: Psychological Sress and Cardiac Response in Autonomic Space as Revealed by Pharmacological Blockades. Psychophysiology. 1994 Nov;31(6):599-608.

78. Cacioppo JT, Berntson GG, **Binkley PF**, Quigley KS, Uchino BN, Firestone A: Sympathetic and Parasympathetic Cardiac Control:II Basal Response, Noninvasive Indices, and Autonomic Space as Revealed by Autonomic Blockade. Psychophysiology. 1994 Nov;31(6):586-98.

79. **Binkley PF**, Nunziata E, Cody RJ: Influence of Flosequinan on Autonomic Tone in Congestive Heart Failure: Mechanism for Positive Chronotropic Effect of Vasodilator Therapy. Am Heart J. 1994 Dec:128(1):1147-1156.

80. **Binkley PF**, Eaton GE, Nunziata E, Cody RJ: Heart Rate Alternans. Ann Intern Med. 1995 Jan 15;122(2):115-7.

81. **Binkley PF**: Effects of Physiologic and Pharmacologic Adrenergic Stimulation on Heart Rate Variability. Letters to the Editor, Journal of the American College of Cardiology. 1995 March 15;25(4)958-9.

82. Panina G, Khot UN, Nunziata E, Cody RJ, **Binkley PF**: Assessment of Autonomic Tone Over a Twenty-Four Hour Period in Patients with Congestive Heart Failure: Relation Between Mean Heart Rate and Measures of Heart Rate Variability. The American Heart Journal. 1995 April; 129 (4):748-840.

83. **Binkley PF**: Determinants of Cardiac Function. In Sivak E, Higgins TL, Seiver A (eds): The High Risk Patient: Management of the Critically Ill. Williams and Wilkins. 1995, pp 507-529.

84. Cody RJ, **Binkley PF**, Haas GJ, Brown DM: Acute Myocardial and Vascular Responses to Specific Angiotensin II Antagonism in the Spontaneously Hypertensive Rat. American Journal of Hypertension. 1995;8:500-508.

85. Eaton GM, Cody RJ, Nunziata E, **Binkley PF**: Early Left Ventricular Dysfunction Elicits

Activation of Sympathetic Drive and Attenuation of Parasympathetic Tone in the Paced Canine Model of Congestive Heart Failure. Circulation. 1995;92:555-561.

86. **Binkley PF**, Orsinelli DA, Nunziata E, Patterson SP, Khot UN, Puri P, Latcham AP, Pearson AC:  Differing Autonomic Response to Dobutamine in The Presence and Absence of Ischemia:  Implications for the Autonomic Contribution to Positive Inotropic Intervention. American Heart Journal. 1995;130:1054-1061.

87. Constable PD, Muir WW III, **Binkley PF**:  Effect of Hypertonic Saline Solution on Left Ventricular Afterload in Normovolumic Dogs.  American Journal of Veterinary Research. 1995 November;56(11):1513-1521.

88. Panina G, Khot UN, Nunziata E, Cody RJ, **Binkley PF**:  Role of Spectral Measures of Heart Rate Variability as Markers of Disease Progression in Patients with Chronic Congestive Heart Failure Not Treated with Angiotensin-Converting Enzyme Inhibitors.  American Heart Journal. 1996;131:153-157.

89. **Binkley PF**:  History of Heart Rate Alternans.  Letter to the Editor, Annals of Internal Medicine. 1995;123(5):394.

90. Nagaraja SS, **Binkley PF**:Statistical Modeling of Heart Period Data. Proceedings of the Biometrics Section, American Statistical Association. 1996; 361-364.

91. Ladson-Wofford SE, **Binkley PF**, Middendorf DF, Hebert LA: Hypertension in Maintenance Dialysis Patients: Current View on Pathophysiology and Treatment. International Yearbook of Nephrology. 1996:12:129-138.

92. Pearson AC, **Binkley PF**: Noninvasive Assessment of Aortic Impedance in: Functional Abnormalities of the Aorta. Boudoulas H, Toutouzas PK, Wooley CF. (eds). Futura Publishing Co., Inc., New York. pp 161-182, 1996.

93. Tice FD, Peterson JW, Orsinelli DA, **Binkley PF**, Cody RJ, Guthrie R, Pearson AC: Vascular Hypertrophy is an Early Finding in Essential Hypertension and is Related to Arterial Pressure Waveform Contour. American Heart Journal. 1996;132:621-627.

94. Murray KD, **Binkley PF**, Watson KM, Olsen DD, Howanitz EP, Myerowitz PD: Isolated Vascular Effects of Dopamine, Dobutamine, and Sodium Nitroprusside in Animals with an Artificial Heart. Journal of the American  College of  Cardiology (in press)

95. Khot UN, **Binkley PF**, Haas GJ, Starling RC. Prospective Study of the Circadian Pattern of Blood Pressure after Heart Transplantation. J Heart Lung Transplant. 1996 Apr; 15 (4):350-9.

96. **Binkley PF**, Van Fossen DB, Haas GJ, Leier, CV: Increased Ventricular Contractility is Not Sufficient For Effective Positive Inotropic Intervention: The Governing Role of Ventricular-Vascular Coupling in the Setting of Human Congestive Heart Failure. American Journal of Physiology 271 (Heart Circulation Physiology 40). October 1996;H1333-H1339.

97. **Binkley PF**: Heart Rate Variability: Two Eras of Investigation (Editorial). The Journal of

Cardiac Failure. September1996;12(3):193-196.

98. Van Fossen DB, **Binkley PF**:  Validation of Doppler Flow Velocities in Patients With Left Ventricular Dysfunction (in submission).

99. Ahmed S, Leier CV, Nunziata E, **Binkley PF**: Use of Spectral Measures of Heart Rate Variability to Predict Need for Heart Transplantation. (in submission).

100.  Leier CV, Whitby G, Kennedy R, **Binkley PF**: Removal from the Waiting List for Heart Transplantation: A Risk Factor for Sudden Death? Journal of Cardiac Failure, 1997;3(2):105-116.

101. **Binkley PF**, Nunziata E, Ahmed S, Cody RJ: Circadian and Dose Dependent Autonomic Response to Vasodilations with Amlodopine in Ischemic and Nonischemic Heart Failure (in submission, JACC).

102. Armstrong AT, **Binkley PF**, Baker PB, Myerowitz PD, Leier CV: Quantitative Investigation of Cardiomyocyte Hypertrophy and Myocardial Fibrosis Over 6 Years After Cardiac Transplantation. Journal of the American College of Cardiology. September 1998; 32(3):704-710.

103. **Binkley PF**, Leier CV.  The Non-ACE Inhibitor Vasodilators. In Congestive Heart Failure. Hosenpud JD, Greenber BH (eds). Springer –Verlag. (In Press).

104. **Binkley PF**, Leier CV. Parenteral Inotropic Support for Advanced Heart Failure. Progress in       Cardiovascular Disease 1998, 41: 207-224.

105. **Binkley PF**, Moldovan NI, Strauch AR, Eaton GM, Leier CV, Goldschmidt-Clermont PJ. Apoptolysis: A Novel Mechanism of Plaque Rupture. In Submission: Arteriosclerosis, Thrombosis, and Vascular Biology.

106. Alvarez RJ Jr, **Binkley PF**, Moldovan N, Marsh C, Kolattukudy P, Goldschmidt-Clermont PJ:  Plaque Rupture and the Dead Arterial Wall Hypothesis. (in submission)

107. **Binkley PF**, Raman S, Hatton PA, Leier CV. Carvedilol Prevents Progressive Autonomic Dysfunction during the Vulnerable Period in Patients with Heart Failure. Circulation 100 (No.18 Suppl l):l-202;1046.

108. **Binkley PF**, Nunziata E, Haas GJ, Starling RC, Leier CV, Cody RJ. Dissociation between ACE activity and autonomic response to ACE inhibition in patients with heart failure. American Heart Journal 2000; 140(1):34-42.

109. Goldschmidt-Clermont PJ, Cooke GE, Eaton GM, **Binkley PF**. PI$^{A2}$, a Variant of GPIIIa Implicated in Coronary Thromboembolic Complications. JACC 2000;36(1):90-93.

110. Giverts MM, Colucci WS; et al on Behalf of the Study Investigators (**Binkley PF**). Acute Endothelin A Receptor Blockade Causes Selective Pulmonary Vasodilation in Patients With Chronic Heart Failure. Circulation, June 2000:2922-2927.

111. Ehrman JK, Kirby TE, Leier CV, **Binkley PF**. Heart Rate Variability During Steady-State Exercise in Patients with Heart Failure. 1999 Human Kinetics, Clinical Exercise Physiology, 1(3), 131-137.

112. Cooke GE, Eaton GM, Whitby G, Kennedy RA, **Binkley PF**, Moeschberger ML, Leier CV. Plasma Atherogenic Markers in Congestive Heart Failure and Posttransplant (Heart) Patients. J Am Coll Cardiol. 2000 Aug; 36 (2):509-16.

113. Armstrong AT, **Binkley PF**, Baker PB, Leier CV. Histologic Comparison of Allograft Myocardium Between Short- and Long-Term Survivors of Human Cardiac Transplantation. American Journal of Cardiology 2000, 15;86(10):1148-51, A9.

114. Novak V, Kanard R, Rodzevski c, **Binkley PF**, Eckberg D, Slivka A. Symmetry of Vasomotor Reserve During Orthostatic Stress, Cold Pressor test, and Carotid Compression. Clinical Autonomic Research 2000, Vol 10, No. 4, pg 259

115. **Binkley PF**, Louis-Stratton Y, Hatton PS, Alvarez RJ, Leier CV, Goldschmidt-Clermont PJ, Cooke GE. The Deletion Polymorphism of the Ace Gene is a Determinant of Accelerated Autonomic Imbalance in Congestive Heart Failure. Circulation . Vol 102, No. 18, Oct 31, 2000, (11) 379,1846.

116. **Binkley PF**, Nunziata E, Hatton PS,  Leier  CV. The Positive Inotropic Agent Levosimendan Mediates Increased Cardiac Output without Progression of Sympathovagal Imbalance in Patients with Heart Failure. Circulation of the Journal of the American Heart Association, Vol 102, No 18, Oct 31, 2000, (11) 720, 3483.

117. Leier CV, Alvarez RJ, **Binkley, PF.**  The problem of ventricular dysrhythmias and sudden death mortality in heart failure: the impact of current therapy.  Cardiology. 2000;93(1-2):56-69. Review.

118. **Philip F. Binkley,** Ywen Liu-Stratton, Patty S. Hatton, Glen Cooke. A Polymorphism of the Endothelial Nitric Oxide Synthase Gene is Associated with Increased Sympathetic Drive in Patients With Congestive Heart Failure. JACC 2001;87(2)supplA:1197-44.

119. Cooke GE, Liu-Stratton Y, Ferketich AK, Frie DJ, Magorien RD, Bray PF, Moeschberger ML, **Binkley PF**, Goldschmidt-Clermont PJ. Effect of P1[A] on Platelet Inhibition by Aspirin, Clopidogrel, or their Combination. May 2001 (JACC in revision)

120. Raman SV, Cooke GE, **Binkley PF**. Myocyte Mitosis and Post-Infarct Ventricular Tachycardia. New England Journal of Medicine 2001;345:1130-1131.

121. Leier CV, Adams KF, Armstrong PW, Baughman KL, **Binkley PF**, Bourge RC, Bristow MR, Chatterjee K, Cohn JN, Colucci WS, Dec WG, Eichhorn EJ, et al. Nuggets, Pearls, and Vignetttes of Master Heart Failure Clinicians. A Tribute to "Experience-Based Medicine". Congestive Heart Failure 2002; Masters of Heart Failure Series,Vol. 8,98-124

122. Khouri S, Ryan J, Ferketich A, **Binkley PF**. Detection of Ischemia in patients with Ischemic

Cardiomyopathy by Dual –Isotope Hybrid Study versus Rest-Stress Protocol. J. Cardiac Failure 2001; 7(3):88.

123. Khouri S, Hassanain HH, Goldschmidt-Clermont P, **Binkley PF**. Left Ventricular Remodeling in Response to Hypertension Induced by Targeted Expression of Rac1 in Murine Smooth Muscle. J. Cardiac Failure 2001;7(3):20.

124. **Binkley PF**, Quotation in Article: Stem Cell Research, Stem Cells May Shore Up Transplanted Hearts. Science 2002;295(5553):253.

125. Lopes N, Vasudevan SS, Alvarez RJ, **Binkley, PF**, Goldschmidt PJ. Pathophysiology of Plaque Instability: Insights at the Genomic Level. Progress in Cardiovascular Disease 2002;44(5):323-38.

126. Dib N, McCarthy P, Campbell A, Yeager M, Pagani F, Wright S, MacLellan W.R, Fonarow G, Eisen H, Furukawa S, Michler R, **Binkley PF (co-author)**, Buchele D, Korn R, Ghazoul M, Dinsmore J, Diethrich E. Initial Results of the Safety and Feasibility of Autologous Myoblast Transplantation in Patients with Ischemic Cardiomyopathy The United States Experience. Circulation 2002 (in submission).

127. **Binkley, PF**. The Next Era of Examination and Management of the Patient with Cardiovascular Disease.  IEEE Eng Med Biol Mag. 2003 May-Jun;22(3):23-4.

128. McWhinney SR, Boru G, **Binkley PF,** Peczkowska M, Januszewicz AA, Neumann HP, Eng C.  Intronic Single Nucleotide Polymorphisms in the *RET*  Protooncogene are Associated with a Subset of Apparently Sporadic Pheochromocytoma and May Modulate Age of Onset. J. Clinical Endocrinology & Metabolism 88(10):4911-4916, 2003.

129. The Role of Wearable Monitoring Devices in Cardiovascular Medicine.  IEEE Eng Med Biol Mag 2003;22(3):18-20.  Paulo Bonato, editor.

130. Raman SV, Cooke GE, **Binkley PF**. Stem Cell-Derived Cardiomyocytes Demonstrate Arrythmic Potential. Circulation 2003 May 27;107(20):e195; author reply e195.

131. **Binkley PF,** Auseon A, Cooke G.  A polymorphism of the gene encoding AMPD1: clinical impact and proposed mechanisms in congestive heart failure.  Congest Heart Fail. 2004 Nov-Dec;10(6):274-78.

132. **Binkley PF**, Nunziatta E, Lui-Stratton E, Cooke G. A polymorphism of the endothelial nitric oxide synthase promoter is associated with an increase in autonomic imbalance in patients with congestive heart failure.  American Heart Journal 2005;149:342-8.

133. Byrd JC, Marcucci G, Parthun MR, Xiao JJ, Klisovic RB, Moran M, Lin TS, Liu S, Sklenar AR, Davis ME, Lucas DM, Fischer B, Shank R, Tejaswi SL, **Binkley PF**, Wright J, Chan KK, Grever MR. A phase 1 and pharmacodynamic study of depsipeptide (FK228) in chronic lymphocytic leukemia and acute myeloid leukemia.  Blood 2005 Feb 1:105(3):959-67.

Philip F. Binkley                                                                                    22

134. Ferketich AK, **Binkley PF**. Depressive Symptoms and inflammation among heart failure patients. American Heart Journal 2005 Jul; 150(1): 132-6.

135. Dib N, McCarthy P, Campbell A, Yeager M, Pagani FD, Wright S, MacLellan WR, Fonarow G, Eisen HJ, Michler RE, **Binkley P**, Buchele D, Korn R, Ghazoul M, Dinsmore J, Opie SR, Diethrich E.  Feasibility and safety of autologous myoblast transplantation in patients with ischenic cardiomyopathy.  Cell Transplantation 2005;14(1):11-19.

136. Ferketich AK, **Binkley PF**. Psychological Distress and Cardiovascular Disease: Results from the 2002 National Health Interview Survey. European Heart Journal 2005 September; 26(18):1928-9.

137. Zhou L, Azfer A, Niu J, Graham S, Choudhury M, Adamski FM, Younce C, **Binkley PF** and Kolattukudy PE.  Monocyte Chemoattractant Protein-1 Induces a Novel Transcription Factor that Causes Cardiac Myocyte Apoptosis and Ventricular Dysfunction. Circulation Research 2006 March 30; [Epub ahead of print]

138. Cooke GE, Liu-Stratton Y, Ferketich AK, Moeschberger ML, Frid DJ, Magorien RD, Bray PF, **Binkley PF**, Goldschmidt-Clermont PJ.  Effect of Platelet Antigen Polymorphism on Platelet Inhibition by Aspirin, Clopidogrel, or their Combination. J Am Coll Cardiol. 2006 Feb 7; 47(3):541-6.

139. Shah MH, **Binkley PF**, Chan K, Xiao J, Arbogast D, Collamore M, Farra Y, Young D, Grever M.  Cardiotoxicity of Histone Deacetylase Inhibitor Depsipeptide in Patients with Metastatic Neuroendocrine Tumors.  Clin Cancer Res (in press) 2006

140. Aquilante CL, Terra SG, Schofield RS, Pauly DF, Hatton PS, **Binkley PF** and Johnson JA. Sustained Restoration of Autonomic Balance with Long but not Short Acting Metoprolol in Patients with Heart Failure. Journal of Cardiac Failure (in press) 2006

**ABSTRACTS AND PRESENTATIONS**

1. **Binkley PF**, Schaal S, Leier C:  Prolonged Interatrial Conduction - A Major Predisposing Factor to Atrial Dysrhythmias.  Presented at Cardiostim 1984, Monaco.

2. Sullivan M, **Binkley PF**, Unverferth D, Leier CV:  The Relationship Between Limb Blood Flow and Cardiac Output at Different Levels of Exercise and Oxygen Consumption. Presented at the National Meeting of the American Federation for Clinical Research, May 1984.

3. Sullivan M, **Binkley PF**, Magorien R, et al:  Hemodynamics of an Exercising Limb in Man.  Clin Res 32:476A, 1984.

4. **Binkley PF**, Bush CA, Leier CV:  Validation of the Origin of the Esophageal Electrogram. Circulation 72(4) 111-161. Presented at the American Heart Association Meetings, Washington, D.C., 1985.

5. Sullivan M, **Binkley PF**, Unverferth D, Leier CV:  Pharmacologic Intervention of

Philip F. Binkley                                                                                                    23

Deconditioning in Humans.  (Abstr) American Society for Clinical Investigation.  Clin Research 33:523A, 1985.

6.  **Binkley PF**, Bonagura JD, Olson S, Boudoulas H, Wooley CF:  Mechanics of Mitral Valve Motion and Transmitral Flow in Prolonged Diastole.  Clinical Research 34 (2): 283A, 1986.  Presented at the 1986 National American Federation for Clinical Research Meetings, Washington, D.C.

7.  **Binkley PF**, Lewe R, Leier CV:  Neurohumoral Profile Determines  Hemodynamic Response to Beta-Blockade in Congestive Cardiomyopathy.  Clinical Research 34 (2): 283A, 1986.  Presented at the National American Federation for Clinical Research Meetings, 1986, Washington, D.C.

8.  **Binkley PF**, Lewe R, Leier CV: Non-Invasive Determination of the End-Systolic Pressure-Dimension Relation in Congestive Cardiomyopathy.  Clinical Research, 34(4): 383A, 1986.  Presented at the Midwest Regional Meetings of the American Federation for Clinical Research 1986; Chicago, Illinois.

9.  **Binkley PF**, Lewe R, Lima J, Leier CV:  Hemodynamic Response to Pindolol in Congestive Heart Failure.  Clinical Research, 34(4):384A, 1986.  Presented at the Midwest Regional Meetings of the American Federation for Clinical Research 1986: Chicago, Illinois.

10.  **Binkley PF**, Shaffer P, Hatton P, Schaal S:  Moderate Exercise Enhances Left Ventricular Performance in an Aging Population. Circulation, 74 11-396, 1986. Presented at the National American Heart Association Scientific Sessions: Dallas, TX 1986.

11.  Leier CV, **Binkley PF**, Unverferth DV:  Alpha$_1$ Blockade Redistributes Cardiac Output to Hepatic-Splanchnic Regions in Human Congestive Heart Failure. Circulation, 74:1-139 1986.  Presented at the National American Heart Association Scientific Sessions;  Dallas, TX 1986.

12.  **Binkley PF**, Lewe R, Unverferth D, Leier CV:  Neuroendocrine Response to Beta-Blockade in Congestive Heart Failure.  Clinical Research 35(3): 263A, 1987.  Presented at the American Federation for Clinical Research Sessions; San Diego, CA. 1987.

13.  **Binkley PF**, Murray K, Fahrig S, Myerowitz D, Leier CV:  Dobutamine Increases Cardiac Output of the Total Artificial Heart.  Clinical Research 35(3):263A, 1987. Presented at the American Federation for Clinical Research Sessions; San Diego, CA. 1987.

14.  **Binkley PF**, Lewe RF, Leier CV: Preservation of the End-Systolic Pressure/Dimension Relation Following Pindolol Administration in Congestive Heart Failure.  Clinical Research 35(3):262A, 1987.  Presented at the American Federation for Clinical Research Sessions: San Diego, CA. 1987.

15.  Van Fossen DB, **Binkley PF**, Unverferth DV:  Validation of Doppler Aortic Flow Velocity Measurements in Humans. Clinical Research 35(3):331A, 1987.  Presented by

Philip F. Binkley                                                                     24

Van Fossen at the American Federation for Clinical Research Sessions:  San Diego, CA., 1987.

16. Murray K, **Binkley PF**, Watson K, Galbraith T, Myerowitz D, Howanitz P, Olsen D: The Peripheral Vascular Effects of Dobutamine, Dopamine, and Sodium Nitroprusside in Total Artificial Heart Animals.  Presented at the 21st Annual Meeting of the Association of Academic Surgeons, 1987.

17. **Binkley PF**, Lewe RF, Unverferth DV, Leier CV:  Curvilinear Models Best Describe the Relation of Neurohumoral Variables to Hemodynamic State in  Congestive Heart Failure. Presented at the Midwest Regional Meeting of the American Federation for Clinical Research, Chicago, ILL. 1987.

18. **Binkley PF**, Lewe RF, Al-Awwa A, Leier CV:  The End-Systolic Pressure/Dimension Relation in Congestive Heart Failure;  Preservation Following Administration of a Beta-Blocker with Intrinsic Sympathomimetic Activity.  Circulation 76(4): IV-176, 1987. Presented at the 1987 Scientific Sessions of the American Heart Association, Anaheim, CA.

19. **Binkley PF**, VanFossen DB, Unverferth DV, Leier CV:  Dobutamine Favorably Alters Aortic Impedance in Congestive Heart Failure.  Circulation 76(4): IV-162,1987. Presented at the 1987 Scientific Sessions of the American Heart Association, Anaheim, CA.

20. Van Fossen DB, **Binkley PF**, Unverferth DV: Doppler Interrogation of Ascending Aorta:  Validation of Central Aortic Flow in Humans.  Circulation 76(4):IV-96, 1987. Presented at the Scientific Sessions of the American Heart Association, Anaheim, CA. 1987.

21. Leier CV, Meiler S, **Binkley PF**: Regional Hemodynamic Effects of Enoximone. Circulation 76(4): IV-255, 1987. Presented at the National Scientific Sessions of the American Heart Association, Anaheim, CA, 1987.

22. Nicolozakes A, **Binkley PF**, Leier CV:  Hemodynamics of Smoking in Congestive Heart Failure.  Circulation 76(4):IV-548, 1987. Presented at the 1987 Scientific Sessions of the American Heart Association, Anaheim, CA.

23. Leier CV, **Binkley PF**, Carpenter JA, Randolph PH, Unverferth DV:  The Clinical Cardiovascular Pharmacology of Dopexamine in Patients with Low Output Congestive Heart Failure. Clinical Research 36(3):542A, 1988. Presented at the National Meeting of the American Federation for Clinical Research,  Washington, DC, 1988.

24. **Binkley PF**, Murray K, Fahrig S, Watson K, Myerowitz D, Leier CV:  Influence of Dobutamine on Function of the Total Artificial Heart.  J Am Coll Cardiol 11(2):35A, 1988.  Presented at the Scientific Sessions of the American College of Cardiology, Atlanta, GA., 1988.

25. **Binkley PF**, Lewe R, Leier CV: Non-Invasive Determination of Late Systolic Indices of Inotropy in Congestive Cardiomyopathy.  J Am Coll Cardiol 11(2):245A, 1988. Presented

at the 1988 Scientific Sessions of the American College of Cardiology, Atlanta, GA.

26. **Binkley PF**, Murray KD, Myerowitz PD, Leier CV: Alpha and Beta Agonist Properties of Dobutamine Contribute Equally to Increased Cardiac Output of the Artificial Heart. Clinical Research 36(6):815A, 1988. Presented at the 1988 Meeting of the Midwest Section of the American Federation for Clinical Research, Chicago, Ill.

27. **Binkley PF**, Shaffer P, Haas GJ, Leier CV: Phosphodiesterase Inhibition Modulates Diastolic as well as Systolic Ventricular Performance. Clinical Research 36(6):815A, 1988. Presented at the 1988 Meeting of the Midwest Section of the American Federation for Clinical Research, Chicago, Ill.

28. Starling RC, **Binkley PF**, VanFossen DB, Myerowitz PD, Altschuld RA, Hammer DF: Biochemical Analysis of Human Myocardium in Cardiac Transplant Recipients. Clinical Research 36(6):829A, 1988. Presented at the 1988 Meeting of the Midwest Section of the American Federation for Clinical Research, Chicago, Ill.

29. **Binkley PF**, VanFossen DB, Leier CV: Contrasting Effects of Dopamine and Dobutamine on Pulsatile Hydraulic Load. Circulation 78(4)ll:104, 1988. Presented at the 1988 Scientific Sessions of the American Heart Association and the 1988 meeting of the Midwest Section of the American Federation for Clinical Research, Chicago,Ill.

30. **Binkley PF**, VanFossen DB, Nunziata E, Leier CV: Accelerated Arterial Wave Reflection with Dopamine but not Dobutamine in Congestive Heart Failure. J Am Coll Card 13(2): 246A; 1989. Presented at the 1989 Scientific Sessions of the American College of Cardiology, Anaheim, CA.

31. Leier CV, **Binkley PF**, Starling RC: Disparity Between Improvement in Left Ventricular Function and Changes in Clinical Status and Exercise Capacity During Chronic Inotropic Therapy. Presented at the Association of University Cardiologist, Annual Meeting, Carmel, Calif., Jan. 19-20, 1989.

32. Kalanges LK, Murray KD, **Binkley PF**, Watson KM, Myerowitz PD, Galbraith TA, Howanitz EP: The Role of Beta Receptors in the Peripheral Vasculature in Calves With a Total Artificial Heart (TAH). Presented at the American Society of Artificial Internal Organs, Dallas, Texas, May 23-25, 1989.

33. **Binkley PF**, Van Fossen DB, Unverferth DV, Leier CV: The Therapeutic Efficacy of hydralazine: A Positive Inotropic Component? Clinical Research 37(2): A246, 1989. Presented at the National Meeting of the American Federation for Clinical Research, Washington, D.C., 1989.

34. **Binkley PF**, Shaffer PB, Haas GJ, Ryan JM, Leier CV: Phosphodiesterase Inhibition Modulates Diastolic as well as Systolic Ventricular Performance. Clinical Research 37(2): A246, 1989. Presented at the National Meeting of American Federation for Clinical Research, Washington D.C., 1989.

35. **Binkley PF**, Van Fossen DB, Leier CV, Cody RJ: Age as a Determinant of Large Vessel

Compliance in Congestive Cardiomyopathy.  Clinical Research 37(2): A246, 1989.
Presented at the National Meeting of the American Federation for Clinical Research,
Washington D.C., 1989.

36. **Binkley PF**, Nunziata E, Cody RJ: Evidence for Parasympathetic Suppression in Dilated
Cardiomyopathy.  Clinical Research 37(2): A246, 1989.  Presented at the National
Meeting of the American Federation for Clinical Research, Washington D.C., 1989.

37. **Binkley PF**, Murray KC, Myerowitz PD, Leier CV:  Alpha and Beta Agonist Properties
of Dobutamine Contribute Equally to Increased Cardiac Output.  Clinical Research 37(2):
A246, 1989.  Presented at the National Meeting of the American Federation for Clinical
Research, Washington D.C., 1989.

38. Starling RC, **Binkley PF**, Kelley RE, Myerowitz PD, Hammer DF:  Cold Preservation,
Adenine Nucleotide Content and Cardiac Performance After Heart Transplantation.
Presented at the Scientific Conference on Myocardial Cell Viability of the American
Heart Association,  Santa Fe, New Mexico, June 10-12, 1989.

39. **Binkley PF**, Van Fossen DB, Leier CV:  Nitrate Mediated Facilitation of Ventricular-
Vascular Coupling in Congestive Cardiomyopathy.  Clinical Research 37(4): 837A;
Presented at the Midwest Section of the American Federation for Clinical Research,
1989, Chicago, Ill.

40. **Binkley PF**, Nunziata E, Cody RJ:  Parasympathetic Insufficiency Contributes to
Autonomic Imbalance in Dilated Cardiomyopathy.  Circulation 80(4):11-117, 1989.
Presented at the 62nd Scientific Sessions of the American Heart Association, New
Orleans, LA.

41. **Binkley PF**, Nunziata E, Cody RJ:  Autonomic Effects of Digitalis in Dilated
Cardiomyopathy: Augmented Parasympathetic Tone Versus Sympathetic Withdrawal.
Clinical Research, 38(2):373A, 1990. Presented at the National Meeting of the American
Federation for Clinical Research, Washington DC.

42. **Binkley PF**, Krukemeyer JJ, Nunziata E, Boudoulas H, Lima JJ:  Demonstration of
Resting Beta Adrenergic Hypersensitivity Following Propranolol Withdrawal via Analysis
of Heart Rate Variability.  Clinical Research 38(2):254A, 1990. Presented at the National
Meeting of the American Federation for Clinical Research, Washington DC.

43. **Binkley PF**, VanFossen D, Leier CV:  Nitrate Mediated Facilitation of Ventricular-
Vascular Coupling in Congestive Cardiomyopathy.  Clinical Research 38(2):332A, 1990.
Presented at the National Meeting of the American Federation for Clinical Research,
Washington DC.

44. Tice FC, **Binkley PF**, Haas GJ, Nunziata E, Cody RJ:  Use of Heart Rate Spectral
Analysis to Assess Carotid Baroreceptor Response to Sustained Neck Suction. Clinical
Research 38(2):334A, 1990. Presented at the National Meeting of the American
Federation for Clinical Research, Washington DC, 1990.

45. **Binkley PF**, Haas GJ, Smith K, Cody RJ:  Parasympathetic Component of the Autonomic Response to Upright Exercise in Normal Subjects.  Clinical Research, 38(2):335A, 1990. Presented at the National Meeting of the American Federation for Clinical Research, Washington DC.

46. Starling RC, Hammer DF, Myerowitz PD, Galbraith TA, Watson K, **Binkley PF**: Exercise Performance and Pressure Volume Relationships After Cardiac Transplantation.  Clinical Research 38(2):382A, 1990. Presented at the National Meeting of the American Federation for Clinical Research, Washington DC, 1990.

47. Farhat AZ, **Binkley PF**, Hammer DF, Myerowitz PD, Starling RC:  Effect of Recipient Atrial Contraction Timing on Left Ventricular Filling in Transplanted Hearts. Clinical Research 38(2):374A, 1990. Presented at the National Meeting of the American Federation for Clinical Research, Washington DC.

48. **Binkley PF**, Nunziata E, Leier CV, Cody RJ: Evidence of Angiotensin II-Mediated Control of Sympathetic Activity in Dilated Cardiomyopathy.  J Am Coll of Cardiol 15(2):257A. Presented at the Annual Scientific Sessions of the American College of Cardiology, New Orleans, LA. 1990.

49. **Binkley PF**, Van Fossen DB, Leier CV:  Combination Therapy with Hydralazine and Nitrates in Congestive Heart Failure:  Analysis of Pulsatile Hemodynamics.  Circulation 82(4):111-735. Presented at the 1990 Scientific Sessions of the American Heart Association, Dallas, TX.

50. **Binkley PF**, Nunziata E, Haas GJ, Halprin I, Brown DM, Cody RJ:  Non-Invasive Mapping of Autonomic Activity in the Conscious Spontaneously Hypertensive Rat. Circulation 82(4):111-682, 1990. Presented at the 1990 Scientific Sessions of the American Heart Association, Dallas TX.

51. **Binkley PF**, Haas GJ, Nelson SD, Nunziata E, Cody RJ: Evolution of Autonomic Dysfunction in Early Stages of Congestive Heart Failure:  Demonstration in a Paced Dog Model.  Circulation 82(4):111-724, 1990. Presented at the 1990 Scientific Sessions of the American Heart Association, Dallas TX.

52. **Binkley PF**, Van Fossen DB, Leier CV: Mechanism of Nitrate Mediated Facilitation of Ventricular-Vascular Coupling in Congestive Cardiomyopathy.  Circulation 82(4) 111-734, 1990. Presented at the 1990 Scientific Sessions of the American Heart Association, Dallas, TX.

53. **Binkley PF**, Nunziata E, Cody RJ:  Digoxin Mediated Reduction of Sympathetic Tone Contributes to Vasodilation in Dilated Cardiomyopathy. Circulation 82(4):111-316, 1990.  Presented at the 1990 Scientific Sessions of the American Heart Association, Dallas, TX.

54. **Binkley PF**, Nunziata E, Haas GJ, Cody RJ:  Sustained Augmentation of Parasympathetic Tone with Chronic Angiotensin Converting Enzyme Inhibition in Congestive Heart Failure. J Am Coll Cardiol 17(27):23A, 1991. Presented at the 40th

Annual Scientific Session of the American College of Cardiology, Atlanta, Ga.

55. **Binkley PF**, Haas GJ, Nunziata E, Tice F, Cody RJ:  Abnormal Parasympathetic Response to Baroreceptor Loading in Congestive Heart Failure: Demonstration by Analysis of Heart Rate Variability. J Am Coll Cardiol 17(2);177A, 1991. Presented at the 40th Annual Scientific Session of the American College of Cardiology, Atlanta, Ga.

56. **Binkley PF**, Haas GJ, Brown DM, Cody RJ:  Pulsatile Hydraulic Load in the Spontaneous Hypertensive Rat (SHR) J Am Coll Cardiol 17(2):222A, 1991. Presented at the 40th Annual Scientific Session of the American College of Cardiology, Atlanta, Ga.

57. Cody RJ, Haas GJ, **Binkley PF**, Brown DM:  Hemodynamic and Vascular Characteristics of DUP753: A Specific Angiotensin II Antagonist in the Spontaneously Hypertensive Rat (SHR). J Am Coll Cardiol 17(2):202A, 1991. Presented at the 40th Annual Scientific Sessions of the American College of Cardiology, Atlanta, Ga.

58. Cody RJ, Haas GJ, **Binkley PF**, Brown DM:  Peripheral and Aortic Vascular Response to a Specific Angiotensin II Antagonist, DUP753, in the Spontaneously Hypertensive Rat (SHR). Am J Hyper 4(5):32A, 1991.  Presented at the Sixth Scientific Meeting of the American Society of Hypertension, NY, NY.

59. Pasierski T, **Binkley PF**, Pearson AC:  Evaluation of Aortic Distensibility with Transesophageal Echocardiography. Am J Hyper 4(5):60A, 1991. Presented at the Sixth Scientific Meeting of the American Society of Hypertension, NY, NY.

60. **Binkley PF**, Haas GJ, Brown DM, Cody RJ:  Abnormal Large Vessel Compliance Contributes to Elevated Afterload in the Spontaneously Hypertensive Rat (SHR). Am J Hyper 4(5):61A, 1991.  Presented at the Sixth Scientific Meeting of the American Society of Hypertension, NY, NY.

61. **Binkley PF**, Nunziata E, Haas GJ, Cody RJ:  Autonomic Response to Baroreceptor Loading vs Unloading in Congestive Heart Failure: Definition by Analysis of Heart Rate Variability. Clinical Research 39(2):231A, 1991.  Presented at 1991 National Scientific Meeting of the AAP/ASCI/AFCR Seattle, Washington.

62. **Binkley PF**, Haas GJ, Maymir JC, Brown DM, Cody RJ:  Angiotensin II Blockade Promotes Increased Conduit Vessel Compliance in the Spontaneously Hypertensive Rat (SHR). Clinical Research 39(2):231A, 1991.  Presented at the 1991 National Scientific Sessions of the AAP/ASCI/AFCR, Seattle, Washington.

63. Eaton GM, Cody RJ**, Binkley PF**:  Decreased Aortic Compliance Precedes Peripheral Vasoconstriction in the Evolution of Ventricular Failure. Circulation 84(4):II-565. 1991. Presented at the 1991 National Scientific Sessions of the American Heart Association, Anaheim, California.

64. Eaton GM, Cody RJ, **Binkley PF**:  Early LV Dysfunction Elicits Activation of Sympathetic Drive and Attenuation of Parasympathetic Tone in the Paced Canine Model of Congestive Heart Failure. Clinical Research 39(3):692A, 1991. Presented at the 1991

meeting of the Midwest Section of the AFCR, Chicago, Illinois.

65. **Binkley PF**, Nunziata E, Hatton P, Proicou G, Cody RJ:  Flosequinan Augments Parasympathetic Tone and Attenuates Sympathetic Drive in Congestive Heart Failure: Demonstrates by Analysis of Heart Rate Variability. J Am Coll Cardiol 19(3):147A, 1992. Presented at the 41st annual Scientific Session of the American College of Cardiology, Dallas, Texas.

66. **Binkley PF**, Haas G, Nunziata E, Eaton G, Cody RJ:  Reversal of Abnormal Hemodynamic Profile Does Not Assure Improvement of Abnormal Autonomic Balance in Congestive Heart Failure.  J Am Coll Cardiol 19(5):1121, 1992. Presented at the 41st Scientific  Sessions of the American College of Cardiology, Dallas, Texas.

67. Pasierski T, **Binkley PF**, Pearson AC:  Aortic Geometry and Elastance in Relation to Age as Evaluated with Transesophageal Echocardiography. J Am Coll Cardiol. 19(3):208A, 1992. Presented at the 41st Annual Scientific Sessions of the American College of Cardiology, Dallas, Texas.

68. **Binkley PF**, Haas G, Brown D, Cody RJ:  The Biphasic Vascular Response to Endothelin: Modulation of Peripheral Vascular Resistance but not Conduit Vessel Compliance. J Am Coll Cardiol 19(3):226A, 1992. Presented at the 41st Annual Scientific Sessions of the American College of Cardiology, Dallas, Texas.

69. Pearson AC, Pasierski T, Huschart K, **Binkley PF**:  Pulsed Wave Doppler is Superior to Continuous Wave Doppler for Noninvasive Determination of Aortic Impedance Spectra. J Am Coll Cardiol 19(3):298A, 1992. Presented at the 41st Annual Scientific Sessions of the American College of Cardiology, Dallas, Texas.

70. **Binkley PF**, Van Fossen D, Nunziata E, Patterson S, Leier CV:  Autonomic Determination of Ventriculoarterial Coupling in Congestive Heart Failure. Presented at the 1992 meeting of the Midwest Section of the American Federation for Clinical Research, Chicago, Ill.

71. **Binkley PF**, Khott U, Nunziata E, Starling R:  Preservation of Beat-To-Beat Blood Pressure Variability Despite Abnormal Heart Rate Variability Following Cardiac Transplantation.  Presented at the 1992 meeting of the Midwest Section of the American Federation for Clinical Research, Chicago, Ill.

72. **Binkley PF**, Khott U, Patterson S, Orsinelli D, Pearson A:  Differential Autonomic Response to Dobutamine in the Presence or Absence of Ischemia. Presented at the 1992 meeting of the Midwest Section of the American Federation for Clinical Research, Chicago, Ill.

73. **Binkley PF**, Nunziata E, Cody RJ:  Long Term Progression of Autonomic Dysfunction in Congestive Heart Failure Patients Treated with Digoxin and Diuretics. Circulation 86(4):I-667. 1992. Presented at the 1992 National Scientific Sessions of the American Heart Association, New Orleans, LA.

74. **Binkley PF**, VanFossen D, Nunziata E, Patterson S, Leier CV:  Autonomic Determination of Ventriculoarterial Coupling in Congestive Heart Failure. Circulation 86(4):I-458, 1992. Presented at the 1992 National Scientific Sessions of the American Heart Association, New Orleans, LA.

75. **Binkley PF**, Haas GJ, Nunziata E, Cody RJ:  Augmented Parasympathetic Tone Following Angiotensin Converting Enzyme Inhibition is Independent of Plasma Angiotensin Converting Enzyme Concentration: Implications Regarding the Mechanism of Modulation of Autonomic Tone in Congestive Heart Failure. Circulation 86(4):I-666, 1992. Presented at the 1992 National Scientific Sessions of the American Heart Associations, New Orleans, LA.

76. **Binkley PF**, Nunziata E, Prociou G, Hatton P, Cody RJ:  Diurnal Variability of Autonomic Response to Vasodilator Therapy  in Congestive Heart Failure. Circulation 86(4): I-667, 1992. Presented at the 1992 National Scientific Sessions of the American Heart Association, New Orleans, LA.

77. Eaton G, Cody RJ, **Binkley PF**:  Early LV Dysfunction Elicits Activation of Sympathetic Drive and Attenuation of Parasympathetic Tone in the Paced Canine Model of Congestive Heart Failure. Circulation 86(4):I-666, 1992. Presented at the 1992 National Scientific Sessions of the American Heart Association, New Orleans, LA.

78. **Binkley PF**, Brown DM, Sarrimanolis NI, Cody RJ: Differing Large Vessel Compliance Characteristics in One and Two Kidney Goldblatt Hypertension. Am J Hyper 6:39A, 1993. Presented at the Eighth Scientific Meeting of the American Society of Hypertension, New York, New York.

79. Patterson SP, Cody RJ, **Binkley PF**: Sympathetic Control of Low Frequency Oscillations in Heart Rate: Evidence From Computer Modeling of Circulatory Regulation and Investigation of the Relative Role of Alpha and Beta Stimulation-Clinical Research 41(3):629A, 1993. Presented at the 1993 Midwest Regional Meetings of the American Federation for Clinical Research, Chicago, Illinois.

80. Pearson AC, Peterson JW, Gray P**, Binkley PF**: Noninvasive Assessment of Aortic Impedance in Hypertension. Clinical Research 41(3):637A, 1993. Presented at the 1993 Midwest Regional Meeting of the American Federation for Clinical Research, Chicago, Illinois.

81. **Binkley PF**, Eaton G, Nunziata E, Cody RJ: Arterial Baroreceptor Malfunction Evolves Early in the Course of Ventricular Failure. Clinical Research 41(3):633A, 1993.Presented at the 1993 Midwest Regional Meetings of the American Federation for Clinical Research, Chicago, Illinois.

82. **Binkley PF**, Nunziata E, Khot UN, Haas GJ, Starling RC, Cody RJ: Spectral Analysis of Blood Pressure Variability in Congestive Heart Failure: Implications for Oscillatory Blood Pressure Control in the Setting of Ventricular Dysfunction. Clinical Research 41(3): 682A, 1993. Presented at the 1993 Midwest Regional Meetings of the American Federation for Clinical Research, Chicago, Illinois.

83. **Binkley PF**, Starling RC, Haas GJ, Nunziata E, Leier CV, Cody RJ: Autonomic Effects Accompanying Positive Inotropic Intervention with OPC-18790. Clinical Research 41(3):683A, 1993. Presented at the 1993 Midwest Regional Meeting of the American Federation for Clinical Research, Chicago, Illinois.

84. Cody RJ, Leier CV, Bristow MR, Fifter MA, **Binkley PF**, Haas GJ, Starling RC, Abraham WT, Lowes BD, Dec WG, Semigraw MJ, Cowart TD: OPC-18790 Produces Titrable Hemodynamic Benefit in Hospitalized Patients With Severe Congestive Heart Failure. Circulation 88(4 part 2): I-330, 1993. Presented at the 66th Annual Scientific Sessions of the American Heart Association, Atlanta, Georgia.

85. **Binkley PF**, Patterson SP, Khot UN, Nunziata E, Latcham AP, Orsinelli DA, Pearson AC: Autonomic Response to Dobutamine in the Presence and Absence of Ischemia: Evidence for the Mechanism of Heart Rate and Blood Pressure Response to Dobutamine Stress Echocardiography. Circulation 88(4 part 2): I558, 1993. Presented at the Sixty-Sixth Scientific Session of the American Heart Association, Atlanta, GA.

86. **Binkley PF**, VanFossen DB, Haas GJ, Cody RJ: Persistence of Abnormal Ventriculoarterial Coupling and Decreased Conduit Vessel Compliance Despite Peripheral Vasodilatorion with Hydralazine and Nitroglycerin in Congestive Heart Failure. Journal of the American College of Cardiology, February 1994 382A. Presented at the 43rd Scientific Sessions of the American College of Cardiology, Atlanta, GA.

87. **Binkley PF**, Brown D, Cody, RJ: Endothelin-1 Modulates Conduit Vessel Compliance as well as Peripheral Vascular Tone: Implications for Endothelin Mediated Regulation of Blood Pressure. Clinical Research 1994;42(3):414A. Presented at the 1994 Midwest Regional Meeting of the American Federation for Clinical Research in Chicago, Ill.

88. Patterson SP, Panina G, Nunziata E, **Binkley PF**: Differentiation of Parasympathetic and Sympathetic Contribution to low Frequency Heart Rate Variability: A Novel Method Based on Computer Modeling of Autonomic Response. Clinical Research 1994;42(3):421A. Presented at the 1994 Midwest Regional Meeting of the American Federation for Clinical Research in Chicago, Illinois.

89. **Binkley, PF**, Haas GJ, Nunziata E, Cody RJ: Time Course of Angiotensin Converting Enzyme (ACE) Inhibition Induced Baroreflex Sensitization in Congestive Heart Failure: Relation to Augmented Vagal Tone and Beat-To-Beat Blood Pressure Regulation. Clinical Research 1994;2(3):367A. Presented at the 1994 Midwest Regional Meeting of the American Federation for Clinical Research in Chicago, Illinois.

90. Eaton GM, Bacon JP, Van Fossen DB, **Binkley PF**: Aortic Remodeling as a Determinant of Diminished Conduit Vessel Compliance in the Paced Canine Model of Congestive Heart Failure. Clinical Research 1994;42(3):365A.

91. **Binkley PF**, Panina G, Nunziata E, Hatton PS, Khot UN, Reed DE, Cody RJ: Angiotensin Converting Enzyme Inhibition does not Restore Normal Circadian Variation of parasympathetic Tone in Congestive Heart Failure. Clinical Research

1994;42(3):367A. Presented at the 1994 Midwest Regional Meeting of the American Federation for Clinical Research in Chicago, Illinois.

92. **Binkley PF**, Haas GJ, Nunziata E, Cody RJ: Time Course of Angiotensin Converting Enzyme (ACE) Inhibition-Induced Baroreflex Sensitization in Congestive Heart Failure: Relation to Augmented Vagal Tone and Beat-to-Beat Blood Pressure Regulation. Circulation 1994;90(2):1-174. Presented at the 67th Scientific Sessions of the American Heart Association, Dallas, Texas.

93. **Binkley PF**, Khot UN, Haas GJ, Starling RC, Nunziata E: Contrasting Patterns of Heart Rate and Blood Pressure Variability in Congestive Heart Failure: Evidence for Abnormal Oscillatory Blood Pressure Control in the Setting of Ventricular Dysfunction. Circulation 1994;90(2):1-539. Presented at the 67th Scientific  Sessions of the American Heart Association, Dallas, Texas.

94. Eaton GM, Boyer ST, Cody RJ, **Binkley PF**:  Conduit Vessel Compliance as a Determinant of Contractile Performance in Paced Canine Model of Congestive Heart Failure.  Journal of Investigative Medicine 1995;43(Sup 3):452A

95. Pearson AC, Peterson JW, **Binkley PF**, Cody RJ, Guthrie R: Carotid Thickening Precedes Ventricular Remodeling in Early Essential Hypertension and Is Significantly Related to Early Wave Reflection.  J Am Coll Cardiol Special Issue, February 1995:3 P120A. Presented at the 44th Annual Scientific Sessions of the American College of Cardiology, New Orleans, Louisiana.

96. **Binkley PF**, Brown D, Cody RJ:  Endothelin-1Modulates Conduit Vessel Compliance As Well As Peripheral Vascular Tone: Implications for Enothelin Mediated Regulation of Blood Pressure.  J Am Coll Cardiol Special Issue, February 1995: P416A.  Presented at the 44th annual Scientific Sessions of the American College of Cardiology, New Orleans, Louisiana.

97. **Binkley PF**, Eaton GM, Cody RJ:  Persistence of Decreased Conduit Vessel Compliance in Congestive Heart Failure.  Presented at the 68th Scientific Sessions of the American Heart Association, Anaheim, California.

98. **Binkley PF**, Panina G, Nunnziata E:  Low Frequency Heart Rate Variability as a Marker of Disease Progression in Congestive Heart Failure.  Presented at the 68th Scientific Sessions of the American Heart Association, Anaheim, California.

99. **Binkley PF**, Eaton GM, Nunziata E:  Arterial Baroreflex Malfunction Evolves Early in the Course of Ventricular Failure:  Evidence from Analysis of the Interaction of Heart Rate and Blood Pressure Variability.   Presented at the 68th Scientific Sessions of the American Heart Association, Anaheim, California.

100. **Binkley PF**, Quader M, Bravo EL, Fouad-Taraz FM:  Dietary Salt Restriction Does Not Restore the Autonomic Imbalance of Essential Hypertension.  Journal of the American College of Cardiology 1996;27 (2) Supp A:219A.  Presented at the 45th Annual Scientific Session of the American College of Cardiology, March 24-27, 1996,

Orlando, Florida.

101.  **Binkley PF**, Nunziata E, Hatton PS, Cody RJ:  Dose and Circadian Dependent Autonomic Response to Vasodilation With Amlodipine in Congestive Heart Failure. Journal of the American College of Cardiology 1996;27 (2) Supp A:280A.  Presented at the 45th Annual Scientific Session of the American College of Cardiology, March 24-27, 1996, Orlando, Fl.

102.  **Binkley PF**, Starling RC, Haas GJ, Nunziata E, Leier CV, Cody RJ: Positive Inotropic Intervention with OPC-18790 Restores Autonomic Balance in Congestive Heart Failure.  Journal of Investigative Medicine 1996;44(3):206A.  Presented at Biomedicine 96 (The Annual Meeting of the AAP/ASCI/AFCR), May 3-6, 1996, Washington, D.C.

103.  **Binkley PF**, Panina G, Nunziata E, Hatton PS, Khot UN, Red DE, Cody RJ: Angiotensin Converting Enzyme Inhibition Does Not Restore Normal Diurnal Variation of Parasympathetic Tone in Congestive Heart Failure.  Journal of Investigative Medicine 1996;44 (3):207A.  Presented at Biomedicine • 96 (The Annual Meeting of the AAP/ASCI/AFCR), May 3-6, 1996, Washington, D.C.

104.  Eaton GM, Boyer SH, Cody RJ, **Binkley PF**: Conduit Vessel Compliance as a Determinant of Ventricular Contractile Performance in the Paced Canine Model of Congestive Heart Failure. Journal of Investigative Medicine 1996;44(3):274A.  Presented at Biomedicine • 96 (The Annual Meeting of the AAP/ASCI/AFCR), May 3-6, 1996, Washington, D.C.

105.  **Binkley PF**, Ahmed S, Nunziata E, Jacobs R, McDonald J:  Evolution of Autonomic Dysfunction with Aging in Women.  Journal of Investigative Medicine 1996;44(3):317A Presented at Biomedicine • 96 (The Annual Meeting of the AAP/ASCI/AFCR), May 3-6, 1996, Washington, D.C.

106.  Ahmed S, Nunziata E, Leier CV, **Binkley PF**: Relationship of Spectral Measures of Heart Rate Variability to Exercise Capacity in Congestive Heart Failure.  Presented at the Midwest Meeting of the American Federation for Clinical Research, Chicago, Illinois, September 19-21, 1996.

107.  Ahmed S. Nunziata E, Jacobs R, McDonald J, **Binkley PF**: Diurnal Variation in Age-Associated Autonomic Dysfunction in Women.  Presented at the Midwest Meeting of the American Federation for Clinical Research, Chicago, Illinois, September 19-21.

108.  **Binkley PF**, Nunziata E, Eaton GM: Decreased Baroreflex Stimulation by the Failing Ventricle Does Not Elicit Autonomic Imbalance or Reduced Vascular Compliance in Congestive Heart Failure.   Presented at the Meeting of the Central Society for Clinical Research, Chicago, Illinois, September 19-21, 1996.

109.  **Binkley PF**, Eaton GM, Guo R., Tice FD, Pearson AC:  Reversible Thinning of the Intimal-Medial Layer Contributes to Remodeling of the Aorta in Congestive Heart Failure.  Presented at the Meeting of the Central Society for Clinical Research, Chicago, Illinois, September 19-21, 1996.

110.  Ahmed S., Nunziata E, Jacobs R, McDonald J, **Binkley PF**:  Diurnal Variation in Age-Associated Autonomic Dysfunction in Women.  Presented at the American Heart Association 69th Scientific Session, New Orleans, LA, November 10-13, 1996.

111.  **Binkley PF**, Ahmed S, Nunziata E, Cody RJ: Autonomic Response to Amlodipine Differs Between Ischemic and Nonischemic Cardiomyopathy. Presented at the American Heart Association 69th Scientific Session, New Orleans, LA, November 10-13, 1996.

112.  **Binkley PF**, Ahmed S, Starling RC, Haas GH, Nunziata E, Cody RJ, Leier CV: Altered Autonomic Balance with Carvedilol in Congestive Heart Failure Does Not Result From Increase in Baroreflex Gain.  Presented at the American College of Cardiology 46th Annual Scientific Session, Anaheim, CA, March 16-19, 1997.

113.  **Binkley PF**, Nunziata E, Leier CV, Washington L, Rucinska E: Relation of Natriuretic Peptides to Degree of Autonomic Dysfunction in Patients with Heart Failure. Presented at the First Annual Scientific Meeting, Heart Failure Society of America, Baltimore, MD, September 21-24, 1997.

114.  Selective AT-1 Blockade with Losartan Does Not Restore Autonomic Balance in Patients with Heart Failure. Presented at the First Annual Scientific Meeting, Heart Failure Society of America, Baltimore, MD, September 21-24, 1997.

115.  Angiotensin Converting Enzyme Inhibition Does Not Restore Diurnal Variation of Autonomic Tone in Heart Failure. Presented at the First Annual Scientific Meeting, Heart Failure Society of America, Baltimore, MD, September 21-24, 1997.

116.  **Binkley PF**, Nunziata E, Leier CV, Washington L, Rucinska E: Relation of Natriuretic Peptides to Degree of Autonomic Dysfunction in Patients with Heart Failure. Circulation 96 (8): I-267. Presented at The American Heart Association 70th Scientific Sessions,Orlando, FL Novermber 9-12,1997.

117.  Ehrman JK, Yamokoski L, Kirby TE, Leier CV, **Binkley PF,** Frid D: Heart Failure Prognosis Using Cardiac Power Output. Presented at the ACSM 45th Annual Meeting, 1998.

118.  Selective AT-1 Blockade with Losartan Does Not Restore Autonomic Balance in Patients with Heart Failure. Presented at the American College of Cardiology 47th Annual Scientific Sessions, Atlanta, Georgia, March, 1998.

119.  **Binkley PB**, Enrico N, Leier CV: Angiotensin Converting Enzyme Inhibition Does Not Restore Diurnal Variation of Autonomic Tone in Heart Failure. Circulation 98(17);420 :1-83.

120.  Presented at the American Heart Association 71st Scientific Sessions, Dallas, TX, November 8-11, 1998.

121.  **Binkley PF**, Eaton GM, Nunziata E, Leier CV: Decreased Baroreflex Stimulation by

the Failing Ventricle Does Not Elicit Autonomic Imbalance or Reduced Vascular Compliance in Congestive Heart Failure. Circulation 98(17):I-158. Presented at the American Heart Association 71st Scientific Sessions, Dallas, TX, November 8-11, 1998.

122.  **Binkley PF**, Houle MS, Castillo L, Hensley J, Hohl CM, Altschuld RA, Billman GE. Enhanced in Vivo Response to $\beta_2$ – adrenergic Receptor Activation in Post-Infarcted Canines Susceptible to Ventricular Fibrillation. Circulation 98(17):I-553. Presented at The American Heart Association 71st Scientific Sessions, Dallas, TX, November 8-11,1998

123.  **Binkley PF**, Weinstein DM, Bauer JA. Cardiac Peroxynitrite Formation and Left Ventricular Dysfunction Following Doxorubicin Treatment in Mice. Circulation 98(17) :I-803. Presented at the American Heart Association 71st Scientific Sessions, Dallas TX, November 8-11,1998.

124.  **Binkley PF**, Moldovan NI, Eaton GM, Strauch AM, Goldschmidt-Clermont PJ. Apoptolysis: A Novel Mechanism for Plaque Ulceration and Rupture. Journal of the American College of Cardiolgy 33(No. 2 Suppl A): 278A, 1999. Presented at the 48th Annual Scientific Sessions of the American College of Cardiology, New Orleans LA, 1999.

125.  **Binkley PF**, Eaton GM, Moldovan NI, Leier CV, Goldschmidt-Clermont PJ: Angiotensin Receptor Subtype-1 Blockade Prevents Vascular Remodeling in the Paced Canine Model of Heart Failure. To be presented at the Third Annual Meeting of the Heart Failure Society of America, San Francisco, CA. September 22-25,1999.

126.  **Binkley PF**, Eaton GM, Moldovan NI, Hatton PA, Leier CV, Goldschmidt-Clermont PJ: Progressive Decrease in Aortic Intimal-Medial Thickness in the Paced Canine Model of Ventricular Failure: Evidence for Apoptotic Vascular Remodeling. To be presented at the Third Annual Meeting of the Heart Failure Society of America, San Francisco, CA. September 22-25, 1999.

127.  **Binkley PF**, Rahman S, Hatton PA, Leier CV. Carvedilol Prevents Progressive Autonomic Dysfunction during the Vulnerable Period in Patients with Heart Failure. Circulation 100 (No.18 Suppl l):l-202;1047. Presented at the 72nd Scientific Session of the American Heart Association, Atlanta GA, November 7-10, 1999

128.  **Binkley PF**, Eaton GM, Moldovan NI, Leier CV, Goldschmidt-Clermont  PJ. Angiotensin Receptor Subtype-1 Blockade Prevents Vascular Remodeling in the Paced Canine Model of Heart Failure. Circulation 100 (No.18 Suppl 1):1-475; 2501. Presented at the 72nd Scientific Session of the American Heart Association, Atlanta, GA, November 7-10, 1999.

129.  **Binkley PF**, Eaton GM, Muldovan NI, Hatton PA, Leier CV, Goldschmidt-Clermont PJ. Progressive Decrease in Aortic Intimal-Medial Thickness in the Paced Canine Model of Ventricular Failure: Evidence for Apoptotic Vascular Remodeling. Journal of Cardiac Failure 5(No.3 Suppl 1):15;048. Presented at the 3rd Annual Scientific Meeting of the

Heart Failure Society of America. San Francisco, CA. September 22-25, 1999.

130.  **Binkley PF**, Eaton GM, Moldovan NI, Leier CV, Goldschmidt-Clermont PJ. Angiotensin Receptor Subtype-1 Blockade Prevents Vascular Remodeling in the Paced Canine Model of Heart Failure. Journal of Cardiac Failure 5(No.3 Suppl 1):15;049. Presented at the 3rd Annual Scientific Meeting of the Heart Failure Society of America. San Francisco, CA. September 22-25, 1999.

131.  **Philip F. Binkley**, Gregory M. Eaton, Nicanor Muldovan, Patricia Hatton, Carl V. Leier, Pascal Goldschmidt-Clermont. Progressive Decrease in Aortic Intimal-Medial Thickness in the Paced Canine Model of Ventricular Failure: Evidence for Apoptotic Vascular Remodeling. Presented at the 3rd Annual Scientific Meeting of the Heart Failure Society of America. San Francisco,CA. September 22-25, 1999. Heart Failure Society. Congestive Heart Failure (Vol.5 Abstract Issue):18;48.

132.  **Philip F. Binkley**, Gregory M. Eaton, Nicanor I. Moldovan, Carl V. Leier, Pascal Goldshmidt-Clermont. Angiotensin Receptor Subtype-1 Blockade Prevents Vascular Remodeling in the Paced canine Model of Heart Failure. Presented at the 3rd Annual Scientific Meeting of the Heart Failure Society. Congestive Heart Failure (Vol. 5 Abstract Issue): 18; 49.

133.  Michael F. Deucher,  Pappachan E. Kolattududy, Pascal Goldschmidt, Patricia Hatton, Doug M. Brown; **Philip F. Binkley**. Clinical Assessment of Myocardial Dysfunction in Targeted Expression of MCP-1 in the Murine Heart. Presented at the 3rd Annual Scientific Meeting of the Heart Failure Society. Congestive Heart Failure (Vol. 5 Abstract Issue): 29; 91.

134.  Carl V. Leier, Arthur T. Armstrong, Robert E. Michler, Peter B. Baker, **Philip F. Binkley**. Histostructural Analysis of Allograft Myocardium From Short- and Long-Term Survivors of Human Cardiac Transplantation. Presented at the 3rd Annual Scientific Meeting of the Heart Failure Society. Congestive Heart Failure (Vol.5 Abstract Issue):34; 106.

135.  Deucher MF, Kolattukudy PE, Brown DM, Hatton PS, **Binkley PF**. Clinical Assessment of Myocardial Dysfunction in Targeted Expression of MCP-1 in the Murine Heart. Presented at the 49th Annual Scientific Session of the ACC. Anaheim, CA. March 12-15,2000.

136.  **Binkley PF**, Marsh CB, Kotur MS, Bromet DS, Wewers MD, Goldschmidt PJ. Angiotensin II regulates Monocyte Survival Through the Angiotensin Subtype-2 Receptor. Presented at the 49th Annual Scientific Session of the ACC. Anaheim, CA. March 12-15, 2000.

137.  **Binkley PF**, Louis-Stratton Y, Hatton P.  The Deletion Polymorphism of the Ace Gene is a Determinant of Accelerated Autonomic Imbalance in Congestive Heart Failure.  Circulation 2000 102(18):SII;379.

138.  **Binkley PF**, Nunziata E, Hatton P, Leier CV.  The Positive Inotropic Agent

Levosimendan Mediates Increased Cardiac Output without Progression of Sympathovagal Imbalance in Patients with Heart Failure.  Circulation 2000 102(18):SII;720.

139.  Novak V, Slivka A, Kanard R, Novak P, **Binkley P**. Cerebral Vasomotor Reserve in Hypertension during Head-up Tilt. To be Presented at the 26th International Stroke Conference. February 14-16, 2000, Fort Lauderdale Fl.

140.  Shoukang Zhu, Manisha H Shah, Christine S Moravec, Rene Alvarez, Pascal Goldschmidt-Clermont, **Philip F. Binkley**. Reduced Vascular Endothelial Growth Factor (VEGF) Receptor But Not VEGF Production Distinguishes Ischemic From Nonischemic Cardiomyopathy. Presented at the 50th Annual Scientific Session of the ACC, March 18-21, 2001, Orlando, Fl.

141.  **Binkley PF**, Liu-Stratton Y, Hatton P, Cooke G.  A Polymorphism of the Endothelial Nitric Oxide Synthase Gene is Associated with Increased Sympathetic Drive in Patients With Congestive Heart Failure. Presented at the 50th Annual Scientific Session of the ACC, March 18-21, 2001, Orlando, Fl.

142.  Khouri S, Bacon J, Eaton GM, **Binkley PF**, Orsinelli D. Correlation Between Two-Dimensional Echocardiography and Myocardial Electromechanical Mapping in the Assessment of Global and Segmental Left Ventricular Systolic Function. Presented at the American Society of Echo. Journal Am Society of Echo, 2001;14(5):482.

143.  Cooke GE, Liu-Stratton Y, Ferketich AK, Moeschberger ML, Frid DJ, Magorien RD, **Binkley PF**, Goldschmidt-Clermont PJ. Effect of PLA on Platelet Inhibition by Aspirin, Clopidogrel, or their Combination. Presented at the American Heart Association 2001. Circulation 2001;104(17):1188.

144.  Raman SV, Cooke GE, **Binkley PF**. Myocyte Mitosis and Post-infarct Ventricular Tachycardia (letter). New England Journal of Med 2001; 345(15):1130

145.     Khouri S, Hassanain H, Goldschmidt-Clermont p, **Binkley PF.** Left Ventriculas Remodeling in Response to Hypertension Induced by Targeted Expression of Rac 1 in Murine Smooth Muscle. J Cardiac Failure 7(3);20, 2001.

146.     Khouri S, Ryan J, Ferketich A, **Binkley PF**. Detection of Ischemia in patients with Ischemic Cardiomyopathy by Dual-Isotope Hybrid Study Versus Rest-Stress Protocol. J Cardiac Failure 7(3):88, 2001.

147.  Pohorence-Ferguson J, Liu-Stratton Y, Cooke G, **Binkley, PF**. Dilated Cardiomyopathy and the Microsatellite Polymorphism of Hem Oxygenase 1. Presented at the American Society of Human Genetics, October 16, 2002. Baltimore MD.

148.     Khouri S, **Binkley PF**, Koch W, Kolattukudy P. Myocardial Overexpression of the Cardiac b-Adrenergic Receptor Kinase-1 Inhibitor Delays the Development of Cardiomyopathy Induce by Myocardial Expression of Monocyte Chemo-tactic Protein-1. J. Amer Coll Cardiology 39(5)164A, 2002.

Philip F. Binkley                                                                                          38

149.     Khouri S, Pohorence-Ferguson J, Yamokoski L, Donavan K, Ferketich A, **Binkley PF.** Monocyte Chemoattractant Protein-1 Plasma Level is Elevated in Patients with Compensated Ischemic Cardiomyopathy But Not The Tumor Necrosis Factor-Alpha. Presented at the 52nd Annual Scientific Session of the ACC March 7-10, 2003.

150.     **Binkley PF**, Bush C, Pozderak R, Eaton G, Khouri S. Redefinition of Viable Myocardium by Endocardial Catheter Mapping in Ischemic Cardiomyopathy. 2002 (Submitted)

151.     Raman SV, Bush CA, Ryan JM, **Binkley PF,** King MA. Multislice Cardiac CT: Identifying Mechanism of Coronary Artery Disease. International Journal of Cardiovascular Imaging 2002. (In Press)

152.     Ferketich AK, **Binkley PF.** "Depression, Gender and C-Reactive Protein: Results from NHANES III. American Journal of Epidemiology, 2003; 157:S215.

153.     **Binkley PF,** Ferguson J, Hatton P, Yamokoski L, Cooke G.  QRS Duration is the Most Significant Determinant of Recovery of Normal Left Ventricular Function with Medical Therapy in Patients with Dilated Cardiomyopathy.  Presented at the 7th Annual National Meeting of the Heart Failure Society of America. Las Vegas, Nevada. September 2003.

154.     **Binkley PF**, Ferguson J, Woodrich T,  Hatton P, Yamokoski L, Cooke G. Association of an Adenosine Monophosphate Deaminase (AMPD) Polymorphism and Recovery of Normal Ventricular Function in Patients with Dilated Cardiomyopathy. Presented at the 7th Annual National Meeting of the Heart Failure Society of America. Las Vegas, Nevada. September 2003.

155.     Ferketich AK, **Binkley PF**. Depression, Gender and C-Reactive Protein: Results from NHANES III. American Journal of Epidemiology, 2003; 157: S215

156.  **Binkley PF**, Hatton P, Yamokoski L, Leier CV. Preservation of Endogenous Ventricular Synchrony is a Determinant of Recovery of Normal Ventricular Function in Patients with Dilated Cardiomyopathy.   Circ 2003;108(17):2056.

157.  Pohorence-Ferguson J, Liu-Stratton Y, Cooke G, **Binkley, PF**. Dilated Cardiomyopathy and the Microsatellite Polymorphism of Hem Oxygenase 1. Presented at the American Society of Human Genetics, 2003.

158.  Dib N, Kereiakes D, McCarthy P, Dinsmore J, MacLellan WR, Fonarow G, Michler R, Buchele D, **Binkley PF**, Gahremanpour A, Kane S, Ghazoul M, Diethrich E.  Long-Term Follow-Up of Safety and Feasibility of Autologous Skeletal Myoblast Transplantation in Patients Undergoing Coronary Artery Bypass Graft Surgery.   JACC 2004;48(5)supplA:1001-24.

159.  Dib N, Kereiakes D, McCarthy P, MacLellan R, Fonarow G, Michler R, Campbell A, Buchele D, **Binkley PF**, Dinsmore J, Gahremanpour A, Ghazoul M, Opie S, Diethrich E.

Two-year Follow-Up of the Feasibility and Safety of Autologous Myoblast Transplantation for Ischemic Cardiomyopathy in Patients Undergoing Coronary Artery Bypass Grafting. Circulation 2004;110(17): III-51.

160.  Pohorence-Ferguson J, Liu-Stratton Y, Cooke GE, **Binkley PF.** Promoter polymorphisms of Heme Oxygenase 1 and their influence on cardiovascular disease in African Americans. Presented at the 2004 annual meeting of the American Society of Human Genetics, October 2004.

161.    Ferketich AK, **Binkley PF**. Psycological Distress and Cardiovascular Disease: Results from the 2002 National Health Interview Survey (NHIS).  Presented at the 2004 National Meeting of the Heart Failure Society of American, Toronto, Canada

162.    Ferketich AK, **Binkley PF**. Heart Failure and Inflammation: Results from the Third National Health and Nutrition Examination Survey (NHANES III).  Presented at the 2004 National Meeting of the Heart Failure Society of American, Toronto, Canada

163.    Auseon AJ, Pohorence Ferguson J, Cooke GE, **Binkley PF**. Association of a Common Variant in the AMPD1 Gene with Exercise Capacity in Patients with Heart Failure: Prelude to a Positive Prognosis?  Presented at the 2004 National Meeting of the Heart Failure Society of American, Toronto, Canada

164.    Farra Y, **Binkley PF**.  The Relation Between Plasma BNP level and the Length of Hospital Stay in Patients with Congestive Heart Failure.   Presented at the 2004 National Meeting of the Heart Failure Society of American, Toronto, Canada

165.    Dib N, Kereiakes D, McCarthy P, MacLellan R, Fonarow G, Michler R, Campbell A, Buchele D, **Binkley PF**, Dinsmore J, Gahremanpour A, Ghazoul M,Pollock-Maddox W, Netterville L, Diethrich E.  Three Year Follow-Up of the Feasibility and Safety of Autologous Myoblast Transplantation for Ischemic Cardiomyopathy in Patients Undergoing Coronary Artery Bypass Grafting.  JACC 2005;45(3):4A.

## **CONFERENCES**

## **Selected Invited Presentations**

1. Assessment of Right and Left Ventricular Function - St. Luke/Roosevelt Medical Center Conference on Critical Care - 1987 - New York, New York.

2. Use of Calcium Antagonists in Management of Hypertension.  Logan County Medical Society, 1988.

3. Current Concepts in the Pathophysiology of Congestive Heart Failure.  Ohio Affiliate of the American College of Physicians, 1989.

4. The Vascular Effects of Dobutamine. Cleveland Clinic Cardiology Conference, February 1990.

5. The Influence of Pulsatile Load On Ventricular Performance. Veterinary Medicine Hemodynamics Seminar: January 1991.

6. Visiting Professor - McGill College of Medicine, the Royal Victoria Hospital, Montreal, Canada. March, 1991. 1) Research Experience in the Measurement of Pulsatile Hydraulic Load. 2) Medical Faculty Conference - The Evolution of Therapy for Congestive Heart Failure.

7. Biomedical Engineering Graduate Student Seminar - The Application of Engineering Principles to Cardiovascular Research, March 1991.

8. Merck, Sharpe and Dohme National Heart Failure Investigator's Conference - The Use of Spectral Analysis to Desired Changes in Autonomic Tone Associated with ACE Inhibition, May 1991.

9. Pulsatile Load In Congestive Heart Failure. Community Hospital, Indianapolis, Indiana, February 1991.

10. Visiting Professor - University of Chicago Division of Cardiology, September 199
    1)Current Theory of the Pathophysiology and Management of Congestive Heart Failure.
    2)Ventriculoarterial Coupling - Its Role in the Evolution of Circulatory Failure.

11. Heart Rate Variability in the Assessment of Autonomic Tone - Loyola University. Division of Cardiology, Chicago, Ill., September 1991.

12. Positive Inotropic Therapy in the Management of Congestive Heart Failure. Riverside Methodist Hospital, Columbus, Ohio: January 1992.

13. Evaluation of Autonomic Tone in Congestive Heart Failure. Flosequinan Mortality Trial Investigators Scientific Sessions, Atlanta, Georgia: February 1992.

14. ACE Inhibitor in Congestive Heart Failure - Clinical Trials - Mount Carmel Family Practice Resident's Conference, Columbus, Ohio: March 1992.

15. Mortality Trials in Congestive Heart Failure and Cardiorenal Effects of ACE Inhibitors. Riverside Methodist Hospital, Columbus, Ohio: April 1992.

16. Visiting Professor - McGill College of Medicine, The Royal Victoria Hospital, Montreal Canada. The Influence of the Vasodilator Flosequinan on Autonomic Tone in Congestive Heart Failure. May 1992.

17. The Use of Spectral Analysis to Assess Autonomic Tone in Congestive Heart Failure. Cardiology - Grand Rounds. Case Western Reserve University.  November 12, 1992

18. Current Management of Congestive Heart Failure: A Case Oriented Approach. Medicine Today - The Case Western Reserve University, Department of Medicine, November 13, 1992.

19. Spectral Analysis of Heart Rate Variability: A Tool for Clinical Investigation. Presented at the Ohio State University Interdisciplinary Seminar Series on Heart Rate Variability, March 1993.

20. Spectral Analysis of Heart Rate Variability as a Tool for Investigation of Autonomic Tone in Congestive Heart Failure. Presented at the Ohio State University Seminar Series in Physiology, The Ohio State University, Department of Physiology, May 1993.

21. Current Concepts in the Management of Congestive Heart Failure - St. Luke's Hospital, Kansas City, MO. May 1993

22. Management of Congestive Heart Failure - A Case Oriented Approach.  Medical Grand Rounds, The Truman Medical Center, University of Missouri Medical School, Kansas City, MO. May 1993.

23. Acute Management of Congestive Heart Failure. Grand Rounds, Licking Memorial Hospital, Newark, OH. July 1993.

24. Management of Chronic Congestive Heart Failure - New Approaches. Lancaster Fairfield Hospital, Lancaster, OH. July 1993.

25. New Frontier in the Management of Ventricular Failure. Grand Rounds, Good Samaritan Hospital, Zanesville, OH. August 1993.

26. Strategies for the Management of Chronic Ventricular Failure. Park Hospital, Columbus, OH. August 1993.

27. Assessment of Autonomic Tone of the Cardiovascular System - Neurology Grand Rounds. The Ohio State University Hospitals, Columbus, OH. August 1993

28. State of the Art Lecture: Use of Heart Rate Variability to Assess Autonomic Tone in Human Subjects. The 1993 Midwest Regional Meetings of the American Federation for Clinical Research, Chicago, Illinois.

29. Cardiology Research Conference - University of Minnesota. Impedance Measurement as an Index of Circulatory Control in Humans and Animal Models. August 3, 1994.

30. Medical Grand Rounds, Ohio State University Medical Center: Heart Rate Variability, Noise or Music?  October 6, 1994.

31. Use of Heart Rate Variability as a Tool for Clinical Investigation. Research Data World Wide and Rhone-Pelanc-Phoer Pharmaceutical Company, Philadelphia, Pa. October 20, 1994.

32. Medical Grand Rounds, Mansfield General Hospital: Emerging Concepts in the Treatment of Hypertension. May 4, 1995.

33. Use of Echocardiography and hemodynamic Monitoring in the Management of Acute Heart Failure. OSU Division of Cardiology, Update on Heart Failure. June 1995.

34. OSU Family Practice, Grand Rounds.  New Concepts in the Pathophysiology and Management of Hypertension. June 1995.

35. New Concepts in the Management of Hypertension. Grand Rounds Union County Mercy Hospital, Marysville, Ohio. August 9, 1995 (10 attendees)

36. Congestive Heart Failure. The Columbus Board of Health "To Your Health" Public Education Television Network. July, 1994

37. Evolving Concepts in the Management of Hypertension.  Grand Rounds Riverside Methodist Hospital, Columbus, Ohio. August 22, 1995. (75 attendees)

38. Heart Rate Variability as a Measure of Autonomic Tone in Clinical Investigation. Invited Lecture, Bristol Myers Squib.  September, 1995.

39. Hemodynamic Stimuli to Vascular Remodeling.  Interdisciplinary Transplant Seminar, Ohio State University.  October 4, 1995. (15 attendees)

40. Use of Heart Rate Variability to Assess Autonomic Tone in Clinical Investigation. Clinical Sciences Lecture; Medtronic, Inc. Minneapolis, Minnesota, July 9, 1996. (40 attendees)

41. Early Autonomic Changes in the Evolution of Congestive Heart Failure. International Conference on Clinical Cardiology, Athens, Greece, April 18, 1996.(300 attendees)

42. Vascular Remodeling in Congestive Heart Failure.  International Symposium on Functional Abnormalities of the Aorta.  Athens, Greece, April 22, 1996. (200 attendees)

43. Mechanisms and Therapy for the Management of Congestive Heart Failure. National Meeting of the American College of Sports Medicine, Cincinnati, Ohio, May 26, 1996. (300 attendees)

44. Depression, Gender and C-Reactive Protein: Results from NHANES III.  Society for Epidemiologic Research Annual Meeting, June 14, 2003.

45.  Depression, Gender and C-Reactive Protein: Results from NHANES III.  130th Annual Meeting of the American Public Health Association, November 19, 2003.

46. From Mouse to Man: Lessons Learned from a Translational Science Laboratory. Duke Heart Failure Research Conference. April 24, 2004.

47. A Case of Medical Equipoise. Stich Investigaors' Meeting; the 2004 National Meeting of the Heart Failure Society of America, Toronto, Canada.

## 2. Division/Department

1. Impedance - Basic Concepts - OSU Cardiology Research Conference - December, 1986.

2. Efficacy of Isosorbide Dinitrate in Congestive Heart Failure.  Expert Witness for State of Ohio

Medicare Committee - 1988.

3. Pathophysiology of Congestive Heart Failure - OSU Symposium on Heart Failure, 1988.

4. Evaluation of Dyspnea.  OSU Review Course in Internal Medicine, 1987.

5. The Management of Congestive Heart Failure: Current Strategies.  Mount Carmel Medical Center - Resident and Staff Conference - 1989.

6. Management of Congestive Heart Failure - OSU Review Course in Internal Medicine, 1988, 1989, 1990.

7. OMEN Network Presentation.  Current Strategies in Congestive Heart Failure Therapy.  1988, 1990.

8. Afterload Reduction in Ventricular Failure.  OSU Division of Cardiology Conference, 1990.

9. Vascular Remodeling in Heart Failure.  Medical Grand Rounds.  1998

10. Current Medical and Surgical Management of Heart Failure. Medical Grand Rounds. 1998

## 3. Community Instruction

1. Central Ohio Heart Association Support Group for Patients with Heart Disease.  The Cardiomyopathies and Their Therapy, 1989.

2. Ohio State University Cardiomyopathy Support Group- Exercise and Cardiomyopathy, 1990.

3. Management of Heart Failure.  City of Columbus Public Affairs Network, 1995.

4. Update on Management of Congestive Heart Failure, Columbus Community Hospital, July 18, 1995.

5. Clinical Use of Angiotensin II Antagonists, Ohio State University Pharmacy Journal Club, Columbus, Ohio. September 28, 1995.

6. Current Concepts in the Management of Hypertension. Ashland County Medical Society. Ashland, Ohio. November 7, 1996.

7. Pathophysiology of Hypertension. Medical Grand Rounds. Kettering Memorial Hospital, Kettering, Ohio. January 5, 1996.

8. New Concepts in Management of Hypertension. Grand Rounds, Miami Valley Hospital, Dayton, Ohio. January 17, 1996.

9. New Developments in the Management of Heart Failure. Grand Rounds, Park Medical Center, Columbus, Ohio, February 23, 1996.

Philip F. Binkley                                                                                    44

10. What's New in the Management of Congestive Heart Failure? Grand Rounds, Lancaster Medical Center, Lancaster, Ohio. June 25, 1996.

## *4. Invited Chair of Scientific Sessions*

1. Chair, Neurohormonal Mechanisms of Congestive Heart Failure. National Scientific Sessions of the American College of Cardiology, Orlando, Florida. March 1996.

2. Chair, Measurement of Ventricular Function, National Scientific Session of American College of Cardiology, Orlando, Florida, March 1996.

3. Chair, Mechanisms and Treatment of Congestive Heart Failure. 1996 Meetings of the Midwestern AFCR, Chicago, Illinois.

4. Chair, Heart Failure. 1996 Meetings of the Midwestern AFCR, Chicago, Illinois.

## GRADUATE STUDENTS, MEDICAL STUDENTS, AND FELLOW TRAINEES

1. Christine Ruther - Biomedical Engineering Masters Candidate.  Advisor.  Completed 1989.

2. Peter Constable - Consultant to and Member of Doctoral Dissertation  Committee, Veterinary Medicine. Completed 1994.

3. Scott Patterson - Biomedical Engineering Masters Candidate.  Advisor and member of thesis committee. Completed 1994.

4. George Proicou - Biomedical Engineering Masters Candidate.  Advisor and member of thesis committee. Completed 1995.

5. Steven Hirsch , M.D. - Fellow in Cardiology.  Research Fellowship Advisor, 1987-88.

6. Assem Farhat, M.D. - Fellow in Cardiology.  Research Fellowship Advisor, 1988-89.

7. Gregory Eaton, M.D. - Fellow in Cardiology.  Research Fellowship Advisor, 1990-91.

8. Steven Boyer, M.D. - Fellow in Cardiology.  Research Fellowship Advisor, 1994-95.

9. Brian Foley, M.D. - Fellow in Cardiology.  Research Fellowship Advisor, 1995-96.

10. Robert Lewe - Roessler Research Medical Student Advisee, 1984.

11. Robert Rupport - Roessler Research Medical Student Advisee, 1985.

12. Stephen Fahrig - Roessler Research Medical Student Advisee, 1986.

13. Frank Lorch - Roessler Research Medical Student Advisee, 1987.

14. Susan Hammer - Roessler Research Medical Student Advisee, 1987.

15. Shane Summers - Roessler Research Medical Student Advisee, 1987.

Philip F. Binkley                                                                    45

16. Abdul Al-Awwa - Research Medical Student Advisee, 1985-87.

17. Kevin Kruse - Roessler Research Medical Student.  Advisee, 1988.

18. Juan Carlos  Maymer - Roessler Research Medical Student Advisee, 1992.

19. Paul Wadwa - Roessler Research Medical Student Advisee, 1992.

20. Umesh N. Khot - Roessler Research Medical Student Advisee, 1993.

21. Scott Patterson - Roessler Research Medical Student Advisee, 1995.

22. Saleem Ahmed - Boroncle Scholar in Research in Internal Medicine, 1995-1996.

23. Joel Henderson - MD/PHD Candidate, General Examination and Thesis Committee, May 1996.

24. Talal Attar, MD - Resident, Internal Medicine, Cardiovascular Research, 1996

25. Sammer Khouri - MD-Fellow in Cardiology, Research Advisee,1999 to present.

26. Talal Attar, MD - Fellow in Cardiology, Research Advisee,1999 to present.

27. Sumithra Mandrikar - One of a Kind PhD candidate in Biostatistics, Thesis Committee, 2000-2001

28. Jeanette Pohorence - PhD Candidate in Pathology, Advisor, 2000 to present.

# TAB 2

## <u>Materials Considered</u>

U.S. Patent No. 5,731,296;

R.M. Berne, *The Role of Adenosine in the Regulation of Coronary Blood Flow*, Circulation Research, 47(6): 807-813 (Dec. 1980);

A.N. Drury *et al.*, *The physiological activity of adenine compounds with especial reference to their action upon the mammalian heart*, J. Physiol., 68:213-237 (1929);

Excerpts from Jeffrey D. Hosenpud & Barry H. Greenberg, <u>Congestive Heart Failure</u> (2d ed., 2000).