# TAB 3 – PART 1

DRURY, A N.
J. Physiol. (Cambridge). 68. 213-237. (1929)

612.174.019.9:547.857.7

# THE PHYSIOLOGICAL ACTIVITY OF ADENINE COMPOUNDS[1] WITH ESPECIAL REFERENCE TO THEIR ACTION UPON THE MAMMALIAN HEART.

By A. N. DRURY[2] and A. SZENT-GYÖRGYI[3].

(*From the Departments of Pathology and Biochemistry, University of Cambridge.*)

Different fundamental properties of the cell are called into play in the production of a normal heart beat, and any change in these qualities is immediately reflected in the character of the beat. The heart, therefore, is an admirable test object for any substance which may be supposed to influence cell activity, and if the influence is such that an abnormal rhythm results, it can be studied electrocardiographically with ease in the intact animal. Moreover, if the substance is neither cumulative nor toxic the duration of the abnormal rhythm produced will give a quick and accurate assay of the amount of substance present in successive samples.

We had found that simple extracts of heart muscle[4] and other tissues when injected intravenously into the whole animal disturbed the cardiac rhythm in a constant and definite manner, and the substance or substances involved were dealt with quickly and efficiently by the whole animal so that the pre-injection state was completely restored. It seemed possible by using this transient disturbance of the heart beat as a biological test to isolate the responsible substance, and by enquiring into its chemical nature to obtain some idea of one of the chemical factors involved in cell function not only in the heart but in the body generally.

In the first part of the paper we shall deal with the isolation of the

[1] Preliminary reports on these observations have already appeared in This Journ. 67, Proceedings, pp. xiv and xxxv.

[2] Working on behalf of the Medical Research Council.

[3] Rockefeller Fellow, later working on behalf of the Medical Research Council.

[4] Reference to all those workers who have investigated the effect of tissue extracts upon the heart is impossible, and as they have always dealt with undefined mixtures, it is difficult to judge their relation to our work.

NOTICE: This material may be protected by copyright law (Title 17 U S. Code)

PRICE 30-0-0 ecial Leaflet on application er made by the above ragm pump meter. LTD. S.W.2 grams: ile, London



substance; in the second part we shall deal with its physiological activity. This has, for the most part, been concerned with its action upon the heart, but we would emphasize at the outset, though we feel this will be apparent from our observations, that we do not consider that the substance acts specifically upon the heart but is concerned with cell activity in general.

## PART I.

### *Isolation of the substance.*

If freshly minced bullock's heart muscle is extracted with 5 p.c. trichloracetic acid in the cold, and the precipitated proteins filtered off, this filtrate has a definite action upon the heart. The filtrate from 100 g. of muscle when injected intravenously into a dog produces a transient sinus bradycardia. This reaction, without undergoing any obvious change, can be repeatedly obtained in the same animal by reinjection. Complete atropinization of the animal does not abolish this reaction, so that it cannot be due to stimulation of the vagus nerve, which it so closely resembles. It is not due to inorganic constituents, as incineration or boiling with acid completely destroys the action of the extract.

For purposes of isolation a quick and accurate measure of the amount of constituent present in any injection must be available. From the practical point of view the duration of the sinus bradycardia in the dog is of little value as a relatively large amount of the extract is required for each injection, and the onset and offset of the reaction are only to be determined by detailed measurement. Several animals have been investigated to find a more suitable effect, and the guinea-pig has been found to react in such a manner that the duration of the effect produced by an extract from 0·5 g. of muscle can be accurately and quickly measured.

*The effect in the guinea-pig.* If the simple extract from 0·5 of a g. of heart muscle is injected into the jugular vein of an anæsthetized guinea-pig the auricular rate is but little disturbed and a transient high grade heart block develops (Fig. 1). The heart beat is recorded electrocardiographically from two needles inserted beneath the skin of the right fore leg and left hing leg respectively. Analysis of the records thus obtained shows that about 3 seconds after the beginning of the injection heart block abruptly develops, which is initially complete but which after about 6 seconds passes gradually off through the stages of 3 : 1, 2 : 1 block, 1 : 1 response with prolonged P–R intervals; the preinjection condition being reached in 9–12 seconds. The auricular rate in such a

record is slightly retarded. This reaction can be repeatedly obtained by reinjection, and remains constant in type and duration. As a measure of the amount of responsible constituent present in any injection we have used the time elapsing between the onset of the complete block and the reappearance of the first 1 : 1 response, as no material error is thus introduced. The abrupt onset of the block and the abrupt return of the 1 : 1 response are so obvious in the string movements that often it is not necessary to take a record, the duration being measured by a stop watch[1]. If larger injections are employed, the auricular rate is definitely slowed: this confuses the record, as the 1 : 1 responses return at a low rate, and simulate a 2 : 1 response; with smaller injections the decreased total duration makes comparison difficult. We have found that a reaction of some 10 to 12 seconds' duration and an injection of ½–1 c.c. of extract to be the most suitable, and have either concentrated or diluted our extracts to obtain this reaction. We had noted in some animals that even with weak injections the auricular rate is definitely retarded and that full atropinization rendered this slowing much less definite, and in some cases actually shortened the duration of the heart block. To obviate this effect, 0·1 of a c.c. of 1 p.c. solution atropine sulphate has been injected as a routine measure throughout. The temper-

[1] It is quite possible to measure the duration of the heart block without any instrumental means. The sudden onset and equally sudden offset are easily appreciated by placing the forefinger and thumb upon the thorax.

Fig. 1. Guinea-pig. Electrocardiographic record (Ld II). Influence of intravenous injection of 1 c.c. of extract from heart muscle (0·5 g.). Injection commenced 3 secs. before and terminated at ↑. Time marker = 1 sec.

AST0060134

ature of the animal also affects the duration of the reaction, and consequently it has been maintained constant throughout the observations. Using this method we have been able to test the distribution of the responsible substance after various chemical procedures and have isolated a crystalline product on the following lines.

*Extraction.* The extraction is best carried out in an acid medium and at a moderately high temperature, but if the extracting agents are made sufficiently acid, a good yield can be obtained at room temperature.

Many reagents have been tried to extract the substance, and trichloracetic acid has proved the most suitable. It is used as a 5 p.c. watery solution. The finely minced tissue is suspended in this solution (1 c.c. of 5 p.c. trichloracetic acid being used for every gramme of tissue) and allowed to stand over night, the fluid being then pressed out and filtered. When larger quantities of tissue are used, 1 p.c. trichloracetic acid is used. The tissue is suspended in the solution (1 c.c. of 1 p.c. trichloracetic acid being used for every gramme of tissue) and with occasional stirring is allowed to stand for half an hour, it is then heated up to 90° C., and subsequently cooled. The fluid is pressed out and filtered. The filtered fluid from both processes is neutralized at this stage and tested by injection into a guinea-pig.

*Isolation.* The isolation of the substance depends upon the insolubility of its lead, copper, and zinc salts, the solubility of its barium salt in water, and its insolubility in alcohol.

To the filtered and cooled extract a hot saturated solution of barium hydroxide is added till the fluid just begins to colour phenolphthalein. A precipitate forms which is inactive and this is filtered off. Solid neutral lead acetate is added to the filtrate sufficient to make its concentration up to 4 p.c. After this has dissolved, 1 p.c. of strong ammonia (s.w. = 0·880) is added. The precipitate which contains the active substance is separated on a Büchner funnel. This precipitate is suspended in a little water and 20 p.c. sulphuric acid is stirred in till the fluid is just acid to thymol blue. The lead sulphate is filtered off on a Büchner funnel, and the filtrate, whose volume should be about one-tenth of the original volume, is made alkaline with strong caustic soda till it just begins to colour phenolphthalein.

Crystalline copper sulphate is now added in sufficient quantity to bring its concentration up to 20 p.c. The fluid is boiled up rapidly, cooled and the precipitate separated upon a Büchner funnel and washed with water. This precipitate, which contains the active substance, is suspended in water the volume of which should be about one-twentieth of that of the primary extract.

The precipitate is decomposed with $H_2S$, the copper sulphide filtered off and washed, and the excess of $H_2S$ aerated off. A hot saturated solution of barium hydroxide is now added till the fluid just colours phenolphthalein and the precipitate filtered off. To the filtrate a strong solution of zinc acetate is now added until no further precipitate is formed, and the solution is brought quickly to the boiling point and then cooled down. The precipitate, which contains the active substance, is collected on a Büchner funnel and washed with water. It is then suspended in a very small volume of water and solid trichloracetic acid is gradually added till the precipitate is completely dissolved. Water is added to this solution till the volume is about one-thirtieth of the primary trichloracetic acid extract and $H_2S$ passed through till no further precipitate is formed. The zinc sulphide precipitate is filtered off, and washed with water. $H_2S$ is again passed through the filtrate, sodium carbonate being added at this stage till the reaction is neutral to litmus. The zinc sulphide precipitate is filtered off and washed with water.



The filtrate is now acidified with acetic acid till the reaction is distinctly acid to litmus. It is then concentrated at low pressure and temperature (below 40° C.) to a small volume (about one-hundredth of the volume of the primary extract), and made alkaline to phenolphthalein by the addition of a hot saturated solution of baryta. Four times its own volume of alcohol is now added, and the precipitate which contains the active substance collected in a Büchner funnel. The precipitate is suspended in a small volume of cold water and filtered; the residue on the filter is suspended in a small volume of warm water and filtered. The final residue is extracted with a small volume of boiling water and filtered. All these three filtrates are united, and silver nitrate is added till no further precipitate is formed. The precipitate is collected in a Büchner funnel and washed with water. It is then suspended in as small a volume of water as possible and a strong solution of hydrochloric acid added drop by drop till the fluid is just acid to thymol blue. The fluid is filtered off or centrifuged. To the clear filtrate an equal volume of alcohol and three times its own volume of acetone is added, when the substance separates out in clusters of small crystals. An equal amount of ether is now added and the fluid placed in an ice-chest over night. The crystals which separate out are collected on a filter, dissolved in as small a volume of hot water as possible and $H_2S$ passed through to remove the remaining traces of silver. The hot solution is filtered through a filter covered with fine asbestos, and alcohol added to promote crystallization. The solution is placed in the ice-chest and the substance separates out in beautiful long needle crystals. These are separated the next day, washed with 50 p.c. alcohol, acetone, ether, and then dried. From the mother liquor additional crystalline substance can be separated by adding further quantities of alcohol, acetone and ether.

The crystals thus obtained show no change of activity upon recrystallization.

### *The chemical nature of the active substance.*

The crystalline substance is quite stable in neutral solution but is rapidly hydrolysed by mineral acids. On qualitative analysis it gives carbon, hydrogen, nitrogen, phosphorus and oxygen (indirect). It gives a strong Kossel test indicating the presence of an alloxuric base. The substance gives no reactions for guanidine. After hydrolysis a heavy crystalline precipitate is formed with picric acid. After recrystallization these crystals melt and decompose at 280° C., being thus identified as adenine picrate. The substance gives no reaction with α napthol but a strong and typical reaction with orcinol, showing the presence of a pentose. After boiling with strong nitric acid the substance gives a typical precipitate with molybdate.

These experiments show that three of the constituents are adenine, a pentose, and phosphoric acid respectively, which suggests that the substance is identical with or closely related to adenylic acid. The work of Bass (1) had suggested that this substance is present in animal tissues, while Hoffman (2) has isolated it from blood, and Pohle (3) from brain. Embden and his collaborators Zimmerman and Schmidt have isolated it from striated muscle and thoroughly studied this substance (4, 5, 6). The formula of this substance is $C_{10}H_{14}O_7N_5P - H_2O$ (molecular weight = 365·19 g.). The elementary analysis of our substance suggests

a formula identical with or in close agreement with that of adenylic acid: viz.

| | C | H | N |
|---|---|---|---|
| Percentage calculated for adenylic acid | 32·9 | 4·4 | 19·2 |
| Percentage found* ... ... ... | 32·7 | 3·9 | 19·0 |
| | 32·41 | 4·2 | 18·17† |

* Nitrogen by method of Dumas. Both analyses were made by Dr A. Schoeller, Berlin.

† The substance, after drying *in vacuo* at 60° C., gave 19·88 p.c. nitrogen (Kjeldahl estimation).

Our recrystallized substance melts and decomposes between 194° and 200° C. The melting point is not sharp as the substance begins to decompose just above 190° C., and the slower it is heated up the more decomposition products are formed, with a consequent lower melting point. Embden and Schmidt give a melting point of 194°–200° C. for muscle adenylic acid. When dissolved in 2 p.c. NaOH our substance gives $\alpha_D^{21} = -44$, while Embden and Schmidt find for muscle adenylic acid $\alpha_D^{21} = -47·5$. If their estimation is of anhydrous material, the agreement is quite close. Our substance has strong acidic properties; 2 mg. is neutralized by 0·99 c.c. of 0·011 *N* NaOH, phenolphthalein being used as indicator. This corresponds to an equivalent weight of 184 and a molecular weight of (184) *n* ((184) 2 = 368).

Prof. Embden has kindly supplied us with his muscle adenylic acid and we have been able to make some further comparative observations. The mixed melting point of adenylic acid and of our substance is identical with that of either substance alone. The brucine salts prepared from both substances behave identically upon crystallization, both becoming transparent at 168° C. and melting at 188° C. We are strongly of the opinion, as a result of these observations, that our substance is identical with adenylic acid[1], and we shall refer in this paper to the substance isolated by us as adenylic acid.

*The activity of related compounds*[2].

It has been found that the hydrolysate from yeast nucleic acid hydrolysed at neutral reaction at 145° C. has an activity which is similar

[1] The residue left after combustion (metaphosphoric acid) had suggested that our substance had a bigger molecule with a pyrimidine base. We could however obtain no further evidence of this base and the small quantity of residue is probably to be accounted for by a loss of ash, as no special precautions had been taken to prevent such a loss.

[2] Through the kindness of C. H. Fiske we have been able to test the action of the pyrophosphoric or diphosphoric ester of adenylic acid. Its action is similar to that of adenylic acid and adenosine.



in every way to that of adenylic acid. The substance in the hydrolysate responsible for the activity has been isolated in crystalline form and has been identified by its melting point and the products formed by splitting it as adenosine. A number of closely related nucleic acid derivatives have been prepared and tested upon the guinea-pig. The following have been found to be inactive: yeast nucleic acid, thymo-nucleic acid, yeast adenylic acid[1], B. nucleoproteid, guanylic acid, guanosine, guanine, inosinic acid[1] and adenine. It can also be postulated that the pyrimidine nucleotides and nucleosides present in hydrolysates of yeast nucleic acid prepared at neutral reaction at 115° C. and 145° C. respectively are inactive. We find, moreover, that the activity does not lie in the imidazol formation present in the adenine molecule, as 4 (5)-amino-methyl-glyoxaline[2] is inactive.

*The chemical nature of the action of adenylic acid and adenosine.*

The delayed action of adenylic acid and adenosine suggests that these substances undergo a chemical change before their activity is seen; they do not suddenly disturb the physico-chemical state of the cell. The chemical nature of the substances also supports this view, for it is surprising that, belonging as they do to the nucleic acid group, they have such a high activity. The whole activity of the substances can be abolished by splitting off the inert carbohydrate group (adenine) by withdrawing the amino group (inosinic acid) by placing it in a different position (guanosine). Even if the phosphoric acid linkage is changed (yeast adenylic acid) the activity is lost. It has been shown by Embden and his collaborators that adenylic acid under certain conditions is rapidly deaminated by muscle tissue, and Schmidt(5) has made a comparative study of a number of nucleic acid derivatives with regard to the ease with which this deamination occurs. He has found that while muscle adenylic acid and adenosine are easily deaminated, yeast adenylic acid, adenine, guanine, guanosine and guanylic acid are not deaminated at all or only very slowly. We have found that the ease of deamination and the activity of the substance runs so parallel that it is only reasonable to conclude that the two, adenylic acid and adenine, owe their activity to the ease with which they are deaminated in the body. By this deamination ammonia is formed. The question must come into consideration as to whether the biological activity is associated with this alkalinity.

[1] We are indebted to Prof. Embden for this preparation.
[2] We are indebted to Boots Pure Drug Co., Nottingham, for this preparation.

*Distribution of adenylic acid.*

Adenylic acid is not a specific constituent of heart muscle. It has been found in blood (1, 7) isolated by Embden and his collaborators from skeletal muscle (1) and by Pohle from brain (3). Judged by the activity of simple extracts of different tissues upon the guinea-pig's heart the substance is a general cell constituent. It appears to be present in approximately the same concentration in heart muscle, skeletal muscle, kidney and brain but in less concentration in the spleen[1]. Its concentration in yeast cells appears to be double that in animal tissues. At the moment we are unable to state definitely whether the activity of the substance is enhanced or suppressed by the other substances present in the crude extracts or whether the absolute amount of the substance present in such extracts can be calculated directly from the intensity of the cardiac change. All our observations, however, indicate that the cardiac change depends only on the amount of the substance present in the extracts, for we have experienced no sudden change or fall in activity during the process of fractionation, and about one-third of the substance as calculated from the primary extract is isolated. Moreover the addition of inorganic salts in quantities in which they naturally occur has no effect upon the activity of the crystalline product. On this assumption, a comparison of the activity of the primary extracts with the activity of the crystalline substances shows that in every 100 g. of heart muscle some 50 mg. of the active substance are present.

After death the substance disappears slowly. An extract of tissue which has stood for 16 hours at room temperature has lost half, while the extract of tissue which has stood for the same time at 37° C. has lost two-thirds of its activity.

## Part II.

*Physiological activity.*

As adenylic acid had been found to be a constituent of many and different types of animal cells, an investigation into its general physiological properties in addition to its detailed action upon the mammalian heart seemed to us very desirable. The finding that adenosine had similar activities gave us the opportunity of such an investigation, for the latter substance could be prepared easily and in large quantities, while the former was only to be obtained with difficulty. We have, therefore, made a series of observations upon the physiological activity of

[1] The organs were obtained from bullocks and sheep.



adenosine, and have made occasional experiments throughout in which the adenosine has been replaced by our adenylic acid. As far as our experiments go, we have been unable to detect any difference in the quality of action of the two substances, and we feel content that the same changes are brought about by adenosine as by adenylic acid and *vice versa*[1].

Quantitative tests show that 0·2 mg. of the substance isolated by us produces a heart block of 12 seconds' duration; this can be duplicated by 0·2 mg. of muscle adenylic acid. Adenosine on the other hand is about 1½ times stronger. This is explained by the smaller size of the molecule of adenosine. This quantitative difference must be taken into consideration if the method described is used to estimate the actual amount of adenylic acid present in any fraction; for, owing to the individual differences in the animals used, the duration of heart block to a known amount of adenosine must be used as a standard. The method, from our observations, seems to offer a reasonably accurate means of determining the actual amount of adenylic acid in different animal tissues.

*Observations upon the mammalian heart.*

*The sinus node and junctional tissue.* We have already shown that in the guinea-pig adenosine and adenylic acid, while slowing in slight degree the sinus rhythm, act more strongly upon the junctional tissues so that a high grade heart block is produced. In the other animals we have tested this relation does not hold. In the cat, for instance, a very transient sinus bradycardia is seen after an intravenous injection of 50 mg., while in the rabbit a similar bradycardia occurs only after an intravenous injection of 100 mg. or more. In the dog a well-marked sinus bradycardia develops and this has been studied in detail. In these experiments and in others upon the dog's heart the animal has been anæsthetized with morphine and chloralose and the heart beat electrically registered by a string galvanometer (lead II). The adenosine or adenylic acid has been injected into the femoral vein dissolved in 1 c.c. of saline, the dose[2] being washed by saline solution. The sinus rhythm is consistently slowed by the injection, its rate being reduced by approximately

[1] At our request the British Drug Houses have taken up the manufacture of adenosine.

[2] We have employed in the dog doses up to 100 mg. only, such doses produce very definite effects and the use of higher than these seemed undesirable. The weight of the dogs used varied from 6–8 kilos.

AST0060140

one-half by 20 mg. of adenosine and by two-thirds by 50 mg. The bradycardia does not develop until 10–15 seconds after the injection, and gradually passes away, the preinjection rate being reached about 60 seconds later. Two typical experiments are tabulated in Table I.

TABLE I. Effect of adenylic acid and adenosine upon heart rate of dog. Injection into femoral vein.

| | | Length of cycle in seconds | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | After injection | | | | | | | | |
| Dog | Dose mg. | Before injection | 5" | 10" | 20" | 30" | 40" | 50" | 60" | 70" |
| ND. | 20 adenosine | 0·55 | 0·55 | 1·25 | 0·83 | 0·76 | 0·62 | 0·62 | 0·58 | 0·55 |
| ND. | 20 adenylic acid | 0·55 | 0·55 | 1·11 | 1·11 | 0·83 | 0·67 | 0·67 | 0·58 | 0·55 |
| 0·6 c.c. of 1 p.c. solution of atropine sulphate injected; vagi inactive | | | | | | | | | | |
| ND. | 20 adenosine | 0·52 | 0·50 | 1·00 | 1·11 | 1·00 | 0·72 | 0·62 | 0·59 | — |
| ND. | 20 adenylic acid | 0·52 | 0·54 | 1·00 | 0·83 | 0·77 | 0·77 | 0·63 | 0·58 | — |
| PD. | 20 adenosine | 0·41 | 0·41 | 0·57 | 0·55 | 0·42 | 0·39 | 0·39 | — | — |
| PD. | 40 adenosine | 0·44 | 0·44 | 0·65 | 1·00 | 0·82 | 0·63 | 0·53 | 0·48 | — |
| 0·5 c.c. of 1 p.c. solution of atropine sulphate injected; vagi inactive | | | | | | | | | | |
| PD. | 40 adenosine | 0·41 | 0·41 | 1·15 | 0·93 | 0·70 | 0·54 | 0·49 | 0·44 | — |

An identical effect is obtained after full atropinization (1 c.c. of 1 p.c. solution of atropine sulphate for a dog of 10 kg.), showing that the effect is not due to vagal stimulation. Even during the period of maximum slowing, there is no change in the contour of the "P" wave in the electrical record[1], the position of the "pace-maker" remaining unchanged. In the cat, in addition to the primary bradycardia which occurs within 20 seconds of the injection and which rapidly passes off, a secondary bradycardia sets in at about the 50th second after the injection of either adenosine or adenylic acid and persists for about 40 seconds. The electrical records show that this is also a sinus bradycardia. It differs from the primary bradycardia in that it is vagal in origin, being completely abolished by complete atropinization of the animal (Table II).

TABLE II. Delayed effect of adenosine upon heart rate of cat. Injection into femoral vein.

| | Length of cycle in seconds | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | After injection | | | | | | |
| Dose mg. | Before injection | 40" | 50" | 60" | 70" | 80" | 90" | 100" |
| 50 | 0·33 | 0·30 | 0·29 | 0·36 | 0·40 | 0·41 | 0·36 | 0·34 |
| 0·4 c.c. of 1 p.c. solution of atropine sulphate injected into femoral vein, vagi inactive | | | | | | | | |
| 12 | 0·28 | 0·25 | 0·26 | 0·28 | 0·28 | 0·29 | 0·29 | 0·29 |
| 50 | 0·30 | 0·25 | 0·24 | 0·24 | 0·23 | 0·24 | 0·25 | — |

[1] This is not invariable, a change in the contour of the "P" wave is very occasionally seen, even after full atropinization.

AST0060141



The influence of these substances upon the junctional tissue between auricle and ventricle which is so clearly displayed in the guinea-pig's heart cannot be easily appreciated in the dog or cat owing to the high grade of sinus bradycardia which occurs in these two animals. The slow heart rate affords the junctional tissues a long recovery period, and consequently the impulses travelling from auricle to ventricle are not blocked. On the other hand careful measurement of the electrical record shows that during the period of maximum slowing of the heart the P–R intervals are consistently lengthened, though in very slight degree. The action has been further examined by maintaining the auricular rate constant by applying rhythmic break shocks to the auricle, and, in these circumstances, varying degrees of heart block are constantly obtained. Representative examples of such experiments are tabulated in Table III.

TABLE III. Influence of adenylic acid and adenosine upon the P–R interval of dog's heart. Injection into femoral vein.

| Dog | Dose mg. | Heart rate per minute and P–R interval in seconds | | | | | |
|---|---|---|---|---|---|---|---|
| | | Before | | 10–15 secs. after | | 60 secs. after | |
| ND | 20 adenosine | 108 | 0·090 | 48 | 0·109 | 108 | 0·087 |
| ND* | 20 adenylic acid | 114 | 0·087 | 60 | 0·106 | 102 | 0·090 |
| PD* | 40 adenosine | 144 | 0·107 | 87 | 0·115 | 139 | 0·105 |
| ND* | 20 adenosine | 234 | 0·095 | 234 | 0·135 | — | |
| ND* | 20 adenosine | 234 | 0·103 | 234 | 0·134 | — | |
| TD* | 50 adenosine | 220 | 0·080 | 220 | 0·110 | 220 | 0·092 |
| UD* | 50 adenosine | 250 | 0·082 | 250 | 0·111 | 250 | 0·084 |
| UD* | 50 adenosine | 400 | 0·123 | 400 | 2:1 | — | |
| VD* | 50 adenosine | 240 | 0·102 | 240 | Occasional dropped beats | 240 | 0·130 |
| GAD* | 50 adenylic acid | 220 | 0·105 | 220 | 0·140 | — | |

* Animal fully atropinized.

From these experiments it is evident that both the substances tested act in a similar manner upon the sinus and the junctional tissues respectively. The rate at which the normal impulse is formed in the sinus is definitely retarded and conduction in the junctional tissues is impaired so that impulses quickly following upon one another pass through with difficulty. In the guinea-pig the sinus rhythm is affected but little, and high grade heart block is seen. In the dog and cat the sinus rhythm is so considerably retarded that the action upon the junctional tissues cannot be appreciated on rough examination. We can offer no explanation for the difference in the reaction of the animals tested.

*The auricular muscle.* Experiments have been made to test the influence of adenosine upon the absolute refractory period of the auricular muscle in the dog's heart. The rate of auricular beating has been

maintained constant by means of rhythmic break shocks passed through electrodes embedded in the muscle. The refractory period has been tested by passing an extra shock, using the apparatus described by one of us(8), through the same pair of electrodes. The rhythmic and testing shocks and the responses of the auricle have been recorded electrically and simultaneously by the method originally described(9). The refractory period is thus tested at the point of rhythmic stimulation, and to eliminate the effects of the local stimulation of vagal fibres by the rhythmic and testing shocks, the animals have been fully atropinized. The strength of the testing shocks has been about 10 times the threshold value. The maximum activity of adenosine, as judged by its action upon the sinus node, is about 15–30 seconds after the injection, and the refractory period has been tested during this period; a second estimation being made about 90 seconds after the injection. As the records in addition to the auricular response show a small variation due to the ventricular systole, the actual activity can be gauged by the lengthened P–R intervals. The results are tabulated in Table IV.

TABLE IV. Influence of adenosine upon the absolute refractory period of auricular muscle. Injection into femoral vein.

| Dog and controlled heart rate per min. | Absolute refractory period in secs. | | | Remarks |
|---|---|---|---|---|
| | Before injection | 15–30 secs. after injection | 90 secs. after injection | |
| TD* 220 | 0·134 | 0·093 | — | 50 mg. P–R interval lengthened from 0·08 to 0·10 sec. |
| TD* 222 | 0·131 | 0·090 | 0·121 | 50 mg. P–R interval lengthened from 0·08 to 0·11 sec. |
| UD* 400 | 0·104 | 0·084 | — | 50 mg. 2 : 1 response of ventricle after injection |
| UD* 230 | 0·126 | 0·099 | — | 50 mg. P–R interval lengthened from 0·07 to 0·08 sec. |
| UD* 228 | 0·140 | 0·080 | — | 100 mg. P–R interval lengthened from 0·07 to 0·10 sec. |
| VD* 240 | 0·124 | 0·110 | 0·119 | 50 mg. P–R interval lengthened from 0·10 to 0·13 sec. |
| YD* 235 | 0·128 | 0·095 | — | 50 mg. P–R interval lengthened from 0·11 to 0·15 sec. |

* Fully atropinized.

From this table it can be seen that the absolute refractory period is consistently shortened, being reduced by some three-hundredths of a second by an injection of 50 mg. and by some six-hundredths by an injection of 100 mg. of adenosine, and that within about 90 seconds of the injection the preinjection value is again restored.



I.

ɔassed through riod has been scribed by one iic and testing led electrically ɔ). The refrac- ilation, and to fibres by the y atropinized. s the threshold ts action upon n, and the re- ɔnd estimation :he records in on due to the :he lengthened

· period of

l lengthened c.

l lengthened c.

· of ventricle

l lengthened :.

l lengthened ·.

l lengthened :.

lengthened

tory period is idredths of a redths by an 90 seconds of

It has been noted that "after-effects of stimulation" such as auricular flutter and fibrillation are readily provoked when the rhythmic and testing shocks are passing through muscle under the influence of these substances. The disordered actions always begin when the testing shock enters the muscle just after the absolute refractory period is ended. At this moment the muscle is apparently in the critical condition which has been fully ascribed and commented upon (10).

The conduction of the excitation wave across the auricle has been tested in the dog's heart. The arrival of the excitation wave at two separate points in the auricular muscle has been recorded electrically and simultaneously by placing two paired non-polarizable electrodes in contact with the muscle and connecting each to a galvanometer string. The auricular rate has been maintained constant throughout each observation by passing rhythmic break shocks through electrodes embedded in the muscle, and the non-polarizable electrodes so placed that the excitation wave passes in a straight line beneath each in turn. In these observations measurements have been made immediately before, 15–30 seconds after and also about 90 seconds after the injection. The results are tabulated below (Table V).

TABLE V. Influence of adenosine upon the conduction of the excitation wave through auricular muscle. Injection into femoral vein.

| Dog and heart rate | Conduction interval in seconds | | | Remarks |
|---|---|---|---|---|
| | Before | 15–30 secs. after injection | 90 secs. after injection | |
| UD | | | | |
| 250 | 0·0176 | 0·0155 | 0·0176 | Electrode distance =16 mm. 50 mg. adenosine injected |
| 350 | 0·0219 | 0·0186 | 0·0191 | |
| VD | | | | |
| 240 | 0·043 | 0·041 | 0·038 | Electrode distance =35 mm. 50 mg. adenosine injected |
| 300 | 0·041 | 0·038 | 0·038 | |
| 400 | 0·050 | 0·037 | 0·036 | |
| 450 | 0·051 | 0·049 | 0·045 | |
| YD | | | | |
| 240 | 0·034 | 0·029 | 0·032 | Electrode distance =23 mm. 60 mg. adenosine injected |
| 300 | 0·035 | 0·031 | — | |
| 420 | 0·037 (complexes irregular) | 0·029 (complexes less irregular) | 0·039 (complexes irregular) | — |
| 450 | Great irregularity, not measurable | 0·034 (complexes less irregular) | — | — |
| 420 | Complexes irregular, not measurable | 0·033 (complexes less irregular) | 0·035 (complexes irregular) | — |
| 300 | 0·034 | 0·033 | 0·034 | — |