# TAB 3 – PART 2

226  *A. N. DRURY AND A. SZENT-GYÖRGYI.*

It would appear from these observations that adenosine has no influence upon the rate of conduction of the excitation wave when the auricle is responding to the low rates of rhythmic stimulation. If however the rate of beating is raised, so that each successive excitation wave passes through muscle in which conduction has incompletely recovered, the impaired conduction is somewhat improved. At the same time the irregularity of the electrical complexes which accompanies slow conduction at high rates of beating(9) is slightly but definitely reduced. The influence which the substance exerts upon conduction is explained by the reduction of the absolute refractory period allowing a longer rest period between the successive excitation waves rather than by an effect upon actual fibre conduction. A similar improvement in conduction has been seen after vagal stimulation(9), though in this circumstance, owing to the extremely short absolute refractory period which this stimulation brings about, the improvement is much more definite.

The recovery curve of conduction in muscle under the influence of adenosine has not been specifically investigated, but the recovery curve of the time elapsing between the moment of stimulation and the arrival of the excitation wave at the recording electrode (stimulus to intrinsic interval) has been plotted in several experiments. This interval includes, in addition to the time taken for the excitation wave to travel from the point of stimulation to the recording electrode, the latency of response. It has been shown, however, that under many different conditions(11) this curve follows closely the curve of recovering conduction. Two



Fig. 2. See text.

typical curves are shown in Fig. 2. The interval in seconds elapsing between the termination of the absolute refractory period and the

AST0060145

VI.

enosine has no
wave when the
ion. If however
excitation wave
etely recovered,
same time the
es slow conduc-
y reduced. The
s explained by
g a longer rest
an by an effect
conduction has
nstance, owing
his stimulation

he influence of
recovery curve
and the arrival
lus to intrinsic
terval includes,
ravel from the
cy of response.
conditions(11)
duction. Two

nds elapsing
od and the

ADENINE COMPOUNDS ON HEART.    227

extra stimulus which is taken to represent the previous period of rest is represented by the abscissæ, the stimulus to intrinsic interval by the ordinates.

The curves show that during the maximum effect of the substance the premature responses are subject to greater delay, and full recovery is reached about one to two-hundredths of a second later than in the normal animal. If the observed differences in the curves are an expression of conduction change, it is clear why the prolonged conduction intervals seen at the high rates of beating are not more definitely reduced; the longer period of rest available after the termination of the absolute refractory period being counterbalanced by the greater delay in the recovery of conduction.

*Influence upon experimentally produced auricular fibrillation and flutter.* Auricular fibrillation or flutter has been produced experimentally in several dogs by stimulating the auricle momentarily with a faradic current. The fibrillation or flutter thus produced persists for a short and variable period, the normal rhythm being sooner or later restored. In all experiments a small dose of quinine sulphate has been previously injected, as in these circumstances the experimentally produced fibrillation or flutter persists for a longer period than in the normal animal and allows the influence of the injection to be studied with

TABLE VI. Influence of adenylic acid and adenosine upon experimentally produced auricular flutter and fibrillation.

| Dog | Type of tachycardia and ventricular rate | Duration of tachycardia before injection and dose given | Time in secs. after injection to restoration of normal rhythm | Heart rate per min. immediately after restoration of normal rhythm | Heart rate 60 secs. later |
|---|---|---|---|---|---|
| 0·03 g. quinine sulphate injected. | | | | | |
| LD* | Flutter 228 (reg.) | 2′ 20″ 40 mg. (approx.) adenylic acid | 17 | 57 | 132 |
| 0·08 g. quinine sulphate injected. | | | | | |
| MD* | Fibrillation 240 (irreg.) | 4′ 30″ 40 mg. adenylic acid | 15 | 42 | 130 |
| MD* | Fibrillation 220 (irreg.) | 2′ 20″ 40 mg. adenylic acid | 10 | 30 | 108 |
| 0·02 g. quinine sulphate injected. | | | | | |
| PD* | Fibrillation 250 (irreg.) | 1′ 30″ 40 mg. adenosine | 14 | 48 | 120 |
| PD* | Fibrillation 240 (irreg.) | 2′ 0″ 40 mg. adenosine | 15 | 60 | 120 |

* Fully atropinized.

AST0060146

228    A. N. DRURY AND A. SZENT-GYÖRGYI.

greater certainty. The influence of adenylic acid and adenosine upon these disordered actions has been examined in fully atropinized animals and the results tabulated above (Table VI).

The results show that the arrest of the fibrillation is not fortuitous as it occurs at approximately the same moment after injection in all the animals tested, and also when, as judged by their other activities, the injected substances are exerting their maximum effect. The latter is actually indicated in these observations by the restored sinus rhythm being at first extremely slow, and gradually returning to its normal rate. Fig. 3 is a blood-pressure record (Dog OD) in which the actual termination is recorded. An electrocardiographic record was taken simultaneously



Fig. 3. Dog OD. Termination of auricular fibrillation, experimentally produced, by injection of 40 mg. of adenosine into the femoral vein.

to check the cardiac rhythm throughout. The auricular fibrillation had persisted for about 1 minute 30 seconds before the injection was made. The irregular heart beat and blood-pressure associated with auricular fibrillation are at first recorded; about 10 seconds after the injection the latter begins to fall[1], and 4 to 6 seconds later the irregular heart beat is suddenly replaced by a very slow beat which gradually quickens till a regular rate of 120 per minute is reached. At the same time the blood-pressure rises gradually to a steady and constant level associated with a normal heart beat. The arrest of these disordered actions must be ascribed to a direct action of the substance. It is probable that

[1] The fall in blood-pressure will be discussed later.



VI.

adenosine upon
pinized animals

not fortuitous
ection in all the
r activities, the
. The latter is
l sinus rhythm
its normal rate.
actual termina-
simultaneously

ally produced,
n,

ibrillation had
ion was made.
with auricular
e injection the
r heart beat is
quickens till a
me the blood-
ociated with a
ons must be
probable that

ADENINE COMPOUNDS ON HEART.   229

the explanation offered for the arrest of auricular fibrillation by vagal stimulation(12) may hold in this case also, as adenosine and vagal stimulation both shorten the refractory period of auricular muscle and improve impaired conduction due to high rates of beating. It has been ascribed in the case of vagal stimulation to the manner in which the refractory period is reduced and to the opposing effects of this shortening upon the length of the responsive gap between the crest of the oncoming wave, fibrillation being considered as a circus movement, and the tail of the receding wave. During the stimulation the oncoming wave travels more quickly, and, finding before it no responsive tissue to enter, dies out. We have already mentioned when dealing with the refractory period of auricular muscle that "after effects of stimulation" are easily produced while adenosine is exerting its effect upon the muscle. In this particular also it simulates vagal stimulation, which makes a common explanation even more probable. On the other hand we have obtained some evidence that adenylic acid and adenosine have not the same action in muscle which has been exposed to the "strain" of fibrillation as in normal muscle. The differences may be one of degree only, but on this account we would not stress unduly the explanation offered above.

*The auricular contraction.* If the heart is carefully inspected during the injection of these substances the auricle is seen not only to beat much slower but also to contract less forcibly, and the two effects appear to run parallel. To confirm this observation myograph records have been made of the auricular contraction with a Cushny myograph. These records show that in the fully atropinized animal an injection of 30 mg. adenosine, which slows the rate of beating from 170 to 90 per minute, reduces the amplitude of a contraction from 28 mm. to 12 mm., and the greatest reduction in amplitude coincides with the maximal retardation. When the auricle is driven at a constant rate the amplitude is reduced, the greatest reduction recurring about 15 seconds after the injection. Both substances, therefore, definitely influence the contraction process in auricular muscle.

*The excitability of auricular muscle.* The action of the substances upon excitability has been tested by passing shocks through metal electrodes fixed firmly in the auricular muscle and separated from one another by about 1 mm. of muscle. The threshold value for a series of rhythmic shocks passed through such electrodes at a rate a little above the natural heart rate has been found, and no constant evidence of either a definite fall or a rise in excitability to such shocks has been obtained

PH. LXVIII.                                    15

AST0060148

230  A. N. DRURY AND A. SZENT-GYÖRGYI.

after the injections. Judged by this method, which is obviously crude, the substances tested have no definite influence upon the excitability of auricular muscle.

*The ventricle.* Doses up to 100 mg. of adenosine appear to exert no definite influence upon the properties of ventricular muscle. The absolute refractory period, estimated in the manner originally described(13), is not affected as the following table shows (Table VII).

TABLE VII. Influence of adenosine upon the absolute refractory period of ventricular muscle. Injection into femoral vein.

| Dog | Controlled heart rate | Absolute refractory period in secs. | | | |
|---|---|---|---|---|---|
| | | Before injection | 30 secs. after injection | 90 secs. after injection | |
| UD* | 200 | 0.148 | 0.152 | 0.136 | 50 mg. adenosine |
| VD* | 240 | 0.156 | 0.158 | 0.157 | 50 " |
| ZD* | 200 | 0.123 | 0.125 | 0.129 | 50 " |
| GAD* | 220 | 0.140 | 0.139 | — | 100 " |

* Fully atropinized.

No actual measurements have been made upon the conduction of the excitation wave through the ventricular muscle after injection. The electrical complexes, both from lead II and from direct leads, show no deformation either when the heart is beating naturally or when it is being rhythmically driven at rates of 200 per minute by shocks applied to the ventricular muscle. In addition the stimulus-intrinsic intervals are unchanged. These results are incompatible with any definite change in conduction. No change can be detected by the eye in the contraction of the ventricle responding to rhythmic shocks. The amplitude of a right ventricular myogram, obtained by the Cushny myograph, from a heart responding to rhythmic shock liberated from a constant point in the ventricular muscle remains unchanged(14), while in the naturally beating heart the amplitude is definitely increased when the heart beats more slowly. These observations show that adenosine has no influence upon the strength of contraction of ventricular muscle. A change in direction in the T-wave is very frequently, though not invariably, seen after the injection of either adenosine or adenylic acid. This change does not coincide with the period of maximum activity, but appears about 30 seconds after the injection, and is not fully developed till 30 seconds later. At this stage the pre-injection heart rate has been restored, and it is not therefore a rate effect. The change persists for about 2-3 minutes and is independent of the original direction of the wave. We can offer no explanation of this change. On several

AST0060149

*ADENINE COMPOUNDS ON HEART.* 231

| | |
|---|---|
| *l.* | occasions ventricular fibrillation has been produced by faradizing the ventricles momentarily. Adenosine, in doses up to 250 mg., has been injected into the left ventricular cavity immediately the disordered action has commenced, and the heart has been massaged. Such a procedure has had no effect on the fibrillation. |
| viously crude, excitability of | |
| ar to exert no. The absolute :scribed (13), is | |

*The coronary flow.* The influence of adenosine upon the outflow from the coronary sinus[1] in the dog's heart has been measured in a heart-lung preparation, a very definite increase in flow being recorded. The adenosine has been injected into the tube leading to the superior vena cava and the heart driven rhythmically to avoid any effect of changing rate. An injection of 10 mg. of adenosine increases the flow from 41 c.c. per minute to a maximum of 200 c.c. per minute, while 5 minutes later the outflow still measures 83 c.c. per minute. After atropinization the outflow is increased by the same dose from 48 c.c. per minute to a maximum of 300 c.c. per minute, falling to 160 c.c. per minute at the end of 10 minutes. The aortic blood-pressure during these observations has been maintained constant at 82 mm. Hg. In such a preparation therefore the coronary vessels are dilated by small doses of adenosine, the degree of dilatation being that produced by sodium nitrite(15). The dilatation persists for about 15 minutes while the sinus bradycardia which also occurs lasts only for 2 minutes. In the whole animal the general blood-pressure is lowered by the substances so that the great increase in coronary outflow seen in the above experiment would not be expected, but it can be safely assumed that the coronaries are dilated[2] and that the dilatation persists for a longer period than the sinus bradycardia.

*Influence upon the arterial pressure.*

The influence upon the arterial blood-pressure has been repeatedly tested in both cats and dogs. A fall in pressure is constantly recorded (Fig. 4) which is independent of vagal section or atropinization. In a dog of 6 kg. an injection of 40 mg. usually lowers the pressure by about 50 mm. Hg. The fall is not due solely to the cardiac slowing, for an injection of 40 mg. into the aorta which does not retard the heart rate still lowers the blood-pressure some 25 mm. Hg. The fall in pressure is

[left marginal fragments:]
period of

adenosine
"
"
"

conduction of
ter injection.
:t leads, show
ally or when
ite by shocks
ulus-intrinsic
le with any
d by the eye
: shocks. The
the Cushny
berated from
ged (14), while
creased when
at adenosine
cular muscle.
though not
denylic acid.
um activity,
not fully de-
on heart rate
: change per-
nal direction
On several

---

[1] We are indebted to Dr Anrep for performing this experiment for us.
[2] Before these observations were made, we were of opinion that, at the end of an experiment involving many injections, the coronary vessels stood out unusually clear, and we suspected coronary dilatation. We also considered the hearts in an unusually good condition throughout. The latter is perhaps to be ascribed to the coronary dilatation.

15—2

AST0060150

232         A. N. DRURY AND A. SZENT-GYÖRGYI.

therefore in part due to a dilatation of arterial vessels and in part to the slowing of the heart beat. Observations upon the pulmonary pressure



Fig. 4. Dog PD. Influence of injection of 40 mg. adenosine into femoral vein upon blood-pressure and heart rate.

in the heart-lung experiment show that adenosine produces a rise in pulmonary pressure. This rise is explained by the opening up of the coronary vessels which short-circuits the blood from the systemic to the pulmonary circulation, and not by a constriction of the pulmonary vessels.

*The contraction of skeletal muscle.*

Embden and his co-workers[1, 5, 6] consider that the deamination of adenylic acid is one of the earliest events in muscular activity. We have therefore investigated the action of adenosine upon the contraction of the tibialis anticus in the cat to determine its influence upon the contraction process itself. The left tibialis anticus has been tetanized intermittently by the faradic stimulation of its nerve; the period of tetanus and rest being approximately 1 second each. The contraction of the muscle has been recorded by exposing the tendon and connecting it to a spring lever writing on a smoked drum. The injection has been made into a cannula placed in the right iliac artery close to its origin from the common iliac artery so that the adenosine passes directly into the circulation of the left leg. When a muscle is tetanized in the manner

described, the contraction rapidly decreases, till a steady amplitude is reached, which persists for a considerable time. The injection of 20 mg. of adenosine during the steady state has no influence upon the amplitude of contraction. If the dose is increased to 50 mg. a transient diminution of the contraction is seen. We are not inclined to ascribe this to a specific action of the adenosine upon muscle contraction, for with such an injection the heart is slowed and there is a fall in general arterial pressure, which in itself, as Florey and Szent-Györgyi[16] have shown, leads to a decreased amplitude of contraction. If the tetanus period is lengthened and the rest period shortened, the amplitude of contraction steadily decreases, the muscle becoming more and more fatigued. Intra-arterial injections of adenosine up to 15 mg. during this period have no influence upon the amplitude of contraction; greater doses are accompanied by general arterial pressure changes which complicate the results. The method of injection employed ensures that the muscle tested receives the dose of adenosine before it is reduced by passing though organs such as the liver, etc., and it would appear from these observations that it has no effect upon the contraction process itself.

*Intestinal movements.* The influence of adenosine upon the movements of the small intestine has been examined in cats by the balloon method. The injection of 25 mg. of adenosine into the femoral vein completely and abruptly inhibits the movements; the inhibition lasting about 2 minutes. The movements return equally abruptly and at first are slightly larger than before the injection. Upon re-injection the inhibition can be repeated. Full atropinization does not influence the result. Experiments upon the rabbit's intestine suspended in Tyrode solution show that the amplitude of the contractions is considerably reduced when the concentration of adenosine in the solution reaches 0·002 p.c., while the rhythmicity is but little affected.

### The secretion of urine.

Although adenylic acid is apparently present in kidney tissue in similar concentration to that in other tissues, the influence of adenosine upon the secretion of urine in the heart-lung-kidney preparation[1] is only definite when large doses are employed. Injections up to 25 mg. have no effect, but if 100 mg. doses are used the secretion is momentarily greatly reduced though the general blood-pressure be maintained constant. Coincident with this decrease the blood flow through the kidneys is reduced. The composition of the urine during the period of

---

[1] Our thanks are due to Prof. Verney for performing this experiment for us.



AST0060152

Case 1:05-cv-00336-SLR    Document 101-4    Filed 08/23/2006    Page 10 of 13

234    *A. N. DRURY AND A. SZENT-GYÖRGYI.*

decreased secretion is qualitatively the same as would be produced by a fall in perfusion pressure. At the moment we have no evidence of an action upon the kidney cells as the results obtained can be explained by an action upon the blood vessels leading to a fall in the glomerular capillary pressure.

*The influence of temperature.*

The temperature of the animal has a considerable influence upon the activity of adenosine and adenylic acid. It has been found consistently in the guinea-pig that the heart block lasts three times longer at a temperature of 34° C. than it does at 37° C., for the same dose. The intensity of the reaction as well as the duration is increased; the results at low temperatures being duplicated at high temperatures only by injecting much larger amounts of the substance. It is essential therefore that the animal's temperature should be maintained constant while estimating the amount of substance present in any fraction, for considerably more substance will be estimated at low than at high temperatures. This change in activity which amounts to 200–300 p.c. for a drop of 5° C. is to be ascribed to the low temperature producing in itself an action upon the heart similar to that of adenosine. When the temperature of the guinea-pig is lowered to 32° C. the heart rate is reduced by about 100 beats a minute but the P-R interval is already lengthened. The junctional tissue is apparently more affected by cold than the sinus node, so that conduction from auricle to ventricle is already impaired and the increased activity registered at low temperatures due to the summing of these two actions.

*The influence of barium, calcium, potassium and phosphotungstic acid.*

We had repeatedly noted during the isolation that the activity of fractions which contained, in addition to the responsible constituent, a trace of barium was definitely weaker than the same fractions completely free from barium. We have consequently tested in several animals the influence of barium upon the heart block produced by adenosine and adenylic acid.

The experiments consistently show that after an intravenous injection of 1 mg. of barium acetate which enhances the heart rate a little or leaves it unchanged and has no influence upon the electrical record, 0·1 mg. of adenosine no longer produces heart block. At this stage 0·2 mg. of the substance produces a heart block of very short duration, which can be abolished by a further injection of barium. Various salts

AST0060153

*I.*

e produced by
evidence of an
 be explained
the glomerular

ience upon the
ad consistently
onger at a tem-
 The intensity
results at low
ly by injecting
refore that the
hile estimating
siderably more
es. This change
f 5° C. is to be
iction upon the
e of the guinea-
out 100 beats a
iunctional tissue
le, so that con-
d the increased
nming of these

*otungstic acid.*
the activity of
e constituent, a
ions completely
ral animals the
adenosine and

intravenous in-
art rate a little
ectrical record,
At this stage
short duration,
. Various salts

*ADENINE COMPOUNDS ON HEART.* 235

of barium have been tested and all have this antagonizing action, clearly indicating that the barium ion is responsible. The reverse experiment has also been carried out, a persistent incomplete heart block has been produced in a guinea-pig by the injection of 50 mg. of adenosine subcutaneously, and barium chloride has been subsequently injected intravenously. In such an experiment, 2-3 mg. of barium chloride temporarily abolish the block; it reappears about 2 minutes later, and can be repeatedly abolished by further injections.

Calcium chloride injected intravenously in doses of 4 mg. and potassium chloride similarly injected in doses of 4 mg. have no effect on the duration of the block produced by 0·2 mg. of adenosine injected immediately after. Phosphotungstic acid, on the other hand, intensifies the reaction; an intravenous injection of 2 mg. doubling the duration. The P-R interval, however, is lengthened by the acid itself, showing that it has a similar action to adenosine, and the increased duration is due to the summing of the two effects. With regard to the action of barium, it apparently renders the junctional tissues less susceptible to the action of adenosine and adenylic acid. We have no evidence whether this is due to a specific action upon the chemical deamination, which underlies the activity of these substances, or to an action upon a separate mechanism in the contrary sense to these substances.

*Action in the unanæsthetized animal.*

Adenylic acid and adenosine have been injected in doses up to 100 mg. intravenously into the normal rabbit, and both produce a very transient bradycardia, during which the animal appears apprehensive and listless. Adenylic acid is absorbed from subcutaneous injections with difficulty, doses up to 20 mg. in the guinea-pig having no influence upon the heart, while a few dropped beats only are seen 5 minutes after the injection of 60 mg. Adenosine, on the other hand, is readily absorbed; for within 50 seconds of a subcutaneous injection of 5 mg. dropped beats are seen. An injection of 50 mg. is followed by a heart block which may be a 4:1 or 3:1 block or the auricle and ventricles completely dissociated. The auricular rate is retarded to about 200 per minute and the ventricular rate to 60-90 per minute. The effect is maximum in about 5 minutes, and gradually passes off, the normal rhythm being restored about 1 hour later. If the injection is repeated similar effects are observed. The animal immediately after the injection appears normal, but within a minute or two develops a panting respiration, becomes listless, and tends to lie quite still and on occasions to sleep. The animal is normal

AST0060154

236     *A. N. DRURY AND A. SZENT-GYÖRGYI.*

again within an hour. Whether the low blood-pressure, the heart block and the loss of intestinal movement are sufficient to bring about the observed condition or whether an action on the nervous system must be considered we are unable to state. A subcutaneous injection of 50 mg. of adenosine twice daily for a week in the guinea-pig[1] and one of 12 mg. twice daily for a week in the mouse has no effect. The lethal dose of adenosine for the latter is 3 g. per kg. subcutaneously injected. Both substances seem to have no toxic action and are not cumulative. Adenosine has been injected subcutaneously into the healthy man in doses up to 1 g. with no ill effects(15).

### Summary.

1. Simple extracts from heart muscle, brain, kidney and spleen have a definite and transient effect upon the mammalian heart.

2. The substance responsible for this action has been isolated and appears from its chemical properties to be adenylic acid. Its activity apparently depends upon the ease with which the substance is deaminated in the body.

3. Adenosine, prepared from yeast nucleic acid, has an action identical to adenylic acid.

4. The physiological activity of both substances has been tested by intravenous injection into the whole animal.

5. Among other effects upon the heart, they slow the rate of beating, impair conduction from auricle to ventricle, and arrest experimentally produced auricular fibrillation; they shorten the absolute refractory period of and improve slowed conduction in the auricle due to high rates of beating.

6. They lower general arterial pressure. This is due in part to the cardiac slowing and in part to a general arterial dilatation. They dilate the coronary vessels and inhibit intestinal movements.

---

[1] Examination of the blood shows that there is no change in either the red cell and the white cell counts or in the haemoglobin content, nor any evidence of pathological change at the end of seven days.

AST0060155

he heart block
ing about the
ystem must be
tion of 50 mg.
one of 12 mg.
lethal dose of
ijected. Both
t cumulative.
althy man in

d spleen have

 isolated and
. Its activity
ce is deamin-

 action iden-

en tested by

:e of beating,
perimentally
e refractory
o high rates

part to the
They dilate

ie red cell and
f pathological

## REFERENCES.

1. Bass. Arch. f. Exp. Path. u. Pharm. 76. p. 40. 1914.
2. Hoffman. Journ. Biol. Chem. 63. p. 675. 1925.
3. Pohle. Verh. d. d. Physiol. Ges. 1927; see Ronas Berichte, 42. p. 561.
4. Embden and Zimmerman. Zeitschr. f. physiol. Chem. 167. pp. 114 and 137. 1927-28.
5. Schmidt. Ibid. 179. p. 243. 1928.
6. Embden and Schmidt. Ibid. 181. p. 130. 1929.
7. Jackson. Journ. Biol. Chem. 57. p. 121. 1923; 59. p. 529. 1924.
8. Drury. Heart, 12. p. 205. 1925.
9. Lewis, Drury and Bulger. Ibid. 8. p. 83. 1921.
10. Lewis, Drury and Iliescu. Ibid. 8. p. 311. 1921.
11. Drury and Regnier. Ibid. 14. p. 203. 1928.
12. Lewis, Drury and Bulger. Heart, 8. p. 141. 1921.
13. Drury, Horsfall and Munley. Ibid. 9. p. 365. 1922.
14. Drury. Ibid. 10. p. 405. 1923.
15. Bodo. This Journ. 64. p. 365. 1927-28.
16. Florey and Szent-Györgyi. Ibid. 67. p. 343. 1929.
17. Thanhauser and Bommes. Zeitschr. f. physiol. Chem. 91. p. 336. 1914.

AST0060156