IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-336-SLR |
| SICOR INC., SICOR PHARMACEUTICALS, INC. | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 1, 2006 copies of 1) Rebuttal Expert Report of Dr. Keith B. Leffler, and 2) Rebuttal Expert Report of Philip F. Binkley, M.D., M.P.H. were caused to be served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Paul M. Lukoff, Esquire
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

Susan H. Griffen, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 5, 2006, upon the following counsel of record in the manner indicated:

**BY CM/ECF AND HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Paul M. Lukoff, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899


**BY E-MAIL AND FEDERAL EXPRESS**

Susan H. Griffen, Esquire
Finnegan Henderson Farabow
  Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow
  Garrett & Dunner LLP
11955 Freedom Drive
Reston, VA 20190-5675


John Scheibeler, Esquire
White & Case LLP
1155 Avenue of the Avenues
New York, NY 10036

         YOUNG CONAWAY STARGATT
          & TAYLOR, LLP

        /s/ *Karen E. Keller*
        Josy W. Ingersoll (No. 1088)
        John W. Shaw (No. 3362)
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6600
        msquire@ycst.com

        *Attorneys for Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc.*

Of Counsel:

David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated:  September 5, 2006