Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 3

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, | ) | |
| ASTELLAS US LLC, and | ) | |
| ASTELLAS PHARMA US, INC., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-0336-SLR |
| | ) | |
| | ) | |
| SICOR INC. and | ) | |
| SICOR PHARMACEUTICALS, INC., | ) | |
| Defendants. | ) | |
| | ) | |

**EXPERT STATEMENT OF RICHARD E. KLABUNDE, Ph.D.**

I.    **QUALIFICATIONS**

1.    I expect to testify at the request of Item Development AB, Astellas U.S.
LLC, and Astellas Pharma U.S. Inc. as an expert in the field
cardiovascular physiology and hemodynamics.  I will provide background
technical information and scientific opinions on topics including the heart
and the circulatory system, hemodynamics, adenine nucleotides, such as
ATP and adenosine, their metabolism, physiology, mechanism of action,
hemodynamics, and biological effects, and dipyridamole and its effects.  I
will also provide technical information and opinions relating to the
validity of U.S. Patent 5,731,296 (the '296 patent).  A copy of my
Curriculum Vitae is attached.

2.    I am currently a tenured Associate Professor of Physiology in the

Department of Biomedical Sciences at the Ohio University College of
Osteopathic Medicine. I have held this position since 1998.

3.    I have held other relevant positions including: Associate Director and
Director of the Deborah Research Institute (Browns Mills, NJ) from 1993-
1998; Senior Cardiovascular Group Leader, Drug Discovery, Abbott
Laboratories (Abbott Park, IL) from 1985-1993; Assistant and Associate
Professor in the Department of Physiology at West Virginia University
Health Sciences Center from 1978-1985; Post-doctoral fellow and
Instructor of Medicine in the Pharmacology Division, Department of
Medicine, University of California at San Diego from 1976-1978.

4.    I have taught medical students cardiovascular physiology and/or
pharmacology as a regular or adjunct faculty member at the following
medical schools: University of California at San Diego (1977-1978), West
Virginia University School of Medicine (1978-1985), University of
Illinois College of Medicine at Rockford (1986-1993), Chicago Medical
School (1990-1993), UMDNJ-School of Osteopathic Medicine (1996-
1998), UMDNJ-Robert Wood Johnson Medical School (1997-1998), Ohio
University College of Osteopathic Medicine (1998-2006).

5.    I have authored or coauthored numerous scientific articles related
primarily to the regulation of vascular and cardiac function. From 1979-
1988, I published 10 research papers involving adenosine metabolism in
tissue and blood, the effects of dipyridamole on adenosine metabolism,
and the role of adenosine as a factor regulating blood flow.

2

6.  I authored a cardiovascular physiology textbook for medical students: *Cardiovascular Physiology Concepts* (Klabunde, Richard E., Lippincott Williams & Wilkins, 2004). I am the author and owner of two teaching web sites (www.cvphysiology.com and www.cvpharmacology.com), which together receive almost a million hits per month from users around the world.

7.  I have reviewed manuscripts for many physiology and pharmacology journals including Circulation, Circulation Research, American Journal of Physiology, Journal of Applied Physiology, Journal of Pharmacology and Experimental Therapeutics, Microvascular Research, Journal of Surgical Research, International Journal of Cardiology, Journal of Cardiovascular Pharmacology, Agents and Actions, Journal of Laboratory and Clinical Medicine, and Life Sciences.

8.  I have reviewed grants for the National Institutes of Health and the American Heart Association, and have been a recipient of research grants from those agencies plus contract funds from pharmaceutical and medical device companies.

9.  I am to be compensated at a rate of $200 dollars per hour.

10. I have not testified as an expert at trial. I have served, however, as a scientific consultant for an attorney in the past year in matters not related to this case.

3

## II.    BACKGROUND

### A.    Circulatory System Anatomy and Physiology

11.    I may provide background information on the anatomy of the heart and the circulatory system substantially as described in paragraphs 1 to 10 of Dr. Zaret's report. In addition to that background information, I may provide additional information on vascular anatomy as described below in paragraph 2.

12.    The systemic circulation is comprised of the aorta, which receives the output of the left ventricle. Branching off of the aorta are many large distributing arteries (e.g., coronary, carotid and renal arteries) that direct the cardiac output to different regions and organs of the body. The aorta and large distributing arteries normally comprise only a small fraction (few percent) of the overall (systemic) vascular resistance because their diameters are large relative to the blood flow within these vessels. When a distributing artery reaches an organ, it branches into successively smaller arteries and arterioles. Small arteries and arterioles are the primary resistance vessels and comprise 50-70% of the systemic vascular resistance (SVR). These vessels are also the primary site for blood flow and pressure regulation. This is accomplished by intrinsic (metabolic, myogenic and endothelial) and extrinsic (neural and humoral) mechanisms that regulate the state of contraction of the smooth muscle within the walls of these vessels. Increased smooth muscle contraction leads to vasoconstriction and decreased organ blood flow, and increased arterial pressure, whereas decreased contraction leads to vasodilation and

4

increased organ blood flow, and decreased arterial pressure. The smallest

arterioles branch into capillaries that are devoid of smooth muscle, but

because of their large number and surface area, are the principle site for

exchange of gases, nutrients and metabolic waste products. Blood flow

from capillaries enter into venules, which join together to form

successively larger veins. Blood flow is returned to the right atrium of the

heart via large veins called the superior and inferior vena cavae. The

venules and veins contain 60-80% of the blood volume and therefore are

termed "capacitance" vessels. The veins contain smooth muscle and like

the precapillary resistance arteries can undergo contraction and dilation in

response to intrinsic and extrinsic influences. Changes in venous diameter

can significantly alter venous blood volume and venous pressure. *See*

*Klabunde, Cardiovascular Physiology Concepts, 2004, pages 92-94.*

**B.**    **Heart Rate (HR) / Blood Pressure (MABP) / bradycardia / Hypertensive / Hypotensive / Diastolic / Systolic / SA and AV conduction and AV block/ chronotropic and dromotropic effects**

13.    Heart rate is normally controlled by a group of cells, the sinoatrial node

(SA node), located in the posterior wall of the right atrium. Normal sinus

rate is between 60 and 100 beats/min. Sinus rates lower than 60 are

termed sinus bradycardia, whereas rates above 100 beats/min are termed

sinus tachycardia. Sinus tachycardia is normal during exercise, but it is

abnormal if it occurs at rest. Sinus rate decreases at rest owing to the

influence of the vagus nerve on the SA node. If a drug or intervention

increases heart rate, this is termed a positive chronotropic effect, whereas

a decrease in heart rate is called a negative chronotropic effect.

5

14.    Electrical impulses spread from the atria into the ventricles through a

specialized conduction pathway called the atrioventricular node (AV

node).  Impulses are conducted more slowly through the AV node (normal

AV nodal conduction delay) to permit the atria to complete their

contraction prior to ventricular activation and contraction.  If impulses

become excessively delayed at the AV node or in the common conduction

pathway (Bundle of His) just below the AV node, impulses may fail to

pass into the ventricles.  A decrease in conduction velocity is called a

negative dromotropic effect.  This can occur at the AV node due to

excessive activation by the vagus nerve, certain drugs, or because the

tissue becomes ischemic and therefore damaged.  This can cause AV

block which is recognized on the electrocardiogram (ECG) as each P wave

(atrial depolarization) not being followed by a QRS complex (ventricular

depolarization), or a complete dissociation between P waves and QRS

complexes.  When this occurs, ventricular rate will be slower than atrial

rate. *See Klabunde,*

*www.cvpharmacology.com/clinical%20topics/arrhythmias-2.htm (2006).*

15.    Bradycardia, whether sinus or ventricular, will reduce cardiac output and

cause hypotension (decrease arterial blood pressure).  Bradycardia also

increases the filling time of the ventricles (increases the length of diastole)

so ventricular filling (preload) increases and stroke volume increases;

venous pressures proximal to the heart (e.g., central venous pressure) also

increase.  Tachycardia has the opposite effects of bradycardia.

6

16.    Hypotension is typically defined as an arterial pressure (systolic/diastolic) of 90/60 mmHg, or less. It can result from either a decrease in cardiac output (e.g., cardiogenic shock; hypovolemia) or from a loss of systemic vascular resistance (e.g., circulatory shock). Hypotension can be treated by increasing blood volume with fluids, stimulating cardiac function, or by administering vasoconstrictors to increase systemic vascular resistance. *See Klabunde, www.cvpharmacology.com/clinical%20topics/hypotension.htm (2006).*

17.    Hypertension can result from either an increase in cardiac output or an increase in systemic vascular resistance. According to the JNC 7 Report issued by the National Institutes of Health in 2003, a person is hypertensive when their systolic and diastolic arterial pressures are 140/90 mmHg or greater. Hypertension can occur as part of a chronic disease process or it can have an acute onset, depending on the underlying cause. Hypertension can be treated by drugs that reduce blood volume, decrease cardiac output, or decrease systemic vascular resistance (i.e., vasodilators). *See Klabunde, www.cvphysiology.com/Blood%20Pressure/BP001.htm (2006) and Klabunde, www.cvpharmacology.com/antihypertensive/antihypertensive.htm (2006).*

**C.    Preload, Afterload and Cardiac Output (CO)**

18.    Cardiac output is the product of heart rate and stroke volume. Stroke volume is regulated by preload, afterload and contractility (inotropy). Preload can be defined as the initial stretching of the cardiac myocytes

prior to contraction, which lengthens the myocyte sarcomeres that contain the contractile proteins. Because sarcomere length cannot be measured in the intact heart, other indices of preload are used such as ventricular end-diastolic volume, diameter or pressure. These same clinical indices apply to both the left and right ventricles. For reasons given below, end-diastolic pressure is less reliable as an index of ventricular preload because changes in ventricular compliance can lead to conditions where pressure is elevated while myocyte fiber length is reduced. Right atrial or central venous pressures are often used as an index of right ventricular preload.

19. Actual ventricular preload, that is muscle fiber length, is determined by two principle factors: ventricular pressure and ventricular compliance. Increased filling pressure (end-diastolic pressure), for example, stretches the ventricular fibers, thereby increasing their preload. A decrease in ventricular compliance (defined as the change in ventricular volume divided by the change in pressure as the ventricle is filled) will result in less stretching of fibers (reduced end-diastolic volume) at any given filling pressure. This occurs, for example, with ventricular hypertrophy. A more detailed description of ventricular compliance can be found at *www.cvphysiology.com/Cardiac%20Function/CF014.htm.* Ordinarily, ventricular compliance remains relatively unchanged on a beat-to-beat basis, and therefore filling pressure is a more important physiologic determinant of ventricular preload.

20. Ventricular filling pressure, whether directly measured or estimated from

8

atrial pressure or central venous pressure, is essentially the venous pressure of the blood that enters either the right side of the heart (central venous pressure) or the left side of the heart (pulmonary venous pressure). Venous pressure is determined by venous compliance (see Section II.D.2) and by the volume of blood within the venous vessels. Central (thoracic) venous blood volume is directly related to the balance of blood flow into the venous system and out of the venous system (that being pumped by the right ventricle). In the steady-state, the flow into the venous system must equal the flow out of the system. If flow into the venous system is increased (as occurs with systemic arterial dilation – see Section II.E.3), the central venous volume and therefore pressure increase. Central venous blood volume is also increased when ventricular output is reduced as in heart failure, or when total blood volume is increased due to renal mechanisms. Therefore, redistribution of venous blood volume to the central thoracic compartment or increased total blood volume will increase right ventricular preload.

21.    An increase in ventricular preload causes the muscle fibers to contract more forcefully, thereby increasing ventricular stroke volume. This is called Starling's Law of the heart or the Frank-Starling mechanism. When right ventricular stroke volume is increased, increased pulmonary flow leads to increased left ventricular filling pressure and increased left ventricular preload, which causes left ventricular stroke volume and therefore cardiac output to increase through activation of the Frank-Starling mechanism. *See Klabunde, Cardiovascular Physiology Concepts,*

9

*pages 68-78, or www.cvphysiology.com/Cardiac%20Function/CF003.htm*
*(2006).*

22.    Afterload can be viewed as the "load" that the heart must eject blood
against. The term was originally used to describe the weight that an
isolated muscle contracts against as it shortens. It is more complex in the
whole heart because of anatomic and geometric considerations. One
commonly used description for afterload is that it is the stress that
individual cardiac muscle fibers generate in order to eject blood into the
high pressure aorta. This stress is termed "wall stress" and is the product
of the intraventricular pressure developed during contraction and the
radius of the chambers (assuming very simplified geometry), divided by
the thickness of the ventricular wall. Therefore, afterload is increased
when aortic pressure and systemic vascular resistance are increased, by
aortic valve stenosis, and by ventricular dilation. Because of geometric
considerations, aortic pressure (with a normal aortic valve) is
quantitatively more important in determining afterload than ventricular
radius. *See Klabunde, Cardiovascular Physiology Concepts, page 78, or*
*www.cvphysiology.com/Cardiac%20Function/CF006.htm (2006).*

23.    Afterload impairs ventricular emptying through its effects on velocity of
fiber shortening. If afterload is decreased, for example by infusing an
arterial vasodilator to lower arterial blood pressure, the velocity of fiber
shortening during contraction is increased, which leads to an increase in
ejection velocity and stroke volume. *See Klabunde, Cardiovascular*

10

*Physiology Concepts, page 79-81, or*

*www.cvphysiology.com/Cardiac%20Function/CF006.htm (2006).*

24.    Afterload and preload are interdependent variables, meaning that changing one changes the other.  However, the relationship is complex because of changes that occur in both cardiac function and systemic vascular function.  If venous return to the heart is experimentally held constant, then decreasing afterload with an arterial vasodilator will decrease ventricular preload.  However, in the intact body, decreasing afterload does not necessarily decrease preload because the increase in cardiac output and venous return helps to maintain venous pressure and therefore preload (see Section II.E.3).  In the intact system, decreasing preload leads to a reduction in afterload because cardiac output is reduced, which decreases arterial pressure.

D.    **Effects of Selective Arterial Dilation and Venous Dilation on Cardiac filling Pressures and Preload**

25.    Central venous pressure (CVP) describes the blood pressure in the thoracic vena cava near the right atrium.  Therefore, CVP is very similar to right atrial pressure (RAP) since there are no valves separating the vena cava from the right atrium.  The following discussion will only refer to CVP although changes in CVP and RAP (especially their mean values) will be virtually identical.

11

26.    CVP is determined by the venous blood volume and the compliance of the veins. Compliance is defined physically as a change in volume divided by a change in pressure (see *www.cvphysiology.com/Blood%20Pressure/BP004.htm*). A more compliant vein can undergo a greater change in volume for a given increase in pressure than a less compliant vein. Venous compliance is determined by the state of contraction ("tone") of the smooth muscle within the walls of the veins; therefore, compliance is inversely related to the smooth muscle tone. Veins, like arteries, have a basal level of vascular tone generated by intrinsic and extrinsic factors. If a drug is given that relaxes the venous smooth muscle, the venous compliance increases. If the venous volume (V) remains unchanged, an increase in venous compliance (C) will lead to a decrease in venous pressure (P) according to the following relationship: $\Delta P = \Delta V/C$. Therefore, venous dilators decrease the venous pressure by increasing the venous compliance. Venous dilation will also increase the venous volume, but the change in compliance is greater than the change in volume so that the venous pressure still decreases. This is



Effects of changes in venous compliance and volume on venous pressure. Point A is the control operating point. Point B shows that venous dilation (increased compliance) increases volume and decreases venous pressure. Point C shows that increased venous blood volume increases venous pressure along same compliance curve.

12

illustrated in the above figure, which is adapted from *Klabunde, Cardiovascular Physiology Concepts, page 105*. As illustrated, administering a venous dilator causes the compliance curve to shift from point A to B (from low to high compliance curves), thereby illustrating the concept that a venous dilator reduces venous pressure and while increasing venous volume.

27.    The effects of selective arterial dilation can also be illustrated using the above analysis. Selective arterial dilation decreases SVR, which leads to increased systemic flow and increased venous volume as described in Section II.E.3. Using the figure shown in Section II.D.2, with point A being the control operating point, an increase in venous volume resulting from arterial vasodilation will not change the venous compliance curve. Instead, point A will move up and to the right along its same compliance curve to point C, thereby illustrating how increased venous volume (caused by arterial dilation) leads to an increase in venous pressure without altering venous tone. As discussed in Section II.E.3, venous pressure in the body may not change much during selective arterial dilation because the increased cardiac output that results from the reduced afterload tends to lower venous pressure, thereby offsetting the effects of arterial dilation on venous pressure. Furthermore, arterial dilation will lead to a fall in arterial pressure, which can activate the baroreceptor reflex leading to sympathetic activation of the veins thereby decreasing their compliance. This tends to increase the venous pressure.

13

28.    To summarize the effects of venous dilation versus arterial dilation on
CVP, I can state that venous dilation alone decreases CVP, whereas
arterial dilation tends to increase CVP, although CVP may not actually
change because of increased cardiac output which tends to lower CVP.  As
an example, the selective arterial vasodilator hydralazine may cause a
slight decrease in CVP.

29.    Pulmonary capillary wedge pressure (PCWP) is used as a clinical measure
of left atrial pressure, and therefore reflects the filling pressure (end-
diastolic pressure) of the left ventricle.  It therefore serves as an index of
preload.  (This correlation between PCWP and left ventricular end-
diastolic pressure is not valid when there is mitral valve stenosis.)  A
description of how this is measured can be found at
*www.cvphysiology.com/Heart%20Failure/HF008.htm (2006)*.  As an
index of left ventricular filling pressure and therefore preload, PCWP
changes based on ventricular performance as well as the status of
pulmonary vascular resistance (PVR) and pulmonary blood volume.

E.    **Systemic Vascular Resistance (SVR)**

30.    The circulatory system can be thought of as two in series circulations, the
systemic and pulmonary circulations, situated between two pumps (the
right and left sides of the heart (see Fig 1-1 from Klabunde,
*Cardiovascular Physiology Concepts*, 2004, page 3).  Each of the two
circulations receives all of the cardiac output because they are in series.

31.    The systemic vascular resistance (SVR) is the resistance to blood flow

14

through the <u>entire</u> systemic circulation – i.e., through all the vessels from the aorta to the vena cava. In older textbooks this is sometimes referred to as "total peripheral resistance." SVR is not directly measured, but rather calculated from the measured values of cardiac output (CO), mean aortic pressure (MAP), and mean central venous pressure (CVP; measured just outside of the right atrium) using the following equation: $SVR = (MAP-CVP)/CO$. Because 50-70% of the SVR is generated by the small arteries and arterioles (precapillary resistance vessels), changes in SVR primarily reflect changes in the resistance of these precapillary resistance vessels, which occurs through changes in their diameters. Changes in venous diameters and resistance have relatively little effect on SVR because venous resistance normally comprises only about 10% of SVR. Therefore, if a drug is administered that reduces the calculated value of SVR, it is generally assumed that this primarily reflects reduced resistance (vasodilation) of precapillary resistance vessels. A change in venous resistance, if it is occurring in response to the drug infusion, will only have a small effect on SVR. In summary, a change in SVR demonstrates that precapillary resistance is changing, but does not indicate if postcapillary venous resistance is changing. Other indices are used, however, to determine if venous resistance (or tone) is changing (see Section II.C.1-3.). Drugs that are selective arterial dilators (e.g., hydralazine) decrease SVR; drugs that are mixed arterial-venous dilators (e.g., sodium nitroprusside) also reduce SVR. Pure venous dilators (e.g., nitroglycerin), on the other hand, have relatively little effect on SVR, although they will

15

reduce CVP (see Section II.E.4.). *See Klabunde, Cardiovascular Physiology Concepts, pages 92-104.*

32. As described in Section II.C.5., systemic arterial pressure is an important determinant of the afterload on the left ventricle.



Effects of selective arterial dilation ($\downarrow$SVR) on right atrial pressure ($P_{RA}$). Point A = control operating point. Point B shows effects of arterial dilation alone (increases $P_{RA}$ and cardiac output). Point C combines arterial dilation with enhanced cardiac performance due to decreased afterload and/or reflex sympathetic activation. *Adapted from Klabunde, Cardiovascular Physiology Concepts, Fig 5-17*

Therefore, a decrease in SVR and the resulting decrease in arterial pressure decreases left ventricular afterload, which leads to an increase in left ventricular stroke volume by permitting greater ejection (reduced end-systolic volume). This in turn can lead to a reduction in left atrial pressure, as occurs in heart failure patients treated with arterial vasodilators. Therefore, drugs that reduce SVR enhance left ventricular stroke volume by decreasing ventricular afterload. When ventricular stroke volume is increased by reducing afterload, this tends to lower ventricular preload by reducing ventricular end-diastolic pressure and volume. However, as shown by Guyton et al., CIRCULATORY PHYSIOLOGY: CARDIAC OUTPUT (WB Saunders 2d ed. 1973) and illustrated in the figure to the right (*adapted from Klabunde, Cardiovascular Physiology Concepts, Fig 5-17*), the systemic

16

consequence of decreasing afterload (point B) is an increase in right atrial

pressure ($P_{RA}$; an index of right ventricular preload) because of increased

venous return and increased volume in the central venous compartment.

This systemic effect of reduced SVR coupled with the cardiac enhancing

effect of decreased afterload, will lead to an increase in cardiac output

with little or no change in ventricular preload indices (point C). *See*

*Klabunde, Cardiovascular Physiology Concepts, pages 69-81, 110-115.*

33. Dilation of systemic veins, which

has little effect on SVR, can

significantly reduce central

venous pressure and ventricular

preload. Through the Frank-

Starling mechanism, reduced

preload leads to reduced stroke

volume and cardiac output,

thereby decreasing arterial

pressure in the absence of

compensatory reflexes. The



Effects of selective venous dilation on right atrial pressure ($P_{RA}$) and cardiac output. Point A = control operating point. Point B shows effects of venous dilation alone (decreases $P_{RA}$ and cardiac output). *Adapted from Klabunde, Cardiovascular Physiology Concepts, Fig 5-17.*

effects of selective venous dilation were elegantly described by Guyton et

al. (1973) who showed that venous dilation decreases right atrial pressure

(right ventricular preload) as shown in the figure to the right as a shift

from point A to B.

17

**F.    Adenine Nucleotide and Adenosine Metabolism.**

34.    Nucleotides are high-energy phosphate-containing compounds that are ubiquitous to all living cells.  Adenine nucleotides contain a purine ring (adenine), bound to a ribose sugar (together forming the nucleoside, adenosine), and one to three high-energy phosphate groups.  Adenosine triphosphate (ATP), for example, has three phosphate groups attached to adenine-ribose.  ATP is the most important nucleotide found in human cells and serves as the primary energy source for many essential chemical reactions.

35.    ATP can be dephosphorylated to adenosine diphosphate (ADP), which can undergo further dephosphorylation to adenosine monophosphate (AMP).  This dephosphorylation is normally coupled to intracellular metabolic pathways and provides the energy for metabolic functions.  Energy is given off by the molecule each time a phosphate group is removed.

36.    If ATP is added to blood, it is rapidly acted upon by ecto-nucleotidases associated with the membranes of red cells, endothelial cells, and other cells.  These nucleotidases cleave off the phosphate groups to form AMP.  The AMP can be further dephosphorylated to adenosine (ADO) by 5'-nucleotidase, an enzyme that is also associated with cell membranes.  When this reaction occurs in whole blood, the half-life for ATP is several minutes.  Heptinstall et al., *Adenine nucleotide metabolism in human blood - important roles for leukocytes and erythrocytes*, 3 J. Thrombosis Hemostasis 2331-39 (2005).  Once ADO forms, it is broken down even

18

more rapidly (half-life of less than 10 seconds) to inosine (by adenosine deaminase), which is subsequently degraded to hypoxanthine, xanthine, and finally to uric acid. Richard E. Klabunde, *Dipyridamole Inhibition of Adenosine Metabolism in Human Blood,* 93 European J. Pharm. 21-26, 23 (1983). This final product is primarily removed from the body by the kidneys.

37.    If either ATP or ADO is added to whole blood, the concentration of each of the products at a given time depends on the kinetics of the enzymatic reactions, including considerations such as rate of enzymatic activity, the equilibrium constant for the reactions, transport of products in an out of cells, and the clearance of the products (e.g., removal of uric acid by the kidneys). When ATP is added to whole blood and all of its products are measured at different times following its addition, the concentration of ADO increases only a very small (almost negligible) amount because it is broken down more rapidly to inosine than it is formed by the degradation of ATP (Heptinstall et al., 2005). This basic biochemistry of ATP degradation has been known for several decades. Complicating this picture is the fact that some of the products of ATP metabolism can be salvaged and reconstituted back into the nucleotide pool. For example, adenylate kinase converts two molecules of ADP to ATP and AMP. Furthermore, adenosine, instead of being deaminated to inosine, can be taken up by cells and rephosphorylated by adenosine kinase into the adenine nucleotide pool.

19

G.    **Purinergic Receptors**

38.    Burnstock (1978) proposed two

types of purinergic receptors, $P_1$

and $P_2$, based on their relative

affinity for ATP and adenosine

(ADO), as well as other

nucleotides.  Geoffrey

Burnstock, *A Basis for*

*Distinguishing Two Types of*



*Purinergic Receptor, in* 1 CELL MEMBRANE RECEPTORS FOR DRUGS AND

HORMONES: A MULTIDISCIPLINARY APPROACH 107-118 (R.W. Straub &

L. Bolis, eds., Raven Press 1978).  $P_1$ receptors have a high affinity for

ADO and influence intracellular cAMP concentrations.  In contrast, $P_2$

receptors have a relatively high affinity for ATP compared to ADO and do

not alter intracellular cAMP.  Furthermore, $P_1$ but not $P_2$ receptors can be

blocked by methylxanthines such as theophylline.  Methylxanthines were

used in early experiments to demonstrate the direct effects on ATP on $P_2$

receptors in contrast to its indirect effects on $P_1$ receptors that resulted

from ADO formed by degradation of ATP.

39.    By 1985, $P_1$ receptors were subdivided into $A_1$ and $A_2$ receptors.  Geoffrey

Burnstock & Noel J. Buckley, *The Classification of Receptors for*

*Adenosine and Adenine Nucleotides, in* METHODS IN PHARMACOLOGY

193-212 (David M. Paton, ed. Plenum Publishing Corp. 1985).

Stimulation of $A_1$ receptors in the heart by ADO decreases intracellular

cAMP, which leads to a decrease in heart rate and AV conduction.

Stimulation of $A_2$ receptors on blood vessels increases intracellular cAMP

and causes vasodilation.

40.    By 1985, $P_2$ receptors were described in a variety of tissues, including

blood vessels.  Stimulation of these receptors by ATP causes either

vasoconstriction (often transient) or vasodilation.  Since 1985, our

knowledge of purinergic receptors has expanded greatly.  For example, we

have now characterized many subtypes of $A_1$, $A_2$ and $P_2$ receptors, and

have a more complete understanding of their coupled signal transduction

mechanisms.

41.    This understanding of $P_1$ and $P_1$ receptors, and their different affinities for

ATP and ADO as well as their different signal transduction mechanisms

help to explain findings dating back to the 1950s (see Moir and Downs,

1972) that intracoronary infusions of ATP were found to be significantly

more potent as a coronary vasodilator than equimolar infusions of ADO.

Thomas W. Moire & Thomas D. Downs, *Myocardial reactive hyperemia:*

*comparative effects of adenosine, ATP, ADP, and AMP*, 222(6) Am. J.

Physiology 1386-1390 (1972).  A detailed exploration of this difference

was conducted by Moir and Downs (1972).  They also observed that

although ATP was a more potent coronary vasodilator than ADO, ATP

produced less effect on heart rate and contractility than ADO.

**H.  Vasodilators, including dipyridamole / sodium nitroprusside (SNP) /
nitroglycerin (TNG) / hydralazine**

21

42.     Dipyridamole is vasodilator drug that was originally developed as a

coronary vasodilator for the treatment of angina, although today it is not

used for that purpose because it was found to induce angina in susceptible

patients by causing coronary steal.  It has the potential to induce

vasodilation through multiple mechanisms, including 1) inhibition of

cellular transport of adenosine, which increases extracellular adenosine

concentrations and thereby potentiates the vasodilator effects of

systemically administered adenosine as well as endogenous adenosine, 2)

stimulating prostacyclin production, and 3) inhibition of cAMP- and

cGMP-dependent phosphodiesterase (PDE), which leads to increased

intracellular concentration of cAMP and cGMP, both of which produce

vasodilation. *See Rardon et al.  Adenosine and Prostacyclin Independent*

*Electrophysiological Effects of Dipyridamole in Guinea-Pig Papillary*

*Muscles and Canine Cardiac Purkinje Fibers*, 231 J. Pharm. Exp. Ther.

206-13 (1984).  *Yamamoto et al., Complex Effects of Inhibitors on Cyclic*

*GMP-stimulated Cyclic Nucleotide Phosphodiesterase*, 258(23) J. Bio.

Chem. 14137-77 (1983); and Silver, P.J., *Regulation of contractile activity*

*in vascular smooth muscle by protein kinases,* S Rev. Clin. Basic Pharm.

341-95 (1985).

43.     Sodium nitroprusside (SNP) dilates both arteries and veins (mixed, or

balanced vasodilator).  These actions of SNP decrease ventricular

afterload and preload.  Arterial vasodilation reduces arterial pressure and,

by decreasing afterload on the heart, increases left ventricular output.  The

decreased preload results from venodilation and increased venous

22

compliance, which decrease ventricular filling pressures.  SNP also reduces pulmonary vascular resistance and therefore reduces afterload on the right ventricle, which can enhance its output.  SNP spontaneously releases NO, which increases intracellular cGMP concentrations to produce vasodilation.  *See* Miller, et al., *Differential Systemic Arterial and Venous Actions and Consequent Cardiac Effects of Vasodilator Drugs, in* XXIV(5) PROGRESS IN CARDIOVASCULAR DISEASES 353-374 (Edmund H. Sonnenblick, et al. eds., Grune and Stratton 1982); Bristow et al., *Drugs in the Treatment of Heart Failure, in* 1 Braunwald's Heart Disease:  A Textbook of Cardiovascular Medicine 569-601 (Braunwald, et al., eds. 7th ed. 2005); and *Klabunde,*

*www.cvpharmacology.com/vasodilator/nitro.htm (2006).*

44.    Nitroglycerin (glyceryl trinitrate; TNG) is an organic nitrate vasodilator that requires an enzymatic process to form NO. The nitrate group on TNG interacts with enzymes and intracellular sulfhydryl groups in blood vessels that reduce the nitrate groups to NO or to S-nitrosothiol, which then is reduced to NO.  Nitric oxide activates smooth muscle soluble guanylyl cyclase (GC) to form cGMP, which then leads to vasodilation.  TNG at normal therapeutic doses dilates veins more than arteries.  Its ability to dilate veins is greater than sodium nitroprusside, which is a mixed (or balanced) arterial-venous dilator.  In normal subjects, TNG reduces stroke volume because of its effect on lowering cardiac preload.  Its anti-anginal effects are primarily due to venous dilation, which reduces cardiac preload, the force of myocardial contraction and stroke volume.  This

23

reduces the oxygen demand of the heart and thereby increases the oxygen

supply/demand ratio. TNG at therapeutic doses may also induce a small

amount of dilation of epicardial coronary arteries. *See Miller (1982);*

*Bristow et al. (2005);* and *Klabunde,*

*www.cvpharmacology.com/vasodilator/nitro.htm (2006).*

45.    Hydralazine is a highly selective arterial vasodilator. Hydralazine is used

in the treatment of heart failure and hypertension. Hydralazine, owing to

its pronounced arterial dilator and hypotensive effects, decreases the

afterload and impedance to left ventricular ejection, which enhances

cardiac output in heart failure. Left ventricular filling pressure may

decline modestly, but this is thought to be due to more complete

ventricular emptying. Right atrial pressure does not fall in heart failure

patients suggesting little or no increase in venous capacitance. *See Miller*

*(1982).*

## III.    THE '296 PATENT

46.    The '296 patent discusses various uses of intravenous infusions of

adenosine. Broadly speaking, the patent describes a variety of methods of

using adenosine infusion to induce a controlled reduction in blood

pressure without compromising cardiac function under various clinical

situations.

47.    I understand that Item and Astellas are asserting claims 1, 3, 7, and 9

against Sicor in this matter.

24

48.    Claims 1, 3, and 7 each recite methods of "selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole" by continuously administering adenosine at specified dose ranges.

49.    Claim 1 reads as follows:

> 1. A method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole, comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less.

50.    Claim 3 reads as follows:

> A method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole, comprising continuously administering into the blood stream of said patient by intravenous administration about 0.05 milligrams to about 0.30 milligrams of adenosine per kilogram body weight per minute.

51.    Claim 7 reads as follows:

> A method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole, comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.01 to 0.15 milligrams of adenosine per kilogram body weight per minute.

52.    Claim 9 recites a method for "inducing a reduced afterload in the vascular system of a human without reducing the preload and without pretreatment

25

with dipyridamole" by continuously administering adenosine into the bloodstream of a patient within a specified dose range. Specifically it reads:

> 9. A method for inducing a reduced afterload in the vascular system of a human without reducing the preload and without pretreatment with dipyridamole, the method comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less.

## IV.    THE '296 PATENT CLAIMS ARE NOT ANTICIPATED BY THE PRIOR ART

53.    I understand that, under the patent law, for a reference to "anticipate" a patent claim, it must teach or disclose each element recited in the claim.

54.    In my view, none of the references cited by Dr. Binkley anticipates claims 1, 3, 7, or 9 of the '296 patent.

### B.    Sollevi I

55.    Sollevi et al. *Cardiovascular Effects of Adenosine During Controlled Hypotension in Cerebral Aneurysm Surgery*, 59(3) Anesthesiology (Circulation II) A9 (September 1983) ("Sollevi I") is an abstract of a study conducted in 9 patients undergoing surgery for cerebral aneurysms, which required lowering of arterial pressure as part of the surgical procedure. Accordingly, dipyridamole was given to inhibit adenosine uptake and subsequent metabolism, followed by adenosine infusions to reduce arterial pressure. The results showed that arterial pressure could be substantially reduced, caused by a decrease in SVR and accompanied by an increase in

26

cardiac output. There was no change in PVR or CVP. Dr. Sollevi

concluded that the hemodynamic properties of adenosine (administered

following pretreatment with dipyridamole) made it suitable for controlled

hypotension in man.

56.    Sollevi I does not describe or imply administration of an adenosine

infusion in the absence dipyridamole pretreatment. Each patient

apparently received a single intravenous injection of 0.3 to 0.4 mg/kg of

dipyridamole 10 to 30 minutes prior to beginning an adenosine infusion

averaging 0.140 mg/kg/min (140 µg/kg/min). According to the abstract,

dipyridamole was administered to "inhibit cellular ADO [adenosine]

uptake, thus reducing the required ADO dose."

57.    In my view Sollevi I does not anticipate the patent claims because, in

Sollevi I, dipyridamole was used as a pretreatment to intentionally reduce

the required adenosine dose. Each of claims 1, 3, 7, and 9 of the '296

patent describes adenosine infusions in the absence of pretreatment with

dipyridamole. Furthermore, one of ordinary skill in the art[1] would not

know the efficacious and safe dose (if any) of adenosine in the absence of

dipyridamole. Thus, it would not be "readily apparent" to one of ordinary

skill in the art that adenosine could be safely and effectively administered

alone instead of in combination with a dipyridamole pretreatment because

_____

[1] As discussed below, a person of ordinary skill in the context of the '296 patent would likely be
a treating physician with experience in cardiology..

Dr. Sollevi provided an explicit rationale for administering dipyridamole prior to adenosine.

58.    In addition, in Sollevi I, pretreatment with dipyridamole resulted in adenosine infusions producing a decrease in afterload, with no evidence for a change in preload because central venous pressure was unchanged (see Section II.C.2-3.).

59.    Dr. Binkley proposes that Dr. Sollevi would have "understood that dipyridamole could be used to reduce the required dose of adenosine because the administration of both drugs had the same pharmacological result--an increase in adenosine." Binkley Rp. at ¶ 45. While I believe that a person of ordinary skill would have understood that dipyridamole worked at least in part through increasing endogenous levels of adenosine, such a person would have also understood, based upon numerous prior publications, that dipyridamole had other potential mechanisms of action for producing vasodilation. *See, e.g.,* Sollevi 30(b)(6) at 61-62. Moreover, a person of ordinary skill in the art would not have assumed that adenosine and dipyridamole would have identical effects due to the other known mechanisms of action of dipyridamole. For example, dipyridamole was also known by the early 1980s to inhibit phosphodiesterase activity (Smith and Mills, Biochem J 120(4):20P, 1970), which was also known to be involved in vasodilation . (see Section II.H.1). In addition, the adenosine-dependent vasodilator actions of dipyridamole depend upon endogenous adenosine production, which

28

differs among tissues; therefore, the adenosine-dependent vasodilator action of dipyridamole differs among tissues. In contrast, continuous administration of adenosine into the blood stream, as required in claims 1, 3, 7, and 9, does not depend upon endogenous adenosine production.

60.     Dr. Binkley comments that "no AV block was observed" in the patients in the Sollevi I study of adenosine infusion following pretreatment with dipyridamole. Binkley Rp. at ¶ 46. In my view, the Sollevi I results would not have addressed or eliminated concerns one of ordinary skill in the art would have had over AV block. The Sollevi I abstract reported an increase in heart rate, but did not report on AV nodal conduction. Moreover, results in a small number of patients would not have been sufficient to overcome concerns that would have existed.

C.  **Sollevi II**

61.     Sollevi et al., *Cardiovascular Effects of Adenosine in Man*, 120(2) Acta Physiol. Scand. 11A (February, 1984) ("Sollevi II") is an abstract of a study conducted in 10 patients[2] undergoing surgery for cerebral aneurysms, which required lowering of arterial pressure as part of the surgical procedure. The patients in this study were apparently the same as those in Sollevi I. However, the Sollevi II abstract presents additional data not found in Sollevi I. As discussed above, the patients were pretreated

_____

[2]      See footnote 6, below.

29

with dipyridamole and subsequently, adenosine was infused at a dose of 0.5 ± 0.1 μmoles/kg/min (approximately 140 μg/kg/min). In the presence of dipyridamole pretreatment, Sollevi II reports that plasma levels of adenosine and inosine were increased by roughly 10- and 100-fold, respectively. Therefore, Sollevi II demonstrates that adenosine infusion in the presence of dipyridamole pretreatment leads to substantial increases in plasma adenosine and its metabolites, which are associated with a decrease in arterial pressure.

62.    The Sollevi II abstract reports that adenosine "acts as a rather pure arteriolar vasodilator with rapid onset, sustained action and rapid elimination" when infused in the presence of dipyridamole.

63.    As in Sollevi I, in my view, Sollevi II would not anticipate claims 1, 3, 7, or 9 of the '296 patent because dipyridamole was used as a pretreatment. Furthermore, as stated above, because dipyridamole would not be used in the claimed methods, one of ordinary skill in the art would not know the efficacious and safe dose (if any) of adenosine in the absence of dipyridamole.

**D.  Sollevi III**

64.    Sollevi et al., *Controlled Hypotension with Adenosine in Cerebral Aneurysm Surgery,* 61 Anesthesiology 400-405 (1984) ("Sollevi III") is a full publication in a recognized peer-reviewed journal that includes results

30

from both the Sollevi I and II abstracts as well as results not described in those abstracts.[3] Therefore, Sollevi III refers to the same patient population as in Sollevi I and II.

65. I understand that Sollevi III is not considered to be "prior art" under the patent law because it reflects Dr. Sollevi's own work and was published in October of 1984, less than one year prior to the September 24, 1985 filing date of the '296 patent.

66. The tabulated data presented in Sollevi III is also found in Example I of the '296 patent. Hemodynamic data from Sollevi III are contained in Tables I through IV in the patent. All of the adenosine infusion data in tables I through IV in the '296 patent were obtained from patients pretreated with dipyridamole. Col. 6, lines 47-67; Col. 7, lines 21-25.

67. Sollevi III contains additional information on adenosine metabolites in the plasma, hemodynamics, and brain metabolism as related to changes in arteriovenous oxygen differences. Furthermore, Sollevi III draws from data from two previous studies by Lagerkranser et al., which used sodium nitroprusside (SNP) and nitroglycerin (TNG) to achieve similar hypotensive responses in patients. Sollevi compared his adenosine infusions in the presence of dipyridamole with the infusions of these two

---

[3]    It is not surprising that the data from Sollevi I and Sollevi II are contained in Sollevi III. It is common in the scientific literature to publish one or more preliminary abstracts concerning a particular data set prior to publishing a complete peer-reviewed paper in a scientific journal.

31

other vasodilators in the absence of dipyridamole. These two compounds are known to dilate veins, although SNP also has arterial vasodilating properties (see Section II.H.2-3.). The comparison clearly shows dramatically different hemodynamic profiles between adenosine and SNP and TNG. The identical table of data appears in the '296 patent. *Compare* Sollevi III at 404, Table 4; '296 Patent, Cols. 9-10, Table IV.

68.    In the table comparison, adenosine showed greater systemic vasodilation with no reduction in cardiac preload as measured by right atrial pressure and pulmonary capillary wedge pressures. In contrast, the SNP and TNG dramatically reduced right atrial pressure and PCWP, as expected for vasodilators possessing significant venodilator activity (see Section II.D.2-3.). Thus, Dr. Sollevi concluded that "the lack of effect on venous pressure suggests a minimal effect on the venous vascular bed, such that venous return and ventricular filling pressures are unaffected." Sollevi III at 403.

69.    In contrast to Sollevi I and II, Sollevi III also mentions preliminary results from patients who were not pretreated with dipyridamole. The results of these pilot studies were similar to the data from patients who had received adenosine infusions in the presence of dipyridamole, but the required dose was approximately doubled (*see* Sollevi III at 403, fn), which, as discussed below, would have been surprising at the time. Sollevi also explained that a higher stock concentration of adenosine was necessary to achieve an adequate dose without excessive fluid overload to produce a comparable

32

hypotensive effect in patients not pretreated with dipyridamole.

70.     The pilot studies in Sollevi III concerning adenosine administration

without dipyridamole pretreatment are also mentioned in the '296 patent

(Col. 9, lines 41-47), but with a larger number of patients, 50 in the '296

patent as compared to 20 in Sollevi III. In my view these studies provide

the first direct evidence supporting the use of adenosine without

dipyridamole pretreatment for inducing selective arterial vasodilation, as

found in claims 1, 3, and 7, and for inducing a reduced afterload without

reducing preload, as found in claim 9.

71.     The calculations in paragraphs 55 and 59 of Dr. Binkley's report

concerning the probability that the data in the Sollevi I and II abstracts,

Sollevi III, and the '296 patent are based upon independent patient

populations are irrelevant because it is apparent that all of the data are

from the same population. (*See* Sollevi 30(b)(1) at 169:21 - 170:8.) In

addition, the calculations are flawed in that they assumed a range of values

for systemic vascular resistance that were inconsistent with the

experimental results.

**E.  The Yearbook of Anesthesia**

72.     The Sollevi III article is summarized in the 1985 Yearbook of Anesthesia,

Ronald Miller, ed., Year Book Medical Publisher, Chicago ("Yearbook").

As described in the Yearbook itself, the Yearbook series "provides in

condensed form the essence of the best of the recent international

literature in medicine and the allied health professions. The material is

33

selected by distinguished editors who critically review more than 500,000

journal articles each year." The Yearbook summary reflects the content of

Sollevi III and is plainly derived from that publication by Dr. Sollevi. I

understand that information that is derived from an inventor's disclosure

of his own work is not available as prior art if it is published less than 1

year before the filing date of the relevant patent claims. Here, the editor of

the publication in the August 1985 Yearbook of Anesthesia is reporting on

information from Sollevi III and does not represent work by "others" prior

to the invention of the methods in claims 1, 3, 7, and 9 of the '296 patent.

73.     For example, the Yearbook article reports the same number of patients, the

same dipyridamole pretreatment dose, the same adenosine dose and

arterial blood adenosine levels, and the same hemodynamic effects as

reported in Sollevi III.

**F.  Fukunaga**

74.     Fukunaga et al., *ATP-Induced Hypotensive Anesthesia During Surgery*,

57(3) Anesthesia and Anesthesiology, A65 (1982) ("Fukunaga") is an

abstract describing the results of ATP infusion into 27 surgical patients as

a method for lowering arterial blood pressure. Fukunaga reported results

for hemodynamic variables based on measurements taken from 4 of the

patients[4]. ATP significantly reduced SVR and MAP while apparently

--------------------

[4] The methods indicate that cardiac output was assessed in 4 patients, whereas fig. 3 shows
results from 5 patients. There is no explanation for this apparent discrepancy.

34

maintaining cardiac output, with no change in heart rate. Fig. 3 shows individual cardiac output measurements versus mean arterial pressure that were taken before and after lowering arterial pressure.. Cardiac output fell in some patients by more than 1 L/min; however, cardiac output slightly increased or decreased in the other patients. Overall, cardiac output probably did not change significantly in this small number of patients; however, it indeed fell considerably in some patients in response to ATP infusion.

75.    In my view, Fukunaga would not anticipate claims 1, 3, 7, or 9 of the '296 patent. Fukunaga strictly discloses administration of ATP without any reference to actions of adenosine. Indeed, the discussion section of the abstract states that "**ATP** is a physiological intracellular substance, which relaxes and dilates vascular smooth muscles including coronary and cerebral arteries." Fukunaga (emphasis added). There is no inference made concerning any potential role of adenosine in mediating the observed hemodynamic responses. As described in the introduction, the purpose of the study was to study in detail the pharmacological and circulatory effects of ATP itself as a pressure-lowering agent. Furthermore, one of ordinary skill in the art would not have been able to predict what levels of adenosine would be achieved from the administration of ATP.

76.    Fukunaga indicates that cardiac output was "well maintained." Individual values indicated some increased and some decreased slightly. There is no

35

mention of preload or venous effects in the abstract. Neither can changes in preload or venous tone be inferred from the data presented in the abstract.

77.    In my view the administration of an infusion of ATP in Fukunaga would not "inherently anticipate" [*See* Binkley Rp. at ¶81] the methods claimed in claims 1, 3, 7, and 9 because the claimed methods refer to administration of a completely different chemical compound, adenosine. Although ATP can be dephosphorylated in the body to form adenosine, ATP itself, through its actions on specific purinergic receptors that differ from the receptors to which adenosine binds, has its own vascular effects, a fact that would have been known to one of ordinary skill in the art in 1985. *See, e.g.*, Burnstock and Buckley "The Classification of Receptors for Adenosine and Adenine Nucleotides" Chapter 11, Methods in Pharmacology (1985) 193-212; Burnstock and Kennedy *Is There a Basis for Distinguishing Two Types of P2-Purinoreceptor?*, 16(5) Gen. Pharmac. 433-40 (1985); Gordon *Extracellular ATP: Effects, Sources, and Fate*, 233 Biochem. J. 309-19 (1986); Su *Extracellular Functions of Nucleotides in Heart and Blood Vessels*, 47 Ann. Rev. Physiol. 665-76 (1985); and Section II.G.1-4.) A plain reading of claims 1, 3, 7, and 9 clearly identifies adenosine, not any precursor or other substance, as the compound for administration to the patient.

78.    I do not believe that one of ordinary skill in the art in 1985 would have understood Fukunaga to disclose continuous intravenous administration of

adenosine at doses of between 0.097 and 0.291 mg/kg/min of adenosine.
*See* Binkley Rp. at ¶ 78. Moreover, even based on today's science, one
cannot predict the amount of adenosine generated at any given time in the
bloodstream as a result of intravenously administering ATP. While one
could hypothetically calculate the amount of adenosine generated by
administering a given dose of ATP if all of the ATP administered were
converted directly to adenosine and adenosine were not itself further
metabolized, in reality, once administered, ATP is metabolized through a
series of intermediates to adenosine and subsequently further broken down
to uric acid. Further complicating this is that some of the breakdown
products of ATP, including adenosine, can be rephosphorylated and
recycled into the adenine nucleotide pool. In other words, the products of
ATP metabolism are simultaneously broken down and reconstituted and
the amount (if any) of each product in the blood at a given time after
administration would have been unpredictable. Not all of the administered
ATP will be metabolized into adenosine and any adenosine made could be
present for a vanishingly short period of time before being further broken
down into inactive metabolites (see Section II.F.1-4).

79.    Each step in the metabolism of ATP is governed by an enzymatic reaction
with specific rate constants and equilibrium constants that will ultimately
determine the relative concentration of each of the metabolites. To
illustrate this biochemical principle, Heptinstall (2005) studied adenine
nucleotide metabolism in human blood. *See* Heptinstall (2005).
Heptinstall added ATP to whole blood and measured the levels of each of

37

its breakdown products, ADP, AMP, adenosine, inosine, and

hypoxanthine, at different times following the addition of ATP. The data

show that the increase in adenosine was negligible because it was so

rapidly deaminated to form inosine and hypoxanthine.

80.     Although this is a current study, the metabolic breakdown pathway for

adenine nucleotides was known in the early 1980s. *See, e.g.*, Trams et al.

*A Proposal for the Role of Ecto-enzymes and Adenylates in Traumatic*

*Shock*, 87 J. Theor. Biol. 609-21 (1980); Lehninger, <u>*Biochemistry*</u>, 2nd

edition, 1975, ch. 15 & 26). Therefore, one of ordinary skill in the art,

who would be knowledgeable in basic metabolic pathways and enzyme

mechanisms, would have realized that a given dose of ATP would not lead

to an equivalent formation of adenosine. To the contrary, the adenosine

levels would have been unpredictable.

### G.  Biaggioni Abstract

81.     The purpose of Biaggioni et al., *Humoral and Hemodynamic Effects of*

*Adenosine Infusion in Man*, 33 Clinical Research 280A (1985) ("Biaggioni

abstract") was to determine whether adenosine infusion in conscious man

reduced blood pressure through inhibition of the sympathetic nervous

system. The study involved adenosine infusion (10 to 140 µg/kg/min) in

five normal volunteers. Contrary to their hypothesis, they found that the

action of adenosine infusion was accompanied by enhanced sympathetic

activity, as determined by elevated levels of plasma catecholamines.

Although the abstract describes a slight fall in diastolic pressure, systolic

38

pressure increased, and it is not clear whether mean arterial blood pressure was reduced at all.

82.    In my view the Biaggioni abstract would not anticipate claims 1, 3, 7, or 9 of the '296 patent. The authors did not report hemodynamic measurements that would enable determination of whether adenosine acted as a selective arterial vasodilator or induced a reduced afterload without reducing preload. In addition, the abstract reports sympathetic activation, which is associated with vasoconstriction, not vasodilation. Furthermore, the study was conducted in normal volunteers rather than patients, as required by the patent claims. The authors did not report data from doses of adenosine greater than 140 µg/kg/min because of concerns over the appearance of undesirable symptoms or side effects.

## H. Brown

83.    Brown et al., Intravenous Dipyridamole Combined with Isometric Handgrip for Near Maximal Acute Increase in Coronary Flow in Patients with Coronary Artery Disease, 48 American J. Cardiol. 1077-1085 (1981) ("Brown") concerns administration of dipyridamole to twenty-four patients with coronary artery disease during cardiac catheterization. The article does not attempt to make a connection between dipyridamole and adenosine but merely describes the vasodilator effects of dipyridamole in the patients with or without handgrip exercise. Brown does not anticipate claims 1, 3, 7, or 9 of the '296 patent because those claims each require administration of adenosine and specifically exclude pretreatment with

39

dipyridamole.

84.    Dr. Binkley opines that "administration of dipyridamole and adenosine
have the same net effect:  an increase in the concentration of adenosine in
the blood stream." Binkley Rp. at ¶ 92).  However, the Brown article
explicitly notes that dipyridamole was considered a good agent for
coronary vasodilation because it can be given intravenously without
causing profound hypotension. (Brown at 1077).  In contrast, Dr. Sollevi
reported that adenosine infusions caused hypotension when administered
following pretreatment with dipyridamole, as demonstrated by the 43%
decrease in mean arterial blood pressure reported in Sollevi I and II.

85.    Thus, even though dipyridamole administration and adenosine
administration both increase the concentration of adenosine in the blood
stream, the two compounds have very different overall physiological
effects in patients.  As described in Section II.H.1., dipyridamole was
originally developed as a coronary vasodilator for the treatment of angina;
however, it is not used for that indication because early studies showed
that it could produce angina in patients with coronary artery disease
because of coronary steal.  Intravenous dipyridamole is also a less
efficacious systemic arterial vasodilator and hypotensive agent than either
ATP or adenosine (compare results from Brown, Sollevi III and
Fukunaga). The reason for this is that the adenosine-dependent
vasodilator actions of dipyridamole depend on endogenous production of
adenosine, which differs considerably among organs because of their

40

metabolic activity and level of oxygenation. Furthermore, dipyridamole may produce vasodilation by other mechanisms besides enhancing adenosine levels (see Section II.H.1.). Therefore, the net effect of dipyridamole and adenosine are not the same, as was already known by the early 1980s.

## V.    THE '296 PATENT CLAIMS ARE NOT RENDERED OBVIOUS BY THE PRIOR ART

86.    I understand that, under the patent law, for a reference or combination of references to render "obvious" a patent claim, the difference between the claimed invention and the prior art must have been obvious at the time the invention was made to a person having ordinary skill in the art. I also understand that obviousness depends on at least four underlying factual determinations: (1) the scope and content of the prior art; (2) the differences between the claimed invention and the prior art; (3) the level of ordinary skill in the art; and (4) any relevant secondary considerations.

87.    In addition, I understand that for a combination of references to render obvious a patent claim, one of ordinary skill in the art, possessed with the understandings and knowledge reflected in the prior art, would need a motivation to produce the invention recited in the claims. Furthermore, I understand that for a combination of references to render obvious a patent claim, the prior art must provide a reasonable expectation of success.

88.    In my view, a person of ordinary skill in the art would have been a treating physician with experience in cardiology. I agree that such a person could

41

have had a residency in internal medicine and two years of a cardiology fellowship.

89.     I believe that none of the references or combinations of references cited by Dr. Binkley render obvious claims 1, 3, 7, or 9 of the '296 patent.

## VI.    Claims 1, 3, 7, and 9 Would Not Have Been Obvious In View of Sollevi I and Sollevi II

### A.    Scope and Content of the Prior Art

90.     Dr. Binkley concludes that "the data disclosed in Sollevi I and Sollevi II render obvious each and every element of claims 1, 3, 7, and 9 of the '296 patent." *See* Binkley Rp. at ¶ 63.

91.     As discussed above, Sollevi I and Sollevi II both described administration of an intravenous infusion of adenosine after pretreatment with dipyridamole to induce hypotension in patients undergoing surgery.

92.     In my view, concerns about the safety and efficacy of adenosine administration without pretreatment with dipyridamole would have discouraged use of adenosine alone as a selective arterial vasodilator in patients. These concerns were reflected in the medical literature prior to September 1985 and would have been well known to one of ordinary skill in the art, a physician with training or experience in cardiology.

93.     By 1985, studies of adenosine's effects on AV conduction had been ongoing for several years. *See, e.g.,* DiMarco et al., *Adenosine: Electrophysiologic Effects and Therapeutic Use for Terminating*

42

*Paroxysmal Supraventricular Tachycardia,* 68 Circulation 1254-1263
(1983) ("DiMarco 1983"); DiMarco et al., *Diagnostic and Therapeutic
Use of Adenosine in Patients with Supraventricular Tachyarrhythmias,* 6
Journal of the American College of Cardiology 417-25, 423 (1985)
("DiMarco 1985"). These studies involved studying the administration of
rapid bolus doses of adenosine whose effects would quickly dissipate.
None concerned the administration of adenosine as a continuous
intravenous infusion.

94.   DiMarco and coworkers, stated that an overdose of adenosine "might lead
to prolonged asystole, hypotension or other tachyarrhythmias" and that
upon bolus administration, the duration of adenosine's effect seemed
proportional to the dose in each patient. DiMarco 1985 at 423.

95.   The well known negative effects of adenosine were summarized by
DiMarco et al., who stated that "In 1929, Drury and Szent-Gyorgy
reported that adenosine produced sinus bradycardia and atrioventricular
(AV) block in several animal species" and that "Honey et al., and Jezer et
al., observed that intravenous adenosine depressed both sinus rate and AV
conduction in humans." DiMarco, 1983 at 1254.

96.   Concerns about adenosine that would have been known in the field in
1985 are also discussed in later published articles describing the history of
the use of adenosine. For example, Biaggioni and coworkers recounted
that the "the development of serious side effects with large boluses of the
drug (temporary cardiac arrest) led the authors to conclude that adenosine

43

was not 'a useful therapeutic preparation for the treatment of heart disease,' a view which discouraged further research." *See, e.g.,* Biaggioni et al., *Cardiovascular Effects of Adenosine Infusion in Man and Their Modulation by Dipyridamole,* 39 Life Sciences 2229-2236, 2229 (1986). Wilson stated "Despite the widespread use of adenosine in animal studies, concern over adenosine-induced hypotension and heart block have hampered its use in humans." Wilson et al., *Effects of Adenosine on Human Coronary Arterial Circulation,* 82 Circulation 1595-1606 (1990). Similarly, Pantely and Bristow stated in 1990 that "adenosine has never achieved clinical usefulness." Pantely and Bristow, *Adenosine, Renewed Interest in an Old Drug,* 82 Circulation 1854-1856 (1990).

97.    One of ordinary skill would have been aware of these potentially harmful effects of adenosine, and would have been concerned that they would occur in patients receiving adenosine infusions, particularly at higher doses. One of ordinary skill could not have predicted based on studies in patients pretreated with dipyridamole whether effects such as AV block would occur in patients administered adenosine without dipyridamole pretreatment and at what dose the effects might occur.

98.    It would also have been impossible to predict whether such effects would quickly resolve in patients receiving an adenosine infusion and how long such a resolution would take. Because AV block can stop the heart from beating, even if the effects of adenosine continued for a few minutes after the infusion was ceased, the potential for AV block would have been a

serious concern.

99.    Additional safety concerns for one of ordinary skill in the art would have
       included concern about buildup of the adenosine metabolite uric acid,
       which could potentially cause kidney damage, and concern about fluid
       overload in patients administered a large volume of infused adenosine.
       Moreover, it should be noted that induction of surgical hypotension itself
       would have been considered a serious medical intervention with inherent
       risks to the patient, such as inadequate blood flow to the brain and other
       major organs.

100.   These concerns are reflected in Fukunaga et al. *Dipyridamole Potentiates
       the Hypotensive Effect of ATP* 61(3A) Anesthesiology A39 (1984)
       ("Fukunaga 1984"). Fukunaga 1984 is an abstract describing studies on
       hemodynamic changes following continuous intravenous administration of
       ATP in the presence of dipyridamole. The authors found that
       dipyridamole reduced the required dose for ATP for an equivalent
       pressure reduction to $1/30^{th}$ to $1/50^{th}$ of the dose in the absence of
       dipyridamole and reported dipyridamole pretreatment as a way to avoid
       the "problem" of "undesirably high levels of uric acid." The abstract also
       reported that ATP is more readily dissolved and more stable in
       concentrated solution than adenosine, which would have made ATP a
       preferable hypotensive due to concerns about infusing high fluid volumes
       into patients.

**B.   Differences Between the Prior Art and the Claimed Invention and Lack of**

45

**Motivation to Modify the Prior Art to Perform the Claimed Methods**

101.    As described above, neither Sollevi I nor Sollevi II describes or implies

administration of an adenosine infusion in the absence of dipyridamole

pretreatment, which is an explicit requirement of claims 1, 3, 7, and 9 of

the '296 patent.  Sollevi I states that the dipyridamole pretreatment was

given 10-30 minutes prior to adenosine, and Sollevi II states that "[b]efore

the adenosine infusion," dipyridamole was administered "to achieve a

plasma level of 1-2 µM."

102.    In my view, this would have been an important difference between the

claimed invention, which requires an absence of dipyridamole

pretreatment, and Sollevi I and II, which both describe dipyridamole

pretreatment.

103.    Based upon the known extremely short half-life of adenosine in human

blood and the efficacy of dipyridamole in preventing degradation, one of

ordinary skill in the art would have been very concerned that it would take

an enormous dose of adenosine, perhaps between 1 and 2 orders of

magnitude greater than the dose described in the '296 patent, in order to

achieve a sustained hypotensive response.  Such a high dose of adenosine,

given intravenously would first pass through the heart and lungs, before

reaching the systemic arterial circulation.  In view of the safety concerns

with adenosine discussed above, one of ordinary skill in September 1985

would not have wanted to administer adenosine without dipyridamole

pretreatment, particularly at the high doses that would have been predicted

46

as necessary to achieve an effect similar to that observed with dipyridamole.

104.    I have reviewed a February 1985 letter from Dr. Robert Berne to Dr. Sollevi that reflects the concerns one of ordinary skill would have had about AV block. *See* ID2234. I was familiar with Dr. Berne's research in the early 1980s and considered him to be a leader in the field, not one of ordinary skill. Yet even Dr. Berne was concerned about AV block and did not understand how Dr. Sollevi avoided it at the high infusion doses he used to lower arterial pressure. Specifically, Dr. Berne stated, "One thing I don't understand is how you avoid atrioventricular heart block with doses of adenosine that are required to greatly lower arterial blood pressure. We get AV block with doses of adenosine that do not lower blood pressure . . . ." *Id.*

105.    Similarly, Fukunaga 1984 makes clear that the those in the field at the time believed that uric acid buildup from adenosine breakdown was a problem that should be addressed by using dipyridamole to minimize the dose of ATP administered to patients and that ATP was preferable to adenosine because it could be formulated more easily into a stable, high concentration solution. Although, as discussed above, one of ordinary skill would not have predicted that ATP and adenosine would have identical effects, if such a physician would have looked to the ATP data to predict what might occur with adenosine administration, that person would have been led to believe that it would either be necessary to utilize

47

dipyridamole as a pretreatment or to administer an exceptionally large
dose of adenosine, which could lead to undesirable high levels of uric acid
or adverse effects of adenosine on AV nodal conduction.

106.    The concerns one of ordinary skill in the art would have had about uric
acid buildup are also reflected in correspondence by Dr. Francis Robicsek
in response to a publication by Dr. Sollevi.  Dr. Robicsek wrote that
although he had obtained promising animal results with adenosine
infusions, he had decided against pursuing studies in humans because of
concerns over the buildup of uric acid when adenosine was administered
at high doses.  *See* ID 00001594-98.

107.    A study in dogs by Kassell and coworkers also suggested that an
exceptionally large dose of adenosine would be necessary in the absence
of dipyridamole pretreatment.  *See* Kassell et al. *Cerebral and Systemic
Circulatory Effects of Arterial Hypotension Induced by Adenosine* 58 J.
Neurosurgery 69-76 (1983) ("Kassell").  Kassell administered adenosine
to dogs and measured the hemodynamic effects.  They reported, in pilot
studies, that in the absence of dipyridamole the dose of adenosine required
to reduce arterial pressure by 40 mmHg was 600 mg/kg/hr.  In order to
reduce the excessive fluid load associated with this dose of adenosine,
owing to the poor water solubility of adenosine, they pretreated the dogs
in the study with dipyridamole, which reduced the dose of adenosine to 2
to 4.4 mg/kg/hr.  Therefore, pretreatment with dipyridamole reduced the
dose of adenosine by greater than 2 orders of magnitude (over 100-fold) in

48

dogs.

108.    The authors speculated that, because dogs are "notoriously difficult

animals in which to pharmacologically induce hypotension," it might be

possible to achieve a sufficient dose of adenosine in humans to cause

hypotension without pretreatment with dipyridamole. However, in my

experience, dogs are not an unusually difficult model for inducing

hypotension, and, in any event, the statement is not supported by any data

and does not address the other safety concerns about adenosine infusions.

109.    For example, Kassell observed that heart rate decreased by 30% and

stayed down throughout the period of hypotension, an effect attributed to

the "direct inhibitory action of adenosine on the conducting system of the

heart." Kassell at 74. Kassell also observed a "significant metabolic

acidosis" in dogs undergoing hypotension. *Id.* at 71. Thus, a person of

ordinary skill in the art would conclude that dipyridamole would be

necessary as a pretreatment to reduce the dose of adenosine to acceptable

levels in human patients.

110.    Based upon my own studies in 1981 and 1983, where I examined

adenosine metabolism and the effects of dipyridamole in human and dog

whole blood, I found that the half-life of adenosine in blood from dogs

was three and a half minutes compared to less than 10 seconds in blood

from humans. Klabunde and Althouse, *Adenosine Metabolism in Dog*

*Whole Blood: Effects of Dipyridamole* 28(23) Life Sci 2631-41 (1981);

Klabunde, *Dipyridamole Inhibition of Adenosine Metabolism in Human*

49

*Blood*, 93(1-2) Eur J Pharmacol. 21-6 (1983). This difference in half-life would also suggest that in the absence of dipyridamole, humans would require a far greater dose of adenosine than dogs to achieve a similar arterial concentration.

111.    Indeed, concern about administering adenosine without dipyridamole pretreatment is directly evident in Sollevi I, which states that dipyridamole was given "in order to inhibit cellular ADO uptake, thus reducing the required ADO [adenosine] dose." In my view, this statement would motivate one of ordinary skill in the art to similarly pretreat patients with dipyridamole, as adenosine administration in patients was thought to produce undesirable side events and a physician would wish to avoid large doses of adenosine.

112.    Considering all the teachings in the prior art and the differences between the prior art and the inventions claimed in claims 1, 3, 7, and 9, I believe that a person of ordinary skill in the art would not have been motivated to modify the methods of Sollevi I and II to make the claimed inventions and would not have reasonably expected those methods to succeed. Specifically, such a person would not be motivated to remove the dipyridamole pretreatment or to attempt to use a dose as low as the dose ranges described in the patent claims in the absence of dipyridamole pretreatment and would not have expected such doses to be effective in view of studies suggesting much higher doses would be required.

113.    The concerns in the art and the specific teachings discussed above would

50

have outweighed any generalized preference for a person of ordinary skill in the art to "administer one vasoactive drug rather than two" as mentioned by Dr. Binkley. *See* Binkley Rp. at ¶ 64.

114. Likewise, one of ordinary skill in the art would not have been motivated to administer adenosine without pretreatment with dipyridamole as a way of reducing the duration of side effects (*see id.* at ¶ 65) because they could not have predicted without doing the experiment how patients would react to leaving out the dipyridamole pretreatment, particularly once the dose of adenosine had been sufficiently increased to compensate for the absence of the dipyridamole pretreatment. While dipyridamole was known to extend the duration of the effects of adenosine, until physicians gained experience using adenosine infusions without dipyridamole pretreatment, they had no way of knowing whether and to what extent adenosine-related side effects would resolve faster if the pretreatment was not performed.

## C. The Level of Ordinary Skill In The Art

115. As discussed above, a person of ordinary skill in the art would be a treating physician with experience in cardiology or pulmonary medicine.

116. While such a physician might be willing to adopt a new method that had been well characterized in the medical literature, he or she would be unlikely to carry out in-depth clinical trials, particularly where there could be significant danger to the patient.

117. An ordinary physician in the field would also understand that data

51

presented in an abstract would not have been subject to the more rigorous

peer review associated with full publications in respected medical

journals. Thus, such a physician would be reluctant to try an experimental

technique described only in an abstract of studies conducted on a

relatively small number of patients.

118.    Thus, I do not think that a person of ordinary skill would undertake a

dose-titration study to determine whether adenosine could be used alone to

induce selective arterial vasodilation in patients. As discussed above, the

available data would have suggested that the amount of adenosine required

would be much greater than it ultimately turned out to be. Moreover, the

level of risk involved in such a study, particularly if one tried to replicate

Dr. Sollevi's experiments on patients undergoing surgery for cerebral

aneurism would be beyond what one of ordinary skill, without the

resources of a major medical research center, would be likely to attempt.

**D.  Secondary Considerations**

119.    I understand that analysis of whether a claimed invention is obvious

requires consideration of so-called "secondary considerations" or

"objective indicia" of nonobviousness. I understand that such secondary

considerations include evidence of unexpected results or surprise, as well

evidence of skepticism in the field about the claimed invention.

120.    As discussed above, it was unexpected, in view of the knowledge in the

field in 1985, that adenosine could be administered without dipyridamole

pretreatment at the dose ranges set forth in claims 1, 3, 7, and 9 to obtain

the desired results in patients without causing unwanted side effects, like

AV block, uric acid buildup, or undue fluid loading.

121.    For example, prior to 1985, concerns were expressed that circulating

levels of uric acid, the final product of ADO metabolism, would increase

to toxic levels during intravenous infusion of ADO at hypotensive doses.

High levels of uric acid can lead to renal impairment. This concern was

briefly mentioned by (Fukunaga 1984) and further elaborated in personal

correspondence between Sollevi, Henze and Robicsek (1985 and 1986).

Sollevi indicates that this concern is based upon studies in dogs and pigs

in which ADO infusions required doses that were 5-times higher than in

man for an equivalent hypotensive response. Therefore, because of

Sollevi's own research work in man as well as in animals, he was able to

satisfy his own concerns about ADO potentially causing toxic uric acid

accumulation and alleviate this potential concern in the minds of

colleagues. Robicsek further stated in a letter to Sollevi dated January 2,

1986 that he had been advised against conducting human clinical studies

with ADO because of the high risk of renal shutdown. Robicsek

expressed regret that he followed this recommendation and did not pursue

similar clinical studies to Sollevi.   Therefore, a person of ordinary skill in

the art prior to 1985 would have been concerned that ADO infusions in

man would be potentially toxic, and therefore disinclined to attempt such a

study in humans.

122.    The letters by Berne and Robicsek are compelling in that they were both

53

written contemporaneously in the mid-1980s and express surprise that Sollevi had proceeded and succeeded where they would have predicted failure.

123.    I also note that the 1985 Yearbook publication relied on by Dr. Binkley also provides objective evidence that Dr. Sollevi's work embodied in Sollevi III (which included data from patients who were not pretreated with dipyridamole) was judged as being an important contribution to the field. As described above, the purpose of the Yearbook series was to sort through many publications and identify the best in the current year.

124.    I conclude that a person of ordinary skill in the art, when possessed with the understanding and knowledge reflected in the prior art, would conclude that Sollevi I and II did not render obvious claims 1, 3, 7, or 9.

## VII.  Claims 1, 3, 7, and 9 Would Not Have Been Obvious In View of Fukunaga and Biaggioni 1985

### A.  Scope and Content of the Prior Art

125.    Dr. Binkley states that "a person of ordinary skill in the art would be motivated to combine the teachings of Fukunaga and Biaggioni and that the invention of claims 1, 3, 7, and 9 of the '296 patent would be obvious in view of the combination. Binkley Rp. at ¶¶ 84-85.

126.    As described above, Fukunaga discloses administration of ATP as a method for lowering arterial blood pressure.

127.    As also described above, the Biaggioni abstract involved studies to

54

determine whether adenosine infusion in 5 normal volunteers reduced blood pressure through inhibition of the sympathetic nervous system. Rather than inhibition, the study showed enhanced sympathetic activity, as determined by elevated levels of plasma catecholamines. Blood pressure results were mixed, with diastolic pressure declining slightly and systolic pressure increasing, making it impossible to determine whether adenosine acted as a selective arterial vasodilator.

128. The background knowledge and concerns about infusing adenosine alone without pretreatment with dipyridamole, which I described in the context of Sollevi I and Sollevi II would also apply to any consideration of the combined teaching of Fukunaga and the Biaggioni abstracts. *See* Section VI, above.

129. The Biaggioni abstract itself would not address safety and efficacy concerns over administration of adenosine without dipyridamole pretreatment since it provided no further information about the usefulness of adenosine in the claimed methods. The Biaggioni abstract reported that hypotension was not observed in normal conscious volunteers administered adenosine at doses of 10 to 140 $\mu g/kg/min$ without pretreatment with dipyridamole, but no detailed hemodynamic data were reported. Indeed, sympathetic activation is associated with vasoconstriction, not vasodilation. Thus, one of ordinary skill in the art would have been unable to determine whether adenosine had caused selective arterial vasodilation in the volunteers or not. In addition, the

55

abstract demonstrated that, in the absence of dipyridamole, doses higher than 140 µg/kg/min could not be used because of the appearance of side effects, including headache, nervousness, flushing, and shortness of breath. These results were essentially contradictory to the results reported in Sollevi I and Sollevi II, in which adenosine had been administered following dipyridamole pretreatment. One of ordinary skill in the art would have been skeptical about drawing any conclusions about the Biaggioni abstract (or the Sollevi I and II abstracts) without more information to explain the different observations.

130.    Moreover, as described above (*see* Section IV.F), Fukunaga did not teach or suggest a safe and efficacious dose for adenosine administration, and, as documented above, in a later abstract Fukunaga recommended the use of dipyridamole in patients to avoid large doses of ATP in clinical use. *See* Fukunaga 1984 (stating that dipyridamole "could be a potentially valuable adjunct to ATP-induced hypotension clinically.")

**B.    Differences Between the Prior Art and the Claimed Invention and Lack of Motivation to Modify the Prior Art to Perform the Claimed Methods**

131.    One of ordinary skill in the art would not have combined the teachings of Fukunaga and the Biaggioni abstract to reach the methods of claims 1, 3, 7, or 9 of the '296 patent. Indeed, the two abstracts were unrelated and contradictory to one another and would not have been combined at all.

132.    A person of ordinary skill would have deduced from Fukunaga the potential utility of using ATP to produce hypotension in human surgical patients. However, as described above, the complexities of the

56

metabolism of adenosine would have prevented one of ordinary skill in the art from knowing whether the results observed following administration with ATP were the result of ATP itself or a breakdown product and could not have predicted a safe or effective dose of adenosine based on the Fukunaga ATP study. *See* section IV.F. Such a person also aware of the Biaggioni abstract would have concluded that adenosine infusions into normal volunteers at doses of 10 to 140 µg/kg/min did not produce hypotension and, indeed, higher doses were discouraged because of the appearance of adverse symptoms. The Biaggioni abstract would have discouraged an investigator from attempting to use adenosine, particularly adenosine without pretreatment with dipyridamole, as a substitute for ATP in studies similar to those described in the Fukunaga abstract. Thus, one of ordinary skill in the art would not have been motivated to combine the teachings of Fukunaga and Biaggioni.

133.    Even if the teachings of Fukunaga and the Biaggioni abstract were combined, one of ordinary skill in the art would not have been motivated to perform the methods claimed in the '296 patent. The contradictory teachings of the two abstracts viewed in light of the general concerns about safety and the explicit teaching in Fukunaga 1984 that dipyridamole treatment should be used to minimize the dose of ATP would not have suggested to one of ordinary skill in the art that adenosine could be used in patients according to the methods claimed in the '296 patent.

## C.    The Level of Ordinary Skill In The Art

57

134.   The discussion in Section VI.C, above, applies as well to the proposed combination of Fukunaga and the Biaggioni abstract.

**D.   Secondary Considerations**

135.   The discussion of so called "secondary considerations" in Section VI.D, above also applies to the proposed combination of Fukunaga and the Biaggioni abstract.

## VIII.   Rebuttal Testimony

1.   If asked, I will testify in rebuttal to any opinions offered by Sicor's expert witness(es) in their report(s) on invalidity with respect to the '296 patent.  In addition, if asked, I will testify at trial in rebuttal to testimony offered by Sicor's experts with respect to invalidity of the '296 patent.



Richard E. Klabunde, Ph.D.

- 59