Item and Astellas v. Sicor
Civil Action No.: 05-0336-SLR

# Exhibit 4

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

# COLOR ATLAS



A normal heart with the lungs and major vessels



A normal heart showing the coronary arteries

2



Cross section of a normal heart showing all four chambers

3A



The heart's electrical conduction system

3B



How blood circulates: the right atrium (2) receives blood, which is low in oxygen, from the veins (1, 7). Blood flows into the right ventricle (3) and out through the pulmonary artery (4) to the lungs, where it receives oxygen. The newly oxygenated blood returns to the left side of the heart (left atrium) and then is pumped by the left ventricle (5) through the aorta (6) and its branches (*shown in red*) to all parts of the body. Once oxygen is delivered to the cells, blood returns to the heart through the veins (*shown in blue*) (7), and repeats the cycle.

4A



Full body showing circulation. Oxygenated blood flows through the arteries (*shown in red*). Deoxygenated blood flows through the veins (*shown in blue*).

4B

HOW BLOOD CIRCULATES THROUGH THE HEART



5A

Cross-sectional view of the heart



Deoxygenated blood from the body flows into the right atrium, while oxygenated blood from the lungs flows into the left atrium.

5B

## HOW BLOOD CIRCULATES THROUGH THE HEART



Blood from the right atrium flows into the right ventricle, while blood from the left atrium flows into the left ventricle.

5C

Blood is then pumped through the aorta and its branches to the various parts of the body, and through the pulmonary artery to the lungs.

5D

Copyright © 1992 by Yale University School of Medicine. Foreword to the Consumer Reports Books Edition copyright © 1992 by Consumers Union of United States, Inc., Yonkers, New York 10703.

All rights reserved, including the right of reproduction in whole or in part in any form.

This special Consumer Reports Books Edition of *Yale University School of Medicine Heart Book* has been published by special arrangement with William Morrow and Company, Inc.

Design by Michael Mendelsohn M'NO Production Services, Inc. Consumer Reports Books Edition First printing, February 1992 ISBN 0-89043-579-0 Manufactured in the United States of America

Library of Congress Cataloging-in-Publication Data

Yale University School of Medicine heart book

Medical editors, Barry L. Zaret, Marvin Moser, Lawrence S. Cohen.
Editorial director, Genell J. Subak-Sharpe.
    p. cm.
    Includes bibliographical references and index.
    1. Heart—Diseases—Popular works.  I. Zaret, Barry L.
II. Moser, Marvin.  III. Cohen, Lawrence S.  IV. Subak-Sharpe, Genell J.  V. Yale University. School of Medicine.  VI. Title.
    [DNLM: 1. Heart Diseases  2. Heart Diseases—prevention & control.  WG 200 Y18]
RC672.Y35  1992
616.1'2—dc20                                       91-28057
DNLM/DLC                                               CIP

The following are reproduced with permission:

From the American Heart Association.

From *Risk Factor Prediction Kit*, 1990:
    P. 26. "Coronary Heart Disease Risk Factor Prediction Chart—Framingham Heart Study"
From *1991 Heart and Stroke Facts*, 1990:
    P. 27, "Danger of Heart Attack by Risk Factors Present"
    P. 34, "Age-Adjusted Death Rates for Major Cardiovascular Diseases"
    P. 145, "What You Can Do (Heart Attack—Signals and Actions)"
    p. 238, "Estimated Annual Number of Americans, by Age and Sex, Experiencing Heart Attack"
    P. 272, "Estimated Percent of Population with Hypertension by Race and Sex, U.S. Adults Age 18–74"
From *Cardiovascular and Risk Factor Evaluation of Healthy American Adults*, 1987:
    P. 33, "The American Heart Association's Recommendations for Periodic Health Examinations"
From *Silent Epidemic: The Truth About Women and Heart Disease*, 1989:
    P. 238, "The American Heart Association's Check-up Checklist for Women: Items to Discuss with a Doctor"
Copyright © American Heart Association.

•

The American Cancer Society, Inc: Adapted from "7-Day Plan to Help You Stop Smoking Cigarettes":
    P. 75, "Interpreting Your Score," and p. 79. "Reasons to Quit Smoking"

•

Adapted from *The American Medical Association Family Medical Guide*, by the American Medical Association. Copyright © 1982 by the American Medical Association. Reprinted by permission of Random House, Inc.:
    P. 80, "Alcohol Content By the Drink," and p. 81, "Beyond the Legal Limit: The Possible Cumulative Effects of Drinking"

•

Modified from American College of Sports Medicine: *Resource Manual for Guidelines for Exercise Testing and Prescription*, 4th ed., Philadelphia, Lea & Febiger, 1991:
    P. 89, "Sample Exercise Prescriptions"
Modified from American College of Sports Medicine: *Resource Manual for Guidelines for Exercise Testing and Prescription*. Philadelphia, Lea & Febiger, 1988:
    P. 91, "Signs of Excessive Effort" and "When to Defer Exercise"

•

From Nordic Press, 104 Peavey Road, Chaska, Minn. 55318. From *Nordic Tracks*, vol. 2, issue 1, 1990:
    P. 90, "Recommended Heart Rate Ranges for Cardiovascular Fitness"

•

From *Journal of Chronic Diseases*, vol. 22, Bortner, "A Short Rate Scale as a Potential Measure of Pattern A Behavior," 1969, Pergamon Press plc:
    P. 100, "The Bortner Type A Rating Scale"

•

From *The Relaxation Response* by Herbert Benson with Miriam Z. Klipper. Copyright © 1975 by William Morrow & Co., Inc.:
    P. 102, "The Relaxation Response"

•

From *Journal of the American Medical Association*, 1990, 264: 2919–2922. Copyright © 1990, American Medical Association:
    P. 169, "Typical Prophylactic Antibiotic Schedule"

*Yale University School of Medicine Heart Book* is a Consumer Reports Book published by Consumers Union, the nonprofit organization that publishes *Consumer Reports*, the monthly magazine of test reports, product Ratings, and buying guidance. Established in 1936, Consumers Union is chartered under the Not-for-Profit Corporation Law of the State of New York.

The purposes of Consumers Union, as stated in its charter, are to provide consumers with information and counsel on consumer goods and services, to give information on all matters relating to the expenditure of the family income, and to initiate and to cooperate with individual and group efforts seeking to create and maintain decent living standards.

Consumers Union derives its income solely from the sale of *Consumer Reports* and other publications. In addition, expenses of occasional public service efforts may be met, in part, by nonrestrictive, noncommercial contributions, grants, and fees. Consumers Union accepts no advertising or product samples and is not beholden in any way to any commercial interest. Its Ratings and reports are solely for the use of the readers of its publications. Neither the Ratings, nor the reports, nor any Consumers Union publication, including this book, may be used in advertising or for any commercial purpose. Consumers Union will take all steps open to it to prevent such uses of its material, its name, or the name of *Consumer Reports*.

This book is based on current medical research, knowledge, and understanding, and to the best of the editors' ability, the material is accurate and valid. Even so, any individual reader should not use the information to alter a prescribed regimen or in any form of self-treatment without first seeking the advice of his or her personal physician. The editors do not bear any responsibility or liability for the information or for any uses to which it may be put.

# YALE UNIVERSITY School of Medicine HEART BOOK

**CONSUMER REPORTS BOOKS EDITION**



Symptoms
Diagnosis
Tests
and Treatments

Nutrition
Prevention
and Rehabilitation

Heart disease
in women
Children
and the Elderly

Medical Editors
**Barry L. Zaret, M.D.**
**Marvin Moser, M.D.**   **Lawrence S. Cohen, M.D.**
Editorial Director
**Genell J. Subak–Sharpe, M.S.**