Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 5

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

# Progress in
# Cardiovascular Diseases

VOL. XXIV, NO. 5                                    MARCH/APRIL 1982

## Differential Systemic Arterial and Venous Actions and Consequent Cardiac Effects of Vasodilator Drugs

Richard R. Miller, William H. Fennell, James B. Young, Andres R. Palomo, and Miguel A. Quinones

DESPITE the fact that, by definition, all vasodilating agents have the ability to relax vascular smooth muscle, the mechanism and site of action differ greatly among the various drugs known collectively as vasodilators. Some agents act directly on vascular smooth muscle or through as yet undefined receptors, others mediate their relaxant effects through well defined adrenoceptors, and still others produce peripheral vasodilation through primary actions on the central nervous system. However, despite the divergent mechanisms of action, the important resultant hemodynamic consequences of vasodilation are much more dependent on which specific vascular bed is undergoing alterations in tone and the relative magnitude of the changes, than on the particular mechanism utilized.

The dynamic interplay between the cardiac effects of arterial dilation and venodilation is highly complex and variable. Complete separation of the secondary hemodynamic effects resulting from either arterial or venous dilation represents an oversimplification; nevertheless, it is helpful to categorize vasodilators with regard to their site of predominant action, since the resultant cardiac effects are highly dependent on the relative magnitude of arterial and venous dilation.

This review will briefly discuss the respective roles of the systemic venous and arterial circulations in regulating cardiac performance and will focus on the specific sites of action and the consequent differential hemodynamic effects of the vasodilator drugs presently utilized or with clinical potential in the management of the failing heart.

### THE PERIPHERAL CIRCULATION AND CARDIAC PERFORMANCE

The importance of the peripheral circulation in regulating cardiac performance has been recognized since Starling and Frank.[1,2] More recently, the investigations of Guyton and colleagues,[3-5] Grodins,[6,7] Sagawa,[8,9] Ross,[10] and Levy[11] have further elucidated understanding of the peripheral circulatory influences on cardiac function. However, despite the understanding of the important regulatory role by the peripheral circulation on cardiac function, only relatively recently have these physiologic principles been fully utilized clinically by pharmacologically manipulating the vascular beds to secondarily enhance the heart's performance.

Approximately 70% of the blood volume resides in the venous side of the circulation.[12] The systemic veins that contain smooth muscle in their walls permitting active modification of venous capacity are termed capacitance vessels (Fig. 1). Because the majority of blood volume resides in the extensive venous system, even minute changes in venous tone can result in great changes in overall venous capacitance. In

From the Section of Cardiology, Department of Medicine, Baylor College of Medicine, Houston, Texas.

Supported in part by the National Heart, Lung and Blood Vessel Research and Demonstration Center, Baylor College of Medicine and Grant HL-17269 from the National Heart, Lung and Blood Institute, Bethesda, Md.

Reprint requests should be addressed to Richard R. Miller, M.D., Section of Cardiology, Baylor College of Medicine, The Methodist Hospital, 6535 Fannin–MS F905, Houston, Texas 77030.

© 1982 by Grune & Stratton, Inc.
0033–0620/82/2405–0001$02.00/0

354                                                                                      MILLER ET AL.



Fig. 1.    Distribution of blood volume in the central and systemic circulations. The capacity and pressure in the venous reservoir is regulated by contraction and relaxation of smooth muscle in the venous wall so that filling pressures may be regulated relatively independent of flow, by changes in venous resistance, according to $P \sim Q \times R$, where $P$ = pressure, $Q$ = flow, and $R$ = resistance. (After Shepherd and Vanhoutte.[13])

contrast to the postcapillary systemic venous system, the systemic arterial system contains only about 10% of the blood volume.[12] The major regulatory role of the arterial system resides in the precapillary arteriolar bed sensitive to neurogenic and humoral influences modulating distribution of cardiac output. The precapillary arteriolar system is termed the resistance bed. The caliber of the precapillary arterioles modulates systemic vascular resistance and impedance to left ventricular ejection with which stroke volume is closely related. Slight changes in arteriolar smooth muscle tone can greatly alter resistance according to Poiseuille's relation, which indicates that resistance is inversely proportional to the fourth power of the radius of a conduit.

It has been maintained that the capacitance bed regulates venous return to the heart and, hence, cardiac preload, while the resistance bed determines impedance to ejection. While these concepts appear to be correct, they are oversimplified. It is evident that the circulatory system is a closed circuit, thereby requiring that under steady-state conditions, cardiac output and venous return must be matched.[3] Thus, it may be considered that there is "functional coupling" between the heart and arterial and venous circuits. The integration of all systems suggests that any modification of one vascular bed will lead to alterations in flow in the remaining components of the circuit. Consequently, reducing venous return to the heart by selectively increasing venous capacitance requires that corresponding matching reductions in flow occur on the arterial side. This occurs due to a leftward shift on the Frank-Starling curve.

If cardiac output and venous return are matched, how is it that certain vasodilator agents appear to reduce venous return while simultaneously augmenting cardiac output? The explanation for this apparent paradox relates to misinterpretation of a decline in cardiac filling pressures as reduced venous return. Guyton's experimental models shed considerable light on this issue[3–5,11] (Fig. 2). Guyton has demonstrated an inverse relation between systemic flow, regulated independently of preload, and the resultant dependent variable, venous pressure. Thus, as flow is increased, venous pressure declines. The plot of venous pressure as an inverse function of flow may be considered to reflect the interaction between flow and certain vascular factors such as resistance and compliance. To satisfactorily explain the fall in right heart pressures simultaneous with increased flow, one or more of several alterations must take place: increased right atrial and ventricular chamber compliance; alterations in the right-sided pressure–volume relation consequent to decreased left heart volume allowing greater right heart filling within the pericardial space at reduced pressures; reduced pressure of returning venous blood; improved performance of the right heart, i.e., an upward and leftward shift of the function curve consequent to systolic unloading. This latter effect would appear to be the most important in explaining lowered right (as well as left) sided filling pressures occurring concomitant with increased cardiac output. It indicates that the right heart chambers are unloaded and operating

355



Fig. 2.  Relation between venous return curves and cardiac output curves. The normal relation between venous return and cardiac output is indicated by the intercept, point A. The critical dependence of cardiac output on venous return is demonstrated by the shifts to points B and C with increased or decreased venous return, respectively. Note that these changes may be accomplished with minimal alteration in right atrial pressure due to simultaneous changes in venous compliance. If Q becomes the independent variable and is increased from point A to D by impedance reduction, venous return must increase in a corresponding fashion. Note, however, that this may be accomplished with a decrease in venous pressure. If venous return is selectively decreased by venodilation, point E to F, cardiac output must decline. These curves assume constant contractile state. (Adapted from Guyton[3-6] and Levy.[11])



Fig. 3.  Comparative effects on cardiac output of venodilation in presence of a normal function curve versus a depressed curve. In the normal, predominant venodilation invariably lowers cardiac output consequent to lowered preload. In contrast, in the failing ventricle with markedly elevated filling pressures, despite a decline in preload, it is maintained at adequate levels to increase output if there is simultaneous impedance reduction. With normal or minimally elevated filling pressures, predominant venodilation will result in no change or a fall in output.

at more efficient points on their respective function curves.

These concepts may be summarized and interpreted with special reference to pharmacologic agents that increase venous capacitance or decrease arteriolar resistance. If an intervention increases venous capacitance selectively, redistribution of blood volume results, cardiac filling pressures decline, and cardiac output will fall (Fig. 3). The extent of decline in cardiac output is highly dependent on the initial point of operation and the shape of the Frank-Starling function curve (Fig. 3). In contrast, if impedance is selectively reduced, cardiac output will increase and venous return to the heart will increase by the same increment. However, because impedance to ejection by the right heart will also fall either secondary to more complete left ventricular emptying or direct actions on the pulmonary vascular bed, right-sided pressures remain unchanged or fall despite increased venous return. Stated in other terms, the venous bed is sufficiently extensive so that small changes in caliber result in large changes in capacitance affording accommodation of increased flow at lower pressures. As seen in the simplified relation among flow, pressure, and resistance ($Q \sim P/R$), flow ($Q$) will be increased at reduced pressures ($P$) if resistance ($R$) falls proportionately more than pressure. It should be emphasized that in the intact animal or subject, the ability to selectively alter impedance or venous capacitance is limited by the complex interactions of various neurohumoral and reflex responses to such an intervention. Thus, all vascular beds will be modified secondarily to a primary intervention affecting one vascular bed.

In heart failure, neurohumoral reflexes are activated resulting in increased sympathetic outflow and levels of circulating norepinephrine.[13,14] Constriction of both arterial and venous vessels of the splanchnic bed and extremities have been demonstrated.[15-18] The progressive increase in vascular resistance serves to maintain systemic pressure but at the expense of optimal

cardiac performance and encourages an ongoing vicious cycle: increased systemic resistance results in increased impedance to left ventricular ejection → incomplete left ventricular emptying and activation of compensatory measures to maintain pressure → further increases in systemic resistance.

Drugs with venodilating actions increase the volume or capacitance of this vascular bed and result in redistribution of blood volume from the cardiac chambers and pulmonary circuit.[19,20] As demonstrated in Fig. 3, systemic venodilation effects a leftward and potentially downward shift in the relation between stroke volume and left ventricular filling pressure. Thus, in many respects, the cardiac effects of venodilators resemble those occurring from diuretics. That venodilators may result in a decline in cardiac output should be emphasized. This common circumstance occurs when the fall in venous return to the heart causes cardiac preload to decline to levels below the point most optimal for cardiac performance as determined by the Frank-Starling relation (Fig. 3).[21,22] If the venodilator drug in question also possesses arteriolar dilating actions and lowers impedance to left ventricular ejection, stroke volume may be maintained or augmented despite a substantial leftward shift in the stroke volume–left ventricular filling pressure relation as long as this shift is not too far past the apex of the curve (Fig. 4). It is apparent from analysis of Figs. 3, 4, and 5 that agents with predominant venodilator actions are maximally beneficial in the setting of markedly elevated cardiac filling pressures. With progressively lower filling pressures, the likelihood of causing a fall in cardiac output becomes increased.

Systemic arterial dilation, in contrast to venodilation, reduces impedance to left ventricular ejection resulting in more complete emptying, diminished left ventricular end-systolic volume, and augmentation of stroke volume.[21,23-28] In heart failure, the increased cardiac output balances the fall in arteriolar resistance, systemic pressure declines only slightly, and there is little or no activation of the vasodepressor reflex producing reflex tachycardia. However, as with venodilation, the net hemodynamic effect differs markedly in heart failure patients compared to those with normal cardiac function in whom arterial dilators generally result in no or little increase in cardiac output: a decline in systemic pressure occurs and activation of the vasodepressor reflex ensues as evidenced by tachycardia (Figs. 4 and 5).

## SPECIFIC VASODILATOR AGENTS

### Nitrates

The first vasodilator drugs utilized clinically were the nitrates, which were initially reported to be effective in the treatment of angina pectoris over 100 yr ago.[29,30] However, elucidation of the site and mechanism of action of the nitrates has only recently been accomplished, and in fact, disagreement persists concerning the relative importance of the agents' various actions on the systemic and coronary circulations in patients with coronary artery disease.

The principal pharmacologic effects of these agents are shared by the nitrite ion and many organic nitrate esters. Only compounds capable of denitration relax smooth muscle, and many organic nitrates are rapidly metabolized by hepatic-glutathione–organic-nitrate reductase, resulting in formation of the nitrite ion.[31,32] It had previously been suggested, therefore, that



Fig. 4. Left ventricular pressure–volume relation. The relation between end-systolic pressure and end-systolic volume is linear. The slope of this line reflects contractile state, and in the failing left ventricle (A) is reduced compared to normal (B). Point A represents end-diastolic pressure and volume; B represents the pressure at which the aortic valve opens and ejection begins; C represents the end-systolic pressure–volume relation. The distance B–C indicates stroke volume. It is apparent that for a given decrease in pressure at onset of ejection, B to B', stroke volume will increase by a greater extent with a reduced slope compared to a steep slope. It is also apparent that for a given decline in preload, A to A', the resultant stroke volume is more affected in the normal than the failing heart.

357

Fig. 5. Schematic illustration empha-
sizing the critical role that the site of
action of dilator drugs plays in deter-
mining cardiac response. With selective
venodilation (A), cardiac output falls
unless there is marked elevation of filling
pressure. With balanced vasodilation (B),
cardiac output declines only at low filling
pressures; with selective arterial dilation,
cardiac output tends to increase indepen-
dent of initial filling pressure.



organic nitrates act through hepatic release of
the nitrite ion. More recently, it has been deter-
mined that active organic nitrates react with and
are reduced by sulfhydryl groups in smooth
muscle nitrate receptors.[32,33] It appears that
either the interaction of the nitrate and its recep-
tor or the nitrite ion formed locally induces
smooth muscle relaxation. These observations
explain why certain organic nitrates act as
rapidly as nitrite ion and why tolerance to
organic nitrates but not to nitrite ion has been
reported by some workers.[33] Even more recently,
data have been reported that suggest nitroglyc-
erin acts in part by release of prostacyclin from
vascular endothelium.[34] Prostacyclin is an
extremely potent and labile vasodilator,[35] and in
addition, inhibits platelet aggregation.[36]

The precise site of action of nitroglycerin and
the relative effects on the venous capacitance
and arteriolar resistance beds have been the
focus of considerable investigation. A problem in
characterizing the actions of nitrites and other
venodilators relates to the heterogeneity of
venous beds with regard to their response to
various agents.[36] Studies carried out on isolated
venous and arterial strips indicate that nitro-
glycerin acts directly on the smooth muscle of
both veins and arteries and does not act through
adrenoceptors.[20,38] Ogilvie[20] has demonstrated
experimentally that the peripheral vascular
effects of nitroglycerin cannot be analyzed by
considering the peripheral circulation as a single
homogeneous compartment. A model of the
circulation composed of two compliant areas in
parallel was proposed because venous blood
returned to the heart with different time
constants—a fast and a slow[20]—and nitroglyc-
erin appears to have different effects on the two
areas. The net effect of nitroglycerin was to
reduce venous return to the heart. It was demon-

strated that the overall reduction in venous
return was proportional to the nitroglycerin infu-
sion rate in the experimental model.[20]

It appears that peripheral blood flow distribu-
tion is a major determinant of vascular capaci-
tance and venous return to the heart. If relatively
more blood flows to an area with a slow transit
time, venous return to the heart will decrease
even when compliance is unaltered.[20] Ogilvie's
data indicate that since nitroglycerin reduced
central blood volume in dogs given methox-
amine, which prevented the arterial and venous
dilating effects of nitroglycerin, the drug must
act by redistribution of peripheral flow to slow
time-constant areas.[20] These highly interesting
observations in the experimental animal may
explain, in part, certain inconsistencies in
previous reports concerning the site and mecha-
nism of action of nitroglycerin. Importantly,
they may also aid in explaining the apparent
paradox of simultaneous increased cardiac
output and reduced venous pressures.

Using the technique of forearm plethysmogra-
phy, Mason and Braunwald[39] demonstrated in
normal subjects that nitroglycerin, 0.6–0.9 mg,
administered sublingually, decreased forearm
arterial resistance by an average of 35% from the
control state and venous tone by an average of
19%. This was the initial documentation of the
profound dilating actions of nitroglycerin effect-
ing both venous and arterial relaxation in man.
The findings of venodilation and pooling of blood
in the venous capacitance bed and the conse-
quent reduced preload provided an explanation
for the decline in cardiac output[40] and syncopal
episodes[41] occasionally observed following nitro-
glycerin. Adrenergic blockade by guanethidine
or reserpine did not alter the directional changes
induced by nitroglycerin, thereby indicating that
the nitrate acts by mechanisms other than

358                                                                                          MILLER ET AL.

through adrenergic receptors.[39,42] However, after
guanethedine, the nitroglycerin-induced decline
in forearm resistance was augmented, suggesting
that the fall in systemic vascular resistance in
the intact sympathetic system is partially
opposed by reflex adrenergic vasoconstriction.

While the mechanism and site of action of
nitroglycerin appears to be similar in normal
subjects and patients with heart failure, the
comparative net hemodynamic effects differ
considerably. Thus, in the setting of heart failure
and elevated left ventricular filling pressures, the
venodilation results in a reduction in cardiac
filling pressure, but preload may be maintained
near the apex of the Frank-Starling function
curve.[21,43-45] In contrast, subjects with initial
normal preload in whom the decline in filling
occurs on the steep ascending limb of a normal
function curve, resultant preload may be so
depressed as to cause a substantial decline in
stroke volume.[21,22] The fall in stroke volume may
then lead to hypotension and activate the vasode-
pressor reflex with tachycardia and sympatheti-
cally mediated attenuation of the decline in
arterial resistance.

In patients with congestive heart failure, the
comparative peripheral circulatory actions of
nitroglycerin on forearm venous tone and arte-
rial resistance, systemic vascular resistance, and
cardiac hemodynamics were determined.[46] Sub-
lingual nitroglycerin given in sufficient quanti-
ties to reduce mean arterial pressure by 12% and
induce a slight increase in heart rate led to a 60%
decline in elevated left ventricular filling pres-
sure from 19 to 8 mm Hg and no change in
cardiac output, ejection fraction, or systemic
vascular resistance. The same dose of sublingual
nitroglycerin did not significantly alter forearm
vascular resistance, but markedly lowered
venous tone.[46] Accordingly, the ratio of percent
change in forearm vascular resistance to percent
change in venous tone induced by sublingual
nitroglycerin was 0.5, suggesting substantially
more venodilator effect than arterial dilating
action relative to nitroprusside and phentol-
amine, which exhibited balanced actions and
predominant arterial dilation, respectively[46]
(Fig. 6, Table 1).

Despite the fact that nitroglycerin exerts a
dilating effect on the systemic arterial bed as



Fig. 6. Comparative actions of nitroprusside (NP),
phentolamine (PH), and nitroglycerin (NTG) on the ratio of
percent reduction in forearm vascular resistance (FVR) and
venous tone (VT) determined by plethysmography. Nitro-
prusside infusion results in relatively balanced arteriolar
and venous dilation, while phentolamine produces compar-
atively more arteriolar dilation and nitroglycerin more
venous relaxation.[46]

well as the venous system,[38,39,47] it appears that
the dominant factor in determining the resultant
effect on cardiac output is the initial level to
which left ventricular preload is elevated (Fig.
3). Franciosa et al.[47] have demonstrated that
pure reduction in left ventricular preload by
inhibition of venous return utilizing tourniquets
reduced left ventricular preload and shifted the
operating point on the Frank-Starling curve to
the left with no appreciable change in cardiac
output. In contrast, nitroglycerin, which induced
reduction in left ventricular preload to the same
extent as application of tourniquets in patients

Table 1. Predominant Peripheral Site of Action of
Vasodilators in Heart Failure

| Venous | Venous and Arterial | Arterial |
|---|---|---|
| Nitrates | Nitroprusside | Phentolamine |
| | Prazosin | Hydralazine |
| | Trimazosin | Minoxidil |
| | Captopril* | Dopamine |
| | Teprotide* | |
| | Calcium blockers | |
| | Pirbuterol | |
| | Dobutamine | |
| | Selective dopamine analogues? | |

*Angiotensin inhibition per se results primarily in arteriolar
dilation; these agents also increase bradykinin, a potent venodila-
tor.

359

with severe heart failure, resulted in modest increases in cardiac output. These data indicate that the drug does indeed reduce impedance to left ventricular ejection, and when preload is maintained at optimal levels, is capable of increasing cardiac output.[47]

Thus, the central hemodynamic response to nitroglycerin is importantly dependent on the initial left ventricular preload. Consequently, most subjects with normal hemodynamics will demonstrate a reduction in stroke volume in response to nitroglycerin. Patients with modest elevations in left ventricular preload will demonstrate either no change or slight reductions in stroke volume in response to this drug, while patients with markedly elevated preloads in whom left ventricular filling pressures are reduced by nitroglycerin, but to levels that are still near the apex of the left ventricular function curve, will demonstrate an increase in stroke volume in response to the nitrate.

Inhaled amyl nitrite rapidly induces a dramatic fall in systemic arterial pressure. Simultaneously, forearm blood flow increases, indicating a pronounced rapid fall in arterial resistance. Unlike nitroglycerin, however, amyl nitrite induces venoconstriction.[39] Because venoconstriction begins with the arterial pressure decline and is maximal immediately following the nadir of the pressure flow, it appears that the venoconstrictor response is reflex in origin and related to activation of baroreceptors consequent to the abrupt hypotension.[39,44] Adrenergic blockade attenuates the venoconstrictor response to amyl nitrite, further suggesting that the increase in venous tone is mediated by an adrenergic reflex.[39]

### Nitroprusside

Sodium nitroprusside (sodium nitroferricyanide) was first described as a hypotensive drug in 1878.[48] It has subsequently been widely employed in the therapy of hypertension.[49-51] There is ample evidence that the drug exerts a powerful dilating effect on systemic resistance vessels[46,52-57] as well as veins.[46,54,58-60] In recent years, use of the agent has been extended to the management of heart failure.[21,46,61-68] The finding that left ventricular filling pressure invariably declines[21,46] and that this action occurs

concomitant with either an increase or decrease in cardiac output has suggested that nitroprusside possesses a prominent dilating action on the venous system as well as the arterial system.

Verhaeghe and Shepherd[54] demonstrated in isolated vessels considerable variability in responsiveness to nitroprusside among different vascular beds. Thus, nitroprusside caused a larger shift of the concentration response curve to exogenous norepinephrine in tibial arterial strips than in saphenous vein strips. Further, the drug exhibited less influence on the amplitude of spontaneous contractions of portal and mesenteric veins compared to saphenous vein and tibial arterial strips.[54]

It has been suggested that vasodilator-induced relaxation of isolated vascular smooth muscle is dependent on either inhibiting calcium influx, stimulating cellular rebinding of calcium, or increasing the efflux of calcium.[55] It was first postulated that nitroprusside acts in inhibiting calcium influx in vascular smooth muscle.[56] However, other workers subsequently have demonstrated that nitroprusside acts independently of uptake of extracellular calcium.[54,55] Because nitroprusside inhibited norepinephrine-induced contractions of vessels in a calcium-free medium, and after calcium influx was reduced by the calcium antagonist verapamil, it has been postulated that nitroprusside does not act by inhibiting calcium uptake but prevents calcium mobilization from intracellular stores.[54] Other workers have also demonstrated that nitroprusside acts independently of uptake of extracellular calcium.[55] It has therefore been suggested that nitroprusside inhibits calcium efflux and appears to accomplish this by increasing the affinity of norepinephrine-sensitive sites for calcium by increasing the number of calcium binding sites in or on the cell membrane.[55]

The relaxant effects of nitroprusside on aortic strips is unaffected by incubation of the aorta with the alpha-receptor antagonist, phentolamine, thereby indicating that nitroprusside has no blocking effect on alpha adrenoceptors.[56] Similarly, the agent has no effect on beta-adrenergic receptors, as indicated by the failure of propranolol, which has potent beta-2 receptor blocking properties, to alter the ability of nitroprusside to relax isolated aortic strips.[56]

It has also been demonstrated that nitroprusside, as well as nitroglycerin, activates guanylate cyclase and increases cyclic GMP levels while not altering levels of cyclic AMP.[57] Although no causal relation between increased cyclic GMP and relaxation was proven, one is suggested by these observations.[57]

Greenway[58] has shown in the cat that nitroprusside has only a small effect on basal venous tone in the hepatic bed, although it reduced portal pressure, an action possibly related to a decrease in splanchnic flow. Nitroprusside does not alter hepatic venous responses to sympathetic nerve stimulation except at large doses sufficient to reduce arterial pressure to less than 70 mm Hg.[58] These studies carried out in the anesthetized cat, therefore, suggest that nitroprusside acts at sites other than the hepatic venous bed and differs from isosorbide dinitrate, which produced a substantial increase in hepatic blood volume. Because of the extensive volume present in the liver, which serves as a venous reservoir, these differing actions could explain, in part, the dissimilar cardiac hemodynamic effects of nitroprusside and certain nitrates.

In heart failure patients studied by forearm plethysmography, nitroprusside lowered forearm vascular resistance in each and the mean decline was 44%.[66] Similarly, forearm venous tone measured by the acute occlusion technique was reduced in each patient by nitroprusside, the mean fall equalling 48%, and venous tone determined by the equilibration method declined 40%. Calculation of the ratio of the percent decline in forearm vascular resistance to the percent decline in forearm venous tone provides an index useful in comparing the relative actions of vasodilators on resistance and capacitance beds. As indicated in Fig. 6, nitroprusside results in a ratio of approximate unity, which indicates that, compared to phentolamine, nitroprusside exerts more venodilation and, compared with nitroglycerin, nitroprusside possesses more arteriolar dilating effect. Thus, nitroprusside appears to have relatively balanced arteriolar and venodilating properties compared to these other two commonly employed agents (Table 1).[46]

Recent studies[66] indicate that nitroprusside administered to patients with heart failure increases renal blood flow. The augmented renal blood flow appears to be directly related to the increase in cardiac output so that the agent does not appear to promote flow preferentially to the kidneys. No appreciable change in glomerular filtration rate was observed; however, there tended to be a relation between improvement in renal blood flow and increased glomerular filtration rate. Nitroprusside also increased minute urine flow, total cation excretion, and the filtration fraction, while total renal resistance declined.[66]

Pouleur and coworkers[19] investigated responses to nitroprusside infusion in the absence and presence of left ventricular failure to determine the mechanism by which the drug enhances cardiac output concomitant with reduced cardiac filling. By determining the rate of venous return in an experimental model, it was demonstrated that when nitroprusside was infused in the absence of heart failure, venous capacitance was markedly increased and cardiac output and systemic pressure fell, suggesting that the amount of blood transferred from the central circulation to the systemic capacitance bed was less than the increased venous capacitance. In heart failure, on the other hand, blood volume is increased in the central circulation relative to the systemic circulation. Infusion of nitroprusside results in translocation of blood from the central to the systemic circulation.[19] No change in the venous return curve occurred, suggesting that in this instance, the volume of blood shifted from the central circulation was equivalent to the increase in systemic venous compliance. Maintenance of venous return concomitant with lowered impedance to left ventricular ejection results in increased stroke volume.[19] Thus, the nitroprusside-induced venodilation affords an increase in venous capacitance shifting blood from the central circulation to the systemic venous bed and augmenting venous return, but at reduced pressures to the right atrium commensurate with the increase in cardiac output.

Certain similarities to the above experimental preparation have been observed clinically. In patients with only mild degrees of left heart failure and modest elevations in left ventricular filling pressures, nitroprusside produces a

VASODILATOR DRUGS

361



Fig. 7. The importance of preload in optimizing stroke index. With near normal initial left ventricular end-diastolic pressures (LVEDP), nitroprusside (NP) generally produces a decline in stroke index concomitant with reduction in preload. Upon volume expansion and increased left ventricular preload simultaneous with NP, stroke index is augmented.[21]

substantial leftward and downward shift in the relation between stroke volume and left ventricular filling pressure[21] (Fig. 7). This observation is consistent with diminished venous return to the heart consequent to venous capacitance increasing more than the shift in volume from the central to the systemic venous circuit. In this particular case, the effects on stroke volume of arterial dilation and impedance reduction fail to balance the consequences of lowered preload, and cardiac output falls. With nitroprusside infusion constant, a rapid volume challenge "fills" the capacitance bed, venous return is augmented, preload rises to a more favorable point, and stroke volume increases[21] (Fig. 7).

These variable responses to nitroprusside serve to emphasize the dynamic nature of the interaction between venodilation and arterial relaxation in modulating cardiac performance and the critical dependence of the system on blood volume of the central and systemic circulations which, in turn, are directly related to the severity of cardiac failure. Thus, although nitroprusside appears to dilate both precapillary resistance vessels and postcapillary capacitance vessels to approximately equivalent degrees, with respect to other vasodilators, the net effects on cardiac performance vary widely depending on the initial point of operation and shape of the function curve.

Prazosin

Prazosin is an alpha-adrenoceptor antagonist that selectively blocks the postsynaptic alpha-1 receptor site.[69-74] Ample evidence exists indicating that presynaptic alpha-adrenoceptors are present on sympathetic nerve terminals and that they are involved in regulation of transmitter (norepinephrine) release during neuronal activity.[75] Blockade of the presynaptic alpha receptor results in an increase in norepinephrine overflow due to blockade of the reuptake site at the presynaptic alpha-adrenoceptor.[75,76] The presynaptic negative feedback mechanism, therefore, is not activated and norepinephrine continues to be released. Prazosin thus has the unique capacity to block the postsynaptic effector cell while allowing the presynaptic negative feedback mechanism to remain intact, therefore, not producing excess release of norepinephrine. This is the proposed mechanism by which the drug induces substantial declines in systemic pressure unaccompanied by tachycardia or other manifestations of neurotransmitter excess.

Prazosin differs from other alpha-adrenoceptor blocking drugs such as phentolamine, which act at pre- as well as postsynaptic alpha-adrenoceptors,[75] and from hydralazine[77] and diazoxide,[78] which exert a direct action on vascular smooth muscle. Also, unlike most alpha receptor blocking drugs, prazosin does not cause renin release in dogs.[79] Prazosin does, however, resemble hydralazine, diazoxide, nitroprusside, and phentolamine in acting primarily on arterioles rather than arteries.[80] Recent data evaluating specific vascular beds in the conscious chronically instrumented animal indicate that prazosin also substantially alters flow in large arterial beds.[81] Prazosin appears to have no central action on systemic pressure in contrast to alpha methyl dopa and clonidine. Additionally, it has been proposed that the drug may have some direct effect on vascular smooth muscle, although this issue has been disputed.[92] Interestingly, no alteration in venous tone was observed in animals given prazosin.[79] In isolated human arteries, prazosin does not attenuate the contracting effects of angiotensin or potassium

362

chloride.[83] The dilating properties of prazosin are prevented by pretreatment with pentolinium or phentolamine, in contrast to the direct smooth muscle relaxant diazoxide.[79,83,84]

In heart failure patients, prazosin increases forearm blood flow determined by plethysmography, and this effect persists for 6 hr after a single dose.[85-87] Concomitant with the augmented forearm flow, vascular resistance in the forearm falls and remains significantly decreased for 6 hr. Importantly, and in contrast to anesthetized animals without heart failure, forearm venous tone is also substantially lowered by prazosin in patients with heart failure.[85-87] The ratio of percent decline in forearm vascular resistance to percent reduction in forearm venous tone was 0.49 at 30 min following oral administration of the drug and 0.67 at 1 hr. This quotient of less than unity suggests that prazosin exerts relatively more venodilation than arteriolar dilation in comparison with nitroprusside and phentolamine. Additionally, this relation was essentially unchanged throughout the 6-hr study period, indicating that the relative arteriolar and venodilator actions remain constant (Table 1).[85-87]

These sustained arteriolar and venous dilating actions relate closely to the consequent cardiac hemodynamic effects of prazosin.[86-89] Thus, as a result of arteriolar dilation and impedance reduction, stroke volume is facilitated, and the venodilation and increased venous capacitance lowers elevated left ventricular filling pressures. Prazosin administered to patients with heart failure produces sustained reductions in both preload and impedance, with resultant increased cardiac output, reduced clinical evidence of pulmonary venous congestion, and enhanced exercise tolerance.[88,89]

In patients without left ventricular failure receiving prazosin for therapy of hypertension, a "first dose" phenomenon has been described that consists of syncope or near syncope following the initial dose of the drug.[73,80] The incidence of this reaction has been linked to the formulation of the drug; it appears to be more common when administered as tablets compared to capsules, and therefore, the bioavailability may differ.[73] It seems likely that profound venodilation coupled with the lack of compensatory increase in heart rate account for the reaction by lowering cardiac output. With heart failure and elevated levels of left ventricular filling pressures, this reaction is uncommon.

Phentolamine

Phentolamine was the first vasodilator used specifically to improve left ventricular performance in heart failure.[90] The drug is often characterized as the classic alpha-adrenergic receptor blocking agent due to its potent antagonistic effects at both the pre- and postsynaptic receptors.[91,92] Additionally, the agent has other less important actions, including a sympathomimetic effect that occurs consequent to blockade of uptake of norepinephrine at the presynaptic alpha-2 receptor, parasympathomimetic effects, and histamine-like actions.[92] These latter two effects result in gastrointestinal side effects that have limited chronic clinical use of phentolamine.

Phentolamine is a potent vasodilator and acts on vascular smooth muscle by blockade of alpha-adrenergic receptors[75,92-94] and by a direct effect on smooth muscle.[92,93] The combined pre- and postsynaptic blockade produced by phentolamine at the postganglionic sympathetic nerve terminal inhibits presynaptic reuptake of neurotransmitter. Therefore, the negative feedback loop is blocked, resulting in continued release of norepinephrine at the presynaptic site. Overflow of norepinephrine then occurs. The sharp decline in blood pressure frequently encountered during phentolamine administration promotes greater sympathetic stimulation, producing even further overflow of the neurotransmitter. As a consequence of the foregoing, phentolamine commonly results in tachycardia and positive inotropic cardiac stimulation. Additionally, failure of venous tone to decline to a greater extent during phentolamine infusion may relate to the increased levels of norepinephrine.

Phentolamine has been extensively utilized in the management of acute congestive heart failure complicating myocardial infarction[91,95-99] and provides rapid reduction in systemic vascular resistance with reduced cardiac filling pressures and improved pump performance.

To elucidate the relative arteriolar and venous dilating actions of phentolamine, a series of hemodynamic and forearm plethysmographic studies in patients with heart failure were carried out.[46] These studies indicated that the

drug had potent arteriolar dilating actions as well as venous relaxing effects. However, the ratio of percent decline in forearm resistance to venous tone was 1.6, indicating relatively more arteriolar effect compared to nitroprusside, which demonstrated a ratio of 0.96, and nitroglycerin, which had a ratio of 0.53 (Fig. 4). Consequently, the drug lowers impedance to left ventricular ejection and achieves an increase in stroke volume. The drug also produces a decline in left ventricular filling pressure, but this reduction is generally less than that resulting from nitroglycerin or nitroprusside (Table 1).

Thus, the net hemodynamic effects of the primary peripheral dilating actions of phentolamine in congestive heart failure are generally a substantial increase in cardiac output with modest decline in cardiac filling pressures and a variable heart rate response. Therefore, the agent appears especially well suited in the clinical setting of depressed cardiac output, high systemic vascular resistance and arterial pressures, and only mild elevations of left ventricular filling pressure.

### Hydralazine

Hydralazine (1-hydrazinophthalazine) has been extensively utilized in the therapy of hypertension for more than 25 yr. Despite this long experience, its mechanism and site of action are unclear. It was originally proposed that the drug acts on the central nervous system,[100] but this appears to occur only at very high doses, and subsequent work in patients with spinal transsection indicated that a blood pressure lowering effect persisted.[101] Further studies carried out in various isolated and intact experimental preparations have shown that hydralazine suppresses contractions of vessels in both skeletal muscle[102] as well as the mesenteric artery,[103] rabbit ear artery,[104] and human forearm.[105]

The precise cellular mechanism responsible for hydralazine's vasodilating properties appears to be complex and is the subject of considerable investigation.[106–109] Chelation of certain trace metals required for excitation–contraction coupling has been suggested.[110] Recently, it has been demonstrated that hydralazine inhibits conversion of dopamine to norepinephrine.[111] Its vasodilating properties could, therefore, be explained by reduction in norepinephrine concentrations at

the effector junction. A calcium blocking or inhibiting action has also been postulated.[107] Seidel et al.[108] have demonstrated that hydralazine-treated rats exhibit reduced aortic actomyosin content relative to total protein, an alteration resulting in inhibition of the maximal force-generating capability of aortic smooth muscle.

Few data are available concerning the mechanism or extent of action by hydralazine on veins. Worcel[109] has demonstrated failure of hydralazine, even in high concentrations, to significantly inhibit portal vein tone. Ablad and Johnsson[105] studied the effects of hydralazine infused into the brachial artery and compared by plethysmography the actions on resistance and capacitance vessels of the forearm as well as the comparative effects of sodium nitrite. It was determined that intraarterial hydralazine produced a greater increase in forearm blood flow and a smaller increment in forearm volume than the nitrite. Using Ablad's original data,[105] comparison of the ratio of absolute increase in forearm blood flow to increase in forearm volume yields a value of ten for hydralazine versus four by sodium nitrite. These calculations further suggest that hydralazine exerts a greater effect on the precapillary resistance vessels of the forearm than sodium nitrite, but the latter agent produces greater postcapillary dilation resulting in increased capacitance. Thus, hydralazine appears to principally dilate precapillary resistance vessels and exert less effect on systemic venous beds.

In the absence of heart failure, hydralazine commonly lowers blood pressure considerably, resulting in activation of the vasodepressor reflex and increased sympathetically mediated renin release.[112] Indomethacin suppresses the hydralazine-induced renin release and inhibits $PGE_2$ and $PGF_2$ alpha excretion, suggesting that renal prostaglandins may be important mediators of sympathetically stimulated renin release.[113] When hydralazine is used for the treatment of hypertension, activation of this pathway can result in sodium and fluid retention; however, these potential adverse effects of hydralazine appear to be unusual in heart failure.[114–119]

The apparent lack of venodilation in patients receiving hydralazine may relate in part to reflex-mediated increases in venous tone that

balance the direct venous relaxing actions. As a result of the predominant action on impedance with maintenance of venous tone, cardiac output is significantly increased by hydralazine. Because cardiac preload is lowered only slightly, cardiac output increases more than with agents such as nitroglycerin, nitroprusside, and prazosin, all of which reduce venous tone and cardiac filling pressures.[21,46,85,86] Further, because the response to hydralazine is not critically dependent on pretreatment left ventricular preload, as it is with the nitrates, hydralazine achieves an increase in cardiac output over a greater range of preload compared to the nitrates (Fig. 5).

Although the principal action of hydralazine appears to be dilation of the precapillary resistance bed, consistent with Ablad's original data also showing an increase in forearm venous volume during infusion of the drug,[105] most workers have observed modest declines in left ventricular filling pressure, although the magnitude of reduction has been quite variable.[114-115] It must be considered that the reduction in left ventricular filling pressure could result primarily from the marked impedance reduction allowing more complete left ventricular emptying and that alterations in venous capacitance may play only a minor role. In this regard, Massie et al.[115] have reported that right atrial pressures to fall with hydralazine in heart failure despite concomitant significant increases in cardiac output. These data suggest little or no increase in venous capacitance (Table 1).

Hydralazine tends to augment hepatic blood flow in heart failure patients, but a recent investigation demonstrated no significant increase in flow or reduction in hepatic vascular resistance in response to 75 mg of the drug.[116] Renal blood flow, on the other hand, is augmented by hydralazine, a finding consistent with the previous observations in heart failure and hypertensive patients that hydralazine improves renal function.[116,117] It appears that hydralazine affords no preferential increase in renal blood flow in heart failure, but rather augments renal flow commensurate with the increase in cardiac output.[116]

## Minoxidil

Minoxidil is a potent, direct acting, vascular smooth muscle relaxant that has been extensively evaluated for the treatment of hyperten-

sion.[120-129] The drug's predominant effect is on the arterial bed, and it appears to act directly on smooth muscle receptor sites independent of adrenoceptors.[120] Minoxidil appears to act by blocking cellular membrane calcium uptake.[128] Experience in hypertensive patients indicates that the drug is a more potent arterial dilator than hydralazine.[129]

Franciosa and Cohn[130] have reported on the effects of minoxidil on hemodynamics in patients with congestive heart failure. A single dose of 5–20 mg produced peak hemodynamic actions at 5 hr and the effect persisted for at least 8 hr. Minoxidil produced a slight but significant tachycardia, a small reduction in mean arterial pressure, a significant increase in cardiac index, and a significant decline in systemic vascular resistance. Consistent with the drug's predominant action on the arterial bed and little effect as a venodilator, minoxidil produced no change in right atrial pressure, pulmonary artery wedge pressure, or pulmonary artery pressures.[130]

Thus, the early hemodynamic effects of a single dose of oral minoxidil closely resemble those of hydralazine.[131] Should minoxidil have less toxicity than hydralazine, which is known to produce a "lupus-like" reaction, the drug would seem to have considerable clinical potential. Although most long-term reports in the therapy of hypertension have reported that the drug is well tolerated, it is known to produce hirsutism and, in addition, has been associated with pericardial effusion and an increased incidence of myocardial fibrosis and hydropic vacuolization in dogs but not in man.[132,133]

## Angiotensin Inhibitors

Experimental data indicate that with the onset of modest degrees of heart failure, the renin-angiotensin-aldosterone system serves as an important compensatory mechanism by maintaining blood pressure and causing volume retention.[134-140] When homeostasis is achieved, this system is turned off and plasma-renin activity and angiotensin levels return to normal.[137] In this instance, the compensatory system results in enhancement of cardiac output through increase in left ventricular preload, and as angiotensin levels return toward normal, little change in impedance to left ventricular ejection results.

VASODILATOR DRUGS

However, in more severe forms of cardiac failure, compensatory mechanisms fail to achieve homeostasis, renin-angiotensin remain elevated, and marked elevations in systemic vascular resistance persist.[137] Thus, in the common clinical setting of advanced congestive heart failure, the majority of patients exhibit elevation of plasma-renin activity and angiotensin-II as well as aldosterone.[134-140] The consequent high systemic vascular resistance reduces stroke volume, and a vicious cycle ensues.

The vasoconstrictor effect of angiotensin is most potent at the precapillary arteriolar resistance vessels of the skin, splanchnic region, and kidney.[141-148] Blood flow is less affected in skeletal muscle, venous beds, and the heart, and in response to the elevated systemic pressure induced by angiotensin, flow is maintained or even increased to these regions.[141]

Angiotensin exerts a relatively weak effect on veins compared to the arterial bed so that the systemic venous capacitance is not greatly altered.[145,146] Although there appears to be little effect on large veins, postcapillary venous tone appears to be increased by angiotensin, resulting in increased capillary transudation and diminution of blood volume.[146]

Although the potent vasoconstrictor actions of angiotensin are predominantly the result of a direct action on smooth muscle, the agent also appears to enhance central sympathetic outflow, potentiate adrenergic transmission at neuroeffector sites, increase norepinephrine concentration at the synaptic junction, and promote catecholamine release from the adrenal medulla.[138,146-148] Angiotensin is the most potent vasoconstrictor encountered, and because of its central role in maintaining peripheral vascular resistance high in severe congestive heart failure, inhibition of angiotensin or its effects provides a rational and attractive goal in the vasodilator therapy of heart failure.

From the foregoing summary of the actions of angiotensin, it is apparent that its inhibition will result primarily in arteriolar dilation with consequent decline in systemic resistance and reduced impedance to left ventricular ejection. Although data are still incomplete in heart failure patients, present information indicates that inhibition of angiotensin will produce only minimal venodilation. Accordingly, little change in left ventricular preload would be expected in heart failure as a direct result of angiotensin inhibition unless additional mechanisms are involved.

Pharmacologic blockade of the activated renin-angiotensin system in experimentally induced heart failure has produced a marked reduction in systemic vascular resistance.[137,141] Similarly, clinical studies have indicated a fall in the elevated peripheral vascular resistance and augmentation of cardiac output in heart failure patients during administration of saralasen, which is a competitive inhibitor of angiotensin-II and of captopril and teprotide, which limit production of angiotensin-II by inhibition of the converting enzyme responsible for conversion of angiogentin-I to angiotensin-II.[138,140,149-154] Dzau et al.[151] have demonstrated that the chronic administration of captopril to patients with severe heart failure unresponsive to standard vasodilators resulted in sustained improvement in clinical indices and left ventricular ejection fraction. Acutely, the converting enzyme inhibitor lowered left ventricular filling pressures and increased cardiac output. Awan et al.[152] have evaluated the hemodynamic and peripheral circulatory actions of captopril in patients with heart failure. In addition to moderate reductions in systemic pressure and systemic vascular resistance, and elevation of cardiac index, left ventricular filling pressure was significantly lowered by the angiotensin converting enzyme inhibitor. Interestingly, forearm venous tone, as well as arterial resistance, was considerably reduced and the ratio of percent decline in forearm vascular resistance to percent decrease in forearm venous tone was 0.6, indicating relative effects on forearm resistance and venous tone similar to nitroglycerin.[46] This somewhat surprising result is inconsistent with the known data concerning the site of action of angiotensin and suggests other actions of captopril. It appears that either captopril has a direct inhibitory action on venous smooth muscle, or, more likely, that the drug exerts an inhibiting action on the enzyme, kinase II, that deactivates bradykinin.[153,154] Increased levels of circulating bradykinin may account for the prolonged venodilation observed following captopril administration.[152] Thus, the net cardiocirculatory actions of the oral angiotensin converting enzyme inhibitor, captopril, appear to be considerably broader

than can be accounted for by inhibition of angiotensin alone (Table 1).

## Calcium Channel Blockers

Although the drugs collectively classified as calcium antagonists are known to exert inhibitory actions on vascular smooth muscle and some have proven efficacy in the management of hypertension, there are relatively few data concerning the utilization of their vasodilator properties for cardiac unloading to improve left ventricular dysfunction.[155,156]

Studies on isolated arteries or veins confirm that the relaxing effects of verapamil and nifedipine differ from those of classic vasodilators such as nitroprusside and nitroglycerin.[157] Prior investigations suggest that calcium antagonists act principally by blocking inward movement of calcium into smooth muscle cells. Thus, KCl-induced vascular smooth muscle contracture, thought to be calcium dependent, are effectively blocked by calcium blockers.[158,159] Further, fluoride ion contracture, thought to be independent of calcium, is not attenuated by calcium antagonists, in contrast to nitrates that relax the fluoride-induced contraction.[157]

Nifedipine is approximately as potent as nitroglycerin in relaxing isolated arteries contracted by KCl, serotonin, and/or epinephrine.[157,160-162] However, unlike the nitrates, nifedipine is capable of producing sustained relaxation.[160,163] Nifedipine lowers systemic vascular resistance, augments cardiac output, and increases dP/dt in experimental animals.[157,164] In contrast to nitrates that reduce venous return and cardiac output, nifedipine, in the same experimental model, increases cardiac output and augments venous return.[164]

In preliminary clinical investigations, nifedipine administered in 10-mg sublingual doses to patients with acute or chronic congestive heart failure and pulmonary edema reduced peripheral vascular resistance and raised cardiac output.[155] Left ventricular filling pressures were reduced, and indices of left ventricular systolic performance improved. Additionally, it appears that the agent results in sustained long-germ improvement in cardiac performance and functional class.[156]

Verapamil is also a potent vasodilator, although less powerful than nifedipine and nitro-

glycerin.[157,161,163] Verapamil compared to nifedipine, however, exerts a greater direct myocardial depressant effect.[157] Intravenous verapamil administered to patients significantly reduces systemic vascular resistance and tends to raise cardiac output, but in contrast to nifedipine, verapamil raises left ventricular filling pressure and reduces left ventricular contractility indices.[165] Thus, while verapamil is a peripheral vasodilator, it also possesses direct negative inotropic effects[165,166] that may be detrimental in congestive heart failure. In patients with underlying coronary artery disease and normal resting left ventricular function, intravenous verapamil lowers systemic resistance and improves certain indices of left ventricular performance, suggesting that despite negative inotropic actions, the net effect is to improve cardiac function consequent to peripheral vasodilation.[167,168]

These data suggest that agents with calcium blocking actions that exert prolonged vascular smooth muscle relaxation of both venous and arteriolar beds and that lack important myocardial depressant effects may have a considerable role in the therapy of heart failure. The observation that nifedipine also has protective effects during myocardial ischemia to inhibit the deleterious excess accumulation of intracellular calcium[169-171] affords additional rationale for the potential efficacy of calcium blockers in chronic heart failure related to ischemic heart disease. A great deal of additional data are needed to confirm a salutary effect in chronic left ventricular dysfunction, however.

## DRUGS WITH POSITIVE INOTROPIC AND VASODILATOR PROPERTIES

A number of drugs currently in clinical use or undergoing investigation possess both positive inotropic actions as well as important vasodilator properties. This review will focus on the vasodilator actions of several drugs that exert these combined effects.

### Dopamine

The findings that specific pre- and postsynaptic receptors in certain vascular beds are uniquely responsive to dopamine coupled with the potent positive inotropic action of the drug have led to its widespread acceptance and use in

VASODILATOR DRUGS

367

heart failure. Presynaptic dopamine-specific receptors, when stimulated, reduce norepinephrine release, while dopamine-specific postsynaptic receptors block uptake of the neurotransmitter at this site. These unique receptors have been demonstrated in isolated canine renal, mesenteric, coronary, and intracerebral arteries but not in skeletal muscle vascular beds.[172-175] These vascular receptors in isolated vessels are unaffected by propranolol.[176] In contrast, dopamine's effect on the heart, which is mediated by direct beta-1 stimulation and by release of norepinephrine from sympathetic nerve terminals, is blocked by propranolol.[177] These data indicate that dopamine acts through cardiac beta-1 receptors but at vascular sites other than or in addition to beta-2 receptors.

Dopamine also acts on alpha receptors.[178,179] At high concentrations, the alpha receptor-mediated vasoconstriction produces the predominant effect on the peripheral circulation in contrast to lower concentrations of the drug at which the dopamine-specific receptor activation results in selective regional vasodilatation. Thus, in heart failure patients, dopamine infusion rates below 8–10 $\mu$g/kg/min generally produce vasodilation and a decline in systemic vascular resistance, while at greater infusion rates, the alpha vasoconstrictor effects predominate;[177,180-184]

The effects of dopamine on the venous capacitance bed appear to be unique. While other positive inotropic drugs that increase cardiac output in congestive heart failure result in a concomitant decline in cardiac filling pressures, the response to dopamine is variable.[180,184] It appears that the alpha receptors of the venous capacitance bed are sensitive to the alpha stimulating properties of even low concentrations of dopamine, suggesting that dopamine-specific vasodilator receptors are ineffectual in the venous bed. In contrast, in the arteriolar bed, specific dopamine receptor-mediated vasodilation overcomes the alpha constricting effects of dopamine at low concentrations.

As a result of the differential actions of dopamine on specific systemic resistance beds as well as the arterial and venous circuits, dopamine administered in low concentrations to patients with congestive heart failure results in improved cardiac output, reduced systemic vascular resistance, a modest increase, decrease,



Fig. 8.    Individual and combined effects of nitroprusside (NP) and dopamine on cardiac performance. Nitroprusside alone produces substantial reduction in left ventricular end-diastolic pressure (LVEDP) and a modest increase in cardiac index. Dopamine results in a large increase in cardiac index with little change in left ventricular filling pressure. The optimal effects of each drug result when administered in combination.[184]

or no change in systemic arterial pressure, and no significant change in cardiac filling pressures.[184] In the setting of severe refractory congestive heart failure, therefore, in order to achieve maximal pharmacologic benefit, it is often advantageous to administer dopamine in combination with a venodilator such as nitroprusside.[184] Nitroprusside in this setting produces a predictable decline in cardiac filling pressures and important but often modest increases in cardiac output.[21,184] In combination, the principal efficacious hemodynamic effects of each drug may be achieved so that dopamine greatly augments cardiac output, while simultaneously, nitroprusside achieves a marked reduction in cardiac filling pressures.[184] Figure 8 illustrates these concepts.

### Dobutamine

Dobutamine acts directly on beta-1, beta-2, and alpha adrenergic receptors. It exerts no effect on dopamine receptors, and no additional dobutamine-specific receptors have been identified.[185-192] At equivalent cardiac contractile force responses, dobutamine exerts less beta-1 vasodilator action than isoproterenol and much weaker alpha-adrenergic vasoconstrictor effects compared to norepinephrine.[185]

Dobutamine administered to patients with congestive heart failure generally improves cardiac output, lowers systemic vascular resis-

368

tance, and in contrast to dopamine, decreases cardiac filling pressures.[190-192] Dobutamine is more likely to lower systemic arterial pressures and, unlike dopamine, does not have a dose-dependent alpha adrenoceptor effect producing vasoconstriction at higher doses.[185-189]

### SELECTIVE PRESYNAPTIC DOPAMINE RECEPTOR AGONISTS

Recently, progress in developing analogues of dopamine has led to the finding that N-N dialkalyl substitution of two propyl groups produced dilation in renal and femoral arteries similar to dopamine.[193] The recently synthesized dopamine analog, N-dipropyl dopamine, exerts a potent systemic blood pressure reducing action without reflex tachycardia.[194] With increasing doses, renal vasodilation increased and a dose-related decline in heart rate was observed. We have extended these studies to the conscious animal and determined that the drug appears to be a potent vasodilator comparable to nitroprusside and exhibits selectivity for the renal and cardiovascular beds without producing tachycardia.[195] Further, because its actions were blocked by L-sulpiride, a specific presynaptic dopamine antagonist, and not by D-sulpiride, a specific postsynaptic antagonist, it is suggested that the agent acts selectively at the presynaptic receptor. We have recently obtained similar results in man.[196]

These preliminary findings hold considerable promise for further development of presynaptic agonists with selective vasodilation in specific vascular beds that not only improve cardiac performance by impedance reduction but preferentially improve flow to certain vascular beds.

### Pirbuterol

Pirbuterol [2-hydroxy methyl-3-hydroxy-6-(1-hydroxy-2-test-butyl-amino-ethyl) pyridine] is an ingestible long-acting sympathomimetic amine first clinically applied for its bronchodilating actions[197,198] that result from potent beta-2 adrenoceptor stimulation. Awan and coworkers[199,200] and Sharma et al.[201] have recently demonstrated that the drug administered to patients with clinical heart failure is also a potent beta-1 adrenoceptor agonist. The combination of beta-1 and beta-2 receptor stimulation by pirbuterol in heart failure results in augmented myocardial contractility, increased cardiac output, and lowered systemic vascular resistance.[199,200]

The agent exerts considerable peripheral vasodilation of the forearm arteriolar and venous beds.[199] However, it appears that the predominant beneficial effect of the drug results from its positive inotropic actions, as the extent of venodilation and reduction in left ventricular filling pressure appears to be rather modest.[199,200] It is noteworthy that despite the potent beta-2 adrenoceptor stimulation thought originally to be selective in patients with lung disease, in congestive heart failure, the agent does not appear to produce a profound effect on beta-2 receptors.

## REFERENCES

1. Starling EG: Some points in the pathology of heart disease. Lancet 1:652, 1895

2. Frank O: Zur dynamik des herzmuskels. Z Biol 32:370, 1895

3. Guyton AC: Determination of cardiac output by equating venous return curves with cardiac response curves. Physiol Rev 35:123, 1955

4. Guyton AC, Lindsey AW, Kaufmann BN: Effect of mean circulatory filling pressure and other peripheral circulatory factors on cardiac output. Am J Physiol 180:463, 1955

5. Guyton AC, Lindsey, AW, Abernathy B, et al: Venous return at various right atrial pressures and the normal venous return curve. Am J Physiol 189:609, 1957

6. Grodins FS: Integrative cardiovascular physiology: A mathematical synthesis of cardiac and blood vessel hemodynamics. Q Rev Biol 34:93, 1959

7. Grodins FS, Stuart WH, Veenstra RL: Performance characteristics of the right heart bypass preparation. Am J Physiol 198:552, 1960

8. Sagawa K: the circulation and its control. I: Mechanical properties of the cardiovascular system, in Brown JHU, Gann DS (eds): Mechanical Principles in Physiology, vol 2. London, Academic, 1973, pp 49–71

9. Herndon CW, Sagawa K: Combined effects of aortic and right atrial pressures on the aortic flow. Am J Physiol 217:65, 1969

10. Ross J Jr: Afterload mismatch and preload reserve: A conceptual framework for the analysis of ventricular function. Prog Cardiovasc Dis 18:255, 1976

11. Levy MN: The cardiac and vascular factors that determine systemic blood flow. Circ Res 44:739, 1979

12. Shepherd JT, Vanhoutte PM: The Human Cardiovascular System. New York, Raven, 1979, p 11

13. Chidsey CA, Braunwald D, Morrow AG: Catecholamine excretion and cardiac stores of norepinephrine in congestive heart failure. Am J Med 39:442, 1965

14. Schmid PG, Mayer HE, Mark AL, et al: Differences in neural control of vascular resistance in right and left heart failure. Circulation 50:63, 1974

15. Caldini P, Permutt S, Waddell JA, et al: Effect of epinephrine on pressure, flow, and volume relationships in the systemic circulation of dogs. Circ Res 34:606, 1974

16. Zelis R, Longhurst J, Capone RJ, et al: Peripheral circulatory control mechanisms in congestive heart failure. Am J Cardiol 32:481, 1973

17. Zelis R, Longhurst J, Capone RJ, et al: A comparison of regional blood flow and oxygen utilization during dynamic forearm exercise in normal subjects and patients with heart failure. Circulation 50:137, 1974

18. Zelis R, Nellis SH, Longhurst J, et al: Abnormalities in the regional circulations accompanying congestive heart failure. Prog Cardiovasc Dis 18:181, 1975

19. Pouleur H, Covell JW, Ross J Jr: Effects of nitroprusside on venous return and central blood volume in the absence and presence of acute heart failure. Circulation 61:328, 1980

20. Ogilvie RI: Effect of nitroglycerin on peripheral blood flow distribution and venous return. J Pharmacol Exp Ther 207:372, 1978

21. Miller RR, Vismara LA, Zelis R, et al: Clinical use of sodium nitroprusside in chronic ischemic heart disease: Effects on peripheral vascular resistance and venous tone and on ventricular volume, pump and mechanical performance. Circulation 51:328, 1975

22. Williams DO, Amsterdam EA, Mason DT: Hemodynamic effects of nitroglycerin in acute myocardial infarction. Circulation 41:421, 1975

23. Milnor WR: Arterial impedance as ventricular afterload. Circ Res 36:565, 1975

24. Pepine CJ, Nichols WW, Curry RC Jr, et al: Aortic input impedance during nitroprusside infusion. A reconsideration of afterload reduction and beneficial action. J Clin Invest 64:643, 1979

25. Nichols WW, Conti CR, Walker WE, et al: Input impedance of the systemic circulation in man. Circ Res 40:451, 1977

26. Cohn JN: Vasodilator therapy for heart failure: The influence of impedance on left ventricular performance. Circulation 48:5, 1973

27. Chatterjee K, Parmley WW: The role of vasodilator therapy in heart failure. Prog Cardiovasc Dis 19:301, 1977

28. Ross J: Effects of afterload or impedance on the heart: Afterload reduction in the treatment of cardiac failure. Cardiovasc Med 2:1115, 1977

29. Brunton TL: On the use of nitrate of amyl in angina pectoris. Lancet 2:97, 1867

30. Murrell W: Nitroglycerin as a remedy for angina pectoris. Lancet 1:80, 1879

31. Needleman P, Lang S, Johnson EM Jr: Organic nitrates: Relationship between biotransformation and rational angina pectoris therapy. J Pharmacol Exp Ther 181:489, 1972

32. Needleman P: Biotransformation of Organic Nitrates in Organic Nitrates. New York, Springer-Verlag, 1975, p 57

33. Needleman P, Johnson EM Jr: The pharmacologic and biochemical interaction of organic nitrates with sulfhydryls: Possible correlations with the mechanism for tolerance

development, vasodilation, and mitochondrial and enzyme reactions, in Needleman P (ed): Organic Nitrates. New York, Springer-Verlag, 1975, p 97

34. Levin RI, Weksler BB, Jaffe EA: Nitroglycerin induces production of prostacyclin by human endothelial cells. Clin Res 28:471A, 1980

35. Ribeiro LGT, Brandon TA, Hopkins DG, et al: Prostacyclin in experimental myocardial ischemia: Effects on hemodynamics, regional myocardial blood flow, infarct size and mortality. Am J Cardiol 47(April):835, 1981

36. Moncada S, Vane JR: The role of prostacyclin in vascular tissue. Fed Proc 38:62, 1979

37. Sutter MC: The pharmacology of isolated veins. Br J Pharmacol 24:742, 1965

38. Furchgott RF, Bradrakom S: Reactions of strips of rabbit aorta to epinephrine, isopropylarterenol, sodium nitrite and other drugs. J Pharmacol Exp Ther 108:129, 1953

39. Mason DT, Braunwald E: The effects of nitroglycerin and amyl nitrite on arteriolar and venous tone in the human forearm. Circulation 32:755, 1965

40. Wilkins RW, Haynes FW, Weiss S: The role of the venous system in circulatory collapse induced by sodium nitrite. J Clin Invest 16:85, 1937

41. Weiss S, Wilkins RW, Haynes FW: The nature of the circulatory collapse induced by sodium nitrite. J Clin Invest 16:73, 1937

42. Mason DT, Braunwald E: Effects of guanethidine, reserpine, and methyldopa on reflex venous and arterial constriction in man. J Clin Invest 43:1449, 1964

43. Miller RR, Williams DO, Vismara LA, et al: Ventricular afterload reducing agents in congestive heart failure, in Mason DT (ed): Congestive Heart Failure. New York, Yorke Medical, 1976, 343

44. Miller RR, DeMaria AN, Mason DT, et al: The concepts of afterload reduction therapy in congestive heart failure, in Mason DT (ed): Advances in Heart Disease, vol 1. New York, Grune & Stratton, 1977, p 25

45. Mason DT: Afterload reduction and cardiac performance. Am J Med 65:106, 1978

46. Miller RR, Vismara L, Williams DO, et al: Pharmacologic mechanisms for left ventricular unloading in clinical congestive heart failure: Differential effects of nitroprusside, phentolamine and nitroglycerin on cardiac function and peripheral circulation. Circ Res 39:127, 1976

47. Franciosa JA, Black RC, Cohn JN: Nitrate effects on cardiac output and left ventricular outflow resistance in chronic congestive heart failure. Am J Med 64:207, 1978

48. Davidsohn K: Königsberg. 1887

49. Johnson CC: The actions and toxicity of sodium nitroprusside. Arch Int Pharmacodyn Ther 35:480, 1929

50. Page IH, Corcoran AC, Dustan HP, et al: Cardiovascular actions of sodium nitroprusside in animals and hypertensive patients. Circulation 11:188, 1955

51. Schlant RC, Tsagiris TS, Robertson RJ: Studies on acute cardiovascular effects of intravenous sodium nitroprusside. Am J Cardiol 9:51, 1962

52. Wang HH, Liu LMP, Katz RL: A comparison of the cardiovascular effects of sodium nitroprusside and trimethaphan. Anesthesiology 46:40, 1977

370

MILLER ET AL.

53. Ross G, Cole PV: Cardiovascular actions of sodium nitroprusside in dogs. Anaesthesia 28:400, 1973

54. Verhaeghe RH, Shepherd JT: Effect of nitroprusside on smooth muscle and adrenergic nerve terminals in isolated blood vessels. J Pharmacol Exp Ther 199:269, 1976

55. Hester RK, Weiss GB, Fry WJ: Differing Actions of nitroprusside and D-600 on tension and $^{45}Ca$ fluxes in canine renal arteries. J Pharmacol Exp Ther 208:155, 1979

56. Kreye VAW, Baron GD, Lüth JB, et al: Mode of action of sodium nitroprusside on vascular smooth muscle. Naunyn-Schmiedeberg Arch Pharmacol 288:381, 1975

57. Katsuki S, Arnold WP, Murad F: Effects of sodium nitroprusside, nitroglycerin, and sodium azide on levels of cyclic nucleotides and mechanical activity of various tissues. J Cycl Nucleotid Res 3:239, 1977

58. Greenway CV: Effects of sodium nitroprusside, isosorbide dinitrate, isoproterenol, phentolamine and prazosin on hepatic venous responses to sympathetic nerve stimulation in the cat. J Pharmacol Exp Ther 209:56, 1979

59. Ito Y, Suzuki H, Kuriyama H: Effects of sodium nitroprusside on smooth muscle cells of rabbit pulmonary artery and portal vein. J Pharmacol Exp Ther 207:1022, 1978

60. Gmeiner R, Riedl J, Baumgartner H: Effect of sodium nitroprusside on myocardial performance and venous tone. Eur J Pharmacol 31:287, 1975

61. Franciosa JA, Guiha NH, Limas CJ, et al: Improved left ventricular function during nitroprusside infusion in acute myocardial infarction. Lancet 1:650, 1972

62. Miller RR, Vismara LA, DeMaria AN, et al: Afterload reduction therapy with nitroprusside in severe aortic regurgitation: Improved cardiac performance and reduced regurgitant volume. Am J Cardiol 38:564, 1976

63. Cohn JN, Mathew KJ, Franciosa JA, et al: Chronic vasodilator therapy in the management of cardiogenic shock and intractable left ventricular failure. Ann Intern Med 81:777, 1974

64. Rossen RM, Alderman EL, Harrison DC: Circulatory response to vasodilator therapy in congestive cardiomyopathy. Br Heart J 38:695, 1976

65. Guiha NH, Cohn JN, Mikulic E, et al: Treatment of refractory heart failure with infusion of nitroprusside. N Engl J Med 291:587, 1974

66. Cogan JJ, Humphreys MH, Carlson CJ, et al: Renal effects of nitroprusside and hydralazine in patients with congestive heart failure. Circulation 61:316, 1980

67. Miller RR, Awan MA, Mason DT: Nitroprusside therapy in acute and chronic coronary heart disease. Am J Med 65:167, 1978

68. Cohn JN, Franciosa JA: Vasodilator therapy of cardiac failure. N Engl J Med 297:27, 1977

69. Cambridge D, Davey MJ, Massingham R: Prazosin: A selective antagonist of postsynaptic α-adrenoceptors. Br J Pharmacol 59:514P, 1977

70. Doxey JC, Smith CFC, Walker JM: Selectivity of blocking agents for pre- and postsynaptic α-adrenoreceptors. Br J Pharmacol 60:91, 1977

71. Roach AG, Lefevre F, Carrero I: Effect of prazosin and phetolamine on cardiac presynaptic α-adrenoreceptors in the cat, dog, and rat. Clin Exp Hypertens 1:87, 1978

72. Graham RM, Oates HF, Stoker LM, et al: Alpha-

blocking action of the antihypertensive agent, prazosin. J Pharmacol Exp Ther 201:747, 1977

73. Stokes GS, Oates HF: Prazosin: New alpha-adrenergic blocking agent in treatment of hypertension. Cardiovasc Med 2:41, 1978

74. Miller RR, Taylor AA, Young JB, et al: Pharmacology of prazosin in congestive heart failure, in Gould L, Reddy CVR (eds): Vasodilator Therapy for Cardiac Disorders. Mount Kisco, Futura, 1979, p 274

75. Langer SZ: Presynaptic receptors and their role in the regulation of transmitter release. Br J Pharmacol 60:481, 1977

76. Lokhandwala MF: Presynaptic receptor systems on cardiac sympathetic nerves. Life Sci 24:1823, 1979

77. Massingham R, Hayden ML: A comparison of the effects of prazosin and hydralazine on blood pressure, heart rate, and plasma renin activity in conscious renal hypertensive dogs. Eur J Pharmacol 30:121, 1975

78. Graham RM, Muir MR, Hayes JM: Differing effects of the vasodilator drugs, prazosin and diazoxide, on plasma renin activity in the dog. Clin Exp Pharmacol 3:173, 1976

79. Constantine JW: Analysis of the hypertensive action of prazosin, in Cotton JW (ed): Prazosin—Evaluation of a New Antihypertensive Agent. Amsterdam, Excerpta Medica, 1974, p 22

80. Brogden RN, Heel RC, Speight TM, et al: Prazosin: A review of its pharmacological properties and therapeutic efficacy in hypertension. Drugs 14:163, 1977

81. Fennell WH, Brandon TA, Hartley CJ, et al: Evaluation of prazosin tolerance in specific regional vascular beds in the chronically instrumented animal. Circ Res 28:168A, 1980

82. Graham RM, Pettinger WA: Prazosin. N Engl J Med 300:232, 1979

83. Jauernig R, Moulds RFW: The use of isolated human arteries to study the action of prazosin and other hypotensive agents. Abstract of paper presented at Annual Meeting of Australasian Society of Clinical and Experimental Pharmacologists, November 1976

84. Constantine JW, McShane WK, Scriabine A, et al: Analysis of the hypotensive action of prazosin, in Onesti G, Kim G, Moyer JH (eds): Hypertension: Mechanisms and Management. New York, Grune & Stratton, 1973, p 449

85. Awan NA, Miller RR, Maxwell K, et al: Comparative clinical effects of oral prazosin on the forearm resistance and capacitance vessels. Clin Pharmacol Ther 22:79, 1977

86. Miller RR, Awan NA, Maxwell KS, et al: Sustained reduction of cardiac impedance and preload in congestive heart failure patients by prazosin. N Engl J Med 297:303, 1977

87. Awan NA, Miller RR, Mason DT: Comparison of effects of nitroprusside and prazosin on left ventricular function and peripheral circulation in chronic heart failure. Circulation 57:152, 1978

88. Awan NA, Miller RR, DeMaria AN, et al: Efficacy of ambulatory systemic vasodilator therapy with oral prazosin in chronic refractory heart failure. Circulation 56:346, 1977

89. Awan NA, Miller RR, Miller MP, et al: Clinical pharmacology and therapeutic application of prazosin in acute and chronic refractory congestive heart failure.

Balanced systemic venous and arterial dilation improving pulmonary congestion and cardiac output. Am J Med 65:146, 1978

90. Majid PA, Sharma B, Taylor SH: Phentolamine for vasodilator treatment of severe heart failure. Lancet 2:719, 1971

91. Gould L, Zahir M, Ettinger S: Phentolamine and cardiovascular performance. Br Heart J 31:154, 1969

92. Nickerson M, Collier B: Drugs inhibiting adrenergic nerves and structures innervated by them, in Goodman LS, Gilman A (eds): The Pharmacological Basis of Therapeutics (eds). New York, MacMillan, 1975, p 533

93. Taylor SH, Sutherland GR, MacKenzie GJ, et al: The circulatory effects of intravenous phentolamine in man. Circulation 31:741, 1965

94. Abboud FM, Schmid PG, Eckstein JW: Vascular responses after alpha-adrenergic receptor blockade. I. Responses of capacitance and resistance vessels to norepinephrine in man. J Clin Invest 47:1, 1968

95. Kelly DT, Delgado CE, Taylor DR, et al: Use of phentolamine in acute myocardial infarction associated with hypertension and left ventricular failure. Circulation 47:729, 1973

96. Gould L, Reddy CVR, Kalanithi P, et al: Use of phentolamine in acute myocardial infarction. Am Heart J 88:144, 1974

97. Perret CL, Gardaz JP, Reynaert M, et al: Phentolamine for vasodilator therapy in left ventricular failure complicating acute myocardial infarction. Hemodynamic study. Br Heart J 37:640, 1975

98. Chatterjee K, Swan HJC: Vasodilator therapy in acute myocardial infarction. Mod Concept Cardiovasc Dis 43:119, 1974

99. Walinsky P, Chatterjee K, Forrester J, et al: Enhanced left ventricular performance with phentolamine in acute myocardial infarction. Am J Cardiol 33:37, 1974

100. Murray JH, Handley CA, Huggins RA: Some pharmacodynamic effects of 1-hydrazinophtalazine (C-5968) with particular reference to renal function and cardiovascular response. J Pharmacol 103:368, 1951

101. Stunkard A, Wertheimer L, Reddish W: Studies on hydralazine; Evidence for a peripheral site of action. J Clin Invest 33:1047, 1954

102. Uchida E, Bohr DF: Myogenic tone in isolated perfused resistance vessels from rats. Am J Physiol 216:1343, 1969

103. Andersson R: Cyclic AMP as a mediator of the relaxing action of papaverine, nitroglycerine, diazoxide and hydralazine in intestinal and vascular smooth muscle. Arch Pharmacol Toxicol 32:321, 1973

104. Kirpekar SM, Lewis JJ: Pharmacological properties of hydralazine, dihydralazine and some related compounds. J Pharm Pharmacol 9:877, 1957

105. Ablad B, Johnsson G: Comparative effects of intra-arterially administered hydralazine and sodium nitrite on blood flow and volume of forearm. Acta Pharmacol Toxicol 20:1, 1963

106. Spokas EG, Wang HH: Regional blood flow and cardiac responses to hydralazine. J Pharmacol Exp Ther 212:294, 1980

107. McLean AJ, du Souich P, Barron KW, et al: Interaction of hydralazine with tension development and mechanisms of calcium accumulation in K+-stimulated rabbit aortic strips. J Pharmacol Exp Ther 207:40, 1978

108. Seidel CL, Allen JC, Bowers RL: Mechanical and biochemical alterations of aorta induced by hydralazine hypotension. J Pharmacol Exp Ther 213:514, 1980

109. Worcel M: Relationship between the direct inhibitory effects of hydralazine and propildazine on arterial smooth muscle contractility and sympathetic innervation. J Pharmacol Exp Ther 207:320, 1978

110. Koch-Weser J: Hydralazine. N Engl J Med 295:320, 1976

111. Songkittiguna P, Majewski H, Rand MJ: The effect of hydralazine on the conversion of dopamine to noradrenaline. Blood vessels 17:162, 1980

112. Freis ED, Rose JG, Higgins TF, et al: The hemodynamic effects of hypotensive drugs in man. IV. 1-hydrazinophthalazine. Circulation 8:199, 1953

113. Campbell WB, Graham RM, Jackson EK: Role of renal prostaglandins in sympathetically mediated renin release in the rat. J Clin Invest 64:448, 1979

114. Chatterjee K, Drew D, Parmley WW, et al: Combination of vasodilator therapy for severe chronic congestive heart failure. Ann Intern Med 85:467, 1976

115. Massie B, Chatterjee K, Werner J, et al: Hemodynamic advantage of combined administration of hydralazine orally and nitrates nonparenterally in the vasodilator therapy of chronic heart failure. Am J Cardiol 40:794, 1977

116. Leier CV, Magorien RD, Desch CE, et al: Hydralazine and isosorbide dinitrate: Comparative central and regional hemodynamic effects when administered alone or in combination. Circulation 63:102, 1981

117. Pierpont GL, Brown DC, Franciosa JA, et al: Effect of hydralazine on renal failure in patients with congestive heart failure. Circulation 61:323, 1980

118. Chatterjee K, Parmley WW, Bassie B, et al: Oral hydralazine therapy for chronic refractory heart failure. Circulation 54:879, 1976

119. Chatterjee K, Massie B, Rubin S, et al: Long-term outpatient vasodilator therapy of congestive heart failure. Consideration of agents at rest and during exercise. Am J Med 65:134, 1978

120. Gilmore E, Weil J, Chidsey C: Treatment of essential hypertension with a new vasodilator in combination with beta-adrenergic blockade. N Engl J Med 282:521, 1970

121. Robie NW, McNay JL: Comparative regional blood flow effects of minoxidil (M) and nitroprusside (NP). Fed Proc 33:583, 1974

122. Mutterperl RE, Diamond FB, Lowenthal DT: Long-term effects of minoxidil in the treatment of malignant hypertension in chronic renal failure. Clin Pharmacol 16:498, 1976

123. Lowenthal DT, Onesti G, Mutterperl R, et al: Long-term clinical effects, bioavailability and kinetics of minoxidil in relation to renal function. J Clin Pharmacol 18:500, 1978

124. Mitchell HC, Pettinger WA: Long-term treatment of refractory hypertensive patients with minoxidil. JAMA 239:2131, 1978

125. Hall D, Froer KL, Loracher C: Treatment of severe

hypertension with minoxidil and its effects on systemic and pulmonary haemodynamics. Clin Sci Mol Med 51:587S, 1976

126. Brunner HR, Jaeger P, Ferguson RK, et al: Need for beta-blockade in hypertension reduced with long-term minoxidil. Br Med 2:385, 1978

127. Velasco M, O'Malley K, Robie NW, et al: Differential effects of propranolol on heart rate and plasma renin activity in patients treated with minoxidil. Clin Pharmacol Ther 16:1031, 1974

128. Lowenthal DT, Affrime MB: Pharmacology and pharmacokinetics of minoxidil. J Cardiovasc Pharmacol 2:S93, 1980

129. Gottlieb TR, Katz PH, Chidsey CA: Combined therapy with vasodilator drugs and beta-adrenergic blockade in hypertension. A comparative study of minoxidil and hydralazine. Circulation 45:571, 1972

130. Franciosa JA, Cohn JN: Effects of minoxidil on hemodynamics in patients with congestive heart failure. Circulation 63:652, 1981

131. Chatterjee K, Drew D, Parmley WW, et al: Combination vasodilator therapy for severe chronic congestive heart failure. Ann Intern Med 85:467, 1976

132. Martin WB, Spodick DH, Zins GR: Pericardial disorders occurring during open-label study of 1,869 severely hypertensive patients treated with minoxidil. J Cardiovasc Pharmacol 2:S217, 1980

133. Sobota JT, Martin WB, Carlson RG, et al: Minoxidil: Right atrial cardiac pathology in animals and man. Circulation 62:376, 1980

134. Merrill AJ, Morrison JL, Brannon ES: Concentration of renin in renal venous blood in patients with chronic heart failure. Am J Med 1:468, 1946

135. Brown JJ, Davies DL, Johnson VW, et al: Renin relationships in congestive cardiac failure, treated and untreated. Am Heart J 80:329, 1970

136. Ayers CR, Bowden RE, Schrank JP: Mechanisms of sodium retention in congestive heart failure. Adv Exp Med Biol 17:227, 1972

137. Watkins L Jr, Burton JA, Haber E, et al: The renin-angiotensin-aldosterone system in congestive failure in conscious dogs. J Clin Invest 57:1606, 1976

138. Curtiss C, Cohn JN, Vrobel T, et al: Role of the renin-angiotensin system in the systemic vasoconstriction of chronic congestive heart failure. Circulation 58:763, 1978

139. Vandongen R, Gordon RD: Plasma renin in congestive heart failure in man. Med J Aust 1:215, 1970

140. Dzau VJ, Colucci WS, Hollenberg NK, et al: Relation of the renin-angiotensin-aldosterone system to clinical state in congestive heart failure. Circulation 63:645, 1981

141. Gavras H, Liang C, Brunner HR: Redistribution of regional blood flow after inhibition of the angiotensin-converting enzyme. Circ Res 43(Suppl 1):1–59, 1978

142. Mark AL, Abboud FM, Schmid PG, et al: Differences in direct effects of adrenergic stimuli on coronary, cutaneous and muscular vessels. J Clin Invest 51:279, 1972

143. Heyndrickx GR, Baettcher DH, Vatner SF: Effects of angiotensin, vasopressin and methoxamine on cardiac function and blood flow distribution in conscious dogs. Am J Physiol 231:1579, 1976

144. Barbour JA, Bailie MD: Effect of the synthetic peptide SQ20881 on distribution of blood flow in the rat. Proc Exp Biol Med 143:400, 1973

145. Rose JC, Kot PA, Cohn JN, et al: Comparison of effects of angiotensin and norepinephrine on pulmonary circulation, systemic arteries and veins, and systemic vascular capacity in the dog. Circulation 25:247, 1962

146. Cohn JN: Relationship of plasma volume changes to resistance and capacitance vessel effects of sympathomimetic amines and angiotensin in man. Clin Sci 30:267, 1966

147. Ferrario CM, Dickinson CJ, McCubbin JW: Central vasomotor stimulation by angiotensin. Clin Sci 39:239, 1970

148. Zimmerman BG, Gomer SK, Liao JC: Action of angiotensin on vascular adrenergic nerve endings; facilitation of norepinephrine release. Fed Proc 31:1344, 1972

149. Cody RJ Jr, Tarazi RC, Fouad FM, et al: Hemodynamics of a new angiotensin antagonist, (SAR$^1$, Thr$^8$)A II, in hypertensive man. Circulation 41:338, 1980

150. Freeman RH, Davis JO, Williams GM, et al: Effects of the oral converting enzyme inhibitor, SQ 14225, in a model of low cardiac output in dogs. Circ Res 45:540, 1979

151. Dzau VJ, Colucci WS, Williams GH, et al: Sustained effectiveness of converting-enzyme inhibition in patients with severe congestive heart failure. N Engl J Med 302:1373, 1980

152. Awan NA, Evenson MK, Needham KE, et al: Efficacy of oral angiotensin-converting enzyme inhibition with captopril therapy in severe chronic normotensive congestive heart failure. Am Heart J 101:22, 1981

153. Oparil S, Haber E: The renin-angiotensin system. N Engl J Med 291:389, 1974

154. Williams GH, Hollenberg NK: Accentuated vascular and endocrine response to SQ20881 in hypertension. N Engl J Med 297:184, 1977

155. Polese A, Fiorentine C, Olivari MT, et al: Clinical use of a calcium antagonistic agent (nifedipine) in acute pulmonary edema. Am J Med 66:825, 1979

156. Belloccu F, Ansalone G, Scabia E, et al: Sustained beneficial effect of nifedipine in chronic refractory heart failure. Am J Cardiol 47:407, 1981

157. Henry PD: Comparative pharmacology of calcium antagonists: Nifedipine, verapamil and diltiazem. Am J Cardiol 46:1047, 1980

158. Massingham R: A study of compounds which inhibit vascular smooth muscle contraction. Eur J Pharmacol 22:75, 1973

159. Thorens S, Haeusler G: Effects of some vasodilators on calcium translocation in intact and fractionated vascular smooth muscle. Eur J Pharmacol 54:79, 1979

160. Fleckenstein A: Specific pharmacology of calcium in myocardium, cardiac pacemakers, and vascular smooth muscle. Annu Rev Pharmacol Toxicol 17:149, 1977

161. Henry PD: Calcium antagonists: Mechanism of action with special reference to nifedipine, in Khanasch N (eds): Trace Metals in Health and Disease. New York, Raven, 1979, p 227

162. Henry PD: Calcium ion (Ca$^{++}$) antagonists: Mechanisms of action and clinical applications. Pract Cardiol 5:145, 1979

VASODILATOR DRUGS

163. Mikkelsen E, Andersson K-E, Lederballe PO: Verapamil and nifedipine inhibition of contractions induced by potassium and noradrenaline in human mesenteric arteries and veins. Acta Pharmacol Toxicol 44:110, 1979

164. Gross R, Kirchheim H, von Olshausen K: Effects of nifedipine on coronary and systemic hemodynamics in the conscious dog. Arzneim Forsch 29:1361, 1979

165. Singh BN, Roche AHG: Effects of intravenous verapamil on hemodynamics in patients with heart disease. Am Heart J 94:593, 1977

166. Mangiardi LM, Hariman RJ, McAllister RG, et al: Electrophysiologic and hemodynamic effects of verapamil. Correlation with plasma drug concentrations. Circulation 47:366, 1978

167. Ferlinz J, Easthope JL, Aronow WS: Effects of verapamil on myocardial performance in coronary disease. Circulation 59:313, 1979

168. Vlietstra RE, Farias MA, Frye RL: Effect of verapamil on left ventricular function: Randomized placebo-controlled study. Am J Cardiol 47:406, 1981

169. Henry PD, Shuchleib R, Davis J, et al: Myocardial contracture and accumulation of mitochondrial calcium in ischemic rabbit heart. Am J Physiol 233:H677, 1977

170. Henry PD, Shuchleib R, Borda L, et al: Effects of nifedipine on myocardial perfusion and ischemic injury in dogs. Circ Res 43:372, 1978

171. Henry PD, Shuchleib R, Clark RE, et al: Effect of nifedipine on myocardial ischemia; analysis of collateral flow, pulsatile heat and regional muscle shortening. Am J Cardiol 44:817, 1979

172. Goldberg LI: Cardiovascular and renal actions of dopamine: Potential clinical applications. Pharmacol Rev 24:1, 1972

173. Goldberg LI: The dopamine vascular receptor: New areas for biochemical pharmacologists. Biochem Pharmacol 24:651, 1975

174. Setler PE, Pendleton RG, Finlay E: The cardiovascular activities of dopamine and the effects of central and peripheral catecholaminergic receptor blocking drugs. J Pharmacol Exp Ther 192:702, 1975

175. Yeh BK, McNay JL, Goldberg LI: Attenuation of dopamine renal and mesenteric vasodilation by haloperidol: Evidence for a specific receptor. J Pharmacol Exp Ther 168:303, 1969

176. Goldberg LI, Toda N: Dopamine-induced relaxation of isolated canine renal, mesenteric and femoral arteries contracted with prostaglandin $F_{2\alpha}$. Circ Res 36–37(Suppl 1):97, 1975

177. Goldberg LI, Hsieh YY, Resnekov L: Newer catecholamines for treatment of heart failure and shock: An update on dopamine and a first look at dobutamine. Prog Cardiovasc Dis 19:327, 1977

178. McNay JL, Goldberg LI: Comparison of the effects of dopamine, isoproterenol, norepinephrine and bradykinin on canine renal and femoral blood flow after POB. J Pharmacol Exp Ther 151:23, 1966

179. Kohli JD: A comparative study of dopamine and noradrenalin on the rabbit aorta. Can J Physiol Pharmacol 47:171, 1969

180. Loeb HS, Winslow EBJ, Rahimtoola SH, et al: Acute hemodynamic effects of dopamine in patients with shock. Circulation 44:163, 1971

181. Beregovich J, Bianchi C, Rubler S, et al: Dose-related hemodynamic and renal effects of dopamine in congestive heart failure. Am Heart J 87:550, 1974

182. Holzer J, Karliner JS, O'Rourke RA, et al: Effectiveness of dopamine in patients with cardiogenic shock. Am J Cardiol 32:79, 1973

183. Costello DL, Mueller HS, Ayres SM: Dopamine in the treatment of low cardiac output state. Comparison with isoproterenol and L-norepinephrine. Clin Res 22:678A, 1974

184. Miller RR, Awan NA, Joye JA, et al: Combined dopamine and nitroprusside therapy in congestive heart failure. Greater augmentation of cardiac performance by addition of inotropic stimulation to afterload reduction. Circulation 55:881, 1977

185. Tuttle RR, Mills J: Dobutamine: Development of a new catecholamine to selectively increase cardiac contractility. Circ Res 36:185, 1975

186. Bodem R, Skelton CL, Sonnenblick EH: Inotropic and chronotropic effects of dobutamine on isolated cardiac muscle. Ear J Cardiol 2:181, 1974

187. Robie NW, Nutter DO, Moddy C, et al: In vivo analysis of adrenergic receptor activity of dobutamine. Circ Res 34:663, 1964

188. Robie NW, Goldberg LI: Comparative systemic and regional hemodynamic effects of dopamine and dobutamine. Am Heart J 90:340, 1975

189. Vatner SF, McRitchie RJ, Braunwald E: Effect of dobutamine on left ventricular performance, coronary dynamics and distribution of cardiac output in conscious dogs. J Clin Invest 53:1265, 1974

190. Loeb HS, Khan M, Klodnycky ML, et al: Haemodynamic effects of dobutamine in man. Circ Shock 2:29, 1975

191. Beregovich J, Bianchi C, D'Angelo R, et al: Haemodynamic effects of a new inotropic agent (dobutamine) in chronic cardiac failure. Br Heart J 37:629, 1975

192. Akhtar N, Mikulic E, Cohn JN, et al: Hemodynamic effects of dobutamine in patients with severe heart failure. Am J Cardiol 36:202, 1975

193. Volkman PH, Kohli JD, Goldberg LI, et al: Dipropyldopamine, a qualitative different dopamine agonist. Fed Proc 36:1049, 1977

194. Fennell WH, Kohli JD, Goldberg LI: Hypotensive effects of N,N-di-N-propyl dopamine in the anesthetized dog: Comparison with sodium nitroprusside. J Cardiovasc Pharmacol 2:247, 1981

195. Fennell WH, Taylor AA, Young JB, et al: Activation of presynaptic dopamine receptors in man: A new mechanism for afterload reduction. Clin Res April 1980

196. Fennell WH, Taylor AA, Brandon JA, et al: Activation of presynaptic dopamine receptors in man: A new mechanism for afterload reduction. Clin Res 29:271, 1981

197. Moore PS, Constantine JW, Barth WE: Pirbuterol: A selective beta, adrenergic bronchodilator. J Pharmacol Exp Ther 207:410, 1978

198. Burk NK, Diamond L: Long-term oral bronchodilator therapy of asthma with pirbuterol. Clin Pharmacol Ther 24:84, 1978

374

MILLER ET AL.

199. Awan NA, Evenson MK, Needham KE, et al: Hemodynamic effects of oral pirbuterol in chronic severe congestive heart failure. Circulation 63:96, 1981

200. Awan NA, Needham K, Evenson MK, et al: Comparison of hemodynamic actions of pirbuterol and dobu-
tamine on cardiac function in severe congestive heart failure. Am J Cardiol 47:665, 1981

201. Sharma B, Hoback J, Francis G, et al: Pirbuterol: An oral beta agonist for therapy of congestive heart failure. Circulation 58(Suppl II):11-229, 1979

VOL. XXIV NO. 5

MARCH/APRIL 1982

*Progress in*

# Cardiovascular Diseases



*Editor*
## EDMUND H. SONNENBLICK, M.D.

*Co-Editor*
## MICHAEL LESCH, M.D.

VASODILATORS: III
Jay N. Cohn, M.D., *Guest Editor*

## GRUNE & STRATTON
A Subsidiary of HARCOURT BRACE JOVANOVICH, Publishers