Item and Astellas v. Sicor
Civil Action No.: 05-0336-SLR

# Exhibit 6

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

# PART VI

# Atherosclerotic Cardiovascular Disease

## CHAPTER 44

Myocardial Oxygen Supply and Demand Relationship, 1103
Determinants of Myocardial Oxygen Demand, 1104
Determinants of Myocardial Oxygen Supply, 1105
Influence of a Stenosis on Coronary Blood Flow, 1112
Factors Influencing Resistance Across a Stenosis, 1113
Coronary Pressure and Flow for the Physiologic Assessment of Coronary Stenosis, 1119
Coronary Collateral Circulation, 1118
Myocardial Ischemia, 1122
References, 1126

# Coronary Blood Flow and Myocardial Ischemia

Morton J. Kern*

The coronary circulation supplies the heart with oxygen and nutrients to maintain cardiac function and thus supply the remainder of the body with blood. The systemic metabolic needs may change rapidly and widely, thus requiring rapid adaptation of cardiac function and coronary blood flow. Imbalance in myocardial oxygen demand and supply can produce myocardial ischemia with contractile cardiac dysfunction, arrhythmias, infarction, and possibly death. Knowledge of the coronary anatomy and flow mechanics of different regions helps us understand the clinical presentations of myocardial ischemia.

The flow through the coronary arteries is pulsatile, with characteristic phasic systolic and diastolic flow components. Systolic compression of the intramural coronary vessels causes mean systolic arterial flow to be reduced relative to diastolic flow, despite having a higher systolic driving pressure. The systolic flow wave has rapid, brief retrograde responses corresponding to phasic myocardial compliance over the cardiac cycle. Diastolic flow occurs during the relaxation phase after myocardial contraction with an abrupt increase above systolic levels and a gradual decline parallel with that of aortic diastolic pressure.

Intramural coronary blood volume changes during each heartbeat, with the myocardium acting as a capacitance circuit to accommodate the volume change brought about by muscular contraction. Coronary venous flow is out of phase with coronary arterial flow, occurring predominantly in systole and nearly absent during diastole. The arterial and venous pulsatile flow characteristics describing the heart as a pump are dependent on intramyocardial compliance. The capacity of the pump as reservoir is controlled by resistance arterioles to coronary vascular inflow, whereas outlet resistance is related to intramural cardiac veins. The intramyocardial capillary resistance influences both arterial and venous responses but predominantly acts in concert with outlet resistance. The coronary blood flow not only is phasic but also varies with the type of vessel and location in the myocardium. The nonlinear and time-dependent behavior of coronary flow may not be negligible under specific experimental or clinical conditions.

## Myocardial Oxygen Supply and Demand Relationship

The basic concept of the myocardial supply and demand relationship is that for any given oxygen need, the heart will be supplied with a sufficient quantity to prevent underperfusion leading to ischemia or infarction. Myocardial oxygen demand ($MVO_2$) has been indexed by the product of systolic aortic pressure and systolic duration. Myocardial oxygen supply (flow) can be indexed by the product of diastolic time and mean diastolic pressure. Figure 44–1 displays major factors of the supply-and-demand relationship.

The heart, an aerobic organ, relies almost exclusively on the oxidation of substrates for energy generation. It can develop only a small oxygen debt. In a steady state, $MVO_2$ provides an accurate measure of its total metabolism. $MVO_2$ correlates directly with the fraction of energy derived from the metabolism of fatty acids, which varies directly with the arterial concentration of fatty acids and inversely with that of glucose and insulin. The total metabolism of the arrested, quiescent heart is only a small fraction of that of the working organ. The $MVO_2$ of the beating canine heart ranges from 8 to 15 ml/min/100 gm, whereas the $MVO_2$ of the noncontracting heart is approximately 1.5 ml/min/100 gm, an amount required for those physiological processes

*Portions of this chapter have been taken and incorporated from Drs. Peter Ganz and William Ganz, coauthors of this chapter in the sixth edition of this book.

104

44



FIGURE 44–1 Factors influencing myocardial oxygen supply and demand. FiO$_2$ = fraction of inspired oxygen; Hgb = hemoglobin.

not directly associated with contraction. Increases in the frequency of depolarization of the noncontracting heart are accompanied by only small increases in MVO$_2$ (Table 44–1).

## Determinants of Myocardial Oxygen Demand

The three major determinants of MVO$_2$ are heart rate, myocardial contractility, and myocardial wall tension or stress.[1] Additional factors are shown in Table 44–2.

| TABLE 44–1 | Myocardial O$_2$ Consumption Components* |
|---|---|
| **Total** | |
| 6-8 ml/min/100 gm | |
| **Distribution** | |
| Basal, 20% | |
| Electrical, 1% | |
| Volume work, 15% | |
| Pressure work, 64% | |
| **Effects on MVo2 of 50% Increase In** | |
| Wall stress, 25% | |
| Contractility, 45% | |
| Pressure work, 50% | |
| Heart rate, 50% | |
| Volume work, 4% | |

From Gould KL: Coronary Artery Stenosis. New York, Elsevier, 1991, p 8.
*The table demonstrates the dominant contribution to myocardial O$_2$ consumption (MVO$_2$) made by pressure work and prominent effects of increasing pressure work and heart rate on MVO$_2$.

| TABLE 44–2 | Determinants of Myocardial O$_2$ Consumption |
|---|---|
| Heart rate | |
| Contractile state | |
| Tension development | |
| Activation | |
| Depolarization | |
| Direct metabolic effect of catecholamines | |
| Family history of coronary artery disease | |
| Fatty acid uptake | |
| Maintenance of active state | |
| Maintenance of cell viability in basal state | |
| Shortening against a load (Fenn effect) | |

### Heart Rate

Heart rate is the most important determinant of MVO$_2$. When heart rate doubles, myocardial oxygen uptake approximately doubles. Heart rate is a dominant factor in the supply-demand ratio for two reasons: (1) increases in heart rate also increase oxygen consumption and (2) increases in heart rate reduce subendocardial coronary flow due to diminution of the diastolic filling period. As demonstrated by Spaan,[2] subendocardial ischemia occurs during tachycardia because of a declining MVO$_2$-heart rate slope, whereas the relationship between increasing demand (tachycardia) and maximal flow for the subepicardium is relatively stable (Fig. 44-2).

### Myocardial Contractility

MVO$_2$ is determined by the summed responses relating contractility and generated pressure on a per-beat basis. The net effect of positive inotropic stimuli (e.g., Ca$^{2+}$ and catecholamines) on MVO$_2$ is the result of two major determinants that change in opposite directions in the intact heart. These are *wall tension*, which declines as a consequence of reduction in heart size, and *myocardial contractility*, which, by definition, is augmented by inotropic stimuli. In the failing, dilated ventricle, the increased contractility reduces the left ventricular pressure and volume. On the basis of the Laplace relation, the reduction in ventricular volume leads to a reduction in myocardial tension, which reduces MVO$_2$. However, the decrease in MVO$_2$ that might be expected to result from falling ventricular wall tension is opposed by the increase in



FIGURE 44–2 Schematic representation of the effect of heart rate on myocardial blood flow: The myocardial oxygen demand for unit weight of tissue is similar for the two layers in the heart, but the maximum flow at the subendocardium decreases with heart rate faster than the demand increases, especially in the presence of the stenosis. The maximum flow curve for the subepicardium in the presence of a stenosis has not been drawn. (Modified from Spaan JAE, Piek JJ, Siebes M: Coronary circulation and hemodynamics. *In* Kurachi Y, Terzic A, Cohen M, et al [eds]: Heart Physiology and Pathophysiology. 4th ed. Boston, Academic Press, 2001.)

contractility, which tends to augment MVo$_2$. Thus, the change in MVo$_2$ consequent to an inotropic stimulus depends on the extent to which intramyocardial tension is reduced in relation to the extent to which contractility is augmented. In the absence of heart failure, drugs that stimulate myocardial contractility elevate MVo$_2$ because heart size and therefore wall tension are not reduced substantially and do not offset the effect of the stimulation of contractility. The increase in MVo$_2$ produced by positive inotropic agents, such as Ca$^{2+}$ and epinephrine, results from the energy costs of enhanced excitation-contraction coupling.

### Myocardial Wall Tension

Myocardial tension developed during systole is proportionate to the aortic pressure, myocardial fibril length, and ventricular volume. MVo$_2$ doubles as mean aortic pressure increases from 75 to 175 mm Hg, at constant heart rate and stroke volume. The myocardial inotropic state determines ventricular performance independent of preload and afterload and increases 30% when the rate of pressure development in the left ventricle (dP/dt) is doubled, such as occurs following extrasystolic potentiation or by norepinephrine when heart rate, aortic pressure, and cardiac output are maintained constant. Comparing the relative effects of ventricular pressure, stroke volume, and heart rate on MVo$_2$, it was found that ventricular pressure development is a key determinant of MVo$_2$. MVo$_2$ per beat correlated well with the area under the left ventricular pressure curve (time × pressure), termed the *tension-time index*.[23] Subsequently, the myocardial wall tension-time integral was found to be a more accurate determinant of MVo$_2$ than is the developed pressure. An augmentation of *heart rate* elevates MVo$_2$ by increasing the frequency of tension development per unit time, as well as by increasing contractility.

MVo$_2$ is also influenced by the degree of myocardial shortening during stroke volume ejection, although less than by tension development. The systolic pressure-rate product (also known as the *double product*) can be used as an estimate of MVo$_2$ in a clinical setting, such as exercise or pacing tachycardia, recognizing the limited accuracy. MVo$_2$ closely correlates with the left ventricular systolic pressure-volume loop area (the external mechanical work) and the end-systolic elastic potential energy in the ventricular wall (the area enclosed by the systolic pressure-volume trajectory, and the E$_{max}$ line) (Fig. 44-3).



**FIGURE 44-3** Myocardial oxygen consumption correlates with the left ventricular pressure-volume area (PVA). PVA is the area in the pressure-volume (PV) diagram that is circumscribed by the end-systolic PV line (E-C), the end-diastolic PV relation curve (D-A), and the systolic segment of the PV trajectory (E-A-B-C-E). PVA consists of the external work (EW) performed during systole and the end-systolic elastic potential energy (PE) stored in the ventricular wall at end-systole. EW is the area within the PV loop trajectory (A-B-C-D-A), and PE is the area between the end-systolic PV line and the end-diastolic PV relation curve to the left of EW (E-C-D-E). (From Kameyama T, Asanoi H, Ishizaka S, et al: Energy conversion efficiency in human left ventricle. Circulation 85:988, 1992.)

## Determinants of Myocardial Oxygen Supply

Myocardial oxygen supply is provided by the coronary arterial and capillary inflow and a satisfactory capability of hemoglobin to transport and deliver oxygen to the myocardial cells. A breakdown in any link of this chain can result in an inadequate myocardial oxygen supply.

**OXYGEN TRANSPORT AND DELIVERY.** Satisfactory oxygen transport and delivery require an adequate inspired quantity of oxygen and red blood cells with normally functioning hemoglobins. Hypoxia from pneumonia or carbon monoxide overdose, anemia, or hemoglobinopathies can produce myocardial ischemia despite adequate coronary blood flow.

**REGULATION OF CORONARY BLOOD FLOW AND RESISTANCE.** Approximately 75 percent of total coronary resistance occurs in the arterial system, which comprises conductance (R1), prearteriolar (R2), and arteriolar and intramyocardial capillary vessels (R3).[4] Normal epicardial coronary arteries in humans are typically 0.3 to 5 mm in caliber and do not offer appreciable resistance to blood flow. Even at the highest level of blood flow, there is no detectable resistance that would manifest as a pressure drop along the length of human epicardial arteries.[5] Normally, large epicardial vessel resistance (R1) is trivial until atherosclerotic obstructions compromise the lumen. During systole, the blood volume increases approximately 25 percent as antegrade flow from the aorta enters and retrograde flow is squeezed from the myocardial vessels. Elastic energy of the vessel wall during systole is transformed into blood kinetic energy at the beginning of diastole. Since most of the vessel wall comprises a muscular media that responds to changes in aortic pressure and modulates coronary tone in response to flow-mediated endothelium-dependent vasodilators, circulating vasoactive substance, and neurostimuli, conductive activity is impaired when vascular wall disease is present. Large conduit arteries are unaffected by myocardial metabolites because of their extramural location.

Precapillary arterioles (R2) are resistive vessels connecting epicardial to myocardial capillaries and are the principal controllers of coronary blood flow.[4] Precapillary arterioles (100 to 500 µm in size) contribute approximately 25 to 35 percent of total coronary resistance (Fig. 44-4). The prearteriolar resistance function maintains driving pressure at the origin of the precapillary arterioles within a preset autoregulatory pressure range. This regulatory function is also mediated by myogenic autoregulation and flow-dependent vasodilation related to shear stress.

Distal precapillary arteriolar vessels are the main site of *metabolic* regulation of coronary blood flow. These vessels (<100 µm in diameter) are responsible for 40 to 50 percent of coronary flow resistance. The distal arteriolar tone is modulated by neurogenic stimuli and local vasoactive products. In some settings, the effects of vasoconstrictor stimuli are strong enough to induce myocardial ischemia unopposed by locally released myocardial vasodilatory metabolites.

The dense network of about 4000 capillaries per square millimeter ensures that each myocyte is adjacent to a capillary. Capillaries are not uniformly patent because precapillary sphincters regulate flow according to the needs of the myocardium. This capillary density is reduced in the presence of ventricular hypertrophy. Several conditions, such as left ventricular hypertrophy, myocardial ischemia, or diabetes can impair the microcirculatory resistance (R3), blunting the maximal absolute increase in coronary flow in times of increased oxygen demand. Increased R3 resistance may also be associated with elevated resting blood flow above that expected for the existing MVo$_2$, resulting in reduced coronary flow reserve.

1106



FIGURE 44–4 A, Pressure distribution as a function of vessel diameter in the cat. B, Schematic representation of the coronary arterial system and its subdivisions. Resistance to blood flow is highest in the arteriolar bed, in which vasodilator activity is under myocardial metabolic regulation. Prearteriolar vessels also contribute to coronary resistance but are not influenced by direct metabolic control. The prearteriolar vessels function to maintain pressure at the origin of the arterioles within a narrow range under varying aortic pressure and coronary flow. The conductive vessels provide negligible resistance to flow. (A, From Chilian WM, Layne SM, Klausner ED, et al: Redistribution of coronary microvascular resistance produced by dipyridamole. Am J Physiol 256:H383-390, 1989. B, From Maseri A: Ischemic Heart Disease. New York, Churchill Livingstone, 1995.)

Control heterogeneity of the coronary resistance vessels has been demonstrated with specialized resistance vessel functions according to their size.[4] For example, in the smallest arterioles (<30 μm), metabolic vasodilation occurs predominantly, whereas intermediate arterioles (30 to 60 μm) are the principal site of myogenic regulation. The large arterioles (100 to 150 μm) appear to be the sites of flow-mediated dilation.[6] A system of multiple functional "valves" permits fine control of the coronary circulation. The smallest arterioles dilate during metabolic stress, resulting in reduced microvascular resistance and increased myocardial perfusion. As the upstream arteriolar pressure decreases owing to a fall in distending pressure across a stenosis, myogenic dilation of slightly larger arterioles upstream occurs and causes an additional decrease in resistance. Increased flow in the largest arterioles augments shear stress and triggers flow-mediated dilation, further reducing the resistance of this network. Thus, coronary arterioles appear to have specialized regulatory elements along their length that operate "in series" in an integrated manner.

As in any vascular bed, blood flow to the myocardium depends on the coronary artery driving pressure and the resistance offered by the resistance components. Coronary vascular resistance, in turn, is regulated by several interrelated control mechanisms that include myocardial metabolism (metabolic control), endothelial (and other humoral) control, autoregulation, myogenic control, extravascular compressive forces, and neural control. These control mechanisms may be impaired in disease states, thereby contributing to the development of myocardial ischemia (Tables 44–3 and 44–4).

| TABLE 44–3 | Regulation of Coronary Circulation |
|---|---|
| Autoregulation | Intrinsic vasoconstrictor tone |
| Perfusion pressure | Aortic or poststenotic pressure |
| Metabolic activity | Exercise, ischemia |
| Myocardial compression and myogenic mechanisms | Systolic-diastolic interaction |
| Neural control | Sympathetic, parasympathetic, pain |
| Endothelium | EDRF, EDCF |
| Pharmacologic | Dipyridamole, adenosine, acetylcholine, α, β, agonists and antagonists, and so forth |

EDRF = endothelial-derived relaxing factor; EDCF = endothelial-derived constricting factor.
Modified from Gould L: Coronary Artery Stenosis and Reversing Atherosclerosis. 2nd ed. New York, Arnold and Oxford University Press, 1998.

| TABLE 44–4 | Mediators of Coronary Vasodilation* | |
|---|---|---|
| Stimulus | Epicardial arteries | Arterioles (increased flow) |
| Acetylcholine | Nitric oxide | Endothelial |
| Flow shear | Endothelial | Nitric oxide |
| Exercise | Nitric oxide, neural | Metabolic, nitric oxide, neural |
| Pacing | Nitric oxide | Nitric oxide, metabolic |
| Ischemia or hypoxia | Metabolic, nitric oxide | Metabolic, nitric oxide |
| Perfusion pressure | Myogenic | Myogenic |
| Reactive hyperemia | Myogenic, flow shear | Myogenic, flow shear, metabolic, nitric oxide, prostacycline |
| Dipyridamole, adenosine | No direct effect | Direct dilator, nitric oxide |
| Nitroglycerine | Direct dilator | No direct effect |
| Collaterals | — | Nitric oxide, prostaglandin |

From Gould L: Coronary Artery Stenosis and Reversing Atherosclerosis. 2nd ed. New York, Arnold and Oxford University Press, 1998.
*Italics, primary mechanism followed by secondary or contributing mechanisms; endothelial, unknown mediator, not oxide; metabolic, unknown mediators or mechanisms but in part mediated by adenosine.

**VOLUME 2**



# BRAUNWALD'S
# HEART DISEASE

## A TEXTBOOK OF CARDIOVASCULAR MEDICINE

7th Edition



ELSEVIER
SAUNDERS

Edited by

# Douglas P. Zipes, MD, MACC
Distinguished Professor of Medicine, Pharmacology, and Toxicology
Director, Division of Cardiology and the Krannert Institute of Cardiology
Indiana University School of Medicine
Indianapolis, Indiana

# Peter Libby, MD
Mallinckrodt Professor of Medicine
Harvard Medical School
Chief, Cardiovascular Division
Brigham and Women's Hospital
Boston, Massachusetts

# Robert O. Bonow, MD
Goldberg Distinguished Professor of Cardiology
Northwestern University Feinberg School of Medicine
Chief, Division of Cardiology
Northwestern Memorial Hospital
Chicago, Illinois

# Eugene Braunwald, MD, MD (Hon), ScD (Hon), FRCP
Distinguished Hersey Professor of Medicine
Harvard Medical School
Chairman, TIMI Study Group
Brigham and Women's Hospital
Boston, Massachusetts

# ELSEVIER
# SAUNDERS

The Curtis Center
170 S Independence Mall W 300E
Philadelphia, Pennsylvania 19106

BRAUNWALD'S HEART DISEASE: A Textbook of Cardiovascular Medicine, Seventh Edition

| | |
|---|---|
| Two-volume set | 0-7216-0509-5 |
| Single volume | 0-7216-0479-X |
| Two-volume e-dition | 1-4160-00038-0 |
| Single volume e-dition | 1-4160-00014-3 |
| International edition | 0-8089-2305-6 |
| Indian edition | 0-8089-2334-X |

Copyright © 2005, 2001, 1997, 1992, 1998, 1984, 1980 by Elsevier Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 238 7869, fax: (+1) 215 238 2239, e-mail: healthpermissions@elsevier.com. You may also complete your request online via the Elsevier homepage (http://www.elsevier.com) by selecting "Customer Support," then "Obtaining Permissions."

### NOTICE

Medicine is an ever-changing field. Standard safety precautions must be followed, but as new research and clinical experience broaden our knowledge, changes in treatment and drug therapy may become necessary or appropriate. Readers are advised to check the most current product information provided by the manufacturer of each drug to be administered to verify the recommended dose, the method and duration of administration, and contraindications. It is the responsibility of the licensed prescriber, relying on experience and knowledge of the patient, to determine dosages and the best treatment for each individual patient. Neither the publisher nor the authors assume any liability for any injury and/or damage to persons or property arising from this publication.

Library of Congress Cataloging-in-Publication Data

Braunwald's heart disease : a textbook of cardiovascular medicine / [edited by] Douglas P. Zipes ... [et al.].—7th ed.
   p. ; cm.
   Rev. ed. of: Heart disease / edited by Eugene Braunwald, Douglas P. Zipes, Peter Libby. 6th ed. 2001.
   Includes bibliographical references and index.
   ISBN 0-7216-0509-5 (2 vol. set)—ISBN 0-7216-0479-X (Single vol.)—ISBN 0-8089-2305-6 (International ed.)
   1. Heart—Diseases.  2. Cardiology.  I. Title: Heart disease.  II. Zipes, Douglas P.  III. Braunwald, Eugene—Heart disease.
   [DNLM: 1. Heart Diseases. 2. Cardiovascular Diseases. WG 210 B825 2005]
RC681.H36 2005
616.1'2—dc22                                                           2004050808

*Publishing Director:* Anne Lenehan
*Managing Editor, Developmental Editorial:* Deborah Thorp
*Publishing Services Manager:* Frank Polizzano
*Senior Project Manager:* Robin E. Davis
*Design Manager:* Steven Stave

Printed in the United States of America.

Last digit is the print number:   9  8  7  6  5  4  3  2  1

Item and Astellas v. Sicor
Civil Action No.: 05-0336-SLR

# Exhibit 7

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

300

CH 13



**FIGURE 13–19** A, Schematic of positron and electron beta particle emission as the basis of positron-emission tomography (PET) imaging. B, Schematic of PET camera coincidence detection. (Courtesy of Martin Logde and Bruce Line.)

## Assessment of the Physiology and Pathophysiology of Myocardial Blood Flow, Myocardial Metabolism, and Ventricular Function

### Assessment of Myocardial Blood Flow by Radionuclide Imaging

#### Resting Myocardial Blood Flow

Myocardial blood flow at rest is tightly regulated in order to provide nutritive perfusion to viable, contractile myocytes. SPECT tracers to image myocardial blood flow are commonly referred to as "perfusion tracers," that is, *the magnitude of regional tracer uptake is proportional to the magnitude of regional myocardial blood flow*. However, although these tracers are delivered to regions of myocardium by perfusion, they require viable myocyte cell membranes for uptake and retention in order to be visualized.[33] Thus, the uptake and retention of the tracers reflect regional flow differences, with myocyte cell membrane integrity being a prerequisite. Although visualization of myocardial regions suggests the presence of working, viable cell membranes, lack of visualization of myocardium does not necessarily suggest the absence of viable cells. Decreased regional myocardial tracer

uptake at rest could reflect either lack of cell membrane integrity in an area of infarcted myocardium or reduced blood flow secondary to hibernating but viable myocardium. A severe reduction in tracer activity usually signifies infarction, and a more moderate reduction in regional activity of a blood flow tracer *alone* cannot always differentiate hibernating from partially scarred myocardium in patients with ischemic LV dysfunction. In that setting, techniques that assess intact cellular metabolic processes, e.g., FDG, or myocardial potassium space, e.g., thallium-201 redistribution, are sometimes used as an adjunct to resting myocardial blood flow.[34]

*Imaging Myocardial Infarction.* In patients with prior MI, blood flow to the infarcted region is usually diminished, often severely, and there are few viable myocytes within the scarred territory.[10] Thus, severely reduced uptake of a radionuclide perfusion tracer in a resting study is a good marker of presence, location, and extent of MI (Fig. 13–20).

*Assessment of Infarct Size.* Contemporary studies have used $^{99m}$Tc sestamibi to provide an assessment of infarct size.[35] As there is minimal clearance out of the myocardium following initial uptake, images acquired even hours after initial injection represent a "snapshot" of blood flow conditions and tracer uptake at the time of injection.

Infarct size as assessed by quantitative analysis of resting sestamibi uptake has been validated against many other measures of infarct size.[36] Moreover, a significant association between sestamibi infarct size and mortality over long-term follow-up has been demonstrated. Many clinical trials now use final infarct size by sestamibi SPECT imaging as an early post-MI surrogate endpoint to assess new agents to reduce infarct size.

When a tracer such as sestamibi is injected *during acute infarction* in the setting of an occluded infarct-related artery *before reperfusion therapy*, the resulting defect, even when imaged hours later after successful reperfusion, represents the *risk area* of the occluded artery.[35] A second injection of sestamibi at rest with subsequent imaging can be done at a later time during the post-MI course and represents *final infarct size*. The change in defect size between the initial image acquired in the acute stage and the later image represents the *magnitude of salvaged myocardium from reperfusion*. Hence, SPECT imaging at rest in the early postinfarct period can provide important information regarding final infarct size and infarct zone viability.

## Assessment of Myocardial Perfusion During Stress

Coronary blood flow must respond rapidly to changing metabolic conditions and oxygen demand in order to meet the nutrient needs of myocytes being called on to contract more quickly and with more force. Oxygen extraction by the myocardium is near maximum at rest; thus, any increase in oxygen demand can be met only through increasing coronary blood flow to deliver more oxygen per unit time. The major determinants of coronary blood flow include the perfusion pressure at the head of the system (principally aortic diastolic pressure) and the downstream resistance, residing predominantly in the coronary *arteriolar* bed. Because aortic diastolic pressure during exercise varies little from the resting value, the major mechanism responsible for increasing coronary blood flow during stress involves a reduction in coronary vascular resistance. During *exercise* stress, coronary blood flow can increase approximately two to three times over resting levels. During *pharmacological* stress to minimize coronary arteriolar resistance, with intravenous coronary arteriolar vasodilator agents such as dipyridamole or adenosine (discussed further later), coronary blood flow can increase up to four to five times over resting levels. The magnitude of blood flow increase secondary to any stress relative to resting flow values is termed *coronary blood flow reserve*.[37]

**PERFUSION TRACERS AND CORONARY BLOOD FLOW RESERVE.** The ideal perfusion tracer should track myocardial blood flow across the entire physiologically relevant range of blood flow achievable in animal models and in humans (Fig. 13–21). It should be taken up rapidly, as the hemodynamic conditions during peak stress are not maintained for long periods of time. The ideal tracer should be taken up (extracted) as completely as possible out of the bloodstream, and it should be retained in myocardium for a sufficient period to be imaged. Moreover, perturbations in metabolic conditions, such as ischemia, or commonly used cardioactive drugs should neither influence nor interfere with uptake so that the resulting regional tracer concentrations primarily reflect myocardial perfusion.[37]

Despite the excellent first-pass myocardial extraction (85 percent), the energy spectrum of thallium is lower (69 to 80 keV) than optimum for current gamma cameras. The 140-keV energy spectrum of $^{99m}$Tc perfusion tracers results in less scatter and soft tissue attenuation, with improved spatial resolution compared with thallium.[8] However, the first-pass myocardial extraction of both sestamibi and tetrofosmin is only in



FIGURE 13–20  Single-photon emission computed tomography perfusion images demonstrating myocardial infarction in different locations. **A,** An apical infarction (arrow) in the horizontal long-axis (HLA) and vertical long-axis (VLA) views. **B,** An inferior infarction in the short-axis (SA) and VLA views. In both studies, the *severity* of the defect suggests minimal myocyte viability within those territories.



FIGURE 13–21  The relation between myocardial blood flow and perfusion tracer uptake. The ideal perfusion tracer would track myocardial blood flow across the entire range of physiologically relevant flows. However, the available perfusion tracers "roll off" at higher levels of flow. The different tracers begin to reach a plateau at different levels of myocardial blood flow, as demonstrated in this schematic example based on multiple studies in animal models.

302  the 60 percent range with nonlinear extraction at high flows. Thus, none of the clinically available SPECT perfusion tracers have all of the properties of an ideal perfusion tracer (see Fig. 13-21). Nonetheless, regional differences in myocardial tracer uptake during exercise or pharmacological stress have provided important diagnostic as well as prognostic information.[10]

The PET perfusion tracer [$^{13}$N]ammonia displays an extraction fraction exceeding 90 percent; rubidium-82 has a lower extraction fraction and reaches a plateau more rapidly at hyperemic range of flow. In the clinical setting, the evaluation of regional myocardial blood flow and flow reserve with [$^{13}$N]ammonia and rubidium-82 has also been validated for detecting and localizing CAD.[10] Because exercise studies are difficult to perform in the PET scanner and attenuation correction with PET requires close alignment of transmission and emission data, most PET studies evaluating coronary flow reserve use pharmacological rather than exercise stress.

**EFFECT OF A CORONARY STENOSIS ON CORONARY BLOOD FLOW RESERVE.** In animal models in which discrete coronary stenoses of varying degrees were induced, *resting* coronary blood flow was maintained by autoregulatory dilation of the downstream arteriolar resistance vessels until a stenosis between 80 and 90 percent diameter was reached (Fig. 13-22). As stenosis severity increases further, the arteriolar vasodilatory capacity to maintain resting flow is exhausted, at which point resting coronary blood flow diminishes.[38]

In contrast, *maximum coronary blood flow reserve* begins to decrease when the upstream coronary stenosis reaches 50 percent diameter. There are three levels of resistance that influence coronary blood flow: that provided by the large conductance epicardial vessels (R1), the coronary arteriolar resistance (R2), and the resistance in the subendocardium by wall tension from the ventricular chamber (R3) (see Fig. 13-22). Under normal conditions, most of the resistance at rest is provided by R2, and most of the increase in coronary flow during heightened demand occurs through reduction of resistance at this level, potentially increasing flow as much as four times as demand increases. Normal epicardial vessels dilate slightly (R1 decreases slightly) in response to increased coronary flow as a consequence of normal endothelial cell function. Depending on the type of exercise that is performed, the R3 component may remain unchanged or may increase, with an increase in chamber radius and wall tension. Achieving maximal flow is predominantly dependent on the vasodilatory capacity of the downstream resistance vessels.[7,38] With a coronary stenosis, in which some vasodilatory reserve has been used to maintain resting flow, less vasodilatory reserve is available to minimize resistance during stress. Thus, in a vessel with a moderate stenosis, *coronary blood flow reserve* is blunted and detectable by a perfusion tracer (see Fig. 13-22).

In contrast to animal models, human CAD is more complex. Stenoses may not be discrete, the length and complexity of the stenosis may affect the coronary reserve, and impaired endothelial function plays a role.[39] In subjects with preserved endothelial function, the increased coronary flow during stress leads to coronary arterial and arteriolar vasodilation, contributing to maximal coronary flow reserve. Endothelial function is often abnormal with early atherosclerosis, or risk factors for atherosclerosis, contributing to the blunting of coronary flow reserve.[40] The development of collaterals to the distal perfusion bed of a myocardial territory with a severe upstream coronary stenosis also influences blood flow at rest and during stress.[41]

With SPECT imaging, *relative* regional differences of tracer uptake can be detected and quantified (Fig. 13-23), whereas with PET imaging, *absolute* regional coronary blood flow at rest and during stress (in milliliters per gram per minute) can be quantified.[32]

*Detecting Stress-Induced Ischemia Versus Infarct with Myocardial Perfusion Imaging.* In standard practice, stress and rest myocardial perfusion images are compared in order to determine the presence, extent, and severity of stress-induced perfusion defects and to determine whether such defects represent regions of myocardial ischemia or infarction.[8,9,10] Regions with stress-induced perfusion abnormalities, which have normal perfusion at rest, are termed reversible perfusion defects and represent viable regions with blunted coronary blood flow reserve (Fig. 13-24). Strictly speaking, SPECT MPI is demonstrating stress induced reversible abnormalities in perfusion reserve, although these findings are often referred to as "ischemia." Regional myocardial *tissue ischemia* per se is not being demonstrated, although it is indeed often present, based on a mismatch between oxygen supply and demand. Perfusion abnormalities at stress that are *irreversible*, or *fixed*, as seen on resting images (unchanged from stress to rest) most often represent infarction, particularly if the defect is severe (see Fig. 13-24). When both viable myocardium and scarred myocardium are present, thallium redistribution or technetium 99m tracer reversibility is incomplete, giving the appearance of



**FIGURE 13-22** Effect of coronary resistance on coronary blood flow reserve. **A,** At rest, flow is driven by the pressure head (P) at the proximal end of the system. R1 refers to resistance offered by the large epicardial conductance vessels. R2 represents the coronary arteriolar resistance, which predominantly regulates coronary blood flow. R3 represents the resistance provided by wall tension in the subendocardium. At rest in the normal vessel, some vasoconstrictor resistance is present. In the setting of an epicardial coronary stenosis, blood flow at rest can be maintained, as coronary resistance can be lowered downstream (R2 decreased) by autoregulatory dilation. Thus, with lower resistance, flow may be maintained despite the lower pressure head at the distal end of stenosis. **B,** With a demand stress or with the administration of coronary arteriolar vasodilators, perfusion increases substantially in the area supplied by the normal epicardial artery as R2 decreases. However, there is blunted flow reserve in the area supplied by the stenosis because most vasodilator reserve at the R2 level has been used to maintain resting flow. (Adapted from Follansbee WP: Alternatives to leg exercise in the evaluation of patients with coronary artery disease: Functional and pharmacologic stress modalities. *In* Gerson MC [ed]: Cardiac Nuclear Medicine. New York, McGraw-Hill, 1997, pp 193-236.)

partial reversibility on the delayed thallium or rest technetium 99m images.

### Exercise Stress to Induce Coronary Hyperemia

SPECT MPI is commonly performed with exercise stress to induce coronary hyperemia, particularly suitable for patients with exertional symptoms, as this provides the opportunity to link the *symptoms* induced during exercise to the location, extent, and severity of abnormal perfusion patterns.[10] Moreover, performing exercise stress in conjunction with MPI allows the opportunity to incorporate additional information on functional capacity, stress-induced ECG changes or arrhythmias, and utilization of heart rate reserve and heart rate recovery in the assessment of CAD probability or prognosis.[42]

#### Physiology of Exercise Stress-Induced Coronary Hyperemia.
During exercise, systolic pressure rises but diastolic pressure usually changes little. Thus, the driving pressure for coronary perfusion is relatively unchanged, and increases in flow necessary to match increased demand occur predominantly by reducing arteriolar resistance. In the presence of coronary stenosis, if a degree of downstream resistance has been reduced to maintain resting flow, coronary flow reserve during exercise stress is blunted.[37,38]

### Pharmacological Stress to Induce Coronary Hyperemia

Exercise stress is the preferred modality for inducing coronary hyperemia as it allows a correlation between exertional symptoms and the perfusion pattern and provides information on exercise duration, workload achieved, and the presence and extent of ischemic ECG changes, all of which provide important diagnostic and prognostic information.[10] However, a substantial proportion of patients are incapable of attaining a sufficient level of exercise. Patients with exertional symptoms may not exercise adequately to reproduce these symptoms, and patients may not achieve more than 85 percent of the maximum predicted heart rate for age (see Chap. 10), considered the optimal level of exertion to achieve coronary hyperemic responses.[10,42] As the population ages and comorbid disease states such as peripheral vascular disease and diabetes increase, the proportion of patients referred for stress testing who are unable to achieve adequate levels of exercise will increase.



**FIGURE 13–23** Illustration of coronary blood flow reserve abnormalities, the concomitant perfusion tracer concentration differences, and the resulting tomographic images. **Left,** The myocardial blood flow profiles at rest and stress of two myocardial regions are shown, with region S (septum) supplied by a normal epicardial artery and region L (lateral wall) supplied by an artery with a significant epicardial coronary stenosis. Blood flow at stress is diminished in region L compared with S. **Right,** The perfusion tracer uptake profile is demonstrated with myocardial blood flow on the y-axis. Tracer uptake is diminished in region L relative to S during stress. In the resulting perfusion images, a relative "defect" of tracer uptake is seen in the lateral wall compared with the septum, whereas at rest both regions demonstrate similar tracer uptake. The lateral wall thus demonstrates a reversible perfusion defect, reflecting the blunted coronary blood flow reserve and indirectly reflecting the presence of the coronary stenosis.



**FIGURE 13–24** **A,** Example of single-photon emission computed tomography anterior and apical reversible perfusion defects (arrows), representing inducible regional myocardial ischemia in the short axis (SA), vertical long axis (VLA), and horizontal long axis (HLA). **B,** Example of irreversible or fixed defects of the inferolateral wall in the SA and of the apex in the VLA image (arrows), representing predominant myocardial infarction. There is also evidence of a reversible lateral wall defect (arrowhead) in the HLA image representing lateral wall ischemia.

In such patients, *pharmacological stress testing* can be used to induce coronary hyperemia. The most widely used agents for pharmacological stress testing can be divided into those that act as coronary arteriolar vasodilators, adenosine and dipyridamole, and adrenergic agents such as dobutamine.[43]

#### Mechanism of Coronary Arteriolar Vasodilator Pharmacological Stress.
Stimulation of adenosine $A_{2a}$ receptors on the smooth muscle cells leads to enhanced production of adenylate cyclase, increased intracellular cyclic adenosine monophosphate, and other effects that produce vasorelaxation. With maximal arteriolar vasodilation (maximal decrease in coronary resistance), coronary blood flow increases to near-maximum levels.

Adenosine is a powerful, endogenous molecule that acts as a regulator of blood flow in many organ beds, including the coronary circulation. It has many other effects mediated by different receptor subtypes (Fig. 13–25). Adenosine $A_1$ recep-

**304**

CH 13



**FIGURE 13–25** Schematic of the mechanism of action of dipyridamole and adenosine. Exogenously administered adenosine acts directly on its receptor to result in coronary arteriolar vasodilation and thus an increase in myocardial blood flow (MBF) as resistance is minimized. The adenosine $A_{2a}$ receptor mediates coronary arteriolar vasodilation, which is the basis for pharmacological stress testing. Dipyridamole blocks the intracellular retransport of adenosine and also inhibits adenosine deaminase (ADA), resulting in increased intracellular and interstitial concentrations of adenosine, which then interacts with its receptor. (Adapted from Follansbee WP: Alternatives to leg exercise in the evaluation of patients with coronary artery disease: Functional and pharmacologic stress modalities. In Gerson MC [ed]: Cardiac Nuclear Medicine. New York, McGraw-Hill, 1997, pp 193-236.)

tors are present in the sinus node and atrioventricular (AV) node and mediate diminished heart rate and AV nodal conduction. Adenosine $A_{2b}$ receptors are present in bronchioles and the peripheral vasculature, and stimulation may result in bronchial constriction and peripheral vasodilation. Adenosine $A_3$ receptors are less well characterized but appear to be important in the preconditioning response.

Initial studies of adenosine demonstrated that a dose of 140 µg/kg/min induced maximal coronary hyperemia, with no further increase in maximum coronary blood flow at higher doses.[44] Following the onset of intravenous adenosine infusion, maximum coronary flow occurs at an average of 84 seconds with a range of up to 125 seconds. Dipyridamole blocks the intracellular retransport of adenosine and inhibits adenosine deaminase, responsible for the intracellular breakdown of adenosine.[44] Thus, dipyridamole acts as an indirect coronary arteriolar vasodilator, increasing intracellular and interstitial concentrations of adenosine (see Fig. 13–25).

*Heterogeneity of Coronary Hyperemia with Pharmacological Stress.* With the administration of dipyridamole or adenosine, the resistance vessels in the area subtended by a normal epicardial vessel dilate, diminishing coronary resistance and resulting in an increment in coronary blood flow four to five times above normal. Coronary resistance in a bed supplied by a stenotic epicardial vessel is diminished at rest (i.e., coronary vasodilator reserve has been utilized), and only minor or no further reductions can take place. Thus, myocardial blood flow in that territory does not change or may even decrease slightly because of the peripheral vasodilation and drop in diastolic blood pressure characteristic of pharmacological stress. The net result of these changes is heterogeneity in myocardial blood flow (increased in the normal territory and relatively unchanged in the territory supplied by the stenotic epicardial vessel). Perfusion tracer administration in this setting demonstrates a defect in the area supplied by the stenotic vessel (see Fig. 13–22).[44,45]

During exercise stress, the increase in myocardial oxygen demand and limitation of oxygen supply create a supply-demand mismatch often resulting in cellular ischemia. With pharmacological stress, the perfusion defect may represent merely the heterogeneity in coronary flow reserve. "Demand" may change little during pharmacological stress; there is often a reduction in blood pressure accompanied by a reflex although modest increase in heart rate, so that double product, reflecting oxygen demand, changes little during the vasodilator "stress." Thus, a supply-demand mismatch may not occur and cellular ischemia may not be present despite vasodilator-induced perfusion defects.[44]

Under certain conditions, true myocardial ischemia may indeed be present, related to development of a *coronary steal.*[38] This phenomenon appears to occur when the myocardial perfusion bed supplied by a severe epicardial stenosis is also dependent on collateral vessels from remote coronary arteries. Blood flow through coronary collaterals is dependent on perfusion pressure, particularly if the collaterals are jeopardized; that is, their parent blood vessel is compromised by a moderate coronary stenosis. In this setting, administration of a vasodilator stress agent diminishes the perfusion pressure supplying the collaterals, and collateral flow diminishes. Flow to the bed supplied by a severe epicardial stenosis may then *decrease* compared with resting flow, and the diminished supply may create supply-demand mismatch and true myocardial ischemia.

*Hemodynamic Effects of Vasodilator Pharmacological Stress.* Dipyridamole and adenosine both result in adenosine receptor-mediated systemic as well as coronary vasodilation, resulting in an average 8 to 10 mm Hg reduction in systolic and diastolic blood pressure, often accompanied by a reflex increase in heart rate.[41] The magnitude of the heart rate increase is variable, usually between 10 and 20 beats/min. A blunted heart rate response may be observed in patients who are taking beta blockers or in diabetic patients with underlying autonomic insufficiency.

*Side Effects and Symptoms Associated with Vasodilator Pharmacological Stress.* The symptoms and side effects associated with pharmacological vasodilator stress are the result of stimulation of the adenosine $A_1$, $A_{2b}$, and $A_3$ receptors and are common.[43-46] Following dipyridamole stress, approximately 50 percent of patients experience some side effect. In a large registry study, more than 80 percent of patients undergoing adenosine stress experienced untoward symptoms or side effects, or both, most commonly flushing, chest pain, or shortness of breath.[43-45]

As a result of adenosine's effect on the conduction system, AV block may develop during adenosine administration. Approximately 10 percent of patients manifest first-degree AV block, with 5 percent developing either second- or third-degree AV block. AV block is more common in patients who are studied while taking beta blockers or heart rate-lowering calcium channel blockers. Patients with baseline evidence of second- or third-degree AV block in the absence of a pacemaker should not receive adenosine. However, patients with first-degree AV block or left bundle branch block (LBBB) appear to tolerate adenosine infusion well, without an exacerbation of conduction abnormalities.[8,10]

Ischemic ST depression is observed in 10 to 15 percent of patients undergoing pharmacological vasodilator stress, probably representing the physiological consequence of induction of a coronary steal and regional myocardial ischemia. Such patients often have extensive and severe perfusion defects on imaging and more often have collateralized multivessel disease on angiography.

Chest pain, even typical angina pectoris, develops commonly during pharmacological vasodilator stress testing. Although it may reflect regional myocardial ischemia based on a coronary steal, chest pain may also occur in patients with no ischemic ECG changes and with normal perfusion studies because of involvement of adenosine $A_1$ receptors in the nociceptive pathway influencing the sensation of chest pain.[43-46] Thus, chest pain by itself is a nonspecific finding during vasodilator pharmacological stress.

In early reports of dipyridamole testing, infrequent but severe episodes of bronchospasm occurred, probably related to a nonspecific adenosine receptor-mediated mechanism. Thus, patients with a significant history of reactive airways disease should not undergo vasodilator stress testing.[8,10] However, patients with obstructive lung disease without a reactive airways component generally tolerate the procedure well.

*Reversing the Effects of Vasodilator Pharmacological Stress.* Methylxanthine compounds such as theophylline and caffeine act as competitive antagonists of adenosine at the receptor level, and infusion of intravenous aminophylline antagonizes the effects of dipyridamole or adenosine.[8,10] As adenosine has a very short half-life (~20 to 30 seconds), administration of aminophylline is rarely required during adenosine

testing, as simply stopping the infusion results in cessation of symptoms within 20 to 30 seconds. Following intravenous dipyridamole, infusion of aminophylline at approximately 1 to 2 mg/kg, given over 30 seconds, reverses side effects (as well as the coronary vasodilator effects), usually within 1 to 2 minutes. As the coronary vasodilator effects are reversed as well, reversal of the dipyridamole effect should be delayed until at least 1 to 2 minutes after radionuclide administration if clinically safe, or the true stress perfusion pattern may not be manifest. Generally, side effects from vasodilator pharmacological stress, although common, may be tolerated for this period of time. However, with more severe side effects such as severe shortness of breath or bronchospasm or with more dramatic ST segment abnormalities, reversal of the dipyridamole effect more quickly is prudent. As caffeine is a methylxanthine compound and antagonizes the effect of adenosine at its receptor, it is critical that patients be instructed to withhold caffeine, ideally for 24 hours prior to vasodilator pharmacological stress testing.

In some patients, myocardial ischemia provoked during vasodilator stress testing triggers a cascade of events that maintains ischemia even after reversal of the vasodilator effect with aminophylline. The sensation of chest pain may drive a heightened sympathetic response, with an elevation of heart rate and blood pressure. In that setting, when aminophylline has been given to reverse the effects of the vasodilator, it is safe to administer sublingual nitroglycerin or other measures to relieve myocardial ischemia. It is *not safe* to give sublingual nitroglycerin *prior to* aminophylline to treat signs of myocardial ischemia. Because systemic vasodilation is present during vasodilator stress testing, administration of nitroglycerin prior to aminophylline may result in substantial systemic hypotension. Thus, aminophylline should always be given first to reverse the effect of the vasodilator, after which it is safe to pursue other antiischemic measures.

In contemporary practice, a small number of patients may be encountered who are taking oral dipyridamole preparations for their antiplatelet effects. As dipyridamole is an adenosine deaminase inhibitor and prevents the usual rapid breakdown of adenosine, infusion of intravenous adenosine in patients receiving oral dipyridamole may be accompanied by a far more prolonged adenosine effect than usual. Thus, for adenosine testing, oral dipyridamole compounds must be stopped at an appropriate period of time before testing. Oral dipyridamole as background therapy does not complicate the performance of intravenous dipyridamole testing.

*Protocols for Pharmacological Stress Testing.* The accepted protocols for performing vasodilator pharmacological stress testing are listed in Table 13-3.[8,10] Since the original descriptions of these protocols, iterations have been studied, with the goal of shortening the test procedure or minimizing side effects, or both,[47,48] by shortening the duration of the adenosine infusion or adding low-level exercise.

Handgrip exercise may be used in order to raise peripheral blood pressure and thus coronary perfusion pressure. Reports are mixed on whether image quality is improved. This approach may be useful in patients with borderline low blood pressure prior to the test to avoid significant hypotension.

Low-level treadmill exercise has been increasingly applied in combination with vasodilator stress testing. Although no clear advantage in diagnostic performance has been demonstrated, a reduction in side effects of pharmacological stress testing has been demonstrated, as well as a reduction in extracardiac tracer uptake that improves image quality.[47,48]

| TABLE 13-3 | Pharmacological Stress Protocols | | |
|---|---|---|---|
| | Dose (μg/kg/min) | Duration | Isotope Injection |
| Dipyridamole | 142 | 4 min by hand infusion or pump | 3 min after completion of infusion |
| Adenosine | 140 | 6-min infusion by pump | At 3 min into infusion |

Initial reports of intravenous adenosine testing described a protocol in which the dose was progressively increased. More commonly, adenosine is given now as an infusion starting with the maximum dose. This allows a shortened total infusion period of 4 minutes rather than 6 minutes, with radionuclide injected at 3 minutes into the 4-minute infusion. Published data (with thallium imaging) suggest that diagnostic sensitivity is maintained while decreasing the overall time of testing.[44]

Specific agonists of the adenosine $A_{2a}$ receptor are under development to achieve arteriolar vasodilation and thus myocardial perfusion images similar to those obtained with adenosine or dipyridamole, accompanied by fewer or less severe side effects, because of lack of stimulation of the $A_1$, $A_{2b}$, and $A_3$ receptors. A bolus injection of the specific $A_{2a}$ receptor agonist binodenoson achieves myocardial perfusion images that are concordant with adenosine MPI, with a significant reduction in the incidence and severity of side effects.[46]

DIFFERENCES BETWEEN VASODILATOR AND EXERCISE STRESS. The perfusion images obtained using vasodilator pharmacological stress are generally concordant with those obtained with maximal exercise stress in the same patient, but there are several important differences. *Higher levels of coronary flow are achieved during vasodilator pharmacological stress compared with exercise,* possibly because of the increased resistance to flow with exercise caused by higher subendocardial pressures (i.e., at the R3 level of resistance). Although theoretically this should result in increased sensitivity for detecting CAD with pharmacological stress, that has not been clearly demonstrated. The failure to demonstrate increased sensitivity may be due to the inability of the radionuclide tracers to reflect myocardial blood flow adequately at the highest levels of flow.[43-45]

Vasodilator pharmacological stress is less "physiological" than exercise, and symptoms during testing cannot be as clearly linked to the perfusion pattern. Optimal diagnostic performance of MPI during exercise is often dependent on the patient achieving a maximal level of stress, which does not always occur. In contrast, vasodilator pharmacological stress affords generally predictable coronary flow responses.[8,10,44]

Antiischemic medications may significantly affect the results of MPI during exercise.[10] The effect of background antiischemic medications on the results of pharmacological stress imaging is not as certain. Reports have now suggested that the extent and severity of myocardial perfusion defects may be affected in an important way by background medication during pharmacological stress.[49-51] Thus, antianginal medications should be withheld if possible prior to the study.

*Dobutamine Stress to Induce Coronary Hyperemia*

In some patients, vasodilator pharmacological stress is contraindicated because of reactive bronchospastic airways disease or background methylxanthines. In such situations, intravenous dobutamine hydrochloride may be used to induce coronary hyperemia.[8,10] Dobutamine has a relatively rapid onset of action, with a half-life of approximately 2 minutes. This agent is given starting at a dose of 5 μg/kg/min and increased in a stepwise fashion by 5 μg/kg/min every 3 minutes, to a maximum dose of 40 μg/kg/min. Dobutamine is a broad adrenergic receptor agonist, at varying doses stimulating the $beta_1$, $beta_2$, and $alpha_1$ receptors. At relatively low doses, the predominant effect is an increase in contractility through adrenergic receptors. As the dose is increased beyond 10 μg/kg/min, heart rate rises steadily, and the increase in oxygen demand stimulates an increase in myocardial blood flow.

The hemodynamic response to dobutamine generally involves a modest increase in systolic blood pressure with a modest decrease in diastolic blood pressure through doses up to 20 μg/kg/min, with only small further changes after that

**306** point. As the increase in myocardial blood flow is dependent on the increase in oxygen demand, optimal sensitivity for MPI based on optimizing heterogeneity of flow is dependent on achieving a high dose of dobutamine.

The increment in myocardial blood flow during maximal doses of dobutamine appears to be less than achieved during vasodilator pharmacological stress, and hence the degree of heterogeneity of coronary flow with a coronary stenosis is also less. Thus, vasodilator stress is the preferred pharmacological modality for MPI in patients who cannot exercise adequately. Dobutamine stress is reserved for cases in which vasodilator stress is contraindicated or cannot be performed because of background medications.[8,10,52]

**CH 13**

Side effects during dobutamine are frequent and can be bothersome.[52] The most common side effects include palpitations and chest pain, and arrhythmias including ventricular extrasystoles and nonsustained ventricular tachycardia may be encountered. Hypotension occurs in approximately 10 percent of patients, possibly as a result of myocardial mechanoreceptor stimulation during increased contractility with resulting withdrawal of peripheral constrictor tone. Hypotension during dobutamine stress does not have the same prognostic implications as exercise-induced hypotension. Because of the relatively short half-life, side effects generally resolve within a few minutes of stopping the infusion and can be aborted more quickly with intravenous beta blockade.[8,10,52]

## Assessment of Myocardial Cellular Metabolism and Physiology by Radionuclide Imaging

### Myocardial Ischemia and Viability

*Programmed Cell Survival.* Imbalance between oxygen supply and demand results in myocardial ischemia. If the imbalance is transient (i.e., triggered by exertion), it represents reversible ischemia. However, if supply-demand imbalance is prolonged, high-energy phosphates are depleted, and regional contractile function progressively deteriorates. If the supply-demand balance is sufficiently prolonged, cell membrane rupture with cell death follows.

The myocardium has several mechanisms of acute and chronic adaptation to a temporary or sustained reduction in coronary blood flow (Fig. 13–26), known as stunning, hibernation, and ischemic preconditioning.[53] These responses to ischemia preserve sufficient energy to protect the structural and functional integrity of the cardiac myocyte. In contrast to programmed cell death, or apoptosis, the term "programmed cell survival" has been used to describe the commonality between myocardial stunning, hibernation, and ischemic preconditioning despite their distinct pathophysiology.[54] Radionuclide imaging has played an important role in understanding the changes in blood flow and metabolism in these states and clinically distinguishing their presence from regional infarct.[34]

*Stunned and Hibernating Myocardium.* In stunned and hibernating myocardium, *myocardial function is depressed at rest but myocytes remain viable.* Although LV dysfunction may be reversible in both stunning and hibernation, these states differ in the relationship between myocardial perfusion and function. *Stunned myocardium* is most commonly observed after a *transient period of ischemia followed by reperfusion* (depressed function at rest but preserved perfusion).[55] The ischemic episodes can be single or multiple, brief or prolonged, but never severe enough to result in injury. *Hibernating myocardium* refers to an adaptive response of the myocardium to *prolonged myocardial hypoperfusion at rest* (depressed function and perfusion at rest).[56] In the clinical setting, it is likely that the adaptive responses of hibernation and stunning coexist.

*Myocardial Viability.* Requirements for cellular viability include (1) sufficient myocardial blood flow, (2) cell membrane integrity, and (3) preserved metabolic activity. Myocardial blood flow has to be adequate to deliver substrate to the myocyte for metabolic processes and to remove the end products of metabolism.[57] If blood flow is severely reduced, metabolites accumulate, causing inhibition of the enzymes of the metabolic pathway, depletion of high-energy phosphates, cell membrane disruption, and cell death. Thus, with severe reduction in blood flow, perfusion tracers alone provide information regarding myocardial viability.[10] However, in regions in which the reduction in blood flow is of less severity, perfusion information alone may be an insufficient signal to identify clinically relevant viability, and additional data, such as metabolic indices, would be important.[10,57]

Membrane integrity to maintain electrochemical gradients across the myocyte is also a requirement for cell survival. Because cell membrane integrity is dependent on preserved intracellular metabolic activity to generate high-energy phosphates, tracers that reflect cation flux (thallium-201), electrochemical gradients (sestamibi or tetrofosmin), or metabolic processes (FDG) provide insight into myocardial viability (Fig. 13–27).[8,34,57]

### Major Myocardial Fuels and Energetics in Normal and Ischemic Myocardium

High-energy phosphates, such as adenosine triphosphate (ATP), provide the fuel that powers the contractile proteins of the myocytes. ATP is generated in the myocardium by two different but integrated metabolic processes: *oxidative phosphorylation* and *glycolysis*.[58] Fatty acids, glucose, and lactate are the major sources of energy in the heart, and depending on the arterial concentration of each and the physiological condition, any one of these three substrates can be the principal provider of energy (Fig. 13–28). Increased uptake and utilization of one substrate leads to a decreased contribution by the others.

In the *fasting state*, long-chain free fatty acids are the preferred source of energy in the heart, with glucose accounting for only 15 to 20 percent of the total energy supply. The ATP yield is 130 per mole of free fatty acid and 38 per mole of glucose. When the oxygen supply is *normal*, high levels of ATP and tissue citrate formed by breakdown of fatty acids suppress the oxidation of glucose. When the oxygen supply is *decreased*, ATP and citrate levels fall, and the rate of glycolysis is accelerated. Anaerobic glycolysis can be maintained only if lactate and hydrogen ion (the byproducts of glycolysis) are removed and do not accumulate. In the setting of *severe* hypoperfusion, these end products of the glycolytic pathway accumulate, causing inhibition of the glycolytic enzymes and depletion of high-energy phosphates, resulting in cell membrane disruption and cell death.[59] Thus, to maintain anaerobic glycolysis, minimally sufficient blood flow is necessary.

### IMAGING ALTERATIONS IN MYOCARDIAL METABOLISM

#### Imaging Fatty Acid Metabolism

*[$^{11}$C]Palmitate.* Because fatty acids are the primary source of myocardial energy production in the fasting state, early PET studies focused on characterizing the kinetics of long-chain fatty acids, such as [$^{11}$C]palmitate.[60] Measurement by dynamic PET imaging allows the observation of tracer inflow (by regional perfusion), peak accumulation, and release of the tracer within a region of interest. Once the tracer is in the cell, it either (1) enters the endogenous lipid pool or (2) moves to the mitochondria, where rapid degradation by beta-oxidation results in the generation of carbon dioxide. Depending on demand, about 80 percent of the extracted [$^{11}$C]palmitate is activated for transport from the lipid pool into the mitochondria for breakdown by beta-oxidation. Because of its complicated kinetic modeling and numerous confounding effects, [$^{11}$C]palmitate imaging has not gained wide clinical acceptance.

# Braunwald's Heart Disease

## A Textbook of Cardiovascular Medicine

7th Edition

Volume II

Zipes
Libby
Bonow
Braunwald

ELSEVIER
SAUNDERS

The Curtis Center
170 S Independence Mall W 300E
Philadelphia, Pennsylvania 19106

BRAUNWALD'S HEART DISEASE: A Textbook of Cardiovascular Medicine, Seventh Edition
Two-volume set                 0-7216-0509-5
Single volume                  0-7216-0479-X
Two-volume e-dition            1-4160-00038-0
Single volume e-dition         1-4160-00014-3
International edition          0-8089-2305-6
Indian edition                 0-8089-2334-X

Copyright © 2005, 2001, 1997, 1992, 1988, 1984, 1980 by Elsevier Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 238 7869, fax: (+1) 215 238 2239, e-mail: healthpermissions@elsevier.com. You may also complete your request online via the Elsevier homepage (http://www.elsevier.com) by selecting "Customer Support," then "Obtaining Permissions."

---

**NOTICE**

Medicine is an ever-changing field. Standard safety precautions must be followed, but as new research and clinical experience broaden our knowledge, changes in treatment and drug therapy may become necessary or appropriate. Readers are advised to check the most current product information provided by the manufacturer of each drug to be administered to verify the recommended dose, the method and duration of administration, and contraindications. It is the responsibility of the licensed prescriber, relying on experience and knowledge of the patient, to determine dosages and the best treatment for each individual patient. Neither the publisher nor the authors assume any liability for any injury and/or damage to persons or property arising from this publication.

---

Library of Congress Cataloging-in-Publication Data

Braunwald's heart disease : a textbook of cardiovascular medicine / [edited by] Douglas P. Zipes ... [et al.].—7th ed.
   p. ; cm.
   Rev. ed. of: Heart disease / edited by Eugene Braunwald, Douglas P. Zipes, Peter Libby. 6th ed. 2001.
   Includes bibliographical references and index.
   ISBN 0-7216-0509-5 (2 vol. set)—ISBN 0-7216-0479-X (Single vol.)—ISBN 0-8089-2305-6 (International ed.)
   1. Heart—Diseases.  2. Cardiology.  I. Title: Heart disease.  II. Zipes, Douglas P.  III. Braunwald, Eugene—Heart disease.
   [DNLM: 1. Heart Diseases. 2. Cardiovascular Diseases. WG 210 B825 2005]
RC681.H36 2005
616.1′2—dc22                                                  2004050808

*Publishing Director:* Anne Lenehan
*Managing Editor, Developmental Editorial:* Deborah Thorp
*Publishing Services Manager:* Frank Polizzano
*Senior Project Manager:* Robin E. Davis
*Design Manager:* Steven Stave

Printed in the United States of America.

Last digit is the print number:   9  8  7  6  5  4  3  2  1