Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 8

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

the ventricle at the end of passive filling and atrial contraction (i.e., the end-diastolic volume). Figure 4-7 summarize several factors that alter ventricular filling and therefore preload.

An increase in venous blood pressure increases ventricular preload. Venous blood volume and compliance determine venous pressure (see Chapter 5). Venous compliance relates to the state of smooth muscle contraction within venous blood vessels and is decreased, for example, by sympathetic activation, which contracts the venous smooth muscle. The reduced compliance leads to an increase in venous pressure. Venous blood volume, particularly in the thoracic (central) compartment, is influenced by the total blood volume (regulated by the kidneys) and the rate of venous return into the thoracic compartment. The rate of venous return is influenced by gravity, the mechanical pumping activity of skeletal muscles, and respiratory activity.

Several other important factors determine ventricular preload. (1) Ventricular compliance determines the end-diastolic volume for any given intraventricular filling pressure, as previously described. (2) Heart rate, through its influence on filling time, has an inverse effect on preload. (3) Atrial contraction (at resting heart rates) normally has only a small influence on ventricular preload because most of ventricular filling occurs during the passive filling phases. At high heart rates, however, increased atrial contractility (owing to sympathetic activation) significantly enhances (up to about 40%) the contribution of atrial contraction to ventricular filling, thereby helping to maintain preload. (4) Elevated inflow resistance decreases ventricular preload. For example, in tricuspid valve stenosis, the inflow resistance is increased and ventricular preload is reduced. (5) An increase in outflow resistance, as caused by pulmonic valve stenosis or pulmonary hypertension, impairs the ability of the right ventricle to empty, leading to an increase in preload. (6) In ventricular systolic failure, when ventricular inotropy is diminished, the ventricular preload increases because of the inability of the ventricle to eject normal volumes of blood. This causes blood to back up



FIGURE 4-7 Factors determining right ventricular preload. (+) indicates that an increase in a variable increases right ventricular end-diastolic volume, and therefore preload; (−) indicates that the variable decreases preload.

**78**    CHAPTER 4



**FIGURE 4-13** Effects of increased initial muscle length (increased preload) on muscle shortening (isotonic contractions). The left panel shows a muscle lifting a load (afterload) at two different preload lengths (*A* and *B*). The right panel shows how increasing the preload leads to increased shortening (ΔL) and increased velocity of shortening (*dL/dt*; change in length with respect to time). The muscle shortens to the same minimal length when preload is increased.



**FIGURE 4-14** Effects of increasing ventricular volume (preload) on ventricular pressure development. Increasing ventricular volume from *a* to *c* and then stimulating the ventricle to contract isovolumetrically increases the developed pressure and the peak-systolic pressure.

### Effects of Afterload on Stroke Volume

**Afterload** *is the "load" against which the heart must contract to eject blood.* A major component of the afterload for the left ventricle is the aortic pressure, or the pressure the ventricle must overcome to eject blood. The greater the aortic pressure, the greater the afterload on the left ventricle. For the right ventricle, the pulmonary artery pressure represents the major afterload component.

Ventricular afterload, however, involves factors other than the pressure that the ventricle must develop to eject blood. One way to

estimate the afterload on the individual cardiac fibers within the ventricle is to examine ventricular wall stress ($\sigma$), which is proportional to the product of the intraventricular pressure (P) and ventricular radius (r), divided by the wall thickness (h) (Equation 4-2). This relationship for wall stress assumes that the ventricle is a sphere. The determination of actual wall stress is complex and must consider not only ventricular geometry, but also muscle fiber orientation. Nonetheless, Equation 4-2 helps to illustrate the factors that contribute to wall stress and therefore afterload on the muscle fibers.

**Eq. 4-2**    $$\sigma \propto \frac{P \cdot r}{h}$$

Wall stress can be thought of as the average tension that individual muscle fibers within the ventricular wall must generate to shorten against the developed intraventricular pressure. At a given intraventricular pressure, wall stress is increased by an increase in radius (ventricular dilation). Therefore, afterload is increased whenever intraventricular pressures are increased during systole and by ventricular dilation. On the other hand, a thickened, hypertrophied ventricle will have reduced wall stress and afterload on individual fibers. Ventricular wall hypertrophy can be thought

tribute the blood flow to specific organs or regions of the body. These large arteries, although capable of constricting and dilating, serve no significant role in the regulation of pressure and blood flow under normal physiologic conditions. Once the distributing artery reaches the organ to which it supplies blood, it branches into **smaller arteries** that distribute blood flow within the organ. These smaller arteries continue branching into smaller and smaller vessels. Once they reach diameters of less 200 μm, they are termed **arterioles**. No clear demarcation between small arteries and arterioles exists; therefore, no consensus has been reached regarding the point at which a small artery becomes an arteriole. Many investigators speak of different branching orders of arterial vessels within a tissue or organ. Most would agree that arterioles have only a few layers of vascular smooth muscle and are, in general, less than 200 μm in diameter.

Together, the small arteries and arterioles represent the primary **resistance vessels** that regulate arterial blood pressure and blood flow within organs. Resistance vessels are highly innervated by autonomic nerves (particularly sympathetic adrenergic), and they constrict or dilate in response to changes in nerve activity. The resistance vessels are richly endowed with receptors that bind circulating hormones (e.g., catecholamines, angiotensin II), which can alter vessel diameter (see Chapters 3 and 6). They also respond to various substances (e.g., adenosine, potassium ion, and nitric oxide) produced by the tissue surrounding the vessel or by the vascular endothelium.

As arterioles become smaller in diameter (<10 μm), they lose their smooth muscle. Vessels that have no smooth muscle and are composed of only endothelial cells and a basement membrane are termed **capillaries**. Although they are the smallest vessels within the circulation, they have the greatest cross-sectional area because they are so numerous. Because the total blood flow of capillaries is the same as the flow within the aorta leaving the heart, and because the capillary cross-sectional area is about 1000 times greater than the aorta, the mean velocity of blood flowing within capillaries (0.05 cm/sec) is about one thousand-fold less than the velocity in the aorta (50 cm/sec). The reason for this is that flow (F) is the product of mean velocity (V) times cross-sectional area (A) (F = V·A). When this expression is rearranged, we find that the mean velocity is inversely proportional to cross-sectional area (V = F/A).

Capillaries have the greatest surface area for exchange. Endothelium, oxygen, carbon dioxide, water, electrolytes, proteins, metabolic substrates and by-products, and circulating hormones are exchanged across the capillary between the plasma and the tissue interstitium surrounding it (see Chapter 8). Capillaries, therefore, are the primary exchange vessels within the body.

When capillaries join together, they form post-capillary venules, which serve as exchange vessels for fluid and macromolecules because of their high permeability. As post-capillary venules converge and form larger venules, smooth muscle reappears. These vessels, like the resistance vessels, are capable of dilating and constricting. Changes in venular diameter regulate capillary pressure and venous blood volume.

Venules converge to form larger veins. Together, venules and veins are the primary capacitance vessels of the body, i.e., the site where most of the blood volume is found and regional blood volume is regulated. Constriction of veins decreases venous blood volume and increases venous pressure, which can alter cardiac output by affecting right atrial and ventricular preload. The final venous vessels are the inferior and superior vena cavae, which carry the blood back to the right atrium of the heart.

## Distribution of Pressures and Volumes

Blood pressure is highest in the aorta and progressively decreases as the blood flows further away from the heart (Fig. 5-2). The mean aortic pressure is about 95 mm Hg in a normal adult. The mean blood pressure does not fall much as the blood flows down the aorta and through large distributing arteries. The reason

**104**     CHAPTER 5

<u>Extrinsic</u>                    <u>Intrinsic</u>



FIGURE 5-9 Vascular tone. The state of vessel tone is determined by the balance between constrictor and dilator influences.

promote smooth muscle relaxation and vascular dilation (e.g., endothelial-derived nitric oxide and tissue metabolites such as adenosine and hydrogen ion). Therefore, at any given time, vasoconstrictor and vasodilator influences are competing to determine the vascular tone. The extrinsic and intrinsic mechanisms regulating vascular tone are described in more detail in Chapters 2, 6, and 7.

In general, the vasoconstrictor mechanisms are important for maintaining systemic vascular resistance and arterial pressure, whereas vasodilator mechanisms regulate blood flow within organs. For example, if the body needs to maintain arterial blood pressure when a person stands up, vasoconstrictor mechanisms (primarily sympathetic adrenergic) are activated to constrict resistance vessels and increase systemic vascular resistance. If an organ requires more blood flow and oxygen delivery (e.g., exercising muscle), vasodilator mechanisms will predominate and override vasoconstrictor influences. Therefore, the competition between vasoconstrictor and vasodilator influences can be thought of as competition between maintenance of arterial blood pressure and organ perfusion.

## VENOUS BLOOD PRESSURE

Venous pressure is a general term that represents the average blood pressure within the venous compartment. A more specific term, **central venous pressure**, describes the blood pressure in the thoracic vena cava near the right atrium. This pressure is important because it determines the filling pressure of the right ventricle, and thereby determines ventricular stroke volume through the Frank-Starling mechanism as discussed in Chapter 4.

### Venous Blood Volume and Compliance

Several factors influence central venous pressure: cardiac output, respiratory activity, contraction of skeletal muscles (particularly leg and abdominal muscles), sympathetic vasoconstrictor tone, and gravitational forces. All of these factors ultimately change central venous pressure ($\Delta P_v$) by changing either venous blood volume ($\Delta V_v$) or venous compliance ($C_v$) as described by Equation 5-10.

**Eq. 5-10**          $$\Delta P_v \propto \frac{\Delta V_v}{C_v}$$

Equation 5-10 is a rearrangement of the equation used to define compliance, in which compliance (in this case venous compliance) equals a change in venous volume divided by the change in venous pressure that occurs with the change in volume (see Compliance in Chapter 4 on the CD). Therefore, an increase in venous volume increases venous pressure by an amount determined by the compliance of the veins. Furthermore, a decrease in venous compliance, as occurs during sympathetic activation of veins, increases venous pressure.

The relationship described by Equation 5-10 can be depicted graphically as shown in Figure 5-10, in which venous blood volume is plotted against venous blood pressure. The different curves represent different states of venous tone, and the slope of a tangent line at any point on the curve represents the compliance. Looking at a single curve, it is evident



**FIGURE 5-10** Compliance curves for a vein. Venous compliance (the slope of line tangent to a point on the curve) is very high at low pressures because veins collapse. As pressure increases, the vein assumes a more circular cross-section and its walls become stretched; this reduces compliance (decreases slope). Point *A* is the control pressure and volume. Point *B* is the pressure and volume resulting from increased tone (decreased compliance) brought about, for example, by sympathetic stimulation of the vein.

that an increase in venous volume will increase venous pressure. The amount by which the pressure increases for a given change in volume depends on the slope of the relationship between the volume and pressure (i.e., the compliance). As with arterial vessels (see Fig. 5-4), the relationship between venous volume and pressure is not linear (see Fig. 5-10). The slope of the compliance curve ($\Delta V/\Delta P$) is greater at low pressures and volumes than at higher pressures and volumes. The reason for this is that at very low pressures, a large vein collapses. As the pressure increases, the collapsed vein assumes a more cylindrical shape with a circular cross-section. Until a cylindrical shape is attained, the walls of the vein are not stretched appreciably. Therefore, small changes in pressure can result in a large change in volume by changes in vessel geometry rather than by stretching the vessel wall. At higher pressures, when the vein is cylindrical in shape, increased pressure can increase the volume only by stretching the

vessel wall, which is resisted by the structure and composition of the wall (particularly by collagen, smooth muscle, and elastin components). Therefore, at higher volumes and pressures, the change in volume for a given change in pressure (i.e., compliance) is less.

The smooth muscle within veins is ordinarily under some degree of tonic contraction. Like arteries and arterioles, a major factor determining venous smooth muscle contraction is sympathetic adrenergic stimulation, which occurs under basal conditions. Changes in sympathetic activity can increase or decrease the contraction of venous smooth muscle, thereby altering venous tone. When this occurs, a change in the volume-pressure relationship (or compliance curve) occurs, as depicted in Figure 5-10. For example, increased sympathetic activation will shift the compliance curve down and to the right, decreasing its slope (compliance) at any given volume (from point *A* to *B* in Fig. 5-10). This rightward diagonal shift in the venous compliance curve results in a decrease in venous volume and an increase in venous pressure. Drugs that reduce venous tone (e.g., nitrodilators) will decrease venous pressure while increasing venous volume by shifting the compliance curve to the left.

The previous discussion emphasized that venous pressure can be altered by changes in venous blood volume or in venous compliance. These changes can be brought about by the factors or conditions summarized in Table 5-2. Central venous pressure is increased by:

1. A decrease in cardiac output. This can result from decreased heart rate (e.g., bradycardia associated with atrioventricular [AV] nodal block) or stroke volume (e.g., in ventricular failure), which results in blood backing up into the venous circulation (increased venous volume) as less blood is pumped into the arterial circulation. The resultant increase in thoracic blood volume increases central venous pressure.
2. An increase in total blood volume. This occurs in renal failure or with activation of the renin-angiotensin-aldosterone system





**FIGURE 7-13** Skeletal muscle active hyperemia following phasic and sustained (tetanic) contractions. The top panel shows that phasic contractions cause flow to decrease during contraction and increase during relaxation, although the net effect is an increase in flow during contraction. When contractions cease, a further increase in flow occurs because mechanical compression of the vasculature is removed. The bottom panel shows that sustained, tetanic contractions generate high intramuscular forces that compress the vasculature and reduce flow. When contraction ceases, a large hyperemia follows.

during muscle contraction contribute to the vasodilation. Tissue hypoxia, particularly when blood flow is mechanically compromised during forceful sustained muscle contractions, may provide a signal for vasodilation. Evidence also exists that increased endothelial release of nitric oxide contributes to the dilation of the vasculature. Other suggested mechanisms include increased levels of lactic acid, $CO_2$, and $H^+$ and hyperosmolarity. Another mechanism that facilitates blood flow during coordinated contractions of groups of muscles (as occurs during normal physical activity such as running) is the skeletal muscle pump (see Chapter 5). Regardless of the mechanisms involved in producing active hy-

peremia, the outcome is that there is a close correlation between the increase in oxygen consumption and the increase in blood flow during muscle contraction.

Skeletal muscle vasculature is innervated primarily by sympathetic adrenergic fibers. The norepinephrine released by these fibers binds to α-adrenoceptors and causes vasoconstriction. Under resting conditions, a significant portion of the vascular tone is generated by sympathetic activity, so that if a resting muscle is suddenly denervated or the α-adrenoceptors are blocked pharmacologically by a drug such as phentolamine, blood flow will transiently increase two to three-fold until local regulatory mechanisms reestablish a

Executive Editor: Betty Sun
Managing Editor: Crystal Taylor
Marketing Manager: Joseph Schott
Production Editor: Jennifer Ajello
Designer: Doug Smock
Compositor: Graphic World
Printer: Data Reproductions Corporation

Copyright © 2005 Lippincott Williams & Wilkins

351 West Camden Street
Baltimore, MD 21201
530 Walnut Street
Philadelphia, PA 19106

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any
form or by any means, including photocopying, or utilized by any information storage and retrieval system
without written permission from the copyright owner.

The publisher is not responsible (as a matter of product liability, negligence, or otherwise) for any injury
resulting from any material contained herein. This publication contains information relating to general
principles of medical care that should not be construed as specific instructions for individual patients.
Manufacturers' product information and package inserts should be reviewed for current information,
including contraindications, dosages, and precautions.

Printed in the United States of America

Library of Congress Cataloging-in-Publication Data is available: 0-7817-5030-X

The publishers have made every effort to trace the copyright holders for borrowed material. If they
have inadvertently overlooked any, they will be pleased to make the necessary arrangements at the first
opportunity.

To purchase additional copies of this book, call our customer service department at (800) 638-3030 or fax
orders to (301) 824-7390. International customers should call (301) 714-2324.

Visit Lippincott Williams & Wilkins on the Internet: http://www.LWW.com. Lippincott Williams &
Wilkins customer service representatives are available from 8:30 am to 6:00 pm, EST.

05 06 07 08 09
1 2 3 4 5 6 7 8 9 10

# Prefa[...]

Cardiovascul[...]
ditionally en[...]
such as the [...]
chanics of n[...]
control syste[...]
have gained [...]
endothelial [...]
ion channels [...]
nisms that re[...]
tion. This n[...]
nisms has [...]
understandin[...]
also how ph[...]
tients with [...]
*vascular Phy*[...]
provide med[...]
science stude[...]
ditional biop[...]
lular physiol[...]

This textb[...]
to aid the re[...]
begins with [...]
rect the read[...]
supplemente[...]
force fundam[...]
important c[...]
end of each [...]
readings are [...]
view questio[...]
as a self-asse[...]

Many top[...]
placed in a n[...]
underlying p[...]
ease states [...]
blood pressu[...]



# CARDIOVASCULAR
# PHYSIOLOGY CONCEPTS
## RICHARD E. KLABUNDE

LIPPINCOTT WILLIAMS & WILKINS

Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 9

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

# 24
# HIGH–CARDIAC OUTPUT STATES

*by William Grossman, M.D., and Eugene Braunwald, M.D.*

METABLIC DETERMINANTS OF
CARDIAC OUTPUT . . . . . . . . . . . . . . . . . .  807

Oxygen Requirements of the Tissues . . . . . . . . .  807
Heat Dissipation and Conservation . . . . . . . . . .  809

CARDIAC RESPONSE TO INCREASES IN
OUTPUT LOAD . . . . . . . . . . . . . . . . . . . . . .  809

CONDITIONS ASSOCIATED WITH
SUSTAINED INCREASES IN CARDIAC
OUTPUT . . . . . . . . . . . . . . . . . . . . . . . . . . .  810

Anemia . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  810
Hyperthyroidism . . . . . . . . . . . . . . . . . . . . . .  812
    Thyrotoxic Heart Disease . . . . . . . . . . . . .  813
Systemic Arteriovenous Fistulas . . . . . . . . . . . .  813

Congenital Arteriovenous Fistulas . . . . . . .  814
    Acquired Arteriovenous Fistulas . . . . . . . .  814
Beriberi Heart Disease . . . . . . . . . . . . . . . . .  814
Paget's Disease . . . . . . . . . . . . . . . . . . . . . .  817
Fibrous Dysplasia (Albright's Syndrome) . . . . . .  817
Pregnancy . . . . . . . . . . . . . . . . . . . . . . . . . .  817
Hyperkinetic Heart Syndrome . . . . . . . . . . . . .  817
Hepatic Disease . . . . . . . . . . . . . . . . . . . . . .  819
Renal Disease . . . . . . . . . . . . . . . . . . . . . . .  819
Pulmonary Disease . . . . . . . . . . . . . . . . . . . .  820
Polycythemia Vera . . . . . . . . . . . . . . . . . . . .  820
Carcinoid Syndrome . . . . . . . . . . . . . . . . . . .  820
Dermatological Disorders . . . . . . . . . . . . . . . .  820
Obesity . . . . . . . . . . . . . . . . . . . . . . . . . . . .  820

REFERENCES . . . . . . . . . . . . . . . . . . . . . . .  821

## METABOLIC DETERMINANTS OF CARDIAC OUTPUT

Discussion of high–cardiac output states should begin with a definition of normal cardiac output and a brief review of the factors that determine cardiac output. The quantity of blood delivered to the systemic circulation per unit of time is termed the *cardiac output*, generally expressed in liters per min. For a normal adult weighing 70 kg, resting cardiac output is approximately 6.25 liters/min.[1] Since the total volume of blood contained in the vascular system is approximately 75 ml/kg body weight in normal subjects,[2] or 5.2 liters in a 70-kg man, it is apparent that the total blood volume is moved around the circulation in a little less than 1 minute. Transient but substantial increases in cardiac output normally occur in response to changing metabolic demands, such as with exercise. However, a sustained increase in cardiac output—the subject of this chapter—is distinctly abnormal and contributes significantly to the symptoms and clinical presentation of several disease states.

The blood pumped by the heart delivers oxygen and a variety of substrates to the metabolizing tissues and removes carbon dioxide and other products of metabolism. In addition, blood transfers the heat generated by metabolic activity from the internal organs to the cutaneous bed, where it is dissipated. Derangement of any of the homeostatic mechanisms by which these functions are regulated can result in sustained deviations of the cardiac output (either increases or decreases) from its normal value.

### Oxygen Requirements of the Tissues

The average normal adult consumes 130 ml/sq meter of oxygen each minute, delivered by the blood to metabolical- ly active tissues. If arterial blood normally contains 19 ml $O_2$/dl (95 per cent saturation if oxygen carrying capacity equals 20 ml $O_2$/dl), and if cardiac output equals 3.25 liters/min/sq meter, then by Fick's principle (p. 289) the mixed venous blood returning from metabolically active tissue will have an oxygen content of approximately 15 ml/dl, i.e., an oxygen saturation of 75 per cent. The arteriovenous oxygen difference of 4 ml/dl represents the average normal extraction of oxygen by the body's tissues in the basal state. This average extraction represents a heterogeneity of metabolic activities, with skin, kidney, and skeletal muscle extracting relatively little oxygen in the basal state, whereas the heart extracts approximately 12 ml $O_2$/dl at rest.

As tissue metabolism increases, the arteriovenous oxygen difference rises and is limited at constant flow by a factor termed the *extraction reserve*. The normal extraction reserve for oxygen is 3, which means that given the augmented metabolic demand, the tissues can extract three times the normal quantity of oxygen, i.e., $3 \times 4$ ml $O_2$/dl = 12 ml $O_2$/dl.[3] Thus, if arterial saturation remains constant at 95 per cent, full utilization of the extraction reserve results in a mixed venous oxygen content of 7 ml/dl $(19 - 12 $ ml/dl$)$, or 35 per cent saturation, which corresponds to the pulmonary arterial oxygen saturation found in normal subjects studied at maximal exercise.

It is of interest that this value of 3 for the extraction reserve of oxygen predicts that in progressive cardiac decompensation, in order to meet the basal oxygen requirements of the body, oxygen extraction will increase until the arteriovenous oxygen difference has tripled, i.e., until the limit of extraction reserve has been reached and cardiac output has fallen to one-third its normal value. Further reduction of cardiac output results in systemic hypoxia, anaerobic metabolism, metabolic acidosis, and eventually circulatory collapse. It has been observed repeatedly that a persistent

807

fall in resting cardiac output to below one-third of normal resting values is incompatible with life. However, long before the cardiac output has declined to this low level, the heart will be unable to meet the augmented requirements of the metabolizing tissues during activity or in resting patients with a hyperkinetic state, such as pregnancy or hyperthyroidism.

Under basal or near-basal conditions in the intact subject, most changes in cardiac output can be accounted for by changes in the capacity of the peripheral vascular bed to return blood to the heart, which, in turn, causes alterations in the preload. Conditions that lower peripheral vascular resistance are among the most important factors augmenting the venous return and therefore elevating cardiac output. These include anemia, arteriovenous fistulas, beriberi, thyrotoxicosis, pregnancy, and Paget's disease. A reduction in vascular resistance also occurs in (1) muscular exercise, in which dilatation occurs in the arterioles supplying the exercising muscles; (2) fever, in which there is reduced vascular resistance as a consequence of dilated cutaneous vessels; and (3) severe anoxia, in which generalized vascular dilatation also often occurs. These reductions in vascular resistance increase cardiac output not only by lowering ventricular afterload but also by reducing the impedance to venous return, thus tending to increase ventricular preload.

Guyton has properly emphasized the significance of venous return in the regulation of cardiac output.[3] He has pointed out that the ratio of blood volume to capacitance of the systemic circulation determines the level of peripheral venous pressure and that this ratio is a prime determinant of the venous pressure gradient (i.e., the pressure difference between the small veins and the right atrium), which is closely related to the force that returns blood to the heart. According to this formulation, an augmentation of blood volume or reduction of venous capacitance will raise this gradient, augment venous return, and, in the presence of normal cardiac function, increase cardiac output.

As pointed out in Chapters 13 and 14, cardiac output depends upon the interactions of intrinsic myocardial contractility with the prevailing conditions of myocardial

loading. Figure 24–1 describes this interaction in terms of the resting and active left ventricular pressure-volume relationships. According to this formulation,[4–6] ACDE represents the control cardiac cycle (Fig. 24–1). End-diastolic pressure and volume are indicated by point A, isovolumetric contraction by line ABC, ejection by line CD, isovolumetric relaxation by line DE, and diastolic filling by segment EA. This type of construction is based on the concept that at constant contractility, ventricular pressure and volume at end systole (point D) always return to the active pressure-volume relationship (upper curve) (Fig. 12–26, p. 432). When left ventricular afterload is decreased, as occurs with the reduction of systemic vascular resistance and blood viscosity (characteristic of most of the conditions discussed in this chapter[7]), the resultant cardiac cycle is denoted by ABFG, which has a considerably larger stroke volume ($SV_y$) than the control stroke volume for cycle ABCDE ($SV_x$). If left ventricular preload now rises, as occurs with an arteriovenous fistula and many of the other conditions to be discussed, the resultant cardiac cycle would be denoted by HIFG, with stroke volume $SV_z$ rising further still. Thus, the reduction of afterload and increase in preload act in concert to augment stroke volume, in some instances quite strikingly. With no change in heart rate or preload, this lowering of afterload will be translated into an increase in cardiac output.

Increases in contractility, not illustrated in Figure 24–1, would cause the active pressure-volume relationship curve to shift upward and to the left, so that at any given preload and afterload left ventricular ejection would proceed to a smaller end-systolic volume, thereby delivering a larger stroke volume. Since the minute cardiac output is the product of stroke volume and heart rate, the latter is also an important determinant of the cardiac output.

Left ventricular afterload is influenced by a number of variables, including the tone of the systemic arterioles, elasticity of the aorta and large arteries, viscosity of the blood, presence of aortic stenosis, and size and thickness of the left ventricle (Chap. 14). Left ventricular preload is a function of the condition of the mitral valve, compliance of the left ventricle, blood volume, venous tone, and vigor and timing of left atrial contraction. Most importantly, it



VOLUME

**FIGURE 24–1**  Influence of alterations in preload and afterload on left ventricular stroke volume. Reduction in afterloads leads to augmentation of stroke volume if preload is held constant, whereas augmentation of preload increases stroke volume if afterload is constant. In most conditions associated with a high-cardiac output state, both afterload reduction and preload augmentation are present. The control cardiac cycle is inscribed by points ABCDE; pure afterload reduction leads to cycle ABFG; a cycle demonstrating both afterload reduction and preload augmentation is indicated by HIFG. $SV_x$ represents the stroke volume of the control cycle, $SV_y$ the augmented stroke volume effected by afterload reduction alone, and $SV_z$ the stroke volume with combined afterload reduction and preload augmentation, as might be seen with an arteriovenous fistula.

is a function of the venous return to the left atrium; this in turn is determined by the pressure gradient responsible for the return of blood from the systemic veins to the right atrium and, of course, by the function of the right side of the heart as well as pulmonary vascular resistance. When the latter two parameters are normal, the venous return pressure gradient becomes the principal determinant of left ventricular preload.

## Heat Dissipation and Conservation

Body temperature and its regulation are important determinants of cardiac output. Hypothermia lowers cardiac output and hyperthermia raises it in an exponential relationship.[8,9] Temperature elevation raises cardiac output by means of two distinct mechanisms: (1) Cellular metabolism, and therefore oxygen consumption, and the production of vasodilator metabolites are a function of body temperature. With increased oxygen consumption and production of vasodilator metabolites, cardiac output rises as a consequence of reduced afterload and increased venous return, as described above. (2) Cutaneous blood flow is the principal means available to the body for temperature regulation. When total body metabolism is augmented or body temperature rises or both, marked increases in cutaneous blood flow to dissipate heat may be sufficient to increase total cardiac output substantially. The importance of this mechanism is evident in patients with the common forms of low-output congestive heart failure who are unable to increase cardiac output, cannot augment cutaneous blood flow, and therefore exhibit considerable difficulty with heat dissipation.

Substantial increases in cardiac output normally occur in response to increased environmental heat and humidity. Burch and associates have reported that in the humid tropical summer weather of New Orleans, measurements of cardiac output were 57 per cent greater than in an air-conditioned ward.[8,9] Since oxygen consumption was higher in the hot, humid environment, it was not possible to determine whether the increased output was simply a response to increased metabolic demand. However, the arterial–mixed venous oxygen difference either remained unchanged or fell, suggesting that the rise in cardiac output exceeded the oxygen requirement and reflected the body's attempt to increase the effectiveness of heat dissipation. Systemic arteriolar resistance falls in a hot and humid environment,[8] presumably reflecting dilatation of the cutaneous bed, and the resultant reduction in ventricular afterload and augmentation of venous return may be an important mechanism in mediating cardiac output.

## CARDIAC RESPONSE TO INCREASES IN OUTPUT LOAD

Just as the normal cardiovascular system can increase its activity to meet the augmented peripheral demands imposed by muscular exertion, the normal heart can tolerate the higher demands imposed by hypermetabolic states (e.g., fever, pregnancy, and hyperthyroidism) and hyperkinetic, nonhypermetabolic conditions (e.g., anemia, arteriovenous fistula, and beriberi) in which reduction of afterload and augmentation of venous return and preload lead to increased flow load. Relying on dilatation and hypertrophy as its principal compensatory mechanisms, the

heart can maintain normal tissue oxygenation for many years. On the other hand, when imposed on a heart whose function is intrinsically impaired, these increased demands cannot be met, and the physiological and clinical manifestations of heart failure appear.

Obviously there are exceptions to these basic principles. Extreme anemia (hematocrit < 15 per cent); the combination of severe anemia (hematocrit = 15 to 20 per cent) and arteriovenous fistula, as occurs in patients with renal failure with placement of an external shunt for hemodialysis (p. 1756); and the rapid development of severe hyperthyroidism (e.g., thyroid storm) or a large arteriovenous fistula (e.g., aortocaval) may overwhelm even a normal heart and result in heart failure.

Adaptation of the heart to an abnormal burden depends not only on the baseline state of myocardial function when the additional burden is imposed and on the magnitude of the burden, but also on the *rate* at which the new burden is added. Thus, severe anemia, thyrotoxicosis, and an arteriovenous fistula are far more likely to lead to cardiac decompensation when they develop suddenly rather than slowly. For this reason, conditions such as Paget's disease or Albright's syndrome, in which volume overload develops slowly, rarely, if ever, cause heart failure.

**HIGH-OUTPUT HEART FAILURE.** Cardiac output that was markedly elevated before the development of heart failure tends to remain high afterward, a condition termed *high-output heart failure*. The mechanisms responsible for the development of heart failure in these patients are complex and depend on the underlying disease process. In most of these conditions the heart is called upon to pump an abnormally large volume, and the effect on the myocardium is similar to that which occurs with regurgitant valvular lesions (Chap. 32). In addition, as discussed below, thyrotoxicosis and beriberi may impair myocardial metabolism directly, and severe anemia may interfere with myocardial function by producing myocardial hypoxia.

Clinically, it is sometimes difficult to distinguish between low-output and high-output heart failure. The normal range of cardiac output in the basal state is wide (2.6 to 4.0 liters/min/sq meter), and in many patients with so-called low-output heart failure, the cardiac output *at rest* may actually be within normal limits. On the other hand, in patients with high-output failure, cardiac output may not be excessive but rather is close to the upper limit of normal, particularly when heart failure is severe. Regardless of the absolute level of output, however, cardiac failure may be said to be present when the characteristic clinical manifestations are accompanied by a depression of the curve relating ventricular end-diastolic volume to cardiac performance or by a depression in the end-systolic or active ventricular pressure-volume relation (Figure 14–11, p. 477).

In the usual forms of low-output heart failure, the characteristically inadequate delivery of oxygen to the metabolizing tissues is reflected in an abnormally widened arterial–mixed venous oxygen difference (Chap. 14). In mild cases, this abnormality may become evident only during the stress of increased activity. In patients with high-output heart failure, the arterial–mixed venous oxygen difference is usually normal or may even be abnormally low, as in arteriovenous fistula, because the mixed venous oxygen saturation is raised by the admixture of blood that has been

shunted away from some of the metabolizing tissues. In such cases delivery of oxygen to these tissues is reduced, despite the low arterial–mixed venous oxygen difference. When heart failure occurs in patients with high cardiac output, the arterial–mixed venous oxygen difference still *exceeds* the level that existed after the level of cardiac output rose but *prior* to the development of heart failure, and therefore the cardiac output, although high in the normal range or elevated, is nonetheless lower than it was before heart failure developed.

## CONDITIONS ASSOCIATED WITH SUSTAINED INCREASES IN CARDIAC OUTPUT

### Anemia

Physiological Mechanisms. Anemia is most commonly responsible for a sustained increase in cardiac output, which occurs consistently when the hematocrit falls below 25 per cent.[10] When the anemia is associated with a condition that produces a marked rise in blood viscosity (which increases afterload), such as multiple myeloma or macroglobulinemia, cardiac output may fail to rise even in the absence of heart disease. Studies by Richardson and Guyton have supported a role for the lowered viscosity of blood in the high cardiac output of anemia.[7] In addition, Murray and Escobar found that when exchange transfusions were carried out in dogs with methemoglobinemia using blood in which viscosity was unaltered, cardiac output remained unchanged.[11] However, when a reduction of oxygen carrying capacity similar to that in methemoglobinemia was produced by an exchange transfusion with low-viscosity dextran, cardiac output rose. Fowler and Holmes produced acute anemia in dogs by exchange transfusion with low molecular weight (70,000 daltons) or high molecular weight (500,000 daltons) dextran.[12] The former produced a 93 per cent increase in cardiac output and the latter only a 43 per cent increase. Since the severity of the anemia was the same in both groups (hematocrit = 18 per cent), they concluded that the difference in cardiac output probably reflected the substantial differences in viscosity. Since an increase in cardiac output still occurred in the dogs with normal blood viscosity who received high molecular weight dextran, it is clear that lowered viscosity, although important, cannot be the sole cause of increased cardiac output. The reduced left ventricular afterload in anemia results from a reduction not only in blood viscosity but in systemic arteriolar tone as well. The mechanism responsible for the latter change is unclear, but local tissue hypoxia, lactic acidemia, and the accumulation of vasodilator metabolites such as adenosine and possibly of bradykinin may all play a role.

To investigate the adjustment of the peripheral circulation to severe anemia, Vatner et al. induced anemia in conscious dogs by progressive phlebotomy and volume replacement over a period of 2 to 4 weeks.[13] At a hematocrit of 22 per cent, heart rate was elevated and resistance to flow in the coronary and iliac beds was strikingly reduced, whereas resistance in the mesenteric and renal beds remained essentially constant. In the presence of more severe anemia (hematocrit = 14 per cent), resistance in the mesenteric and renal beds also declined. On exercise, both coronary and iliac blood flow rose further, but, in contrast to nonanemic dogs, in which mesenteric and renal flow remained constant during exercise, both the mesenteric and the renal blood flow fell markedly (Fig. 24–2). Thus in resting, conscious dogs, reduction in visceral flow is *not* a feature of the cardiovascular response to severe anemia, although some redistribution of blood flow does occur; however, the added stress of exercise during severe anemia results in substantial reductions in flow in at least the mesenteric and renal vascular beds.

There is evidence that the autonomic nervous system plays a key role in the circulatory adaptation to anemia. The responses to severe isovolemic anemia in intact dogs were compared with those in dogs subjected to chronic cardiac denervation. The elevation of cardiac output was significantly greater in the intact animals than in the denervated ones. In intact dogs, the increase in cardiac output stemmed predominantly from a rise in heart rate, whereas elevations in stroke volume played a less important role. In contrast, in the cardiac denervated dogs, the increase in cardiac output tended to be the result of an augmented stroke volume.[14] In this connection the finding of Liang and Huckabee that tissue hypoxia can lead to an autonomic reflex response resulting in reduced arteriolar resistance is of considerable interest.[15] Thus, it may be concluded that an intact autonomic nervous system is necessary for mediation of the normal circulatory response to acutely induced anemia.

Duke and Abelmann studied 24 patients with chronic



**EXERCISE (5 MPH)**

| | | |
|---|---|---|
| ARTERIAL PRESSURE (mmHg) | 200 / 100 / 0 | |
| MEAN PRESSURE (mmHg) | 200 / 100 / 0 | |
| CORONARY FLOW VELOCITY (cm/sec) | 120 / 60 / 0 | |
| MEAN CORONARY FLOW (ml/min) | 250 / 125 / 0 | |
| HEART RATE (beats/min) | 300 / 150 / 0 | |
| MESENTERIC FLOW VELOCITY (cm/sec) | 120 / 60 / 0 | |
| MEAN MESENTERIC FLOW (ml/min) | 500 / 250 / 0 | |
| RENAL FLOW VELOCITY (cm/sec) | 120 / 60 / 0 | |
| MEAN RENAL FLOW (ml/min) | 300 / 150 / 0 | |

**FIGURE 24–2** Response of an anemic dog to exercise. Phasic and mean arterial pressures and phasic and mean blood flows in the coronary, mesenteric, and renal beds are shown along with heart rate. In each case regional flow was initially recorded simultaneously with arterial pressure. (From Vatner, S. F., et al.: Regional circulatory adjustments to moderate and severe chronic anemia in conscious dogs at rest and during exercise. Circ. Res. 30:731, 1972; by permission of the American Heart Association, Inc.)



# HEART DISEASE

*A Textbook of Cardiovascular Medicine*

BRAUNWALD

*SECOND EDITION*

# HEART DISEASE

## A Textbook of Cardiovascular Medicine

*Edited by*

### EUGENE BRAUNWALD, M.D.

Hersey Professor of the Theory and Practice of Physic;
Herman Ludwig Blumgart Professor of Medicine, Harvard Medical School;
Chairman, Department of Medicine,
Brigham and Women's and Beth Israel Hospitals, Boston

1984

### W. B. SAUNDERS COMPANY

PHILADELPHIA · LONDON · TORONTO · MEXICO CITY · RIO DE JANEIRO · SYDNEY · TOKYO

W. B. Saunders Company:    West Washington Square
Philadelphia, PA 19105

1 St. Anne's Road
Eastbourne, East Sussex BN21 3UN, England

1 Goldthorne Avenue
Toronto, Ontario M8Z 5T9, Canada

Apartado 26370 — Cedro 512
Mexico 4, D.F., Mexico

Rua Coronel Cabrita, 8
Sao Cristovao Caixa Postal 21176
Rio de Janeiro, Brazil

9 Waltham Street
Artarmon, N.S.W. 2064, Australia

Ichibancho, Central Bldg., 22-1 Ichibancho
Chiyoda-Ku, Tokyo 102, Japan

Library of Congress Cataloging in Publication Data
  Main entry under title:

Heart disease.

    Includes bibliographical references and index.
    1. Heart—Diseases. I. Braunwald, Eugene.
[DNLM: 1. Heart diseases—Complications. WG 200
H4364]
RC681.H362    1984    616.1'2    83-2850
ISBN 0-7216-1938-X (single v.)
ISBN 0-7216-1939-8 (v. 1)
ISBN 0-7216-1940-1 (v. 2)
ISBN 0-7216-1941-X (set)

ISBN: SINGLE VOLUME  0-7216-1938-X
ISBN: VOLUME 1  0-7216-1939-8
ISBN: VOLUME 2  0-7216-1940-1
ISBN: SET  0-7216-1941-X

HEART DISEASE

© 1984 by W. B. Saunders Company.   Copyright 1980 by W. B. Saunders Company.   Copyright under the Uniform Copyright Convention.   Simultaneously published in Canada.   All rights reserved.   This book is protected by copyright.   No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.   Made in the United States of America.   Press of W. B. Saunders Company. Library of Congress catalog card number 83-2850

Last digit is the print number:  9  8  7  6  5  4  3  2  1