Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 10

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

474

CH 19



FIGURE 19-18  Patterns of contraction and relaxation in vascular smooth muscle. For example, the angiotensin II (A-II) signaling system is coupled through a G protein to phospholipase C (PLC), which breaks down phosphatidylinositol (PIP₂) to 1,2-diacylglycerol (DAG) and inositol triphosphate (IP₃). DAG translocates protein kinase C from cytosol to the sarcolemma, thereby activating PKC. Signals beyond PKC are not clear. It may phosphorylate ion channels to give the sustained vasoconstrictive response. IP₃ releases calcium from the sarcoplasmic reticulum to initiate vascular smooth muscle contraction. Other vasoconstrictors such as endothelin (ET receptor) act by the same signal system. In response to norepinephrine (NE), an alpha₁-agonist, a similar sequence of events occurs to promote contraction. Relaxation is achieved by inhibition of myosin kinase when either cyclic guanosine monophosphate (cGMP) or cyclic adenosine monophosphate (cAMP) is formed in response, respectively, to nitric oxide (NO*) or adenosine (A). AC = adenylyl cyclase; GC = guanylyl cyclase. (Modified from Opie LH: Heart Physiology, from Cell to Circulation. Philadelphia, Lippincott Williams & Wilkins, 2004. Copyright L. H. Opie, © 2004.)

more myofibers enter the contracted state, pressure development in the left ventricle proceeds. The interaction of actin and myosin increases, and cross-bridge cycling is augmented. When the pressure in the left ventricle exceeds that in the aorta, the aortic valve opens, usually a clinically silent event. Opening of the aortic valve is followed by the phase of *rapid ejection*. The rate of ejection is determined not only by the pressure gradient across the aortic valve but also by the elastic properties of the aorta and the arterial tree, which undergoes systolic expansion. LV pressure rises to a peak and then starts to fall.

**LEFT VENTRICULAR RELAXATION.** As the cytosolic calcium ion concentration starts to decline because of uptake of calcium into the SR under the influence of activated phospholamban, more and more myofibers enter the state of relaxation and the rate of ejection of blood from the left ventricle into the aorta falls (*phase of reduced ejection*). During this phase, blood flow from the left ventricle to the aorta rapidly diminishes but is maintained by aortic recoil—the Windkessel effect. The pressure in the aorta exceeds the falling pressure in the left ventricle. The aortic valve closes, creating the first component of the second sound, A₂ (the second component, P₂, results from closure of the pulmonary valve as the pulmonary artery pressure exceeds that in the right ventricle). Thereafter, the ventricle continues to relax. Because the mitral valve is closed during this phase, the LV volume cannot change (*isovolumic relaxation*). When the LV pressure falls to below that in the left atrium, the mitral valve opens (normally silent) and the filling phase of the cardiac cycle restarts (see Fig. 19-19).

**LEFT VENTRICULAR FILLING PHASES.** As LV pressure drops below that in the left atrium, just after mitral valve opening, the *phase of rapid or early filling* occurs to account for most of ventricular filling.[68] Active diastolic relaxation of the ventricle may also contribute to early filling (see section on ventricular suction). Such rapid filling may cause the physiological third heart sound (S₃), particularly when there is a hyperkinetic circulation.[69] As pressures in the atrium and ventricle equalize, LV filling virtually stops (*diastasis*, separation). Renewed filling requires that the pressure gradient from the atrium to the ventricle increase. This is achieved by *atrial systole* (or the *left atrial booster*), which is especially important when a high cardiac output is required as during exercise or when the left ventricle fails to relax normally as in LV hypertrophy.[68]

## Definitions of Systole and Diastole

In Greek, *systole* means contraction and *diastole* means "to send apart." The start of systole can be regarded as either (1) the beginning of isovolumic contraction when LV pressure exceeds the atrial pressure or (2) mitral valve closure (M₁). These correspond reasonably well because mitral valve closure actually occurs only about 20 milliseconds after the crossover point of the pressures. Thus, in practice the term isovolumic contraction often also includes this brief period of early systolic contraction even before the mitral valve shuts, when the heart volume does not change substantially. *Physiological systole* lasts from the start of isovolumic contraction (at which LV pressure crosses over atrial pressure, see Fig. 19-19) to the peak of the ejection phase, so that physiological diastole commences as the LV pressure starts to fall (Table 19-4).

| TABLE 19-4 | Physiological Versus Cardiologic Systole and Diastole | |
|---|---|
| **Physiological Systole**<br>Isovolumic contraction<br>Maximal ejection | **Cardiologic Systole**<br>From M₁ to A₂, including:<br>Major part of isovolumic contraction*<br>Maximal ejection<br>Reduced ejection |
| **Physiological Diastole**<br>Reduced ejection<br>Isovolumic relaxation<br>Filling phases | **Cardiologic Diastole**<br>A₂-M₁ interval (filling phases included) |

*Note that M₁ occurs with a definite albeit short delay after the start of LV contraction.

This concept fits well with the standard pressure-volume curve. *Physiological diastole* commences as calcium ions are taken up into the SR, so that myocyte relaxation dominates over contraction, and the LV pressure starts to fall as shown on the pressure-volume curve. In contrast, *cardiological systole* is demarcated by the interval between the first and second heart sounds, lasting from the first heart sound ($M_1$) to the closure of the aortic valve ($A_2$). The remainder of the cardiac cycle automatically becomes *cardiological diastole*. Thus, cardiological systole, demarcated by heart sounds rather than physiological events, starts fractionally later than physiological systole and ends significantly later. For the cardiologist, *protodiastole* is the early phase of rapid filling, the time when the third heart sound ($S_3$) can be heard. This sound probably reflects ventricular wall vibrations during rapid filling and becomes audible with an increase in LV diastolic pressure or wall stiffness or rate of filling.

In contrast stands another physiological concept, promulgated by Brutsaert and colleagues,[70] who argued that diastole starts much later, only when the whole of the contraction-relaxation cycle is over. According to this minority view, diastole would occupy only a short portion of the cardiac cycle.[70] This definition of diastole, although seldom used in cardiological practice, does give a reminder that abnormalities of LV contraction often underlie defective relaxation.

## Contractility Versus Loading Conditions

**CONTRACTILITY.** *Contractility is the inherent capacity of the myocardium to contract independently of changes in the preload or afterload.* It is a key word in our cardiological language. At a molecular level, an increase in contractility can be explained by enhanced interaction between calcium ions and the contractile proteins. Increased contractility means a greater rate of contraction to reach a greater peak force. Often, an increased contractility is associ-





The Lewis or Wiggers Cycle

**FIGURE 19–19** The mechanical events in the cardiac cycle, first assembled by Lewis in 1920[95] but first conceived by Wiggers in 1915.[66] Note that mitral valve closure occurs *after* the crossover point of atrial and ventricular pressures at the start of systole. For an explanation of phases a to g, see Table 19–3. Cycle length of 800 milliseconds for 75 beats/min. $A_2$ = aortic valve closure, aortic component of second sound; AO = aortic valve opening, normally inaudible; ECG = electrocardiogram; JVP = jugular venous pressure; $M_1$ = mitral component of first sound at time of mitral valve closure; MO = mitral valve opening, may be audible in mitral stenosis as the opening snap; $P_2$ = pulmonary component of second sound, pulmonary valve closure; $S_3$ = third heart sound; $S_4$ = fourth heart sound; $T_1$ = tricuspid valve closure, second component of first heart sound; a = wave produced by right atrial contraction; c = carotid wave artifact during rapid left ventricular ejection phase; v = venous return wave, which causes pressure to rise while tricuspid valve is closed. (Visual phases of the ventricular cycle at the bottom modified from Shepherd JT, Vanhoutte PM: The Human Cardiovascular System. New York: Raven Press, 1979, p 68. Modified from Opie LH: Heart Physiology, from Cell to Circulation. Philadelphia, Lippincott Williams & Wilkins, 2004.)

ated with enhanced rates of relaxation, called the *lusitropic effect*. Alternative names for contractility are the *inotropic state* (*ino*, fiber; *tropos*, to move) and the *contractile state*. Contractility is an important regulator of the myocardial oxygen uptake. Factors that increase contractility include

476 exercise, adrenergic stimulation, digitalis, and other inotropic agents.

**PRELOAD AND AFTERLOAD.** It is important to stress that any change in the contractile state should be independent of the loading conditions. The *preload* is the load present before contraction has started, at the end of diastole (the afterload is discussed later). The preload reflects the venous filling pressure that fills the left atrium, which in turn fills the left ventricle during diastole. When the preload increases, the left ventricle distends during diastole, and the stroke volume rises according to Starling's law (see next section). The heart rate is also increased by stimulation of the atrial mechanoreceptors that enhance the rate of discharge of the sinoatrial node. Thus, the cardiac output (stroke volume times heart rate) rises.



CH 19

## Starling's Law of the Heart

**VENOUS FILLING PRESSURE AND HEART VOLUME.** Starling in 1918 related the venous pressure in the right atrium to the heart volume in the dog heart-lung preparation.[28] He proposed that, within physiological limits, the larger the volume of the heart, the greater the energy of its contraction and the amount of chemical change at each contraction. Starling did not, however, measure sarcomere length. He could only relate *LV volume* to cardiac output. This relationship holds in normal, compliant hearts. One modern version of Starling's law is that stroke volume is related to the end-diastolic volume. The LV volume can now be directly measured with two-dimensional echocardiography. Yet the value found depends on a number of simplifying assumptions such as a spherical LV shape and neglects the confounding influence of the complex anatomy of the left ventricle. In practice, therefore, the LV volume is not often measured; rather, use is made of a variety of surrogate measures such as LV end-diastolic pressure or the pulmonary capillary wedge pressure. The relation between LV end-diastolic volume and LV end-diastolic pressure is curvilinear depending on the LV compliance.

The venous filling pressure can be measured in humans, albeit indirectly by the technique of *Swan-Ganz catheterization*, as can the stroke volume. The LV pressure and volume are, however, not linearly related because of variations in the compliance of the myocardium. Therefore, a jump from pressure to volume is required to apply the Starling concept to the hemodynamic management of those who are critically ill and receiving a Swan-Ganz catheter.

**FRANK AND ISOVOLUMIC CONTRACTION.** If a larger heart volume increases the initial length of the muscle fiber, to increase the stroke volume and hence the cardiac output, then diastolic stretch of the left ventricle actually increases contractility. Frank in 1895 had already reported that the greater the initial LV volume, the more rapid the rate of rise, the greater the peak pressure reached, and the faster the rate of relaxation.[29] He described both a positive *inotropic effect* and an increased lusitropic effect. These complementary findings of Frank and Starling are often combined into the *Frank-Starling law*. Between them, they could account for two of the mechanisms underlying the increased stroke volume of exercise, namely both the increased diastolic filling (Starling's law) and the increased inotropic state (Frank's findings).

**AFTERLOAD.** The afterload is the systolic load on the left ventricle after it has started to contract. In the nonfailing heart, the left ventricle can overcome any physiological acute increase in load. Chronically, however, the left ventricle must hypertrophy to overcome sustained arterial hypertension or significant aortic stenosis. In clinical practice, the arterial blood pressure is often taken to be synonymous with the afterload while ignoring the *aortic compliance*—the extent to which the aorta can "yield" during systole. A stiff aorta, as

in isolated systolic hypertension of elderly people, increases the afterload.

**PRELOAD AND AFTERLOAD ARE INTERLINKED.** The preceding distinctions between preload and afterload do not allow for the situations in which the two change concurrently. By the Frank-Starling law, an increased LV volume leads to increased contractility, which in turn increases the systolic blood pressure and hence the afterload. Nonetheless, in general, the preload is related to the degree to which the myocardial fibers are stretched at the end of diastole, and the afterload is related to the wall stress generated by those fibers during systole.

**FORCE-LENGTH RELATIONSHIPS AND CALCIUM TRANSIENTS.** Proof that there is no increase in the calcium transient as the sarcomere length increases is provided by direct measurements (Fig. 19–20). The favored explanation for the steep length-tension relation of cardiac muscles is *length-dependent activation*, whereby an increase in calcium sensitivity is the major factor explaining the steep increase of force development as the initial sarcomere length increases. This change may be explained by stretch of the titin molecule (see Fig. 19–4). Is the degree of overlap of actin and myosin also involved? Whereas the overlap theory explains the force-length relationship in skeletal muscle, in cardiac muscle the situation is different (Fig. 19–21). In cardiac muscle, even at 80 percent of the maximal length, only 10 percent or less of the maximal force is developed. Thus, it can be predicted that cardiac sarcomeres must function near the upper limit of their maximal length ($L_{max}$). Rodriguez and colleagues[71] have tested this prediction by relating sarcomere length changes to volume changes of the intact heart. By implanting small radiopaque beads in only about 1 cm³ of the LV free wall and using biplane cineradiography, the motion of the markers could be tracked through various cardiac cycles with allowances made for local myocardial deformation. Thus, the change in sarcomere length from approximately 85 percent of $L_{max}$ to $L_{max}$ itself is able to effect physiological LV volume changes (Fig. 19–22). This estimate is remarkably close to the normal fiber shortening of 15 percent in the human heart in situ.[72]

**ANREP EFFECT: ABRUPT INCREASE IN AFTERLOAD.** When the aortic pressure is elevated abruptly, a positive inotropic effect follows within 1 or 2 minutes. This effect used to be called homeometric autoregulation (*homeo*, the same; *metric*, length) because it was apparently independent of muscle length and by definition a true inotropic effect. A reasonable speculation would be that increased LV wall tension could act on myocardial stretch receptors to increase cytosolic sodium and then, by $Na^+/Ca^{2+}$ exchange, the cytosolic calcium. Thus, this effect would be different from that of an increase in preload (which acts by length activation).



**FIGURE 19–20**   Length sensitization of the sarcomere. **Top,** The sarcomere length (SL) is 1.65 μm, which gives very little force (f) development [see Fig. 19–7]. **Bottom,** At a near-maximum sarcomere length (see Fig. 19–7), the same $Ca^{2+}$ transient (c) with the same peak value and overall pattern causes much greater force development. Therefore, there has been length-induced calcium sensitization. (Modified from Backx PH, ter Keurs HEDJ. Fluorescent properties of rat cardiac trabeculae microinjected with fura-2 salt. Am J Physiol 264:H1098, 1993.)



**FIGURE 19–21** Force-length relationship. Schematic drawing illustrating general shape of ascending limb in skeletal (A) and cardiac (B) muscle. Normalized force is plotted as a function of normalized length, that is, length relative to the length at which maximum force is generated ($L_{max}$). Also shown is the approximate disposition of thick and thin filaments at different points along the physiologically relevant portion of the ascending limb. The maximum length ($L_{max}$ 100%) corresponds to the situation at maximum sarcomere lengths, 2.2 mm (Fig. 19–22) or 2.15 mm (Fig. 19–20). (Modified from Fuchs F: Mechanical modulation of the Ca²⁺ regulatory protein complex in cardiac muscle. News Physiol Sci 10:6, 1995.)



**FIGURE 19–22** Changes in sarcomere length during a typical cardiac contraction-relaxation cycle. During diastole the sarcomere length is 2.2 μm, decreasing to 1.90 μm during systole in the intact dog heart. Starting at the top right, the *preload* is the maximum sarcomere length just before the onset of contraction. As ejection decreases the left ventricular volume, by somewhat more than half, sarcomere length falls from 2.20 to 1.90 μm. Then, during the rapid phase of filling (see Fig. 19–19), the sarcomere length increases from 1.90 to 2.15 mm to be followed by the phase of constant sarcomere length (diastasis). (Modified from Rodriguez EK, Hunter WC, Royce MJ, et al: A method to reconstruct sarcomere lengths and orientations from transmural sites in beating canine hearts. Am J Physiol 263:H293, 1992, with permission of the American Physiological Society.)

## Wall Stress

Stress develops when tension is applied to a cross-sectional area, and the units are force per unit area. According to the Laplace law (Fig. 19–23):

$$\text{Wall stress} = \frac{\text{pressure} \times \text{radius}}{2 \times \text{wall thickness}}$$



**FIGURE 19–23** Wall stress increases as the afterload increases. The formula shown is derived from the Laplace law. The increased left ventricular (LV) pressure in aortic stenosis is compensated for by LV wall hypertrophy, which decreases the denominator on the right side of the equation. (Modified from Opie LH: Heart Physiology, from Cell to Circulation. Philadelphia, Lippincott Williams & Wilkins, 2004. Copyright L. H. Opie, © 2004.)

This equation, although an oversimplification, emphasizes two points. First, the bigger the left ventricle and the greater its radius, the greater the wall stress. Second, at any given radius (LV size), the greater the pressure developed by the left ventricle, the greater the wall stress. An increase in wall stress achieved by either of these two mechanisms (LV size or intraventricular pressure) increases myocardial oxygen uptake because a greater rate of ATP use is required as the myofibrils develop greater tension.

In cardiac hypertrophy, Laplace's law explains the effects of changes in wall thickness on wall stress (see Fig. 19–23). The increased wall thickness related to hypertrophy balances the increased pressure, and the wall stress remains unchanged during the phase of compensatory hypertrophy. This change, previously regarded as compensatory and beneficial, has been seriously challenged by a mouse model in which the process of hypertrophy was genetically inhibited so that wall stress increased in response to a pressure load, yet these mice had better cardiac mechanical function than the wild type that developed compensatory hypertrophy (see Chap. 21).[37] Despite this "mighty mouse" challenge, it is difficult to see how a patient with significant aortic stenosis could develop the intraventricular pressure required to eject blood through the stenosed valve without the development of LV hypertrophy. Another clinically useful concept is that in congestive heart failure, the heart dilates so that the increased radius elevates wall stress. Furthermore, because ejection of blood is inadequate, the radius stays too large throughout the contractile cycle, and both end-diastolic and end-systolic tensions are higher. Reduction of heart size decreases wall stress and improves LV function.

**WALL STRESS, PRELOAD, AND AFTERLOAD.** *Preload* can now be defined more exactly as the wall stress at the end of diastole and therefore at the maximal resting length of the sarcomere (see Fig. 19–22). Measurement of wall stress in vivo is difficult because the radius of the left ventricle (see preceding sections) neglects the confounding influence of the complex anatomy of the left ventricle. Surrogate measurements of the indices of preload include LV end-diastolic

pressure or dimensions (the latter being the major and minor axes of the heart in a two-dimensional echocardiographic view). The *afterload*, being the load on the contracting myocardium, is also the wall stress during LV ejection. Increased afterload means that an increased intraventricular pressure has to be generated first to open the aortic valve and then during the ejection phase. These increases translate into an increased myocardial wall stress, which can be measured either as an average value or at end systole. *End-systolic wall stress* reflects the three major components of the afterload, namely the peripheral resistance, the arterial compliance, and the peak intraventricular pressure. Decreased arterial compliance and increased afterload can be anticipated when there is aortic dilation as in severe systemic hypertension or in elderly persons. Generally, in clinical practice, it is a sufficient approximation to take the systolic blood pressure as an indirect measure of the afterload (reflecting both peripheral resistance and peak intraventricular pressure), provided there is neither significant aortic stenosis nor change in arterial compliance.

**AORTIC IMPEDANCE.** Also termed *arterial input imped-ance*, aortic impedance gives another accurate measure of the afterload. The aortic impedance is the aortic pressure divided by the aortic flow at that instant, so that this index of the after-load varies at each stage of the contraction cycle. Factors that reduce aortic flow, such as high arterial blood pressure or aortic stenosis or loss of aortic compliance, increase imped-ance and hence the afterload. During systole, when the aortic valve is open, an increased afterload communicates itself to the ventricles by increasing wall stress. In LV failure, aortic impedance is augmented not only by peripheral vasocon-striction but also by decreases in aortic compliance. The problem with the clinical measurement of aortic impedance is that invasive instrumentation is required. An approxima-tion can be found by using transesophageal echocardiography to determine aortic blood flow at, for example, the time of maximal increase of aortic flow just after aortic valve opening.

## Heart Rate And Force-Frequency Relation

**TREPPE OR BOWDITCH EFFECT.** An increased heart rate progressively enhances the force of ventricular contraction, even in an isolated papillary muscle preparation (Bowditch staircase phenomenon). Alternative names are the *treppe* (steps, German) phenomenon or positive inotropic effect of activation or force-frequency relationship (Fig. 19–24). Con-versely, a decreased heart rate has a negative staircase effect. When stimulation becomes too rapid, force decreases. The proposal is that during rapid stimulation, more sodium and calcium ions enter the myocardial cell than can be handled by the sodium pump and the mechanisms for calcium ions. Opposing the force-frequency effect is the negative contrac-tile influence of the decreased duration of ventricular filling at high heart rates. The longer the filling interval, the better the ventricular filling and the stronger the subsequent con-traction. This phenomenon can be shown in patients with atrial fibrillation with a variable filling interval.

*Post-extrasystolic potentiation* and the inotropic effect of paired pacing can be explained by the same model, again assuming an enhanced contractile state after the prolonged interval between beats. Nonetheless, the exact cellular mech-anism remains to be clarified.

**FORCE-FREQUENCY RELATIONSHIP AND OPTIMAL HEART RATE.** Normally, peak contractile force at a fixed muscle length (isometric contraction) increases and a peak is reached at about 150 to 180 stimuli per minute.[73] This is the human counterpart of the treppe phenomenon. In situ, the optimal heart rate not only is the rate that would give maximal mechanical performance of an isolated muscle strip





**FIGURE 19–24** Bowditch or treppe phenomenon. An increased stimulation rate (B) increases the force of contraction (A). The stimulus rate is shown as the action potential duration on an analog analyzer where ms equals milliseconds. The tension developed by papillary muscle contraction is shown in mN (millinewtons). On cessation of rapid stimulation, the contraction force gradually declines. Hypothetically, the expla-nation for the increased contraction during the increased stimulation is repetitive Ca²⁺ entry with each depolarization and, hence, an accumulation of cytosolic calcium. (From Noble MIM: Excitation-contraction coupling. *In* Drake-Holland AJ, Noble MIM [eds]: Cardiac Metabolism. Chichester, England, John Wiley, 1983, pp 49-71.)

but also is determined by the need for adequate time for dias-tolic filling. In normal humans, it is not possible to attach exact values to the heart rate required to decrease rather than to increase cardiac output or to keep it steady. Atrial pacing rates of up to 150 per minute can be tolerated, whereas higher rates cannot because of the development of atrioventricular block. In patients with severe LV hypertrophy, the critical heart rate is between 100 and 130 per minute, with a fall-off in LV function at higher rates.[75]

## Myocardial Oxygen Uptake

**DETERMINANTS OF MYOCARDIAL OXYGEN DEMAND.** Myocardial oxygen demand can be increased by heart rate, preload, or afterload (Fig. 19–25), factors that can all precipitate myocardial ischemia in those with coronary artery disease. The O₂ uptake can be augmented by increased contractility as during beta-adrenergic stimulation. Because myocardial O₂ uptake ultimately reflects the rate of mito-chondrial metabolism and of ATP production, any increase of ATP requirement is reflected in increased O₂ uptake. In general, factors that increase wall stress increase the O₂ uptake. An increased afterload causes an increased systolic wall stress, which requires greater O₂ uptake. An increased diastolic wall stress, resulting from an increased preload, also requires more O₂ because the greater stroke volume must be ejected against the afterload. In states of enhanced contrac-tility, the rate of change of wall stress is increased. Thus, thinking in terms of wall stress provides a comprehensive approach to the problem of myocardial O₂ uptake. Because the systolic blood pressure is an important determinant of the afterload, a practical index of the O₂ uptake is systolic blood pressure × heart rate, the *double product*. In addition, there



**FIGURE 19–25** Major determinants of the oxygen demand of the normal heart. These are heart rate, wall stress, and contractility. For use of pressure-volume area as index of oxygen uptake, see Figure 19–26. (Modified from Opie LH: The Heart, Physiology, from Cell to Circulation. Philadelphia, Lippincott Raven, 1998. Copyright L. H. Opie, © 1998.)



**479**

**CH 19**

**FIGURE 19–26** Pressure-volume loop of left ventricle. Note the effects of beta-adrenergic catecholamines with both positive inotropic (increased slope of line $E_s$) and increased lusitropic (relaxant) effects. $E_s$ is the slope of the pressure-volume relationship. The total pressure-volume area (for control area, see a, b, c, d) is closely related to the myocardial oxygen uptake. The area c, d, e is the component of work spent in generating potential energy (PE). (Modified from Opie LH: Heart Physiology, from Cell to Circulation. Philadelphia, Lippincott Williams & Wilkins, 2004. Copyright L. H. Opie, © 2004.)

may be a metabolic component of the oxygen uptake that is usually small but may be prominent in certain special conditions, such as the "oxygen wastage" found with abnormally high circulating free fatty acid values. The concept of wall stress in relation to $O_2$ uptake also explains why heart size is such an important determinant of the myocardial $O_2$ uptake (because a larger radius increases wall stress).

**WORK OF THE HEART.** External work is done when, for example, a mass is lifted a certain distance. In terms of the heart, the cardiac output is the mass moved, and the resistance against which it is moved is the blood pressure. Because volume work requires less oxygen than pressure work, it might be supposed that external work is not an important determinant of the myocardial $O_2$ uptake. However, three determinants of the myocardial $O_2$ uptake are involved: preload (because it helps determine the stroke volume), afterload (in part determined by the blood pressure), and heart rate, as can be seen from the following formula:

$$\text{Minute work} = \text{SBP} \times \text{SV} \times \text{heart rate}$$

where SBP = systolic blood pressure and SV = stroke volume. Thus, it is not surprising that heart work is related to oxygen uptake. The *pressure-work index* takes into account the double product (SBP × HR) and the HR × stroke volume, i.e., cardiac output. The *pressure-volume area* is another index of myocardial $O_2$ uptake, requiring invasive monitoring for accurate measurements. External cardiac work can account for up to 40 percent of the total myocardial $O_2$ uptake.

*Internal Work (Potential Energy).* The total oxygen consumption is related to the total work of the heart (area a, b, c, d in Fig. 19–26), meaning both the external work (the area a, b, c, e) and the volume-pressure triangle joining the end-systolic volume-pressure point to the origin (the area c, d, e; marked PE).[76] Although this area has been called *internal work*, more strictly it should be called *potential energy* that

is generated within each contraction cycle but not converted to external work. Such potential energy at the end of systole (point c) may be likened to the potential energy of a compressed spring.

*Kinetic Work.* In strict terms, the work performed *(power production)* needs to take into account not only pressure but also kinetic components. It is the pressure work that has been discussed (product of cardiac output and peak systolic pressure). The kinetic work is the component required to move the blood against the afterload. Normally, kinetic work is less than 1 percent of the total. In aortic stenosis, kinetic work increases sharply as the cross-sectional area of the aortic valve narrows, whereas pressure work increases as the gradient across the aortic valve rises. Noninvasive measures of peak power production are being assessed as indices of cardiac contractility.

*Efficiency of Work.* The efficiency of work is the relation between the work performed and the myocardial oxygen uptake. Exercise increases the efficiency of external work, an improvement that offsets any metabolic cost of the increased contractility.[77] Metabolically, efficiency is increased by promotion of glucose rather than fatty acids as the major myocardial fuel.[78] Conversely, heart failure decreases the efficiency of work, possibly by beta-adrenergically promoted fatty acid metabolism.[79] The subcellular basis for changes in efficiency of work is not fully understood. Because as little as 12 to 14 percent of the oxygen uptake may be converted to external work,[77] it is probably the "internal work" that becomes more or less demanding. Internal ion fluxes ($Na^+/K^+/Ca^{2+}$) account for about 20 to 30 percent of the ATP requirement of the heart, so that most ATP is spent on actin-myosin interaction and much of that on generation of heat rather than on external work. An increased initial muscle length sensitizes the contractile apparatus to calcium (see Fig. 19–20), thereby theoretically increasing the efficiency of contraction by diminishing the amount of calcium flux required.

## Measurements of Contractility
(see also Chap. 20)

**FORCE-VELOCITY RELATIONSHIP AND MAXIMUM CONTRACTILITY IN MUSCLE MODELS.** If the concept of

**480** contractility is truly independent of the load and the heart rate, unloaded heart muscle stimulated at a fixed rate should have a maximum value of contractility for any given magnitude of the cytosolic calcium transient. This value, the $V_{max}$ of muscle contraction, is defined as the *maximal velocity of contraction* when there is no load on the isolated muscle or no afterload to prevent maximal rates of cardiac ejection. Beta-adrenergic stimulation increases $V_{max}$, and converse changes are found in the failing myocardium. $V_{max}$ is also termed $V_0$ (the maximum velocity at zero load). The problem with this relatively simple concept is that $V_{max}$ cannot be measured directly but is extrapolated from the peak rates of force development in unloaded muscle obtained from the intercept on the velocity axis. In another extreme condition, there is no muscle shortening at all (zero shortening), and all the energy goes into development of pressure ($P_0$) or force ($F_0$). This situation is an example of *isometric shortening* (*iso*, the same; *metric*, length). Because the peak velocity is obtained at zero load when there is no external force development, the relationship is usually termed the *force-velocity relationship*.

CH 19

The concept of $V_{max}$ has been subject to much debate over many years, chiefly because of the technical difficulties in obtaining truly unloaded conditions. Braunwald and coworkers[80] used cat papillary muscle to define a hyperbolic force-velocity curve, with $V_{max}$ relatively independent of the initial muscle length but increased by the addition of norepinephrine. Another preparation used to examine force-velocity relations involves single cardiac myocytes isolated by enzymatic digestion of the rat myocardium and then permeabilized with a staphylococcal toxin. Again, the force-velocity relation is hyperbolic, suggesting the existence of intracellular *passive elastic elements* that contribute to the load on the isolated myocyte. In fact, the more hyperbolic and increased curvilinear nature of the force-velocity relationship in isolated myocytes than in the papillary muscle suggests that internal passive forces such as those generated by titin (see Fig. 19–4) are greater than expected in the isolated myocytes. In the intact heart, the noncontractile components contribute relatively little to overall mechanical behavior, at least in physiological circumstances.[81] Data from both papillary muscle and sarcomeres suggest that in unloaded conditions the intrinsic contractility as assessed by $V_{max}$ does not change with initial fiber or sarcomere length.

**MECHANISM OF BETA-ADRENERGIC EFFECTS ON FORCE-VELOCITY RELATIONSHIP.** The data on papillary muscles showing that norepinephrine can increase $V_{max}$ could be explained by either an effect of beta-adrenergic stimulation on enhancing calcium ion entry or a direct effect on the contractile proteins, or both. Strang and coworkers[82] showed that either isoproterenol (beta stimulant) or PKA (intracellular messenger) increased $V_{max}$ by about 40 percent concurrently with phosphorylation of troponin I and of C protein in an isolated ventricular myocyte preparation. The overall concept would be that beta-adrenergic stimulation mediates the major component of its inotropic effect through increasing the cytosolic calcium transient and the factors controlling it, such as the rate of entry of calcium ions through the sarcolemmal L-type channels, the rate of calcium uptake under the influence of phospholamban into the SR, and the rate of calcium release from the ryanodine receptor in response to calcium entry in association with depolarization.

**ISOMETRIC VERSUS ISOTONIC CONTRACTION.** Despite the similarities in the force-velocity patterns in the data obtained on papillary muscle and isolated myocytes, it should be considered that a number of different types of muscular contraction may be involved. For example, data for $P_0$ are obtained under isometric conditions (length unchanged). When muscle is allowed to shorten against a steady load, the conditions are *isotonic* (*iso*, same; *tonic*, contractile force).

Thus, the force-velocity curve may be a combination of initial isometric conditions followed by isotonic contraction and then followed by the abrupt and total unloading to measure $V_{max}$. Although isometric conditions can be found in the whole heart as an approximation during isovolumic contraction, isotonic conditions cannot prevail because the load is constantly changing during the ejection period, and complete unloading is impossible. Therefore, the application of force-velocity relations to the heart in vivo is limited.

**PRESSURE-VOLUME LOOPS.** Accordingly, measurements of pressure-volume loops are among the best of the current approaches to the assessment of the contractile behavior of the intact heart. Major criticisms arise when it is assumed that $E_s$ is necessarily linear (it may be curvilinear) or when $E_s$ is used as an index of "absolute" contractility (for $E_s$, see Fig. 19–26). Also, in clinical practice, the need to change the loading conditions and the requirement for invasive monitoring, required for the full loop, lessen the usefulness of this index. To measure LV volume accurately and continuously throughout the cardiac cycle is not easy. During a positive inotropic intervention, the pressure-volume loop reflects a smaller end-systolic volume and a higher end-systolic pressure, so that the slope of the pressure-volume relationship ($E_s$) has moved upward and to the left (see Fig. 19–26). When the positive inotropic intervention is by beta-adrenergic stimulation, enhanced relaxation (lusitropic effect) results in a lower pressure-volume curve during ventricular filling than in controls.

**CONTRACTILITY**

*Defects in the Concept.* Despite all the foregoing procedures that can be adopted to attempt to measure true contractility, the concept has at least two serious defects: (1) the absence of any potential index that can be measured in situ and that is free of significant criticism and, in particular, the absence of any acceptable noninvasive index, and (2) the impossibility of separating the cellular mechanisms of contractility changes from those of load or heart rate. Thus, an increased heart rate through the sodium pump lag mechanism gives rise to increased cytosolic calcium, which is thought to explain the treppe phenomenon. An increased preload involves increased fiber stretch, which in turn causes length activation, explicable by sensitization of the contractile proteins to the prevailing cytosolic calcium concentration. An increased afterload may increase cytosolic calcium through stretch-sensitive channels. Thus, there is a clear overlap between contractility, which should be independent of load or heart rate, and the effects of load and heart rate on the cellular mechanisms. Hence, the traditional separation of inotropic state from load or heart rate effects as two independent regulators of cardiac muscle performance is no longer simple now that the underlying cellular mechanisms have been uncovered. An example of this dilemma arises in humans with atrial fibrillation and a constantly varying force-frequency relationship. Contractility as measured in situ by pressure-volume loops constantly changes from beat to beat, and the explanation could be either a "true" change in contractility or the operation of the Frank-Starling mechanism because of varying diastolic filling times.[83]

*The Concept Is Essential and the Search Continues.* Whatever the defects of the concept and the problems of measuring it, contractility remains an essential cardiac concept to separate the effects of a primary change in loading conditions or heart rate from an intrinsic change in the force of contraction. An analogy could be that the rate at which a truck travels is determined not only by external "loading" factors such as the weight of the goods carried on the back and the slope of the road but also by "internal" factors such as the horsepower of the engine and the gear used. Hence, the quest for the perfect index of contractility continues. Currently, tissue Doppler imaging is being assessed to provide

indices such as the rate of myocardial acceleration during the phase of isovolumic contraction.[84]

*Ventricular Relaxation and Diastolic Dysfunction* (see also Chaps. 20 and 21). Diastolic dysfunction and diastolic heart failure are frequently discussed but controversial topics.[85,86] Among the many complex physiological and pathological factors influencing relaxation, four are of chief interest. First, the cytosolic calcium level must fall to cause the relaxation phase, a process requiring ATP and phosphorylation of phospholamban for uptake of calcium into the SR (see Fig. 19–27). Second, the inherent viscoelastic properties of the myocardium are of importance. In the hypertrophied heart with increased fibrosis, relaxation occurs more slowly. Particularly in the early stages of the hypertrophied heart of hypertension and aortic stenosis, a situation arises in which systolic function is relatively well preserved but diastolic relaxation is impaired. The probable explanation is that hypertrophy is accompanied by increasing fibrosis.[87] Third, increased phosphorylation of troponin I enhances the rate of relaxation.[88] Fourth, relaxation is influenced by the systolic load.[88] Thus, the history of contraction affects cross-bridge relaxation. Within limits, the greater the systolic load, the faster the rate of relaxation.

This complex relationship has been explored in detail by Brutsaert and colleagues[70] but could perhaps be simplified as follows. When the workload is high, peak cytosolic calcium is also high. Thus, the rate of fall of calcium is also greater provided that the diastolic uptake mechanisms function effectively. In this way, a systolic pressure load and the rate of diastolic relaxation can be related. Furthermore, a greater muscle length (when the workload is high) at the end of systole should produce a more rapid rate of relaxation by the opposite of length-dependent sensitization. When the afterload exceeds a certain limit, relaxation is delayed[86] with diastolic dysfunction. Thus, in congestive heart failure caused by an excess systolic load, relaxation becomes increasingly afterload dependent, so that therapeutic reduction of the systolic load should improve LV relaxation.

**IMPAIRED RELAXATION AND CYTOSOLIC CALCIUM.** For these purposes, this chapter uses the clinical definition of diastole according to which diastole extends from aortic valve closure to the start of the first heart sound. The first phase of diastole is the isovolumic phase, which, by definition, does not contribute to ventricular filling. The second phase of rapid filling provides most of ventricular filling. The third phase of slow filling or diastasis accounts for only 5 percent of the total filling. The final atrial booster phase accounts for the remaining 15 percent.

*Isovolumic relaxation* is energy dependent, requiring ATP for the uptake of calcium ions by the SR (Fig. 19–27), which is an active, not a passive process. Impaired relaxation is an early event in angina pectoris. A proposed metabolic explanation is that there is impaired generation of energy, which diminishes the supply of ATP required for the early diastolic uptake of calcium by the SR. The result is that the cytosolic calcium level, at a peak in systole, has a delayed return to normal in the early diastolic period. In other conditions, too, there is a relationship between the rate of diastolic decay of the calcium transient and diastolic relaxation, with a relation to impaired function of the SR.[89] When the relaxation is prolonged by hypothyroidism, the return of the systolic calcium elevation is likewise delayed, whereas opposite changes occur in hyperthyroidism. In congestive heart failure, diastolic relaxation is also delayed and irregular, as is the rate of decay of the cytosolic calcium elevation. Most patients with coronary artery disease have a variety of abnormalities of diastolic filling, probably related to those also found in angina pectoris. Theoretically, such abnormalities of relaxation are potentially reversible because they depend on changes in patterns of calcium ion movement. Indices of the



**FIGURE 19–27** Factors governing the isovolumic relaxation phase of the cardiac cycle. This period of the cycle extends from the aortic second sound ($A_2$) to the crossover point between the left ventricular and left atrial pressures (see Fig. 19–20). The maximum negative rate of pressure development ($-dP/dt_{max}$), which gives the isovolumic relaxation rate, is measured either invasively or by a continuous-wave Doppler velocity spectrum in aortic regurgitation. Isovolumic relaxation is increased (+ sign) when the rate of calcium uptake into the sarcoplasmic reticulum (SR) is enhanced, for example during beta-adrenergic stimulation (see Fig. 19–15). Isovolumic relaxation may also be enhanced when phosphorylation of troponin I (TnI), as in response to beta-adrenergic stimulation, may decrease the affinity of the contractile system for calcium. ECG = electrocardiogram; LA = left atrium; LV = left ventricle. (Modified from Opie LH: Heart Physiology, from Cell to Circulation. Philadelphia, Lippincott Williams & Wilkins, 2004. Copyright L. H. Opie, © 2004.)

isovolumic phase and other indices of diastolic function are shown in Table 19–5.

**IS THERE VENTRICULAR SUCTION DURING EARLY FILLING?** Whether the LV suction by active relaxation could increase the pressure gradient from left atrium to left ventricle during the early filling phase remains controversial although well supported by data. An LV suction effect can be found by carefully comparing LV and left atrial pressures, and it occurs especially in the early diastolic phase of rapid filling. The sucking effect may be of most importance in mitral stenosis when the mitral valve does not open as it otherwise should in response to diastolic suction. During catecholamine stimulation, the rate of relaxation may increase to enhance the sucking effect and to prolong the period of filling. The currently proposed mechanism of sucking is as follows. In early diastole, myosin is pulled into the space between the two anchoring segments of titin (see Fig. 19–4) to lower the intraventricular pressure to below that in the atrium.[90]

**ATRIAL FUNCTION.** The left atrium, besides its well-known function as a blood-receiving chamber, helps to complete LV filling by presystolic contraction and the atrial booster function. The atrial pressure-volume loop is very different in shape from that of the ventricles. There are two parts, the overall loop somewhat resembling a figure of 8. The first phase of volume increase (v loop) reflects atrial filling and passive emptying, followed by atrial work (a loop) done during presystolic atrial contraction.[91] During atrial pacing, the preload is increased and the atria are distended so that the volume part of the loop is small and the contraction part of the loop is much enlarged.[91]

Two additional functions of the atria are as follows. First, it is the volume sensor of the heart, releasing atrial natriuretic peptide in response to intermittent stretch and several other stimuli including angiotensin II and endothelin. Second, the atrium contains receptors for the afferent arms of various reflexes including mechanoreceptors that increase the sinus discharge rate, thereby contributing to the tachycardia of exercise as the venous return increases (Bainbridge reflex). The atria have a number of differences in structure and

481

CH 19

Mechanisms of Cardiac Contraction and Relaxation

**482** function from the ventricles, having smaller myocytes with a shorter action potential duration as well as a more fetal type of myosin (in both heavy and light chains). The more rapid atrial repolarization is thought to be due to increased outward potassium currents, such as $I_{to}$ and $I_{KACh}$. In general, these histological and physiological changes can be related to the decreased need for the atria to generate high intrachamber pressures, rather being sensitive to volume changes, while retaining enough contractile action to help with LV filling and to respond to inotropic stimuli.

**MEASUREMENT OF ISOVOLUMIC RELAXATION.** The rate of isovolumic relaxation is best measured by negative

CH 19

| TABLE 19–5  Some Indices of Diastolic Function |
| :--- |
| **Isovolumic Relaxation** |
| $(-)dP/dt_{max}$ (Fig. 19–28) |
| Aortic closing–mitral opening interval |
| Peak rate of LV wall thinning |
| Time constant of relaxation ($\tau$) |
| |
| **Early Diastolic Filling** |
| Relaxation kinetics on ERNA (rate of volume increase) |
| Early filling phase (E phase) on Doppler transmitral velocity trace |
| |
| **Diastasis** |
| Pressure-volume relation indicates compliance |
| |
| **Atrial Contraction** |
| Invasive measurement of atrial and ventricular pressures |
| Doppler transmitral pattern (E to A ratio) |
| |
| A = atrial contraction phase; E = early filling phase; ERNA = equilibrated radionuclide angiography; LV = left ventricular. |

$dP/dt_{max}$ at invasive catheterization. *Tau*, the time constant of relaxation, describes the rate of fall of LV pressure during isovolumic relaxation and also requires invasive techniques for precise determination. Tau is increased as the systolic LV pressure rises. Other indices of isovolumic relaxation can be obtained echocardiographically or from tissue Doppler measurements to monitor the peak rate of wall thinning.

**DIASTOLIC DYSFUNCTION AND MYOCARDIAL MECHANICAL PROPERTIES.** In hypertrophic hearts, as in chronic hypertension or severe aortic stenosis, abnormalities of diastole are common and may precede systolic failure (see Chap. 21). But the existence of "pure" diastolic dysfunction and heart failure is challenged by tissue Doppler measurements that show subtle but evident systolic abnormalities.[92,93] Experimentally, there are several defects in early hypertensive hypertrophy, including decreased rates of contraction and relaxation and decreased peak force development. The mechanism of diastolic dysfunction is not clear, although it is thought to be related to the fibrosis that occurs with ventricular hypertrophy or indirectly to a stiff left atrium. Impaired relaxation is associated with an increase of the late (atrial) filling phase so that E/A ratios (see Table 19–5) on the mitral Doppler pattern decline (see also Chap. 20).

# Effects of Ischemia and Reperfusion on Contraction and Relaxation

## Contractile Impairment in Ischemia

**HIGH-ENERGY PHOSPHATES.** These are reviewed by Opie and Heusch.[94] Early contractile failure (Fig. 19–28) can occur even when calcium transients are normal or even increased; therefore, a metabolic cause must be sought. The latter could be either decreased sensitivity of the contractile proteins to calcium, such as caused by acidosis, or inhibition of the cross-bridge cycle, such as from the early rise in $P_i$. As creatine phosphate falls, the activity of the creatine phosphate shuttle decreases so that "local" ATP, required for calcium movements in the contractile cycle, falls. In addition, the free energy of hydrolysis of ATP decreases during ischemia. The large increase in $P_i$ that results from creatine phosphate breakdown decreases the free energy of hydrolysis, as do the smaller decreases in ATP and increases in ADP. The creatine phosphate decrease can also indirectly inhibit contractility by accumulation of $P_i$, which decreases the contractile effects of any given cytosolic calcium level. $P_i$ may act by promotion of formation of weak rather than strong cross bridges. *Accumulation of neutral lactate* can promote mitochondrial damage, decrease the action potential



**FIGURE 19–28**  Can left ventricular (LV) mechanical failure during severe ischemia be explained by changes in the cytosolic calcium? These data show that when there is abrupt ischemic LV failure (LV pressure falls to zero in **C**), the calcium signal **(A)** increases before it falls. Ischemia is designated by the abrupt fall of coronary perfusion pressure to zero in this isolated rat heart preparation **(B)**. During reperfusion there is also a dissociation between the cytosolic calcium oscillations, which are augmented (right side of **A**), in contrast to LV contraction, which is decreased (right side of **C**), so that there is mechanical stunning. It is thought that excess calcium oscillations damage the contractile proteins. (From Meisner A, Morgan JP: Contractile dysfunction and abnormal $Ca^{2+}$ modulation during postischemic reperfusion in rat heart. Am J Physiol. 268:H100, 1995.)

ELSEVIER
SAUNDERS

The Curtis Center
170 S Independence Mall W 300E
Philadelphia, Pennsylvania 19106

BRAUNWALD'S HEART DISEASE: A Textbook of Cardiovascular Medicine, Seventh Edition

| | |
|---|---|
| Two-volume set | 0-7216-0509-5 |
| Single volume | 0-7216-0479-X |
| Two-volume e-dition | 1-4160-00038-0 |
| Single volume e-dition | 1-4160-00014-3 |
| International edition | 0-8089-2305-6 |
| Indian edition | 0-8089-2334-X |

Copyright © 2005, 2001, 1997, 1992, 1988, 1984, 1980 by Elsevier Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 238 7869, fax: (+1) 215 238 2239, e-mail: healthpermissions@elsevier.com. You may also complete your request online via the Elsevier homepage (http://www.elsevier.com) by selecting "Customer Support," then "Obtaining Permissions."

---

### NOTICE

Medicine is an ever-changing field. Standard safety precautions must be followed, but as new research and clinical experience broaden our knowledge, changes in treatment and drug therapy may become necessary or appropriate. Readers are advised to check the most current product information provided by the manufacturer of each drug to be administered to verify the recommended dose, the method and duration of administration, and contraindications. It is the responsibility of the licensed prescriber, relying on experience and knowledge of the patient, to determine dosages and the best treatment for each individual patient. Neither the publisher nor the authors assume any liability for any injury and/or damage to persons or property arising from this publication.

---

Library of Congress Cataloging-in-Publication Data

Braunwald's heart disease : a textbook of cardiovascular medicine / [edited by] Douglas P.
    Zipes . . . [et al.].—7th ed.
        p. ; cm.
    Rev. ed. of: Heart disease / edited by Eugene Braunwald, Douglas P. Zipes, Peter Libby.
6th ed. 2001.
    Includes bibliographical references and index.
    ISBN 0-7216-0509-5 (2 vol. set)—ISBN 0-7216-0479-X (Single vol.)—ISBN
0-8089-2305-6 (International ed.)
    1. Heart—Diseases.  2. Cardiology.  I. Title: Heart disease.  II. Zipes, Douglas P.  III.
Braunwald, Eugene—Heart disease.
    [DNLM: 1. Heart Diseases. 2. Cardiovascular Diseases. WG 210 B825 2005]
    RC681.H36 2005
    616.1'2—dc22                                                          2004050808

Publishing Director: Anne Lenehan
Managing Editor, Developmental Editorial: Deborah Thorp
Publishing Services Manager: Frank Polizzano
Senior Project Manager: Robin E. Davis
Design Manager: Steven Stave

Printed in the United States of America.

Last digit is the print number:   9   8   7   6   5   4   3   2   1

# BRAUNWALD'S

# HEART DISEASE

## A TEXTBOOK OF CARDIOVASCULAR MEDICINE

*7th*
EDITION

VOLUME
II

ZIPES

LIBBY

BONOW

BRAUNWALD

Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 11

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

492

**CH 20**



A



B



C

**FIGURE 20–1** **A,** Passive ventricular restraining device. **B,** Device-induced reduction in chamber size and enhanced systolic performance accompanying this reverse remodeling. **C,** Preservation of recruitable preload with volume expansion. The pressure-volume loops generated under different loading states (B) demonstrate end-systolic pressure-volume relationships as well as diastolic chamber properties. Data in C show the systolic augmentation with volume expansion that was not compromised by the device. These data were obtained in an animal model. (Adapted from Saavedra WF, Tunin RS, Paolocci N, et al: Reverse remodeling and enhanced adrenergic reserve from passive external support in experimental dilated heart failure. J Am Coll Cardiol 39:2069, 2002.)

| TABLE 20–1 | Uses of Cardiac Function Assessment |
|---|---|

Diagnosis
Prognostication
Timing of intervention
Mechanism of therapy
Assessment of therapy
Detection of complications
Surrogate for clinical outcomes

### Definitions (Table 20–2)

**PRELOAD.** The stretch of the individual sarcomere regulates the performance of the heart. In the words of physiologists in the 19th century, preload is the property of cardiac muscle such that "the larger the quantity of blood which reaches the ventricles...the larger the quantity will be which it throws out."[6] Surrogates of the degree of sarcomere stretch at the onset of contraction include the ventricular end-diastolic volume, diameter, and end-diastolic pressure. Table 20–2 contrasts the differences between acute and chronic alterations in ventricular end-diastolic volume and pressure. The former enhance cardiac performance (adaptive mechanisms), whereas the latter ultimately impair performance (maladaptive mechanisms) (Table 20–3).

**AFTERLOAD.** This is the force against which muscle contracts. It is more challenging to quantify afterload in the intact circulation than in isolated cardiac muscle. Two approaches have been followed. The first focuses on the vascular load and uses descriptors such as peripheral vascular resistance or the more complex input impedance (see later) that includes the pulsatile load. The second focuses on the tension in the ventricular wall and considers pressure and cavity size in a more complex formulation. Laplace's law, which considers wall tension to be the product of pressure and radius, whereas the force (or tension) per unit of muscle is expressed in three dimensions, i.e., circumferential, meridional, and radial (Fig. 20–3).



**FIGURE 20–2** The cardiac cycle is shown in this schematic with both the left ventricular pressure waveform and a plot of left ventricular volume. The time landmarks during the cardiac cycle include the following: 1, aortic valve opening and the beginning of ejection; 2, aortic valve closure; 3, mitral valve opening; 3a, pressure nadir; 4, end of rapid early diastolic filling; 5, onset of atrial contraction; and 6, end-diastole. The phases of the cardiac cycle are denoted with the shaded rectangles displaying the timing of each phase. The two systolic phases are noted above the waveforms, where A = isovolumic contraction and B = ejection. The four diastolic phases are noted below the waveforms, where a = isovolumic relaxation; b = early diastolic filling; c = diastasis; and d = atrial filling.

**CONTRACTILITY.** This is the intrinsic ability of heart muscle to generate force and to shorten. In the intact circulation it is manifest as the rate of pressure development and of shortening from any given preload. Contractility is normally modulated by a variety of factors including the neurohumoral milieu. Measures of systolic function and

**TABLE 20-2    Definitions of Terms Used to Describe Systolic and Diastolic Function**    **493**

| Term | Definition |
| --- | --- |
| Preload | Distending force of the ventricular wall, which is highest at end-diastole and is responsible for sarcomere length at the beginning of systolic contraction |
| Afterload | Resisting force of the ventricular wall during systolic ejection, which is necessary to overcome peripheral vascular resistance or impedance; measures of afterload are peak-systolic, mean-systolic, or end-systolic wall stress |
| Contractility | Intrinsic ability of the myocardium to generate force at a certain rate and time (controlled for loading conditions) |
| Cardiac output | Stroke volume multiplied by heart rate |
| Stroke work | Mean systolic blood pressure multiplied by stroke volume |
| Stroke force | Stroke work per ejection time |
| Stress | Force per area |
| Wall stress | Pressure multiplied by radius, divided by wall thickness $\times$ 2 |
| Compliance or distensibility | Change in volume per change in pressure (dV/dP) |
| Elastance | Slope of the end-systolic pressure-volume relation |
| Elasticity | Property of a material to restore its initial length and geometry after distending force has been removed |
| Strain | Length change in percent of initial length; two definitions are used: LaGrangian strain $e = (l - l_o)l_o$ and natural strain $e = \ln(l/l_o)$ |
| Stiffness | Pressure per volume change (dP/dV). *Ventricular stiffness* is a measure for changes of the ventricle as a whole; *myocardial stiffness* is a measure for changes of the myocardium itself. Ventricular properties are characterized by instantaneous pressure-volume relations, whereas myocardial properties are best described by stress-strain relations. |
| Creep | Time-dependent lengthening of a material in the presence of a constant force |
| Stress relaxation | Time-dependent decrease of stress in the presence of a constant length |
| Viscoelasticity | Resistance of a material to length changes (strain) or the velocity of length changes (strain rate) |

**TABLE 20-3    Two Pathways of Ventricular Dilation and Increased Filling Pressure**

**Hemodynamic (Acute)**
Dilation and increased end-diastolic pressure caused when increased venous return or decreased ejection increases end-diastolic volume. This form of dilation occurs when physiological (functional) signaling increases sarcomere length, which increases the heart's ability to perform work (Starling law of the heart).

**Architectural (Chronic)**
Dilation and increased filling pressures caused when hypertrophy increases cardiac myocyte length and alters passive muscle properties. By increasing wall stress, this growth response increases the energy demands of the heart and decreases cardiac efficiency, initiating a vicious circle that worsens heart failure. This form of dilation occurs when abnormal transcriptional (proliferative) signaling causes eccentric hypertrophy (systolic dysfunction), and it tends to progress (remodeling)

Adapted from Katz A: Ernest Henry Starling, his predecessors, and the "law of the heart." Circulation 106:2986, 2002.



FIGURE 20–5    Circumferential ($\sigma_c$), meridional ($\sigma_m$), and radial ($\sigma_r$) components of left ventricular wall stress from an ellipsoid model. The three components of wall stress are mutually perpendicular. (From Fifer MA, Grossman W: Measurement of ventricular volumes, ejection fraction, mass, and wall stress. In Grossman W [ed]: Cardiac Catheterization and Angiography. 5th ed. Philadelphia, Lea & Febiger, 1996, p 34.)

contractility are often considered together and include stroke volume, ejection fraction, the maximum rate of pressure increases during isovolumic contraction, and a variety of more sophisticated measurements that attempt to control for loading conditions (Table 20–4).[1]

FILLING PRESSURES. The determination of systolic function should be placed in the framework of the ventricular filling pressure that reflects preload; the latter, in turn, is

influenced importantly by the status of the circulating blood volume. Filling pressures are also related to both the contractility and diastolic properties of the ventricle (see later). Filling pressures such as ventricular end-diastolic pressure, atrial pressure, and pulmonary capillary wedge pressure (for the left ventricle) and central venous pressure (for the right

494

**TABLE 20–4   Characteristics of Selected Indices of Global Ventricular Function**

| Index | Sensitive to Inotropic Change | Dependence On Preload | Dependence On Afterload | Dependence On Ventricular Volume or Mass | Ease of Application |
|---|---|---|---|---|---|
| Ejection fraction; fractional shortening | ++ | ++ | +++ | ++ | ++++ |
| End-systolic volume or dimension | + | 0 | +++ | ++ | ++++ |
| VCF | +++ | 0 | +++ | ++ | +++ |
| Afterload-corrected VCF | +++ | 0 | 0 | 0 | + |
| ESPVR | ++++ | 0 | 0 | +++ | + |
| End-systolic stiffness | ++++ | 0 | 0 | 0 | + |
| Preload recruitable stroke work | +++ | 0 | 0 | ++ | + |
| Left ventricular dP/dt | ++++ | ++ | ++ | ++ | ++ |

ESPVR = slope of end-systolic pressure-volume relation; VCF = velocity of circumferential fiber shortening; dP/dt = rate of ventricular pressure rise.
Adapted from Carabello B: Evolution of the study of left ventricular function: Everything old is new again. Circulation 105:2701, 2002.

CH 20

ventricle) provide valuable clinical information that aids in the differentiation between disparate conditions causing hypotension, e.g., hypovolemia versus myocardial failure.

Left ventricular end-diastolic pressure (LVEDP) is measured routinely in the cardiac catheterization laboratory during retrograde left heart catheterization (see Chap. 17). It may be difficult to measure LVEDP precisely at rapid heart rates using fluid-filled catheters, especially when there is not a distinctive plateau after atrial contraction. The measurement of LVEDP during invasive and interventional procedures provides a simple and often useful indicator of cardiac function. Several common clinical examples demonstrate the utility of this measurement. An elevated LVEDP in the presence of a normal left ventricular ejection fraction (LVEF) suggests the presence of diastolic dysfunction (see later). A low LVEDP after a percutaneous coronary intervention suggests volume depletion that should be corrected before the development of hypotension. A markedly elevated LVEDP may be a strong contraindication to the injection of contrast dye and suggests that diuresis is needed.

Central venous pressure is a poor indicator of left ventricular filling pressure, since it may be normal in the presence of an abnormally elevated LVEDP. Tricuspid regurgitation and pericardial disease may elevate central venous pressure and confound it as an indicator of volume status.

### Calculations and Measurements of Systolic Function

Clinical parameters for assessing left ventricular systolic function include the following:

- Cardiac index (liter/min/m²): heart rate × stroke volume per body surface area
- Stroke volume index (ml/m²)
- Stroke work index: stroke volume index × mean systolic blood pressure (ml × mm Hg/m²)
- Stroke force index: stroke work index per ejection period in seconds
- Preload recruitable stroke work = relationship between stroke work and end-diastolic volume

**CARDIAC OUTPUT AND RELATED MEASURES.** Cardiac output is commonly measured by the thermodilution technique (see Chap. 17). Saline injected into the right atrium is detected as a temperature change at a thermistor at the tip of a catheter in the pulmonary artery. The thermodilution catheter transmits the temperature data to a small computer that calculates cardiac output. To improve accuracy, the determination is usually repeated several times and the results are averaged. This technique is less accurate when

flow is severely reduced, especially in the presence of tricuspid regurgitation, which leads to dissipation of the "temperature bolus." The presence of intracardiac shunts also introduces potential errors and misinterpretation since right- and left-sided flows are not equal. The Fick method of measuring cardiac output has greater accuracy when the thermodilution method when oxygen consumption is actually measured, rather than assumed. However measured, cardiac output is usually expressed relative to body size, i.e., cardiac index, which is calculated as cardiac output divided by body surface area, expressed in square meters.

Cardiac output (and index) can be divided by the heart rate to yield stroke volume (and index). An alternative method of deriving stroke volume is by calculating the difference between left ventricular volume at end-diastole and end-systole. This approach is limited by the accuracy of the imaging modality in determining chamber volumes. Accuracy is greatest with a three-dimensional (3D) determined volume with high-resolution imaging, but it may be impaired by the normal beat-to-beat variation in chamber size that occurs during respiration and is accentuated in atrial fibrillation and other arrhythmias. The product of pressure generation and stroke volume equals stroke work; when related to the time interval during which the stroke volume is ejected from the left ventricle (i.e., the ejection time) stroke force may be derived.

**VENTRICULAR FUNCTION CURVES.** Reduced values of stroke parameters (volume, work, force, and their indices, i.e., corrected for body surface area) are often associated with depressed myocardial contractility, but since these parameters are highly dependent on the loading conditions (preload and afterload), these two variables must also be assessed. The dependency of stroke volume on preload was described more than 100 years ago by Otto Frank and E. H. Starling, and since then has been called the Frank-Starling mechanism.[6] Using this relationship between preload and stroke volume or stroke work, a *ventricular function curve* can be constructed by plotting stroke work at various levels of preload; the latter may be expressed as ventricular end-diastolic volume, end-diastolic pressure, or end-diastolic wall stress. Preload can be altered by volume loading (leg elevation, volume infusion) and unloading (vena caval balloon occlusion). Left ventricular afterload can be estimated from the mean or end systolic arterial or ventricular pressure or, more accurately, by calculating mean systolic, peak systolic, or end-systolic wall stress. The most reliable method for determination of left ventricular contractility represents the end-systolic pressure-volume relationship (ESPVR; maximum elastance), which is nearly

ELSEVIER
SAUNDERS

The Curtis Center
170 S Independence Mall W 300E
Philadelphia, Pennsylvania 19106

BRAUNWALD'S HEART DISEASE: A Textbook of Cardiovascular Medicine, Seventh Edition

| | |
|---|---|
| Two-volume set | 0-7216-0509-5 |
| Single volume | 0-7216-0479-X |
| Two-volume e-dition | 1-4160-00038-0 |
| Single volume e-dition | 1-4160-00014-3 |
| International edition | 0-8089-2305-6 |
| Indian edition | 0-8089-2334-X |

Copyright © 2005, 2001, 1997, 1992, 1988, 1984, 1980 by Elsevier Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 238 7869, fax: (+1) 215 238 2239, e-mail: healthpermissions@elsevier.com. You may also complete your request online via the Elsevier homepage (http://www.elsevier.com) by selecting "Customer Support," then "Obtaining Permissions."

---

**NOTICE**

Medicine is an ever-changing field. Standard safety precautions must be followed, but as new research and clinical experience broaden our knowledge, changes in treatment and drug therapy may become necessary or appropriate. Readers are advised to check the most current product information provided by the manufacturer of each drug to be administered to verify the recommended dose, the method and duration of administration, and contraindications. It is the responsibility of the licensed prescriber, relying on experience and knowledge of the patient, to determine dosages and the best treatment for each individual patient. Neither the publisher nor the authors assume any liability for any injury and/or damage to persons or property arising from this publication.

---

Library of Congress Cataloging-in-Publication Data

Braunwald's heart disease : a textbook of cardiovascular medicine / [edited by] Douglas P.
  Zipes . . . [et al.].—7th ed.
    p. ; cm.
  Rev. ed. of: Heart disease / edited by Eugene Braunwald, Douglas P. Zipes, Peter Libby.
6th ed. 2001.
  Includes bibliographical references and index.
  ISBN 0-7216-0509-5 (2 vol. set)—ISBN 0-7216-0479-X (Single vol.)—ISBN
0-8089-2305-6 (International ed.)
    1. Heart—Diseases.  2. Cardiology.  I. Title: Heart disease.  II. Zipes, Douglas P.  III.
Braunwald, Eugene—Heart disease.
    [DNLM: 1. Heart Diseases. 2. Cardiovascular Diseases. WG 210 B825 2005]
  RC681.H36 2005
  616.1'2—dc22                                                          2004050808

Publishing Director: Anne Lenehan
Managing Editor, Developmental Editorial: Deborah Thorp
Publishing Services Manager: Frank Polizzano
Senior Project Manager: Robin E. Davis
Design Manager: Steven Stave

Printed in the United States of America.

Last digit is the print number:  9  8  7  6  5  4  3  2  1

# BRAUNWALD'S
# HEART DISEASE

## A TEXTBOOK OF CARDIOVASCULAR MEDICINE

7th EDITION

VOLUME II

ZIPES

LIBBY

BONOW

BRAUNWALD

Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 12

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

rapidly than does spironolactone—within hours versus two to three days—but unlike the aldosterone antagonists, they may produce azotemia. It must be recognized that all three drugs inhibit the exchange of potassium not only for sodium but also for hydrogen and may induce metabolic acidosis as well as hyperkalemia. Amiloride may cause anorexia, nausea, and vomiting.[367] Unlike triamterene it does not cause renal calculi; unlike spironolactone, it does not cause gynecomastia. Potassium-sparing diuretics should be used with caution in patients with renal failure, diabetes, or advanced age.

**Mercurial Diuretics.** While quite effective when administered par-

enterally, these agents are ineffective when given orally. They are rarely used because more effective, less toxic drugs, such as furosemide and ethacrynic acid, are available and can be given orally. Mercurials inhibit the reabsorption of sodium in the thick portion of the ascending limb of the loop of Henle and in the distal convoluted tubule. Potassium secretion tends to be reduced, so that urinary losses of this electrolyte are less prominent than after doses of thiazides, ethacrynic acid, or furosemide, which produce comparable losses of sodium. Metabolic alkalosis, however, is a frequent sequela of diuresis with mercurials. Sudden death, presumably from cardiac arrhythmia, is a rare complication of intravenous administration. Renal failure, nephrotic syndrome, and hemorrhagic colitis may occur with chronic therapy, particularly in patients with renal insufficiency, and probably represent a form of heavy-metal poisoning.[369]

# VASODILATORS

## GENERAL CONSIDERATIONS

Cardiac function can be profoundly affected by alterations in the resistance and capacitance of the peripheral vascular bed. Thus, it has been appreciated for many years that both in animals with experimentally induced mitral regurgitation[370,371] and in patients with this valvular lesion[372] the volume of regurgitant flow varies directly, and the forward stroke volume varies inversely, with afterload. The response of the left ventricle to an augmentation of afterload induced by the infusion of a pressor agent is a direct function of myocardial contractility (see Figure 14–21, p. 485); when contractility is normal, elevating afterload leads to a marked increase in stroke work, with little elevation of ventricular end-diastolic volume of pressure and little decline in stroke volume. In patients with impaired contractility, however, as afterload is increased, stroke volume falls, and left ventricular end-diastolic pressure and volume rise, often sharply.[373] Arterial counterpulsation, a mechanical technique that reduces left ventricular afterload (p. 593), appears to have been the first deliberate clinical use of afterload reduction in the treatment of left ventricular failure,[374] although effective treatment of hypertension has undoubtedly achieved this goal in many instances since the introduction of antihypertensive drugs.

Majid et al. took an important step forward when they infused the alpha-adrenergic blocking agent phentolamine into normotensive patients with persistent left ventricular dysfunction after myocardial infarction and demonstrated that the induced fall in systemic vascular resistance was accompanied by considerable elevation of cardiac output and reduction of pulmonary artery pressure.[375] Since that report, vasodilators have appropriately achieved wide use in the treatment of heart failure.[376-379]

With few exceptions, vasodilators do not exert a direct effect on the heart, but their ability to relax vascular smooth muscle, directly or indirectly, can result in profound improvement in both the clinical and hemodynamic state of the patient. By dilating arterioles and/or veins, these agents have the capacity to alter profoundly the loading conditions on the heart and thereby to modify cardiac performance. *Arteriolar dilatation* results in a reduction in afterload and may augment cardiac output, while *venodilatation* produces a reduction in preload, lowers

ventricular filling pressure, and thereby may diminish symptoms of pulmonary congestion. However, like all other drugs useful in the management of congestive heart failure, vasodilator agents must be used with caution and a thorough understanding of their mechanism of action, since their inappropriate administration can result in deterioration rather than improvement of the patient's circulatory status.

*Venodilators* result in a redistribution of the blood volume. Since the capacity of the venous bed (also referred to as the "capacitance bed") is large, a relatively small reduction in venous tone can result in the pooling of substantial quantities of blood in this bed and its redistribution from the pulmonary to the systemic circuit.[380] Patients with heart failure often exhibit intense and inappropriate venoconstriction,[381] thus augmenting pulmonary blood volume and contributing to pulmonary congestion. The hemodynamic effects of a pure venodilator resemble those of a diuretic (Fig. 16–12) and result in a shift to the left on the left ventricular function curve. In a normal subject this reduction in preload can result in an undesirable decline of cardiac output (A' → B'). However, it is not sufficiently appreciated that in a patient with heart failure but normal filling pressure, venodilatation (or further diuresis) may also result in a decline in cardiac performance (C → B). Only in the patient with heart failure and an elevated filling pressure can venodilatation (or diuresis) reduce filling pressure and thereby produce relief of symptoms of pulmonary congestion without depressing cardiac output (A → D). Many patients with heart failure present with a moderate elevation of filling pressure (D); in them the cardiac output response will be intermediate between that observed in patients with marked elevation (A) and those without elevation (C) of filling pressure; i.e., they will experience some clinical improvement resulting from reduction of the moderately elevated pulmonary capillary pressure but at the expense of some reduction in cardiac output (D → C). Fundamental aspects of the effects of afterload reduction on myocardial energetics have been reviewed by Ford,[382] and Packer and LeJemtel have reviewed the conceptual framework for vasodilator therapy in heart failure.[383]

**CHOICE OF VASODILATOR.** From a theoretical point of view, therefore, one would expect the administration of a pure venodilator to be (1) *desirable* in patients whose principal clinical manifestation of heart failure is



**FIGURE 16–13** *A*, Representation of four principal determinants of cardiac output (CO). *B*, Representation of two major determinants of left ventricular (LV) afterload. TSVR indicates total systemic vascular resistance. **LVEDP** = left ventricular end-diastolic pressure; $MVO_2$ = myocardial oxygen requirements. Arteriolar dilation raises CO (reduces fatigue), decreases LV afterload, and diminishes $MVO_2$ (antianginal effect). Venous dilation decreases LVEDP (reduces dyspnea), decreases LV afterload, and diminishes $MVO_2$ (anti-ischemic effect). Combined arteriolar and venous dilation raises CO, decreases LVEDP, diminishes LV afterload, and reduces $MVO_2$. (Reproduced with permission from Mason, D. T., Awan, N. A., Joye, J. A., Lee, G., DeMaria, A. N., and Amsterdam, E. A.: Treatment of acute and chronic congestive heart failure by vasodilator-afterload reduction. Arch. Intern. Med. *140*:1577, 1980.)

pulmonary congestion secondary to elevated left ventricular filling pressure rather than to a lowered cardiac output and resultant poor perfusion, (2) *contraindicated* in patients in whom the preload or filling pressure has already been restored to normal by means of diuretic therapy and/or dietary sodium restriction, and (3) *useful in combination with arteriolar dilators* in patients whose clinical manifestations of failure are related to both reduction of perfusion and pulmonary congestion.[384]

Arteriolar dilators act as *afterload reducing agents.* As shown in Figures 16–13 and 16–14, as well as in Figures 12–28 (p. 434) and 12–30 (p. 436), at any level of preload and myocardial contractility, the extent of myocardial fiber shortening (and therefore stroke volume) is inversely relat-



**FIGURE 16–14** Length-tension relations in normal (N) and failing (F) heart muscle. R = length-resting tension curve for both normal and failing heart muscle. The effects of reducing afterloads from B to C on shortening are contrasted. In the normal muscle, shortening increases only slightly (from B → F to C → G). In failing muscle, there is substantial enhancement of shortening (B → D to C → E). H represents isometric tension development by normal muscle.

ed to the afterload. As discussed elsewhere (p. 435), afterload is related to the instantaneous wall stress in the muscle fibers of the ventricle. Therefore, it is also closely related to the aortic impedance, i.e., the instantaneous relationship between pressure and flow in the aorta during ejection. Impedance, in turn, is closely related to systemic vascular resistance, i.e., the average relationship between pressure and flow. Just as the effects of venodilatation and the resultant reduction of ventricular preload are dependent on the filling pressure (Fig. 16–12), so are the effects of afterload dependent on myocardial contractility. Figures 16–14 and 16–15 display the effects of afterload reduction on ventricular fiber shortening in normal and failing hearts. In the normal heart (Fig. 16–14) a reduction of afterload (from B to C) results in only a minor augmentation of myocardial fiber shortening (B → F to C → G). In contrast, an identical reduction in afterload results in a substantial augmentation of myocardial fiber shortening in the failing heart (B → D to C → E). In the intact heart, as outlined in Figure 16–15, the consequences of increased afterload thus are substantially greater in the presence of heart failure than when normal contractile function is present.

In patients with congestive heart failure the arterial vascular bed (just like the venous bed) is often inappropriately constricted. (Fig. 16–16).[381] The vasoconstriction is related to that observed in other conditions such as hypovolemic shock, in which there is a reduction of cardiac output, and it represents a fundamental response of the organism, the survival value of which is to maintain the perfusion pressure of vital organs, such as the brain and the heart, at the expense of less immediately essential vascular beds, such as the skin, gut, and kidney. While this maintenance of perfusion pressure may be a desirable evolutionary development insofar as hypovolemic shock is concerned, it plays a deleterious role in patients with congestive heart failure. (Presumably there is little evolutionary selective advantage to the survival of individuals with heart failure.) At least four mechanisms appear to be involved in the inappropriate elevation of systemic vascular



**FIGURE 16–15** Relation of left ventricular stroke volume to systemic outflow resistance in normal and diseased hearts. A family of curves may be described, depending on the severity of the myocardial disease. If cardiac function is normal, a rise in resistance results in hypertension, since cardiac output remains fairly constant. Heart failure in a hypertensive patient could be shown by a move to either point B, a high resistance with normal function, or point B', which represents a shift to a slightly depressed ventricular function curve. When myocardial dysfunction is more severe, as shown by the lower two curves, blood pressure is no longer directly determined by resistance, since stroke volume and resistance are inversely related. Consequently, arterial pressure may be similar at points E and F despite marked differences in cardiac output and resistance. It is also apparent that a reduction in outflow resistance will not affect significantly the stroke volume of the normal ventricle. However, it can produce a marked increase in the stroke volume of the failing ventricle (F → E). (Reproduced with permission from Cohn, J. N., and Franciosa, J. A.: Vasodilator therapy of cardiac failure. N. Engl. J. Med. *297*:27, 1977.)

resistance, arterial pressure, and therefore ventricular afterload in patients with congestive heart failure: (1) increased sympathetic vasoconstrictor tone; (2) elevated concentrations of circulating catecholamines; (3) elaboration of renin, with resultant increase in the potent vasoconstrictor angiotensin II; and (4) increased thickness of arteriolar walls, presumably related to extracellular fluid accumulation in the blood vessels themselves.[385,386]

*Arteriolar dilators* (afterload-reducing agents) are capable of augmenting stroke volume (and cardiac output) in patients with heart failure (Fig. 16–17, A → H) and in this manner reduce symptoms caused by poor perfusion. The reduction in vascular resistance induced by the vasodilator will be offset by the large increase in cardiac output, and arterial pressure may decline only slightly or not at all. In normal subjects the reduction of systemic vascular resistance induced by afterload-reducing agents is associated with no or only small increases in cardiac output (A' → H'), and their administration may result in a marked reduction of arterial pressure accompanied by a reflex tachycardia. In patients with depressed contractility and normal preload, arterial dilatation may produce a small augmentation of cardiac output (C → H''), but in contrast to the situation existing in patients with an elevated preload, arterial pressure may decline to dangerously low levels.

A number of vasodilators act on both the arterial and

the venous beds (so-called "balanced" vasodilators), and their actions are intermediate between those of pure venous and pure arterial dilators and resemble those of a combination of arterial and venodilators (Fig. 16–17). In normal subjects, vasodilators cause reductions in filling pressure, arterial pressure, and cardiac output (A' → P'). Similarly, in patients with heart failure without an elevated preload, both filling pressure and arterial pressure decline, while cardiac output remains constant or falls slightly (C → P"). Patients with heart failure and pulmonary congestion display decisively favorable effects (A → P), with augmentation of cardiac output and reduction of pulmonary capillary pressure but little decline in arterial pressure or elevation of heart rate.

From these considerations, it is apparent that patients with depressed myocardial contractility *and* an elevated preload are likely to benefit significantly from vasodilator therapy, with an increase in cardiac output resulting chiefly from arterial dilators, a reduction in pulmonary congestion resulting from venodilators, and a combination of effects resulting from "balanced" dilators. Patients with heart disease but with normal or almost normal hemodynamics (cardiac output and filling pressure) are unlikely to benefit from the use of vasodilators; indeed, they are likely to experience a reduction of cardiac output and/or arterial pressure. In patients with heart disease, impaired myocardial contractility, and normal preload (often achieved by means of vigorous diuretic therapy), the effects of vasodilator therapy are more difficult to predict; venodilators usually decrease left ventricular performance; arteriolar dilators or balanced dilators may achieve a modest increase in cardiac output, but often at the expense of perfusion pressure. It therefore becomes evident that (in the absence of mitral regurgitation) vasodilator therapy is not desirable in the earliest stages of heart failure but is more appropriate when the use of other measures is inadequate to maintain cardiac output and filling pressure at or near normal.



**IS THE SYSTEMIC VASCULAR RESISTANCE HIGHER THAN NECESSARY FOR OPTIMAL CARDIOVASCULAR FUNCTION?**

**FIGURE 16–16** Potential vicious circle of chronic heart failure. With the onset of heart failure, cardiac output decreases. As a compensatory mechanism to maintain arterial blood pressure, systemic vascular resistance increases. This further increases the resistance or impedance to ejection of the left ventricle, which will result in a further reduction in cardiac output. The patient will spiral down this cycle until a new steady-state relation is reached in which cardiac output may be lower and systemic vascular resistance higher than is really optimal for the benefit of the patient. (From Parmley, W. W., and Chatterjee, K.: Vasodilator therapy. Curr. Probl. Cardiol. Vol. 2, No. 12, 1978, p. 15.)

FIGURE 16–17  Effects of various vasodilators on the relationship between left ventricular end-diastolic pressure (LVEDP) and cardiac index or stroke volume in normal (N) and failing (F) hearts. H represents hydralazine or any other pure arterial dilator. It produces only a minimal increase in cardiac index in the normal subject (A' → H') or in the patient with heart failure with normal LVEDP (C → H''). In contrast, it elevates output in the patient with heart failure and elevated LVEDP (A → H). P represents a balanced vasodilator, such as sodium nitroprusside or prazosin. It reduces filling pressure in all patients, elevates cardiac output in patients with heart failure and elevated LVEDP (A → P), lowers cardiac output in normal subjects (A' → P'), and has little effect on cardiac output in heart failure patients with normal filling pressures (C → P'').

Although the classification of vasodilators as predominant arterial or venodilators or as "balanced" vasodilators has proved to be useful in understanding their action and in the rational selection of a particular agent for a specific patient, the intimate interactions between cardiac preload and afterload that exist in the intact circulation must be considered. Since afterload, i.e., myocardial systolic wall tension, is a function not only of intraventricular pressure but also of ventricular volume, it may be readily appreciated that a venodilator that reduces preload will also lower afterload by reducing ventricular volume without altering systemic vascular resistance. Conversely, an arterial dilator that diminishes arterial pressure and thereby enhances stroke volume and ventricular emptying, i.e., reduces ventricular volume in both systole and diastole, will also reduce preload. The lower filling pressure will result in greater reduction of systolic wall tension (afterload) than of arterial pressure.

Since wall tension is a principal determinant of myocardial oxygen consumption ($M\dot{V}O_2$) and since both arteriolar and venodilators reduce wall tension in patients with heart failure, vasodilators reduce $M\dot{V}O_2$ while increasing cardiac output. These actions of vasodilators compare favorably with those of (1) positive inotropic agents, which (like vasodilators) augment cardiac output but either increase $M\dot{V}O_2$ or maintain it at a constant level; or (2) beta-adrenergic blocking agents, which (like vasodilators) reduce $M\dot{V}O_2$ but depress cardiac performance.

MONITORING.  The use of vasodilators in the treatment of acute myocardial infarction is discussed in detail elsewhere (p. 1314). When these agents are used in patients with coronary artery disease, it is important to bear in mind that reductions in coronary perfusion pressure in the face of critical coronary obstruction can further impair blood flow through narrowed, though not occluded, coronary arteries, or through collaterals. Therefore, vasodilator therapy must be employed cautiously in patients with coronary artery disease, particularly those with acute myocardial infarction or other acute ischemia syndromes, to avoid the intensification of ischemia. Arterial pressure should be monitored carefully during vasodilator therapy in patients with known or suspected coronary artery disease. In view of the importance of ventricular filling pressure as a determinant of the response to vasodilators (Figs. 16–12 and 16–17), the monitoring of pulmonary artery or pulmonary capillary wedge pressure by means of a Swan-Ganz catheter is extremely helpful in regulating the dose of vasodilators during intravenous therapy. Since, in addition to the reduction in pulmonary wedge pressure, the elevation of cardiac output is an important endpoint, it is desirable to make serial measurements of cardiac output in acutely ill patients receiving intravenous vasodilators. In patients without ischemic heart disease, monitoring of intraarterial pressure during intravenous vasodilator therapy may be desirable but is not essential as long as pressure is measured indirectly at frequent intervals. Invasive monitoring is obviously not practical or necessary for patients treated for prolonged periods with agents administered orally, sublingually, or in ointment form. However, it is highly desirable to make frequent measurements of arterial pressure in the supine and upright positions when therapy is initiated or the dosage is being adjusted.

## VASODILATOR AGENTS

SODIUM NITROPRUSSIDE.  Probably the most widely used vasodilator in the treatment of acute congestive heart failure, sodium nitroprusside is ultrashort-acting and must be given intravenously. It acts directly to relax vascular smooth muscle in both arterioles and veins. For many years sodium nitroprusside has been employed successfully to treat hypertensive crisis (p. 923) but was introduced for the treatment of congestive heart failure only as recently as 1972.[387-390] Since sodium nitroprusside is a balanced (arteriolar and venous) dilator, its hemodynamic action in the presence of severe impairment of left ventricular function is both to increase cardiac output and to diminish pulmonary congestion (Fig. 16–17). The initial infusion rate in adults is usually about 10 $\mu$g/min and is increased by increments of 5 to 10 $\mu$g/min every 5 minutes until the desired effect is achieved or hypotension or other side effects limit further dose increments. The maximum dose in adults is 500 $\mu$g/min.

The most important hazardous effect is hypotension, which is actually an extension of its therapeutic action and is reversed within 10 minutes after discontinuation of the drug. If this waiting period would pose a danger, hypotension can be treated more rapidly by infusion of a vasoconstrictor such as phenylephrine or norepinephrine, a combination vasoconstrictor–positive inotropic agent. Nitroprusside releases hydrocyanic acid, which theoretically could lead to cyanide poisoning.[391] However, this is an extremely uncommon complication, since hydrocyanic acid is converted to thiocyanate in the presence of thiosulfate. Thiocyanate is excreted by the kidney, and in the presence

of renal insufficiency the infusion of large doses of nitroprusside for prolonged periods may lead to thiocyanate toxicity, which is characterized by convulsions, psychosis, abdominal pain, hypothyroidism, muscle twitching, and dizziness. Therefore, when patients receive nitroprusside for more than a few days, serum levels of thiocyanate should be measured and not allowed to exceed 6 mg/100 ml. Methemoglobinemia and vitamin $B_{12}$ deficiency are two other rare complications of nitroprusside therapy.[376]

**PHENTOLAMINE.** This agent was the first vasodilator used to increase cardiac output in patients with heart failure.[375] Phentolamine is a complex drug, having at least three actions: (1) it is an alpha-1 (post-synaptic) and alpha-2 (pre-synaptic) -adrenergic receptor blocker of both arterioles and veins, but predominantly of the former[392]; (2) it is a direct relaxant of vascular smooth muscle[393]; and (3) it releases cardiac norepinephrine stores and thereby exerts transient positive chronotropic and inotropic effects. Like nitroprusside, phentolamine has a short duration of action when used intravenously, and excessive hypotension is its major adverse effect. The initial dose in adult patients is 0.1 mg/min, and it may be increased in steps of 0.1 mg/min every 5 minutes to a maximum of 2.0 mg/min. It has been reported to be effective in the treatment of low-output chronic heart failure[394] and pulmonary edema.[395] In addition to gastrointestinal symptoms of nausea, vomiting, and abdominal pain, the aforementioned tachycardia and the high cost of the drug make phentolamine less desirable than nitroprusside in the treatment of acute heart failure.

**TRIMETHAPHAN.** This is a short-acting ganglionic blocking agent which, like sodium nitroprusside, has been used for a number of years in the treatment of hypertensive crisis and aortic dissection. It is effective when administered intravenously and acts on both the arteriolar and the venous beds. The principal disadvantages of trimethaphan are that it may cause serious orthostatic hypotension and may produce respiratory arrest.[378] Thus it does not appear to be as useful as sodium nitroprusside.

**NITRATES.** Nitroglycerin and the closely related long-acting nitrates, such as isosorbide dinitrate and pentaerythritol tetranitrate, are vasodilators that act on vascular smooth muscle, principally on the venous and to a lesser extent on the arteriolar bed. These drugs are available in a variety of formulations[396] and can be administered by various routes (pp. 1346 to 1349), making them useful in a number of situations. In normal individuals and in patients with heart failure but without elevated filling pressure, the prominent venodilator action results in reduction of cardiac output and often postural hypotension as well (see Figure 16–12). This hypotensive response, which had been observed many years ago in some patients with acute myocardial infarction without heart failure, was responsible for the proscription of the use of nitroglycerin in this condition. However, in patients with heart failure and elevated pulmonary capillary pressure, even when secondary to myocardial infarction, nitroglycerin reduces ventricular filling pressure and relieves congestive symptoms. The slight arteriolar dilating effects of the drug are sufficient to cause a modest increase in cardiac output as well if ventricular filling pressures are maintained in an adequate range.

*Sublingual nitroglycerin* is usually administered in a dose of 0.4 mg; the effect usually begins within 2 minutes, becomes maximal in 8 minutes, and persists for 15 to 30 minutes. When left ventricular filling pressure is elevated to 20 mm Hg, it usually declines to approximately 10 mm Hg within 5 to 10 minutes.[397] Although the slight reduction of arterial pressure may be accompanied by a mild acceleration of heart rate, $M\dot{V}O_2$ declines, and this is the major mechanism for the antianginal effect of the drug (p. 1346). Since the absorption of sublingual nitroglycerin may be erratic, continuous *intravenous infusion of nitroglycerin* has been employed to produce a sustained, controllable effect in patients with acute heart failure and pulmonary congestion in whom predominant venodilation is desired.[398] The initial dose is about 10 μg/min and may be increased by increments of 10 μg/min every 5 minutes to a maximal dose of 100 μg/min. For prolonged duration of action, *topical nitroglycerin* may be used; effects of the ointment last at least 3 hours. Depending on the dose desired, a 0.5- to 4.0-inch strip is applied to the skin, usually on the chest. Although topical administration does not make nitroglycerin ointment convenient for ambulatory patients, an advantage of this formulation is that it can be readily removed in case of adverse effects. It can be conveniently applied before retiring and is useful to combat attacks of paroxysmal nocturnal dyspnea. A transdermal administration system provides a steady rate of absorption and stable venous plasma level for 24 hrs. It is more convenient than the ointment for ambulatory patients and allows showering. The dosage is proportional to the size of the adhesive bandage, which ranges from 5 to 20 $cm^2$.

*Isosorbide dinitrate* is available in sublingual and oral formulations. The sublingual dose is 2.5 to 10 mg every 2 hours, and the oral dose is 20 to 60 mg every 4 hours. In addition, other long-acting nitrates such as oral pentaerythritol tetranitrate (10 to 40 mg four times a day) or oral controlled-released nitroglycerin preparation (one 6.5-mg capsule every 4 hours) have been employed to achieve a prolonged nitrate effect and have been found useful in the treatment of chronic heart failure.[399,399a] The side effects of all nitrates include headache and postural hypotension, but these symptoms are more prominent in patients with mild than with severe heart failure and can be controlled by decreasing the dose. Methemoglobinemia, an extremely rare complication, may occur with long-term use of large doses.

**HYDRALAZINE.** This orally effective vasodilator acts directly on arteriolar smooth muscle. The usual dose ranges from 25 to 100 mg three to four times daily, and its effects commence within 30 minutes and persist for about 6 hours. Hydralazine's predominant action on the arterial bed results in an increase in cardiac output with relatively minor reductions in ventricular filling pressure and arterial pressure or increases in heart rate in patients with heart failure.[376,400,401] The degree of left ventricular enlargement,[402] as well as the level of peripheral vascular resistance, appears to be an important determinant of the response to hydralazine in patients with chronic heart failure, patients with marked cardiomegaly and markedly elevated systemic vascular resistance exhibiting the most salutary responses. Side effects include vascular headaches, flushing, nausea, and vomiting, which often disappear with continued therapy. Drug fever and skin rash are seen occasionally; fluid retention and increased edema occur commonly when this drug, as well as

other vasodilators, is administered over the long term. However, this latter complication usually responds readily to an increase in the dosage of diuretics. In addition to fluid retention, tolerance to the favorable hemodynamic effects of hydralazine develops in a minority of patients, apparently due to an altered responsiveness of vascular smooth muscle to the drug.[403] A more serious adverse effect, a systemic lupus erythematosus–like syndrome, is seen in approximately 15 per cent of patients receiving 400 mg of hydralazine daily; an even higher proportion of patients develops circulating antinuclear antibodies. Although this lupus-like syndrome is not usually observed in patients who receive less than 200 mg of the drug daily, the average dose required for effective afterload reduction is about 75 mg four times a day, making this troublesome complication a real threat to patients receiving hydralazine. Hydralazine is metabolized principally by acetylation, and patients in whom this process is slow are more likely to develop both the lupus-like syndrome and a peripheral neuropathy due to pyridoxine deficiency. Fortunately, the lupus-like syndrome subsides when hydralazine is discontinued. The latter complication can be treated or prevented by pyridoxine administration.

The ultimate role of hydralazine in the management of chronic congestive heart failure remains somewhat controversial. While some studies have yielded generally favorable results in longer-term follow-up, especially when hydralazine is used in combination with nitrates,[404] a recent trial at two centers did not demonstrate a difference between hydralazine and placebo in long-term treatment of chronic heart failure.[405] Patient selection is undoubtedly a critical variable in comparing results of different studies.

*Minoxidil* is a potent vasodilator that has hemodynamic effects similar to those of hydralazine; it may be a useful alternative drug because of its different spectrum of side effects.[406]

PRAZOSIN. This antihypertensive drug, a quinazoline derivative, is a potent alpha-adrenergic receptor blocking agent, the action of which is limited to the vascular adrenergic (alpha$_1$) receptors with little effect on presynaptic (alpha$_2$) receptors (Fig. 27–9, p. 914).[407] As a consequence, neuronally released norepinephrine is available to act on the alpha$_1$ receptors, inhibiting its own release and preventing the development of reflex tachycardia. In this manner prazosin differs from phentolamine and phenoxybenzamine, which block both presynaptic (alpha$_2$) and postsynaptic (alpha$_1$) receptors. In addition, prazosin exerts direct relaxing effects on vascular smooth muscle,[408] but this mechanism is probably not important at clinically relevant serum or tissue levels of the drug.[407]

Prazosin is an orally effective, balanced vasodilator, equieffective on arterioles and veins. Thus the circulatory effects of prazosin resemble those of intravenous nitroprusside.[409,410] An oral dose shows maximum effectiveness in 45 minutes and persists for 6 hours. Tolerance to the drug has been reported,[411] but recent studies indicate that if the dose is raised and the frequent tendency toward salt and water retention is countered by appropriate increases in diuretic dose, prazosin remains effective for at least several months.[412,413,413b] The vascular headaches, flushing, and lupus-like syndrome that occur with the use of hydralazine are not observed with prazosin. However, polyarthralgias, transient headache, mild nausea, urinary incontinence,

rashes, mental depression, and dry mouth have been reported in addition to fluid retention.[414] An important problem with the use of the drug, although quite uncommon in patients with congestive heart failure, is the so-called "first dose phenomenon," in which transient faintness, dizziness, palpitation, and, rarely, syncope occur after the initial dose of prazosin, owing to postural hypotension. The initial oral dose is therefore quite low, 1 mg, and this may be adjusted upward during the first few days of administration to avoid hypotension but should not exceed 10 mg three times a day.

ANGIOTENSIN-CONVERTING ENZYME INHIBITION. The renin-angiotensin system is activated in many patients with congestive heart failure, and levels of circulating angiotensin II are often elevated.[415] This has led to clinical use of captopril[416-419] and more recently, enalapril[419a], an orally active drug that blocks the enzymatic conversion of angiotensin I to angiotensin II, in the management of heart failure.[416-419] Inhibition of converting enzyme would be expected to act as a particularly potent dilator of those arterioles that are highly sensitive to angiotensin II, such as the renal arterial bed.[420,421] Also, by interfering with the breakdown of bradykinin, converting enzyme inhibition increases the level of this vasodilator; this action, as well as possible increases in circulating prostaglandins, may play a role in the vasodilator action of these drugs.[422,423] Captopril is a balanced vasodilator with actions on both the arteriolar and venous beds,[424] and it causes marked reductions in systemic vascular resistance and in left and right ventricular filling pressures. Cardiac output rises, but there is usually no change in heart rate.[425-427] Thus, captopril has been reported to improve hemodynamics in patients with congestive heart failure that is poorly controlled by digitalis and diuretics,[416-418,428,429,429a,429b] to restore responsiveness to diuretics, to lower serum creatinine, and to restore serum sodium levels in azotemic hyponatremic patients with heart failure.[419]

Converting enzyme inhibitors may also induce a favorable redistribution of blood flow, with less vasodilatation in vascular beds in the limb than in other systemic beds.[430] The lack of arterial unsaturation, regularly observed with the use of other vasodilators,[431] suggests that, in contrast to other vasodilators, converting enzyme inhibitors do not produce significant pulmonary arteriovenous shunting. This class of drugs offers a promising approach to vasodilation, both acutely and chronically, not only by reducing arteriolar tone but perhaps also by effecting a more favorable redistribution of cardiac output. Adverse side effects include impairment of renal function[432] and occasionally the development of nephrotic syndrome with biopsy evidence of membranous glomerulonephritis.[433]

## CLINICAL APPLICATIONS

The use of vasodilators in two specific situations, acute pulmonary edema and acute myocardial infarction, is discussed elsewhere (p. 1314).

LEFT VENTRICULAR FAILURE. Vasodilator therapy has proved to be most effective in patients with *acute* left ventricular decompensation. The intravenous infusion of sodium nitroprusside is generally associated with sub-

W. B. Saunders Company:    West Washington Square
Philadelphia, PA 19105

1 St. Anne's Road
Eastbourne, East Sussex BN21 3UN, England

1 Goldthorne Avenue
Toronto, Ontario M8Z 5T9, Canada

Apartado 26370 — Cedro 512
Mexico 4, D.F., Mexico

Rua Coronel Cabrita, 8
Sao Cristovao Caixa Postal 21176
Rio de Janeiro, Brazil

9 Waltham Street
Artarmon, N.S.W. 2064, Australia

Ichibancho, Central Bldg., 22-1 Ichibancho
Chiyoda-Ku, Tokyo 102, Japan

*1984 Vol. 1*

Library of Congress Cataloging in Publication Data
Main entry under title:

Heart disease.

Includes bibliographical references and index.
1. Heart—Diseases. I. Braunwald, Eugene.
[DNLM: 1. Heart diseases—Complications. WG 200
H4364]
RC681.H362    1984    616.1'2    83-2850
ISBN 0-7216-1938-X (single v.)
ISBN 0-7216-1939-8 (v. 1)
ISBN 0-7216-1940-1 (v. 2)
ISBN 0-7216-1941-X (set)

CIP    JAN 1 1 1984

ISBN: SINGLE VOLUME   0-7216-1938-X
ISBN: VOLUME 1   0-7216-1939-8
ISBN: VOLUME 2   0-7216-1940-1
ISBN: SET   0-7216-1941-X

HEART DISEASE

© 1984 by W. B. Saunders Company. Copyright 1980 by W. B. Saunders Company. Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America. Press of W. B. Saunders Company. Library of Congress catalog card number 83-2850

Last digit is the print number:   9   8   7   6   5   4   3   2   1

SECOND EDITION

# Volume 1

# HEART DISEASE

## A Textbook of Cardiovascular Medicine

*Edited by*

## EUGENE BRAUNWALD, M.D.

Hersey Professor of the Theory and Practice of Physic;
Herman Ludwig Blumgart Professor of Medicine, Harvard Medical School;
Chairman, Department of Medicine,
Brigham and Women's and Beth Israel Hospitals, Boston

## 1984

### W. B. SAUNDERS COMPANY

PHILADELPHIA · LONDON · TORONTO · MEXICO CITY · RIO DE JANEIRO · SYDNEY · TOKYO