Item and Astellas v. Sicor
Civil Action No.: 05-0336-SLR

# Exhibit 13

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

576 epinephrine in response to stress, myocardial ischemia, pulmonary edema, or the administration of insulin. Long-term infusion of either low-molecular-weight or unfractionated heparin, conversely, reduces aldosterone synthesis and may cause hyperkalemia, particularly in patients with insulin-dependent diabetes and in patients receiving potassium replacement or potassium-sparing drugs, or both.[51] Any beta-agonist or phosphodiesterase inhibitor (PDEI) lowers potassium levels by shifting potassium into skeletal muscle through a $beta_2$-adrenergic or cAMP pathway effect.[40,41]

CH 23

Despite the absence of conclusive data to determine whether routine administration of K supplements or K-sparing diuretics, or both, reduces serious morbidity or mortality in the treatment of patients with primary hypertension, it is recommended that serum $K^+$ be maintained between 3.5 and 5.0 mEq/liter.[42] However, for patients with HF, the recommendation is to maintain serum $K^+$ between 4.3 and 5.0 mEq/liter. One of the reasons for the higher serum $K^+$ is that subjects with HF are often being treated with agents in which the proarrhythmic effects are exacerbated by hypokalemia, including digoxin, type III antiarrhythmics, beta-agonists, or PDEIs. Because patients with chronic HF are at a much higher risk for malignant ventricular arrhythmias and sudden death than patients with hypertension, it is sound clinical practice to monitor $K^+$ levels frequently and maintain them well up in the normal range.

If supplementation is necessary, oral K supplements in the form of KCl extended-release tablets or liquid concentrate should be used whenever possible. Intravenous K is potentially hazardous and should be avoided except in emergencies. The routine use of "sliding scales" for intravenous K administration in hospitalized patients is also potentially dangerous and should be discouraged.

OTHER METABOLIC AND ELECTROLYTE DISTURBANCES. Diuretics may be associated with multiple other metabolic and electrolyte disturbances, including hypomagnesemia, hyponatremia, metabolic alkalosis, hyperglycemia, hyperlipidemia, and hyperuricemia.[43] None of these disturbances are limiting in the usual patient with HF. Hypomagnesemia can be caused by both loop and thiazide diuretics, but its detection (because of the poor correlation of total serum magnesium levels with either ionized levels or total-body stores) is difficult and its impact is uncertain. Magnesium replacement should be given for signs or symptoms that could be due to hypomagnesemia (arrhythmias, muscle cramps), and it can be routinely given (with uncertain benefit) to all subjects receiving large doses of diuretics or requiring large amounts of $K^+$ replacement.

*Hyponatremia.* This is usually a manifestation of advanced HF with very high degrees of activation of the vasopressin system or inadequate RAS inhibition, or both. Hyponatremia can typically be treated by more stringent water restriction or an increase in RAS inhibition. When $V_2$ receptor antagonists are available as diuretics, this problem will probably be eliminated.

*Metabolic Alkalosis.* This complication can generally be treated by increasing KCl supplementation, lowering diuretic doses, or transiently treating with acetazolamide, as discussed earlier. The small level of glucose intolerance or hyperlipidemia produced by thiazide diuretics is not usually clinically important, and blood glucose and lipids should be controlled according to standard guidelines regardless of the presence of any perceived diuretic effect. Hyperuricemia from thiazide diuretics is occasionally a problem and may precipitate gout, particularly in predisposed subjects or in the presence of renal dysfunction. If a thiazide diuretic is absolutely necessary in such patients, allopurinol can be administered to reduce uric acid synthesis.

## Vasodilators

### Rationale and Mechanism of Action

The rationale for the use of vasodilators grew out of experience with parenteral sympatholytic agents and nitroprusside

### TABLE 23-3  Profile of Various Vasodilator Classes for Producing Venous or Arteriolar Dilation

| Class/Compound | Venodilation | Arteriolar Dilation |
|---|---|---|
| Nitrovasodilators | +++ | + |
| Direct acting (hydralazine) | + | +++ |
| Flosequinan | ++ | +++ |
| Calcium channel blockers | + | +++ |
| $K^+$ channel activators (e.g., diazoxide, minoxidil) | ++ | +++ |
| Vasodilator prostaglandins (prostacyclin) | +++ | ++ |
| Natriuretic peptides (BNP) | +++ | + |
| ACEIs, ARBs | ++ | + |

ACEI = angiotensin-converting enzyme inhibitor; ARB = angiotensin receptor blocker; BNP = brain natriuretic peptide.

in patients with severe HF. Cohn and Franciosa, in an influential article in 1977, reviewed the evidence and advocated the use of these drugs in decompensated HF.[44] As originally conceived, the pharmacological rationale for the use of vasodilators in HF was purely hemodynamic and based on the application of Ohm's law to blood flow: flow = $\Delta P/R$, where $\Delta P$ is the difference between arterial and venous pressure and R is resistance across the vascular bed. Because systemic vascular resistance is usually increased in HF as a result of neurohormonal activation, vasodilation of resistance vessels increases central cardiac output and flow to some organs. Figure 23-1 illustrates this point: activation of the adrenergic and RAS systems results in multiple effects that are detrimental to the natural history of HF, including vasoconstriction. The hemodynamic consequences of alterations in preload and afterload by vasodilators are shown in Figure 23-2, and the vasodilator profiles of individual agents or classes are given in Table 23-3.

VENTRICULAR-VASCULAR COUPLING. As described in Chapters 19 and 20, myocardial function is dependent on loading conditions. From the point of view of the ventricles, *afterload* is the force opposing contraction and *preload* is the amount of stretch applied to ventricular myocardium before contraction. Vasodilator-mediated arteriolar relaxation reduces vascular resistance, which is a major component of afterload.[44] From a biomechanical point of view, the circulatory system is defined by *ventricular-vascular coupling*.[45] The force ejecting blood from the ventricle is known as end-systolic elastance, a load-independent measure of contractility, and the force resisting ejection of blood is termed vascular elastance. When end-systolic elastance overcomes vascular elastance, blood is ejected as stroke volume. For a given end-diastolic volume, the major determinants of the size of the stroke volume are the velocity of shortening of ventricular contraction and the amount of vascular elastance.[45] For the left ventricle, systemic vascular resistance is a major component of vascular elastance.[44,45] From these relationships it is clear that stroke volume can be increased by increasing the velocity of shortening (positive inotropic effect) or by decreasing systemic vascular resistance (vasodilator effect) to overcome the abnormal respective decreases and increases in these parameters inherent in HF resulting from systolic dysfunction.

EFFECTS ON DIFFERENT VASCULAR BEDS. An important aspect of vasodilator use in chronic HF is that the potential exists to affect different types of vascular beds. The original concept of vasodilator use was based on small arteriolar dilation because this is the biggest contribution to systemic vascular resistance. However, perhaps even more important is the ability of certain classes of agents to effect venodilation of "capacitance" vessels. This effect reduces venous return by enlarging the effective blood volume reservoir and therefore reduces end-diastolic, pulmonary, and systemic venous pressures. The clinical consequence of

this reduction in preload is to reduce pulmonary and hepatic congestion and, more important, diastolic wall stress. As described in Chapter 21, increased wall stress is a major signaling pathway for hypertrophy and other changes in gene expression that are important in producing the dilated cardiomyopathy phenotype of ventricular dilatation and systolic dysfunction. Because a chronically failing heart is usually operating on a flat portion of the preload-performance relationship (see Fig. 23-2), pharmacological reduction in preload does not ordinarily reduce cardiac output in that setting, but it may do so in acute situations.

Studies of vasodilators in the 1980s demonstrated that they were well tolerated and effective in improving symptoms in patients with HF. These short-term trials eventually led to the first mortality-based clinical trial in chronic HF, the Vasodilator HF Trial (V-HeFT-I).[46] V-HeFT-I was a comparison of the alpha$_1$-adrenergic receptor blocking agent prazosin, the combination of isosorbide dinitrate and hydralazine, and placebo for their effects on total mortality.[47] In this trial, prazosin was not different from placebo, but isosorbide dinitrate–hydralazine reduced mortality at 2 years by 34 percent ($p < 0.03$) but did not reduce mortality over the entire period of follow-up by the log-rank test ($p = 0.09$). On the basis of these statistically marginal results (because of a relatively underpowered sample size as opposed to an inadequate effect size), the Food and Drug Administration (FDA) has not approved the hydralazine–isosorbide dinitrate combination for the treatment of HF.

V-HeFT-I introduced the idea that the natural history of HF could be favorably influenced by medical therapy, and it also provided strong support to the vasodilator approach to treating HF. However, subsequent clinical trials with "pure" vasodilating agents (i.e., those that are not also neurohumoral inhibitors) have not demonstrated a reduction in mortality, and, in fact, the powerful vasodilators flosequinan[48] and epoprostenol[49] markedly (by respective values of 43 and 29 percent) *increased mortality* despite salutary effects on exercise tolerance in earlier, smaller studies. Therefore, vasodilation per se is not a particularly effective method for improving the natural history of chronic HF, but it is an important strategy for dealing with acute, decompensated HF.

## Nitrovasodilators

Despite the fact that nitrovasodilators are among the oldest vasodilators in common clinical practice, the cellular mechanisms by which these drugs lead to the relaxation of vascular smooth muscle have only become apparent since 1990. It is now understood that these drugs mimic the activity of nitric oxide and its congeners. These autocrine and paracrine signaling autacoids are formed in endothelial and smooth muscle cells throughout the vasculature as well as in many other cell types, including cardiac muscle cells (see also Chap. 19).[50,51] Nitrogen oxides were originally identified as the bioactive factor (endothelium-derived relaxing factor [EDRF]) responsible for endothelium-dependent relaxation of blood vessels. Their primary mechanism of action in vascular smooth muscle cells is based on their ability to bind to a heme moiety in soluble guanylyl cyclase, with a subsequent increase in intracellular cyclic guanosine monophosphate. The pharmacological activity of each of the nitrovasodilators depends on their biotransformation into nitrogen oxides within the blood and vascular tissue.[50]

## Organic Nitrates

The organic nitrates are powerful venodilators and mild arteriolar vasodilators and produce the most extensive epicardial coronary vasodilation of any class of vasodilator. Because of their relatively selective vasodilating effects on the epicardial coronary vasculature, organic nitrates may directly increase systolic and diastolic ventricular function by improving coronary blood flow in patients with ischemic cardiomyopathy, in addition to their activity in reducing ventricular filling pressure, wall stress, and myocardial oxygen consumption.[52] In acute myocardial infarction, however, the effect of the routine use of nitrovasodilators on mortality remains controversial.

Experience with the newer nitrovasodilators, including isosorbide mononitrate, in the treatment of HF, is limited in comparison with their use in the treatment of angina. The spectrum of activity of 5-isosorbide mononitrate would not be expected to differ from that of isosorbide dinitrate in HF. Although isosorbide mononitrate's greater bioavailability and longer elimination half-life may provide a convenient pharmacokinetic profile, only isosorbide dinitrate among the nitrate formulations has been shown to increase exercise tolerance[53] and, in combination with hydralazine, may have prolonged survival in patients with HF.[46]

Although it has never been approved for this purpose by the FDA, intravenous nitroglycerin or glyceryl trinitrate (TNG) is widely used to lower filling pressures and increase cardiac output in decompensated HF. When administered at doses ranging from 10 to 100 µg/min intravenously, TNG is effective in this regard (Fig. 23–5)[54] and in particular should be considered when there is any question of active myocardial ischemia. The main problem with longer term (>24 hours) use of organic nitrates is the development of tolerance (see Chap. 50).

Most of the data on the efficacy of intermittent versus continuous NTG have been obtained in patients with angina rather than chronic congestive HF.[55] Indeed, it is somewhat controversial whether patients with HF should be exposed to a long nitrate-free period. Nevertheless, it seems prudent to recommend nitrate-free intervals in patients receiving chronic doses of isosorbide dinitrate, which can usually be achieved by providing the last dose of isosorbide dinitrate in the early evening. In addition, there is some evidence that the simultaneous administration of hydralazine (see later) can attenuate nitrate tolerance.[56]

## Nitroprusside

Intravenous nitroprusside is an effective venous and arterial vasodilator that acts to reduce both ventricular preload and afterload. Because of the fact that it is quickly metabolized to cyanide and nitric oxide, its onset of action is rapid and upward titration can usually be achieved expeditiously to produce an optimal and predictable hemodynamic effect. For these reasons, nitroprusside is commonly used in intensive care settings for the management of acutely decompensated



**FIGURE 23–5** Changes from baseline in pulmonary capillary wedge pressure in patients in decompensated heart failure treated with placebo, nitroglycerin, or nesiritide. (From Publication Committee for the VMAC Investigators: Intravenous nesiritide vs nitroglycerin for treatment of decompensated congestive heart failure. A randomized controlled trial. JAMA 287:1531, 2002.)

577

CH 23

Drugs in the Treatment of Heart Failure

578 HF when blood pressure is adequate to maintain cerebral, coronary, and renal perfusion. Nitroprusside has balanced effects on afterload and preload, and ventricular filling pressures are rapidly reduced by an increase in venous compliance.[57]

Nitroprusside is among the most effective afterload-reducing agents because of its spectrum of vasodilating activity on different vascular beds. It reduces systemic vascular resistance, increases aortic wall compliance, and, at optimal doses, improves ventricular-vascular coupling. Nitroprusside also decreases pulmonary vascular resistance and improves other components of right ventricular afterload, including the amplitude and timing of reflected pressure waves during ejection.[58]

CH 23

Nitroprusside should not be used in active ischemia because its powerful intramyocardial afterload-reducing effects may "steal" coronary blood flow from segments of myocardium supplied by epicardial vessels with high-grade lesions. This phenomenon is probably the reason why nitroprusside increased mortality in a study of acute myocardial infarction.[59] In the setting of ischemia, any indicated vasodilator therapy should be delivered by organic nitrates, which are less powerful intramyocardial afterload-reducing agents than nitroprusside and which produce greater epicardial vasodilation.

## "Directly Acting" and Other Vasodilators

### HYDRALAZINE

Hydralazine, an effective afterload-reducing agent whose cellular mechanism of action remains poorly understood, is best used in chronic HF when combined with isosorbide dinitrate to provide more effective venodilation.[46] This combination produces a more balanced form of vasodilation; in addition, some evidence indicates that hydralazine can attenuate nitrate tolerance by acting as a reducing agent.[56] In HF, hydralazine reduces right and LV afterload by reducing systemic as well as pulmonary artery input impedance and vascular resistance.[60] Unlike the results when hydralazine is used to treat hypertension, the reduction in afterload is usually accompanied by only minor reflex increases in sympathetic nervous system activity, unless symptomatic hypotension occurs. These hemodynamic changes result in an increase in forward stroke volume and reductions in ventricular systolic wall stress and the regurgitant fraction in mitral or aortic regurgitation. Hydralazine's effect on regional blood flow consists of an increase in renal and skeletal muscle blood flow.[61]

One of the problems with the use of hydralazine is its short half-life, which necessitates dosing four times daily. In addition, side effects that may necessitate dose adjustment or withdrawal of hydralazine therapy are common. For example, in V-HeFT-I,[46] 20 percent of patients complained of symptoms that could have been related to hydralazine. The most common complaints—headache and dizziness—could also have been due to the concomitantly administered nitrates. However, with time, the symptoms diminish or respond to a reduction in dose.

Hydralazine metabolism is primarily through hepatic acetylation, although many additional potential metabolic pathways have been described.[62] Therefore, patients with a "slow acetylator" phenotype have a prolonged elimination half-life of the drug. At the usual doses and dosing intervals of hydralazine, these patients are at greater risk for arthritis or other components of a lupus-like syndrome.

Because of the somewhat equivocal results obtained with hydralazine-isosorbide dinitrate in V-HeFT-I[46] and the superiority of the ACEI enalapril to this combination in V-HeFT-II,[63] hydralazine-isosorbide dinitrate is reserved for subjects who cannot tolerate ACEIs or who have need for additional afterload reduction (blood pressure remaining high normal or greater in the presence of full-dose ACE inhibition). Another potential use for hydralazine-isosorbide dinitrate is in American blacks, who in V-HeFT-II had better clinical responses to the combination than to enalapril.[64] A trial evaluating the effects of combination therapy with nitrates and hydralazine in African American patients (A-HeFT) is being conducted.

## Natriuretic Peptides

The contribution of the natriuretic peptides ANP, BNP, and related proteins, including urodilatin and fragments of the pro-ANP protein, to the physiological adaptations that accompany HF and their potential role in pharmacotherapy for this syndrome have been the subject of intensive research efforts by cardiovascular and renal pharmacologists for more than a decade.[65] Apart from C-type natriuretic peptide, which is synthesized in endothelial (and other) cells in a number of organs and tissues and has limited natriuretic activity, plasma levels of these peptides are increased in most patients with HF (see Chap. 21) and exhibit both vasodilator effects and a direct natriuretic effect on the kidney.[66]

The natriuretic peptides act at both particulate (i.e., membrane-bound) guanylyl cyclase–linked (GC-A and GC-B or NPR-A [natriuretic peptide receptor A] and NPR-B) receptors and so-called clearance receptors (NPR-C) that are linked through inhibitory GTP-binding proteins to adenylyl cyclase or through stimulatory GTP-binding proteins to phospholipase C. Aside from actions that indirectly affect renal function, such as inhibition of AVP release by the pituitary, inhibition of aldosterone synthesis by adrenal zona glomerulosa cells, sympathoinhibitory effects, and relaxant effects on systemic vascular resistance and venous capacitance, natriuretic peptides directly affect renal solute and water homeostasis. Acting predominantly through guanylyl cyclase (GC-A and GC-B)–linked receptors, natriuretic peptides alter the hemodynamic forces regulating glomerular filtration and tubular $Na^+$ resorption, particularly in the distal nephron.

Infusions of ANP have been shown to cause afferent arteriolar dilation and efferent arteriolar constriction, which results in an increase in GFR.[5] Even when infused at concentrations that do not affect the GFR, ANP induces natriuresis by inhibiting the resorptive capacity of the proximal tubular epithelium largely by inhibiting the actions of locally acting antinatriuretic agents such as angiotensin II and by augmenting the activity of intrarenal dopamine. In the distal nephron, particularly in the medullary portion of the collecting duct, there is evidence that natriuretic peptides, acting through GC-A receptors, decrease $Na^+$ influx from the tubular lumen through amiloride-sensitive epithelial $Na^+$ channels. The result is a natriuresis with minimal effect on urinary potassium excretion. ANP, which is likewise synthesized and released by vascular endothelial cells,[67] may also be important in regulating blood pressure, particularly during physiological stress. For example, the blood pressure of mice that have had their pro-ANP gene disrupted by gene-targeting techniques—and therefore have no detectable circulating ANP—is very sensitive to dietary salt intake.[68] Little evidence has been presented for any clinically significant direct effect of ANP[69] or BNP on ventricular function.

### Nesiritide (Human Brain Natriuretic Peptide)

Although ANP has a favorable pharmacological profile in HF, therapeutic trials with ANP have been disappointing because of its short biological half-life, end-organ resistance, the development of pharmacological tolerance, and undesirable hemodynamic effects.[70] Results with BNP have been much more promising.[71-73] When infused continuously into patients with HF, recombinant hBNP (nesiritide) produced vasodilator and cardiac output–increasing effects.[54,71-74] The vasodilation was not accompanied by neurohormonal activation, apparently because of sympathoinhibition.[75] Although BNP was natriuretic and diuretic in one study,[71] in another study, approximately half of the subjects were resistant to the natriuretic effects of BNP.[72] In clinical trials involving patients hospitalized for decompensated HF, nesiritide has been shown to improve hemodynamics and clinical

ELSEVIER
SAUNDERS

The Curtis Center
170 S Independence Mall W 300E
Philadelphia, Pennsylvania 19106

BRAUNWALD'S HEART DISEASE: A Textbook of Cardiovascular Medicine, Seventh Edition
Two-volume set                                                                          0-7216-0509-5
Single volume                                                                           0-7216-0479-X
Two-volume e-dition                                                                     1-4160-00038-0
Single volume e-dition                                                                  1-4160-00014-3
International edition                                                                   0-8089-2305-6
Indian edition                                                                          0-8089-2334-X

Copyright © 2005, 2001, 1997, 1992, 1988, 1984, 1980 by Elsevier Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 238 7869, fax: (+1) 215 238 2239, e-mail: healthpermissions@elsevier.com. You may also complete your request online via the Elsevier homepage (http://www.elsevier.com) by selecting "Customer Support," then "Obtaining Permissions."

---

**NOTICE**

Medicine is an ever-changing field. Standard safety precautions must be followed, but as new research and clinical experience broaden our knowledge, changes in treatment and drug therapy may become necessary or appropriate. Readers are advised to check the most current product information provided by the manufacturer of each drug to be administered to verify the recommended dose, the method and duration of administration, and contraindications. It is the responsibility of the licensed prescriber, relying on experience and knowledge of the patient, to determine dosages and the best treatment for each individual patient. Neither the publisher nor the authors assume any liability for any injury and/or damage to persons or property arising from this publication.

---

Library of Congress Cataloging-in-Publication Data

Braunwald's heart disease : a textbook of cardiovascular medicine / [edited by] Douglas P. Zipes ... [et al.].—7th ed.
    p. ; cm.
    Rev. ed. of: Heart disease / edited by Eugene Braunwald, Douglas P. Zipes, Peter Libby. 6th ed. 2001.
    Includes bibliographical references and index.
    ISBN 0-7216-0509-5 (2 vol. set)—ISBN 0-7216-0479-X (Single vol.)—ISBN 0-8089-2305-6 (International ed.)
    1. Heart—Diseases.  2. Cardiology.  I. Title: Heart disease.  II. Zipes, Douglas P.  III. Braunwald, Eugene—Heart disease.
    [DNLM: 1. Heart Diseases. 2. Cardiovascular Diseases. WG 210 B825 2005]
RC681.H36 2005
616.1'2—dc22                                                                            2004050808

*Publishing Director:* Anne Lenehan
*Managing Editor, Developmental Editorial:* Deborah Thorp
*Publishing Services Manager:* Frank Polizzano
*Senior Project Manager:* Robin E. Davis
*Design Manager:* Steven Stave

Printed in the United States of America.

Last digit is the print number:   9  8  7  6  5  4  3  2  1

# Braunwald's Heart Disease

## A Textbook of Cardiovascular Medicine

**Zipes**

**Libby**

**Bonow**

**Braunwald**

7th Edition

Volume II

Item and Astellas v. Sicor
Civil Action No.: 05-0336-SLR

# Exhibit 14

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

the heart are lowered even more, so that failure was noted in only 0.8 per cent of Zacharias' patients during their 10 years on propranolol (Table 27–6), a number below that expected in patients with hypertension for this length of time.

*Diabetics* may have additional problems with nonselective beta blockers such as propranolol. The responses to hypoglycemia, both the symptoms and the counter-regulatory hormonal changes that raise blood sugar levels, are partially dependent upon sympathetic nervous activity. Diabetics susceptible to hypoglycemia may have more serious reactions when taking propranolol. However, the majority of more stable diabetics can take the drug without difficulty, while the more cardioselective beta blockers, such as metoprolol, are preferable for diabetics with more brittle disease.[119]

When propranolol is discontinued suddenly, *angina pectoris* may appear for the first time or, if present previously, may be intensified (p. 1350).[134] Patients with hypertension are more susceptible to coronary disease, so they should be weaned gradually. Blood pressure may also rebound to high levels.[107] These effects may reflect a state of supersensitivity or an increase in the number of beta receptors induced during the prior beta blockade, leading to augmented responsiveness to normal levels of endogenous catecholamines. The withdrawal syndrome can be prevented by use of a small dose (30 mg a day) for 2 weeks before complete withdrawal.[135] If patients require immediate cessation of oral therapy, they can be protected by continuous propranolol infusion.[136]

Patients with *renal insufficiency* may take beta blockers without additional hazard, although a 20 per cent fall in renal blood flow and glomerular filtration rate has been measured with noncardioselective beta blockers, presumably from $beta_2$-mediated renal vasoconstriction.[137] Dosage of the lipid-insoluble atenolol and nadolol should be reduced in patients with renal insufficiency.

Caution is advised in patients suspected of having *pheochromocytoma*, since unopposed alpha-adrenergic action may precipitate a serious hypertensive crisis if this disease is present. The use of beta blockers during *pregnancy* has been beclouded by scattered case reports of various fetal problems. However, two prospective studies found that the use of beta blockers to treat hypertension during pregnancy did not lead to an increase in fetal morbidity.[138,139]

Perturbations of *lipoprotein metabolism* may accompany the use of beta blockers. After 8 weeks of propranolol therapy, serum HDL-cholesterol was reduced by 13 per cent and total triglycerides increased by 24 per cent.[140] Less marked changes were noted with the cardioselective agents atenolol and metoprolol than with propranolol.[118]

*Impotence* has been reported only rarely. In the large MRC trial, the frequency of impotence, as determined by questionnaire, was 10.1 per cent among those on placebo and 13.2 per cent among those on propranolol.[86]

The metabolism and bioavailability of beta blockers—particularly the lipid-soluble ones, such as propranolol, which are metabolized in the liver—may be affected by various factors that alter liver blood flow and enzymatic activity. As examples, decreases in hepatic extraction and/or metabolism, leading to higher blood levels of propranolol, have been reported with concomitant cimetidine therapy[141]; increases in liver metabolism, leading to lower blood levels of active drug, have been found after consumption of alcohol.[142] Moreover, some people (about 10 per cent of those tested in England) have a genetically determined deficiency in drug oxidation, which leads to unusually high concentrations of lipid-soluble beta blockers and may be responsible for a greater propensity to develop side effects when usual doses are given.[143]

**An Overview of Beta Blockers in Hypertension.** Beta blockers will likely continue to be the most popular of the adrenergic inhibitors in the treatment of hypertension. They may be particularly effective in those with high-renin states, such as renovascular hypertension. In some with ordinary hypertension, they may be effective when used alone. If a beta blocker is chosen, a more cardioselective, lipid-insoluble one (see Table 39–5, p. 1350) offers the likelihood of greater patient adherence to therapy, since only one dose a day will be needed and side effects will likely be minimized.

**ALPHA- AND BETA-RECEPTOR ANTAGONISTS.** The combination of an alpha and a beta blocker may often prove to be effective for patients resistant to one drug alone. There are promising reports of a drug, labetolol, which combines both alpha- and beta-blocking actions, in a ratio of approximately 1:3. The fall in pressure results mainly from a decrease in peripheral resistance, with little or no fall in cardiac output.[144] Side effects have been minimal, although 9 of 47 patients developed a positive antinuclear factor. Intravenous labetolol has been used successfully to treat hypertensive emergencies, particularly those resulting from catecholamine excess.[145]

## VASODILATORS

If a diuretic and adrenergic blocker do not control the blood pressure, a peripheral vasodilator is an appropriate third drug. Hydralazine (Apresoline) is the only agent of this type now available for routine use. Minoxidil is even more potent but is usually reserved for patients with severe, refractory hypertension associated with renal insufficiency. Diazoxide and nitroprusside are given intravenously for hypertensive crises and will be discussed at the end of this chapter.

**HYDRALAZINE.** First introduced in 1953, hydralazine has regained popularity since it was recognized that beta blockers could be used to prevent its side effects and enhance its efficacy[59] (Fig. 27–11). Since the early 1970's, hydralazine in combination with a diuretic and a beta blocker has been used increasingly to treat more severe hypertension. The drug acts directly to relax the smooth muscle in precapillary resistance vessels with little or no effect on postcapillary venous capacitance vessels. As a result, blood pressure falls but, in doing so, a number of reactive processes are activated that blunt the decrease in pressure and cause side effects. However, when a diuretic is used to overcome the tendency for fluid retention and a beta blocker is used to prevent the reflex increase in sympathetic activity and rise in renin, the vasodilator is more effective and causes few, if any, side effects (Fig. 27–12).

The drug need be given only twice a day,[53] and its daily dosage should be kept below 400 mg to prevent the lupus-like syndrome that appears in 10 to 20 per cent of patients who receive more. This reaction, although uncomfortable to the patient, is completely reversible and does not cause



FIGURE 27-11 Arterial pressures and heart rates of 23 hypertensive patients treated with four drug regimens. The combination of hydralazine and propranolol provided the greatest effect on blood pressure without a rise in heart rate. (From Zacest, R., et al.: Treatment of essential hypertension with combined vasodilatation and beta-adrenergic blockade. N. Engl. J. Med. 286:617, 1972, by permission of the New England Journal of Medicine.)

permanent injury. In fact, *lower* subsequent blood pressure and improved survival has been noted among 42 patients with this toxic reaction when compared to matched-patients given hydralazine but who did not experience the reaction.[146] The reaction is very rare with daily doses of 200 mg or less and is more common in slow acetylators of the drug.

Without the protection conferred by concomitant use of an adrenergic blocker, numerous other side effects—tachycardia, flushing, headache, and precipitation of angina—are seen; with the combination, most patients experience few or no side effects.

**MINOXIDIL.** This drug, unrelated to other vasodilators, acts in a manner similar to hydralazine but is even more effective. It has been found to be particularly useful in managing patients with severe hypertension and renal insufficiency.[147] Even more than with hydralazine, diuretics and adrenergic blockers must be used with minoxidil to prevent the reflex increase in cardiac output and fluid retention. Unfortunately, the drug also causes hair to grow profusely, and the facial hirsutism discourages some women from taking the drug. Previous concerns that the drug

leads to pulmonary hypertension and causes right atrial lesions, as it does in dogs, have been shown to be unfounded.[147] However, pericardial effusions have appeared in about 3 per cent of those given minoxidil and are likely related to the renal insufficiency that is usually present but are sometimes seen in patients without renal or cardiac failure.[148]

### CALCIUM-ENTRY BLOCKERS
(See also p. 1350–1353)

One or more of these agents will probably be approved for use in the treatment of hypertension. Of those currently available for treatment of coronary disease, nifedipine has the most attractive hemodynamic profile: it has the greatest peripheral vasodilatory action with little effect on cardiac conduction. Initial trials have shown nifedipine to be effective, both by sublingual and by oral routes.[149,149a,149b] Verapamil is also effective,[150] and both agents tend to reduce blood pressure significantly only in those patients with hypertension.[151]

The antihypertensive effect of these agents may be so fast and so marked as to precipitate coronary ischemic



FIGURE 27-12 The primary and secondary effects of vasodilator therapy in essential hypertension and the manner by which diuretic and beta-adrenergic blocker therapy can overcome the undesirable secondary effects. (Adapted from Koch-Weser, J.: Vasodilator drugs in the treatment of hypertension. Arch. Intern. Med. 133:1017, 1974. Copyright 1974, American Medical Association.)

W. B. Saunders Company: West Washington Square
Philadelphia, PA 19105

1 St. Anne's Road
Eastbourne, East Sussex BN21 3UN, England

1 Goldthorne Avenue
Toronto, Ontario M8Z 5T9, Canada

Apartado 26370 — Cedro 512
Mexico 4, D.F., Mexico

Rua Coronel Cabrita, 8
Sao Cristovao Caixa Postal 21176
Rio de Janeiro, Brazil

9 Waltham Street
Artarmon, N.S.W. 2064, Australia

Ichibancho, Central Bldg., 22-1 Ichibancho
Chiyoda-Ku, Tokyo 102, Japan

Library of Congress Cataloging in Publication Data
  Main entry under title:

Heart disease.

  Includes bibliographical references and index.
  1. Heart—Diseases. I. Braunwald, Eugene.
[DNLM: 1. Heart diseases—Complications. WG 200
H4364]
RC681.H362    1984    616.1'2    83-2850
 ISBN 0-7216-1938-X (single v.)
 ISBN 0-7216-1939-8 (v. 1)
 ISBN 0-7216-1940-1 (v. 2)
 ISBN 0-7216-1941-X (set)

CIP JAN 1 1 1984

ISBN: SINGLE VOLUME   0-7216-1938-X
ISBN: VOLUME 1   0-7216-1939-8
ISBN: VOLUME 2   0-7216-1940-1
HEART DISEASE                        ISBN: SET   0-7216-1941-X

© 1984 by W. B. Saunders Company. Copyright 1980 by W. B. Saunders Company. Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America. Press of W. B. Saunders Company. Library of Congress catalog card number 83-2850

Last digit is the print number:   9   8   7   6   5   4   3   2   1



Item and Astellas v. Sicor
Civil Action No.: 05-0336-SLR

# Exhibit 15

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

ity. Diabetic patients who are susceptible to hypoglycemia may not be aware of the usual warning signals and may not rebound as quickly.

Perturbations of lipoprotein metabolism accompany the use of beta blockers. Nonselective agents cause greater rises in triglycerides and reductions in cardioprotective high-density lipoprotein cholesterol levels. When a beta blocker is suddenly discontinued, angina pectoris and myocardial infarction may occur. Because patients with hypertension are more susceptible to coronary disease, they should be weaned gradually and given appropriate coronary vasodilator therapy.

Caution is advised in the use of beta blockers in patients suspected of harboring a pheochromocytoma (see Chaps. 37 and 79) because unopposed alpha-adrenergic agonist action may precipitate a serious hypertensive crisis if this disease is present. The use of beta blockers during pregnancy has been clouded by scattered case reports of various fetal problems.

AN OVERVIEW OF BETA BLOCKERS IN HYPERTENSION. Beta blockers are specifically recommended for hypertensive patients with concomitant coronary disease, particularly after a myocardial infarction, congestive heart failure, or tachyarrhythmias (see Table 38–4). If a beta blocker is chosen, the agents that are more cardioselective offer the likelihood of fewer perturbations of lipid and carbohydrate metabolism and greater adherence of patients to therapy; only one dose a day is needed, and side effects are probably minimized.

## Alpha- and Beta-Adrenergic Receptor Antagonists

The combination of an alpha and a beta blocker in a single molecule is available in the forms of labetalol and carvedilol, with the latter agent approved for treatment of heart failure as well. The fall in pressure results mainly from a decrease in peripheral resistance, with little or no decline in cardiac output. The most bothersome side effects are related to postural hypotension; the most serious side effect is hepatoxicity. Intravenous labetalol is used to treat hypertensive emergencies.

## Vasodilators

In the past, direct-acting arteriolar vasodilators were used mainly as third drugs, when combinations of a diuretic and adrenergic blocker failed to control blood pressure. However, with the availability of vasodilators of different types, i.e., ACEIs, ARBs, and CCBs, which can be easily tolerated when used as first or second drugs, wider and earlier application of vasodilators in therapy of hypertension has evolved.

### Direct Vasodilators

Hydralazine is the most widely used agent of this type. Minoxidil is more potent but is usually reserved for patients with severe, refractory hypertension associated with renal failure. Nitroprusside and nitroglycerin are given intravenously for hypertensive crises and are discussed later (see Therapy for Hypertensive Crises).

HYDRALAZINE. Hydralazine, in combination with a diuretic and a beta blocker, has been used frequently to treat severe hypertension. The drug acts directly to relax the smooth muscle in precapillary resistance vessels, with little or no effect on postcapillary venous capacitance vessels. As a result, blood pressure falls by a reduction in peripheral resistance, but in the process a number of compensatory processes, which are activated by the arterial baroreceptor arc, blunt the decrease in pressure and cause side effects. With concomitant use of a diuretic to overcome the tendency for fluid retention and an adrenergic inhibitor to prevent the reflex increase in sympathetic activity and rise in renin, the vasodilator is more effective and causes few, if any, side effects.

The drug need be given only twice a day. Its daily dose should be kept below 400 mg to prevent the lupus-like syndrome that appears in 10 to 20 percent of patients who receive more. This reaction, although uncomfortable to the patient, is almost always reversible. The reaction is uncommon with daily doses of 200 mg or less and is more common in slow acetylators of the drug.

MINOXIDIL. This drug vasodilates by opening potassium channels in vascular smooth muscle. Its hemodynamic effects are similar to those of hydralazine, but minoxidil is even more effective and may be used once a day. It is particularly useful in patients with severe hypertension and renal failure. Even more than with hydralazine, diuretics and adrenergic receptor blockers must be used with minoxidil to prevent the reflex increase in cardiac output and fluid retention. Pericardial effusions have appeared in about 3 percent of those given minoxidil, in some without renal or cardiac failure. The drug also causes hair to grow profusely, and the facial hirsutism precludes use of the drug in most women.

## Calcium Channel Blockers (see also Chap. 50)

These drugs are among the most popular classes of agents used in the treatment of hypertension. Claims of multiple serious side effects of their use, mostly based on biased observational studies, have been repudiated by data from multiple RCTs including ALLHAT, wherein coronary events were the same for the CCB as for the diuretic or ACEI and mortality from noncardiovascular causes was significantly lower in the CCB group than the diuretic or ACEI group.[2]

MECHANISMS OF ACTION. All currently available CCBs interact with the same L-type voltage-gated plasma membrane channel but at different sites and with different consequences. DHPs have the greatest peripheral vasodilatory action with little effect on cardiac automaticity, conduction, or contractility. However, comparative trials have shown that verapamil and diltiazem, which do affect these properties, are also effective antihypertensives, and they may cause fewer side effects related to vasodilation, such as flushing and ankle edema.

CLINICAL USE. CCBs are effective in hypertensive patients of all ages and races.[42] Against placebo in RCTs, DHP-CCBs reduced cardiovascular events and deaths (see Table 38–6).[44] Compared with other classes of drugs, they may protect better against stroke but less well against heart failure.[2,44]

CCBs have been found to be particularly effective in prevention of stroke in elderly hypertensives, perhaps because they tend to have a greater antihypertensive effect than seen in younger patients.[63] They also appear to lower blood pressure in blacks better than other classes,[64] but with equal degrees of blood pressure reduction as among the blacks in the ALLHAT trial,[2] they are no better in cardioprotection than a diuretic or an ACEI.

Calcium antagonists may cause at least an initial natriuresis, probably by producing renal vasodilation, which may lessen the need for concurrent diuretic therapy. In fact, unlike all other antihypertensive agents, they may have their effectiveness reduced rather than enhanced by concomitant dietary sodium restriction, whereas most careful studies show an enhancement of their effect by concomitant diuretic therapy.[65]

The use of CCBs has been contentious in two important groups of hypertensives: those with diabetes and those with nephropathy. Concerning the use of CCBs in patients with type 2 diabetes, a DHP-CCB, nitrendipine, provided excellent protection in those enrolled in the Systolic Hypertension in Europe (Syst-Eur) trial, even better than that provided by a diuretic in the SHEP trial.[66] Therapy based on the DHP-CCB felodipine provided a 51 percent reduction in major cardio-

ELSEVIER
SAUNDERS

The Curtis Center
170 S Independence Mall W 300E
Philadelphia, Pennsylvania 19106

BRAUNWALD'S HEART DISEASE: A Textbook of Cardiovascular Medicine, Seventh Edition
| | |
|---|---|
| Two-volume set | 0-7216-0509-5 |
| Single volume | 0-7216-0479-X |
| Two-volume e-dition | 1-4160-00038-0 |
| Single volume e-dition | 1-4160-00014-3 |
| International edition | 0-8089-2305-6 |
| Indian edition | 0-8089-2334-X |

Copyright © 2005, 2001, 1997, 1992, 1988, 1984, 1980 by Elsevier Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 238 7869, fax: (+1) 215 238 2239, e-mail: healthpermissions@elsevier.com. You may also complete your request online via the Elsevier homepage (http://www.elsevier.com) by selecting "Customer Support," then "Obtaining Permissions."

**NOTICE**

Medicine is an ever-changing field. Standard safety precautions must be followed, but as new research and clinical experience broaden our knowledge, changes in treatment and drug therapy may become necessary or appropriate. Readers are advised to check the most current product information provided by the manufacturer of each drug to be administered to verify the recommended dose, the method and duration of administration, and contraindications. It is the responsibility of the licensed prescriber, relying on experience and knowledge of the patient, to determine dosages and the best treatment for each individual patient. Neither the publisher nor the authors assume any liability for any injury and/or damage to persons or property arising from this publication.

Library of Congress Cataloging-in-Publication Data

Braunwald's heart disease : a textbook of cardiovascular medicine / [edited by] Douglas P. Zipes ... [et al.].—7th ed.
    p. ; cm.
  Rev. ed. of: Heart disease / edited by Eugene Braunwald, Douglas P. Zipes, Peter Libby. 6th ed. 2001.
    Includes bibliographical references and index.
    ISBN 0-7216-0509-5 (2 vol. set)—ISBN 0-7216-0479-X (Single vol.)—ISBN 0-8089-2305-6 (International ed.)
    1. Heart—Diseases.  2. Cardiology.  I. Title: Heart disease.  II. Zipes, Douglas P.  III. Braunwald, Eugene—Heart disease.
    [DNLM: 1. Heart Diseases. 2. Cardiovascular Diseases. WG 210 B825 2005]
  RC681.H36 2005
  616.1'2—dc22                                                              2004050808

*Publishing Director:* Anne Lenehan
*Managing Editor, Developmental Editorial:* Deborah Thorp
*Publishing Services Manager:* Frank Polizzano
*Senior Project Manager:* Robin E. Davis
*Design Manager:* Steven Stave

Printed in the United States of America.

Last digit is the print number:  9  8  7  6  5  4  3  2  1

# Braunwald's HEART DISEASE

## A TEXTBOOK OF CARDIOVASCULAR MEDICINE

7th EDITION

ZIPES
LIBBY
BONOW
BRAUNWALD