Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 16

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# REVIEW ARTICLE

MEDICAL PROGRESS

## NUCLEAR CARDIOLOGY

### (First of Two Parts)

BARRY L. ZARET, M.D.,
AND FRANS J. WACKERS, M.D.

OVER the past two decades there has been substantial growth in the applications of nuclear cardiology to both clinical practice and research. The use of nuclear imaging techniques in the noninvasive study of cardiovascular disease is well established. Advances have been made in both radiopharmaceutical agents and instrumentation. In addition, there has been an increasing understanding of the role of nuclear cardiology in the diagnosis and management of cardiac disease.[1] At its inception, nuclear cardiology focused on issues of diagnostic accuracy and precision in identifying patients with coronary artery disease. In recent years, because of prompt and aggressive risk stratification, equal emphasis has been given to the functional categorization of patients with known cardiovascular problems.

The field of nuclear cardiology was reviewed in the *Journal* in 1981.[2] The present article is an update and will review recent developments as well as future directions in nuclear cardiology. We shall attempt to place newer as well as established techniques in clinical perspective. We shall emphasize the ability of nuclear cardiology to provide unique pathophysiologic insight not readily obtainable from other diagnostic procedures or techniques.

## MYOCARDIAL PERFUSION IMAGING

Among the various techniques of nuclear cardiology, stress myocardial perfusion imaging is probably the most widely used. Its purpose is to assess the adequacy of blood flow to the myocardium.

### Planar Imaging and Single-Photon-Emission Computed Tomography

Myocardial perfusion imaging can be performed with either planar or tomographic imaging techniques. (A complete discussion of the details of these techniques is presented elsewhere.[3,4]) For planar imaging, images are obtained in three views — the anterior, left anterior oblique, and left lateral positions.

From the Section of Cardiovascular Medicine, Department of Internal Medicine, and the Section of Nuclear Medicine, Department of Diagnostic Radiology, Yale University School of Medicine, New Haven, Conn. Address reprint requests to Dr. Zaret at the Department of Internal Medicine, Section of Cardiovascular Medicine, Yale University School of Medicine, 333 Cedar St., New Haven, CT 06510.

These images allow detailed evaluation of various myocardial segments. However, in planar imaging individual coronary-artery beds are superimposed on each other. Consequently, the technique has limited ability to identify disease in specific vascular regions. In this regard, single-photon-emission computed tomography (SPECT) has a distinct advantage. For SPECT, a series of planar projection images is acquired in a 180-degree arc around the patient. From these projection images the target organ is reconstructed in three dimensions. The relative distribution of the radiotracer within the myocardium is then analyzed in tomographic slices in three orientations: the short axis, the vertical long axis, and the horizontal long axis (Fig. 1). This allows the separation of individual coronary territories. It is anticipated that SPECT perfusion imaging with technetium-99m–labeled agents will be the standard imaging method in the future.[5]

### Stress Imaging

Myocardial perfusion imaging is usually performed in conjunction with physical exercise. The pathophysiologic basis of stress imaging with radiotracers has been defined. When a patient with coronary disease is at rest, blood flow through a diseased coronary artery is not decreased until a coronary stenosis exceeds 90 percent of the luminal diameter. However, coronary reserve — the ability to increase coronary blood flow in response to increased metabolic demand — is decreased when a coronary stenosis exceeds 50 percent.[6,7] Therefore, in patients with coronary artery disease, resting regional myocardial blood flow is usually homogeneous, even in the presence of a severely narrowed coronary artery. However, the same degree of narrowing will result in a diminished vascular reserve during physical exercise. The limitation of appropriate augmentation of myocardial blood flow results in an inhomogeneity of regional myocardial perfusion during stress (in this case, caused by exercise). This inhomogeneity can be visualized with radiolabeled agents that are distributed in proportion to myocardial blood flow.

Exercise is performed with a motorized treadmill or stationary bicycle. The patient generally exercises at workloads that increase in three-minute stages. At peak exercise a radiopharmaceutical agent is injected intravenously. The images obtained shortly after exercise are compared with images obtained at rest in order to assess exercise-induced defects in the myocardial distribution of radiotracer.

In patients who cannot perform physical exercise, pharmacologic stress in conjunction with myocardial perfusion imaging represents an alternative means of evaluation. Intravenous dipyridamole or adenosine causes vasodilation of the coronary resistance vessels.[6] Myocardial blood flow in areas subtended by normal coronary arteries increases by three to four times the

resting flow, whereas myocardial blood flow in areas supplied by a substantially stenosed coronary artery cannot increase to the same extent. Thus, heterogeneity in flow between normal and diseased coronary beds results, without necessarily producing myocardial ischemia. In some patients, however, true myocardial ischemia may occur because of a coronary-steal phenomenon in which there is a reversal of flow from abnormal to normal vascular beds through collateral vessels. As an alternative form of pharmacologic stress, the infusion of the inotropic agent dobutamine creates an imbalance between coronary blood flow and myocardial demand, resulting in heterogeneity of blood flow and true regional ischemia.[8]

**Conventional and Newer Myocardial Perfusion Imaging Agents**

The conventional agent used in myocardial perfusion imaging is thallium-201 (Table 1). Thallium

emits predominantly mercury x-rays at 69 to 83 kilo-electron volts (keV), an energy level that is marginally suitable for imaging with a gamma camera. Its physical half-life is 74 hours. Because of the relatively long half-life, only a small amount (2 to 3 mCi) of thallium-201 can be administered to the patient. The initial myocardial accumulation of thallium-201 is proportional to regional myocardial blood flow.[9] This relation is almost linear at low and moderate flow levels, but at high blood flow levels it deviates from linearity. Once thallium-201 has entered myocardial cells, a continuous exchange (washing in and washing out) takes place across the cell membrane.[10] The distribution of thallium-201 reflects the distribution of the intracellular potassium pool, and thallium washout can be measured by quantitative image analysis. Normal washout is approximately 30 percent 2 to 2½ hours after an injection during exercise. Transiently ischemic myocardium is characterized by substantial-

Figure 1. SPECT Perfusion Imaging.
Technetium-99m sestamibi SPECT was performed after exercise (stress) and at rest in a patient with an inferolateral infarction and ischemia. The short-axis slices are perpendicular to the anatomical long axis of the heart (Panel A). The apical slice is displayed at the left, and the basal slice at the right. With stress, an inferolateral myocardial perfusion defect (arrow) can be seen. This defect is smaller in the corresponding slices obtained at rest. In the horizontal long-axis slices (shown progressively from the inferior wall toward the anterior wall), no defect is present (Panel B). In the vertical long-axis slices (shown progressively from the septum toward the lateral wall), a partially reversible inferior wall defect can again be seen (arrow) (Panel C). A denotes anterior wall, I inferior wall, L lateral wall, and S septum.

Panel D shows a bull's-eye, or polar, map of the SPECT study. The left ventricular myocardial activity of the apex is shown in the center of the bull's-eye; the midventricular and basal portions of the heart are displayed concentrically around the circumference. The blue area (arrow) in the inferolateral area represents the exercise-induced inferolateral defect. On the resting image this defect is smaller, indicating that the inferolateral defect is partially reversible.

Panel E shows the quantification of the SPECT myocardial perfusion defect by circumferential-count profiles. Representative circumferential-count profiles and images are shown for an apical slice. The white line indicates the lower limit of the normal distribution of technetium-99m sestamibi. The patient's stress profile is below the lower limit in the inferolateral segment (arrow). Myocardial defects are quantified in relation to the normal distribution. In the apical slice shown, the exercise defect is classified as an 8 and the resting defect as a 4. The total exercise defect in all slices from this patient was quantified as 34 and the resting defect as 10, indicating that the defect was 70 percent reversible.



A    Short-Axis Slices

B    Horizontal Long-Axis Slices

C    Vertical Long-Axis Slices

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright Law.

ly slower washout or even by the accumulation of thallium-201 over this period, resulting in an improvement and normalization of the image that is termed "redistribution." Thallium-201 is unique among the newer agents used in myocardial perfusion imaging because images obtained shortly after and up to 24 hours after an injection provide different pathophysiologic information. Images acquired immediately after an injection reflect the regional distribution of myocardial blood flow, whereas those acquired 2 to 24 hours after injection indicate myocardial viability (or the lack thereof).

Sestamibi is a new myocardial perfusion imaging agent that belongs to the isonitrile family (Table 1).[11] It is labeled with technetium-99m, which emits gamma rays at 140 keV. This radioisotope is optimally suited for imaging with a gamma camera. Technetium-99m has a much shorter half-life (six hours) than thallium-201. Therefore, larger doses of technetium-99m–labeled sestamibi can be administered. As with thallium-201, the initial myocardial accumulation is proportional to the regional myocardial blood flow. In contrast to thallium-201, however, once sestamibi accumulates within the myocardial cell, it is bound within the mitochondria in a relatively stable fashion.[12]

Recently, it has been demonstrated that a small degree of redistribution occurs with sestamibi.[13,14] Therefore, it is advisable to start imaging as soon as possible after injection during exercise. The limiting factor for early imaging with sestamibi is the clearance rate of the drug from the liver. Although some redistribution does occur, from a practical standpoint the pattern of regional distribution of myocardial blood flow at the time of injection is generally believed to be "frozen" for a time so that imaging can be performed for several hours. Because of the binding within mitochondria, sestamibi uptake also requires cell viability.

Teboroxime is another new technetium-99m–labeled agent (Table 1). Its cardiac half-life is too short for convenient imaging of consistently good quality.[15] In contrast to thallium-201 and sestamibi, teboroxime is an excellent flow tracer, even at high levels of myocardial blood flow.[16]

Tetrofosmin is the newest technetium-99m–labeled agent used in perfusion imaging (Table 1) and is not yet approved for clinical use. Initial studies in patients showed good concordance with results for thallium-201. This imaging agent demonstrates faster hepatobiliary clearance than does sestamibi.[17] This may be an advantage for clinical imaging and may allow earlier imaging after injection of the radiopharmaceutical agent than is possible with sestamibi.

### Imaging Protocols

Imaging protocols differ with different radiopharmaceuticals. With thallium-201, the initial imaging is performed as soon as possible after injection during exercise. Because thallium-201 undergoes redistribution, a separate injection during rest is often unnecessary, and redistribution imaging after a delay of two to four hours generally reveals the reversibility of the exercise-induced defects (unless the



D          Stress          Bull's-Eye Map          Rest



E          Circumferential-Count Profiles

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

THE NEW ENGLAND JOURNAL OF MEDICINE

Table 1. Characteristics of Various Agents Used in Myocardial Perfusion Imaging.

| CHARACTERISTIC | THALLIUM-201 | TECHNETIUM-99m SESTAMIBI | TECHNETIUM-99m TEBOROXIME | TECHNETIUM-99m TETROFOSMIN |
|---|---|---|---|---|
| Energy emitted (keV) | 69–83, 135, 165, 167 | 140 | 140 | 140 |
| Physical half-life (hr) | 74 | 6 | 6 | 6 |
| Dose (mCi) | 2.5–3.5 | 30 | 30 | 30 |
| Radiation dose (rad/mCi) | | | | |
| Whole body | 0.21 | 0.02 | 0.02 | ? |
| Intestines | 0.54 | 0.18 | 0.11 | ? |
| Variables displayed | | | | |
| Blood flow | Yes | Yes | Yes | Yes |
| Viability | Yes (delayed image) | Yes | No | ? |
| Redistribution | Yes | Yes (minimal) | No | No |
| ECG gating* | No | Yes | No | Yes |
| Imaging time (min) | | | | |
| Planar (per view) | 10 | 5 | 1–2 | 5 |
| Tomography | 21 | 13–21 | — | 13–21 |

*ECG denotes electrocardiographic.

defects are caused by myocardial scarring). For a complete evaluation of myocardial viability, an additional injection of thallium-201 at rest is often employed, to ensure that perfusion defects completely "fill in."

Imaging with sestamibi follows a different protocol. Because activity in the hepatobiliary system is initially high and redistribution negligible, imaging after exercise is postponed for 15 to 30 minutes after the injection.[11,15] After the injection of sestamibi with the patient at rest, clearance from the liver is considerably slower. Optimal images cannot be obtained before a period of 1 to 1½ hours has passed. Although the injections of sestamibi during rest and exercise can be administered in the course of one day, this "one-day imaging" protocol involves considerably more of the patient's time than does imaging with thallium-201.[18] In many laboratories, therefore, the two injections of sestamibi are given on separate days.

Recently, another modification has been proposed: dual-isotope imaging. With this approach, the patient receives thallium-201 at rest, followed by thallium-201 imaging. The patient then exercises and receives sestamibi at peak exercise, followed by sestamibi imaging.[19] The two sets of images are then compared. Although this modification reduces the overall length of the imaging protocol considerably, this protocol is still considered investigational.

### Patterns and Quantification of Perfusion Images

A number of visual patterns are commonly recognized in perfusion imaging. A normal pattern is one that shows homogeneous uptake of the radiotracer. If there is a localized myocardial area with relatively less uptake of radiotracer, a defect is generally present. The defect is considered reversible if it is present on the initial images made after exercise but is no longer present or has partially improved on the resting (or delayed) images. By contrast, a fixed defect remains unchanged in extent and severity on both sets of images.

A pattern of reverse redistribution is present when the initial images acquired after exercise are either normal or show a defect and when the defect appears larger on the delayed images. This pattern is frequently seen in patients who have had an acute myocardial infarction and have undergone either thrombolytic therapy or another form of revascularization of the infarcted artery.[20] This pattern does not indicate exercise-induced ischemia.

Thallium-201 uptake by the lungs signifies exercise-induced left ventricular dysfunction.[21] Normally, very little thallium-201 accumulates in the lungs after exercise. Increased uptake by the lungs is quantified as the ratio of the amount of thallium in the lung to that in the heart (normal, ≤0.5). This pattern can also be seen after pharmacologic stress.[22]

Transient left ventricular dilatation is considered to be present when the left ventricular diameter is larger immediately after exercise than on the resting images.[23]

The relative distribution of the radiopharmaceutical agent can be displayed graphically as either a transverse or a circumferential profile. Usually these profiles are compared with the normal distribution[24-26] (Fig. 1). Both the size and the reversibility of defects can be quantified.[27,28] An advantage of image quantification is that it provides enhanced confidence in interpretation and greater reproducibility of results. In SPECT, numerous images of reconstructed slices are often reduced to one summarized polar map, or bull's-eye image (Fig. 1).[29,30]

### CLINICAL APPLICATIONS OF PERFUSION STRESS IMAGING

#### Detection of Chronic Coronary Artery Disease

Over the past decade, the clinical usefulness of stress myocardial perfusion imaging with thallium-201 has been well documented. The sensitivity and specificity of planar thallium-201 stress imaging for the detection of coronary disease by visual analysis have been reported to be 83 percent and 90 percent, respectively.[1] With the introduction of computer processing and image quantification, the overall rate of detection of coronary artery disease has improved to over 90 percent, with no loss of specificity.[1] The sensitivity of SPECT for detecting coronary artery disease has been reported to exceed 90 percent (not different from the sensitivity of quantitative planar imaging). On the other hand, SPECT has been reported to have a relatively low specificity, ranging from 60 to 70 percent.[1] One potential explanation for this apparently low specificity is referral bias. Patients with normal stress perfusion images are rarely referred for cardiac catheterization.[31] On the one hand, this yields

a somewhat inflated value for sensitivity. On the other hand, because of the referral bias, patients with angiographically normal coronary arteries are likely to have abnormal stress perfusion images. Consequently, the specificity of the technique appears inappropriately low. Therefore, the true specificity of myocardial perfusion imaging with SPECT can no longer be assessed in referred patients who have angiographically normal coronary arteries. Because of referral bias, the "normalcy rate" (i.e., the percentage of normal subjects with normal images) should be tested in patients with a low probability of coronary artery disease, as a surrogate for specificity. The normalcy rate for quantitative planar thallium imaging is generally over 95 percent, whereas that for thallium-201 SPECT has been reported to be in the range of 85 percent. Thus, false positive results of SPECT are relatively common. SPECT is a demanding technique. Without careful quality control, artifacts due to movement by the patient, suboptimal count density, soft-tissue attenuation, and technical problems may occur. These are not always easily recognized,[32] and the distorted images may be incorrectly interpreted as abnormal. Nevertheless, Fintel et al.[33] showed that when both techniques were applied to the same patients, SPECT was slightly but definitely superior to planar imaging.

The more severe the coronary artery disease, the more likely it is that exercise myocardial perfusion images will be abnormal. False negative results occur mostly in patients with single-vessel coronary artery disease. Patients with multivessel disease almost always have abnormal images,[34-37] including patients with substantial left main coronary artery disease. Although most patients with triple-vessel coronary artery disease have abnormal thallium images, only about 60 percent have defects in two or more vascular regions. Disease in the left circumflex coronary artery is often not detected by planar imaging. As mentioned above, SPECT is superior to planar imaging for the precise and accurate detection of disease in the individual coronary arteries.

### Prognostic Value

The detection of coronary artery disease is only one aspect of the clinical usefulness of thallium-201 stress imaging. An extensive literature documents the prognostic value of planar thallium imaging. Planar thallium-201 images (Fig. 2) indicating an increased risk of cardiac events after exercise or pharmacologic stress are characterized by multiple reversible defects, large defects, increased uptake of thallium-201 by the lungs, or transient left ventricular dilatation immediately after exercise. Such high-risk characteristics of the image are not well defined in the case of SPECT thallium-201 imaging and sestamibi imaging. The presence or absence of reversible perfusion defects is a critical feature in the assessment of risk.[38] Patients with reversible myocardial perfusion defects have a higher incidence of cardiac events during follow-up than do patients with fixed defects. Semiquantitative assessment of the number of reversible

thallium defects and computer quantification of the extent, severity, and degree of reversibility of thallium defects correlate with the occurrence of subsequent cardiac events.[39-43] Gibson et al.[44] demonstrated the prognostic value of thallium-201 imaging in patients with recent uncomplicated myocardial infarction. Patients with fixed, single thallium-201 defects at the time of discharge from the hospital had only a 6 percent rate of cardiac events, whereas patients with high-risk thallium-201 images (as described above) had a 51 percent rate of cardiac events during one year of follow-up. One of the most powerful predictors of an adverse outcome is increased thallium uptake by the lungs immediately after exercise[21,45] or pharmacologic stress.[22] This characteristic pattern indicates transient left ventricular dysfunction during stress. Brown et al.[46] showed that dipyridamole thallium-201 imaging on the third or fourth day after acute myocardial infarction can identify patients likely to have a complicated in-hospital course.

On the other hand, even when coronary artery disease has been documented angiographically, unequivocally normal quantitative thallium stress images have been shown to indicate a favorable prognosis with very few cardiac events.[47-50] The yearly rate of nonfatal myocardial infarction or death (as a combined end point) in these patients is less than 1 percent.

These observations illustrate the clinical value of the myocardial perfusion stress test. Unlike the coronary angiogram, which provides anatomical information, stress myocardial perfusion studies show the functional and prognostic importance of coronary artery disease.

Not all patients in whom coronary artery disease is suspected necessarily need to have radionuclide stress myocardial perfusion imaging. These tests have the greatest diagnostic value in patients with an intermediate likelihood of coronary artery disease on the basis of age, sex, and symptoms.[51] In patients with typical angina pectoris, coronary angiography may be indicated without previous noninvasive testing. On the other hand, in asymptomatic young people, the use of radionuclide stress testing for screening is not advisable, because of the high likelihood of false positive test results.

### Preoperative Screening

An increasingly important clinical indication for stress myocardial perfusion imaging is the screening of patients before major noncardiac surgical procedures to assess their perioperative risk. Many patients, particularly those with peripheral vascular disease, may be unable to perform physical exercise. Pharmacologic stress with dipyridamole, adenosine, or dobutamine is a convenient alternative.[52-58] Pharmacologic stress perfusion scintigraphy is an excellent means of assessing patients with peripheral vascular disease, in whom there is both a high incidence of coronary artery disease and limited exercise capacity. In this population, evidence of ischemia on myocardial perfusion

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Exercise         Rest



Anterior

Left
anterior
oblique

Left
lateral

**Figure 2. Thallium-201 Images Obtained in a Patient at High Risk.**
On the images obtained *immediately after exercise,* the heart is enlarged. There is
increased lung uptake of thallium-201 on the exercise image in the anterior view (open
arrow), but not on the resting images. In addition, there is a partially reversible antero-
apical myocardial perfusion defect (white arrows). Reproduced from Zaret et al.[1] with
the permission of the publisher.

imaging is associated with an increased risk of periop-
erative ischemic cardiac events.[54,59] This approach
is probably most efficacious in patients at intermedi-
ate risk, as determined by clinical criteria.[60] Fur-
ther risk stratification can be made by quantitative
assessment of the degree of ischemia present on
perfusion imaging.[59] For the most part, all but
one recent study[61] have found substantial preopera-
tive prognostic benefit when dipyridamole perfusion
scintigraphy has been employed in patients under-
going vascular surgical procedures. Hendel et al.
recently demonstrated that preoperative stress imag-
ing with dipyridamole also has long-term prognostic
value.[62]

**Myocardial Perfusion Imaging after Coronary Angioplasty**

Restenosis after coronary angioplasty is a problem
in 20 to 40 percent of patients undergoing this proce-

dure. Myocardial perfusion imag-
ing is an effective method of detect-
ing restenosis, regardless of symp-
toms.[63,64] SPECT can predict the
anatomical location (i.e., the vascu-
lar bed) and the amount of exer-
cise-induced ischemia. A greater
challenge in the use of myocardi-
al perfusion imaging soon after an-
gioplasty is to predict restenosis.
Reports of such efforts are some-
what controversial. Manyari et al.[65]
showed that soon (4 to 18 days)
after angioplasty, thallium-201 im-
ages may still be abnormal, pre-
sumably because of delayed recov-
ery of coronary reserve.[66] Others
have shown that early abnormal
thallium-201 SPECT is highly pre-
dictive of future coronary resteno-
sis.[67-69] It is the practice in many
institutions to perform stress myo-
cardial perfusion imaging within a
few days of angioplasty. In the
majority of these patients, the ab-
sence of a reversible perfusion de-
fect seems to correlate with angi-
ographically successful results.
Subsequent myocardial perfusion
stress imaging during follow-up is
an excellent method of detecting re-
stenosis and is recommended for
patients who have undergone an-
gioplasty and in whom symptoms
have developed.

**Assessment of Myocardial Perfusion
in Acute Ischemic Syndromes**

*Unstable Angina*

In patients with unstable angina
who have not had a myocardial in-
farction, resting thallium-201 or
technetium-99m sestamibi myo-
cardial perfusion defects can often be demonstrated.
These defects are demonstrable not only when the
radiopharmaceutical agent is injected during chest
pain, but also when the patient is free of pain.[70-72]
The defects in patients with unstable angina are
reversible, indicating that the myocardium is viable.
Myocardial perfusion defects accurately predict the
presence of hemodynamically important coronary
artery disease.[72] Patients who have abnormal elec-
trocardiographic findings during pain have larger
myocardial perfusion defects than those who do
not. Myocardial perfusion imaging in patients with
unstable angina is clinically useful because it pro-
vides objective visualization of the location and
extent of regional hypoperfusion. Normal images ob-
tained after the injection of the radiotracer during
chest pain strongly suggest that the pain is not
due to myocardial ischemia. The specificity and sen-

MEDICAL PROGRESS — ZARET AND WACKERS

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

sitivity of these findings are greater than those of electrocardiographic monitoring.

### Acute Myocardial Infarction

Myocardial perfusion imaging with either thallium-201 or technetium-99m sestamibi is an extremely sensitive and reliable means of visualizing acute myocardial infarction.[73,74] The timing of the injection of the radiopharmaceutical agent is important for the results. When the agent is injected within six hours after the onset of chest pain, almost all patients with acute myocardial infarctions, whether they have Q-wave or non–Q-wave infarcts, have myocardial perfusion defects at the infarct location. When the interval between the onset of chest pain and imaging is longer, some patients with acute infarctions may have normal perfusion images. Serial imaging with both thallium-201 and sestamibi has shown that the perfusion abnormalities decrease in size over time. This is frequently observed in patients receiving thrombolytic therapy but is occasionally noted in patients receiving conventional treatment. In the absence of thrombolytic therapy, it is conceivable that the decrease is due to spontaneous lysis of the thrombus in the infarcted artery, improved perfusion, and resolution of ischemia and regional wall-motion abnormalities.

Acute myocardial ischemia can be visualized as it occurs with myocardial perfusion imaging. Consequently, the potential use of this technique for the triage of patients in the emergency department has been evaluated, initially with thallium-201 and more recently with sestamibi.[75,76]

### Thrombolytic Therapy

Imaging with sestamibi has been used successfully to assess the myocardial perfusion status of patients with acute myocardial infarction who are receiving thrombolytic therapy. Imaging can provide important insights about the perfusion status of the infarct-related artery and the area at risk for infarction.[77,78] Since sestamibi undergoes negligible redistribution, the timing of imaging is less critical than it is with thallium-201. Sestamibi can be injected before the start of thrombolytic therapy, whereas myocardial imaging can be performed later. The image nevertheless represents regional myocardial blood flow at the time of the injection. Successful reperfusion of the infarct-related artery can be predicted on the basis of a decrease in the size of the myocardial perfusion defect.[77,78] Myocardial perfusion imaging with sestamibi in the setting of thrombolytic therapy has provided new insights into the physiologic aspects of acute infarction. The area at risk in patients with acute myocardial infarction is extremely variable, regardless of the site of infarction or the site of the arterial occlusion.[77,78] Generally, the area at risk is larger in anterior infarcts than in inferior infarcts.[79] As a corollary, the salvage of myocardium by successful thrombolysis is larger for anterior infarcts than for inferior infarcts. In patients with collateral circulation, the area at risk for infarction is smaller than in those without collater-

al circulation.[80] Christian et al.[81] demonstrated that the size of sestamibi defects soon after thrombolysis correlated well with measurement of the left ventricular ejection fraction at discharge from the hospital.

Myocardial perfusion imaging has potential clinical usefulness in patients receiving thrombolytic therapy. Early quantification of the residual myocardial perfusion defect may indicate the success or failure of thrombolytic therapy and the extent of the residual infarct. In patients in whom therapy has apparently failed, as demonstrated noninvasively by the presence of large residual defects, revascularization may be indicated, since such patients are potentially at higher risk. Sestamibi imaging can also be helpful in patients who are thought to have ongoing acute infarctions but who do not meet electrocardiographic criteria for thrombolytic therapy. If a large myocardial perfusion defect is demonstrated, thrombolytic therapy may be justified.

Little information is available about stress myocardial perfusion imaging in patients who have received thrombolytic therapy. Several studies indicate that planar thallium-201 stress imaging appears to have less value in predicting cardiac events than has previously been reported in patients who received conventional treatment for an acute infarction.[82-84] It should be recognized, however, that the event rate in patients receiving thrombolytic therapy is extremely low. Patients with multivessel disease are generally underrepresented in thrombolytic trials.

### Assessment of Myocardial Viability

Accurate assessment of myocardial viability has become an important aspect of the interpretation of myocardial perfusion images. In this respect, the interpretation of thallium-201 images has recently evolved and led to a modification of conventional imaging protocols. Previously, a fixed thallium defect — one that did not "fill in" on repeat imaging performed at three to four hours — was considered to be a scar and therefore nonviable. Gibson et al.[85] showed that approximately half of exercise-induced fixed thallium defects before coronary-bypass surgery had improved uptake of thallium-201 after surgery. Tillisch et al.[86] reported that regional wall-motion abnormalities before surgery improved after revascularization when metabolic activity on positron-emission tomographic imaging could be demonstrated preoperatively in these areas. Cloninger et al.[87] and others[88] demonstrated that approximately three quarters of fixed thallium-201 defects improved when redistribution imaging was performed after 8 to 24 hours. Dilsizian et al.[89] and Kayden et al.[90] demonstrated that 40 to 50 percent of regions that appeared as fixed thallium defects when conventional imaging protocols were used had enhanced uptake of thallium-201 after a second injection with the patient at rest. Bonow et al.[91] also showed a strong concordance between thallium-201 uptake after an injection at rest and evidence of metabolic activity by positron-emission tomography using

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

fluorine-18 deoxyglucose. Therefore, to analyze fully the extent of myocardial viability, the conventional protocol with imaging performed two to four hours after exercise is insufficient. Myocardial viability should be assessed after a second injection of thallium-201 just before the resting scan.

Accurate assessment of the extent of viable myocardium is critically important in patients with multiple myocardial infarctions, ongoing ischemia, and left ventricular dysfunction. By combining the information from scintigraphic images and the coronary angiogram, a logical and individualized plan for revascularization can be developed. Although positron metabolic imaging is considered the gold standard for myocardial viability, resting thallium-201 imaging is a cost-effective and relatively simple alternative.

## REFERENCES

1. Zaret BL, Wackers FJT, Soufer R. Nuclear cardiology. In: Braunwald E, ed. Heart disease: a textbook of cardiovascular medicine. 4th ed. Vol. 1. Philadelphia: W.B. Saunders, 1992:276-311.

2. Berger HJ, Zaret BL. Nuclear cardiology. N Engl J Med 1981;305:799-807, 855-65.

3. Wackers FJT. Myocardial perfusion imaging. In: Gottschalk A, Hoffer PB, Potchen EJ, eds. Diagnostic nuclear medicine. 2nd ed. Vol. 1. Baltimore: Williams & Wilkins, 1988:291-354.

4. Maddahi J, Van Train K, Prigent F, et al. Quantitative single photon emission computed thallium-201 tomography for detection and localization of coronary artery disease: optimization and prospective validation of a new technique. J Am Coll Cardiol 1989;14:1689-99.

5. Kiat H, Maddahi J, Roy LT, et al. Comparison of technetium 99m methoxy isobutyl isonitrile and thallium 201 for evaluation of coronary artery disease by planar and tomographic methods. Am Heart J 1989;117:1-11.

6. Gould KL. Noninvasive assessment of coronary stenoses by myocardial perfusion imaging during pharmacologic coronary vasodilatation. I. Physiologic basis and experimental validation. Am J Cardiol 1978;41:267-78.

7. Klocke FJ. Perfusion imaging: interpretation of regional differences during flow augmentation and detection of hibernating myocardium. In: Zaret BL, Beller GA, eds. Nuclear cardiology: state-of-the-art and future directions. St. Louis: C.V. Mosby, 1993:149-54.

8. Pennell DJ, Underwood SR, Swanton RH, Walker JM, Eil PJ. Dobutamine thallium myocardial perfusion tomography. J Am Coll Cardiol 1991;18:1471-9.

9. Strauss HW, Harrison K, Langan JK, Lebowitz E, Pitt B. Thallium-201 for myocardial imaging: relation of thallium-201 to regional myocardial perfusion. Circulation 1975;51:641-5.

10. Beller GA, Watson DD, Pohost GM. Kinetics of thallium distribution and redistribution: clinical applications in sequential myocardial imaging. In: Strauss HW, Pitt B, eds. Cardiovascular nuclear medicine. 2nd ed. St. Louis: C.V. Mosby, 1979:225-42.

11. Wackers FJT, Berman DS, Maddahi J, et al. Technetium-99m hexakis 2-methoxyisobutyl isonitrile: human biodistribution, dosimetry, safety and preliminary comparison to thallium-201 for myocardial perfusion imaging. J Nucl Med 1989;30:301-11.

12. Piwnica-Worms D, Kronauge JF, Delmon L, Holman BL, Marsh JD, Jones AG. Effect of metabolic inhibition on technetium-99m-MIBI kinetics in cultured chick myocardial cells. J Nucl Med 1990;31:464-72.

13. Taillefer R, Primeau M, Costi P, Lambert R, Leveille J, Latour Y. Technetium-99m-sestamibi myocardial perfusion imaging in detection of coronary artery disease: comparison between initial (1-hour) and delayed (3-hour) postexercise images. J Nucl Med 1991;32:1961-5.

14. Sinusas AJ, White MP, Perez V, Mattera J, Zaret BL, Wackers FJT. Delaying post-exercise Tc99m-Sestamibi imaging may result in underestimation of ischemia. Circulation 1992;86:Suppl I:I-505.

15. Seldin DW, Johnson LL, Blood DK, et al. Myocardial perfusion imaging with technetium-99m SQ30217: comparison with thallium-201 and coronary anatomy. J Nucl Med 1989;30:312-9.

16. Beanlands R, Muzik O, Nguyen N, Petry N, Schwaiger M. The relationship between myocardial retention of technetium-99m teboroxime and myocardial blood flow. J Am Coll Cardiol 1992;20:712-9.

17. Jain D, Mattera JA, Sinusas AJ, McMahon M, Zaret BL, Wackers FJT. Biokinetics of Tc-99m-tetrofosmin, a new myocardial perfusion imaging agent: implications for one day imaging protocol. J Nucl Med 1992;33: Suppl:874. abstract.

18. Heo J, Kegel J, Iskandrian AS, Cave V, Iskandrian BB. Comparison of same-day protocols using technetium-99m-sestamibi myocardial imaging. J Nucl Med 1992;33:186-91.

19. Matzer L, Kiat H, Friedman J, et al. Separate acquisition dual isotope myocardial perfusion SPECT using pharmacologic stress. J Am Coll Cardiol 1992;19:Suppl A:127A. abstract.

20. Weiss AT, Maddahi J, Lew AS, et al. Reverse redistribution of thallium-201: a sign of nontransmural myocardial infarction with patency of the infarct-related coronary artery. J Am Coll Cardiol 1986;7:61-7.

21. Boucher CA, Zir LM, Beller GA, et al. Increased lung uptake of thallium-201 during exercise myocardial imaging: clinical, hemodynamic and angiographic implications in patients with coronary artery disease. Am J Cardiol 1980;46:189-96.

22. Nishimura S, Mahmarian JJ, Verani MS. Significance of increased lung thallium uptake during adenosine thallium-201 scintigraphy. J Nucl Med 1992;33:1600-7.

23. Weiss AT, Berman DS, Lew AS, et al. Transient ischemic dilation of the left ventricle on stress thallium-201 scintigraphy: a marker of severe and extensive coronary artery disease. J Am Coll Cardiol 1987;9:752-9.

24. Watson DD, Campbell NP, Read EK, Gibson RS, Teates CD, Beller GA. Spatial and temporal quantitation of plane thallium myocardial images. J Nucl Med 1981;22:577-84.

25. Garcia E, Maddahi J, Berman D, Waxman A. Space/time quantitation of thallium-201 myocardial scintigraphy. J Nucl Med 1981;22:309-17.

26. Wackers FJT, Fetterman RC, Mattera JA, Clements JP. Quantitative planar thallium-201 stress scintigraphy: a critical evaluation of the method. Semin Nucl Med 1985;15:46-66.

27. Sigal SL, Soufer R, Fetterman RC, Mattera JA, Wackers FJT. Reproducibility of quantitative planar thallium-201 scintigraphy: quantitative criteria for reversibility of myocardial perfusion defects. J Nucl Med 1991;32:759-65.

28. Reisman S, Maddahi J, Van Train K, Garcia E, Berman D. Quantitation of extent, depth, and severity of planar thallium defects in patients undergoing exercise thallium-201 scintigraphy. J Nucl Med 1986;27:1273-81.

29. Eisner RI, Tamas MJ, Cloninger K, et al. Normal SPECT thallium-201 bull's-eye display: gender differences. J Nucl Med 1988;29:1901-9.

30. Klein JL, Garcia EV, DePuey EG, et al. Reversibility bull's eye: a new polar bull's-eye map to quantify reversibility of stress-induced SPECT thallium-201 myocardial perfusion defects. J Nucl Med 1990;31:1240-6.

31. Rozanski A, Diamond GA, Berman D, Forrester JS, Morris D, Swan HJC. The declining specificity of exercise radionuclide ventriculography. N Engl J Med 1983;309:518-22.

32. Wackers FJT. Artifacts in planar and SPECT myocardial perfusion imaging. Am J Cardiol Imaging 1992;6:42-58.

33. Fintel DJ, Links JM, Brinker JA, Frank TL, Parker M, Becker LC. Improved diagnostic performance of exercise thallium-201 single photon emission computed tomography over planar imaging in the diagnosis of coronary artery disease: a receiver operating characteristic analysis. J Am Coll Cardiol 1989;13:600-12.

34. Maddahi J, Abdulla A, Garcia EV, Swan HJC, Berman DS. Noninvasive identification of left main and triple vessel coronary artery disease: improved accuracy using quantitative analysis of regional myocardial stress distribution and washout of thallium-201. J Am Coll Cardiol 1986;7:53-60.

35. Rehn T, Griffith LSC, Achuff SC, et al. Exercise thallium-201 myocardial imaging in left main coronary artery disease: sensitive but not specific. Am J Cardiol 1981;48:217-23.

36. Nygaard TW, Gibson RS, Ryan JM, Gascho JA, Watson DD, Beller GA. Prevalence of high-risk thallium-201 scintigraphic findings in left main coronary artery stenosis: comparison with patients with multiple- and single-vessel coronary artery disease. Am J Cardiol 1984;53:462-9.

37. Christian TF, Miller TD, Bailey KR, Gibbons RJ. Noninvasive identification of severe coronary artery disease using exercise tomographic thallium-201 imaging. Am J Cardiol 1992;70:14-20.

38. Kaul S, Boucher CA, Newell JB, et al. Determination of the quantitative thallium imaging variables that optimize detection of coronary artery disease. J Am Coll Cardiol 1986;7:527-37.

39. Brown KA, Boucher CA, Okada RD, et al. Prognostic value of exercise thallium-201 imaging in patients presenting for evaluation of chest pain. J Am Coll Cardiol 1983;1:994-1001.

40. Abraham RD, Freedman SB, Dunn RF, et al. Prediction of multivessel coronary artery disease and prognosis early after acute myocardial infarction by exercise electrocardiography and thallium-201 myocardial perfusion scanning. Am J Cardiol 1986;58:423-7.

41. Ladenheim ML, Pollock BH, Rozanski A, et al. Extent and severity of myocardial hypoperfusion as predictors of prognosis in patients with suspected coronary artery disease. J Am Coll Cardiol 1986;7:464-71.

42. Kaul S, Finkelstein DM, Homma S, Leavitt M, Okada RD, Boucher CA. Superiority of quantitative exercise thallium-201 variables in determining long-term prognosis in ambulatory patients with chest pain: a comparison with cardiac catheterization. J Am Coll Cardiol 1988;12:25-34.

43. Bairey CN, Rozanski A, Maddahi J, Resser KJ, Berman DS. Exercise thallium-201 scintigraphy and prognosis in typical angina pectoris and negative exercise electrocardiography. Am J Cardiol 1989;64:282-7.

44. Gibson RS, Watson DD, Craddock GB, et al. Prediction of cardiac events after uncomplicated myocardial infarction: a prospective study comparing predischarge exercise thallium-201 scintigraphy and coronary angiography. Circulation 1983;68:321-36.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

45. Gill JB, Ruddy TD, Newell JB, Finkelstein DM, Strauss HW, Boucher CA. Prognostic importance of thallium uptake by the lungs during exercise in coronary artery disease. N Engl J Med 1987;317:1485-9.

46. Brown KA, Weiss RM, Clements JP, Wackers FJT. Usefulness of residual ischemic myocardium within prior infarct zone for identifying patients at high risk late after acute myocardial infarction. Am J Cardiol 1987;60:15-9.

47. Wackers FJT, Russo DJ, Russo D, Clements JP. Prognostic significance of normal quantitative planar thallium-201 stress scintigraphy in patients with chest pain. J Am Coll Cardiol 1985;6:27-30.

48. Pamelia FX, Gibson RS, Watson DD, Craddock GB, Sirowatka J, Beller GA. Prognosis with chest pain and normal thallium-201 exercise scintigrams. Am J Cardiol 1985;55:920-6.

49. Wahl JM, Hakki A-H, Iskandrian AS. Prognostic implications of normal exercise thallium 201 images. Arch Intern Med 1985;145:253-6.

50. Staniloff HM, Forrester JS, Berman DS, Swan HJ. Prediction of death, myocardial infarction, and worsening chest pain using thallium scintigraphy and exercise electrocardiography. J Nucl Med 1986;27:1842-8.

51. Diamond GA, Forrester JS. Analysis of probability as an aid in the clinical diagnosis of coronary-artery disease. N Engl J Med 1979;300:1350-8.

52. Albro PC, Gould KL, Westcott RJ, et al. Noninvasive assessment of coronary stenoses by myocardial imaging during pharmacologic coronary vasodilatation. III. Clinical trial. Am J Cardiol 1978;42:751-60.

53. Sochor H, Pachinger O, Ogris E, Probst P, Kaindl F. Radionuclide imaging after coronary vasodilatation: myocardial scintigraphy with thallium-201 and radionuclide angiography after administration of dipyridamole. Eur Heart J 1984;5:500-9.

54. Boucher CA, Brewster DC, Darling RC, Okada RD, Strauss HW, Pohost GM. Determination of cardiac risk by dipyridamole-thallium imaging before peripheral vascular surgery. N Engl J Med 1985;312:389-94.

55. Kong BA, Shaw L, Miller DD, Chairman BR. Comparison of accuracy for detecting coronary artery disease and side-effect profile of dipyridamole thallium-201 myocardial perfusion imaging in women versus men. Am J Cardiol 1992;70:168-73.

56. Shaw L, Chaitman BR, Hilton TC, et al. Prognostic value of dipyridamole thallium-201 imaging in elderly patients. J Am Coll Cardiol 1992;19:1390-8.

57. Nishimura S, Mahmarian JJ, Boyce TM, Verani MS. Equivalence between adenosine and exercise thallium-201 myocardial tomography: a multicenter, prospective, crossover trial. J Am Coll Cardiol 1992;20:265-75.

58. Parodi O, Marcassa C, Casucci R, et al. Accuracy and safety of technetium-99m hexakis 2-methoxy-2-isobutyl isonitrile (Sestamibi) myocardial scintigraphy with high dose dipyridamole test in patients with effort angina pectoris: a multicenter study. J Am Coll Cardiol 1991;18:1439-44.

59. Levinson JR, Boucher CA, Coley CM, et al. Usefulness of semiquantitative analysis of dipyridamole–thallium-201 redistribution for improving risk stratification before vascular surgery. Am J Cardiol 1990;66:406-10.

60. Eagle KA, Singer DE, Brewster DC, Darling RC, Mulley AG, Boucher CA. Dipyridamole-thallium scanning in patients undergoing vascular surgery: optimizing preoperative evaluation of cardiac risk. JAMA 1987;257:2185-9.

61. Mangano DT, London MJ, Tubau JF, et al. Dipyridamole thallium-201 scintigraphy as a preoperative screening test: a reexamination of its predictive potential. Circulation 1991;84:493-502.

62. Hendel RC, Whitfield SS, Villegas BJ, Cutler BS, Leppo JA. Prediction of late cardiac events of dipyridamole thallium imaging in patients undergoing elective vascular surgery. Am J Cardiol 1992;70:1243-9.

63. Hecht HS, Shaw RE, Bruce TR, Ryan C, Stertzer SH, Myler RK. Usefulness of tomographic thallium-201 imaging for detection of restenosis after percutaneous transluminal coronary angioplasty. Am J Cardiol 1990;66:1314-8.

64. Hecht HS, Shaw RE, Chin HL, Ryan C, Stertzer SH, Myler RK. Silent ischemia after coronary angioplasty: evaluation of restenosis and extent of ischemia in asymptomatic patients by tomographic thallium-201 exercise imaging and comparison with symptomatic patients. J Am Coll Cardiol 1991;17:670-7.

65. Manyari DE, Knudtson M, Kloiber R, et al. Sequential thallium-201 myocardial perfusion studies after successful percutaneous transluminal coronary artery angioplasty: delayed resolution of exercise-induced scintigraphic abnormalities. Circulation 1988;77:86-95.

66. Zijlstra F, Reiber JC, Julliere Y, Serruys PW. Normalization of coronary flow reserve by percutaneous transluminal coronary angioplasty. Am J Cardiol 1988;61:55-60.

67. Jain A, Mahmarian JJ, Borges-Neto S, et al. Clinical significance of perfusion defects by thallium-201 single photon emission tomography following oral dipyridamole early after coronary angioplasty. J Am Coll Cardiol 1988;11:970-6.

68. Miller DD, Liu P, Strauss HW, Block PC, Okada RD, Boucher CA. Prognostic value of computer-quantitated exercise thallium imaging early after percutaneous transluminal coronary angioplasty. J Am Coll Cardiol 1987;10:275-83.

69. Hardoff R, Shefer A, Gips S, et al. Predicting late restenosis after coronary angioplasty by very early (12 to 24 h) thallium-201 scintigraphy: implications with regard to mechanisms of late coronary restenosis. J Am Coll Cardiol 1990;15:1486-92.

70. Wackers FJ, Lie KI, Liem KL, et al. Thallium-201 scintigraphy in unstable angina pectoris. Circulation 1978;57:738-42.

71. Berger BC, Watson DD, Burwell LR, et al. Redistribution of thallium at rest in patients with stable and unstable angina and the effect of coronary artery bypass surgery. Circulation 1979;60:1114-25.

72. Grégoire J, Théroux P. Detection and assessment of unstable angina using myocardial perfusion imaging: comparison between technetium-99m Sestamibi SPECT and 12-lead electrocardiogram. Am J Cardiol 1990;66:Suppl:42E-46E.

73. Wackers FJT, Busemann Sokole E, Samson G, et al. Value and limitations of thallium-201 scintigraphy in the acute phase of myocardial infarction. N Engl J Med 1976;295:1-5.

74. Wackers FJT, Becker AE, Samson G, et al. Location and size of acute transmural myocardial infarction estimated from thallium-201 scintiscans. Circulation 1977;56:72-8.

75. Wackers FJT, Lie KI, Liem KL, et al. Potential value of thallium-201 scintigraphy as a means of selecting patients for the coronary care unit. Br Heart J 1979;41:111-7.

76. Varetto T, Decicco C, Cantalupi D, et al. Rule-out of myocardial infarct in the emergency room with Tc-99m-Sestamibi scintigraphy. J Am Coll Cardiol 1992;19:Suppl:A22A. abstract.

77. Wackers FJT, Gibbons RJ, Verani MS, et al. Serial quantitative planar technetium-99m isonitrile imaging in acute myocardial infarction: efficacy for noninvasive assessment of thrombolytic therapy. J Am Coll Cardiol 1989;14:861-73.

78. Gibbons RJ, Verani MS, Behrenbeck T, et al. Feasibility of tomographic technetium-99m-hexakis-2-methoxy-2-methylpropyl-isonitrile imaging for the assessment of myocardial area at risk and the effect of treatment in acute myocardial infarction. Circulation 1989;80:1277-86.

79. Christian TF, Gibbons RJ, Gersh BJ. Effect of infarct location on myocardial salvage assessed by technetium-99m isonitrile. J Am Coll Cardiol 1991;17:1303-8.

80. Christian TF, Schwartz RS, Gibbons RJ. Determinants of infarct size in reperfusion therapy for acute myocardial infarction. Circulation 1992;86:81-90.

81. Christian TF, Behrenbeck T, Pellikka PA, Huber KC, Chesebro JH, Gibbons RJ. Mismatch of left ventricular function and infarct size demonstrated by technetium-99m isonitrile imaging after reperfusion therapy for acute myocardial infarction: identification of myocardial stunning and hyperkinesia. J Am Coll Cardiol 1990;16:1632-8.

82. Sutton JM, Topol EJ. Significance of a negative exercise thallium test in the presence of a critical residual stenosis after thrombolysis for acute myocardial infarction. Circulation 1991;83:1278-86.

83. Tilkemeier PL, Guiney TE, LaRaia PJ, Boucher CA. Prognostic value of predischarge low-level exercise thallium testing after thrombolytic treatment of acute myocardial infarction. Am J Cardiol 1990;66:1203-7.

84. Wackers FJT, Zaret BL, Chaitman B, Wasserman A, Thompson B. The prognostic significance of reverse redistribution on thallium-201 stress testing after thrombolytic therapy for acute infarction. J Am Coll Cardiol 1992;19:Suppl:A22A. abstract.

85. Gibson RS, Watson DD, Taylor GJ, et al. Prospective assessment of regional myocardial perfusion before and after coronary revascularization surgery by quantitative thallium-201 scintigraphy. J Am Coll Cardiol 1983;1:804-15.

86. Tillisch J, Brunken R, Marshall R, et al. Reversibility of cardiac wall-motion abnormalities predicted by positron tomography. N Engl J Med 1986;314:884-8.

87. Cloninger KG, DePuey EG, Garcia EV, et al. Incomplete redistribution in delayed thallium-201 single photon emission computed tomographic (SPECT) images: an overestimation of myocardial scarring. J Am Coll Cardiol 1988;12:955-63.

88. Kiat H, Berman DS, Maddahi J, et al. Late reversibility of tomographic myocardial thallium-201 defects: an accurate marker of myocardial viability. J Am Coll Cardiol 1988;12:1456-63.

89. Dilsizian V, Rocco TP, Freedman NMT, Leon MB, Bonow RO. Enhanced detection of ischemic but viable myocardium by the reinjection of thallium after stress-redistribution imaging. N Engl J Med 1990;323:141-6.

90. Kayden DS, Sigal S, Soufer R, Mattera J, Zaret BL, Wackers FJ. Thallium-201 for assessment of myocardial viability: quantitative comparison of 24-hour redistribution imaging with imaging after reinjection at rest. J Am Coll Cardiol 1991;18:1480-6. [Erratum, J Am Coll Cardiol 1991;19:1121.]

91. Bonow RO, Dilsizian V, Cuocolo A, Bacharach SL. Identification of viable myocardium in patients with chronic coronary artery disease and left ventricular dysfunction: comparison of thallium scintigraphy with reinjection and PET imaging with 18F-Fluorodeoxyglucose. Circulation 1991;83:26-37.

W1 NE388
v.329    NO.11        1993
c.03-------SEQ: N14600000
TI: NEW ENGLAND JOURNAL OF
    MEDICINE        09/15/93

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Abstracts in the
advertising
sections



# The New England Journal of Medicine

Established in 1812 as The NEW ENGLAND JOURNAL OF MEDICINE AND SURGERY

VOLUME 329                SEPTEMBER 9, 1993                NUMBER 11

## Original Articles

A Two-Year Trial of Oleic and Erucic Acids ("Lorenzo's Oil") as Treatment for Adrenomyeloneuropathy .............. 745
P. Aubourg and Others

A Controlled Trial of Intravaginal Estriol in Postmenopausal Women with Recurrent Urinary Tract Infections ............... 753
R. Raz and W.E. Stamm

Preliminary Results of Treatment with Filgrastim for Relapse of Leukemia and Myelodysplasia after Allogeneic Bone Marrow Transplantation ....................... 757
S. Giralt and Others

A Preliminary Study of Cardiopulmonary Resuscitation by Circumferential Compression of the Chest with Use of a Pneumatic Vest .............. 762
H.R. Halperin and Others

Effect of Dietary Fish Oil on Renal Function and Rejection in Cyclosporine-Treated Recipients of Renal Transplants ........ 769
J.J. Homan van der Heide, H.J.G. Bilo, J.M. Donker, J.M. Wilmink, and A.M. Tegzess

## Images in Clinical Medicine

Peutz-Jeghers Syndrome................... 774
P.J. Morrison and N.C. Nevin

## Review Articles

Medical Progress: Nuclear Cardiology (First of Two Parts) ........................ 775
B.L. Zaret and F.J. Wackers

Drug Therapy: Treatment of Multidrug-Resistant Tuberculosis ................ 784
M.D. Iseman

## Case Records of the Massachusetts General Hospital

A 28-Year-Old Man with AIDS, Persistent Pancytopenia, and Lymphoma .......... 792
H.M. Heller and J.S. Dzieczkowski

## Editorials

Lorenzo's Oil — Hope and Disappointment . 801
W.B. Rizzo

Resistance to Urinary Tract Infection ....... 802
C. Svanborg

## Sounding Board

A Declaration of Independence for Health System Reform ....................... 804
L.J. Morse

## Correspondence

Reforming Our Health Care System ............ 806
Physician-Payment Reform .................... 808
Vaccine-Associated Paralytic Poliomyelitis....... 810
Reinfection with Multidrug-Resistant Tuberculosis ............................ 811
Death in a Patient with Primary Pulmonary Hypertension after 20 mg of Nifedipine .......... 812
Case 8-1993: Cysticercosis ..................... 813
Treatment of Cluttering ....................... 813

## Book Reviews ............................. 815

## Notices ................................. 819

Owned, Published, and ©Copyrighted, 1993, by the Massachusetts Medical Society

The New England Journal of Medicine (ISSN 0028-4793) is published weekly from editorial offices at 10 Shattuck Street, Boston, MA 02115-6094. Subscription price: $96.00 per year. Second-class postage paid at Boston and at additional mailing offices. POSTMASTER: Send address changes to P.O. Box 803, Waltham, MA 02254-0803.

2
C



PROPERTY OF THE NATIONAL LIBRARY OF MEDICINE

A1

Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 17

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION



1121803-302

NOV 25 1996

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Alf Sollevi

Serial No.:     08/031,666                    Examiner: L. Crane

Filed:          March 15, 1993                Art Unit: 1211

Title:          SELECTIVE VASODILATION BY
                CONTINUOUS ADENOSINE INFUSION

> I hereby certify that this paper is being
> deposited with the United States Postal
> Service as first class mail in an envelope
> addressed to: Assistant Commissioner for Patents
> Washington, D.C. 20231, on November 8, 1996.
>
> John Scheibeler            35,346
> Name                       Reg. No.
>
> John Scheibeler       11/8/96
> Signature                  Date

November 8, 1996

**FIRST SUBMISSION AFTER**
**FINAL REJECTION**

Box AF
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

        This is a response to the final Office Action

dated May 10, 1996.

Petition for Extension of Time

        Applicant hereby requests an extension of time

for a period of three (3) months to November 11, 1996 (the

0000CNF3.W51

1121803-302

10th falls on Sunday).  Please charge the $465 extension
fee (which is based on applicant's status as a small
entity) to Deposit Account No. 23-1703.

     The present application benefits from the
provisions under 37 C.F.R. § 1.129(a) relating to
examination after a final rejection.  Accordingly,
applicant hereby requests that the "finality" of the office
action be withdrawn and that this first submission, which
includes this amendment and the attached Information
Disclosure Statement, be entered and considered on the
merits.  The Commissioner may charge the required fee of
$385, under 37 C.F.R. § 1.17(r), and any additional fee to
Deposit Account No. 23-1703.


Request for Expedited Prosecution:
Application Pending More Than Five (5) Years

     This application has been pending for more than
five (5) years and pursuant to M.P.E.P. § 708.01 should be
considered "special."  Applicant therefore requests the
Examiner to expedite prosecution of the application.


-2-

0000CNF3.W51

AST0055772

1121803-302

Please amend the application as follows:

In the Claims

Cancel claim 65.

Please add the following new claim:

-- 66. A method for inducing a reduced afterload in the vascular system of a human without reducing the preload, the method comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less. --

## Remarks

Claims 1, 2, 58, 59, 61-64, and 66 are now pending in the application. Claim 65 has been cancelled and the § 102(b) rejection of that claim is therefore moot. The cancellation of claim 65 is made to expedite prosecution; it should not be construed as an acquiescence to the rejection. New claim 66 has been added and is supported throughout the specification, for example, at page 4, lines 2-9. No new matter has been added.

The claims remain rejected under 35 U.S.C. § 112, second paragraph, as being indefinite. The Examiner maintains that the phrase "without inducing significant venous dilation" and the term "selectively" are superfluous

-3-

0000CNP3.W51

AST0055773

1121803-302

"non-factual" limitations. The Examiner alleges it was known in the art that adenosine vasodilates only the arteries. The Examiner cites Sollevi et al. (R) and states the following:

> Applicant is requested to note the next to last sentence in the abstract wherein Sollevi et al. clearly state '[t]he magnitude of the vasodilation was <u>strictly related to the arterial plasma adenosine concentration</u> irrespective of whether ATP or adenosine was infused' (emphasis added). In view of the title of the noted reference, "<u>Relationship between arterial and venous adenosine levels and vasodilation during ATP- and adenosine infusion in dogs</u>," applicant is requested to please provide a complete explanation of why the rejection <u>supra</u> is inappropriate in view of the noted prior art disclosure[s].

Although cited in a § 112 rejection, the Examiner essentially contends that the prior art discloses the relevant claim limitations and thus this rejection is in the nature of a § 102 rejection. Accordingly, applicant will address the teachings of the Sollevi et al. (R) reference both under § 112 and § 102.

The claim limitation that adenosine selectively vasodilates the arteries and not the veins is not superfluous. The limitation is not recognized by Sollevi et al. (R) or any teaching in the prior art and is, in fact, one of the key concepts of the present invention.

-4-

0000CNP3.W51

AST0055774

1121803-302

The Sollevi et al. (R) reference concerns a pharmacokinetic study of adenosine and ATP administered in dogs. Heart rate and arterial blood pressure were determined. Adenosine and ATP were each infused in a central venous catheter (inferior caval vein, where blood enters the heart on the venous side). Simultaneous blood samples were collected through catheters placed on each side of the lung, before and during drug infusion of adenosine or ATP. The title of the reference, "Relationship between arterial and venous adenosine levels. . .," refers to the levels of adenosine and ATP that were measured in the aorta (arterial blood leaving the lung and the heart) and in the pulmonary artery (which is the <u>venous</u> <u>side</u> of the pulmonary circulation).

In the study, the authors learned that ATP infused on the central venous side is degraded to adenosine as it passes through the lung so that there is no intact ATP in the central aortic arterial blood. The degree of reduced arterial blood pressure in the dogs, by either ATP or adenosine, was, as stated in the abstract relied on by the Examiner, strictly related to the arterial (aortic) adenosine concentration irrespective of whether ATP or adenosine was infused. Thus, this article teaches that ATP infusion induces reduced arterial blood pressure in dogs

-5-

OOOOCNF3.W51

AST0055775

1121803-302

through its degradation to adenosine. That is, that
"adenosine probably mediates the vasodilatory effect of
ATP" in the dog. (See Sollevi et al. (R), final sentence of
the Abstract, p. 120.)

Sollevi et al. (R) reported that "cardiac output
was unaffected by the purine infusions, indicating that the
reduction of MABP (mean arterial blood pressure) was caused
by a reduction of the systemic vascular resistance."
(emphasis added) (See Abstract page 171 and the sentence
bridging pages 173 and 174). From this teaching one
skilled in the art would understand that both the arteries
and the veins were dilated by the infusion of purines (ATP
or adenosine). Thus to one skilled in the art, Sollevi et
al. (R) teaches that the administration of purines, such as
ATP or adenosine, to a dog results in the dilation of both
arteries and veins. The Sollevi et al. (R) reference
clearly did not and indeed could not teach the invention.
The Examiner has merely taken an unrelated statement from
the reference's abstract and with hindsight has
misinterpreted it to support an erroneous statement of the
state of the prior art.

The effect of adenosine is now recognized in the
art to be species specific. The prior art literature at
the time of the invention actually taught that adenosine

-6-

0000CNF3.W51

1121803-302

dilated the venous vessels of the dog. Animal studies
examining the relative effect of adenosine on veins and
arteries, showed that adenosine is a highly active dilator
of venous vessels (rabbit portal vein, dog saphenous,
femoral, pulmonary and splenic vein) in vitro. (See, Pages
H114, H117, and H120 of Raymond H. Vaerhaeghe, "Action of
Adenosine and Adenine Nucleotides on Dogs' Isolated Veins,"
Am. J. Physiol., 233(1), H114-H121, 1977, submitted
herewith; Pages 439, 442 and 446 of J.G De Mey and P.M.
Vanhoutte, "Heterogeneous Behavior of the Canine Arterial
and Venous Wall," Circulation Research, Vol. 51, No. 4,
Oct. 1982, pp. 439-447, submitted herewith; and Page 279
and Fig. 1 of C.M. Brown and M.G. Collis, "Adenosine $A_1$
Receptor Inhibition of Nerve Stimulation-Induced
Contractions of the Rabbit Portal Vein," European Journal
of Pharmacology, 93 (1983) 277-282, submitted herewith.)

These studies would have suggested to one skilled
in the art at the time of the present invention that
adenosine at a defined dosage range would not selectively
dilate the arterial vasculature of humans without affecting
the venous vasculature. Thus, because Sollevi et al. (R)
does not teach the invention, and the prior art actually
taught away from the invention, the "§ 112" rejection in no

-7-

0000CNF3.W51

AST0055777

1121803-302

longer tenable and should be withdrawn. The Sollevi et al.
(R) reference also will not support a rejection under 35
U.S.C. § 102.

The claims also remain rejected under 35 U.S.C.
§ 103 as being unpatentable over Fukunaga et al. (I) and
(II) in combination with Berne et al. (both patents),
Kassell et al., Olsson et al., Sollevi et al. (R) and Drury
et al.

None of the references cited by the Examiner show
selective arterial dilation by adenosine. To further
support this view, applicant has provided below a detailed
discussion of the fundamental aspects of the invention and
how the invention differs from the prior art.

The definitions of several terms commonly used in
pharmacological and circulatory effects of vasodilators on
vascular systems, which are important to understanding the
present invention, are set forth below:

| | |
|---|---|
| Arterial resistance vessels (arteries) | Pre-capillary vessels. |
| Systemic vascular resistance | A measure of the tone of the arterial resistance vessels. Dilated arterial resistance vessels represent a reduced systemic vascular resistance and a reduced "afterload." |
| Venous capacitance vessels (Veins) | Post-capillary vessels. The tone of the veins determines the return of venous blood to the heart. Reduced tone causes reduced venous capacitance vessel pressure, which represents a reduced "preload." |

-8-

0000CNF3.W51

AST0055778

1121803-302

| | |
|---|---|
| Cardiac output | The heart's capacity to pump blood into the arteries. Cardiac output is highly dependent on afterload and preload. Reduced preload alone reduces cardiac output; reduced afterload alone increases cardiac output. |
| Arterial blood pressure | The product of systemic vascular resistance and cardiac output. To determine systemic vascular resistance, both arterial blood pressure and cardiac output must be quantified. |
| Arterial hypotension | Reduced blood pressure in the arterial section of the vasculature. |

Arterial hypotension (reduced blood pressure) is not simply a function of arterial dilation and can be caused by each different vasodilator mechanism described below:

A.  <u>VENOUS DILATION</u>

The dilation of the veins results in a reduced preload to the heart. This, in turn, causes a reduction in cardiac output. This mechanism is known as the *Frank-Starling law of the heart* (<u>See</u>, Arthur C. Guyton, "Textbook of Medical Physiology," 8th Edition, Ch. 20, pp. 221-223, 1991, submitted herewith). The systemic vascular resistance (dilation of the arteries) and afterload in this instance remain unaffected.

-9-

AST0055779

1121803-302

Nitroglycerine is a good example of a vasodilator that produces arterial hypotension by dilating primarily the veins.

B.  VENOUS AND ARTERIAL DILATION

In this instance, both the veins and the arteries are dilated; the preload is reduced which in turn tends to decrease cardiac output.  Since the systemic vascular resistance is also reduced by the dilation of the arteries, this results in a reduced afterload which tends to increase cardiac output.  Depending on the degree of venous dilation versus arterial dilation, cardiac output will either decrease or remain unaffected.  For instance, when the venous dilation is less extensive than the arterial dilation, cardiac output may be maintained even though both the arteries and veins are dilated.

Sodium nitroprusside is a good example of a vasodilator that produces arterial hypotension by dilating both the arteries and the veins.


C.  ARTERIAL DILATION

In this instance, since the veins are not dilated, the preload is unaffected.  The arteries are dilated, which represents a reduced afterload.  Since preload is unaffected and afterload is reduced, cardiac

-10-

0000CNF3.W51

AST0055780

1121803-302

output is increased. *This mechanism represents how adenosine works in man when infused according to the invention.*

The measurement of a decrease in blood pressure or arterial hypotension alone does not provide sufficient data to determine which of the possible vascular conditions (alternatives A, B, or C, set forth above) is prevailing. While arterial hypotension may occur during the adenosine administration, this fact alone does not teach or suggest that adenosine dilates the arteries and not the veins. To understand the selective effect adenosine has on the various portions of the vasculature, a study would have to determine arterial _and_ central venous blood pressures as well as cardiac output. As stated above, none of the references cited by the Examiner found a consistent increase in cardiac output, which is indicative of a selective afterload reduction by adenosine. Where they discuss it, the cited references found that adenosine either decreased or merely maintained cardiac output. Thus, the references do not teach the selectivity aspect of the invention.

Referring now specifically to the § 103 rejection, the Examiner relies on Fukunaga I and II as the

-11-

0000CNF3.W51

AST0055781

1121803-302

primary references.  These references shows that ATP and
adenosine administration can induce hypotension.  Applicant
is not claiming a method for inducing arterial hypotension.
Rather, applicant is claiming a method for dilating the
arteries and not the veins.  Hypotension can be caused by a
number events occurring in the vascular system. (See above,
A, B, and C.)  It is not possible to determine from the
data in the Fukunaga references the actual mechanism how
the hypotension is actually induced, and therefore, the
references do not teach that adenosine dilates the arteries
and not the veins.

The instant specification demonstrates that, in
humans, arterial resistance vessels are dilated (afterload
reduction) by dosage levels of adenosine which do not
induce A-V block while venous capacitance vessels are not
dilated.  In addition, recent studies demonstrate that
because it does not significantly affect preload, adenosine
infusion in healthy volunteers causes a dose-dependent
reduction of the peripheral vascular resistance paralleled
by dose-dependent elevation of cardiac output, with no
influence on cardiac filling pressure, and with minor
influence on arterial blood pressure. (See, Edlund et al.,
"Haemodynamic and Metabolic Effects of Infused Adenosine in
Man," Clinical Science, 79, pp. 131-138, 1990, submitted

-12-

0000CNF3.W51

AST0055782

1121803-302

herewith).  This also illustrates that hypotension is not a prerequisite to the claimed invention.

Fukunaga I ("Hypotensive Effects of Adenosine and Adenosine Triphosphate Compared with Sodium Nitroprusside," <u>Anesthesia and Analgsia</u>, 61(3), pp. 273-278, 1982) only measures the effect adenosine has on blood pressure and heart rate (See abstract).  The reference demonstrates that adenosine, ATP, and sodium nitroprusside all reduce blood pressure in rabbits.  The reference also teaches that the onset and offset of hypotension was rapid with adenosine and ATP and that the hypotension was stable.  The reference does not discuss cardiac output or venous blood pressure. It is impossible to determine from Fukunaga I that adenosine vasodilates the arteries and not the veins. Therefore, the reference is not relevant to the present claims.

Finally, with respect to Fukunaga I, studies performed in rabbits show that the mode of action of adenosine in rabbits differs from that in man.  When hypotension was induced in rabbits by adenosine, the effect achieved was paralleled by a reduced perfusion in the large tissue volume - skeletal muscle.  These results suggest that adenosine induces hypotension in rabbits by a mechanism different than selective arterial vasodilation

-13-

0000CNF3.W51

AST0055783

1121803-302

and increased cardiac output. (See, Gustafsson et al. (I),
"Effect of Systemic Adenosine Infusion on Capillary Flow
and Oxygen Pressure Distributions in Skeletal Muscle of the
Rabbit," Int. J. Microcirc. Clin. Exp. 13: 1-12, 1993; and
Gustafsson et al. (II), "Effects on Skeletal Muscle
Oxygenation and Capillary Blood Flow by Adenosine-, Sodium
Nitroprusside- and Acetylcholine- Induced Hypotension,"
Acta. Anaesthesiol. Scand., 1996, 40: 000-000, pp. 1-6,
both submitted herewith.)

Fukunaga II ("ATP-Induced Hypotensive Anesthesia
During Surgery," Anesthesiology, 57(3), A65, 1982)
documents the pharmacological and circulatory effects of
infused ATP in man. Fukunaga II concerns the intravenous
infusion of ATP to humans in the dosage range of 0.2-0.6
mg/kg/min. The reference does not recognize or even
suggest that different dosage ranges of adenosine
intravenously administered to humans would result in
selective effects on different vascular sections in the
human body. Most importantly, Fukunaga II discloses that
ATP in this dosage range significantly decreased systemic
vascular resistance while cardiac output was maintained.
One skilled in the art on the basis of the cardiac output
data in Fukunaga II would infer that the infusion of ATP at
the reported levels would result in both venous and

-14-

0000CNF3.W51

AST0055784

1121803-302

arterial dilation so as to maintain cardiac output. Finally, Fukunaga II does not give any information on venous filling pressures.

Applicant is the first to have discovered an effect of adenosine on the vascular profile in humans which is not disclosed in Fukunaga II or any of the prior art references. The selective arterial vasodilation effect of adenosine is not shown in the ATP-related study of Fukunaga II.

The Examiner also relies on the Berne patents in maintaining the rejection. The Berne patents teach that adenosine infusion to humans causes A-V block of the heart (See Col. 14, lines 26-35). Berne claims that this holds true for any standard method of administration of adenosine, including continuous infusion after an initial loading dose (Col. 5, lines 18-35). Therefore, the Berne patents teach that adenosine infusion actually would cause A-V block. The Berne patents do not disclose any information that adenosine induced selective arterial vasodilation in humans. On the contrary, the patents suggest that the effect on cardiac electrophysiology would occur before any vascular effect.

Kassell reported that adenosine infusion (after dipyridamole pre-treatment) in dogs caused arterial

-15-

OOOOCNF3.W51

1121803-302

The Examiner has also relied on the Sollevi et al. (R) reference, which has been discussed in detail above and does not disclose or discuss that adenosine has a selective vasodilatory effect as between the arteries and the veins.

Finally, the Examiner relies on Drury. This reference shows only adenosine's ability as a vasodilator and does not teach or suggest that adenosine can vasodilate the arteries and not the veins.

The teachings of all the secondary references when combined with the primary references do not render obvious the present invention. If the teachings of the secondary references were followed, one would never continuously intravenously infuse adenosine into a human patient. Thus the secondary reference should not be combined with the primary references. However, even if the teachings were to be combined, the combination would not lead one skilled in the art to the selective arterial dilation properties of adenosine in humans. The combination would not even suggest seeking the existence of such properties.

Based upon the foregoing remarks, applicant submits that the references do not render the claimed invention obvious and that the § 103 rejection should be

-17-

OOOOCNF3.W51

AST0055786

1121803-302

withdrawn.  Applicant respectfully requests reconsideration of the rejections and allowance of the pending claims.  The new references discussed above are cited and enclosed with the attached Information Disclosure Statement.

The Commissioner is authorized to charge any fee required with this paper to Deposit Account No. 23-1703.

Respectfully Submitted,

John Scheibeler
Reg. No. 35,346

White & Case
1155 Ave. of the Americas
New York, NY 10036
(212)819-8830

-18-

0000CNF3.W51

AST0055787