Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 18

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION



#//// 9-9-9

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: **Box ISSUE FEE**
**ASSISTANT COMMISSIONER FOR PATENTS**
**WASHINGTON, D.C. 20231**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

12M1/0123

WHITE & CASE
PATENT DEPARTMENT
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/031,666 | 03/15/93 | 009 | CRANE, L. | 1211 | 01/23/97 |

First Named Applicant: SOLLEVI, ALF

TITLE OF INVENTION: SELECTIVE VASODILATION BY CONTINUOUS ADENOSINE INFUSION (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| ） | 514-046.000 | I84 | UTILITY | NO | $1290.00 | 04/23/97 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
_**PROSECUTION ON THE MERITS IS CLOSED.**_

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I.  Review the SMALL ENTITY status shown above.
    If the SMALL ENTITY is shown as yes, verify your
    current SMALL ENTITY status:

    A. If the status is changed, pay twice the amount of the
    FEE DUE shown and notify the Patent and
    Trademark Office of the change in status, or
    B. If the status is the same, pay the FEE DUE shown
    above.

If the SMALL ENTITY is shown as NO:

    A. Pay FEE DUE shown above, or

    B. File verified statement of Small Entity Status before, or with,
    payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
    Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
    If you are charging the ISSUE FEE to your deposit account, section "6b" of Part B should be completed.

III. All communications regarding this application must give application number and batch number.
    Please direct all communication prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.**

PTOL-85 (REV. 05-96)(0651-0033)

**3. PATENT AND TRADEMARK OFFICE COPY**

AST0055794

PART B—ISSUE FEE TRANSMITTAL

*142-1290.W*
*#16 2a 99.97*

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addresses entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing, below.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231.
DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

| 2. INVENTOR'S ADDRESS CHANGE (Complete only if there is a change) |
|---|
| INVENTOR'S NAME |
| Street Address |
| City, State and Zip Code    *RECEIVED* *Publishing Division* |
| CO-INVENTOR'S NAME    *FEB 18 1997* |
| Street Address |
| City, State and Zip Code    *04* |
| ☐ Check if additional changes are enclosed |

1. CORRESPONDENCE ADDRESS

IZMI70123

WHITE & CASE
PATENT DEPARTMENT
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/031,666 | 03/15/93 | 009 | CRANE, L | 1211 | 01/23/97 |
| First Named Applicant | SOLLEVI, | | ALF | | |

TITLE OF INVENTION: SELECTIVE VASODILATION BY CONTINUOUS ADENOSINE INFUSION (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1/21F03-302 | 514-046.000 | I84 | UTILITY | NO | $1290.00 | 04/23/97 |

3. Correspondence address change (Complete only if there is a change)

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1  White & Case
2  _____
3  _____

ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(*1) NAME OF ASSIGNEE: Item Development AB

(2) ADDRESS: (CITY & STATE OR COUNTRY)  Stocksund, SWEDEN

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office. (Reel 6375,
☐ Assignment is being submitted under separate cover. Assignment should be   Frames 0658-60)
directed to Box ASSIGNMENTS.
PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee    ☐ Advance Order - # of Copies _____
6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER   23-1703
(ENCLOSE A COPY OF THIS FORM)
☐ Issue Fee    ☐ Advance Order - # of Copies _____
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.
(Authorized Signature) _____ (Date) 2/12/97
Reg. No. 35,346
NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Certificate of Mailing**

Note: If this certificate of mailing is used, it can be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

810 BL 02/24/97 08031666
1 142    1,290.00 CK

on: February 12, 1997    (Date)
John Scheibeler    (Name of person making deposit)
John Scheibeler    (Signature)
2/12/97    (Date)

PTOL-85B (REV. 05-96) Approved for use through 05/31/99. OMB 0651-0033    **1. TRANSMIT THIS FORM WITH FEE**    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

AST0055795

Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 19

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

212-819-7583   WHITE&CASE 26 NORTH                    452 P01      NOV 04 '97  16:28

*246 395.00*

# WHITE & CASE

1155 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-2787
(212) 819-8200
FACSIMILE: (212) 354-8113
TELEX: 126201

| | | |
|---|---|---|
| **UNITED STATES**<br>WASHINGTON, D.C.<br>MIAMI<br>LOS ANGELES | | **EUROPE**<br>LONDON<br>PARIS<br>BRUSSELS<br>FRANKFURT<br>STOCKHOLM |
| **LATIN AMERICA**<br>MEXICO CITY | | MOSCOW<br>BUDAPEST<br>PRAGUE<br>WARSAW |
| **ASIA/PACIFIC**<br>TOKYO<br>HONG KONG<br>JAKARTA<br>SINGAPORE | SENT VIA FACSIMILE | ISTANBUL<br>ANKARA<br><br>**MIDDLE EAST**<br>JEDDAH |

DATE: November 4, 1997          NO. OF PAGES INCLUDING THIS COVER SHEET: 6

TO: Examiner L.E. Crane - Art Unit 1211

COMPANY: U.S. Patent & Trademark Office      FAX NO. : 703 305-3592

CC:                                           FAX NO. :

SENDER: John Scheibeler            SENDER'S NO.: 212 819-8830

The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (212) 819-7583. Thank you.

THIS SPACE MAY BE USED FOR SUPPLEMENTAL MESSAGE

RECEIVED
11/4/98

I hereby certify that this paper and enclosures are
being facsimile transmitted to the United States
Patent and Trademark Office on November 4, 1997.

John Scheibeler          35,346
Name                     Reg. No.

J.L. Scheibeler          11/4/97
Signature                Date

11/04/97  TUE 16:18  [TX/RX NO 7336]  @001

AST0055810

212-819-7583  WHITE&CASE 26 NORTH          452 P02     NOV 04 '97 16:20

1121803-302

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Alf Sollevi

Serial No.:    08/031,666                 Examiner: L. Crane

Filed:         March 15, 1993            Art Unit: 1211

Title:         SELECTIVE VASODILATION BY
               CONTINUOUS ADENOSINE INFUSION

RECEIVED
11/4/97

APPROVED



I hereby certify that this paper and enclosures are
being facsimile transmitted to the United States
Patent and Trademark Office on November 4, 1997.

John Scheibeler          35,346
Name                     Reg. No.

John Scheibel            11/4/17
Signature                Date

November 4, 1997

## SUBMISSION AFTER
## FINAL REJECTION

Assistant Commissioner for Patents
Washington, D.C. 20231
BY FACSIMILE (703) 305-3592

Sir:

        Pursuant to the telephone conference between the

Examiner and applicant's undersigned attorney, applicant

submits herewith this Submission After Final Rejection

under 37 C.F.R. § 1.129.  The Commissioner is authorized to

charge the required fee of $395 under 37 C.F.R. § 1.17(r)

0000H6XI.W51

*Superseded by
paper No.22*

11/04/97  TUE 16:18  [TX/RX NO 7336]  ☒002

AST0055811

212-819-7583  LMITE&CASE 26 NORTH                452 P03   NOV 04 '97 16:20

1121803-302

(based on status as a small entity), and any additional fee
to Deposit Account No. 23-1703.

RECEIVED 11/4/97

APPROVED

     Please amend the application as follows:

**In the Claims**

(Claims 1, 58, 61, 63, and 66 are amended below. The
remaining pending claims, which are not amended herein, are
also set forth below.)

    1.(amended)  A method of selectively vasodilating
the arteries of a human patient without inducing
significant venous dilation <u>and without pretreatment with
dipyridamole,</u> comprising continuously administering into
the blood stream of said patient adenosine at a rate of
administration of 0.35 milligrams of adenosine per kilogram
body weight per minute, or less.

    2.  A method according to claim 1 in which
adenosine is administered to an anesthetized patient
undergoing surgery.

    58.(amended)  A method of selectively
vasodilating the arteries of a human patient without
inducing significant venous dilation <u>and without
pretreatment with dipyridamole,</u> comprising continuously
administering into the blood stream of said patient by
intravenous administration about 0.05 milligrams to about

0000H6XI.WS1

-2-

*Superceded by paper No 2 ~*

AST0055812

1121803-302

0.30 milligrams of adenosine per kilogram body weight per minute.

      59.  A method according to claim 58 in which adenosine is administered to an anesthetized patient undergoing surgery.

      61.(amended)  In a surgical method carried out on a patient under general anesthesia the improvement comprising continuously administering into the blood stream of said patient adenosine in an amount sufficient to selectively vasodilate the arteries of said patient without pretreatment with dipyridamole, at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less.

      62.  In a method as claimed in claim 61, the improvement further comprising continuously administering into the blood stream of said patient adenosine at a rate of from 0.05 to about 0.3 milligrams of adenosine per kilogram of body weight per minute.

      63.(amended)  A method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole, comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.01 to 0.15

0000H6XI.W51

-3-

AST0055813

212-819-7503  WHITE&CASE 26 NORTH          452 P05   NOV 04 '97 16:20

1121803-302

milligrams of adenosine per kilogram body weight per minute.

64. A method for selectively vasodilating the arteries of an anesthetized human patient without inducing significant venous dilation and without pretreatment with dipyridamole comprising continuously administering into the blood stream of said patient by intravenous administration about 0.2 milligrams to about 0.35 milligrams of adenosine per kilogram body weight per minute.

66.(amended)  A method for inducing a reduced afterload in the vascular system of a human without reducing the preload and without pretreatment with dipyridamole, the method comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less.

REMARKS

Claims 1, 2, 58, 59, 61-64 and 66 remain pending.

Claims 1, 58, 61, 63, and 66 have been amended so that every pending claim in the application now includes the limitation "without pretreatment with dipyridamole." This limitation is supported throughout the specification

0000H6XI.WS1

-4-

Superceded by paper no 22

11/04/97  TUE 16:18  [TX/RX NO 7336]  @005

AST0055814

212-819-7583  WHITE&CASE 26 NORTH                452 P06   NOV 04 '97  16:21

1121803-302

and has already been presented in allowed claim 64, which has not been amended herein.

The limitation defines the claimed invention as a method that does not include pretreatment with dipyridamole. Such pretreatment in combination with the administration of adenosine is disclosed in the prior art, for example, in Sollevi et al. "Cardiovascular Effects of Adenosine During Controlled Hypotension in Cerebral Aneurysm Surgery." Anesthesiology, 59(3), p. A9 (1983), which is of record in parent application serial no. 07/138,306, and in Sollevi et al., "Cardiovascular Effects of Adenosine in Man," Acta. Physio. Scand., Vol. 120, No. 2, (Feb. 1984). Applicant has already provided the Examiner with copies of these references.

The Commissioner is authorized to charge any fee required with this paper to Deposit Account No. 23-1703.

Respectfully Submitted,

John Scheibeler
Reg. No. 35,346

White & Case
1155 Ave. of the Americas
New York, NY 10036
(212)819-8830

Attorney for Applicant(s)

0000H6XI.W51

-5-

11/04/97  TUE 16:18  [TX/RX NO 7336]  ⊠006

AST0055815

```
11/04/97  TUE 16:20 FAX 703 305 3592                                    ☑001

                           *********************
                           ***   RX REPORT   ***
                           *********************

              RECEPTION OK

              TX/RX NO              7336
              CONNECTION TEL                   212 819 7583
              SUBADDRESS
              CONNECTION ID
              ST. TIME             11/04 16:18
              USAGE T              01'35
              PGS.                    6
              RESULT               OK
```



Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 20

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION



**UNITED STAT___ ___EPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTY. DOCKET NO. |
|---|---|---|---|---|
| 08/031,666 | 03/15/93 | SOLLEVI | A. | |
| | | | | EXAMINER |

12M1/1126

WHITE & CASE
PATENT DEPARTMENT
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036

| ART UNIT | PAPER NUMBER |
|---|---|
| 1211 | 21 |

DATE MAILED: 11/26/97

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☒ Responsive to communication(s) received by FAX of two fax references on 10/24/97------------.

☒ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____3_____month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _1-2, 58-59, 61-66 64 and 66_------------------is/are pending in the application.

    Of the above, claim(s) _____is/are withdrawn from consideration.

☒ Claim(s) _64_-----------------------------------------------is/are allowed.

☒ Claim(s) _1-2, 58-59, 61-63 and 66_-------------------------------is/are rejected.

☐ Claim(s) _____is/are objected to.

☐ Claim(s) _____are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of Reference Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

08/031,666         --SEE OFFICE ACTION ON THE FOLLOWING PAGES--

PTOL-326 (Rev. 8/95)                            ☀ U.S. GPO: 1996-404-498/40517

AST0055803

Serial No. 08/031,666                                        2

Art Unit 1211


        The Group and/or Art Unit location of your application in the
PTO has changed. To aid in correlating any papers for this
application, all further correspondence regarding this application
should be directed to Group 1200, Art Unit 1211.

5       No claims have been cancelled.

        Claims 1–2, 58–59, 61–64 and 66 remain in the case.

        Applicant is advised that the Notice of Allowance dated January
23, 1997 is vacated. If the issue fee has already been paid,
applicant may request a refund or request that the fee be credited to
10   a Deposit Account. However, applicant may wait until the
application is either found allowable or held abandoned. If allowed,
upon receipt of a new Notice of Allowance, applicant may request
that the previously submitted issue fee be applied. If abandoned,
applicant may request refund or credit to a Deposit Account.

15      Prosecution on the merits of this application is reopened on
claims 1–2, 58–59, 61–63 and 66 considered unpatentable for the
reasons indicated below:

        Claim 64 remains allowable as presently in the case.

        The following is a quotation of the appropriate paragraphs of 35
20   U.S.C. §102 that form the basis for the rejections under this section
made in this Office action:

        "A person shall be entitled to a patent unless –

        (a) the invention was known or used by others in this country, or
        patented or described in a printed publication in this or a foreign
25      country, before the invention thereof by the applicant for a patent."

AST0055804

Serial No. 08/031,666 .                                                3

Art Unit 1211

(b) the invention was patented or described in a printed publication in
this or a foreign country or in public use or on sale in this country, more
than one year prior to the date of application for patent in the United
States."

5      Claims **1–2, 58–59, 61–63 and 66** are rejected under 35
U.S.C.  §102(b) as being anticipated by Sollevi et al. (PTO–892 ref.
Y).

       The instant claims are directed to a method of treatment
comprising the administration of adenosine to effect arterial
10  vasodilation in a human patient without induction of significant
venous dilation.

       The noted reference discloses a method of treatment comprising
the administration of adenosine to effect "controlled" arterial
vasodilation in a human patient preceded by the administration of
15  dipyridamole and other substances associated with induction of
anesthesia.  Claims directed to a method of treatment comprising
administration of adenosine to effect controlled arterial dilation in a
human patient is directed to subject matter with breadth greater
than the disclosure of the noted prior art, and therefore "includes"
20  (anticipates) the noted prior art species within its scope.

       The following is a quotation of 35 U.S.C. §103 which forms the
basis for all obviousness rejections set forth in this Office action:

       "A patent may not be obtained though the invention is not identically
disclosed or described as set forth in section 102 of this title, if the
25  differences between the subject matter sought to be patented and the
prior art are such that the subject matter as a whole would have been
obvious at the time the invention was made to a person having ordinary

AST0055805

Serial No. 08/031,666                                                          4

Art Unit 1211

skill in the art to which said subject matter pertains. Patentability shall
not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior
art only under subsection (f) and (g) of section 102 of this title, shall not
5    preclude patentability under this section where the subject matter and
the claimed invention were, at the time the invention was made, owned
by the same person or subject to an obligation of assignment to the same
person."

Claims 1–2, 58–59, 61–63 and 66 are rejected under 35
10   U.S.C. §103 as being unpatentable over Sollevi et al. (PTO–892 ref.
Y).

The instant claims are directed to a method of treatment
comprising the administration of adenosine to effect arterial
vasodilation in a human patient without induction of significant
15   venous dilation.

The noted reference discloses a method of treatment comprising
the administration of adenosine to effect arterial vasodilation in a
human patient preceded by the administration of dipyridamole and
other substances associated with induction of anesthesia.

20   Claims directed to a method of treatment comprising
administration of adenosine to effect arterial dilation in a human
patient is directed to subject matter with breadth greater than the
disclosure of the noted prior art, and "includes" the noted prior art
within its scope.

25   Therefore, the instant claimed method of inducing arterial
vasodilation comprising administration of adenosine to a human host
would have been obvious to one of ordinary skill in the art having

Serial No. 08/031,666                                              5

Art Unit 1211

the above cited references before him at the time the invention was made.

THIS ACTION IS MADE FINAL. Applicant is reminded of the extension of time policy as set forth in 37 C.F.R. §1.136(a). The practice of automatically extending the shortened statutory period an additional month upon the filing of a timely first response to a final rejection has been discontinued by the Office. See 1021 TMOG 35.

A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS ACTION. IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE PURSUANT TO 37 C.F.R. §1.136(a) WILL BE CALCULATED FROM THE MAILING DATE OF THE ADVISORY ACTION. IN NO EVENT WILL THE STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM THE DATE OF THIS FINAL ACTION.

Papers related to this application may be submitted to Group 1200 via facsimile transmission(FAX). The transmission of such papers must conform with the notice published in the Official Gazette (1096 OG 30, November 15, 1989). The telephone numbers for the FAX machines operated by Group 1200 are **(703) 308-4556 or (703) 305-3592** for Official papers.

AST0055807

Serial No. 08/031,666                                          6

Art Unit 1211


     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner L. E. Crane whose telephone number is 703-**308-4639** . The examiner can normally be reached between 9:30 AM and 5:00 PM, Monday
5   through Friday.

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, John Kight III, can be reached at (703)-308-1235.

     Any inquiry of a general nature or relating to the status of this
10   application should be directed to the Group 1200 receptionist whose telephone number is 703-**308-1235** .

LECrane:lec
11/26/97

JOHN KIGHT
SUPERVISORY PATENT EXAMINER
GROUP 1200

AST0055808

| Form PTO 892<br>U.S. Department of Commerce<br><br>Notice of References Cited | Serial Number<br>08/031,666 | Group Art<br>Unit<br>1211 | Attachment to<br>Paper Number | 21 |
|---|---|---|---|---|
| | APPLICANT(S)<br>Sollevi | | | |

## U. S. Patent Documents

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Foreign Patent Documents

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Other References (Including Author, Title, Date, Pertinent Pages, etc.)

| * | Y'' | Sollevi et al., "Cardiovascular Effects of Adenosine in Man," Acta Physiologica Scandanavica, 120(2), p. 11A, Abstract C16 (February 1984). |
|---|---|---|
| * | Z'' | Sollevi et al., "Cardiovascular Effects of Adenosine During Controlled Hypotension in Cerebral Aneurysm Surgery," Anesthesiology(Circulation II), 59(3), p. A9 (September 1983). |

' Month of publication data is unavailable. Issue Number information is provided whenever possible following the volume number in parentheses.
'' Copies supplied by applicant.

| EXAMINER<br>L. Eric Crane | DATE<br>11/24/97 | page 1 of 1<br>⚛: Reference not presently available. |
|---|---|---|
| \*A copy of this reference is not being furnished with this office action.<br>(See Manual of Patent Examining Procedure, Section 707.05(a).) | | |

Copy for ☐ FILE ☒ APPLICANT

AST0055809

Item and Astellas v. Sicor
Civil Action No.:  05-0336-SLR

# Exhibit 21

to PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

FROM WHITE&CASE 26TH FLR (?)        (WED) 11. 26' 97 (?) 3(?)T. 16:29/NO. 4261358109 P  1

# WHITE & CASE

1155 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-2767
(212) 819-8200
FACSIMILE: (212) 354-8113
TELEX: 128501

UNITED STATES
WASHINGTON, D.C.
MIAMI
LOS ANGELES

LATIN AMERICA
MEXICO CITY

ASIA/PACIFIC
TOKYO
HONG KONG
JAKARTA
SINGAPORE

EUROPE
LONDON
PARIS
BRUSSELS
FRANKFURT
STOCKHOLM
MOSCOW
BUDAPEST
PRAGUE
WARSAW
ISTANBUL
ANKARA

MIDDLE EAST
JEDDAH

<u>SENT VIA FACSIMILE</u>

DATE: <u>November 26, 1997</u>        NO. OF PAGES INCLUDING THIS COVER SHEET: <u>7</u>

TO: <u>Examiner L.E. Crane - Art Unit 1211</u>

COMPANY: <u>U.S. Patent & Trademark Office</u>        FAX NO.: <u>703 305-3592</u>

CC: _____        FAX NO.: _____

SENDER: <u>John Scheibeler</u>        SENDER'S NO.: <u>212 819-8830</u>

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (212) 819-7583. Thank you.

<u>THIS SPACE MAY BE USED FOR SUPPLEMENTAL MESSAGE</u>

I hereby certify that this paper and enclosures are being facsimile transmitted to the United States Patent and Trademark Office on November 26, 1997.

John Scheibeler        35,346
Name        Reg. No.

Jh Scheibeler        11/26/97
Signature        Date

RECEIVED
11/26/97

APPROVED

11/26/97  WED 16:35  [TX/RX NO 7375] @001

AST0055817

FROM WHITE&CASE 26TH FLR    (WED)11. 26'97    16:29/NO. 4261358109 P  2

1121803-302

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:        Alf Sollevi

Serial No.:       08/031,666                    Examiner: L. Crane

Filed:            March 15, 1993                Art Unit: 1211

Title:            SELECTIVE VASODILATION BY
                  CONTINUOUS ADENOSINE INFUSION



I hereby certify that this paper and enclosures are being facsimile transmitted to the United States Patent and Trademark Office on November 26, 1997.

John Scheibeler                35,346
Name                           Reg. No.

11/26/97
Date

**APPROVED**

November 26, 1997

## SUBMISSION AFTER
## FINAL REJECTION

Assistant Commissioner for Patents
Washington, D.C. 20231
BY FACSIMILE (703) 305-3592



        Sir:

                In response to the Final Office Action dated

12/01/1997 ... 1997, and pursuant to the telephone conference

between the Examiner and applicant's undersigned attorney,

applicant submits herewith this Submission After Final

Rejection under 37 C.F.R. § 1.129.  The Commissioner is

authorized to charge the required fee of $395 under 37

0000HEDQ.WS1

        11/26/97  WED 16:35  [TX/RX NO 7375] @002

AST0055818

1121803-302

C.F.R. § 1.17(r) (based on status as a small entity), and
any additional fee to Deposit Account No. 23-1703.

Please amend the application as follows:

In the Claims

(Claims 1, 58, 61, 63, and 66 are amended below.  The
remaining pending claims, which are not amended herein, are
also set forth below.)

    1.(amended)  A method of selectively vasodilating
the arteries of a human patient without inducing
significant venous dilation and without pretreatment with
dipyridamole, comprising continuously administering into
the blood stream of said patient adenosine at a rate of
administration of 0.35 milligrams of adenosine per kilogram
body weight per minute, or less.

    2.  A method according to claim 1 in which
adenosine is administered to an anesthetized patient
undergoing surgery.

    3  58.(amended)  A method of selectively
vasodilating the arteries of a human patient without
inducing significant venous dilation and without
pretreatment with dipyridamole, comprising continuously
administering into the blood stream of said patient by
intravenous administration about 0.05 milligrams to about

-2-

0000HEDQ.W51



AST0055819

1121803-302

0.30 milligrams of adenosine per kilogram body weight per minute.

50. A method according to claim 58 in which adenosine is administered to an anesthetized patient undergoing surgery.

51. (amended)  In a surgical method carried out on a patient under general anesthesia the improvement comprising continuously administering into the blood stream of said patient adenosine in an amount sufficient to selectively vasodilate the arteries of said patient without pretreatment with dipyridamole, at a rate of administration of 0.35 milligrams of adenosine per kilogram body weight per minute, or less.

52. In a method as claimed in claim 51, the improvement further comprising continuously administering into the blood stream of said patient adenosine at a rate of from 0.05 to about 0.3 milligrams of adenosine per kilogram of body weight per minute.

63. (amended)  A method of selectively vasodilating the arteries of a human patient without inducing significant venous dilation and without pretreatment with dipyridamole, comprising continuously administering into the blood stream of said patient adenosine at a rate of administration of 0.01 to 0.15

-3-

0000HBDQ.WS1

AST0055820

FROM WHITE&CASE 26TH FLR (TEL )          (WED)11. 26'97 (3 )T. 16:29/NO. 4261358109 P  5

1121803-302

milligrams of adenosine per kilogram body weight per
minute.

64.  A method for selectively vasodilating the
arteries of an anesthetized human patient without inducing
significant venous dilation and without pretreatment with
dipyridamole comprising continuously administering into the
blood stream of said patient by intravenous administration
about 0.2 milligrams to about 0.35 milligrams of adenosine
per kilogram body weight per minute.

66.(amended)  A method for inducing a reduced
afterload in the vascular system of a human without
reducing the preload and without pretreatment with
dipyridamole, the method comprising continuously
administering into the blood stream of said patient
adenosine at a rate of administration of 0.35 milligrams of
adenosine per kilogram body weight per minute, or less.

## REMARKS

Claims 1, 2, 58, 59, 61-64 and 66 remain pending.

Claims 1, 58, 61, 63, and 66 have been amended so
that every pending claim in the application now includes
the limitation "without pretreatment with dipyridamole."
This limitation is supported throughout the specification

-4-

OOOOHEDQ.WS1



11/26/97  WED 16:35  [TX/RX NO 7375] ☒005

AST0055821

FROM WHITE&CASE 26TH FLR  EL      (WED) 11. 26' 97      . 16:29/NO. 4261358109 P  6

1121803-302

and has already been presented in allowed claim 64, which has not been amended herein.

The limitation defines the claimed invention as a method that does not include pretreatment with dipyridamole. Such pretreatment in combination with the administration of adenosine is disclosed in the prior art, for example, in Sollevi et al. "Cardiovascular Effects of Adenosine During Controlled Hypotension in Cerebral Aneurysm Surgery," Anesthesiology, 59(3), p. A9 (1983), which is of record in parent application serial no. 07/138,306, and in Sollevi et al., "Cardiovascular Effects of Adenosine in Man," Acta. Physio. Scand., Vol. 120, No. 2, (Feb. 1984). Applicant has already provided the Examiner with copies of these references. These references form the basis of the § 102 and § 103 rejections set forth in the present office action, which rejections applicant believes are now overcome.

0000HEDQ.W51

-5-

AST0055822

1121803-302

The Commissioner is authorized to charge any fee
required with this paper to Deposit Account No. 23-1703.

Respectfully Submitted,

John Scheibeler
Reg. No. 35,346

White & Case
1155 Ave. of the Americas
New York, NY 10036
(212)819-8830

Attorney for Applicant(s)

-6-

0000HEDQ.WS1

AST0055823



AST0055824