IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-336 SLR |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., ) ) ) ) | |
| Defendants. ) ) ) | |

## NOTICE OF DEPOSITION OF DR. BARRY L. ZARET

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor"), by and through their counsel, shall take the deposition of Dr. Barry L. Zaret, who has been identified as an expert witness by Plaintiffs.

The deposition shall take place at 9:30 AM on November 3, 2006 in the Harbor Room, 19th Floor, at the Omni Hotel, 155 Temple Street, New Haven, Connecticut 06510. The deposition will be conducted before a notary public or other officer authorized to administer oaths.

The deposition will be recorded stenographically and by video.

You are invited to attend and cross-examine.

| | |
|---|---|
| Dated: October 3, 2006 | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br>/s/ *Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Josy W. Ingersoll (No. 1088)<br>Karen E. Keller (No. 4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>kkeller@ycst.com<br><br>Of Counsel:<br>David M. Hashmall (admitted *pro hac vice*)<br>Annemarie Hassett (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 813-8800<br><br>*Attorneys for Defendants Sicor Inc.*<br>*and Sicor Pharmaceuticals, Inc.* |

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on October 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Paul M. Lukoff, Esquire | Richard K. Herrmann, Esquire |
| David E. Brand, Esquire | Morris James Hitchens & Williams |
| Prickett Jones & Elliot, P.A. | 222 Delaware Avenue, 10th Floor |
| 1310 King Street | P.O. Box 2306 |
| P.O. Box 1328 | Wilmington, DE 19899-2306 |
| Wilmington, DE 19899 | |

I further certify that on October 3, 2006, I caused copies of the foregoing document to be served by hand delivery on the above-listed counsel and on the following in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Charles E. Lipsey, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

Susan H. Griffen, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendants*