# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br>Plaintiffs, <br><br>v. <br><br>SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 05-0336-SLR |

## NOTICE OF DEPOSITION OF DR. PHILIP F. BINKLEY, M.D., M.P.H. PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. shall take the deposition of Dr. Philip F. Binkley, M.D., M.P.H.

The deposition shall take place beginning at 9:30 AM on October 18, 2006 and continue on October 19, 2006 at the offices of Jones Day, 325 John H. McConnell Boulevard, Suite 600, Columbus, Ohio 43215. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

|  |  |
|---|---|
| Dated: October 10, 2006 | /s/ Richard K. Herrmann |

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899
(302) 888-6800
rherrmann@morrisjames.com

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C.  20001-4413
(202) 408-4000

*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF DR. PHILIP F. BINKLEY, M.D., M.P.H. PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE  19801 |

Additionally, I hereby certify that on the 10th day of October, 2006, the foregoing document was served via email and hand delivery on the above counsel and via email and federal express on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Melanie Rupert |
| 1155 Avenue of the Americas | Goodwin Proctor LLP |
| New York, NY  10036 | 599 Lexington Avenue |
| jscheibeler@whitecase.com | New York, NY  10022 |
| | ahassett@goodwinproctor.com |

           */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*