**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>    Plaintiffs,<br>  v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-0336-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 20th day of November, 2006, copies of the following document, **PLAINTIFFS' DISCLOSURE OF FACT WITNESSES,** were served on counsel as indicated:

| **VIA EMAIL AND VIA HAND DELIVERY** | **VIA EMAIL (on 11/20/2006) AND VIA FIRST CLASS MAIL (on 11/21/2006)** |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br><br>Paul M. Lukoff<br>David E. Brand<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19801 | Annemarie Hassett<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022<br><br>John Scheibeler<br>White & Case, LLP<br>1155 Avenue of the Americas<br>New York, NY  10036<br>jscheibeler@whitecase.com |

Dated: November 21, 2006  /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.