# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No.: 05-0336-SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 20th day of December, 2006, copies of the following document, **PLAINTIFFS' DISCLOSURE OF REBUTTAL FACT WITNESSES,** were served on counsel as indicated:

| VIA EMAIL AND VIA HAND DELIVERY | VIA EMAIL AND FIRST CLASS MAIL |
|---|---|
| Josy W. Ingersoll <br> John W. Shaw <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 | Annemarie Hassett <br> Goodwin Procter LLP <br> 599 Lexington Avenue <br> New York, NY 10022 |
| Paul M. Lukoff <br> David E. Brand <br> Prickett, Jones & Elliott, P.A. <br> 1310 King Street <br> Wilmington, DE 19801 | John Scheibeler <br> White & Case, LLP <br> 1155 Avenue of the Americas <br> New York, NY 10036 <br> jscheibeler@whitecase.com |

| | |
|---|---|
| Dated:  December 20, 2006 | */s/ Richard K. Herrmann* <br> Richard K. Herrmann (#405) <br> Mary B. Matterer (#2696) <br> MORRIS, JAMES, HITCHENS & WILLIAMS LLP <br> 222 Delaware Avenue, 10th Floor <br> Wilmington, Delaware 19801 <br> (302) 888-6800 <br> rherrmann@morrisjames.com <br> mmatterer@morrisjames.com <br> <br> Attorneys for Plaintiffs <br> ASTELLAS US LLC and <br> ASTELLAS PHARMA US, INC. |