# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC and<br>ASTELLAS PHARMA US, INC.,<br><br>    Plaintiffs,<br><br>        v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No.  05-336 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Sarah J. Sladic, Esquire of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. in this matter.

Dated: January 2, 2007         _____/s/ Richard K. Herrmann_____
                                Richard K. Herrmann (#405)
                                MORRIS JAMES LLP
                                500 Delaware Avenue, Suite 1500
                                Wilmington, Delaware 19801-1494
                                302.888.6800
                                rherrmann@morrisjames.com
                                Attorneys for Plaintiffs Astellas US LLC
                                and Astellas Pharma US, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                  The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  January 2, 2007        Signed: _____
                              Sarah J. Sladic, Esq.
                              Finnegan, Henderson, Farabow, Garrett
                                & Dunner, LLP
                              901 New York Avenue, NW
                              Washington, D.C. 20001-4413
                              (202) 408-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of January, 2007, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE  19801 |

Additionally, I hereby certify that on the 2nd day of January, 2007, the foregoing document was served via email on the above counsel and on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | David M. Hashmall, P.C. |
| White & Case, LLP | Annemarie Hassett |
| 1155 Avenue of the Americas | Goodwin Proctor LLP |
| New York, NY  10036 | 599 Lexington Avenue |
| jscheibeler@whitecase.com | New York, NY  10022 |
| | dhashmall@goodwinproctor.com |
| | ahassett@goodwinproctor.com |

     /s/ Richard K. Herrmann_____
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com
Attorneys for Plaintiffs Astellas US LLC
and Astellas Pharma US, Inc.