## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, | ) | |
| ASTELLAS US LLC and | ) | |
| ASTELLAS PHARMA US, INC., | ) | |
| | ) | Civil Action No.  05-336 SLR |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SICOR INC. and | ) | |
| SICOR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### STIPULATION

Plaintiffs Item Development AB., Astellas US LLC and Astellas Pharma US, Inc. (collectively, "Plaintiffs") and Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc. (collectively "Defendants"), hereby stipulate and agree, subject to the approval of the Court, that the following facts are undisputed:

1.      Sicor Pharmaceuticals, Inc. filed Abbreviated New Drug Application No. 77-425 ("Sicor's ANDA") with the Food and Drug Administration ("FDA"), seeking approval for the commercial manufacture, use and sale of adenosine as an adjunct to thallium-201 myocardial perfusion scintigraphy in patients unable to exercise adequately ("Adenosine Injection USP").

2.      Defendants admit that making, using, offering to sell, importing, or selling Sicor's Adenosine Injection USP in the United States would infringe asserted claims 1, 3, 7 and 9 of United States Patent No. 5,731,296 ("the '296 patent").  This admission is without prejudice to Defendants' allegations that asserted claims 1, 3, 7 and 9 of the '296 patent are invalid.

**SO STIPULATED:**


___/s/ Richard K. Herrmann_____          ___/s/ Karen E. Keller_____
Richard K. Herrmann #405                       Josy W. Ingersoll #1088
Mary B. Matterer # 2696                        John W. Shaw #3362
MORRIS JAMES LLP                               Karen E. Keller #4489
500 Delaware Avenue, Suite 1500                YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, DE 19801-1494                      The Brandywine Building
(302) 888-6800                                 1000 West Street
rherrmann@morrisjames.com                      Wilmington, DE 19801
mmatterer@morrisjames.com                      (302) 571-6672
*Attorneys for Plaintiffs*                     jingersoll@ycst.com
*Astellas US LLC and*                          jshaw@ycst.com
*Astellas Pharma US, Inc.*                     kkeller@ycst.com
                                               *Attorneys for Defendants*
                                               *Sicor Inc. and*
                                               *Sicor Pharmaceuticals, Inc.*


___/s/ David E. Brand_____
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*


**SO ORDERED** this _____ day of February, 2007.


                              _____
                              The Honorable Sue L. Robinson