**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on February 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Paul M. Lukoff, Esquire | Richard K. Herrmann, Esquire |
| David E. Brand, Esquire | Morris James Hitchens & Williams |
| Prickett Jones & Elliot, P.A. | 222 Delaware Avenue, 10th Floor |
| 1310 King Street | P.O. Box 2306 |
| P.O. Box 1328 | Wilmington, DE 19899-2306 |
| Wilmington, DE 19899 | |

I further certify that on February 13, 2007, I caused copies of the foregoing document to be served by e-mail on the above-listed counsel and on the following in the manner indicated:

**BY E-MAIL**

Charles E. Lipsey, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
c/o Hotel Dupont, Suite 1140
11th and Market Streets
Wilmington, DE  19801

**BY E-MAIL**

Susan H. Griffen, Esquire
David Frazier, Esquire
Allison Green, Esquire
Mark Feldstein, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
c/o Hotel Dupont, Suite 1140
11th and Market Streets
Wilmington, DE  19801

**BY E-MAIL**

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendants*