# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>  Plaintiffs,<br><br>  v.<br><br>SICOR INC., AND SICOR PHARMACEUTICALS, INC.,<br><br>  Defendants. | )<br>)<br>)  Civil Action No. 05-336-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gregory T. Sandidge of Goodwin Procter LLP to represent defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ *Karen E. Keller*
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        kkeller@ycst.com
        *Attorney for Defendants*

Date: February 16, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Gregory T. Sandidge is granted.

Date: February \_\_\_\_, 2007

        _____
        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **New York** and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
**Gregory T. Sandidge**
**Goodwin Procter LLP**
**599 Lexington Ave., New York, NY 10022**
**212.813.8800**

Date: 2/15/07

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on February 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Paul M. Lukoff, Esquire | Richard K. Herrmann, Esquire |
| David E. Brand, Esquire | Morris James Hitchens & Williams |
| Prickett Jones & Elliot, P.A. | 222 Delaware Avenue, 10th Floor |
| 1310 King Street | P.O. Box 2306 |
| P.O. Box 1328 | Wilmington, DE 19899-2306 |
| Wilmington, DE 19899 | |

I further certify that on February 16, 2007, I caused copies of the foregoing document to be served by hand on the above-listed counsel and on the following in the manner indicated:

**BY E-MAIL**

Charles E. Lipsey, Esquire
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
c/o Hotel Dupont, Suite 1140
11th and Market Streets
Wilmington, DE  19801

**BY E-MAIL**

Susan H. Griffen, Esquire
David Frazier, Esquire
Allison Green, Esquire
Mark Feldstein, Esquire
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
c/o Hotel Dupont, Suite 1140
11th and Market Streets
Wilmington, DE  19801

**BY E-MAIL**

John Scheibeler, Esquire
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendants*