**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 05-336 SLR |
| v. | ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | ) ) ) ) ) | Civil Action No. 05-337 SLR |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the post-trial briefing schedule will be amended as follows:

(1) Opening Post-Trial Briefs, Proposed Findings of Fact     May 9, 2007
    and Conclusions of Law

(2) Responsive Post-Trial Briefs, Findings of Fact     June 13, 2007
    and Conclusions of Law.

| | |
|---|---|
|   */s/ Richard K. Herrmann*<br>Richard K. Herrmann #405<br>Mary B. Matterer # 2696<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>*Attorneys for Plaintiffs*<br>*Astellas US LLC and*<br>*Astellas Pharma US, Inc.* |   */s/ Karen E. Keller*<br>Josy W. Ingersoll #1088<br>Karen E. Keller #4489<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 571-6672<br>jingersoll@ycst.com<br>kkeller@ycst.com<br>*Attorneys for Defendants*<br>*Sicor Inc. and*<br>*Sicor Pharmaceuticals, Inc.* |

  */s/ David E. Brand*
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*


  */s/ Paul E. Crawford*
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com
*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*


        **SO ORDERED** this _____ day of March, 2007.

                                          _____
                                          The Honorable Sue L. Robinson