# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>    Defendants. | Civil Action No. 05-336 SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the issue of whether the present case is an exceptional case and whether Plaintiffs are entitled to reasonable attorneys fees under 35 U.S.C. § 285 shall be severed for separate trial at a time to be set by the Court after the conclusion of the first trial.

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Karen E. Keller* |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | John W. Shaw #3362 |
| MORRIS JAMES LLP | Karen E. Keller #4489 |
| 500 Delaware Avenue, Suite 1500 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Wilmington, DE 19801-1494 | The Brandywine Building |
| (302) 888-6800 | 1000 West Street |
| rherrmann@morrisjames.com | Wilmington, DE 19801 |
| mmatterer@morrisjames.com | (302) 571-6672 |
| *Attorneys for Plaintiffs* | jingersoll@ycst.com |
| *Astellas US LLC and* | jshaw@ycst.com |
| *Astellas Pharma US, Inc.* | kkeller@ycst.com |
| | *Attorneys for Defendants* |
| | *Sicor Inc. and* |
| | *Sicor Pharmaceuticals, Inc.* |

    */s/ David E. Brand*
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*


        **SO ORDERED** this _____ day of April, 2007.

                                                    The Honorable Sue L. Robinson