IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC and<br>ASTELLAS PHARMA US, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>    Defendants. | Civil Action No. 05-336 SLR |

**STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING PAGE LIMITS**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the post-trial briefing page limitations will be as follows:

(1) Opening Post-Trial Brief            45 pages

(2) Responsive Post-Trial Brief           45 pages

(3) In addition, the parties will submit Opening and Responsive Proposed Findings of Fact and Conclusions of Law without page limits.

<table>
<tr><td>

_/s/ Mary B. Matterer_
Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
_Attorneys for Plaintiffs_
_Astellas US LLC and_
_Astellas Pharma US, Inc._

</td><td>

/s/ Karen E. Keller
Josy W. Ingersoll #1088
John W. Shaw #3362
Karen E. Keller #4489
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801
(302) 571-6672
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com
_Attorneys for Defendants_
_Sicor Inc. and_
_Sicor Pharmaceuticals, Inc._

</td></tr>
</table>

_/s/ David E. Brand_
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
_Attorneys for Plaintiff_
_Item Development AB_

 

**SO ORDERED** this _____ day of May, 2007.

_____
The Honorable Sue L. Robinson