# APPENDIX 2

# TRANSCRIPT OF RECORD

## SUPREME COURT OF THE UNITED STATES

OCTOBER TERM, 1965

No. 55

### UNITED STATES, PETITIONER,

*vs.*

### BERT N. ADAMS, ET AL.

ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF CLAIMS

**PETITION FOR CERTIORARI FILED FEBRUARY 12, 1965**
**CERTIORARI GRANTED MARCH 29, 1965**

# SUPREME COURT OF THE UNITED STATES

OCTOBER TERM, 1965

---

## No. 55

---

## UNITED STATES, PETITIONER,

*vs.*

## BERT N. ADAMS, ET AL.

---

ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF CLAIMS

---

## INDEX

| | Original | Print |
|---|---|---|
| Record from the United States Court of Claims | | |
| Petition (excerpts) | a | 1 |
| Defendant's answer to petition | i | 4 |
| Memorandum of pretrial conference, signed by Commissioner Donald E. Lane, dated June 8, 1961 | p | 6 |
| Stipulation to be submitted to the Commissioner Donald E. Lane at the pre-trial hearing, June 8, 1961 | v | 9 |
| Master Index to the Transcript of testimony of July 10-14, 1961 | aa | 12 |
| Transcript of testimony, July 10, 1961 | 1 | 20 |
| Appearances | 1 | 20 |
| Colloquy between court and counsel | 2 | 20 |
| Statement on behalf of plaintiffs by Mr. Reilly | 16 | 29 |
| Testimony of Bert N. Adams | | |
| —direct (by Mr. Huettner) | 30 | 38 |
| Offers in evidence | 38 | 43 |
| Colloquy between court and counsel | 114 | 88 |
| Transcript of testimony, July 11, 1961 | 117 | 91 |
| Offers in evidence | 119 | 91 |
| Testimony of Bert N. Adams | | |
| —cross (by Mr. Arseneau) | 121 | 93 |
| —redirect (by Mr. Huettner) | 136 | 102 |
| Testimony of Mrs. Emma Adams | | |
| —direct (by Mr. Reilly) | 138 | 103 |

ii                         INDEX

Record from the United States Court of Claims—Con-
tinued
    Transcript of testimony, July 11, 1961—Continued

| | Original | Print |
|---|---|---|
| Testimony of Charles L. Mantell | | |
| —direct (by Mr. Reilly) | 145 | 108 |
| Offers in evidence | 168 | 121 |
| Testimony of Charles L. Mantell | | |
| —direct (by Mr. Reilly) | 187 | 132 |
| Offers in evidence | 234 | 160 |
| Testimony of Charles L. Mantell | | |
| —direct (by Mr. Reilly) | 234 | 161 |
| Transcript of testimony, July 12, 1961 | 246 | 168 |
| Testimony of Charles L. Mantell (resumed) | | |
| —direct (by Mr. Reilly) | 247 | 168 |
| Offers in evidence | 248 | 169 |
| Testimony of Charles L. Mantell | | |
| —direct (by Mr. Reilly) | 251 | 170 |
| Offers in evidence | 293 | 197 |
| Testimony of Charles L. Mantell | | |
| —direct (by Mr. Reilly) | 299 | 197 |
| Offer in evidence | 302 | 202 |
| Testimony of Charles L. Mantell | | |
| —direct (by Mr. Reilly) | 304 | 203 |
| Offer in evidence | 342 | 228 |
| Testimony of Charles L. Mantell | | |
| —direct (by Mr. Reilly) | 343 | 228 |
| Transcript of testimony, July 13, 1961 | 361 | 239 |
| Testimony of Charles L. Mantell (resumed) | | |
| —direct (by Mr. Reilly) | 362 | 240 |
| Offer in evidence | 380 | 251 |
| Testimony of Charles L. Mantell | | |
| —direct (by Mr. Reilly) | 380 | 251 |
| Offers in evidence | 401 | 264 |
| Testimony of Charles L. Mantell | | |
| —cross (by Mr. Arseneau) | 402 | 265 |
| Offer in evidence | 426 | 280 |
| Testimony of Charles L. Mantell | | |
| —cross (by Mr. Arseneau) | 427 | 281 |
| —redirect (by Mr. Reilly) | 457 | 300 |
| Testimony of Howard Raymond Knapp | | |
| —direct (by Mr. Arseneau) | 461 | 302 |
| Transcript of testimony, July 14, 1961 | 483 | 304 |
| Testimony of Howard Raymond Knapp | | |
| —cross (by Mr. Reilly) | 507 | 304 |
| Offer in evidence | 562 | 337 |
| Testimony of Howard Raymond Knapp | | |
| —redirect (by Mr. Arseneau) | 563 | 338 |
| Testimony of Joseph C. White | | |
| —direct (by Mr. Arseneau) | 572 | 343 |
| Offers in evidence | 633 | 380 |

INDEX                     iii

Record from the United States Court of Claims—Continued

Transcript of testimony, July 14, 1961—Continued

|  | Original | Print |
|---|---|---|
| Testimony of Joseph C. White | | |
| —cross (by Mr. Reilly) | 636 | 382 |
| Offer in evidence | 641 | 385 |
| Testimony of Joseph C. White | | |
| —redirect (by Mr. Arseneau) | 642 | 385 |
| Testimony of Charles L. Mantell (rebuttal) | | |
| —direct (by Mr. Arseneau) | 645 | 388 |
| —cross (by Mr. Arseneau) | 647 | 389 |
| Reporter's certificate (omitted in printing) | 648 | |

Trial Exhibits:

| | Original | Print |
|---|---|---|
| No. 2—U. S. Patent No. 2,636,060 to Adolph Fischbach, et al. dated April 21, 1953, "Primary Battery and Method of Making the Same" (excerpts) | 649 | 390 |
| No. 6—U. S. Patent No. Re. 23,883 to Melvin F. Chubb reissued October 5, 1954, "Cuprous Chloride Electrodes" (excerpts) | 650 | 392 |
| No. 10—U. S. Patent No. 2,322,210 to Bert N. Adams, dated June 22, 1943, "Battery" | 652 | 394 |
| No. 12—Certain evidentiary material pursuant to the voluntary discovery stipulation which was filed February 17, 1961 (excerpts) | 654 | 397 |
| Page 2—Paragraph, dated April 24, 1957 re examination of Mr. Adams' battery by Dr. A. Fischbach, Nicholas Wilburn and H. J. Mandel | 654 | 397 |
| Page 3—Memorandum from J. D. O'Connell, Signal Corps, dated January 14, 1942, subject: "Neutro Cell Storage Battery" | 655 | 397 |
| Page 5—Memorandum from Oscar C. Maier, Lieut. Colonel, Signal Corps, dated January 29, 1942 | 656 | 398 |
| Page 6—Letter from Clarence R. Kingston, Signal Corps to Bert Nemo Adams, dated February 5, 1942 | 657 | 399 |
| Pages 7, 8 & 9—Letters from J. C. Green to Mr. John J. Sandhaas, dated February 7, 1942, April 8, 1942 and April 18, 1942 | 658 | 399 |
| Pages 11 and 12—Memorandum from J. W. McBurney, Bureau of Standards to Col. Lent, dated December 16, 1942, subject: "Storage Battery #38610, John J. Sandhaas | 661 | 401 |
| Page 13—Letter from J. C. Green to Mr. John J. Sandhaas, dated March 24, 1943 | 663 | 403 |

INDEX

Record from the United States Court of Claims—Continued
    Trial Exhibits—Continued
        No. 12—Certain evidentiary material pursuant to
        the voluntary discovery stipulation which was
        filed February 17, 1961 (excerpts)—Continued

|  | Original | Print |
|---|---|---|
| Page 16—Letter from J. C. Green to Mr. Burt N. Adams, dated September 2, 1943 | 664 | 404 |
| Pages 17 and 18—Memorandum entitled, "Magnesium — Cuprous Chloride Cell", dated November 26, 1943 | 665 | 404 |
| No. 13(a)—Information Bulletin No. 1, Revised—March 1941, The National Inventors Council (excerpts) | 667 | 407 |
| No. 13(b)—Information Bulletin No. 2 (Revised 1942), National Inventors Council entitled, "How Inventors Can Aid The War Effort" (excerpts) | 671 | 409 |
| Further Stipulation executed on June 30, 1961 by John A. Reilly and on July 6, 1961 by William H. Orrick, Jr. and Paul F. Arseneau | 681 | 414 |
| No. 15—Page 1—Letter from John J. Sandhaas to Charles F. Kettering, dated January 7, 1942 | 682 | 415 |
| Pages 2 & 3—Two page document entitled, "Characteristics of Neutro Cell" | 683 | 416 |
| Page 4—Graph entitled, "Potential graph of a 500 Mills cell of 3 Troy ounces weight taken with solenoid vane type meter of 0-5 volt range (Corrected for meter resistance) | 685 | 419 |
| Page 5—Graph entitled, "Capacity graph of a 500 milliampere cell of 3 Troy ounces weight taken with solenoid vane type meter of 0-400 Mills with added resistance in series" | 686 | 420 |
| Page 12—Letter from Bert Adams to Capt. C. Kingston, U. S. Signal Corps, dated March 25, 1942 | 687 | 421 |
| Page 13—Letter from John J. Sandhaas to Department of Commerce, dated March 28, 1942 | 688 | 422 |
| Pages 15 & 16—Two page document entitled, "Applications of the Adams Neutro Cell" | 689 | 423 |
| Pages 17 & 18—Two page document entitled, "The Adams Neutro Cell" | 691 | 425 |
| Page 19—Letter from John J. Sandhaas to Department of Commerce, dated June 4, 1943 | 693 | 426 |
| No. 16—Page 7—Memorandum re expenses for trip to Squires Labs at Ft. Monmouth (excerpt) | 694 | 428 |

INDEX                                    V

| | Original | Print |
|---|---|---|
| Record from the United States Court of Claims—Continued | | |
| Further Stipulation executed on July 5, 1961 by John A. Reilly, William H. Orrick, Jr., and Paul F. Arseneau | 695 | 428 |
| Trial Exhibit No. 17—Page 1, Letter from John J. Sandhaas to Captain Shumaker, Research and Development, Navy Dept., dated January 8, 1942 | 697 | 430 |
| Page 2—Letter from John J. Sandhaas to Bureau of Ordnance, Navy Dept., dated January 20, 1942 | 698 | 431 |
| Page 3—Letter from Bert Adams to Director, Signal Corps Labs. dated February 9, 1942 | 699 | 431 |
| Pages 5 & 6—Letters from Clarence R. Kingston, Captain Signal Corps to Bert Adams, dated March 9, 1942 and March 13, 1942 | 700 | 432 |
| Page 7—Letter from J. D. O'Connell, Lieut. Colonel, Signal Corps to Waud & Doherty, dated June 4, 1942 | 702 | 434 |
| Page 9—Memorandum—"To Whom It May Concern" by V. F. Payne, Signal Corps Ground Signal Service, dated August 10, 1943 | 703 | 434 |
| Page 10—Letter from J. C. Green to Mr. Burt N. Adams, dated September 2, 1943 | 704 | 435 |
| Commissioner's Exhibits: | | |
| No. 1—Military Specification-Batteries, Water Activated; and Batteries, Wet, Primary. MIL-B-17482B(Ships), 10 December 1958 (excerpts) | 705 | 435 |
| No. 2(a)—Article from Proceedings Tenth Annual Battery Research and Development Conference, "Water-Activated Batteries" by Mr. E. M. Morse, The Eagle-Picher Company (excerpts) | 706 | 437 |
| No. 2(b)—Article from Proceedings Eleventh Annual Battery Research and Development Conference, 22-23 May 1957, "Water Activated Batteries" by E. M. Morse, Eagle-Picher Company (excerpts) | 710 | 441 |
| No. 2(c)—Article from Proceedings 12th Annual Battery Research and Development Conference, 21-22 May 1958, "Water Activated Batteries" by Mr. Edward Broglio, The Eagle-Picher Company (excerpts) | 715 | 444 |

vi                                INDEX

Record from the United States Court of Claims—Continued

Plaintiffs' Exhibits:

|  | Original | Print |
|---|---|---|
| No. 16—Pages 701 through 704 inclusive from the August 1950 issue of Electrical Engineering, containing article entitled "Special Purpose Batteries", by Adolph Fischbach (excerpts) | 719 | 448 |
| No. 17—Sheet entitled "Instruction Sheet for Testing Adams Neutro Cell, U.S.A. Patent No. 2,322,210—1943", signed Bert Adams, July 13, 1943 | 721 | 452 |
| No. 18—Burgess Battery Company brochure (excerpts) | 722 | 454 |
| No. 19—Five-page document headed Ray-O-Vac Engineering Bulletin on "Characteristics of The Magnesium Cuprous Chloride Battery" (excerpts) | 724 | 459 |
| No. 37—Pages 202C, 203C and 204C from the Journal of the Electrochemical Society, August, 1952 containing articles entitled "Silver Chloride-Magnesium Reserve Battery" by Ivan C. Blake and "The Cuprous Chloride-Magnesium Reserve Battery" by L. E. Pucher | 725 | 460 |
| No. 39—Paper entitled "Characteristics of The Silver Chloride-Magnesium Water Activated Battery" by J. B. Mullen and P. L. Howard, pages 529-545 inclusive | 728 | 467 |
| No. 40—U. S. Patent No. 2,817,697 to M. F. Chubb, dated December 24, 1957, "Cuprous Chloride Magnesium Battery" (excerpts) | 744 | 490 |
| No. 41—U. S. Patent No. 2,745,893 to M. F. Chubb et al, dated May 15, 1956, "Cuprous Chloride Magnesium Cell With Cellophane Membrane" (excerpts) | 746 | 494 |
| No. 42—Article entitled, "Primary Batteries" by George Wood Vinal (excerpts) | 747 | 497 |
| No. 43—Page 129 from Aviation Week for July 11, 1960 entitled "Missile Engineering" | 752 | 503 |

Defendant's Exhibits:

| No. 1—Elementary Treatise—Electric Batteries, From the French of Alfred Niaudet, 1880, Translated by L. M. Fishback, Cover sheet, Page ix, Pages 200-209, Chapter VII., "Chloride Batteries" | 753 | 505 |
| No. 2—U. S. Patent No. 282,634 to P. S. Hayes, Patented August 7, 1883, "Chloride-Of-Silver Battery" | 766 | 515 |

Record from the United States Court of Claims—Continued

| | Original | Print |
|---|---|---|
| Defendant's Exhibits—Continued | | |
| No. 3—Galvanic Batteries, Their Theory, Construction and Use by S. R. Bottone, 1902, Cover Sheet, Pages 172-177 | 769 | 519 |
| No. 4—Primary Batteries by Henry S. Carhart, 1891, Cover Sheet, Pages 62-65 | 776 | 525 |
| No. 5—U. S. Patent No. 405,196 to J. A. Barrett, patented June 11, 1889, "Galvanic Battery" | 781 | 531 |
| No. 6—U. S. Patent No. 457,116 by J. R. Hard, Patented August 4, 1891, "Galvanic Battery" | 784 | 534 |
| No. 7—U. S. Patent No. 454,598 to Philip Hathaway, Patented June 23, 1891, "Galvanic Battery" | 790 | 539 |
| No. 8—U. S. Patent No. 184,932 by Charles Louis Van Tenac, Patented November 28, 1876, "Improvement in Dry Electric Piles" | 795 | 543 |
| No. 9—U. S. Patent No. 434,593 to William M. Fink, Patented August 19, 1890, "Galvanic Battery" | 799 | 546 |
| No. 10—U. S. Patent No. 512,055 by James J. Pearson, Patented January 2, 1894, "Cartridge-Shell Battery" | 803 | 549 |
| No. 11—Practical Primary Cells by A. Mortimer Codd, 1929, Cover sheet, Pages 1-3, 43-44, 78-81, 110, 117 | 806 | 553 |
| No. 12—U. S. Patent No. 1,696,873 by Robert T. Wood, Patented December 25, 1928, "Magnesium Primary Cell" | 818 | 565 |
| No. 13—U. S. Patent No. 1,920,151 by S. Ruben, Patented July 25, 1933, "Potential Producing Cell" | 821 | 568 |
| No. 14—U. S. Patent No. 2,078,143 by Lucien Jules Jumau, Patented April 20, 1937, "Regenerative Electric Cell" | 825 | 572 |
| No. 15—Manual of Chemistry by W. Simon, 1905, Cover sheet, and page 216 | 827 | 575 |
| No. 16—Essentials of General Chemistry by B. Smith Hopkins and John C. Bailar, Jr., 1946, Cover sheet, fly leaf, pages 371-372 and rear cover | 830 | 580 |
| No. 17—British Patent Specification No. 301,923 by Guido Ferrabino, "Voltaic Cell" | 835 | 587 |
| No. 18—Specification forming part of Letters Patent No. 552,211 by Gustav W. Thurnauer and Milton M. Kohn, dated December 31, 1895, "Depolarizer for Primary Batteries and Method of Making Same" | 837 | 589 |

viii                                    INDEX

Record from the United States Court of Claims—Continued

Defendant's Exhibits—Continued      Original   Print

No. 19—A.D. 1880, 25th October. British No. 4341—Letters Patent to Gregoire Skrivanoff, of Paris, in the Republic of France, Gentleman, for an Invention of "An Improved Electrical Apparatus for Operating Bells, Signals, and Telegraphs" ............................... 839   591

No. 20—British No. 49—Complete Specification, "Improvements in Galvanic Batteries for Producing Constant Currents", Date of Application, 1st Jan., 1891—Accepted, 21st November, 1891 ............................... 844   597

No. 21—Pages 104-116 from the Journal of Chemical Society, Vol. 53 (1888) containing article entitled "VI. The Constitution of the Copper-Zinc, Copper-Tin Alloys" by A. P. Laurie ............................... 847   601

No. 22—U. S. Patent No. 269,454 to C. D. Parkhurst, Patented December 19, 1882, "Galvanic Battery" ............................... 860   615

No. 23—U. S. Patent No. 653,770 to Albrecht Heil, Patented July 17, 1900, "Galvanic Battery" ............................... 864   618

No. 24—U. S. Patent No. 1,522,121 to J. K. M. Harrison, Patented January 6, 1925, "Power Generation" ............................... 867   621

Plaintiffs' requested findings of fact and conclusions of law (excerpts) ............................... 877   629

Defendant's Brief (excerpt) ............................... 884   634

Defendant's objections to plaintiffs' requested findings of fact and conclusions of law (excerpts) ..... 886   636

Opinion and findings of fact of Commissioner, Donald E. Lane, filed January 28, 1963 ............... 895   640

Annex to Plaintiffs' reply brief being a verbatim copy of the Commissioner's opinion and findings of fact with citations to the record, filed August 12, 1963 ... 917   662

Opinion, Per Curiam, decided April 17, 1964 ...... 954   689

Motion to alter or amend the opinion and judgment of the Court of April 17, 1964, or for a rehearing ... 975   711

Opinion on plaintiffs' motion to alter or amend the opinion and judgment of the Court or for a rehearing, plaintiffs' motion for leave to file supplemental petition, and defendant's motion for an order compelling clarification of plaintiffs' inconsistent representations, decided October 16, 1964 ............... 978   712

Order extending time to file petition for writ of certiorari 980   714

Order allowing certiorari ............................... 981   715

[fol. 654]   IN THE UNITED STATES COURT OF CLAIMS

TRIAL EXHIBIT No. 12

24 Apr. 57.

4. Dr. A. Fischbach, Nicholas Wilburn, and H. J. Mandel of USASEL, Power Sources Branch remember very well that they examined Mr. Adams' battery some time in the beginning of 1942. Their recollection is that the battery had an extremely high internal resistance and that the current density was very low because Adams' cuprous chloride was very unreactive. Besides, the electrolyte foamed out and the cells short-circuited very quickly. According to Dr. Fischbach, Mr. Adams was asked to continue the work on this system and resubmit samples if he could improve his battery. However, Mr. Adams did not return with any improved battery.

---

[fol. 655]                                      1/26

OCSigO 412.42                        M-7-C-3

(Batteries Gen)                 January 14, 1942

Neutro Cell Storage Battery

Director, Signal Corps Laboratories, Fort Monmouth,
Red Bank, New Jersey

1. Attention is invited to the attached letter from John J. Sandhaas of Waud & Doherty, 25 West 43rd Street, New York, New York, dated January 10, 1942, to this office, with four inclosures. Particular attention is invited to Inclosure No. 3, "Characteristics of Neutro Cell," wherein it is pointed out that this cell works at both extremes of temperature and has been tested at forty degrees (40°) F below zero, and at two hundred degrees (200°) F. above zero.

2. Your comments and recommendations regarding the application of the Neutro Cell to your Laboratories development project on batteries for low temperature operation, and the application of the Neutro Cell to Signal Corps equipment, are desired by indorsement hereon.

398

3. In the event your Laboratories desire to witness a demonstration of the Neutro Cell, or to procure samples for test, you are authorized to communicate directly with Mr. John J. Sandhaas and arrange a demonstration if practicable.

4. The return of all inclosures is desired.

By order of the Chief Signal Officer:

  J. D. O'Connell, Lieutenant Colonel, Signal Corps.

1 Encl.

  Le fm John J. Sandhaas, dated 1-10-42, to CSO, w/4 Incls.

(1st Ind. on next page)

File Folder S-27:1 X, By M.   Date 1-29-42.

———

[fol. 656]

FM(SCL)Prof. 8-27.1          CRK:GBE:m
OCSigO 412-42 (Batteries Gen)
 1-14-42)            17389 FI 42
        1st Ind.

SIGNAL CORPS LABORATORIES, FORT MONMOUTH, RED BANK, N.J. January 29, 1942.

To: Chief Signal Officer M-7-C-3, War Department, Washington, D.C.

1. With reference to paragraph 2 of the basic communication, it is difficult to make any recommendations until tests have been conducted on the neutro cell storage battery.

2. Mr. Bert Adams, the inventor, visited these Laboratories on January 26, 1942 and left a sample for examination and test.  It is contemplated that tests will be completed in two weeks time after which a report will be prepared and forwarded to your office.

For the Directors:

  Oscar C. Maier, Lieut. Colonel, Signal Corps.
Incl. 1 n/c

File Folder S-27.1 X, By M.   Date 1-29-42.

399

[fol. 657]                                    CRK:GBY:AIDig

FM(SCL) Proj. S-27.1
                                              February 5, 1942.

Mr. Bert Nemo Adams
215-10 111 Rd.
Queens Village, N. Y.

Dear Mr. Adams:

If you have two (2) completed Neutro Cells in your possession, it is suggested that you send them to these Laboratories for further test.

These samples should be sent prepaid at no expense to the Government as required by regulations.

Very truly yours, Clarence R. Kingston, Captain, Signal Corps, Asst. OC, Field Laboratory No. 2

File Folder S 27.1 X, By g.  Date 2/5/42.

———

[fol. 658]                                    February 7, 1942.

Mr. John J. Sandhaas
Waud & Doherty
25 West 43rd Street
New York City, N.Y.

In reply refer to: No. 38610

Dear Mr. Sandhaas:

The Engineering Staff of the National Inventors Council has made a preliminary examination of the material submitted with your letter of January 7 addressed to Dr. Kettering. However, the material lacks the necessary details required for a complete evaluation.

We would appreciate receiving a complete description stating all the chemical reactions which take place in the battery, in order that we may bring it to the attention of the proper authorities.

400

We are enclosing a copy of our Information Bulletin No. 2 which explains our procedure in handling inventions.

Very truly yours, J. C. Green, Assistant Chief Engineer

Enclosure
LSH/JCG/mch

———

[fol. 659]                                    April 8, 1942.

Mr. John J. Sandhaas
Waud & Doherty
25 West 43rd Street
New York, N.Y.

In reply refer to: No. 38610

Dear Mr. Sandhaas:

The additional information contained in your letter of March 28, 1942, has been attached to your previous file and will be brought to the attention of our Technical Staff. You will be advised of their findings within a few weeks.

Please accept our thanks for the cooperation shown in making this information available.

Very truly yours, J. C. Green, Assistant Chief Engineer

JCG/meb

———

[fol. 660]                                    April 18, 1942.

Mr. John J. Sandhaas
Waud & Doherty
25 West 43rd Street
New York, N.Y.

In reply refer to: 38610

Dear Mr. Sandhaas:

The technical staff of this Council has examined your proposal relating to a neutro cell and has recommended its transmission to appropriate authorities for more intensive

consideration. This office will advise you as to their decision as soon as complete information becomes available.

You may wish to consider sending a copy of your proposal to the Vice Chairman of the British Inventions Board at 15 Broad Street, New York City, subject to any prohibitions as to secrecy which may exist relative to your invention.

Your interest and cooperation in the war effort are appreciated at this office and it is hoped that you will continue to furnish us such suggestions as appear to you to be of value in the present emergency.

> Very truly yours, J. C. Green, Assistant Chief Engineer.

JCG/akm

———

[fol. 661]                                    December 16, 1942.

MEMORANDUM
To: Col. Lent
From: Mr. McBurney
Subject: Storage battery.,
            #38610,
            John J. Sandhaas.

Dr. Vinal of the NBS comments as follows:

"Letter from the Bureau of Ships to the Secretary's Office, dated September 11, 1942, signed by Lt. O'Brien, says Signal Corps has made a complete test of subject cell and finds it is not consistent in operation. The Signal Corps is quoted as not giving it further consideration and for this reason the Bureau of Ships does not care to consider it further.

"The same cell was brought to the attention of the Bureau of Ordnance (Navy) and verbally I have learned that it is not being considered there.

"Inventor's claims of operation at —40° when activated with water alone is untenable unless cell is filled at temperatures above freezing.

"Letter of Bert Adams to Capt. Kingston, dated March

402

25 (and other papers), give certain data about the cell from which it appears:

"(1) The internal resistance is relatively high as shown by a drop in voltage of 0.2 volt when load of 25° milliamperes is applied.

"(2) Reasons for specifying the maximum safe load as 300 milliamperes are not clearly understood but indicate that this cell may be of a type which "runs away" as a [fol. 662] result of local action when over-taxed. However, the inventor's statement and this interpretation seem to be inconsistent with his next statement that the maximum current on "dead short" is "1.8 amperes until spent".

"(3) Data given in this letter indicate a high watt hour output per unit of weight which is favorable to the battery, but it is felt that some more definite test data should be given to support what appear to be unusually large claims.

"(4) In discussion of the cell there is no point in saying that it is "based on a new kind of electro-chemical action". Reserve type cells of one kind or another have been known for years.

"(5) The claim is made that the cell has indefinite shelf life, presumably because it is dry, but the author acknowledges that damp air, if accessible, would speedily render it useless.

"(6) The statement that this is the only primary cell which does not contain any acids, alkaline or other caustics as electrolyte is nonsense. The ordinary dry cell is a primary cell which does not contain acids, alkaline or other caustics as electrolyte.

"(7) Magnesium is an important material now and probably not available.

"(8) The graphs submitted by the inventor are far from convincing to me. They are drawn with a ruler. There is no indication of the various observations which were presumably taken. The time scale jumps from seconds to minutes to hours. The general impression conveyed by these graphs is that the person who drew them was not familiar with recognized methods of presenting technical data.

403

"(9) Until the inventor can present more convincing data about the performance of his cell, I see no reason to consider it further. If it is of any use, much development would be needed."

J. W. McBurney, Bureau of Standards

JWMcB/hmp

———

[fol. 663]                                   March 24, 1943.

Mr. John J. Sandhaas
Waud & Doherty
25 West 43rd Street
New York, New York

Dear Mr. Sandhaas:

In checking through our old files, I find that your proposal relating to the "neutro cell" was submitted to a number of Government branches, but we were unable to obtain any positive expression of interest. I was wondering if subsequent developments with regard to your unit might alter the picture.

Accordingly, we would appreciate some information as to the present status of the battery.

Very truly yours, J. C. Green, Assistant Chief Engineer.

JCG/eb

404

[fol. 664]                               September 2, 1943.

Mr. Burt N. Adams
215-10 111th Road
Queens Village
New York, New York

Dear Mr. Adams:

The War Production Board has approved the use of ten pounds of magnesium sheets. See attached copy of their letter on this matter. We are also returning herewith the priority forms you submitted, since it appears that you can fill your order in New York.

It is hoped that you will now have no difficulty in obtaining the necessary material. This office would be pleased to be kept advised of the results of tests of your battery and any interest therein which may arise.

Yours very truly, J. C. Green, Assistant Chief Engineer

JCG/ads
Enclosures

———

[fol. 665]    Magnesium - Cuprous Chloride Cell

Introduction:—

A Magnesium-Cuprous Chloride battery was patented by B. N. Adams - U.S. Patent #2,322,210, June 22, 1943. The advantages claimed are:

1. Linear potential and capacity.
2. Eliminates acid as the electrolyte and hence the evolution of dangerous fumes is avoided.
3. The battery is manufactured and distributed in a dry state and is rendered serviceable by merely adding water. Thus, so long as the cell is kept in the dry state, its shelf-life can be indefinitely prolonged.
4. 25 sq. cms of electropositive material (magnesium)

is equal to 250 milliamperes. 2.8 gms of electro-
negative material ($Cu_2Cl_2$) is equal to one ampere-
hour and one gram of the electro positive electrode
is equal to one ampere-hour.

5. The battery is therefore light in weight with respect
to capacity, relatively cheap to manufacture and is
discarded when exhausted.

Discussion :—



A cell was made on the general principles
as laid down by the inventor. No attempt
was made at this time to determine the
quantitative amounts of either the positive
or negative electrodes. The purpose now
was spec whether a battery so devised can
be made without too much difficulty and a
working voltage and amperage obtained.

For the container; an electrolytic beaker
of 250 ml capacity was taken. The positive
electrode consisted of pure magnesium one
side of which was cleaned with dilute acid.
The sheet was approximately 9 x 15 cm. sq.
It was rolled into a cylinder, the diameter of
which was slightly smaller than that of the
container. The negative electrode was made
by heating $Cu_2Cl_2$ at about 450°C until
liquid and then poured into as a mold. The
electrode then formed was approximately
1.7 cm diameter and 10 cm long. It is dipped
into concentrated $H_2SO_4$ and while still wet
covered with a thin layer of Aluminium
powder. This inhibits the oxidation of the
$Cu_2Cl_2$. Embedded in the upper end of the
negative electrode is a copper wire coil and
copper terminal.

Date     Nov. 26, 1943
over
Signal Corps Laboratories

Signature William Shorr.

Item 21
TX-12, page 17

406

[fol. 666]   The negative electrode was arranged within the center of the positive electrode composed of the cylinder of magnesium. A cover was placed over the container through which extended the positive and negative terminals. Another small hole was drilled through the cover for the purpose of filling the battery when ready for service. The cover was then sealed to the glass container by means of wax.

The battery was filled to within about 1/4 in. from the top with water and allowed activation for a few minutes, after which the voltage was taken. The initial voltage was 0.90 volts. A little magnesium sulfate was added to counteract polarization about the positive electrode and the voltage again taken. It showed 1.20 volts. Solid $MgSO_4$ was added until no further increase in voltage occurred on addition. The maximum voltage obtained was 1.46 volts. After 20 hours, the voltage was 1.40 volts.

The short-circuited amperage slowly built up to 500 milliamperes. After 2 hrs., 1 amp was reached. When the voltage was taken immediately thereafter, it showed 1.6 volts which slowly fell back to 1.46 volts. This procedure was repeated several times with the same results.

The decomposition materials were voluminous and tended to adhere to the electrodes causing a voltage drop. It was necessary at times, to remove them by agitating the electrodes.

Conclusion :—

The battery is feasible. It can be easily constructed and maintained provided the internal resistance of the water electrolyte is partly overcome.

The battery is not immediately activated on the addition of water, beginning about 15 minutes or more. Can activation be induced immediately?

Once activated, the battery continues active until exhausted. Can the reaction be inhibited or stopped when the cell is not in use?

Date   11/26/43
Project

                                        Signature Wm. Shorr.

Signal Corps Laboratories