# APPENDIX 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC and<br>ASTELLAS PHARMA US, INC.,<br><br>       Plaintiffs,<br>v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 05-0336-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to the requirements of 35 U.S.C. § 282, defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. ("Sicor") hereby identify certain publications and patents to be relied upon as prior art, and/or as showing the state of the art, and/or explanatory of the prior art relating to U.S. Patent No. 5,731,296. In addition, Sicor affirmatively states that it has already provided notice to plaintiffs Item Development AB, Astellas US LLC, and Astellas Pharma US, Inc. (collectively "plaintiffs") of the identity of certain publications and patents within the scope of § 282 through the pleadings in this case to date, including but not limited to Sicor's invalidity contentions, exhibits introduced at the depositions taken by the parties, and the expert reports Sicor has served.

The following listing of identified publications and patents is provided pursuant to the statutory provisions of 35 U.S.C. § 282. The listing of the following publications and patents does not reflect that Sicor will use all, most, or any number of these items at trial, and is not an

admission or representation that reliance upon all of these materials is necessary to any of Sicor's defenses.

Sicor reserves the right to amend and/or supplement this notice due to any changes in circumstances.

**Section 282 Publications**

The following are publications on which Sicor may rely pursuant to § 282 at trial:

| Date | Description |
|---|---|
| 12/1980 | R.M. Berne, *The Role of Adenosine in the Regulation of Coronary Blood Flow*, Circulation Research, 47(6): 807-813 |
| 04/1985 | I.O. Biaggioni *et al.*, *Humoral and hemodynamic effects of adenosine infusion in man*, Clinical Res., 33(2): 280A |
| 12/1981 | B.G. Brown *et al.*, *Intravenous dipyridamole combined with isometric handgrip for near maximal cute increase in coronary flow in patients with coronary artery disease*, Am. J. Cardiology, 48: 1077-1085 |
| 12/1983 | J.P. DiMarco *et al.*, *Adenosine: electrophysiologic effects and therapeutic use for terminating paroxysmal supraventricular tachycardia*, Circulation, 68(6): 1254-1263 |
| 08/1985 | J.P. DiMarco *et al.*, *Diagnostic and therapeutic use of adenosine in patients with supraventricular tachycardias*, J.. Amer. College Cardiology 6: 417-425 |
| 1929 | A.N. Drury *et al.*, *The physiological activity of adenine compounds with especial reference to their action upon the mammalian heart*, J. Physiol, 68:213-237 |
| 09/1984 | A.F. Fukunaga *et al.*, *Dipyridamole potentiates the hypotensive effect of ATP*, Anesthesiology 61(3A): A39 |
| 09/1982 | A.F. Fukunaga *et al.*, *ATP-induced hypotensive anesthesia during surgery*, Anesth. & Anesthesiology, 57(3): A65 |
| 1985 | GOODMAN AND GILMAN'S THE PHARMACOLOGICAL BASIS OF THERAPEUTICS (Alfred Goodman Gilman *et al.* eds., Macmillan Publishing Co.)(7th ed.) |
| 01/1983 | N.F. Kassell *et al.*, *Cerebral and systemic circulatory effects of arterial hypotension induced by adenosine*, J. Neurosrug. 58: 69-76 |
| 06/1983 | R.E. Klabunde, *Dipyridamole inhibition of adenosine metabolism in human blood*, European J. Pharmacol. 93: 21-26 |
| 03/1981 | R.E. Klabunde & D.G. Altose, *Adenosine metabolism in dog whole blood: effects of dipyridamole*, Life Sciences 28: 2631-2641 |
| 08/1985 | 1985 YEARBOOK OF ANESTHESIA (Ronald D. Miller ed., Year Book Medical Publisher) |
| 09/1983 | A. Sollevi *et al.*, *Cardiovascular effects of adenosine during controlled hypotension in cerebral artery aneurysm surgery*, Anesthesiology (Circulation II) 59(3): A9 |

| 02/1984 | A. Sollevi *et al.*, *Cardiovascular effects of adenosine in man*, Acta Physiol. Scan. 120(2): 11A |
| --- | --- |
| 12/1984 | A. Sollevi, *et al.*, *Controlled hypotension with adenosine in cerebral aneurysm surgery*, Anesthesiology, 61:400-405 |
| 09/1992 | M.S. Verani, The adenosine saga: one more piece of the puzzle, Circulation 86(3): 1038-1040 |

Dated: January 12, 2007

/s/ Karen Keller
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Karen Keller (No. 4489)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Of Counsel:

David M. Hashmall, P.C. (*pro hac vice*)
Annemarie Hassett (*pro hac vice*)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

*Attorneys for Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc.*