IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB,<br>ASTELLAS US LLC and<br>ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  05-336 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time for the parties to file their respective Responsive Post-Trial Briefs and Responsive Proposed Findings of Fact and Conclusions of Law is extended through and including June 19, 2007.

| | |
|---|---|
| */s/ Mary B. Matterer*<br>Richard K. Herrmann #405<br>Mary B. Matterer # 2696<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>*Attorneys for Plaintiffs*<br>*Astellas US LLC and*<br>*Astellas Pharma US, Inc.* | */s/ Karen E. Keller*<br>Josy W. Ingersoll #1088<br>John W. Shaw #3362<br>Karen E. Keller #4489<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801<br>(302) 571-6672<br>jingersoll@ycst.com<br>jshaw@ycst.com<br>kkeller@ycst.com<br>*Attorneys for Defendants*<br>*Sicor Inc. and*<br>*Sicor Pharmaceuticals, Inc.* |

  */s/ David E. Brand*
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*

                **SO ORDERED** this _____ day of June, 2007.

                                                  _____
                                                  The Honorable Sue L. Robinson