IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SICOR INC. and SICOR PHARMACEUTICALS, INC. )<br>)<br>Defendants. )<br>) | C.A. No. 05-336 SLR |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

Pursuant to Local Rule 83.7, Defendants, SICOR Inc. and SICOR Pharmaceuticals, Inc. ("SICOR") hereby notify the Court that Anastasia M. Fernands, previously admitted *pro hac vice*, is withdrawing as counsel for SICOR in this action.

The undersigned Delaware counsel, as well as other *pro hac vice* counsel of record (David M. Hashmall, Annemarie Hassett, Melanie R. Rupert, Gregory T. Sandidge, Don M. Kennedy, Kirsten V. K. Robbins, and Laurie L. Levin, all of Goodwin Procter LLP), remain counsel of record for SICOR in this action.

August 17, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

**GOODWIN PROCTOR LLP**
David M. Hashmall, P.C.
Annemarie Hassett
599 Lexington Avenue
New York, NY 10022
Telephone: 212-813-8800

*Attorneys for Defendants SICOR Inc. and SICOR Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul M. Lukoff, Esquire
 [pmlukoff@prickett.com]
David E. Brand, Esquire
 [debrand@prickett.com]
**PRICKETT JONES & ELLIOT, P.A.**
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard K. Herrmann, Esquire
 [rherrmann@morrisjames.com]
Mary B. Matterer, Esquire
 [mmatterer@morrisjames.com]
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

I further certify that on August 17, 2007, I caused copies of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel and on the following in the manner indicated:

### BY E-MAIL

Charles E. Lipsey, Esquire
 [charles.lipsey@finnegan.com]
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

John Scheibeler, Esquire
 [scheibeler@whitecase.com]
**WHITE & CASE, LLP**
1155 Avenue of the Americas
New York, NY 10036

Susan H. Griffen, Esquire
 [susan.griffen@finnegan.com]
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4413

August 17, 2007

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
*Attorneys for Defendants*