**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 05-336 SLR |
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 05-337 SLR |

**STIPULATION AND ORDER**

WHEREAS the parties have entered into an agreement which, subject to review by the Federal Trade Commission (FTC) and the Department of Justice (DOJ), and approval of this Court, will result in termination of the *Item v. Sicor* and *King v. Sicor* litigations, the parties hereby stipulate that they will report to the Court upon completion of FTC and DOJ review or, in any event, no later than December 3, 2007.

| | |
|---|---|
| /s/ Richard K. Herrmann | /s/ Karen L. Pascale |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | Karen L. Pascale #2903 |
| MORRIS JAMES LLP | Karen E. Keller #4489 |
| 500 Delaware Avenue, Suite 1500 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Wilmington, DE 19801-1494 | The Brandywine Building |
| (302) 888-6800 | 1000 West Street |
| rherrmann@morrisjames.com | Wilmington, DE 19801 |
| mmatterer@morrisjames.com | (302) 571-6672 |
| *Attorneys for Plaintiffs* | jingersoll@ycst.com |
| *Astellas US LLC and* | kpascale@ycst.com |
| *Astellas Pharma US, Inc.* | kkeller@ycst.com |
| | *Attorneys for Defendants* |
| | *Sicor Inc. and* |
| | *Sicor Pharmaceuticals, Inc.* |

 /s/ David E. Brand
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*

 /s/ Paul E. Crawford
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com
*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*

**SO ORDERED** this _____ day of October, 2007.

_____
The Honorable Sue L. Robinson