IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No.  05-336 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs Item Development AB, Astellas US LLC and Astellas Pharma US, Inc. hereby move this Court for entry of the Consent Judgment attached hereto as Exhibit A.  In support of this motion, Plaintiffs state that the parties have reached a settlement agreement which is contemporaneously filed under seal with this motion.  The defendants do not object to this motion.

Dated:  October 22, 2007

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ David E. Brand* |
| Richard K. Herrmann #405 | Paul M Lukoff #96 |
| Mary B. Matterer #2696 | David E. Brand #201 |
| MORRIS JAMES LLP | PRICKETT JONES & ELLIOTT, P.A. |
| 500 Delaware Avenue, Suite 1500 | 1310 King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 888-6520 |
| rherrmann@morrisjames.com | debrand@prickett.com |
| | |
| Charles E. Lipsey | John Scheibeler |
| FINNEGAN, HENDERSON, FARABOW, | WHITE & CASE LLP |
|   GARRETT & DUNNER, LLP | 1155 Avenue of the Americas |
| Two Freedom Square | New York, NY  10036 |
| 11955 Freedom Drive | (212) 819-8200 |
| Reston, VA 20190-5675 | |
| (571) 203-2700 | *Attorneys for Plaintiff* |
| | *Item Development AB* |
| Susan H. Griffen | |
| David P. Frazier | |
| FINNEGAN, HENDERSON, FARABOW, | |
|   GARRETT & DUNNER, LLP | |
| 901 New York Avenue | |
| Washington, D.C.  20001-4413 | |
| (202) 408-4000 | |

*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*