# EXHIBIT A

Case 1:05-cv-00336-SLR    Document 164-2    Filed 10/22/2007    Page 1 of 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.  05-336 SLR |
| v. | ) ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**JUDGMENT AND INJUNCTION ON CONSENT**

Plaintiffs Astellas US LLC and Astellas Phaillia US, Inc. (hereinafter collectively "Astellas"), and Item Development AB (hereinafter "Item") and Defendants Sicor Inc. and Teva Parenteral Medicines, Inc. (foinierly known as Sicor Pharmaceuticals, Inc.)" (hereinafter collectively "Sicor"), have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment in this action as follows:

It is HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. With respect to Count H of the Complaint herein, seeking a declaratory judgment of infringement under 35 U.S.C. § 271(b) and (c), Sicor admits for

itself and its Affiliates (as defined in the Settlement Agreement) that claims 1, 3, 7, and 9 of U.S. Patent No. 5,731,296 (the "Asserted Claims") would be infringed by use, importation, offer for sale, or sale of the adenosine product, Adenosine Injection, USP labeled for use in myocardial perfusion imaging described in Sicor's Abbreviated New Drug Application No. 77-425 (the "Sicor ANDA Product"), except as provided in the Settlement Agreement.

3. Sicor further admits for itself and its Affiliates (as defined in the Settlement Agreement) that the Asserted Claims are valid and enforceable as to the Sicor ANDA Product and any product only colorably different therefrom.

4. Sicor and its Affiliates (as defined in the Settlement Agreement) shall not market the Sicor ANDA Product except as provided in the Settlement Agreement.

5. Counts I and 111 of the Complaint herein, seeking a judgment of infringement under 35 U.S.C. § 271(e)(2), are dismissed without prejudice.

6. This Court retains jurisdiction to enforce or supervise performance under this Judgment and Injunction on Consent and the Settlement Agreement.

7. Each party shall bear its own costs and attorneys' fees.

Dated: October 22, 2007

| | |
|---|---|
| _/s/ Richard K. Herrmann_ | _/s/ Karen L. Pascale_ |
| Approved as to form: | Approved as to form: |
| | |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | Karen L. Pascale #2903 |
| MORRIS JAMES LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 500 Delaware Avenue, Suite 1500 | The Brandywine Building |
| Wilmington, DE 19801-1494 | 1000 West Street |
| (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | (302) 571-6672 |
| mmatterer@morrisjames.com | jingersoll@ycst.com |
| | kpascale@ycst.com |

| | |
|---|---|
| Charles E. Lipsey<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>(571) 203-2700 | David M. Hashmall, P.C.<br>Annemarie Hassett<br>GOODWIN PROCTOR LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>dhashmall@goodwinproctor.com<br>ahassett@goodwinproctor.com |
| Susan H. Griffen<br>David P. Frazier<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue<br>Washington, D.C. 20001-4413<br>(202) 408-4000 | *Attorneys for Defendants*<br>*Sicor Inc. and*<br>*Sicor Pharmaceuticals, Inc.* |

*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*


    /s/ David E. Brand
Approved as to form:

Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com


John Scheibeler
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for Plaintiff*
*Item Development AB*

3

4

**SO ORDERED** this ____ day of _____ , 2007.

_____
United States District Judge