SETTLEMENT AGREEMENT

**REMAINING TEXT ON THIS PAGE AND SUBSEQUENT PAGES IS**

# REDACTED