IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

2008 AUG 20 PM 2:47

ITEM DEVELOPMENT AB, et al., )
)
Plaintiffs, )
)
v. ) Civ. No. 05-336-SLR
)
SICOR INC., et al., )
)
Defendants. )
)

KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT INC., et al., )
)
Plaintiffs, )
)
v. ) Civ. No. 05-337-SLR
)
SICOR INC., et al., )
)
Defendants. )

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns defendants' trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or her representative.

**Receipt of the exhibits is acknowledged by:**

x [signature]
For Karen Keller, Esq.

of Young, Conaway, Stargatt & Taylor

Date: 8/20/08

Returned by: [signature], Deputy Clerk