**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-00336-SLR**
**Internal Use Only**

Item Development AB et al v. SICOR Inc. et al
Assigned to: Judge Sue L. Robinson
Related Case: 1:05-cv-00337-SLR
Cause: 35:271 Patent Infringement

Date Filed: 05/26/2005
Date Terminated: 10/29/2007
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Item Development AB**  represented by  **Paul M. Lukoff**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: pmlukoff@prickett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Astellas US LLC**  represented by  **Richard K. Herrmann**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: rherrmann@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Astellas Pharma US, Inc.**  represented by  **Richard K. Herrmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SICOR Inc.**  represented by  **Karen Elizabeth Keller**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: kkeller@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doungamon Fon Muttamara-Walker**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor

P.O. Box 391
Wilmington, DE 19899-0391
302-571-5032
Email: fmuttamara-walker@ycst.com
*ATTORNEY TO BE NOTICED*

**Defendant**

SICOR Pharmaceuticals, Inc.     represented by   **Karen Elizabeth Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doungamon Fon Muttamara-Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teva Pharmaceuticals USA, Inc.**
*TERMINATED: 08/09/2005*

**Defendant**

**Teva Pharmaceuticals Industries, LTD.**
*TERMINATED: 08/09/2005*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2005 | 1 | COMPLAINT filed against SICOR Inc., SICOR Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 139430.) - filed by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet # 3 Acknowledgement of Consent Form)(els, ) (Entered: 05/27/2005) |
| 05/26/2005 | 2 | Disclosure Statement pursuant to Rule 7.1 filed by Item Development AB identifying Item Development, S.A. as Corporate Parent. (els, ) (Entered: 05/27/2005) |
| 05/26/2005 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Astellas US LLC, Astellas Pharma US, Inc. identifying Astellas US Holding, Inc. and Astellas Pharma Inc. as Corporate Parent. (els, ) (Entered: 05/27/2005) |
| 05/26/2005 | 4 | Report to the Commissioner of Patents for Patent Number(s) 5,731,296; (els, ) (Entered: 05/27/2005) |
| 05/26/2005 | | No Summons Issued (els, ) (Entered: 05/27/2005) |
| 06/01/2005 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 06/01/2005) |
| 08/08/2005 | 5 | MOTION to Dismiss for Failure to State a Claim *Defendants Sicor Pharmaceuticals, Inc.'s and Sicor Inc.'s Motion to Dismiss Count III of the Complaint* - filed by SICOR Inc., SICOR Pharmaceuticals, Inc.. (Muttamara-Walker, Doungamon) (Entered: 08/08/2005) |
| 08/08/2005 | 6 | ANSWER to Complaint by SICOR Inc..(Muttamara-Walker, Doungamon) (Entered: 08/08/2005) |
| 08/08/2005 | 7 | Disclosure Statement pursuant to Rule 7.1 filed by SICOR Inc. identifying Teva USA as Corporate Parent. (Muttamara-Walker, Doungamon) (Entered: 08/08/2005) |
| 08/08/2005 | 8 | ANSWER to Complaint by SICOR Pharmaceuticals, Inc..(Muttamara-Walker, Doungamon) (Entered: 08/08/2005) |
| 08/08/2005 | 9 | Disclosure Statement pursuant to Rule 7.1 filed by SICOR Pharmaceuticals, Inc. identifying Teva USA as Corporate Parent. (Muttamara-Walker, Doungamon) (Entered: 08/08/2005) |
| 08/08/2005 | 10 | STIPULATION of Dismissal by SICOR Inc., SICOR Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD., Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Muttamara-Walker, Doungamon) (Entered: 08/08/2005) |
| | | |

| | | |
|---|---|---|
| 01/19/2006 | 36 | NOTICE OF SERVICE of Defendants' Supplemental Preliminary Non-infringement Contentions Regarding U.S. Patent No. 5,731,296 by SICOR Inc., SICOR Pharmaceuticals, Inc..(Keller, Karen) (Entered: 01/19/2006) |
| 02/07/2006 | 37 | NOTICE to Take Deposition of Sicor, Inc. and Sicor Pharmaceuticals, Inc. (First Notice of Deposition Pursuant to Rule 30(b)(6)) on February 21, 2006 by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc..(Herrmann, Richard) (Entered: 02/07/2006) |
| 02/07/2006 | 38 | NOTICE to Take Deposition of Sicor, Inc. and Sicor Pharmaceuticals, Inc. (Second Notice of Deposition Pursuant to Rule 30(b)(6)) on March 6, 2006 by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc..(Herrmann, Richard) (Entered: 02/07/2006) |
| 02/09/2006 | 39 | SEALED NOTICE to Take Deposition of Sicor, Inc. and Sicor Pharmaceuticals, Inc. (Third Notice of Deposition Pursuant to Rule 30(b)(6) - FILED UNDER SEAL) on March 21, 2006 by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc..(Herrmann, Richard) Modified on 2/10/2006 (fmt, ). (Entered: 02/09/2006) |
| 02/10/2006 | 40 | MOTION for Pro Hac Vice Appearance of Attorney Gerald F. Ivey - filed by Astellas US LLC, Astellas Pharma US, Inc.. (Herrmann, Richard) (Entered: 02/10/2006) |
| 02/14/2006 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 2/14/2006. (Court Reporter V. Gunning.) (rld, ) (Entered: 02/15/2006) |
| 02/16/2006 | 41 | NOTICE to Take Deposition of Jiin Felgner on February 22, 2006 by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc..(Herrmann, Richard) (Entered: 02/16/2006) |
| 02/16/2006 | 42 | TRANSCRIPT of discovery conference held on 2/14/06 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) Held jointly with Civ. No. 05-337-SLR. (rld, ) (Entered: 02/17/2006) |
| 02/17/2006 | 43 | STIPULATION Confidentiality Agreement and Protective Order by SICOR Inc., SICOR Pharmaceuticals, Inc., Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Herrmann, Richard) (Entered: 02/17/2006) |
| 02/21/2006 | 44 | SEALED NOTICE of First Notice of Rule 30(b)(6) Deposition of Astellas US LLC and Astellas Pharma US, Inc. by SICOR Inc., SICOR Pharmaceuticals, Inc. (Squire, Monte) Additional attachment(s) added on 2/28/2006 (fmt, ). Modified on 2/28/2006 (fmt, ). (Entered: 02/21/2006) |
| 02/21/2006 | 45 | NOTICE of First Notice of Rule 30(b)(6) Deposition of Item Development AB by SICOR Inc., SICOR Pharmaceuticals, Inc. (Squire, Monte) (Entered: 02/21/2006) |
| 02/21/2006 | 46 | SEALED NOTICE of Second Notice of Rule 30(b)(6) Deposition of Item Development AB by SICOR Inc., SICOR Pharmaceuticals, Inc. re 45 Notice (Other) (Squire, Monte) Additional attachment(s) added on 2/28/2006 (fmt, ). Modified on 2/28/2006 (fmt, ). (Entered: 02/21/2006) |
| 02/22/2006 | | SO ORDERED, re 43 Stipulated Confidentiality Agreement and Protective Order filed by SICOR Pharmaceuticals, Inc.,, SICOR Inc.,, Item Development AB,, Astellas US LLC,, Astellas Pharma US, Inc., . Signed by Judge Sue L. Robinson on 2/22/06. (rld, ) (Entered: 02/22/2006) |
| 02/27/2006 | 47 | OBJECTIONS by SICOR Inc., SICOR Pharmaceuticals, Inc. to 38 Notice to Take Deposition *of Sicor Pursuant to Fed. R. Civ. P. Rule 30(b)(6) - Second Notice*. (Squire, Monte) (Entered: 02/27/2006) |
| 02/27/2006 | 48 | OBJECTIONS by SICOR Inc., SICOR Pharmaceuticals, Inc. to 37 Notice to Take Deposition *of Sicor Pursuant to Fed. R. Civ. P. Rule 30(b)(6) - First Notice*. (Squire, Monte) (Entered: 02/27/2006) |
| 02/27/2006 | 49 | SEALED OBJECTIONS by SICOR Inc., SICOR Pharmaceuticals, Inc. to 39 Notice to Take Deposition, *of Sicor Pursuant to Fed. R. Civ. P. Rule 30(b)(6) - Third Notice [FILED UNDER SEAL]*. (Squire, Monte) Modified on 2/28/2006 (fmt, ). (Entered: 02/27/2006) |
| 02/28/2006 | | CORRECTING ENTRY: Per call from counsel, D.I. Nos. 44 and 46 have been placed under SEAL (fmt, ) (Entered: 02/28/2006) |
| 02/28/2006 | 50 | NOTICE OF SERVICE of Plaintiffs' Preliminary Validity Contentions Regarding U.S. Patent No. 5,731,296 by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc..(Matterer, Mary) (Entered: 02/28/2006) |
| 03/01/2006 | 51 | REDACTED VERSION of 44 Notice (Other), Notice (Other) *30(b)(6) Deposition of Astellas US LLC and Astellas Pharma US, Inc.* by SICOR Inc., SICOR Pharmaceuticals, Inc.. (Squire, Monte) (Entered: 03/01/2006) |

| | | |
|---|---|---|
| | | (Entered: 08/21/2006) |
| 08/23/2006 | | SO ORDERED, re 98 STIPULATION TO EXTEND TIME for Defendants' rebuttal expert reports on secondary indicia and opening claim construction briefs to September 1, 2006 and August 23, 2006 respectively filed by SICOR Pharmaceuticals, Inc.,, SICOR Inc.,, Item Development AB,, Astellas US LLC,, Astellas Pharma US, Inc., reSetting Scheduling Order Deadlines Claims Construction Opening Brief due by 8/23/2006. Signed by Judge Sue L. Robinson on 8/23/06. (rld, ) (Entered: 08/23/2006) |
| 08/23/2006 | 99 | CLAIM CONSTRUCTION OPENING BRIEF filed by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Matterer, Mary) (Entered: 08/23/2006) |
| 08/23/2006 | 100 | SEALED APPENDIX re 99 Claim Construction Opening Brief by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Matterer, Mary) (Entered: 08/23/2006) |
| 08/23/2006 | 101 | CLAIM CONSTRUCTION OPENING BRIEF filed by SICOR Inc., SICOR Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A-D, Tabs 1-2# 2 Exhibit D, Tab 3, Part 1# 3 Exhibit D, Tab 3, Part 2# 4 Exhibit D, Tabs 4-5 and E)(Keller, Karen) (Entered: 08/23/2006) |
| 09/05/2006 | 102 | NOTICE OF SERVICE of 1) Rebuttal Expert Report of Dr. Keith B. Leffler, and 2) Rebuttal Expert Report of Philip F. Binkley, M.D., M.P.H. by SICOR Inc., SICOR Pharmaceuticals, Inc..(Keller, Karen) (Entered: 09/05/2006) |
| 09/07/2006 | 103 | Discovery Dispute Resolution between counsel and Chief Judge Robinson dated September 7, 2006. (rld, ) (Entered: 09/07/2006) |
| 09/08/2006 | 104 | CLAIM CONSTRUCTION ANSWERING BRIEF re 101 Claim Construction Opening Brief filed by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Herrmann, Richard) Modified on 9/11/2006 (fmt, ). (Entered: 09/08/2006) |
| 09/08/2006 | 105 | SEALED APPENDIX re 104 Claim Construction Answering Brief by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Herrmann, Richard) (Entered: 09/08/2006) |
| 09/08/2006 | 106 | CLAIM CONSTRUCTION ANSWERING BRIEF re 99 Claim Construction Opening Brief filed by SICOR Inc., SICOR Pharmaceuticals, Inc.. (Keller, Karen) (Entered: 09/08/2006) |
| 09/08/2006 | 107 | NOTICE to Take Deposition of Dr. Barry L. Zaret on September 14, 2006 by SICOR Inc., SICOR Pharmaceuticals, Inc..(Keller, Karen) (Entered: 09/08/2006) |
| 09/11/2006 | | CORRECTING ENTRY: D.I. 104 has been linked to D.I. 101 (fmt, ) (Entered: 09/11/2006) |
| 09/12/2006 | 108 | REDACTED VERSION of 100 Appendix *to Opening Brief on Claim Construction* by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Part 6# 6 Part 7# 7 Part 8# 8 Part 9# 9 Part 10# 10 Part 11)(Herrmann, Richard) (Entered: 09/12/2006) |
| 09/12/2006 | 109 | REDACTED VERSION of 105 Appendix *to Opposition Brief on Claim Construction* by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Herrmann, Richard) (Entered: 09/12/2006) |
| 09/20/2006 | 110 | NOTICE to Take Deposition of Dr. Keith B. Leffler on September 26, 2006 by Astellas US LLC, Astellas Pharma US, Inc..(Matterer, Mary) (Entered: 09/20/2006) |
| 09/21/2006 | 111 | MOTION for Pro Hac Vice Appearance of Attorney Allison E. Green - filed by Astellas US LLC, Astellas Pharma US, Inc.. (Herrmann, Richard) (Entered: 09/21/2006) |
| 09/21/2006 | 112 | NOTICE to Take Deposition of Dr. Richard E. Klabunde on October 6, 2006 by SICOR Inc., SICOR Pharmaceuticals, Inc..(Keller, Karen) (Entered: 09/21/2006) |
| 09/21/2006 | 113 | NOTICE to Take Deposition of Dr. Joel W. Hay on October 11, 2006 by SICOR Inc., SICOR Pharmaceuticals, Inc..(Keller, Karen) (Entered: 09/21/2006) |
| 10/03/2006 | | SO ORDERED, re 111 MOTION for Pro Hac Vice Appearance of Attorney Allison E. Green filed by Astellas US LLC,, Astellas Pharma US, Inc . Signed by Judge Sue L. Robinson on 10/3/06. (rld, ) (Entered: 10/03/2006) |
| 10/03/2006 | 114 | NOTICE to Take Deposition of Dr. Barry L. Zaret on November 3, 2006 by SICOR Inc., SICOR Pharmaceuticals, Inc..(Keller, Karen) (Entered: 10/03/2006) |
| 10/10/2006 | 115 | NOTICE to Take Deposition of Dr. Philip F. Binkley, M.D., M.P.H. on October 18-19, 2006 by |

| | | |
|---|---|---|
| 03/01/2007 | 135 | (THIS HAS BEEN REVISED - SEE D.I. 146) Bench Trial Exhibit List. Trial held on 2/12-2/13/07, 2/20-2/22/07, 2/26-2/28/07(fmt) Modified on 4/2/2007 (fmt, ). (Entered: 03/01/2007) |
| 03/13/2007 | 136 | STIPULATION Regarding Post-Trial Briefing Schedule by SICOR Inc., SICOR Pharmaceuticals, Inc., Item Development AB, Astellas US LLC, Astellas Pharma US, Inc., King Pharmaceuticals Research and Development Inc.. (Herrmann, Richard) (Entered: 03/13/2007) |
| 03/22/2007 | 137 | TRANSCRIPT of Bench Trial held on 2/12/07 before Judge Robinson. Court Reporter: V. Gunning. VOLUME A (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/22/2007 | 138 | TRANSCRIPT of Bench Trial held on 2/13/07 before Judge Robinson. Court Reporter: V. Gunning. VOLUME B (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/22/2007 | 139 | TRANSCRIPT of Bench Trial held on 2/20/07 before Judge Robinson. Court Reporter: HAWKINS REPORTING SERVICE. VOLUME C (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/22/2007 | 140 | TRANSCRIPT of Bench Trial held on 2/21/07 before Judge Robinson. Court Reporter: V. Gunning. VOLUME D (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/22/2007 | 141 | TRANSCRIPT of Bench Trial held on 2/22/07 before Judge Robinson. Court Reporter: V. Gunning. VOLUME E (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/22/2007 | 142 | TRANSCRIPT of Bench Trial held on 2/26/07 before Judge Robinson. Court Reporter: V. Gunning. VOLUME F (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/22/2007 | 143 | TRANSCRIPT of Bench Trial held on 2/27/07 before Judge Robinson. Court Reporter: V. Gunning. VOLUME G (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/22/2007 | 144 | TRANSCRIPT of Bench Trial held on 2/28/07 before Judge Robinson. Court Reporter: V. Gunning. VOLUME H (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/22/2007 | 145 | TRANSCRIPT of Deposition Designations for Bench Trial held before Judge Robinson. Court Reporter: HAWKINS REPORTING SERVICE. (Transcript on file in Clerk's Office) (fmt) (Entered: 03/23/2007) |
| 03/26/2007 | | SO ORDERED, re 136 Stipulation filed by SICOR Pharmaceuticals, Inc., Astellas Pharma US, Inc., SICOR Inc., King Pharmaceuticals Research and Development Inc., Item Development AB, Astellas US LLC, Set Post-Trial Briefing Schedule: Opening Brief due 5/9/2007. Responsive Brief due 6/13/2007. Signed by Judge Sue L. Robinson on 3/19/07. (rld) (Entered: 03/26/2007) |
| 04/02/2007 | 146 | REVISED Bench Trial Exhibit List. Trial held on 2/12-2/13/07, 2/20-2/22/07, 2/26-2/28/07(fmt) (Entered: 04/02/2007) |
| 04/03/2007 | | CORRECTING ENTRY: The TRANSCRIPT of Deposition Designations for Bench Trial held before Judge Robinson (D.I. 145; 05-336-SLR) has been corrected. The corrected version has been substituted in for the version filed on 3/22/07. (fmt) Modified on 4/3/2007 (fmt, ). (Entered: 04/03/2007) |
| 04/19/2007 | 147 | STIPULATION regarding the exceptional case issue by SICOR Inc., SICOR Pharmaceuticals, Inc., Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Herrmann, Richard) (Entered: 04/19/2007) |
| 04/24/2007 | | SO ORDERED, re 147 Stipulation re exceptional case filed by SICOR Pharmaceuticals, Inc., Astellas Pharma US, Inc., SICOR Inc., Item Development AB, Astellas US LLC. Signed by Judge Sue L. Robinson on 4/24/07. (rld) (Entered: 04/24/2007) |
| 05/09/2007 | 148 | STIPULATION Regarding Post-Trial Briefing Page Limits by SICOR Inc., SICOR Pharmaceuticals, Inc., Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Keller, Karen) (Entered: 05/09/2007) |
| 05/09/2007 | 149 | SEALED Proposed Findings of Fact by SICOR Inc., SICOR Pharmaceuticals, Inc.. (Keller, Karen) Modified on 5/10/2007 (fmt, ). (Entered: 05/09/2007) |
| 05/09/2007 | 150 | POST TRIAL BRIEF by SICOR Inc., SICOR Pharmaceuticals, Inc.. (Keller, Karen) (Entered: 05/09/2007) |
| 05/09/2007 | 151 | POST TRIAL BRIEF : U.S. Patent No. 5,731,296 by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Attachments: # 1 Supreme Court Slip Op# 2 Appendix 1 (part 1 of 2)# 3 |

| | | |
|---|---|---|
| | | King Pharmaceuticals Research and Development Inc., Item Development AB, Astellas US LLC. Signed by Judge Sue L. Robinson on 10/8/07. (rlp) (Entered: 10/09/2007) |
| 10/22/2007 | 164 | MOTION for Entry of Consent Judgment *(Unopposed)* - filed by Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Attachments: # 1 Consent Judgment)(Herrmann, Richard) (Entered: 10/22/2007) |
| 10/22/2007 | 165 | SEALED SETTLEMENT AGREEMENT *(FILED UNDER SEAL)* by SICOR Inc., SICOR Pharmaceuticals, Inc., Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Herrmann, Richard) Modified on 10/22/2007 (fmt, ). (Entered: 10/22/2007) |
| 10/29/2007 | 166 | CONSENT JUDGMENT and Injunction: ***Civil Case Terminated; Motions terminated: granting 164 MOTION for Entry of Consent Judgment *(Unopposed)* filed by Astellas Pharma US, Inc., Item Development AB, Astellas US LLC. Signed by Judge Sue L. Robinson on 10/25/07. (rlp) (Entered: 10/29/2007) |
| 10/29/2007 | 167 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 5,731,296. (Attachments: # 1 Consent Jgm and Injunction) (rlp) (Entered: 10/29/2007) |
| 10/31/2007 | 168 | REDACTED VERSION of 165 Settlement Agreement by SICOR Inc., SICOR Pharmaceuticals, Inc., Item Development AB, Astellas US LLC, Astellas Pharma US, Inc.. (Matterer, Mary) (Entered: 10/31/2007) |
| 08/20/2008 | 169 | TRIAL EXHIBITS RETURNED to Karen Keller, Esq.. (lid) (Entered: 08/20/2008) |